UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK

FEB 24 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**JOHN F. JOHNSON**
a/k/a Grand Master Jay

INDICTMENT

NO. 3:21CR31-BJB

18 U.S.C. 111(b)
18 U.S.C. 924(c)(A)(ii)
18 U.S.C. 924(d)
18 U.S.C. 1114
28 U.S.C. 2461

The Grand Jury charges:

COUNT 1
(*Assaulting, Resisting, or Impeding*)

On or about September 4, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, **JOHN F. JOHNSON**, a/k/a Grand Master Jay, the defendant, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated as an officer and employee of the United States or any agency in any branch of the United States Government, in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and used a deadly and dangerous weapon in the commission, to wit: **JOHN F. JOHNSON**, a/k/a Grand Master Jay resisted, opposed, impeded, intimidated, and interfered with a Task Force Officer of the FBI by pointing an AR style rifle at the officer.

All in violation of Title 18, United States Code, Sections 111(b) and 1114.

The Grand Jury further charges:

## COUNT 2
*(Brandishing a Firearm in Relation to a Crime of Violence)*

On or about September 4, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, **JOHN F. JOHNSON**, a/k/a Grand Master Jay, the defendant, did knowingly brandish, carry and used a firearm, that is, an AR 15, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, violations of Title 18, United States Code, Section 111 in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 924(c)(1)(A), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **JOHN F. JOHNSON**, a/k/a Grand Master Jay, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses, including but not limited to a Del-Ton, Inc. (DTI) AR-15; serial number: DTI 5171917, with one magazine.

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:JDJ

UNITED STATES OF AMERICA v. **JOHN F. JOHNSON**, a/k/a Grand Master Jay

## PENALTIES

Count 1: NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2: NL 7 yrs. consecutive/$250,000/both/NM 3 yrs. Supervised Release
Notice of Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual $125 per count/other | Felony: | $100 per count/individual $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY  40202
              502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
                 120 Federal Building
                 241 East Main Street
                 Bowling Green, KY  42101
                 270/393-2500

OWENSBORO:   Clerk, U.S. District Court
             126 Federal Building
             423 Frederica
             Owensboro, KY  42301
             270/689-4400

PADUCAH:   Clerk, U.S. District Court
           127 Federal Building
           501 Broadway
           Paducah, KY  42001
           270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.