UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )  | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | |
| ) | |
| )  | NO.    3:21-CR-00031-L-BJB |
| JOHN F. JOHNSON,        ) | |
| ) | |
| ) | |
| Defendant.        ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, the parties file this joint status report related to the current status of the case. The United States and the Defendant John F. Johnson have agreed to the following schedule: The United States intends to provide FRE 404(b) notice or motion in limine to determine the admissibility on or before July 16, 2021. The defendant agrees to file his response on or before August 6, 2021. Currently, the Court has a further proceedings scheduled on August 24, 2021.

Respectfully submitted,

*/s/ Don Meier*
Federal Defender
629 South Fourth Street
Suite 200
Louisville, KY  40202

/s/Joshua Judd
Joshua Judd
Assistant United States Attorneys
717 West Broadway
Louisville, KY 40202
(502) 582-5911

## Certificate of Service

I hereby certify that a copy of the foregoing has been served upon all parties by electronic filing this 21st day of June, 2021.

/s/ Joshua Judd
Joshua Judd