# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>    )<br>JOHN F. JOHNSON, )<br>)<br>)<br>    Defendant. ) | NO.   3:21-CR-00031-L-BJB |

## JOINT STATUS REPORT

Pursuant to the Court's Order, the parties file this joint status report proposed scheduling order regarding and preferred windows of time for a jury trial, the anticipated length of trial, and a schedule setting forth their respective pretrial deadlines leading up to a final pretrial conference.

    Expected Length of Trial:  1 week

    Proposed Expert Disclosures:  February 1, 2022

    Proposed MIL Deadline:  March 1, 2022

    Proposed Final Pretrial Conference:  Week of April 4, 2022

    Proposed Pretrial Memorandum Due, Jury Instructions, Voir Dire:  March 28, 2022

    Proposed Trial Dates:  Week of April 18 or Week of April 25, 2022


                                                             Respectfully submitted,

                                                             */s/ Don Meier*
                                                             Federal Defender
                                                            629 South Fourth Street

<pre>
                              Suite 200
                              Louisville, KY  40202


                              /s/Joshua Judd
                              Joshua Judd
                              Assistant United States Attorneys
                              717 West Broadway
                              Louisville, KY 40202
                              (502) 582-5911
</pre>

**Certificate of Service**

I hereby certify that a copy of the foregoing has been served upon all parties by electronic filing on November 9, 2021.

<pre>
                              /s/ Joshua Judd
                              Joshua Judd
</pre>