UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                      CRIMINAL ACTION NO. 3:21-CR-00031-BJB

JOHN F. JOHNSON                                                                         DEFENDANT

## SECOND AMENDED UNITED STATES' PROPOSED EXHIBIT LIST
*ELECTRONICALLY FILED*

Comes the United States, by counsel, and submits the following exhibit list:

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 1 | Google Map of downtown Louisville for the 07.25.2020 March | |
| 2 | Google Map of downtown Louisville | |
| 3-A | Photo of Jefferson County Grand Jury Building – Outside of Building | USA-000070-USA-000081 |
| 3-B | Photo of Jefferson County Grand Jury Building – Roof | USA-000070-USA-000081 |
| 3-C | Photo of Jefferson County Grand Jury Building – From Roof looking at Street | USA-000070-USA-000081 |
| 4 | FULL video of John F. Johnson giving a speech on steps of Metro Hall - "GMJ Speech" on 07.25.2020 (Length: 49:35) **Marked for Identification Purposes.** | USA-000166 |
| 4-A | Video clip from John F. Johnson's 07.25.2020 speech at Metro Hall – "GMJ Speech" – "Burn the city to the ground" (5:25 – 6:17) (Length: 00:51) | USA-000166 |
| 4-B | Video clip from John F. Johnson's 07.25.2020 speech at Metro Hall – "GMJ Speech" – "2 O'clock" | USA-000166 |

| | | |
|---|---|---|
| | (26:30 – 27:24)<br><br>(Length: 00:51) | |
| 4-C | Video clip from John F. Johnson's 07.25.2020 speech at Metro Hall – "GMJ Speech" – Police Presence<br><br>(40:40 – 41:32)<br><br>(Length: 00:52) | USA-000166 |
| 4-D | Video Still from John F. Johnson's 07.25.2020 speech at Metro Hall – "GMJ Speech"<br><br>(26:38) | USA-000166 |
| 4-E | Video Still from John F. Johnson's 07.25.2020 speech at Metro Hall – "GMJ Speech"<br><br>(26:45) | USA-000166 |
| 4-F | Video Still from John F. Johnson's 07.25.2020 speech at Metro Hall – "GMJ Speech"<br><br>(26:48) | USA-000166 |
| 4-G | Video Still from John F. Johnson's 07.25.2020 speech at Metro Hall – "GMJ Speech"<br><br>(26:55) | USA-000166 |
| 4-H | Video Still from John F. Johnson's 07.25.2020 speech at Metro Hall – "GMJ Speech"<br><br>(40:58) | USA-000166 |
| 5-A | Photo taken from Metro Hall – Street Level from Jefferson County Grand Jury Building looking at Metro Hall | |
| 5-B | Photo taken from Metro Hall – Metro Hall Steps looking at Grand Jury Building | |
| 5-C | Photo taken from Metro Hall – Metro Hall Steps looking at Grand Jury Building | |
| 6-A | MJC NE Exterior Video – S. 6th Steet & W. Liberty – Before the cars pass by Jefferson Square Park<br><br>(8:26:13 – 8:28:21:55)<br><br>(Length: 02:14) | |
| 6-B | MJC NE Exterior Video Still – 1st Car Passing By<br><br>(8:26:46) | |
| 6-C | MJC NE Exterior Video Still – John F. Johnson's Car Passing By | |

| | | |
|---|---|---|
| | (8:27:02) | |
| 6-D | MJC NE Exterior Video Still – Last Car Passing By (8:27:07) | |
| 7-A | Metro Safe Northwest Liberty Street Video – Cars stopping by Jefferson Square Park & Seay walking out of car and up to JFJ's Car (8:27:00 – 8:28:22) (Length: 01:22) | |
| 7-B | Metro Safe Northwest Liberty Street Video – NFAC returning from Jefferson Square Park (8:51:12 – 8:52:10) (Length: 00:58) | |
| 7-C | Metro Safe Northwest Liberty Street Video Still – Seay standing by JFJ's Car | |
| 7-D | Metro Safe Northwest Liberty Street Video Still – 1st Car turning right on Armory | |
| 7-E | Metro Safe Northwest Liberty Street Video Still – JFJ's car turning right on Armory | |
| 8-A | Metro Safe Northwest Armory Street Video – JFJ and NFAC arriving by Jefferson County Grand Jury Building (8:28:12 – 8:29:34) (Length: 01:22) | |
| 8-B | Metro Safe Northwest Armory Street Video – JFJ pointing rifle at LMPD/TFOs (Cuts off before Halladay) (8:33:00 – 8:36:15) (Length: 03:20) | |
| 8-C | Metro Safe Northwest Armory Street Video – JFJ meeting with Halladay and walking to Jefferson Square Park (8:36:15 – 8:39:32) (Length: 03:17) | |
| 8-D | Metro Safe Northwest Armory Street Video – NFAC and JFJ returning from Jefferson Square Park (8:51:30 – 8:55:00) | |

| | | |
|---|---|---|
| | (Length: 03:30) | |
| 8-E – 8-Z | Metro Safe Northwest Armory Street Video Stills | |
| 9-A | Photo of parking area where John F. Johnson parked on 09.04.2020 - "Reserved for Commonwealth Attorney Office" – Close up | |
| 9-B | Photo of parking area where John F. Johnson parked on 09.04.2020 - "Reserved for Commonwealth Attorney Office" – Multiple signs | |
| 9-C | Photo of parking area where John F. Johnson parked on 09.04.2020 - "Reserved for Commonwealth Attorney Office" – Close up | |
| 9-D | Photo of parking area where John F. Johnson parked on 09.04.2020 - "Reserved for Commonwealth Attorney Office" – Multiple signs | |
| 9-E | Photo of parking area where John F. Johnson parked on 09.04.2020 - "Reserved for Commonwealth Attorney Office" – Two signs | |
| 9-F | Photo of parking area where John F. Johnson parked on 09.04.2020 - "Reserved for Commonwealth Attorney Office" – Close up | |
| 10 | Audio recording of the radio channel TAC-2 from 09.04.2020 | USA-000064 |
| 11 | Transcript of audio recording for the radio channel TAC-2 from 09.04.2020 | USA-000375 |
| 12-A | Photo of the lighting and speaker system in place on the Jefferson County Grand Jury Building roof – Lights and Speakers | USA-000065-USA-000069 |
| 12-B | Photo of the lighting and speaker system in place on the Jefferson County Grand Jury Building roof – Speakers | USA-000065-USA-000069 |
| 12-C | Photo of the lighting and speaker system in place on the Jefferson County Grand Jury Building roof – Building across from JCGJ Building | USA-000065-USA-000069 |
| 13 | Google Map photo showing various distances from ground to Jefferson County Grand Jury Building | |
| 14-A | Photo of LMPD/TFOs on top of Jefferson County Grand Jury Building – Full photo w/o flash | USA-000017-USA-000028 |
| 14-B | Photo of LMPD/TFOs on top of Jefferson County Grand Jury Building – Full photo w/ flash | USA-000017-USA-000028 |
| 14-C | Photo of LMPD/TFO's on top of Jefferson County Grand Jury Building – Zoomed in photo w/ flash | USA-000017-USA-000028 |
| 14-D | Photo of LMPD/TFO's on top of Jefferson County Grand Jury Building – Zoomed in photo w/ flash | USA-000017-USA-000028 |
| 15 | Photo of USSS TFO Jason Pohl's body armor | USA-000011 |
| 16 | Photo of USSS TFO Jason Pohl wearing body armor taken on 09.20.2020 | USA-000012 |
| 17 | Photo of Detective Jeffery Maloney taken on 09.20.2020 | USA-000013 |

| 18 | Photo of Detective John Daniel taken on 09.20.2020 | USA-000014 |
|---|---|---|
| 19 | Photo of FBI TFO Scott Claxon with his firearm taken on 09.20.2020 | USA-000015 |
| 20 | Photo of Sergeant Timothy Nett's body armor | USA-000063 |
| 21 | Photo of Sergeant Timothy Nett wearing body armor taken on 09.20.2020 | USA-000016 |
| 22 | Photo of John F. Johnson pointing his rifle at the sky at LFHQ | USA-000007 |
| 23-A | Photo of rifle seized from 2275 Fox Sedge Way on 12.03.2020 | USA-000364 - USA-000366 USA-000263 |
| 23-B | Photo of rifle seized from 2275 Fox Sedge Way on 12.03.2020 | USA-000364 - USA-000366 USA-000263 |
| 23-C | Photo of rifle seized from 2275 Fox Sedge Way on 12.03.2020 – Rifle with bullet next to it | USA-000364 - USA-000366 USA-000263 |
| 23-D | Photo of rifle seized from 2275 Fox Sedge Way on 12.03.2020 – Rendered safe and boxed up at FBI | USA-000364 - USA-000366 USA-000263 |
| 24 | Del-Ton Inc. rifle, serial number DTI-S171917 with magazine and attached flashlight, sight, and sling seized from 2275 Fox Sedge Way on 12.03.2020 (PHYSICAL) | |
| 25 | FBI Firearms Lab Report<br><br>**Marked for Identification Purposes.** | |
| 26 | FBI FTD Firearm Function Worksheet for Del-Tol Inc. rifle (Pages 11-12)<br><br>**Marked for Identification Purposes.** | |
| 27 | FBI TFO Wesley S. Claxon's Deputization Paperwork - FULL | |
| 27-A | FBI TFO Wesley S. Claxon's Oath of Office and Credentials | |
| 27-B | FBI TFO Wesley S. Claxon's Terms of Special Deputation and Instructions | |
| 27-C | FBI TFO Wesley S. Claxon's FBI ID | |
| 28 | USSS TFO Jason Pohl's Oath of Office | |
| 29-A | FULL Audio recording of interview of John F. Johnson on 12.03.2020 (Part 1) | USA-000202 |

| | | |
|---|---|---|
| | **Marked for Identification Purposes.** | |
| 29-B | FULL Audio recording of interview of John F. Johnson on 12.03.2020 (Part 2)<br><br>**Marked for Identification Purposes.** | USA-000203 |
| 29-C | Audio interview with John F. Johnson on 12.03.2020 – Tactical Layout<br><br>(1:23:02 – 1:25:24)<br><br>(Length: 02:21) | USA-000202 |
| 29-D | Transcript corresponding to audio interview with John F. Johnson on 12.03.2020 – Tactical Layout<br><br>(1:23:02 – 1:25:24) | USA-001252 |
| 29-E | Audio recording of interview with John F. Johnson on 12.03.2020 – Halladay talk, Seay choosing location, paint gun talk<br><br>(1:30:00 – 1:43:00)<br><br>(Length: 12:49) | USA-000202 |
| 29-F | Transcript corresponding to audio interview with John F. Johnson on 12.03.2020 – Halladay talk, Seay choosing location, paint gun talk<br><br>(1:30:00 – 1:43:00) | USA-001252 |
| 29-G | Audio recording of interview with John F. Johnson on 12.03.2020 – SSA Phillips questioning JFJ not knowing location of area and taking about formation during incident<br><br>(1:44:25 – 1:50:05)<br><br>(Length: 05:40) | USA-000202 |
| 29-H | Transcript corresponding to audio interview with John F. Johnson on 12.03.2020 – SSA Phillips questioning JFJ not knowing location of area and taking about formation during incident<br><br>(1:44:25 – 1:50:05) | USA-001252 |
| 29-I | Audio recording of interview with John F. Johnson on 12.03.2020 – Lane asking JFJ about teenagers and paint ball rounds<br><br>(1:50:06 – 1:54:08)<br><br>(Length: 03:58) | USA-000202 |
| 29-J | Transcript corresponding to audio interview with John F. Johnson on 12.03.2020 –   Lane asking JFJ about teenagers and paint ball rounds | USA-001252 |

| | | |
|---|---|---|
| | (1:50:06 – 1:54:08) | |
| 30 | Transcript of the interview of John F. Johnson on 12.03.2020<br><br>**Marked for Identification Purposes.** | USA-001252 |
| 31 | FULL Video of John F. Johnson YouTube video title "NFAC Message to Minneapolis Part 2"<br><br>(Length: 21:30)<br><br>**Marked for Identification Purposes.** | USA-000428 |
| 31-A | Video clip from John F. Johnson YouTube video title "NFAC Message to Minneapolis Part 2" – "You kill us we gone kill you"<br><br>(9:33 -10:10)<br><br>(Length: 00:37) | USA-000428 |
| 31-B | Video clip from John F. Johnson YouTube video title "NFAC Message to Minneapolis Part 2" – "Don't call me in the middle of my live"<br><br>(18:14 – 18:51)<br><br>(Length: 00:38) | USA-000428 |
| 31-C | Video clip from John F. Johnson YouTube video title "NFAC Message to Minneapolis Part 2" – Taking body cams off police<br><br>(19:08 – 20:24)<br><br>(Length: 01:15) | USA-000428 |

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

*S/Joshua Judd*
Joshua D. Judd
Joseph R. Ansari
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911
Joshua.Judd@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on April 29, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

            *S/Joshua Judd*
            Joshua D. Judd
            Joseph R. Ansari
            Assistant United States Attorney