## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:21-CR-00031-BJB-1 |
| | ) | |
| JOHN F. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## SENTENCING MEMORANDUM

Mr. JOHN F. JOHNSON, by and through undersigned counsel, respectfully submits the following sentencing memorandum:

## I.    18 U.S.C. § 3553(a)

The Court must "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2)," which are "the need for the sentence imposed—

> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>
> (B) to afford adequate deterrence to criminal conduct;
>
> (C) to protect the public from further crimes of the defendant; and
>
> (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner."

18 U.S.C. § 3553(a)(2). In "determining the particular sentence to be imposed," the Court must consider these purposes, the nature and circumstances of the

offense and the history and characteristics of the defendant, the need to avoid unwarranted disparities, and the need to provide restitution to any victims of the offense. 18 U.S.C. § 3553(a)(1)–(7).

Here, Mr. Johnson submits that the following mitigating factors are highly relevant to the purposes of sentencing, but none of which is taken into account by the guideline range.

## A. Just Punishment in Light of the Seriousness of the Offense

The need for retribution is measured by the degree of "blameworthiness," which "is generally assessed according to two kinds of elements: the nature and seriousness of the harm caused or threatened by the crime; and the offender's degree of culpability in committing the crime, in particular, his degree of intent (*mens rea*), motives, role in the offense, and mental illness or other diminished capacity." Richard S. Frase, *Excessive Prison Sentences, Punishment Goals, and the Eighth Amendment: "Proportionality" Relative to What?*, 89 Minn. L. Rev. 571, 590 (February 2005).

First and foremost, a significant downward departure and/or variance is warranted in light of the unique circumstances surrounding the offense. Specifically, the September 4, 2020 incident occurred in a dark evening where Mr. Johnson, having received severe death threats from sitting Congressman, white supremacy groups, and other militias, engaged in an atypical behavior that deviated from his law abiding life and many peaceful legally armed marches that he organized. Mr. Johnson's criminal history score is zero. PSR,

2

ECF No. 104 at 10. He planned, organized, executed, and led five largest peaceful legally armed marches in U.S. history for NFAC members to lawfully exercise their constitutional rights guaranteed by the First and Second Amendments.

Prior to the two NFAC marches in Louisville, Kentucky, Mr. Johnson had several meetings with local law enforcement and relevant city employees before each march, respectively, to discuss the logistics, the route, weapon safety, etc. Trial Tr. Vol. 4, 143, 150, 188, ECF No. 79; Trial Tr. Vol. 2, 68, ECF No. 77. More than one Government witness testified that at those meetings Mr. Johnson was "completely respectful, very professional" (Trial Tr. Vol. 2, 114, 149, ECF No. 77), "very polite[,] very agreeable," "congenial" (Trial Tr. Vol. 3-A, 114, 115, 117, ECF No. 78),  "absolutely" "cordial" and "definitely" "professional"  (Trial Tr. Vol. 3-B, 29, ECF No. 73; Trial Tr. Vol. 4, 234, ECF No. 79).

Having put Mr. Johnson's aberrant-type behavior back in the proper context, it is now patently obvious that the sentence suggested by the Government and Probation overstates the seriousness of the offense. This is so because, while the conviction of Count 1 results in 6-12 months, Count 2, which is premised on Count 1, carries a mandatory consecutive seven-year sentence. As such, a significant downward departure and/or variance from the Guidelines sentence is warranted for purposes of just punishment.

Moreover, U.S.S.G. §5K2.11 provides that "[s]ometimes, a defendant may commit a crime in order to avoid a perceived greater harm.  In such instances, a reduced sentence may be appropriate, provided that the circumstances significantly diminish society's interest in punishing the conduct." Here, Mr. Johnson perceived a greater threat from "unknown" individuals on the rooftop in the dark. Because he was the target of multiple death threat from white supremacy militias, some of whom were in downtown Louisville that day confronting protesters.  This holds particularly true in light of his celebrity status and being very recognizable to those who threatened to harm him, such as Congressman Clay Higgins.

Furthermore, Mr. Johnson has already been collaterally punished as a result of his conduct. The prosecution and convictions of this case resulted in at least the following collateral consequences: his loss of employment and career opportunities which normally require security clearance; loss of ability to perform work as a public official or seeking a public office; incalculable damage to personal and professional reputation as a result of media coverage; high probability that he will not be able to find comparable employment after prison term. *See, e.g., United States v. Gaind*, 829 F. Supp. 669, 671 (S.D.N.Y. 1993) (granting downward departure where defendant was punished by the loss of his business); *United States v. Vigil*, 476 F. Supp. 2d 1231, 1235 (D.N.M. 2007) (finding variance appropriate where defendant was collaterally punished by loss of his position and reputation, widespread media coverage,

4

and emotional toll of two lengthy public trials); *United States v. Samaras*, 390 F. Supp. 2d 805, 809 (E.D. Wis. 2005) (granting variance in part because defendant lost a good public sector job as a result of his conviction).

### B. Need for Deterrence

Research has consistently shown that while the certainty of being caught and punished has a deterrent effect, "increases in severity of punishments do not yield significant (if any) marginal deterrent effects." Michael Tonry, *Purposes and Functions of Sentencing*, 34 Crime & Just. 1, 28 (2006).

Here, Mr. Johnson has zero criminal history score until the instant offense occurred in his late 50s. He is a social activist and a minority community leader. His offense is completely uncharacteristic when viewed in the context of his entire productive adult life. The aberrant nature of his conduct is certainly a mitigating factor under Section 3553. It also suggests that the severe punishment as suggested in the PSR would not yield significant deterrent effects. *See United States v. Howe*, 543 F.3d 128 (3rd Cir. 2008) (variance based on "isolated mistake" in otherwise long and entirely upstanding life).

### C. Need to Protect the Public

Mr. Johnson has an exceptionally low risk of recidivism. He is 58 years old, a first offender, a college graduate, was enrolled in military and employed

throughout his adult life, and has no history of drug or alcohol abuse. PSR, ECF No. 104 at 11-14; *see also* Ex. A at 5-17.

For all male offenders in Criminal History Category I, the recidivism rate is 15.2%; for those over age 50 at the time of sentencing, however, the rate in Category I is only 6.2%. *See* U.S. Sent'g Comm'n, *Measuring Recidivism: The Criminal History Computation of the Federal Sentencing Guidelines*, at Ex. 9, at 28; Ex. 10, at 29 (May 2004), available at https://www.ussc.gov/research/ research-publications/measuring-recidivism-criminal-history-computation- federal-sentencing-guidelines. For those who are college graduates, the rate in CHC I is just 7.1%; for those who have been employed, the rate is 12.7%. *Id.* For those with no history of illicit drug use, the recidivism rate is half that of those who do have a drug history. *Id.* For those like Mr. Johnson who are educated, have been employed, are drug free and over 50, the recidivism rate is certainly much lower. Finally, offenders like Mr. Diaz with zero criminal history points have a rate of recidivism half that of offenders with one criminal history point. *See* Sent'g Comm'n, *Recidivism and the "First Offender,"* at 13-14 (May 2004), available at https://www.ussc.gov/research/research- publications/recidivism-and-first-offender.

### D. Characteristics of the Defendant

Pursuant to USSG § 5H1.1, the accused's age is a relevant factor in determining whether a departure is warranted, if considerations based on age, individually or in combination with other offender characteristics, are present

6

to an unusual degree and distinguish the case from the typical cases covered by the guidelines. It is precisely the case here. Mr. Johnson is 58 years old with a Criminal History Category I, showing an exceptionally low recidivism rate as demonstrated herein above. Indeed, a defendant's criminal history itself is also a ground for downward departure. *See* USSG §§ 5H1.8, 4A1.3.

Moreover, military service may be relevant in determining whether a departure is warranted. USSG §5H1.11. Mr. Johnson served in the U.S. military for 17 years with multiple awards and recommendations. *See* Ex. A at 12-16.

Furthermore, Mr. Johnson is a famous social activist advocating for minorities. He received 2015 Community Activist of the Year Award; was 2016 Presidential Candidate (*see* Ex. A at 1-4); has been a Transforming Jails Ministry member of Hamilton County Sheriff Department, Cincinnati, Ohio, for three years; led 33,000 multi racial "Bridge to Peace" march for Emanuel nine victims, 2015, South Carolina; led "Stop the Violence Weekend" with City of Detroit and Lupus Foundation in 2006; was spokesperson for Stop Black on Black Crime Campaign with NAACP, Baptist Leaders Conference 1987; and, planned, organized, executed, and led five largest peaceful legally armed marches in U.S. history, 2020.

### E. Needed Medical Treatment in the Most Effective Manner

The sentence imposed must ensure that "needed . . . medical care" is provided "in the most effective manner." 18 U.S.C. § 3553(a)(2)(D). The

Commission recognizes that "[p]hysical condition . . . may be relevant in determining whether a departure is warranted." USSG § 5H1.4.

Here, Mr. Johnson has a history of hypertension, heart rate fluctuation, tinnitus, vertigo, claustrophobia, and white matter brain disease consisting of misfiring neurons and increased risk of aneurism or stroke. PSR, ECF No. 104 at 12. He is currently taking several medications to regulate his blood pressure and assist with dizziness and anxiety. *Id*. Prior to being incarcerated, Mr. Johnson was able to counteract anxiety by working and exercising; however, he is in isolation in custody with little to no interaction, sunlight, or exercise, thus rendering anxiety medication necessary. *Id*. As a result of his white matter brain disease, several lifestyle adjustments were required to include no alcohol, no smoking, no artificial sweeteners, numerous supplements, and a "clean" diet consisting of fresh fruit, vegetables, and lean proteins. *Id*. He also has astigmatism and requires eyeglasses. *Id*.

## II.      Supporting Letters

Mr. Johnson respectfully submits the attached letters in support of leniency at his sentencing. *See* Ex. B, Supporting Letters.

## III.     Conclusion

Based on the foregoing, Mr. Johnson respectfully presents the foregoing sentencing memorandum for this Court's consideration.

Date:          November 4, 2022

8

Respectfully Submitted,

***s/Murdoch Walker II, Esq.***
Murdoch Walker II, Esq.
Ga. Bar 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3325
Atlanta, Georgia 30305
O 404.496.4052
www.lowtherwalker.com

Attorney for John F. Johnson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     )
       )
       Plaintiff,     )
       )
     v.     )     3:21-CR-00031-BJB-1
       )
JOHN F. JOHNSON,     )
       )
       Defendant.     )

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, I electronically filed the foregoing SENTENCING MEMORANDUM with the Clerk of the United States District Court for the Western District of Kentucky by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:     November 4, 2022

     Respectfully Submitted,

     ***s/Murdoch Walker II, Esq.***
     Murdoch Walker II, Esq.
     Ga. Bar 163417
     mwalker@lowtherwalker.com

     Lowther | Walker LLC
     101 Marietta St. NW, Ste. 3325
     Atlanta, Georgia 30305
     O 404.496.4052
     www.lowtherwalker.com

Ex. A



SCROLL DOWN

# NEW LEADERSHIP DELIVERING RESULTS FOR OUR NATION?

John Fitzgerald Johnson is the product of this great United States! As a veteran (US Army) he has defended his country against all enemies foreign and domestic! His understanding of the plight of The American veteran is personal. As former director of a global cloud integration practice and solutions architect, he supports Fortune 500 Corporations internationally with cutting edge technology!   As  a social activist he has been one of the loudest voices for Unity and Change in addressing the stormy season of Racial Inequality that has gripped the nation! John Fitzgerald comes from The People and not from The Political Machine that America has grown tired of. He knows We Are One Nation. And Only We Can Fix Us.

## JOIN THE MOVEMENT!





The First Independent Presidential Candidates
Debate



Search

Home  My Network  Jobs  Messaging  Notifications  Me ▾  Work ▾

Get Hired
Faster, Try
Premium
Free

Edit public profile &
URL

Add profile in
another language

## John Johnson

Show your pronouns on your profile
to let others know how to refer to
you.

**Add pronouns**

Senior AWS Architect at Warner Bros.
Entertainment Group of Companies
Burbank, California, United States · Contact info

45 connections

**Open to**   Add profile section   More

Show recruiters you're open       Share that you're hiring and
to work — you control who         attract qualified candidates.

Warner Bros.
Entertainment
Group of
Companies

Norfolk State
University

Promoted                                    ···

$2,500 Scholarship At WGU
A healthcare degree that will move
you forward. Need help financially?

Technical Overview:
Build and Deploy NVIDIA Cloud-
Native Supercomputing

Algosec Firewall Security
Instantly visualize your entire hybrid
network security topology

People also viewed

 Rajith Enchiparambil
· 3rd
Cloud Consultant &
Architect - Azure | AWS |...

**+ Follow**

 Nir Osovsky · 3rd
Staff Database Architect |
Staff Database...



in   ( Search                    Home   My Network   Jobs   Messaging/Notifications   Me▾   Work▾   Get Hired Faster: Try Premium Free

profile views.

Add a summary

Analytics
👁 Private to you

👥 **16 profile views**
Discover who s viewed your profile.

🔍 **2 search appearances**
See how often you appear in search results.

Resources
👁 Private to you

🪶 **Creator mode   Off**
Get discovered. showcase content on your profile, and get access to creator tools

👥 **My network**
See and manage your connections and interests.

Show all 6 resources →

Activity
**45 followers**

**You haven't posted lately**
Recent posts you share or comment on will be displayed here

Show all activity →

Experience                              +   ✎

🟦 **Senior AWS Architect**
Warner Bros. Entertainment Group of Companies

Cloud Database – United
 OSP Devin MVP

+ Follow

Show more ⌄

People you may know

**Pallavi Pardhi**
Director & Certified
Developer .NET MVC...
Connect

**Tejaswi V.**
Sql.ang Developer at
Cemente Corporation
Connect

**Evaristo Salinas**
Senior Frontend Developer
React
Connect

**Peter Brown**
Columbia Music Projects
Social Impact Fellowship
Connect

**Anyee Lewis**
Admin Personnel
Connect

Show more ⌄

in LEARNING
Add new skills with these courses, free for 24 hours

Content

Case 3:21-cr-00031-BJB-RSE   Document 107   Filed 11/04/22   Page 17 of 93 PageID #: 1770



Show all activity →

Show more ∨



## Experience

**Senior AWS Architect**
Warner Bros. Entertainment Group of Companies



**Senior Solutions Architect**
Tata Consultancy Services

Responsible for delivery of design, and a wide array of complex IT services solutions to active and prospective customers at ou ...



**Cloud and Data Center Integrated Practice Consultant**
Logical/sUS

• Assists and/or leads the development of architecture blueprints, design specifications, migration plans and operational best| ...

**Virtualization Architect/Migration Project Manager**
Dell

Designed architecture of VMware infrastructure initial deployment VBlock|



**Windows 7 Migration Project Manager**
GE Aviation| Aerospace

Conducting Win XP to Win 7 migration
planning/deployment/maintenance (600 seats)

Show all 14 experiences →



**LEARNING**
Add new skills with these courses, free for 24 hours

Content Marketing...

Project Management...

SQL Code Challenges

See my recommendations

upgrades/replacements



## Senior Project Manager/Solution Architect

Compass Clinical Consulting

Installed and configured SharePoint 2007 and 2010

Migrated SharePoint 2003 to 2007 to 2010

Planned and administered data migration from previous intranet sites

Set up SharePoint governance techniques and backup plans

Managed SharePoint content publishing, dashboard, business data catalogs, gant charts, managing content types, metadata, InfoPath form services, excel services, and SharePoint blogs

Created workflows using SharePoint Designer 2007 and 2010

Served as document management specialist and developed documents rollups

Setting up and configuring SharePoint Services on servers.

Maintaining web front-end servers and some aspects of database servers. (SQL)

Maintained the integrity and reliability of access to information -- this included being responsible for backup and recovery practices

Assisted with creating and maintaining sites and site collections.

Assisted with site customization using SharePoint Designer.

Deployed and administered SharePoint portals.

Established and maintained end-user access policy and permissions.

## Data Centers Migrations Projects Manager

First Group

Responsible for the management of consolidation, virtualization, and optimization of 9 global data centers in the United States and the United Kingdom into one virtual data center in the United States.

Provided overall direction for establishing project requirements, priorities and deadlines.

Established roles and responsibilities within the core project team.

Managed budget for assigned projects developed and monitored project/program plans, and adjusted resources and priorities accordingly.

Established program communication plan across the businesses, regions, support and technology groups.

Prepared and presented progress reports for senior management.



## VDI Infrastructure Solutions Senior Project Manager

General Electric

Responsible for the management and implementation of VMware based virtual desk top.

Provided overall direction for establishing project requirements, priorities and deadlines. Coordinated multiple concurrent projects.

Windows 7 Deployments, Migrations w/ Altiris

VMware Vsphere Installation/Upgrades

VMware Infrastructure design and implantation oversight regarding Application virtualization packaging w ThinApp and VMware View

VCenter Installation, View, Thinapp, Composer configurations

VBlock Cisco, HP, EMC server, storage, and distributed switch design and installation.

## Infrastructure Migration Project Manager

Heritage Propane Corporation

Served as senior project manager responsible for coordinating multiple enterprise level project efforts in support of the IT network of a national petroleum supply/distribution corporation. Managed 8 major initiatives from conception to production to enhance business efficiency.

Migrating/Consolidated three data centers into one new location.

Virtualized Existing Infrastructure into VMWare vSphere Virtual Data Center

Upgraded Communications Infrastructure Exchange 2007; Cisco Unity; Server 2008

Developed Process Documentation and ITIL
Standardized DR Processes and Implemented Microsoft Volume
Licensing program

## :nc Kendle International
2 yrs 6 mos

### Corporate Network Administrator

### Disaster Recovery Specialist



## US Army
17 yrs 6 mos

### Special Forces Weapons Specialist/SATCOM/HR Specialist

### Infrastructure Systems Specialist

Employed conventional and unconventional warfare tactics and
techniques in individual and small unit infantry operations.
Planed and supervised the configuration, operation, and
maintenance of microwave communications and technical control
facilities, satellite operations control systems, large satellite earth
terminals, and transportable satellite systems. Provided technical
advice to commanders on the integration of telecommunications
systems and networks for tactical, strategic, and commercial
communications activities

## AT&T

## Telecommunications Network Engineer

Show all 14 experiences →

## Education

✏

**Norfolk State University**
BA, Computer Science
1982 - 1986

## Licenses & certifications

+   ✏

**AWS Certified Solutions Architect - Professional**
Amazon Web Services (AWS)

**MCSE**
Microsoft

**PMP**
Project Management Institute

Show all 4 licenses & certifications →

## Skills

+   ✏

Take skill quiz

**Data Center**
Donovan Johnson has given an endorsement for this skill

7 endorsements

**SharePoint**
Endorsed by Donovan Johnson who is highly skilled at this

6 endorsements

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) JOHNSON, JOHN FITZGERALD | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NO. |
|---|---|---|

| 4.a GRADE, RATE, OR RANK SGT | 4.b PAY GRADE E5 | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE Year 0000 Month 00 Day 00 |
|---|---|---|---|

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY RICHMOND, VA | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND 0330 TC CTR   MOV CON, COSCOM FC | 8.b STATION WHERE SEPARATED FORT BRAGG, NC  28307-5000 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED NA | 10. SGLI COVERAGE | None |
|---|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 75B2O PERSONNEL ADMIN SP--3 YRS-7 MOS//31C1O SINGLE CHAN RDO OP--6 YRS-9 MOS//NOTHING FOLLOWS | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| | a. Date entered AD This Period | 1990 | 10 | 17 |
| | b. Separation Date This Period | 1997 | 07 | 18 |
| | c. Net Active Service This Period | 0006 | 09 | 02 |
| | d. Total Prior Active Service | 0000 | 04 | 33 |
| | e. Total Prior Inactive Service | 0001 | 00 | 17 |
| | f. Foreign Service | 0002 | 03 | 04 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1996 | 02 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) ARMY LAPEL BUTTON//ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (2ND AWARD) //NATIONAL DEFENSE SERVICE MEDAL//NONCOMMISSIONED OFFICER'S PROFESSIONAL DEVELOPMENT RIBBON //ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//EXPERT MARKSMANSHIP QUALIFICATION BADGE WITH RIFLE BAR//NOTHING FOLLOWS |
|---|

| 14. MILITARY EDUCATION (Course title, number of weeks and month and year completed) PRIMARY LEADERSHIP DEVELOPMENT COURSE, 4 WEEKS, JAN 1993//PERSONNEL ADMINISTRATION SPECIALIST COURSE, 8 WEEKS, DEC 1993//EQUAL OPPORTUNITY LEADERSHIP COURSE, 2 WEEKS, JUN 1994//NOTHING FOLLOWS |
|---|

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | X | | | X | | 29.0 |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X | No |
|---|---|---|---|

| 18. REMARKS DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//IMMEDIATE REENLISTMENTS THIS PERIOD-- 19901017--19940719//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS |
|---|

030731

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - Include Zip Code) |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO:  NC  DIR OF VET AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) JACQUE L NIXON, WO1, USA, CHIEF, TRANS SVCS O |
|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | |
|---|---|

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-200, CHAP 4 | 26. SEPARATION CODE KBK | 27. REENTRY CODE |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION COMPLETION OF REQUIRED ACTIVE SERVICE |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD NONE | 30. MEMBER REQUESTS COPY 4 Initials |
|---|---|

DD Form 214-AUTOMATED, NOV 88          Previous editions are obsolete

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| JOHNSON, JOHN FITZGERALD | ARMY/RA | |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| SGT | E5 | | Year 0000  Month 00  Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| RICHMOND, VA | |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| 0330 TC CTR    MOV CON, COSCOM FC | FORT BRAGG, NC   28307-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | None |
|---|---|---|
| NA | Amount: | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 75B20 PERSONNEL ADMIN SP--3 YRS-7 MOS//31C10 SINGLE CHAN RDO OP--6 YRS-9 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | 1990 | 10 | 17 |
| | b. Separation Date This Period | 1997 | 07 | 18 |
| | c. Net Active Service This Period | 0006 | 09 | 02 |
| | d. Total Prior Active Service | 0000 | 04 | 23 |
| | e. Total Prior Inactive Service | 0001 | 00 | 27 |
| | f. Foreign Service | 0002 | 03 | 04 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1996 | 02 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
ARMY LAPEL BUTTON//ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (2ND AWARD)//NATIONAL DEFENSE SERVICE MEDAL//NONCOMMISSIONED OFFICER'S PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//EXPERT MARKSMANSHIP QUALIFICATION BADGE WITH RIFLE BAR//NOTHING FOLLOWS

**14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)**
PRIMARY LEADERSHIP DEVELOPMENT COURSE, 4 WEEKS, JAN 1993//PERSONNEL ADMINISTRATION SPECIALIST COURSE, 8 WEEKS, DEC 1993//EQUAL OPPORTUNITY LEADERSHIP COURSE, 2 WEEKS, JUN 1994//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | 29.0 |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X | No |
|---|---|---|---|

**18. REMARKS**
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//IMMEDIATE REENLISTMENT THIS PERIOD-- 19901017-19940719//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS

CERTIFIED TRUE COPY

GUIDANCE COUNSELOR

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO  NC  DIR OF VET AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | JACQUE L NIXON, WO1, USA, CHIEF, TRANS SVCS O |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 4 | KBK | 1 |

**28. NARRATIVE REASON FOR SEPARATION**
COMPLETION OF REQUIRED ACTIVE SERVICE

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | Initials |

| DD Form 214-AUTOMATED, NOV 88 | Previous editions are obsolete. | MEMBER - 4 |
|---|---|---|

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME *(Last, First, Middle)* | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| JOHNSON, JOHN FITZGERALD | ARMY/RA | |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH *(YYYYMMDD)* | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| SGT | E5 | | Year 0000 Month 00 Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY *(City and state, or complete address if known)* |
|---|---|
| RICHMOND, VA | |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| 0330 TC CTR   MOV CON, COSCOM FC | FORT BRAGG, NC   28307-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | None |
|---|---|---|
| NA | Amount: | |

| 11. PRIMARY SPECIALTY *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)* | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 75B2O PERSONNEL ADMIN SP--3 YRS-7 MOS//31C1O SINGLE CHAN RDO OP--6 YRS-9 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | 1990 | 10 | 17 |
| | b. Separation Date This Period | 1997 | 07 | 18 |
| | c. Net Active Service This Period | 0006 | 09 | 02 |
| | d. Total Prior Active Service | 0000 | 04 | 23 |
| | e. Total Prior Inactive Service | 0001 | 00 | 27 |
| | f. Foreign Service | 0002 | 03 | 04 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1996 | 02 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)* |
|---|
| ARMY LAPEL BUTTON//ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (2ND AWARD) //NATIONAL DEFENSE SERVICE MEDAL//NONCOMMISSIONED OFFICER'S PROFESSIONAL DEVELOPMENT RIBBON //ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//EXPERT MARKSMANSHIP QUALIFICATION BADGE WITH RIFLE BAR//NOTHING FOLLOWS |

| 14. MILITARY EDUCATION *(Course title, number of weeks and month and year completed)* |
|---|
| PRIMARY LEADERSHIP DEVELOPMENT COURSE, 4 WEEKS, JAN 1993//PERSONNEL ADMINISTRATION SPECIALIST COURSE, 8 WEEKS, DEC 1993//EQUAL OPPORTUNITY LEADERSHIP COURSE, 2 WEEKS, JUN 1994//NOTHING FOLLOWS |

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | X | | | X | | 29.0 |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X | No |
|---|---|---|---|

| 18. REMARKS |
|---|
| DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//IMMEDIATE REENLISTMENTS THIS PERIOD-- 19901017-19940719//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS |

| 19.a MAILING ADDRESS AFTER SEPARATION *(Include Zip Code)* | 19.b NEAREST RELATIVE *(Name and address - Include Zip Code)* |
|---|---|
| | |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO  NC   DIR OF VET. AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title and signature)* |
|---|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | JACOB L. NIXON  WO1  USA  CHIEF, TRANS SVCS O |

## SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE *(Include upgrades)* |
|---|---|
| DISCHARGE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 4 | KBK | 1 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | Initials |

DD Form 214-AUTOMATED, NOV 88        Previous editions are obsolete.        MEMBER - 4

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| JOHNSON, JOHN FITZGERALD | ARMY/RA | |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE |
|---|---|
| SGT | E5 |

| 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|
| | Year 0000 Month 00 Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| RICHMOND, VA | |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| 0330 TC CTR   MOV CON, COSCOM FC | FORT BRAGG, NC  28307-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | None |
|---|---|---|
| NA | Amount: | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 75B20 PERSONNEL ADMIN SP--3 YRS-7 MOS//31C10 SINGLE CHAN RDO OP--6 YRS-9 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | 1990 | 10 | 17 |
| | b. Separation Date This Period | 1997 | 07 | 18 |
| | c. Net Active Service This Period | 0006 | 09 | 02 |
| | d. Total Prior Active Service | 0000 | 04 | 23 |
| | e. Total Prior Inactive Service | 0001 | 00 | 27 |
| | f. Foreign Service | 0002 | 03 | 04 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1996 | 02 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
ARMY LAPEL BUTTON//ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (2ND AWARD) //NATIONAL DEFENSE SERVICE MEDAL//NONCOMMISSIONED OFFICER'S PROFESSIONAL DEVELOPMENT RIBBON //ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//EXPERT MARKSMANSHIP QUALIFICATION BADGE WITH RIFLE BAR//NOTHING FOLLOWS

**14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)**
PRIMARY LEADERSHIP DEVELOPMENT COURSE, 4 WEEKS, JAN 1993//PERSONNEL ADMINISTRATION SPECIALIST COURSE, 8 WEEKS, DEC 1993//EQUAL OPPORTUNITY LEADERSHIP COURSE, 2 WEEKS, JUN 1994//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | 29.0 |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X No |
|---|---|---|

**18. REMARKS**
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//IMMEDIATE REENLISTMENTS THIS PERIOD-- 19901017-19940719//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address   Include Zip Code) |
|---|---|
| | |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO  NC  DIR OF VET. AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|
| **21. SIGNATURE OF MEMBER BEING SEPARATED** | | | JAMOUL L NIXON, WO1  USA, CHIEF, TRANS SVCS O |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 4 | KBK | 1 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 Initials |
|---|---|
| NONE | |

| DD Form 214-AUTOMATED, NOV 88 | Previous editions are obsolete. | MEMBER - 4 |

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| JOHNSON, JOHN FITZGERALD | ARMY/RA | |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| PV1 | E1 | | Year 0000  Month 00  Day 00 |

7.a PLACE OF ENTRY INTO ACTIVE DUTY

RALEIGH MEPS, NC

7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known)

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| W492 USA ARCTIC MP DET FWA P1 | FT WAINWRIGHT, AK  99703-5200 |

9. COMMAND TO WHICH TRANSFERRED

NA

10. SGLI COVERAGE       None

Amount:

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 75B1O 00 PERSONNEL ADMIN SP--5 YRS-9 MOS | a. Date entered AD This Period | 1998 | 07 | 23 |
| //31C1O 00 SINGLE CHAN RDO OP--9 YRS-11 MOS | b. Separation Date This Period | 1999 | 09 | 22 |
| //NOTHING FOLLOWS | c. Net Active Service This Period | 0001 | 02 | 00 |
| | d. Total Prior Active Service | 0007 | 01 | 29 |
| | e. Total Prior Inactive Service | 0002 | 06 | 17 |
| | f. Foreign Service | 0003 | 04 | 28 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1999 | 09 | 13 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (2ND AWARD)//NATIONAL DEFENSE SERVICE MEDAL//NONCOMMISSIONED OFFICER'S PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON //OVERSEAS SERVICE RIBBON//EXPERT MARKSMANSHIP QUALIFICATION BADGE WITH RIFLE BAR//NOTHING FOLLOWS

14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)
GERMAN HEADSTART, 1 WEEK, 1991//SINGLE CHANNEL RADIO OPERATOR COURSE, 13 WEEKS, 1989//PRIMARY LEADERSHIP LEADERSHIP DEVELOPMENT COURSE, 4 WEEKS, JAN 1993//PERSONNEL ADMINISTRATION SPECIALIST COURSE, 8 WEEKS, DEC 1993//EQUAL OPPORTUNITY LEADERSHIP COURSE, 2 WEEKS, JUN 1994 //NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | NA |

17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION      Yes  X  No

18. REMARKS
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| | |

| 20. MEMBER REQUESTS COPY 8 BE SENT TO  VA  DIR OF VET. AFFAIRS   X Yes  No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | BETTIE J. FLETCHER  SFC  USA, NCOIC, PPB |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGE | UNDER OTHER THAN HONORABLE CONDITIONS |
| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
| AR 635-200, CHAP 10 | KFS | 3 |

28. NARRATIVE REASON FOR SEPARATION
IN LIEU OF TRIAL BY COURT-MARTIAL

29. DATES OF TIME LOST DURING THIS PERIOD

NONE

30. MEMBER REQUESTS COPY 4

Initials

DD Form 214-AUTOMATED, NOV 88          Previous editions are obsolete.          MEMBER - 4

Mr. John Johnson

**Summary of Qualifications:**
- 20 Years' experience Infrastructure design, security, and support
- Certified Professional AWS Cloud Architect
- Certified Senior VMware Architect
- Experienced Cloud Migration Architect
- Experienced Dev/Ops Team Lead
-Accomplished Cloud Automation Lead

**Certifications:**
MCSE, MCITP-EA, CCNA, PMP, VCAP-CMA, AWCP,

**Coursework:**
AWS Certified Solutions Architect Professional
VMware SDDC Architecture
(VRealize/VROPS/SRM/NSX/CodeStream)
Azure Cloud Security Fundamentals
Google Cloud Architecture

**Education:**
Norfolk State University
BS Computer Science 1985

**Work History**
**Syntel ATOS**
**Dallas, Tx**
**November 2019-Sept 2020**
**Senior Cloud Solutions Architect**
**Responsibilities**

Worked in a team-structured environment, interacting with other designers, developers and technologists.
Responsible for transforming application architecture into a cloud native, scalable, resilient and agile architecture
.Responsible for collaborating with delivery organizations. Develop new cloud architecture patterns and recipes
enabling developers to utilize cloud technologies and capabilities to deliver value to enterprise.

- Partner with developers through pairing activities modernizing applications and using those opportunities
  to document common patterns and recipes giving the developer community the tools and techniques to
  follow for their applications;
- Identify applications in application portfolio that represent opportunities for modernization to new cloud
  architectures by evaluating quality attributes, technology risk, capacity variability, and other factors
  prioritized by company goals and client needs;
- Staying abreast of evolving developments in the cloud native space in order to adopt key practices and
  architectures to continuously improve our cloud native capabilities;
- Creating reference implementations and executable architecture enabling our developer community
  through examples and reusable code bootstrapping their application and practices;
- Evaluate cloud technologies and services for fit and purpose of use in our application portfolio by
  evaluating application needs, cost, risk and ability to replace legacy technologies;
- Provide cloud technology radiator giving leadership and teams visibility into potential building blocks for
  use in our cloud applications; and
- Prepare technical architectural and implementation design documents working with the applicable
  product units as required;
- Operates and influences architectures in lab environments while conducting proof of concepts to define a
  best in class Innovation solution with business partners;

# Ex. B

July 14, 2022

There are plenty of words to describe my colleague John Fitzgerald Johnson, but the one word that comes to my mind is motivational. He inspired a whole secluded part of our 3rd party and independent political system to participate on bigger platforms and created a movement that is still effectively changing our perspective on equality, and most important, our perspective on equity here in America. ▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉ As a 2016 Presidential Candidate, John Fitzgerald called for and organized the first Political 3rd Party Debate Tour, that presented the nominated candidates from all the 3rd and independent parties around the country in a bid to become the POTUS. These debates led by the leadership of Mr. Fitzgerald created questions, and put many ideas and solutions on the table that neither Major Party were willing to discuss at the time. There's no doubt that our politics are in turmoil as we speak. The last two Presidential terms have taken a toll on all of us, but for people like Mr.. Fitzgerald and myself, it's no surprise. That's why it seems unusual to punish the man that predicted it all and even formed an internationally renowned Militia to bring attention to the corruption plaguing our country. The whole world is witnessing the continuous disparity that people of color go through in America just to protect ourselves, our family and our assets. Let's show the world that America is better than this. ▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉ I also pray that when all the works of John Fitzgerald are compiled, The Powers That Be see how his love for progress, change and true justice, overwhelmingly outweigh the situation that brought John Fitzgerald Johnson to a courtroom. His contribution to America is truly what forward progress is made of. Every culture has their heroes, and there's no doubt John Fitzgerald Johnson is one of our heros.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Verone Thomas
Louisiana Political Activist
▉▉▉▉▉▉▉▉▉▉

Mr. John Fitzgerald Johnson, a former 2016 United States Presidential Candidate, United States Army Veteran, Chaplin, and Global Human Rights Activist, embodies what it means to be an American Citizen, and he is a shining example and one who legally, morally, and ethically stands on fairness, principles and values; he is highly respected, deeply loved and very much appreciated. █████████████████████████████████

Honorable Judge Beaton, I know your ruling will be within the confines of the law; I ask that you listen to the voice from your higher power. I am asking for you to look at this matter from a different set of eyes and consider all the character reference letters before making a decision. I am asking you to consider an acquittal to overturn the current conviction so the world can continue to see his works, receive his knowledge and wisdom as he brings forth fruitful results to society again.

Thank you,

*Crystal D Woods* Crystal D
Woods, CMS Chief Executive
Officer **CDW Innovative**
Solutions, LLC
█████████████

The Honorable Judge Benjamin Beaton
Gene Snyder U.S. Courthouse Rm200
601 W. Broadway
Louisville, Ky.40202

July 30, 2022

Honorable Judge Beaton,

Thank you again for allowing me an opportunity to write to you about the impact that Mr. John Fitzgerald
Johnson (aka Grand Master Jay) has had on my personal life. I'm grateful, again, to be able to put pen to
paper and express to you, your Honor, the true measure of a Man. A highly intelligent Black man, who
decided to educate his People about their constitutional rights, ███████████████████████████
███████████████████████████████ Mr Johnson wanted to educate us on rights we are given as US
citizens; █████████████████████████████████████████████████████████████████

The purpose of this letter is to request that the case be declared a mistrial and for Mr. Johnson to be fully
exonerated of these fraudulent charges. I sat in that courtroom and watched all of the antics – and even
watched your reaction to them. ███████████████████████████████████████████████████
█████████████████████████████████████████████████████████████ There is
an opportunity to turn this whole case around and truly be a Man of God.

███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████

July 12, 2022

Your Honor:

I am writing to you in the name of THE MOST HIGH in reference to my brother John F Johnson.

Sir in this time of hardship in this world, I am asking for exoneration for my brother. I can only ask in my faith in the system. But if you could free him so he could live out his life at his age in peace. As a military child, former wife of a military retiree from USA Army, military mom of a son in daughter all who served Fort Bragg NC, and other duty stations. Mr. Johnson served also at Fort Bragg NC, all who have served in combat and came back safe. Of course, in combat consequences come back with you. I am thankful all 5 came back safely.

Mr. Johnson has been a spiritual teacher to those of us, on his own time and a blessing in our lives. In your sentencing could you keep in mind, what do we gain and what do we lose? His family and those of us that know and love him, he has brought joy to our lives, in a world that is so cold.

Thank You, Sincerely,
Darlene Scott, love one, friend and student,

July 17, 2022

Your Honor,

It is my prayer this letter has an impact more than just here but elsewhere.

I met Grand Master Jay (John Johnson) in Louisville Kentucky. He was a strong, loud and demanding type of guy. I said to myself I'm sure This guy doesn't play. Then I began to watch his teachings (the Morning Mental and Factz ova Feelingz) and the next thing I know it's an hour later and I'm still watching and learning from him.

A few years had gone by before I got to meet the man Mr. John Johnson and this guy is the real deal. This man not only teaches but he is also a leader, a father, a brother, an uncle to thousands around the world.

So, after being star struck I then received an opportunity to actually have a chance to see his heart, his character, and a glimpse of the inner being of just who John Johnson truly is at his core. Overtime we became friends and we would talk about all and everything. I learned he is an in-depth fact checker also to everyone close to him he is like there big brother when he goes to city's he talks to most of the government officials first and finds out the laws and city ordinances so as not to break them but to learn and tell his people not to break the law and what the law are for everyone in his organization.

When you meet a friend like John Johnson, that's a good friend that not only looks out for himself but everyone around him too. A lot of people look at the outer being of someone and become judgmental, I on the other hand have had a chance to meet the character of John Johnson, a man that handles business and is all about uplifting and educating his people. He is truly a friend that will stand by your side; he is a man with a heart of gold. I have met John, a true man that will help in any way he can.

Since Mr. Johnson has been a driving force in my life he has been nothing but a positive and straight forward type of person. A true friend. I'm so blessed to meet a man like John Johnson. To lose a friend like Mr Johnson would be devastating. He is a friend and mentor that can never be replaced. Incarcerating this man would and already has hurt so many people worldwide.  That is why I pray for mercy of the court as well as so many others.

██████████████████████████████████████████████████

███████████ John Johnson, the man, the teacher is one person we can never replace the way he teaches is like no other and myself and my wife have learned so much from this man it is unreal.

We pray that you don't lock this man up and silence him and more than what has already been done to him as time served. I have to say that John Johnson has never pointed a weapon at any one to intimidate or to threaten them, that is not his character. He has always taught us safety, if his motions were monitored you would see it was a waving motion not pointed directly at someone to threaten them. Your Honor, this man John Johnson makes us all go through a safety inspection at every formation. I would trust my life with John Johnson.

Respectfully,

Kevin L Harris  Sent from Proton Mail for iOS

█████████████████

To: The Honorable Judge Benjamin Beaton July 3, 2022
Gene Snyder United States Courthouse
601 West Broadway Room: 200
Louisville KY 40202

Dear Your Honor Beaton,

I am writing as a character witness for John F. Johnson, who was tried in your court The week of May 23rd of this year. **Case USA v. Johnson (3:21-cr-00031-BJB)**
He was found guilty of the charges of impeding and assaulting an officer with a weapon. This is something he would never do. He has always advocated safety first.
Your honor, I believe in the justice system. I worked for the Los Angeles Superior courts myself for 17 years. It was my last career of choice before I retired to help raise my grandchildren, care for my elderly mother and give considerable time to this cause of reconciliation.
John Johnson is an honorable man. He is a law-abiding citizen of this country. He believes in what America stands for and this great experiment called America. He wants what every American wants, to be treated fairly, and given the same chances that everyone else is given to thrive. Not just survive, but to really thrive.
What John stands for is equality. He put his life on the line for this country by serving in the United States military. He feels so strongly about equality that he ran for President in 2016. Now all we ask for him is equality and fairness.
My hope for John is that he is allowed to be there to witness the reconciliation of our future generations. Our organization has so many things going on, that we look to his vision and leadership to keep our ship on course. He is the founder, the blueprint, our teacher, inspiration, and the one we go to when we just need a hug.
I throw myself on the mercy of this Court, to consider allowing leniency for John. If there is penance to pay, please allow him to make that penance as a free man. He has learned this lesson in the most profound way. He does not HATE law enforcement. He LOVES his people. He wants us to thrive in this country we call America, he wants us to be respected the same as any other group of people who claim this country as their own are respected. Our vision is to raise future generations to respect themselves and strive for more than survival. That is our vision, that is our goal.

Thank you for your consideration

Tanya Thomas
█████████████████ n

July 1, 2022

Dear Your Honor Beaton,

I Angela Hester is writing this letter on behalf of my Spiritual brother John
Fitzgerald Johnson, Mr. Johnson have added onto my life hope for the
living and inspiration for the teaching. His teaching is so optimistic that it
reaches levels deep down into the roots of my spirit being, I am now a true
believer from all of his readings and teachings over these past years.
Mr. John F. Johnson have followers that he has touched nationwide with
his Love for others of all races. Mr. John Johnson has my full attention with
this truth to believing that he is a man that cares deeply for others. My life
has changed in so many ways just by knowing a true man that has a heart
of gold; I can truly say that I have learned how to love others as I love
myself, and how to become a role model to my peers, all because of Mr.
John F. Johnson who allowed me to open my eyes and heart to find myself
from within. I have reason to believe that Mr. John Johnson is a man that
follows all of the rules and regulations by knowing of his character and his
human life style of a law by citizens. I Angela Hester can sincerely say with
this open statement with accuracy that I am a living witness that can testify
that John F. Johnson is a righteous Man that has a political frame solid
mind of knowing not to break any laws that will put him and others, in
harm's way.


Very truly Angela M Hester

June 1, 2022

The Honorable Judge Benjamin Beaton
Gene Snyder US Courthouse Room 200
601 West Broadway
Louisville, KY 40202

SUBJECT: John Fitzgerald Johnson, FEDERAL CASE NO. 3-21-cr-00031-BJB

█████████████████████████████████████████████████████

To the Honorable Judge Benjamin Beaton,

I am writing to you because I believe in the United States Constitution and that you are
honorable and will uphold the law in this case against John. F. Johnson. I respectfully would like
to be a character reference for him. Please allow me to introduce you to the character that I have
observed through the years.

The John F. Johnson I know is a successful Corporate Solutions Architect and has served this
country in the United States Army for 17 years. John. F Johnson is an ordained minister, as a
matter of fact, when the Charleston nine were slain during their bible study, Minister Johnson
was one of the many chaplains that provided words of comfort to the family, community, and
political figures including the President of the United States at that time Barack Obama. John F.
Johnson was a 2016 Independent Presidential candidate for the United States. Mr. Johnson ran

alongside Bernie Sanders and both men have maintained a respectful relationship after the
campaign.

John F. Johnson is a Mensa scholar. He studied history and how it connects to the teachings of
the bible. He taught us to love one another, and love God. Mr. Johnson is an experienced IT
person, who has had several contracts with the government of the United States and others who
utilize his expertise.



Grand Master J as he is also known, has never called for the harm or murder of anyone. ████
█████████████████████████████████████████████████████



Judge Beaton, I have asked about you. I have heard nothing but great things about your character and values. The fact that you have watched Facts Over Feelings and other videos about this man shows that you are not a biased Judge.

for the past two years. During this time Mr. Johnson still never violated any orders set by the court. His organization, which could never be mistaken for an unruly gun club, still educated the community and carried themselves as upright and law-abiding citizens.

Honorable Judge Beaton, I do not ask, I beg you please acquit this case. Time has already been served. Mr. Johnson is almost 60 years old, with an ailing mother, and a family that loves, respects, and honors him.

We are living in a time where the world sees ALL Americans as one good, bad, and indifferent. The world is watching, but most of all the American children, who are free thinkers like you are Watching.

May God Almighty keep you and bless you.

Respectfully,

Veronica N. Jefferson

July 23, 2022

Greetings your Honor!

   I heavily appreciate your hard work & commitment to making our streets safer. I've heard about the unfortunate news about John Johnson (AKA Grandmaster Jay). I understand we all have a job to do and any angry message towards you is a message out of emotion and not logic. I can see threw the grey clouds and understand you did what you must. ████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████ Once again I want to thank you for your patience for reading this and I hope you have a good day!

Best Regards,
Amari Hunt
█████████████████

July 26, 2022 Subject: Letter to Judge

Dear Your Honor,
I am writing you concerning the case of John Fitzgerald Johnson #47190, asking for leniency in his sentencing.

 Mr. Johnson has been a positive and impactful source of encouragement for me and my family during a time of great fear, uncertainty and sadness in the past 2 years.

The powerful teachings he gave in Facts Over Feelings and Morning Mental taught me so much and gave me something to look forward to ████████████████████████████████ He loved us by telling us the truth, making us laugh (he really is funny) and encouraging us to continue to read. I need that...we need that.

My family and I have grown so much and are better because of Mr. Johnson and his presence in our lives. Our young people need him to continue to show them how to be courageous, intelligent and strong. He has been an example of "excellence" for all of us.

Thank you, Your Honor, for considering these important facts in the sentencing of Mr. John F. Johnson.

Sincerely,
Edwina McLaughlin
████████████████████████

Date: Thu, Jul 28, 2022

Dear Judge,

Receive this plea for anointed prophet Grand Master Jay' release. His immeasurable "Factz Ova Feelingz" classes provided spiritual and insightful value ███████████████

████████████████████████████████████████████

His lessons and classes provides answers for our post painful traumatic slave syndromes. A diagnosis that only us together can heal ourselves. No one else can heal us. But us judge. No one is coming or will ever come and heal us judge. Please spare prophet Grand Master Jay life. Send him back to his congregation, our people.

Shalom,

Revolt
██████████████████████m

Jul 29, 2022

To The Honorable Judge:

I first heard of John Fitzgerald Johnson through social media. Now I feel like I've known him for years and he is my family. He is a person that you can look to for advice and know that he will only direct you to do what's legal and morally correct. He teaches you not to get into your emotions. Stop and think before

you do anything. Make sure that you have all the facts. Do your research. These may sound like common sense things but when you've lived in survival mode all your life, they are not common sense. I had to start over when it comes to critical thinking. I am calmer now because of his teachings. I have more patience when dealing with others, especially family. There is never a teaching that he does not stress knows the law. He is the most law-abiding citizen that I know.

He has also impacted my spiritual growth, eating healthy, loving people. He has brought us together to live as a family, to help each other. All these things help us contribute to society. I'm watching my grand children care more about education, digging deeper into their studies. That came from listening to John Johnson's teachings to live your life to the best of your ability. He teaches togetherness, love, support.

We need him in our communities. Everyone needs someone that can help put them on the right path. We all need someone that's teaching love and peace.

I sincerely hope that the court takes this letter into consideration. John Fitzgerald Johnson is an honorable individual, a valuable member of the community, and a good human being.

Sincerely,
Ophelia S. Francis

Jul 25, 2022

To: The Honorable Judge Benjamin Beaton
Reguarding Federal Case No.3:21-cr-00031BJB
USA against John Fitzgerald Johnson
Gene Snyder US CourtHouse Room 200
601 West Broadway
Louisville, Ky 40202

Greetings Honorable Judge Benjamin Beaton. I am writing to ask you for leniency for a fellow law abiding US citizen John F. Johnson. Mr. Johnson believes in doing things legally within the confines of the law. He holds his life to always live by highly respecting the law. He holds his life to always live by highly respecting the law.

Mr. Johnson is a role model for citizens everywhere. He is a man that truly believes in having order and being respectful of all others. Mr. Johnson has taught my family and myself not only what a real man should be or how a real man should act, but, also to be the best people we can be, always. He is a teacher of positivity to all. This man made the mistake of checking the roof top with the scope of his gun because that was the only way for him to see. To check and make sure he wasn't in harms way because of the many threats he's had on his life. Your Honour I am not in anyway trying to make excuses for the mistake that was made, I am simply asking you to have mercy on a man, a US citizen and to not punish Mr. Johnson by taking his life his freedom away. Please! He wasn't trying to pose as a threat he just simply wanted to make sure his self and the many others around him were safe. Mr. Johnson is a seventeen year Army Vet., he was a Presidential Candidate, he is a global educator and so much more. I'm asking you if there has been a time for a person to be exonerated, to be given a second chance to continue to live positively, to receive leniency it is now. My life and many others have been taught to live our lives by being positive role models by this man. Mr. Johnson is a hard worker who teaches others to be this way as well. He hasn't threatened anyones life or killed/harmed anyone because that's not what he stands for. Again, I'm asking for mercy for him. Please allow me to have faith in the Justice System again. ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ Don't take his life his freedom away. I assure you I wouldn't write a letter for just anyones character, but, for Mr. Johnson he is above and beyond a model US citizen. I'd like to thank you for your time and consideration! I hope as you read this letter it touched your mind as well as your heart. Have a beautiful day thank you.

Sincerely,
Ronnika A. Grainger.

July 30, 2022

The HonorableJudge Benjamin Beaton
Gene Snyder U.S. Courthouse Rm200
601 W. Broadway
Louisville, Ky.40202

Thank you for allowing me this space to share with you what it is that moved my day bones after what has
felt like an eternity for the rise of another Messiah, which simply means Messenger.
I am a 62 yr old retired caregiver and active constituent in nearby Tennessee. I have been asked to bear
witness regarding the impact John F.Johnson has made in my life. I will try to be brief. At 62 I have been
given the opportunity to bear witness to the rise of at least 3 Human Rights Activists____ all of whom
were killed or locked away in an attempt to carry out the orders of J Edgar Hoover, " By means prevent the
rise of another Messiah. After 3 or more decades, life has afforded us yet another Leader, Teacher, Brother
and Protector, in the person of John Fitzgerald Johnson. ███████████

████████████████████████████████████████

Mr Johnson stirred our souls, reminding us we are loved and must love ourselves and each other. To shine
our light so bright to drown out the dark with love and respect for all living things under the sun.

████████████████████████████████████

After taking L after L(losses) we have all grown weary, having begged, pleaded, cried, forgave, marched,
yelled all to no avail. Mr Johnson organized with a few of his friends and under the confines of the law
birthed a well regulated militia to address the propensity of these murders and other injustices of our
people increasing in number and frequency mostly with no regret, remorse or respect for human life.
From July 2020 to present,Mr Johnson has been threatened, bashed by his own and others, his content
censored and shadow banned preventing him from educating his people about unconditional love.

I humbly submit my petition to you, Your Honor. I do believe you are a righteous man committed to truth and justice.
Bring John Johnson home.

We bid you peace. We bid you love. We have faith that justice will be served swiftly on this day that the Lord has made.

Sincerely, Joetta Colbert
█████████████████

The Honorable Judge Benjamin Beaton
Gene Snyder US Courthouse Room 200
601 West Broadway
Louisville, KY 40202

Greetings Honorable judge Benjamin Beaton:

My name is Madison Harris;

I am writing on behalf of Mr. John Fitzgerald Johnson. I am humbly speaking on my behalf Mr. John F. Johnson. Johnson is a man that comes with much love for all races of people. I can surely say that I am a changed woman all due to Mr. John F. Johnson, I am no longer broken inside all because of this change that Mr. Johnson brought to my life. Mr. Johnson taught me how to love myself. He showed me characteristics that I never knew I had. I will always remember this great man of justice, MR. Johnson has never once made me feel unworthy of myself. All of His biblical spiritual teaching comes with much power. Mr. John Johnson anointing touched the souls of many people nationwide. I am a witness to lots of children that speak kindly of Mr. Johnson is impatiently waiting for his return. Many people are lost without this great man in our lives this strong impact that Mr. J. Johnson brings to the lives of many' we are all in this sad state of darkness because the light of Mr. Johnson was removed from our presence. Mr. J. Johnson has always fed the hungry, He made sure that everybody was fed and that nobody was ever left out this is one of the world's greatest hero that ever lives

As we the people walked alone side of Mr. Johnson he was always making sure that we stayed in unity and that we never break the law, Mr. Johnson cares deeply for people know matter the situation he was there with open arms ready to listen and help solve any obstacle that came to hinder.

Mr. J. Johnson is a man of greatness, his light shines all over the world, under no circumstances will I ever judge this great Man of honor for being an unjust man. Mr. J. Johnson lives for liberty and justice and I stand true to this statement that John Johnson has become one of the world's great leaders of all time, he has saved lives from drowning from a mental state. Mr. Johnson is a savior and  a true friend to the world.

Very truly yours,

 Miss Madison Harris:

August 1, 2022

Dear Justice Beaton,

This letter is to express the honorable character of John Fitzgerald Johnson. ███████████

████████████████████████████████████████████████████████████████

Before his arrest, John Fitzgerald Johnson hosted on social media the "Morning Mental, Midday Muse and Factz Over Feelings" broadcast. These shows enlightened, educated and inspired countless women, men and children throughout the world until he was silenced on charges which did not fit the still alleged crime. He was successfully helping them spiritually, as an ordained minister, morally as a friend, brother and leader. He is a successful citizen, military veteran, former presidential candidate and father figure to many young people. All this demonstrated his love for this country and its people. ███████████

████████████████████████████████████████████████████████████████

Sincerely,

*Michelle Ward*

██████████

Yvette Tishelle Beasley-Golphin

███████████

August 1, 2022

To The Honorable Judge Benjamin Beaton
United States District Court
Western District of Kentucky
601 West Broadway, Room 200
Louisville, KY 40202-2227

Dear Honorable Judge Benjamin Beaton

I am writing this letter requesting leniency on behalf of John Fitzgerald Johnson 47190, ███████████ He is being held at the Oldham County Detention Center in Kentucky.

Mr. Johnson has been an intricate part of our community. I have supported his vision and mission for over two years. Based upon my experience, he has enlightened me through his teaching. Mr. Johnson has taught me how to be unified for a common cause "Love for Humanity." He has empowered me to stand up for "Justice." Mr. Johnson has encouraged me to be intentionally active within the community in various ways. He has enlightened me in the area of "Self-Love. Mr. Johnson has educated me on conscious awareness. Based upon the time that I have known him, he has always abided within the confines of the law and required all that followed him to do the same.

He has a genuine love for people and a strong commitment to family and society. I have witnessed him put his words in action. He has been a voice for "Justice." In the times of social unrest due to the wrongful deaths of Ahmaud Arbrey, Breonna Taylor and others, his presence and ability to build awareness played an intricate part in favorable solutions. Even when Mr. Johnson's life was being threatened (by the KKK, government officials and various others), he still stood for the cause of "Justice for all." He also gave the black community a sense of security. Mr. Johnson is the prime example of one who would lay down his life for others.

In conclusion, I hope that you would look into this matter and consider this
character reference before passing sentencing. I hope that you would also consider Mr. Johnson's efforts in the community through service to our country, and even at the Oldham County Detention Facility as you look over the facts of his case before determining his sentencing or exoneration. Our community, society and country needs him.

Sincerely

Yvette Tishelle Beasley-Golphin Supporter

███████
███████████



To whom this may concern, I Eyvetta M, young, am writing this letter to express to you, the impact that John Fritzgerald Johnson, aka GMJ, has had on my life. I am a mother of three plus eighteen. I have been a licensed foster parent over thirty-five years. ████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████ Mr. Johnson conducted one of his FACTZ over FEELINGZ classes and he taught about the difference in JUSTICE, oppose to REVENGE!!!. He spoke so eloquently; his words calm me down, when he stated that "WE DO NOT WANT REVENGE! WE WANT JUSTICE!" From that day, my prospective has change, I now seek JUSTICE, NOT REVENGE!!! Mr. John Fritzgerald Johnson, is a man of integrity! He has always taught folks how to LOVE, no matter how awful the situation may appear, he RESPECTS authority, rules and regulations. I implore you to review his actions, as to how he always made contact with the authorities, requesting for guidance, as to staying within the guidelines, when it comes to any of his formations!

I Thank you in advance,
Eyvetta M. Young

To Whom it Concerns:

From: Debra Jamison



Subject: Exoneration and/or Acquittal of Mr. John Fitzgerald
Johnson aka (GMJ)

John Fitzgerald Johnson my brother, our brother deserves Mercy and Leniency for the Federal changers he has been accused and convicted of. Through his social media broadcasts/ teachings of Morning Mental, Midday Muse and Factz Ova Feelings he made a positive impact on our communities. He's always taught love and truth. He has instilled pride in ourselves and our children too. He personally impacted my life as a mother for my children by teaching unconditional love. To love my children and speak with kindness plus understanding without being emotional. Parenting is a hard job in itself, but to apply the words and teachings of GMJ operate and make decisions based on facts and not my emotions, has brought us as a family closer with open respect and honor for us all as a family unit.

This does not and has not just applied in my home but with other relationships as well. He's teachings of us as a community on one accord lies within us. Solutions to our communities starts with unity within and not outward from other people, institutions and groups to solve our challenges. John Fitzgerald Johnson has taught me to be a responsible gun owner. Every Time he's gone out into the community with his organization/militia, it has always been in coordination with local and state representatives/officials to make sure HE AND WE OPERATE WITHIN THE LAW. He's also demonstrated and communicated those values...always operate within the confines of the law afforded by "all people" under the United States Constitution.

Which brings me to my closing. How can a MAN, a citizen, a veteran, a father, son and so much more, find himself convicted when operating within the law and teaching/showing our community to do the same??? He hasn't harmed, hurt, injured, killed, murdered or shot anyone as we see/read daily about in our papers, on the news. Yet, he's facing 20+ years for brandishing a flashlight. Please right this miscarriage of injustice. Exonerate and/or acquit my brother John Fitzgerald Johnson aka (GMJ). Please show leniency on the court

Respectfully,

Debra Jamison

Honorable Judge Benjamin Beaton

My name is Jasmine Dunn I writing on behalf of John Fitzgerald Johnson in regards to the sentencing at his federal trial request leniency for his sentencing.

John Fitzgerald Johnson has encouraged everyone he speaks to respect the law and law enforcement. During every formation he has coroprated and collaborated with law enforcement for the safety of members and bystanders. Which shows the type of man he is.

After following John Fitzgerald Johnson for the past 2 years he has changed so many lives positively. He has shared so many teaching on our mindset and harnessing our emotions. He has had multiple successful formation with no arrest, property damage or combative injury.

John Fitzgerald Johnson is love by his community for all the knowledge and love he has given us. We ask that you consider the minimum sentence. Thank you for your time and consideration

Jasmine Dunn

Ms. Etta C. Lucas



August 1, 2022

Re:  Case# 3:20-mj-752- John F. Johnson AKA Grand Master Jay

To: The Honorable Judge Benjamin Beaton
Gene Snyder United States Courthouse
601 West Broadway
Room 200
Louisville, KY. 40202-2227

I transmuted my pain with the assistance of John Fitzgerald Johnson.
I would like to first thank you for allowing me the opportunity to share with you the impact that John Johnson AKA Grand Master Jay has had in not only my life but the lives of my children and grandchild.
I was sent a link to his YT channel by a friend of mine a few years ago during the pandemic. My friend and I shared stories about the injustices that her brother and my son both faced in the judicial system. My son has been incarcerated for 10 years now and only God gave me strength to keep going.
Social media, during the pandemic was sort of lifeline to many of us who were blind and uneducated to the real world and it's injustices.
The first video I seen of GMJ had me mesmerized and opened my mind to issues not often mentioned or televised. I started out as a student following the teachings of GMJ. From nutritional information to current events. I found him very interesting and knowledgeable. As I continued following his content I learned that it was consistent with several subjects that I could relate to. He motivated me and inspired me in ways that I had not experienced in years. I I had earned more from watching Morning Mental and Factz Ova Feelingz and later Mid Day Muse than I had in all of my years of school. I began sharing the knowledge with coworkers, family and friends. GMJ was the "talk of the town" so to speak during these uncertain times. From health information shared during the Corona Virus epidemic to the current events around the world. From gun violence to police brutality our people faced daily in their communities. He spoke on events that I watched on social media and local news channels. His MM and FOF kept me balanced. I experienced fear and anxiety during that time. He saw me through it.

If anyone was motivated by GMJ's passion, love and anger he displayed for his people, it was me. He saved my life and gave me hope that one day we would be fully liberated as a people.

 "Born in the USA", Johnson F. Johnson taught us to always operate within the confines of the law. █████████████████████████████████████

Sincerely,
Etta Cynthia Lucas

June 29, 2020
The Honorable Justice Benjamin Beaton Gene Synder Federal Courthouse
601 West Broadway, Room 200 Lousiville, KY 40202-2227
RE: Character Reference for John Fitzgerald Johnson Your Honor:

My name is Shannon LaFrance, M.S.  I write this letter today to let you know all of the positive things that has happened since I came into contact with John Fitzgerald Johnson. I was introduced to him by a friend who served with my brother in the military for over twenty years. This friend is very trustworthy and he shared the same sentiments about Mr. Johnson. As time passed, I started watching videos and reading up on Mr. Johnson. I recalled that he was a Presidential Candidate and that he has been instrumental in equality. I am a Psychologist and I do a lot of work in the underserved/ disenfranchised communities. I also work with probation and parole, the court system, the prison system, expungements, housing and literacy programs. Mr. Johnson's presence introduced me to a different mindset and I was able to educate others on gun safety, the rights of a citizen and how to take pride and ownership of one's self.

Mr. Johnson showed me how to use the law, and the system to change things in my community. I have come to know him extremely well over the last two years, and this is not an individual that should be behind bars.

Your Honor, I pray that you find it just both legally as well morally, to acquit Mr. Johnson as it is clear that he did not receive a Fair Trial. Thank you for taking time out of your busy schedule to accept and read this character reference letter.


Shannon LaFrance, M.S.

Honorable Judge Benjamin Beaton,
Gene Snyder U.S Courthouse RM
200 610 W. Broadway
Louisville, KY 40202


Robin Crawley

███████████████████████

To the Honorable Judge Benjamin Beaton,


I 'm writing this letter on behalf of Mr. John Fitzgerald Johnson. Today I'm asking for leniency

In his sentencing for several different reasons.

1) Mr. John F. Johnson is a law-abiding citizen and had no I'll intent in the matter of which he's been convicted off.
2) Mr. John F. Johnson has had an important impact on my life. Through his positive teachings via his YouTube broadcast called "Factz Over Feelings and "The Morning Mental". I have learned through his teachings to embrace my African heritage and the elders. I learned to about African Spirituality and a deep love for myself.
3) Mr. John F. Johnson teachings has inspired me to do research on guns and gun laws in my state (Maryland). The importance of knowing your legal rights and always respect the laws of our American system. Mr. John F. Johnson has always taught everyone to follow and respect the laws of this country.
4) Mr. Johnson's teachings have made a phenomenal change in my life.

Judge Beaton, I ask in closing for you to please consider leniency in the sentencing of Mr. John F. Johnson. Mr. John F. Johnson has had a life changing impact on many (thousands) of lives and he stills has more work to do.

 Thank you in advance sir for your consideration.

Sincerely,


Robin Crawley

August 1, 2022

The Honorable Justice Benjamin Beaton
Gene Snyder Federal Courthouse
601 West Broadway, Room 200
Louisville, Kentucky 40202-2227

Re:  Character Reference for Mr. John Fitzgerald Johnson

Your Honor:

My name is Gracie Lewis, I am currently retired from government and working for the United States Congress.  I am also the Secretary of the Louisville Branch of the National Action Network.  I have always exercised my First Amendment Constitutional Rights.

█████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████ Mr. Johnson is a
former 17-year military veteran with no criminal record. He is also an Ordained Minister and a concerned
citizen.

████████████████████████████████████████████████████ Please,
do the right thing and send this Servant of God home.

Sincerely yours,


Gracie Lewis
Louisville, Kentucky

Honorable Judge Beaton:

My letter is on behalf of John Fitzgerald Johnson aka Gand Master Jay who is scheduled to appear in your court for sentencing on Monday, August 22, 2022 at 9:00am.

Honorable Judge Beaton, I am asking you to please show some leniency for John Fitzgerald Johnson. This young man is truly remorseful for what happened.  He also takes responsibly. However, no one was hurt and he went home and it was at least 3 months before he was charged and arrested. Therefore, he did not think that he was a threat to anyone or he would have been arrested immediately.

John Fitzgerald Johnson has an impeccable BIO.  He was  a 2016 Independent
United States Presidential Candidate. He is a community activist, ordained minister and I am mostly impressed that he has served our country and is seventeen years Army Veteran.

Honorable Beaton, I am pleading with you to please do not let this one incident define his future. He is needed by his family as well as his community.


Respectfully yours,
Mary C. Woolridge, Retired 16 year
Chartered Louisville Metro Councilwoman
District  #3

Greetings Justice Beaton,

My name is Abdul-Latif Tariq. I'm a U.S. Army retired combat veteran that has served for 25 years both at home and abroad. I have had the pleasure and honor to have met fellow veteran John F. Johnson. I've come to know him as a very disciplined and principled man who maintains a high level of compassion for every fellow human being he comes in direct contact with. Therefore, he should not be experiencing this miscarriage of justice.

Abdul-Latif Tariq
SFC (R) U.S. Army

Anthony Borum



The Honorable Justice Benjamin Beaton
Gene Snyder Federal Courthouse
601 West Broadway, Room 200
Louisville, Kentucky 40202-2227

Dear Judge Beaton,

I am a community organizer based out of California, and I can say It has been a great pleasure and honor to get to know John Fitzgerald Johnson over the last 2 1/2 years. Over this short, yet impactful time Mr. Johnson has served in the role of both a mentor, and a father-like figure in my life. Never in my 30 years of life have I met someone who cared more about his own people than Mr. Johnson. The reason I am a productive member in my community today is thanks to the guidance and support provided by Mr. Johnson.

I believe this letter will provide useful insight when considering how to proceed in the case of our beloved Mr. Johnson. Whether it was by watching his rare, and insightful commentary from his hit shows "The Morning Mental," and "Facts over Feelings," or his presidential debates from 2016, knowledge and information was always at a surplus. Mr. Johnson has an extremely extensive and impressive track record in the community, and has always stressed the importance of operating within the confines of the law. In June of 2020, when we were considering potential cities to practice our first, and second amendment rights in, it was Mr. Johnson who alerted me about the local penal codes in Las Vegas, Nevada that would have prohibited us to parade with weapons down the sidewalk in groups of 20 or more without written consent from the governor of the city. Ignoring these penal codes could have ended up in disaster for our organization, however, thanks to Mr. Johnson, we were able to decide on the cities of Atlanta & Phoenix as our destinations, where no such penal codes existed, and we faced no issues in either location.

John Fitzgerald Johnson is the only man I know capable of assisting our community in achieving success both on a financial, and spiritual level. This fact has been further proven in our brothers' absence from the community over the last year and a half. We believe our beloved Mr. Johnson deserves to be tried in front of peers that better represents and reflects his own core values, beliefs and upbringing. Going forward I ask that you give Mr. Johnson your every consideration in light of the amazing contributions he has made for the community over the years.

Thank you for your time and consideration,


-Anthony Borum

The Honorable Chief Justice Benjamin Beaton

Chief Justice Beaton ,

Humbly, I'm requesting the Court's leniency for Mr.John Fitzgerald Johnson.



Mr. John Fitzgerald Johnson served 17 year as military veteran, and  served his country proudly without reservations. Like our ancestors who faithfully served in past military wars and conflicts, Mr. Johnson was willing to stand up for justice and lay down his life for righteous for all citizens reguardless.

Chief Beaton, I believe you are a fair and just man. You too swore to serve and protect the Constitution of the United States of America against all enemies foreign or domestic.  Leadership requires making difficult decisions at times, we are living in unique times. I pray, The Creator of Mankind will guide, protect and strengthen you in your decision making process.  Sir, please don't allow a innocent man to be punished for a crime he did not commit. Please give Mr. John Fitzgerald Johnson linency.

Sincere Thanks,

Robin R. McMiller

Renee Arms



August 2, 2022

To Whom It May Concern,
My name is Renee Arms and I am writing a letter of support of John Fitzgerald Johnson who has been charged
 with wanton endangerment. I have known  John Fitzgerald Johnson for three years.  John Fitzgerald Johnson
is one of the most responsible people that I know. We first met in Louisville, Kentucky.
 John Fitzgerald Johnson has motivated so many people including me. One day I was
listening to him in the car and my son asked, ``Who is that? and I replied to John Fitzgerald Johnson. We have had trouble
with this young man, he started listening to him and he started to change. We need a person like that in the
community that the young kids can look up to and listen to. He just has a way of motivating people and has great leadership skills.
He has done work in the communities like the back to school program, where he handed out backpacks to the children.
I hope the court considers all the good things that he has already done.

Sincerely,
Renee Arms

Althea Ingrid Polk



Date of Trial: 22 August 2022

The Honorable Judge Joel Beaton
Gene Snyder US Courthouse Room 200
601 West Broadway
Louisville, KY 40202

SUBJECT: John Fitzgerald Johnson, FEDERAL CASE NO. 3-21-cr-00031-BJB

To the Honorable Judge Benjamin Beaton,

I am writing to you in reference to John F Johnson. My name is Althea Polk and I'm a retired US Army veteran. I have one son who is currently serving on Active Duty in the US Army. I am a student of Mr. Johnson. I am writing to ask of you sir to please have mercy on Mr. Johnson and Exonerate/Acquit him on All charges. Please release him back to society, so that he can continue to change people's lives for the betterment of the country. Mr. Johnson is a law abiding citizen who stood up for the injustice of his people.

John F Johnson is a Son, Father, Teacher, an impeccable Leader, a US Army veteran and a Former Ordained Minister. He ran for the US Presidency in 2016. He's respected, loved and appreciated  Worldwide for his Spiritual Teaching on Instagram.

John F Johnson has changed my live drastically with his classes. His teaching has inspired me to be a better person and to truly love myself and treat everyone with love and respect. He has impacted my life by inspiring me to get involved with my community by volunteering to feed the homeless and giving school supplies to the less fortunate.

Judge Beaton, please consider leniency in sentencing Mr. John F Johnson. The work that the Creator has placed him in this world to do is not complete. Thanks for your consideration Sir.

 Respectfully,

Althea I Polk

**Ms. Michelle Tuggle**

████████████████

████████████████

July 15, 2022

**District Judge Benjamin Beaton**

Gene Snyder United States Courthouse
601 West Broadway
Room 200
Louisville, KY 40202-2227

**Re:** Mr. John Fitzgerald Johnson, Case Number: 3:21-cr-00031-BJB

Dear Honorable Judge Beaton:

It is with great respect and humility that I bring these words before you, on behalf of my brother,
Mr. John Fitzgerald Johnson. ████████████████████████████████

████████████████████████████████████████████████████████████

They simply cannot know the character and selflessness of Mr. Johnson, nor his commitment and
service to this country. We are from a family of over 123 years of military service, from all
branches. Even the supporters in that courtroom that heard the final verdict bring a collective 92
+ years of dedicated service this country. Please imagine if you can, the psychological pain that
this verdict rendered to our brother and comrade has burdened us with.

Mr. Johnson, like any human on earth, is not a perfect man, but he is a selfless, disciplined and
service-filled man, ████████████████████████████████████████

████████████████████████████████████████████████████████████

John Fitzgerald Johnson does not deserve to spend the rest of his service-filled life in prison,
locked away to waste as do so many others in this country. He is a brilliant, kind and reflective
man, minister and community service member that has brought light and hope to so many
people, young and old, in this country and around the world. He is a law-abiding man, he is a
teacher, an extraordinary unifier in consciousness, and he is a mother's son.

I am corresponding with you today to ask that you find it in your heart and your consciousness to
exercise leniency when sentencing my brother, our friend and our spiritual leader. Our country
needs a man of this caliber and commitment to help make this a better place for all. I ask for
your merciful ruling on his behalf and on behalf of dedicated service men and women, friends

and family.  We need John to have the privilege of exercising his kind heart and brilliant mind for the people of this nation and for our peace and sanctity.

Respectfully,

Michelle Tuggle

August 1, 2022

The Honorable Justice Benjamin Beaton Gene
Snyder Federal Courthouse 601 West Broadway,
Room 200 Louisville, Kentucky 40202-2227

RE: Character Reference for John Fitzgerald Johnson

Your Honor:

My name is Kathleen Parks. I am County Commissioner District C and Founder and President of the
National Action Network, Louisville, Kentucky Chapter. However, I am appealing to you today as a
concerned citizen of Louisville, Kentucky. My background is in the Arts, Education, Civil Rights and
Human Rights. As an Activist and Advocate for all people over the decades, ! am deeply saddened by the
incarceration of John Fitzgerald Johnson, aka Grand Master Jay. Moreover, I am deeply concerned over
the outcome of his trial in May and cannot be silent. Dr. King stated "a time comes when silence is
betrayal". This man, this person, this human being, came to our city of Louisville to answer the call and
cry of so many people from diverse both young and old, social and economic backgrounds to dialogue
with local and state public officials on why there was no justice for Breonna Taylor's death at the hands of
the (LMPD)Louisville Metro Police Department. He came in the spirit of justice, love and world **peace.**

He had every right to do that as a citizen of the United States of America. He also had the right to exercise
his first and second amendment rights. He did so in a peaceful manner and no one was killed or
murdered.

Your honor, I am appealing to your humane authority under the constitution, and pray that you find it just
both legally as well as morally, to acquit Mr. Johnson

Sincerely your servant leader,

Kathleen Parks
Honorable Jefferson County Commissioner District C
Former Adjunct Professor, Bellarmine University
First Lady Advocate of Reparations for Slavery
Founder of American Slave History Education Academy (ASHEA)
President & Founder, National Action Network, Louisville, Kentucky Chapter

The Honorable Judge Benjamin Beaton
Gene Snyder US Courthouse
Room 200
601 West Broadway
Louisville KY 40202-2227

**Re: Federal Case 3:20-MJ-752 Defendant John Fitzgerald Johnson a.k.a. Grand Master Jay**

Your Honor,
My name is Lashonna A. Wood (African American - female – age 50 – US Air Force veteran) writing from South Carolina on behalf of John F. Johnson who was recently on trial in your court the week of May 23-May 27th 2022. I was not able to make it to the proceedings as I was present and ready to support Mr. Johnson on the previous scheduled trail week of Monday, April 25 2022.

In the rallies that I've personally witnessed called by Mr. Johnson to seek justice for the deceased Ms. Breonna Taylor and others, he **_ALWAYS_** emphasized safety and self-defense. **_NEVER_** an offensive strike against anyone especially federal officers!! The participants were **_ALWAYS_** given direction by Mr. Johnson to respect the local authority and follow the guidelines of the permit issued for each assembly. Participants of his rallies were told to **NEVER** carry a round in the chamber of their firearm.

Your Honor, I can tell you as a former military enlisted airman (E-4) and officer (O-3E), the photo that triggered these charges were completely out of context. There is NO WAY Mr. Johnson would be angry and prepared to fire on federal officers while his escorts (also in the photo) for that evening were casually looking the other way with their firearms pointed downward. Had Mr. Johnson been in "attack or fight" mode, I can guarantee with 99.9% certainty, as a former military officer, ALL the people around him would have taken the same stance and/or a position of cover.

Mr. Johnson is a leader who taught all those who would listen to FOLLOW THE LAW. John F. Johnson has changed my life as an US American citizen. I have pride in who I am as a human being

So I close with …..let The Most High guide you. Reversal of this decision will grant you favor beyond measure.

With the utmost sincerity and respect,
Ms. Lashonna A. Wood, US Air Force Veteran, Captain (O-3E)

June 29, 2020

The Honorable Justice Benjamin Beaton
Gene Synder Federal Courthouse
601 West Broadway, Room 200
Lousiville, KY 40202-2227

RE:  Character Reference for John Fitzgerald Johnson **Re: Federal Case 3:20-MJ-752**

Your Honor:

My name is Kenneth Canty, PE.  It was 2 years ago from the date that I write this letter that I came into contact with John Fitzgerald Johnson.  I was introduced him by one of my older siblings, by receiving via a text message that contained a link to a YouTube Video.  As I started watching the video Mr. Johnson's presence grabbed a hold of me and introduced me to the man I am today.

Up until the spring of 2020 I had made a name for myself in the Heavy Civil Infrastructure Construction Business.  I have worked for the Federal Government as a contractor for close to 15 years and before that I worked as a Construction Professional on mega projects in Boston, New York and Charleston, SC.  All of that came to a halt when I experienced some of the worst treatment based on Race on a project in Florida.  My company, which was destroyed, closed shop in the midst of the Pandemic.  In my mind, I had lost everything.

In an attempt to get me out of the doldrums I was in, my older brother convinced me to watch the "Morning Mental" video that from June 11, 2020.  As I came to absorb the message being projected through my communication device from Mr. Johnson, I sought out every video he had every done since 2014 and became a loyal listener to the Morning Mental, the MidDay Muse and Factz ova Feelingz..  Though the summer and fall of 2020 I began to understand not only why I always keep experiencing these acts of racism as a Business Owner, I also found out how to fight it legally, morally, ethically and effectively.  This led me to be able to testify in front of the United States House of Representatives Subcommittee on Railroads, Pipelines, and Hazardous Materials.  My testimony is now being used to change Federal Procurement Code such that what happened to me and others will not happen to anyone else.  Mr. Johnson showed me how to use the law, and the system to change things in my industry.  I have come to know him extremely well over the last two years, as I have personally attended almost all of the court proceedings and other events that have occurred around these proceedings in Louisville, KY.

Kenneth Canty, P.E.
Charleston, SC

The HonorableJudge Benjamin Beaton
Gene Snyder U.S. Courthouse Rm200
601 W. Broadway
Louisville, Ky.40202

Dear Honorable Judge Beaton.

I'm writing this letter on behalf of Mr John Fitzgerald Johnson. Today I'm asking for leniency in his
sentencing for several different reasons, a few of which I shall list.

1) Mr Johnson is a law abiding citizen and had no I'll intent in the matter of which he's been convicted of.

2) Mr Johnson has had a significant impact on my life and the lives of so many others with his positive
teachings on his live YouTube broadcast called, "Factz over Feelingz" and The "Morning Mental". In his
teachings Mr Johnson taught me how to love myself, love the people around me and to have self pride.

3) Judge Beaton sir, I ask if you would please allow me a brief minute to continue express how Mr Johnson
teachings has recently helped me get through one of the worst days of my life. And that is, the tragic death
of my youngest son just two weeks and one day ago (360 hours). As you may or may not be aware of that
Mr Johnson is a former Ordained Minister. During this ordeal he has sent  many different scriptures to
read along plenty messages of encouragement. I started following Mr Johnson approximately two years
ago and one message that has stayed with me during this ordeal is that we must have faith as little as a
mustard seed.  Because of him and that message, I have been able to get up every morning and face the
day without my son.

Judge Beaton, I ask in closing for you to please consider leniency in the sentencing of Mr Johnson. His
work in this world is not yet complete. There's plenty more souls he must touch just as he has done for
me.  Thanks in advance sir for your consideration.


Sincerely,

Diane Robinson

July 24th 2022

Jaleela A Gill

███████

Gene Snyder US Courthouse
601 West Broadway Room 200
Louisville, KY 40202

RE: Federal Case No. 3:20-MJ-752 against John Fitzgerald Johnson

Dear Honorable Judge Benjamin Beaton,

Your honor, my name is Jaleela A. Gill and I am a very concerned citizen writing to you today Sir to request exoneration or at least leniency for John Fitzgerald Johnson for many reasons, one of these being that for as long as I have heard him speak Mr. Johnson has always emphasized to operate within the confines of the law. Mr. Johnson is an Army Veteran who has served this country USA for decades and within the course of his military career he has locked through a scope of a weapon to access credible threats probably many times such as military family members have said this action of looking through a scope of a weapon is a commonplace practice amongst service men and women.

Also, the incident in question occurred at night and within a very hostile environment towards Mr. Johnson and the NFAC from various individuals who were actively searching for the exact location of NFAC to confront them ███████████████████ Mr. Johnson has received numerous death threats.

In closing, your honor I earnestly request that you consider exoneration or leniency for John Fitzgerald Johnson, he is am Army veteran with over a decade of service to the United States of America and within his duties of assessing any threats he and his fellow servicemen automatically look through their scopes to see what is out of their field of vision especially at night.

Thank you for your consideration your honor.


Very Sincerely,
Jaleela A Gill

July 25, 2022

Good day your honor

GMJ 's The morning mental and facts ova feelings information has been providing food for thoughts for our family and for our people in the community and across the world. GMJ has talked the talk and walked the walk by uplifting our people to heights we have neva imaged. No one else is for our people, we have came together on many formations without violence,or disorderly conduct, also GMJ has made it perfectly clear that he loves his people and doesn't hate anyone else. Your honor will you please give leniency to our beloved leader GMJ. Thank you . Your honor. We are all pleating with you to give John F Johnson leniency he deserves it.

Respectfully,
Mary Johnson

2065B Rue Provost
Lachine , Quebec Canada
H8S1P8

August 1st 2022

The Honorable Judge Benjamin Beaton
Gene Snyder US Courthouse Room 200
601 West Broadway
Louisville, KY 40202

RE: FEDERAL CASE NO. 3:21-cr-00031 BJB USA against John Fitzgerald Johnson.

Dear Honorable Judge Beaton,

Where do I begin? My name is Karla. I am an American citizen that lives in Canada. I am a Senior Broker Analyst . I did travel to Louisville , Kentucky April 23rd 2022 to attend the trial of John F Johnson who shall call Jay throughout this letter because that's what I call him when I talk to him. Unfortunately the trial was delayed yet again so I wasn't able to attend. Honorable Judge B Beaton you are our last hope for justice for our Brother, teacher, friend John F Johnson. If you can find it in your heart to apply leniency towards Jay's sentencing or maybe even overturn it completely.

  You see John F Johnson [Jay] has been instrumental in calming people around the world not to mention those in the USA. Jay has always been a law abiding citizen. very caring human being. that loves deeply and respects authority.

For 2 years Jay's life has been put on hold under house arrest. It is time for him to come back home and keep us all calm again. What Jay has and continues to do for me is. He has restored my faith in humanity. Please have leniency on sentencing John F Johnson he has already spent over 2 years silenced . You have the power to overturn this verdict and show the justice system does work in America

Sincerely yours
Karla M Thompson █████████ ▌
██████████████ n

JAMES W. ELLIOTT, SR., PASTOR



HONORABLE BENJAMIN BEATON
GENE SNYDER FEDERAL COURTHOUSE, ROOM 200
601 WEST BROADWAY
LOUISVILLE, KENTUCKY 40202

REFERENCE:  JUSTICE FOR JOHN FITZGERALD JOHNSON

DEAR SIR, YOUR HONOR,

MY NAME IS JAMES W. ELLIOTT, SR., AND I AM WRITING TO ASK YOUR HONOR TO USE YOUR
AUTHORITY AND GIVE JUSTICE TO JOHN FITZGERALD JOHNSON.

THE SCRIPTURES TEACHES THAT "HE WHO SOWS JUSTICE, HE WILL RECEIVE PEACE"!

THE SCRIPTURES ALSO WARNS THAT:  "DO NOT BE DECEIVED, GOD IS NOT MOCKED; FOR
WHATSOEVER ONE SOWS, THAT SHALL HE ALSO REAP", GALATIANS 6:7.

WE ARE PRAYING THAT YOU WILL DO THE "RIGHT THING",

RESPECTFULLY YOURS,

JAMES W. ELLIOTT, SR., PASTOR,

Eleanor Harvey

July 04, 2022

The Honorable Judge Benjamin Beaton
Gene Snyder US Courthouse Room 200
601 West Broadway
Louisville, KY 40202

RE:  FEDERAL CASE NO. 3:21-cr-00031 BJB USA against John Fitzgerald Johnson.

Dear Honorable Judge Beaton,

Willing that this letter will not fall upon death ears, praying that your heart will be open to this supplication and acknowledging you in advance for your heartfelt consideration to my request. My name is Eleanor Harvey, I hold two Degrees one being a master's in Education. I had the privilege of being present for the Trial of Mr. John Fitzgerald Johnson in your courtroom the week on May 23rd – 27th, 2022. The purpose of my letter is twofold, 1st to serve as a character witness for Mr. John F. Johnson; the latter is to bear witness to what I believe to be a miscarriage of justice on behalf of Mr. John Johnson and to ask for your Leniency, Home Probation, Time served, or complete and total Exoneration when it comes to the upcoming date of August 22,2022.



Allow me to bring to your attention that Mr. John Fitzgerald Johnson, a former 2016 United States Presidential Candidate, United States Army Veteran, Chaplin, and Global Human Rights Activist, who in the spirit and intent of our United States Constitution, exercised his constitutional rights legally in your Commonwealth. He is highly respected and loved on all continents; he has uplifted and inspired the masses to be empowered and is followed by millions worldwide. Mr. Johnson is still making a positive impact on the lives of people of all nationalities.  As a Spiritual Teacher, he

has renewed a sense of pride and unification among American citizens. He received multiple awards and is the spokesperson for Mainstream media through these difficult times.

We have followed this case very closely; we have witnessed Mr. Johnson follow the law during each demonstration held in Kentucky, Georgia, and Louisiana. As a law-abiding citizen, he has set very high expectations for his following to abide by the law as well as exercise his rights under the US Constitution. He embodies what it means to be an American Citizen, and he is a shining example to our community; one who has legally, morally, and ethically taken a stand as our Constitution affirms for all of us.

Mr. Johnson is a highly respected leader whose message has brought forth unification in the African American community. I am requesting for you to take a closer look at the motives that brought forth charges which led to his arrest. We are requesting for you to dismiss these charges against Mr. John Fitzgerald Johnson in the interest of real justice and real change to bring us all back together.

Thank you for your time and attention. You have an opportunity to make a difference.

X    Eleanor Harvey

Eleanor Harvey,
Family, Friend, Faith Fellowship Sojourner

Hello Your Honorary Judge,

I'm writing this letter to express my greatest inspiration was getting to know John Fitzgerald during a very complicated time in history. During the pandemic and quarantine I got a chance to listen to his lessons titled Factz Over Felling, the morning mental and mid day muse. I found his teaching very informative because of some of the Books of the Bible like "Morals and Precepts, The Book of Gleaning,The Book of Enoch With Yahweh's Name restored, The Book of Jasher and the Book of Jubilee. Some people search the whole word for knowledge. This man has blessed me so I couldn't even begin to tell you.



This should be a time of love and laughter just to be alive one more day.

Respectfully

Beverley Hale

To whom it may concern

This letter is to share the impact that John F Johnson aka Grand Master Jay has has upon me and my life. I am not sure if words can express the huge impact this man has made upon me.

I have never met a man who I can call my teacher and my leader. He has upended my eyes to the way I see things in this world in a way that no one has been able to do.

He has lead me in my spiritual growth to realize that there is so much more to know about in the spiritual realm. That not everything I was taught was as final and complete as I was taught while showing where to reference his teachings. I continue to grow because of him.

Mr Johnson has taught me that the constitutional right that I have can be enforce without breaking any laws. That it was my duty to exercise them when situations present the need to. We share a background of military discipline and restraint when necessary. It has been a long time since I have felt such a strong bond.

My Johnson has personally made me hold my head higher and restored a strong image of what a black man should do and be in a time such as this. There's so many things that attempt to make the black man something bad and awful. There are young men who will be respected just because of who this man is. He is the kind of man I want my grandsons to know and read about. He has changed the way black men are looked at. He is a role model and protector

Mr Johnson has so much to offer this generation and the next in a law abiding way. Please send him home where he can be a great help to us all.

Respectfully

Kimberly Harris

Crystal D Woods

████████████

August 28, 2022

The Honorable Judge Benjamin Beaton
Gene Snyder US Courthouse Room 200
601 West Broadway
Louisville, KY 40202

RE: FEDERAL CASE NO. 3:20-MJ-752 against John Fitzgerald Johnson.

Dear Honorable Judge Beaton,

I pray that this correspondence reaches you in good health. Thank you in advance for taking the time to read this letter with an open mind and heart. Many of us strive to evolve into whom we are purposed to become so our legacy would inspire others to evolve into the greatest expression of whom they desire to be - that is who Mr. John F Johnson is. ██████████████████████████████ he continued to teach all of us valuable life and spiritual lessons through his show "The Morning Mental". People around the world would make it a priority to tune in just to hear what that day's wisdom and encouragement would be; his powerful words of inspiration healed our hearts, reminded us to treat each other with respect, and encouraged all of us to make personal changes in our lives.

Mr. Johnson is a well-respected man of high standards and expectations and he takes his responsibilities very seriously. He is a model citizen even during his trials and tribulations. He has taught us what it means to persevere in the face of adversity. Mr. Johnson gave back to the community of Louisville in 2021 when he hosted events like "*Feed The People*"; the citizens of Louisville were able to enjoy free food and entertainment in the park with family and friends, all while his freedom was on the line.

During his pre-trial release in 2021-2022, he remained in good standing although he was silenced from all social media platforms. It is on record that he attended each required federal and state court hearing whether in person or via zoom or conference call. Additionally, he submitted all required documents in advance of deadlines. Mr. Johnson is *not* a flight risk, he is *not* a threat to society, … he **IS** a man of great character, honor, and spiritual conviction; he **IS** an upstanding law-abiding citizen and he deserves to be released to his home to properly prepare for his upcoming trial dates.

████████████████████████████████████████████████████████



Mr. Johnson; a 17year United States Army Veteran, a Former 2016 Independent Presidential Candidate, Global Human Rights Activist, Chaplin, Spiritual Advisor, and Teacher, truly embodies what it means to be an American Citizen.

> ➤ I am asking for leniency,
> ➤ I am asking for you to acquit him of all charges and overturn his conviction.
> ➤ At the very least I am requesting for you to grant him time-served or home probation,

Ultimately, I am asking for you to overturn his conviction and exonerate Mr. Johnson of all charges; this is an opportunity for you to positively impact his life in the name of Life, Liberty, and real Justice.

Thank you, Honorable Judge Beaton, for your consideration and for being on the right side of history.

*Crystal D Woods*

Crystal D Woods, CMS
Chief Executive Officer
CDW Innovative Solutions, LLC

Iisha Byas



August 20, 2022

The Honorable Judge Benjamin Joel Beaton
Gene Snyder US Courthouse Room 200
601 West Broadway
Louisville, Kentucky 40202

**RE: Federal Case No. 3:20-MJ-752 against John Fitzgerald Johnson**

Dear Judge Beaton,

It has now been over 90 days since the conviction of John Fitzgerald Johnson, aka Grand Master Jay, and he remains behind bars at the Oldham County Detention Center – awaiting his (now postponed 3 additional months) sentencing on November 9, 2022.

Your Honor, as a follow up to a previous letter, I want to take the time to express my gratitude for how the officers/guards continue to handle phone calls and the overall treatment of Mr. Johnson, while he's been incarcerated. I do recognize this case may be uncommon for the Commonwealth of Kentucky and I want to recognize all participants who have shown professionalism and care for Grand Master Jay.



For almost 2 years Mr. Johnson did not pose any type of flight or run-risk to avoid appearing in court for either of his two (2) cases. Mr. Johnson never missed or requested to postpone or reschedule a court date – either in –person or virtually.

While awaiting trial, Mr. Johnson patronized the Commonwealth of Kentucky for food and housing and encouraged his supporters to do the same. Instead of staying in the state of Indiana, which so many of us wanted to do, it was Mr. Johnson who encouraged us all to eat, sleep in Kentucky.

During those 2 years, while non-believers thought he would run away or flee; or that Mr. Johnson would cause some kind of "issue" – he did not. Others thought Grand Master Jay would cause some kind of harm to the state or the citizens of the state, and the exact opposite happened. Are you aware that after 1 of the many state court dates, while returning to Ohio, Mr. Johnson and some of his supporters drove up to a very bad car crash site. Being the first on the scene, Mr. Johnson (and some supporters) were able to retrieve the people from the vehicle, assist with traffic control until the authorities arrived, and in the process saved lives.



Respectfully,

Iisha Byas

Your Honorable Judge Benjamin Beaton Room 200,

I am Leslie B. Grainger III and I'm contacting you asking you for a moment of your time on behalf of Mr. John Fitzgerald Johnson

Federal Case no#3:21-cr-00031 BJB

First I would like to say that Mr. Johnson has had a positive effect on my life as well as my family's since the day we first heard of him. This man's strength with positivity, being a law abiding citizen, knowledge,etc. is unlike anything I've ever heard of in my lifetime. Mr. John Johnson prides himself on always conducting himself within the confines of the law and he always encourages others to live by and do the same. This man has been shining his light of positivity on us. An example of his self control is shown in the fact that he is a Vet. He ran for the Presidential Election and encouraged people to study/learn with the touching lessons he's taught. I understand there are some people who need to be locked away because they are a threat to society but this man Mr. John F. Johnson is not a man that deserves this punishment. ███████████████████████

███████████████████████ He wouldn't jeopardize everything he's put together or his teachings to put himself or others in harm's way. Others may have jeopardized themselves and others but Mr. Johnson wouldn't. If anyone's life was in danger it was his, the NFAC, also supporters. ███████████

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

████████ I'm asking you to please be lenient and allow Mr. Johnson's case to be thrown out and completely exonerated immediately and to allow his human rights to be returned immediately. Please allow him to have a second chance at freedom, at life.Thanks for your time. This letter was never meant to be disrespectful in any way.

Leslie B. Grainger III
████████████

Mon 22nd Aug 2022

To the Honourable Benjamin J Beaton.

I am writing to you, requesting you consider leniency when dealing with the case against John Fitzgerald Johnson. He has had a massive impact on my life, as a Black care leaver, trying to remain strong and honest amongst much corruption and bad behaviour. He has given me a positive focus and reminded me of the courage I possess to remain good, while other behave badly around me.

I have no criminal record, have worked everyday of my life since 16yrs, have brought up a wonderful, gentle, hard working son, single handedly, who too ducks and dives between the madness around us. People like me, who have no family, sometimes tire of the struggle and look for leadership, wisdom, kind words of encouragement and sometimes just unconditional love. These are the things John Johnson has given me.

This society needs people like him, who are strong and true enough to earn your respect but also wise enough to provide actual practical guidance and life skills. People like me often let their disappointment, anger and hurt, about how life has treated them, to overwhelm and swallow them whole. This leads to unhappiness all round, nobody wins.

But I have been blessed with an inner strength to keep on at it, and only need a little encouragement to remind me of the value of living to one's potential. I had no choice where I started in life, but I do have a choice where I finish.

These are the things John talks about, reminds me of, gives me the courage to continue, reminds me I am not alone, reminds me it is not my fault, reminds me I have value and worth, reminds me I am supported by my ancestors, even though I never knew them, reminds me of the natural born power within my melanin and that I am strong, beautiful and Black.

I struggle with spirituality, since being brought up in the UK care system, but John's teachings seem to make sense to me, that there may be an almighty power in the universe, it's just that men misuse religion to their own ends. As I grow older, 53 yrs now, I feel the need to know I am part of something bigger and more meaningful. John is the only person who's words have reached me, that make sense to me and believe me many have tried.

I beg you to consider a lenient sentence, if any, as people like him are a positive force in the world, amongst the many hate mongers. John preaches love and positive livity, self improvement and empowerment, good parenting and clean living, all within the laws of The US and nature.

I think it is the fact that he managed to gather so many people, with so much armory, with NO incident, that you should be focusing on. To keep that many people focused on the positive goal of Black self determination is miraculous and was uplifting to witness.

Here in the UK, we have no gun laws, which I totally agree with. But in a country where there are more guns than people, where a person can be easily killed just going about their daily business, it would seem a necessity.

I thank John Johnson, NFAC and all the brave people who came out to show support, strength and solidarity to the common Black man and woman. I beg you to allow him to continue to be a positive voice to people like me, so we in turn, can continue to be positive forces in our own communities and spread love.

Stay safe, be well and thank you for reading my letter.

Miss Nicky Oakes

To whom it may concern,


Greetings I am miz. Claudette Bonney,

I have been a student of GMJ for several years, I am Learning so much positive truths about our history, on his factz ova Feelingz..!! morning Mental.!! and mid-day Muse.!!


I was living in England when I first started listening to this Man, I am in Jamaica at the moment,...must say I was extremely impressed by his knowledge right across the board...I never wanted to miss any of his lesson he's that brilliant, of a teacher, For me to catch the live factz ova Feelingz, I had to set my alarm for 3:am factz ova Feelingz started at around 9: pm in the U.S..the U.K can be 5, or 6, hours ahead.


This Man, really cares about his people he sincerely loves us and millions of us worldwide love him Also...we are Feeling his spirit..HE UNITED black people In RECORD TIME, GMJ is a very special person, we've come to know as a Charismatic Leader, excellent teacher, brother, very kind person, friend, with a great sense of humor...we must thank him, for all his knowledge encouragement and upliftment for some of us to pick up a book for the first time and Read about their true history, inspiring us to learn and research more...He thought us the importance of not breaking the law..! He woke up many black people Globally, he created Leaders not Followers.


We need more people like John Fitzgerald Johnsons a.k.a GMJ in our community's.

Because he is a God fearing person,  law abiding citizens who wants equal rights and justice for all mankind, we all need to feel protected and safe in our environment.


GMJ MATTER...The NFAC is NEEDED THIS IS THE ONLY TIME IN HISTORY WE WITNESS PEACE And TRANQUILITY IN LOUISVILLE KENTUCKY,... "is a matter of fact." in all the demonstrations around America in 2020,  Was when the NFAC Responded in formation to the delay in Breonna Taylor's, Murder Investigation the NFAC is the only ones who Brought PEACE AND TRANQUILLITY and got major changes in any demonstration "you could have hear a Pin drop." in Kentucky


The NFAC making history, teaching the world how to respond peacefully paving the way, helping to build a safer future for our children, and grandchildren, coming after us this is what the NFAC is about GMJ never stop talking about making a better future for the children, and the importance of our unity....Together me and my grandchildren listens to his Morning Mental.. thats started at around 3: or 4: pm in England ✉ 10: am U.S. and my grandchildren loves him and missing him, just as much as I am.. ███████

Respectfully Your

Miz. Claudette Bonney

August 26, 2022

Your Honor,

I am writing to you to request the immediate release of John Fitzgerald Johnson who is currently being detained in Oldham County correctional facility. Mr. Johnson is not a flight risk and he also has a history of being a law abiding citizen which guarantees that he will absolutely return back to court at the scheduled date and time. Mr. John Johnson also has health issues and I'm asking that he be immediately released back to his home with his family until further notice of the day and time that he would need to return to court. Your Honor, Mr. John Johnson has an impeccable record of living life as a law abiding Citizen. I'm sure you know that he is a Army vet that lives his life within the confines of the law. With this being said I'm asking you to please allow him to return to his home until the next Appearance date. Thank you for your time and I hope that you take this letter into consideration for his immediate release.

Sincerely,

Ronnika A. Grainger of Louisville,Ky

To whom it may concern,

My name is Miz. Claudette Bonney, mother of 4,  Radio presenter, Full member of Equity, songwriter and singer...Me and my family has been a student of Mr. Johnson for several years Listening and learning, in his Factz ova Feelingz, Morning Mental and the Midday Muce.! We have learned so much positive Things about our history he has Inspired millions worldwide we love him and miss him dearly. We find it ironic that a soldier who served in the US army is to be locked up for pointing his gun flashlight at a rooftop unbelievable...This Man Is such a positive role model who teaches us never to break the Law and why it's important for us to be law-abiding citizens.



He's uplifting us With True knowledge wisdom and overstating I see him as a Genius with a Whole lot of ambition to run for president in 2016, how brilliant is that
We need people like this Man in our communities. there's not enough people like this in the world. We need more John Fitzgerald Johnson's real talent well respected by anyone who meets him.

This Man has never had a conviction so far in his life...."What about second chances".,?
Please be concerned about this when you are making your final decisions..thank you..! We are all praying for your freedom here in Jamaica brother Jay's our Supreme Commander.. ✉ one love.

25 August 2022

Honorable Benjamin J. Beaton Louisville Federal District Court Louisville, Kentucky

Re:  Detainment of Mr. John Fitzgerald Johnson

Dear Sir,



Therefore, I am requesting Leniency and as a character witness of the impact our brother John Fitzgerald Johnson has had on our lives and why he should be returned to us. It is surely men who repeats history and not history itself. Mr. Johnson has enlightened his community and there are those out to destroy his character at all costs under the banner of the law. My requesting Leniency is a just cause on behalf of Mr. Johnson. Your Honor, I can only hope that you are a Moses of the Law and not the bench.

Respectfully yours,

Albert Wynn

Mr. Albert L Wynn, USNRet A Veteran of Foreign Wars

August 29, 2022

The Honorable Justice Benjamin Beaton
Gene Snyder Federal Courthouse
601 West Broadway, Room 200
Louisville, Kentucky 40202-2227

Re: Pre-Trial Release of Mr. John Fitzgerald Johnson

Your Honor:

My name is Gracie Lewis, I am a retired federal government worker and Staff Assistant, Subcommittee on Labor Standards, United States Congress. I am currently Secretary for the Louisville Chapter of the National Action Network. I met Mr. Johnson, when he came to Louisville protesting the death of Breonna Taylor, and issuing a Call to Action. I was exercising my First Amendment Rights. There were hundreds of different groups that came to Louisville Demanding JUSTICE for the killing of Breonna Taylor. Since that time, four current, former police officers have been federally charged in Breonna Taylor's death.

Merrick Garland, Attorney General held a Press Conference on August 4th stated that the charges mark the first federal counts leveled against any of the officers involved in the botched March 2020 raid. In addition to civil rights offenses, federal authorities charged the four with unlawful conspiracies, unconstitutional use of force and obstruction. This is the only reason Mr. Johnson was in town.

Kentucky is an "open carry state" and as such his militia had the right to be armed. Further Master Grand Jay does not have a criminal record, nor do the members of his group. They are not the Proud Boys, the Three Percenters, or the Oath Keepers. He is also a former 17-year Army Veteran and a law-abiding citizen.



███████ He has medical issues.  I am praying that soon Mr. John Fitzgerald Johnson, aka Grand Master Jay will be totally exonerated.

Thank you.


Gracie Lewis, Secretary
Louisville Chapter of the National Action Network

THE HONORABLE JUSTICE BENJAMIN BEATON
GENE SNYDERFEDERAL COURTHOUSE
601 WEST BROADWAY, RM 200
LOUISVILLE, KENTUCKY 40202-2227

DEAR HONORABLE JUDGE BEATON,

MY NAME IS JAMES W. ELLIOTT, SR., PASTOR OF NEW JERUSALEM MB CHURCH, FOR THE PAST
FORTY-FIVE (45) YEARS.  AND, I AM WRITING TO YOU, AGAIN, OUT OF A DEEP CONCERN, AS A CITIZEN
OF WEST LOUISVILLE, KENTUCKY.

YOUR HONOR, THIS YOUNG MAN IS BEING UNJUSTLY CONFINED FOR SIMPLY TRYING TO HELP
OTHERS.  IN FACT HIS LIFE IS, AND HAS BEEN FOR SOME TIME, CENTERED AROUND HELPING THOSE
WHO ARE NOT ABLE TO HELP THEMSELVES.  IN FACT, HIS LIFE IS ALL ABOUT "LIVING FOR THE SAKE
OF OTHERS"!



YOU HAVE BEEN EMPOWERED TO BE OF "GREAT HELP" IN THIS CASE!  WE BEG OF YOU TO USE THAT
AUTHORITY TO BRING JUSTICE TO THIS YOUNG MAN AND PROVE TO THE WORLD THAT ONE CAN
RECEIVE "JUSTICE" IN KENTUCKY!

RESPECTIVELY SUBMITTED,

JAMES W. ELLIOTT, SR., 2ND VP,
LOUISVILLE KENTUCKY CHAPTER OF NAN (NATIONAL ACTION NETWORK)

To whom it may concern,

I am Claudette Bonney, Radio Presenter, Equity Reg: Songwriter and singer grandmother of 14, all of us are missing John Johnson, Factz ova Feelingz, Morning Mental and mid-day Muse..!

Our teacher is always Transparent with his Students, always telling us the truth, and Nothing but the truth, about everything he teachers Us... █████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

The World witnessed Congressman Clay Higgins, from Lafayette in a POST made on the internet Threatening to kill at least 10, of the NFAC members without spilling his beer. He said he will make their mothers cry. If they come to Lafayette...them we Witness him apologizing in a phone to GMJ, inviting him to come to his home..! GMJ declined Higgins invitation..we Could hardly believe what we was witnessing.

████████████████████████████████████████████████████████████████████████████████

I would like to personally thank John Fitzgerald Johnsons a.k.a GMJ for UNITING US GLOBALLY...this is what the NFAC is about UNITY FIRST AND FOREMOST AND OUR PROTECTION he's always encouraging us to do better, by researching and reading more, and how Inportant it was for us not to break the LAW...Being A God-Fearing man he is very mindful...I have personally come On with my reading in leaps and bounds this Man, has Inspired hundreds of thousands, worldwide we need people like him in our community's.

Mr. Johnson has never encouraged us to do wrong... The Lissons I Cought I Never Heard Anything negative coming from this Man ONLY TO DO THE RIGHT "Atction Speeks Louder than Words." █████████████

████████████████████████████████████████████████████████████████████████████████

Your Sincerely,
Claudette Bonney

Antoinette M Moore-Milton
September 11th, 2022

To The Honorable Judge Benjamin Beaton
Gene Snyder US Courthouse Room 200
601 West Broadway
Louisville, KY 40202
RE: FEDERAL CASE NO 3:21-cr-00031 BJB USA vs John Fitzgerald Johnson.

Honorable Judge Beaton,

I wanted to start off by saying how much we all miss Grand Master Jay being a free man and his powerful teachings. My days are so boring without tuning in and laughing, crying and just enjoying the time he so effortlessly gives to us all. I still go back and listen and watch all of his videos, and just enjoy them. I want you to know how much of an inspiration he is to so many and the love he holds for us all as a people is truly returned to him tenfold. I would like to tell you my testimony of how GMJ changed me and made me open my eyes and become better and I will always love him for that.

I was struggling with cancer and my mind was so confused about life, and what I haven't or should have done with my time prior to my diagnosis. I found Grand Master Jay one day while looking through videos and his voice pulled me in, and the truth and facts that he spoke I was giving up on living at the time and was just miserable because of my hair being taken from me due to my illness. I became a shell and didn't see myself as beautiful anymore. I tell you my mind was really leaving, and I was so much on the verge of just giving up until GMJ's voice brought me to listen to the Facts Ova Feelings. I was so inspired and wanted to live again. When I spoke with Queen Sister Eleanor about him, something changed, I started school and sent all my grades to him and his kind words of encouragement were so awesome. GMJ gave me the strength to carry on and not give up, and I knew he was very proud of me. I was so focused on completing school because of his inspiration as a leader. I will never forget the accomplished feeling of sending him my last report card grades and I remember him both complimenting me on my hard work and on graduating.

Judge Beaton, I want you to know that I went on and completed my Life Producer Exam and passed, and now I have completed my Notary class also and passed with flying colors plus my Certified Business Professional Class in Customer Service all because of the inspiration and support of Grand Master Jay at the age of 54 years old and with Cancer.  I told him that whatever UBKN needed my services, I would be able to help and learn much more. It was only him that helped me get up and get back into life and live. I am so glad that I got inspired again by GMJ and wanted to stop being stagnant with my school and went on to graduate with all A's and B's. So I want to thank him for being my teacher and helping me stay on course, helping me to be patient again, smile again, and be able to open up and see how beautiful I am.

I want to tell you Judge about how GMJ saved me and many others and gave us the desire to be something in life instead of just going through and doing nothing. GMJ has inspired so many and taught so many that we have become more productive citizens in this world of uncertainty. We all know the Laws because of

our teacher GMJ and learned about the Constitution and started reading more because of him and stop letting our emotions take control and think before we react. We all know he does everything according to the Constitution that we all should live by. So I want to ask Judge Beaton to drop the charges and bring GMJ back home to help us all. We need him and his guidance now more than ever. I want you to know that without GMJ I would NOT have finished school, nor went on to become a Life Producer {Life Insurance Agent} or a Notary. I also forgot to inform you that I made the Honor Roll!!! I also completed my International Business Training Association Class!! I am "Class of 2021" because of the dedication and inspiration of Grand Master Jay in my life Sir! I Love him from the Bottom of my heart, and I appreciate him helping with my growth with school!

Sincerely
Antoinette M Moore-Milton