IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 3:21-CR-00031-BJB-1 |
| JOHN F. JOHNSON, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Mr. JOHN F. JOHNSON, pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A)(i), respectfully notifies this Court of his appeal from the Memorandum Opinion and Order (ECF No. 108) denying his post-conviction motions and motion for release, as well as the convictions and sentence in the Judgment in a Criminal Case (ECF No. 111), to the United States Court of Appeals for the Sixth Circuit.

Date:    November 22, 2022

    Respectfully submitted,

    **_s/ Murdoch Walker II, Esq._**
    Murdoch Walker, II. Esq.
    Ga. Bar No. 163417
    mwalker@lowtherwalker.com

    Lowther | Walker LLC
    101 Marietta St., NW, Ste. 3325
    Atlanta, GA 30303
    404.496.4052
    www.lowtherwalker.com

    Attorney for John F. Johnson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:21-CR-00031-BJB-1 |
| ) | |
| JOHN F. JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I certify that on November 22, 2022, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the United States District Court for the Western District of Kentucky by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:       November 22, 2022

Respectfully submitted,

*s/ Murdoch Walker II, Esq.*
Murdoch Walker, II. Esq.
Ga. Bar No. 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorney for John F. Johnson