IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:21-CR-00031-BJB-1 |
| | ) |
| JOHN F. JOHNSON, | ) |
| | ) |

ORDER

The court, having being satisfied that Defendant, John Johnson, has agreed to relinquish all ownership and possessory rights to the Items to Be Returned currently in custody of the FBI, Mr. Johnson's request to transfer ownership and possession of the Items to Be Returned to Roosevelt Mitchell, is hereby **GRANTED**.

The FBI, finding no legal impediment of ownership and possession, is hereby **ORDERED** to release the Items to Be Returned to John Johnson's nominee Roosevelt Mitchell.

**ORDERED** all rights and ownership, possession, and control over the Items to Be Returned is hereby terminated to John Johnson.

SIGNED and ENTERED on this the 27th DAY OF ~~DECEMBER 2022~~ January 2023.

_____
UNITED STATES DISTRICT COURT JUDGE