## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 27, 2023

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re:  Case No. 22-6036, *USA v. John Johnson*
     Originating Case No. : 3:21-cr-00031-1

Dear Mr. Vilt,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Mackenzie A. Collett
  For Ryan Orme

cc:  Mr. Jay Gilbert
     Ms. Bingzi Hu
     Ms. Regina Michelle Hunter
     Mr. Murdoch Walker II

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-6036

_____

Filed: November 27, 2023

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN F. JOHNSON

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 11/02/2023 the mandate for this case hereby issues today.

COSTS:  None