UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JOHN F. JOHNSON                                                   MOVANT/DEFENDANT

v.                                                   CRIMINAL ACTION NO. 3:21-CR-31-BJB
*Filed Electronically*

UNITED STATES OF AMERICA                     RESPONDENT/PLAINTIFF

**PROPOSED ORDER**

A jury convicted Defendant John F. Johnson of violating 18 U.S.C. § 111 and § 924(c) on May 27, 2022 in United States District Court in Louisville, Kentucky after a five day trial. Citing Title 18 U.S.C. § 3582(c)(1)(A)(i), Johnson asks the Court to release him from federal prison. [DN. 126, Mot. For Compassionate Release].[1] The United States objects to the release of Johnson. Having reviewed the arguments of the parties, the motion is denied.

---

[1] Kentucky's federal court rules state that "motions and responses may not exceed 25 pages without leave of Court." Joint U.S. Dist. Ct. Rules D. Ky., LR 7.1. Johnson did not request leave of the Court to exceed the page limitations. Johnson filed the standard compassionate release motion form and supplemented his motion with 126-1 through 126-12 comprised 95 pages of arguments. The remaining 399 pages constitute exhibits. See DN 126-13 to 126-45. In addition, he filed 50 pages worth of materials separately as sealed documents but did not serve them to the United States. DN 128. The Court denied his motion to seal and a copy of the records was provided to the United States.