### ea4ae4c6-13b9-4eef-9c51-41f3285ed68a

ASH-InmateToWarden (BOP) <ASH-InmateToWarden@bop.gov>
Thu 11/16/2023 2:45 PM
To: ~^! JOHNSON, ~^!JOHN F <20257509@inmatemessage.com>
Your email has been forwarded to the RIS Coordinator.

---

**From:** ~^! JOHNSON, ~^!JOHN F <20257509@inmatemessage.com>
**Sent:** Wednesday, November 15, 2023 5:29 PM
**Subject:** ***Request to Staff*** JOHNSON, JOHN, Reg# 20257509, ASH-C-A

To: Warden LeMaster
Inmate Work Assignment: ED CLRK

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
ea4ae4c6-13b9-4eef-9c51-41f3285ed68a
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

In accordance with 18 USC 3582(c)(1)(a), 18 USC 4205(g), and USSG 1B1.13 (effective 1 Nov 2023), I, John F. Johnson #20257509, respectfully request that a motion for Compassionate Release/Reduction of Sentence be made by the Director of the Bureau of Prisons to the appropriate court.
USSG 1B1.13(B)(1)(b)(i) states: "The Defendant is suffering from a serious physical or medical condition that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which he or she is not expected to recover."

USSG 1B1.13(B)(1)(c) states: "The Defendant is sufferieng from a medical condition that requires long term or specialized medical care that is not being provided and without which the defendant is at risk of serious deterioration in health or death."

Both of these subsections are applicable to my current situation which was not foreseen when I was sentenced. In August of 2023 I was informed by the Head of Cardiology at King's Daughters Hospital that without 3 successful heart operations my life expectancy is approximately 24 months. I am currently recovering from the first of those operations and schedule for the next open heart surgery in the next few weeks. Additionally I am also being treated for hypertension and elevated cholesterol. These medical conditions plus my age (60 years old) place me in a high risk category of life threatening

complications if I were to contract Covid 19. My medical and treatment records will confirm all that I have stated here.

The subsequent after care, both short and long term from these operations to extend my life would be best addressed and supported by my own private healthcare and family. I request that you support this action per USSG Policy and US Law.

Thank You
Dr. John F. Johnson