Institution Response - Inmate Request to Staff Member
Federal Correctional Institution
Ashland, Kentucky 41105

Inmate Name:        JOHNSON, John F.
Register Number:    20257-509
Work Assignment:    ED CLRK
Unit:               8 GP

This is in response to your Inmate Request to Staff Member, received November 15, 2023, in which you request consideration for a Compassionate Release/Reduction in Sentence.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

While the Bureau of Prisons does afford the opportunity for inmates to be considered for a Compassionate Release/Reduction in Sentence, there are strict guidelines which govern this process. After a careful review of your request and comprehensive medical evaluation, you do not meet the criteria provided in P.S. 5050.50 for a Compassionate Release or Reduction in Sentence. According to medical staff, you are not suffering from chronic or serious medical conditions related to the aging process. You are not experiencing deteriorating mental or physical health that substantially diminishes your ability to function in a correctional facility. Furthermore, you do not have a medical condition for which conventional treatment promises no substantial improvement to your mental or physical condition. Accordingly, your request for consideration for a Compassionate Release/Reduction in Sentence is denied. I trust this information has addressed your concerns.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____          _1-9-2024_____
David LeMaster, Warden                    Date