# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 12/27/2023 08:30 | | Provider: Bloom, Barbara APRN | Unit: C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT   **1**       Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:       60 yo male inmate seen in downstairs medical for follow up evaluation. CAOx3, denies chest pain, palpitations, shortness of breath. Inmate reports he feels stronger today. Is able to ambulate 200 feet without having to stop or become short of breath. Inmate reports he is eating better and bowels are moving. Incision site is without redness, edema, or drainage.

**Pain:**       Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 12/27/2023 14:36 |
| Location: | Chest-Sternal |
| Quality of Pain: | Aching |
| Pain Scale: | 4 |
| Intervention: | rest |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | expected from op site |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

## ROS:

**Breasts**

**General**

Yes: Previous Surgery/Biopsy, Pain

No: Within Normal Limits, Swelling, Discharge, Skin Changes

**Integumentary**

**Hair**

Yes: Within Normal Limits

**Nails**

Yes: Within Normal Limits

**Skin**

Yes: Within Normal Limits

**HEENT**

**Ears**

Yes: Within Normal Limits

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M    Race:  BLACK | Facility: | ASH |
| Encounter Date: | 12/27/2023 08:30 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**Eyes**
>    Yes: Within Normal Limits

**Head**
>    Yes: Within Normal Limits
>    No: Headaches, Migraine, Trauma

**Mouth**
>    Yes: Within Normal Limits

**Neck**
>    Yes: Within Normal Limits
>    No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling

**Nose**
>    Yes: Within Normal Limits

**Throat**
>    Yes: Within Normal Limits
>    No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

**Sinuses**
>    Yes: Within Normal Limits

**Cardiovascular**

**Arteries and Veins**
>    Yes: Within Normal Limits
>    No: Claudication

**General**
>    Yes: Within Normal Limits
>    No: Angina, Edema, Orthopnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**
>    Yes: Within Normal Limits
>    No: DOE, Dyspnea

**GI**

**General**
>    Yes: Within Normal Limits

**Musculoskeletal**

**General**
>    Yes: Within Normal Limits

**Neurological**

**Autonomic System**
>    Yes: Within Normal Limits
>    No: Syncope

**Cranial Nerves**
>    Yes: Within Normal Limits

**Motor System**
>    Yes: Within Normal Limits

**Sensory System**
>    Yes: Pain, Paresthesia

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 12/27/2023 08:30 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

No: Within Normal Limits, Radiculopathy

### Psychiatric

#### General

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/27/2023 | 14:38 ASH | 97.4 | 36.3 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/27/2023 | 14:38 ASH | 72 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/27/2023 | 14:38 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/27/2023 | 14:38 ASH | 118/74 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/27/2023 | 14:38 ASH | 99 | Room Air | Bloom, Barbara APRN |

### Exam:

#### General

##### Affect

Yes: Pleasant, Cooperative

##### Appearance

Yes: Appears Well, Alert and Oriented x 3

##### Nutrition

Yes: Within Normal Limits

#### Skin

##### General

Yes: Within Normal Limits, Dry, Skin Intact, Warmth

#### Head

##### General

Yes: Symmetry of Motor Function

#### Neck

##### General

Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

##### Thyroid

Yes: Within Normal Limits

##### Musculoskeletal

| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
|---|---|---|
| Date of Birth: | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 12/27/2023 08:30 | Provider: Bloom, Barbara APRN | Unit: C01 |

Yes: Within Normal Limits, Full ROM

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

No: Non-Pitting Edema, Pitting Edema

**Arms**

Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Abdomen**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**ASSESSMENT:**

Hypertensive heart disease without heart failure, I119 - Resolved

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Monitoring | 12/28/2023 00:00 | MLP 02 |
| Exercise, evaluate chest | | |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/27/2023 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 12/27/2023 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 12/27/2023 | Demonstration | | Bloom, Barbara | Returns Demonstration |
| 12/27/2023 | Counseling | Pain Management | Bloom, Barbara | Verbalizes Understanding |
| 12/27/2023 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | | Reg #: 20257-509 |
| Date of Birth: | Sex: M Race: BLACK | | Facility: ASH |
| Encounter Date: 12/27/2023 08:30 | Provider: Bloom, Barbara APRN | | Unit: C01 |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 12/27/2023 14:45

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: 12/25/2023 08:37 | Provider: Music, J. EMT-P | Unit: | C01 |

EMT/Para - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**       Provider:  Music, J. EMT-P

Chief Complaint:  Medical Trip Return

Subjective:   He was sent out after hours last night for c/c of chest pains. Evaluated for "postop pain" per discharge packet. RX upon return. He denies complaints with escorting staff while outside of our facility. Denies current medical complaints.

**Pain:**        Not Applicable

**OBJECTIVE:**

**Exam Comments**
I/M is CAOX3, p/w/d, PERRLA, REU, NAD, Noted.

**ASSESSMENT:**
No Significant Findings/No Apparent Distress

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 232510-ASH | oxyCODONE/Acetaminophen 5/325 MG Tab UD | 12/25/2023 08:37 |

  **Prescriber Order:**       ***crush/empty*** Take one tablet  by mouth twice daily as needed for pain Post  MVR replacement x 3 day(s) Pill Line Only

  Indication:   Nonrheumatic mitral valve disorder

  Start Now:  Yes

       Night Stock Rx#:

       Source:  Pyxis

       Admin Method:   Pill Line

       Stop Date:  12/28/2023 08:36

       MAR Label:  ***crush/empty*** Take one tablet  by mouth twice daily as needed for pain Post MVR replacement x 3 day(s) Pill Line Only

       One Time Dose Given:  No

**Disposition:**
Follow-up at Sick Call as Needed

**Other:**
NP will be following up with inmate.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 12/25/2023 08:37 | Provider: | Music, J. EMT-P | Unit: | C01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/25/2023 | Counseling | Access to Care | Music, J. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   Yes      **By:**   Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Telephone or Verbal order read back and verified.**


Completed by Music, J. EMT-P on 12/25/2023 08:42

Requested to be cosigned by  Dankwa, Vibeke (MOUD-M) MD/MXR RMD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Bloom, Barbara APRN.

Review documentation will be displayed on the following page.

**Bureau of Prisons
Health Services
Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/25/2023 08:37 | Provider: | Music, J. EMT-P | Facility: | ASH |

**Reviewed by Bloom, Barbara APRN on 12/26/2023 07:37.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: | BLACK |
| Encounter Date: | 12/25/2023 08:37 | Provider: Music, J. EMT-P | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MOUD-M) MD/MXR RMD on 12/26/2023 09:41.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 12/22/2023 08:05 | | Provider: Bloom, Barbara APRN | Unit: C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:   60 yo male inmate seen in medical (down stairs) to evaluate how he did through the night post discharge. CAOx3, reports sternal pain from op site, denies cardiac pain. Inmate able to ambulate from cell to medical and back again with walker. Gait is steady with the assistance of walker. Resp even nonlabored, after ambulating from c unit to medical vital signs within normal limits O2 sat 97% on room air, resp 16 nonlabored. HR 91 regular rhythm. Chest wound is without drainage, redness or warmth. Op Sites painted with betadine. No edema noted to extremities. Strongly encouraged inmate to walk and use his arms with the exception of lifting anything stronger than 10 pounds. Brought inmate his new medication prescribed by Dr. Listerman. Inmate walked to pill line took pain medication and then ambulated back to c unit with use of walker.

**Pain:**       Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 12/22/2023 08:11 |
| Location: | Chest-Sternal |
| Quality of Pain: | Aching |
| Pain Scale: | 7 |
| Intervention: | expected |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 3-5 Days |
| Duration: | 3-5 Days |
| Exacerbating Factors: | Walking moving arms |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**
**General**
Yes: Previous Surgery/Biopsy
No: Within Normal Limits

**Integumentary**
**Hair**
Yes: Within Normal Limits

**Nails**
Yes: Within Normal Limits

**Skin**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 12/22/2023 08:05 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Yes: Within Normal Limits

**HEENT**

**Ears**

Yes: Within Normal Limits

**Eyes**

Yes: Within Normal Limits

**Head**

Yes: Within Normal Limits

No: Headaches, Migraine, Trauma

**Mouth**

Yes: Within Normal Limits

**Neck**

Yes: Within Normal Limits

No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling

**Nose**

Yes: Within Normal Limits

**Throat**

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis

**Sinuses**

Yes: Within Normal Limits

**Cardiovascular**

**Arteries and Veins**

Yes: Within Normal Limits

No: Claudication, Phlebitis

**General**

Yes: Within Normal Limits, Hx of Heart Surgery

No: Angina, Edema, Exertional dyspnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: DOE, Dyspnea, Night Sweats, Orthopnea, Shortness of breath

**GI**

**General**

Yes: Within Normal Limits

**GU**

**General**

Yes: Within Normal Limits

**Neurological**

**Autonomic System**

Yes: Within Normal Limits

No: Syncope

**Cranial Nerves**

Yes: Within Normal Limits

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 12/22/2023 08:05 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**Motor System**

Yes: Weakness

No: Within Normal Limits

**Sensory System**

Yes: Numbness, Pain

No: Within Normal Limits, Paresthesia

**Endocrine**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**Lymphatics**

**General**

Yes: Within Normal Limits

No: Axillary Nodes, Cervical Nodes, Localized Edema, Pedal Edema

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/22/2023 | 08:12 ASH | 97.0 | 36.1 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/22/2023 | 08:12 ASH | 91 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/22/2023 | 08:12 ASH | 18 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/22/2023 | 08:12 ASH | 123/73 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/22/2023 | 08:12 ASH | 97 | Room Air | Bloom, Barbara APRN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 | |
| Date of Birth: | Sex: M  Race: BLACK | Facility: ASH | |
| Encounter Date: 12/22/2023 08:05 | Provider: Bloom, Barbara APRN | Unit: C01 | |

**General**

    Yes: Within Normal Limits, Dry, Skin Intact, Warmth

    **Operative Incision**

        Yes: Approximated, Within Normal Limits, Adhesive closure

        No: Scant drainage, Small drainage, Sanguineous drainage, Skin Edge Necrosis

    **Vascular**

        Yes: Within Normal Limits

**Head**

    **General**

        Yes: Symmetry of Motor Function

**Eyes**

    **General**

        Yes: PERRLA

**Neck**

    **General**

        Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

    **Thyroid**

        Yes: Within Normal Limits

    **Musculoskeletal**

        Yes: Within Normal Limits, Full ROM

    **Vascular**

        Yes: Carotid Pulse Normal

        No: Carotid Bruits

**Pulmonary**

    **Auscultation**

        Yes: Clear to Auscultation

**Cardiovascular**

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Peripheral Vascular**

    **General**

        Yes: Within Normal Limits

        No: Non-Pitting Edema, Pitting Edema

    **Arms**

        Yes: Radial Pulse Normal, Ulnar Pulse Normal

    **Lymphatics**

        Yes: Within Normal Limits

**Abdomen**

    **Inspection**

        Yes: Within Normal Limits

    **Auscultation**

        Yes: Normo-Active Bowel Sounds

    **Palpation**

        Yes: Within Normal Limits, Soft

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 12/22/2023 08:05 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**Gastrointestinal**

   **General**

      Yes: Within Normal Limits

      No: Diarrhea, Vomiting

**Musculoskeletal**

   **Chest Wall**

      Yes: Normal Exam, Normal Bony Landmarks, Symmetric, Neurovascular Intact, Normal Diaphragmatic Excursion, Tenderness

      No: Non-tender on Palpation, Normal Thoracic Expansion, Crepitus, Paradoxical Movement, Subcutaneous Emphysema, Clicking, Popping

**Comments**

   Sternal incision, edges well approximated, no redness or edema noted.

   post-surgical weakness, inmate is progressing well to recovery.

   Inmate continues to guard on thoracic expansion.

**ASSESSMENT:**

Nonrheumatic mitral valve disorder, I349 - Current

**PLAN:**

**Disposition:**

   Discharged to Housing Unit with Convalescence

   Follow-up at Sick Call as Needed

   Follow-up at Chronic Care Clinic as Needed

   Will Be Placed on Callout

   Return Immediately if Condition Worsens

   Return To Sick Call if Not Improved

   Discharged to Housing Unit with Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/22/2023 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 12/22/2023 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 12/22/2023 | Counseling | Pain Management | Bloom, Barbara | Verbalizes Understanding |
| 12/22/2023 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 12/22/2023 09:42

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #:   20257-509 |
| Date of Birth: | | Sex:   M   Race:   BLACK | Facility:   ASH |
| Encounter Date: | 12/21/2023 14:04 | Provider:   Bloom, Barbara APRN | Unit:   C01 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   **1**        Provider:   Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:        60 yo male inmate returned from KDMC post MVR replacement. CAOx3, P/W/D, resp e/u. Inmate denies increased pain. He is able to ambulate with walker. Incision site is without redness or edema, well approximated no drainage. Chest tube sites are well approximated, no signs of infection, no drainage. R neck central line dressing to be removed tomorrow. No edema noted to bilateral lower extremities. Abdomen is soft nontender. Post op instructions given for incentive spirometer, ambulation and post op complications to watch out for. Will schedule for wound care follow up. Waiting for full hospital and surgical. He is placed on bottom bunk in C unit, shower chair and instructions given. Observed inmate ambulating to unit without difficulty.

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 12/21/2023 12:54 |
| Location: | Chest-Sternal |
| Quality of Pain: | Aching |
| Pain Scale: | 7 |
| Intervention: | pain medication |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 3-5 Days |
| Duration: | 3-5 Days |
| Exacerbating Factors: | Sternum pain from surgery |
| Relieving Factors: | Rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**

**General**

Yes: Previous Surgery/Biopsy, Pain

No: Within Normal Limits

**Integumentary**

**Hair**

Yes: Within Normal Limits

**Nails**

Yes: Within Normal Limits

**Skin**

| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
|---|---|---|
| Date of Birth: | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 12/21/2023 14:04 | Provider: Bloom, Barbara APRN | Unit: C01 |

Yes: Within Normal Limits

No: Bleeding, Bruising

**HEENT**

**Ears**

Yes: Within Normal Limits

**Eyes**

Yes: Within Normal Limits

**Head**

Yes: Within Normal Limits

No: Headaches, Migraine, Trauma

**Mouth**

Yes: Within Normal Limits

**Neck**

Yes: Within Normal Limits

No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling

**Nose**

Yes: Within Normal Limits

**Throat**

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

**Sinuses**

Yes: Within Normal Limits

**Cardiovascular**

**Arteries and Veins**

Yes: Within Normal Limits

No: Claudication

**General**

Yes: Within Normal Limits

No: Angina, Edema, Exertional dyspnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: DOE, Dyspnea

**GI**

**General**

Yes: Within Normal Limits

No: Dyspepsia, Dysphagia

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Within Normal Limits

**Neurological**

**Autonomic System**

| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
|---|---|---|
| Date of Birth: | Sex: M  Race: BLACK | Facility: ASH |
| Encounter Date: 12/21/2023 14:04 | Provider: Bloom, Barbara APRN | Unit: C01 |

Yes: Within Normal Limits

No: Syncope

**Motor System**

Yes: Within Normal Limits

**Sensory System**

Yes: Within Normal Limits, Numbness, Pain

**Endocrine**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

**General**

Yes: Dry, Skin Intact, Warmth, Tenderness, Surgical Scars

No: Within Normal Limits, Cool, Diaphoretic, Erythema, Induration

**Operative Incision**

Yes: Approximated, Within Normal Limits, Adhesive closure

No: Open wound, Retention Sutures, Staples, Sutures, Scant drainage, Small drainage, Moderate drainage, Large drainage, Copious drainage, Serous Drainage, Sero-Sanguineous drainage, Sanguineous drainage, Skin Edge Necrosis, Skin Edge Overlap

**Vascular**

Yes: Within Normal Limits

No: Venous Stasis

**Head**

**General**

Yes: Symmetry of Motor Function

**Eyes**

**General**

Yes: PERRLA

**Nose**

**General**

Yes: Nares Patent

**Face**

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 | |
| Date of Birth: | Sex: M   Race: BLACK | Facility: ASH | |
| Encounter Date: 12/21/2023 14:04 | Provider: Bloom, Barbara APRN | Unit: C01 | |

**General**
>    Yes: Symmetric

**Sinus/Maxilla**
>    Yes: Non-Tender to Palpation

**Mandible**
>    Yes: Normal Range of Motion

**Mouth**

**General**
>    Yes: Within Normal Limits

**Neck**

**General**
>    Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Thyroid**
>    Yes: Within Normal Limits

**Musculoskeletal**
>    Yes: Within Normal Limits, Full ROM
>    No: Tenderness

**Pulmonary**

**Observation/Inspection**
>    Yes: Within Normal Limits

**Thorax**
>    Yes: Tenderness on Palpation
>    No: Within Normal Limits, Normal Thoracic Expansion, Pectus Excavatum, Pectus Carinatum, Tactile Fremitus, Crepitus, Paradoxical Movement, Subcutaneous Emphysema

**Cardiovascular**

**Observation**
>    Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**Auscultation**
>    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
>    No: M/R/G

**Vascular**
>    Yes: Within Normal Limits
>    No: Carotid Bruits

**Peripheral Vascular**

**General**
>    Yes: Within Normal Limits
>    No: Non-Pitting Edema, Pitting Edema

**Arms**
>    Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Lymphatics**
>    Yes: Within Normal Limits

**Abdomen**

**Inspection**
>    Yes: Within Normal Limits, Scar(s)

| | | | |
|---|---|---|---|
| Inmate Name:   JOHNSON, JOHN F | | Reg #:   20257-509 | |
| Date of Birth: | Sex:   M   Race:  BLACK | Facility:  ASH | |
| Encounter Date:  12/21/2023 14:04 | Provider:  Bloom, Barbara APRN | Unit:   C01 | |

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Palpation**

Yes: Within Normal Limits, Soft

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**Genitourinary**

**General**

Yes: Within Normal Limits

**Comments**

Sternum incision
Pain to sternum
Guarded thoracic expansion due to surgical incision

**ASSESSMENT:**

Gastro-esophageal reflux disease without esophagitis, K219 - Current

Nonrheumatic mitral valve disorder, I349 - Current

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Monitoring | 12/23/2023 00:00 | Nurse 01 |

apply betadine to sternum. due to open heart. He is unable to manage the steps yet and needs to be seen down stairs. Call C-unit and tell them to have him go to medical otherwise he is unaware he needs to come

| | | |
|---|---|---|
| Monitoring | 12/24/2023 00:00 | Nurse 01 |

apply betadine to sternum. due to open heart. He is unable to manage the steps yet and needs to be seen down stairs. Call C-unit and tell them to have him go to medical otherwise he is unaware he needs to come

| | | |
|---|---|---|
| Monitoring | 12/25/2023 00:00 | Nurse 01 |

apply betadine to sternum. due to open heart. He is unable to manage the steps yet and needs to be seen down stairs. Call C-unit and tell them to have him go to medical otherwise he is unaware he needs to come

| | | |
|---|---|---|
| Monitoring | 12/26/2023 00:00 | Nurse 01 |

apply betadine to sternum. due to open heart. He is unable to manage the steps yet and needs to be seen down stairs. Call C-unit and tell them to have him go to medical otherwise he is unaware he needs to come

| | | |
|---|---|---|
| Monitoring | 12/27/2023 00:00 | Nurse 01 |

apply betadine to sternum. due to open heart. He is unable to manage the steps yet and needs to be seen down stairs. Call C-unit and tell them to have him go to medical otherwise he is unaware he needs to come

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Will Be Placed on Callout
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

| | | | |
|---|---|---|---|
| Inmate Name:   JOHNSON, JOHN F | | | Reg #:   20257-509 |
| Date of Birth: | Sex:   M   Race:   BLACK | | Facility:   ASH |
| Encounter Date:   12/21/2023 14:04 | Provider:   Bloom, Barbara APRN | | Unit:   C01 |

**Copay Required:** No          **Cosign Required:**   No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 12/22/2023 15:16

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 12/21/2023 11:59 | | Provider: Bloom, Barbara APRN | Unit: C01 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:   60 yo male inmate returned from KDMC post MVR replacement. CAOx3, P/W/D, resp e/u. Inmate denies increased pain. He is able to ambulate with walker. Incision site is without redness or edema, well approximated no drainage. Chest tube sites are well approximated, no signs of infection, no drainage. R neck central line dressing to be removed tomorrow. No edema noted to bilateral lower extremities. Abdomen is soft nontender. Post op instructions given for incentive spirometer, ambulation and post op complications to watch out for. Will schedule for wound care follow up. Waiting for full hospital and surgical. He is placed on bottom bunk in C unit, shower chair and instructions given. Observed inmate ambulating to unit without difficulty.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 12/21/2023 12:54 |
| Location: | Chest-Sternal |
| Quality of Pain: | Aching |
| Pain Scale: | 7 |
| Intervention: | pain medication |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 3-5 Days |
| Duration: | 3-5 Days |
| Exacerbating Factors: | Sternum pain from surgery |
| Relieving Factors: | Rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**
   **General**
      Yes: Previous Surgery/Biopsy, Pain
      No: Within Normal Limits

**Integumentary**
   **Hair**
      Yes: Within Normal Limits
   **Nails**
      Yes: Within Normal Limits
   **Skin**

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 12/21/2023 11:59 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

      Yes: Within Normal Limits

      No: Bleeding, Bruising

**HEENT**

  **Ears**

      Yes: Within Normal Limits

  **Eyes**

      Yes: Within Normal Limits

  **Head**

      Yes: Within Normal Limits

      No: Headaches, Migraine, Trauma

  **Mouth**

      Yes: Within Normal Limits

  **Neck**

      Yes: Within Normal Limits

      No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling

  **Nose**

      Yes: Within Normal Limits

  **Throat**

      Yes: Within Normal Limits

      No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

  **Sinuses**

      Yes: Within Normal Limits

**Cardiovascular**

  **Arteries and Veins**

      Yes: Within Normal Limits

      No: Claudication

  **General**

      Yes: Within Normal Limits

      No: Angina, Edema, Exertional dyspnea, Palpitation, Syncope

**Pulmonary**

  **Respiratory System**

      Yes: Within Normal Limits

      No: DOE, Dyspnea

**GI**

  **General**

      Yes: Within Normal Limits

      No: Dyspepsia, Dysphagia

**GU**

  **General**

      Yes: Within Normal Limits

**Musculoskeletal**

  **General**

      Yes: Within Normal Limits

**Neurological**

  **Autonomic System**

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 12/21/2023 11:59 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Yes: Within Normal Limits

No: Syncope

**Motor System**

Yes: Within Normal Limits

**Sensory System**

Yes: Within Normal Limits, Numbness, Pain

**Endocrine**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 97.7 | 36.5 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 82 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 113/72 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 99 | Room Air | Bloom, Barbara APRN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 184.8 | 83.8 | | Bloom, Barbara APRN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

See Amendment

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: 12/21/2023 11:59 | Provider: Bloom, Barbara APRN | Unit: | C01 |

**Nutrition**

    Yes: Within Normal Limits

**Skin**

    **General**

        Yes: Dry, Skin Intact, Warmth, Tenderness, Surgical Scars

        No: Within Normal Limits, Cool, Diaphoretic, Erythema, Induration

    **Operative Incision**

        Yes: Approximated, Within Normal Limits, Adhesive closure

        No: Open wound, Retention Sutures, Staples, Sutures, Scant drainage, Small drainage, Moderate drainage, Large drainage, Copious drainage, Serous Drainage, Sero-Sanguineous drainage, Sanguineous drainage, Skin Edge Necrosis, Skin Edge Overlap

    **Vascular**

        Yes: Within Normal Limits

        No: Venous Stasis

**Head**

    **General**

        Yes: Symmetry of Motor Function

**Eyes**

    **General**

        Yes: PERRLA

**Nose**

    **General**

        Yes: Nares Patent

**Face**

    **General**

        Yes: Symmetric

    **Sinus/Maxilla**

        Yes: Non-Tender to Palpation

    **Mandible**

        Yes: Normal Range of Motion

**Mouth**

    **General**

        Yes: Within Normal Limits

**Neck**

    **General**

        Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

    **Thyroid**

        Yes: Within Normal Limits

    **Musculoskeletal**

        Yes: Within Normal Limits, Full ROM

        No: Tenderness

**Pulmonary**

    **Observation/Inspection**

        Yes: Within Normal Limits

| | | | | |
|---|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M  Race: BLACK | Facility: | ASH |
| Encounter Date: 12/21/2023 11:59 | | Provider: Bloom, Barbara APRN | Unit: | C01 |

**Thorax**

Yes: Tenderness on Palpation

No: Within Normal Limits, Normal Thoracic Expansion, Pectus Excavatum, Pectus Carinatum, Tactile Fremitus, Crepitus, Paradoxical Movement, Subcutaneous Emphysema

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Vascular**

Yes: Within Normal Limits

No: Carotid Bruits

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

No: Non-Pitting Edema, Pitting Edema

**Arms**

Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Lymphatics**

Yes: Within Normal Limits

**Abdomen**

**Inspection**

Yes: Within Normal Limits, Scar(s)

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Palpation**

Yes: Within Normal Limits, Soft

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**Genitourinary**

**General**

Yes: Within Normal Limits

**Comments**

Sternum incision
Pain to sternum
Guarded thoracic expansion due to surgical incision

**ASSESSMENT:**

Nonrheumatic mitral valve disorder, I349 - Current

Presence of other heart-valve replacement, Z954 - Current

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | 12/21/2023 11:59 | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 12/21/2023 11:59 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | oxyCODONE/Acetaminophen  5MG/325 MG Tablets | 12/21/2023 11:59 |

    **Prescriber Order:**   5/325 mg Orally  -  Two Times a Day x 3 day(s) Pill Line Only

    Indication:   Nonrheumatic mitral valve disorder

| | Aspirin 325 MG Tablet | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   325 mg Orally  -  daily x 180 day(s)

    Indication:   Hypertensive heart disease without heart failure, Nonrheumatic mitral valve disorder

| | Acetaminophen  325 MG Tablet | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   325 mg Orally  -four times a day x 14 day(s)

    Indication:   Hypertensive heart disease without heart failure, Nonrheumatic mitral valve disorder

| | Docusate Sodium Capsule | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   100 mg Orally  -  Two Times a Day x 45 day(s)

    Indication:   Hypertensive heart disease without heart failure, Nonrheumatic mitral valve disorder

    Non-Formulary was created for this drug

| | guaiFENesin Tablets | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   1200 mg Orally Mon h -  Two Times a Day x 14 day(s)

    Indication:   Essential (primary) hypertension, Nonrheumatic mitral valve disorder

    Non-Formulary was created for this drug

| | Metoprolol Tartrate Tablet | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   50 mg  Orally  -  Two Times a Day x 180 day(s)

    Indication:   Essential (primary) hypertension, Nonrheumatic mitral valve disorder

| | Pantoprazole Tablet | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   40 mg Orally  -  daily x 14 day(s)

    Indication:   Essential (primary) hypertension, Nonrheumatic mitral valve disorder

    Non-Formulary was created for this drug

### Discontinued Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 219628-ASH | *amLODIPine 10 MG TAB* | *12/21/2023 11:59* |

    **Prescriber Order:**   *Take one tablet (10 MG) by mouth each morning to control blood pressure*

    Discontinue Type:   *When Pharmacy Processes*

    Discontinue Reason:  *new order written*

    Indication:

| 219629-ASH | *hydroCHLOROthiazide 25 MG Tab* | *12/21/2023 11:59* |
|---|---|---|

    **Prescriber Order:**   *Take one tablet (25 MG) by mouth each morning for blood pressure and fluid*

    Discontinue Type:   *When Pharmacy Processes*

    Discontinue Reason:  *new order written*

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 12/21/2023 11:59 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Indication: | |
| ***229207-ASH*** | ***Lisinopril 40 MG Tab*** | ***12/21/2023 11:59*** |
| | **Prescriber Order:** *Take one tablet (40 MG) by mouth each morning to control blood pressure* | |
| | Discontinue Type: ***When Pharmacy Processes*** | |
| | Discontinue Reason: *discontinue* | |
| | Indication: | |

**New Consultation Request:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 01/11/2024 | 01/11/2024 | Routine | No | |

Subtype:
> Office visit

Reason for Request:
> Inmate with MVR replacement surgery on 12/18/23. Needs 4 week follow up with Dr. Listerman

Additional Records Required for Consultation:
> Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s), Operative Report(s)

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 12/22/2023 07:00 | MLP 02 |
| Hospital follow up in med room downstairs | | |
| Monitoring | 12/28/2023 00:00 | Nurse 01 |
| Look at chest incision. Notify me for any concerns | | |
| Follow-up | 12/28/2023 07:00 | MLP 02 |
| one week follow up post op | | |
| Monitoring | 01/04/2024 00:00 | Nurse 01 |
| Look at chest incision. Notify me for any concerns | | |
| Monitoring | 01/11/2024 00:00 | Nurse 01 |
| Look at chest incision. Notify me for any concerns | | |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/21/2023 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 12/21/2023 | Counseling | Compliance - Treatment | Bloom, Barbara | Verbalizes Understanding |

Inmate Name:   JOHNSON, JOHN F
Date of Birth:
Encounter Date:  12/21/2023 11:59

Sex:       M   Race:  BLACK
Provider:  Bloom, Barbara APRN

Reg #:   20257-509
Facility:  ASH
Unit:    C01

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 12/21/2023 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 12/21/2023 | Counseling | Pain Management | Bloom, Barbara | Verbalizes Understanding |
| 12/21/2023 | Counseling | Post-operative Care | Bloom, Barbara | Verbalizes Understanding |
| 12/21/2023 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Bloom, Barbara APRN on 12/21/2023 13:08
Requested to be cosigned by  Dankwa, Kofi e (MAT-M) MD/MXR RMD.
Cosign documentation will be displayed on the following page.

See Amendment

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/21/2023 11:59 | Provider: | Bloom, Barbara APRN | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT-M) MD/MXR RMD on 12/21/2023 13:25.**



# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | Reg #:  20257-509 |
| Date of Birth: | Sex:  M  Race:  BLACK | Facility:  ASH |
| Encounter Date: 12/21/2023 11:59 | Provider:  Bloom, Barbara APRN | Unit:  C01 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT   **1**       Provider:   Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:   60 yo male inmate returned from KDMC post MVR replacement. CAOx3, P/W/D, resp e/u. Inmate denies increased pain. He is able to ambulate with walker. Incision site is without redness or edema, well approximated no drainage. Chest tube sites are well approximated, no signs of infection, no drainage. R neck central line dressing to be removed tomorrow. No edema noted to bilateral lower extremities. Abdomen is soft nontender. Post op instructions given for incentive spirometer, ambulation and post op complications to watch out for. Will schedule for wound care follow up. Waiting for full hospital and surgical. He is placed on bottom bunk in C unit, shower chair and instructions given. Observed inmate ambulating to unit without difficulty.

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 12/21/2023 12:54 |
| Location: | Chest-Sternal |
| Quality of Pain: | Aching |
| Pain Scale: | 7 |
| Intervention: | pain medication |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 3-5 Days |
| Duration: | 3-5 Days |
| Exacerbating Factors: | Sternum pain from surgery |
| Relieving Factors: | Rest |
| Reason Not Done: | |
| Comments: | |

## ROS:

**Breasts**
  **General**
    Yes: Previous Surgery/Biopsy, Pain
    No: Within Normal Limits

**Integumentary**
  **Hair**
    Yes: Within Normal Limits

  **Nails**
    Yes: Within Normal Limits

  **Skin**

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 12/21/2023 11:59 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Yes: Within Normal Limits

No: Bleeding, Bruising

**HEENT**

**Ears**

Yes: Within Normal Limits

**Eyes**

Yes: Within Normal Limits

**Head**

Yes: Within Normal Limits

No: Headaches, Migraine, Trauma

**Mouth**

Yes: Within Normal Limits

**Neck**

Yes: Within Normal Limits

No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling

**Nose**

Yes: Within Normal Limits

**Throat**

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

**Sinuses**

Yes: Within Normal Limits

**Cardiovascular**

**Arteries and Veins**

Yes: Within Normal Limits

No: Claudication

**General**

Yes: Within Normal Limits

No: Angina, Edema, Exertional dyspnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: DOE, Dyspnea

**GI**

**General**

Yes: Within Normal Limits

No: Dyspepsia, Dysphagia

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Within Normal Limits

**Neurological**

**Autonomic System**

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 12/21/2023 11:59 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Yes: Within Normal Limits

No: Syncope

**Motor System**

Yes: Within Normal Limits

**Sensory System**

Yes: Within Normal Limits, Numbness, Pain

**Endocrine**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 97.7 | 36.5 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 82 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 113/72 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 99 | Room Air | Bloom, Barbara APRN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/21/2023 | 12:55 ASH | 184.8 | 83.8 | | Bloom, Barbara APRN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: 12/21/2023 11:59 | Provider: Bloom, Barbara APRN | Unit: | C01 |

### Nutrition
Yes: Within Normal Limits

## Skin
### General
Yes: Dry, Skin Intact, Warmth, Tenderness, Surgical Scars

No: Within Normal Limits, Cool, Diaphoretic, Erythema, Induration

### Operative Incision
Yes: Approximated, Within Normal Limits, Adhesive closure

No: Open wound, Retention Sutures, Staples, Sutures, Scant drainage, Small drainage, Moderate drainage, Large drainage, Copious drainage, Serous Drainage, Sero-Sanguineous drainage, Sanguineous drainage, Skin Edge Necrosis, Skin Edge Overlap

### Vascular
Yes: Within Normal Limits

No: Venous Stasis

## Head
### General
Yes: Symmetry of Motor Function

## Eyes
### General
Yes: PERRLA

## Nose
### General
Yes: Nares Patent

## Face
### General
Yes: Symmetric

### Sinus/Maxilla
Yes: Non-Tender to Palpation

### Mandible
Yes: Normal Range of Motion

## Mouth
### General
Yes: Within Normal Limits

## Neck
### General
Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

### Thyroid
Yes: Within Normal Limits

### Musculoskeletal
Yes: Within Normal Limits, Full ROM

No: Tenderness

## Pulmonary
### Observation/Inspection
Yes: Within Normal Limits

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 12/21/2023 11:59 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**Thorax**

Yes: Tenderness on Palpation

No: Within Normal Limits, Normal Thoracic Expansion, Pectus Excavatum, Pectus Carinatum, Tactile Fremitus, Crepitus, Paradoxical Movement, Subcutaneous Emphysema

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

**Vascular**

Yes: Within Normal Limits

No: Carotid Bruits

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

No: Non-Pitting Edema, Pitting Edema

**Arms**

Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Lymphatics**

Yes: Within Normal Limits

**Abdomen**

**Inspection**

Yes: Within Normal Limits, Scar(s)

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Palpation**

Yes: Within Normal Limits, Soft

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**Genitourinary**

**General**

Yes: Within Normal Limits

**Comments**

Sternum incision
Pain to sternum
Guarded thoracic expansion due to surgical incision

**ASSESSMENT:**

Nonrheumatic mitral valve disorder, I349 - Current

Presence of other heart-valve replacement, Z954 - Current

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | 12/21/2023 11:59 | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | | Provider: | Bloom, Barbara APRN | Unit: | C01 |

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | oxyCODONE/Acetaminophen 5MG/325 MG Tablets | 12/21/2023 11:59 |

    **Prescriber Order:**   5/325 mg Orally  -   Two Times a Day x 3 day(s) Pill Line Only

    Indication:   Nonrheumatic mitral valve disorder

| | Aspirin 325 MG Tablet | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   325 mg Orally  -   daily x 180 day(s)

    Indication:   Hypertensive heart disease without heart failure, Nonrheumatic mitral valve disorder

| | Acetaminophen 325 MG Tablet | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   325 mg Orally  -four times a day x 14 day(s)

    Indication:   Hypertensive heart disease without heart failure, Nonrheumatic mitral valve disorder

| | Docusate Sodium Capsule | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   100 mg Orally  -   Two Times a Day x 45 day(s)

    Indication:   Hypertensive heart disease without heart failure, Nonrheumatic mitral valve disorder

       Non-Formulary was created for this drug

| | guaiFENesin Tablets | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   1200 mg Orally Morning  -   Two Times a Day x 14 day(s)

    Indication:   Essential (primary) hypertension, Nonrheumatic mitral valve disorder

       Non-Formulary was created for this drug

| | Metoprolol Tartrate Tablet | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   50 mg  Orally  -   Two Times a Day x 180 day(s)

    Indication:   Essential (primary) hypertension, Nonrheumatic mitral valve disorder

| | Pantoprazole Tablet | 12/21/2023 11:59 |
|---|---|---|

    **Prescriber Order:**   40 mg Orally  -   daily x 14 day(s)

    Indication:   Essential (primary) hypertension, Nonrheumatic mitral valve disorder

       Non-Formulary was created for this drug

### Discontinued Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 219628-ASH | *amLODIPine 10 MG TAB* | *12/21/2023 11:59* |

    **Prescriber Order:**   *Take one tablet (10 MG) by mouth each morning to control blood pressure*

    Discontinue Type:   *When Pharmacy Processes*

    Discontinue Reason:   *new order written*

    Indication:

| 219629-ASH | *hydroCHLOROthiazide 25 MG Tab* | *12/21/2023 11:59* |
|---|---|---|

    **Prescriber Order:**   *Take one tablet (25 MG) by mouth each morning for blood pressure and fluid*

    Discontinue Type:   *When Pharmacy Processes*

    Discontinue Reason:   *new order written*

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: 12/21/2023 11:59 | | Provider: | Bloom, Barbara APRN | Unit: | C01 |

## Discontinued Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Indication: | |

***229207-ASH*** ***Lisinopril 40 MG Tab***                                                 ***12/21/2023 11:59***

| | **Prescriber Order:** | ***Take one tablet (40 MG) by mouth each morning to control blood pressure*** |
|---|---|---|
| | Discontinue Type: | ***When Pharmacy Processes*** |
| | Discontinue Reason: | ***discontinue*** |
| | Indication: | |

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 01/11/2024 | 01/11/2024 | Routine | No | |

   Subtype:

      Office visit

   Reason for Request:

      Inmate with MVR replacement surgery on 12/18/23. Needs 4 week follow up with Dr. Listerman

   Additional Records Required for Consultation:

      Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s), Operative Report(s)

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 12/22/2023 07:00 | MLP 02 |
|   Hospital follow up in med room downstairs | | |
| Monitoring | 12/28/2023 00:00 | Nurse 01 |
|   Look at chest incision. Notify me for any concerns | | |
| Follow-up | 12/28/2023 07:00 | MLP 02 |
|   one week follow up post op | | |
| Monitoring | 01/04/2024 00:00 | Nurse 01 |
|   Look at chest incision. Notify me for any concerns | | |
| Monitoring | 01/11/2024 00:00 | Nurse 01 |
|   Look at chest incision. Notify me for any concerns | | |

## Disposition:

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/21/2023 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 12/21/2023 | Counseling | Compliance - Treatment | Bloom, Barbara | Verbalizes Understanding |

Inmate Name:   JOHNSON, JOHN F                                                    Reg #:      20257-509
Date of Birth:                                    Sex:      M    Race:  BLACK        Facility:   ASH
Encounter Date:  12/21/2023 11:59                 Provider:  Bloom, Barbara APRN     Unit:       C01

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/21/2023 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 12/21/2023 | Counseling | Pain Management | Bloom, Barbara | Verbalizes Understanding |
| 12/21/2023 | Counseling | Post-operative Care | Bloom, Barbara | Verbalizes Understanding |
| 12/21/2023 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No                   **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Bloom, Barbara APRN on 12/21/2023 13:08
Requested to be cosigned by  Dankwa, Gene (MAT-M) MD/MXR RMD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: | BLACK |
| Encounter Date: | 12/21/2023 11:59 | Provider: Bloom, Barbara APRN | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT-M) MD/MXR RMD on 12/21/2023 13:25.**



**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: | BLACK |
| Encounter Date: | 12/21/2023 14:04 | | Facility: | ASH |

**Amendment made to this note by Bloom, Barbara APRN on 12/22/2023 15:16.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M    Race: BLACK | Facility: | ASH |
| Note Date: | 12/20/2023 14:48 | Provider: Sands, Jody RN | Unit: | Z03 |

Admin Note - Community Hospital Report encounter performed at Other.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**        Provider:   Sands, Jody RN
        Called KDMC 4K431 and spoke with April.  I/m s/p valve replacement. I/m will have echo done today. Wound to chest is open to air.  Discharge is scheduled for tomorrow. Vitals 145/84 p92 r 20 sat 98% on room air.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Sands, Jody RN on 12/20/2023 14:58

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Note Date: | 12/19/2023 13:17 | Provider: | Daniel, S. RN | Unit: | Z03 |

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Daniel, S. RN

Inmate remains in cardiac ICU 7 at Kings Daughters Medical Center after having a valve replacement . Spoke with Jamie RN, states inmate is progressing well. States he will be transferred to a regular floor later today if everything goes as well as it has. States discharge planning will be after he is on regular floor. Vital signs are stable, labs good. Inmate is ambulating.

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Daniel, S. RN on 12/19/2023 13:21

Requested to be cosigned by  Dankwa, Vibeke (MAT-M) MD/MXR RMD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: | BLACK |
| Encounter Date: | 12/19/2023 13:17 | Provider: Daniel, S. RN | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT-M) MD/MXR RMD on 12/19/2023 14:27.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M     Race: BLACK | Facility: | ASH |
| Note Date: | 12/17/2023 17:21 | Provider: | Malone, Allison RN | Unit: | C04 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Malone, Allison RN

Inmate escorted to SHU per compound officer. Inmate instructed of NPO status with stated understanding. Inmate scheduled for surgery in the morning.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Malone, Allison RN on 12/17/2023 17:22

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Note Date: | 12/14/2023 14:31 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**        Provider:   Bloom, Barbara APRN

   Preadmission testing for inmate orders placed. CBC, BMP, PT/INR, PTT, UA, C&S UA, A1C, EKG. Date of procedure 12/18/23

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-P-PT/INR (not POC) | One Time | 12/14/2023 00:00 | Stat |
| Lab Tests-P-PTT | | | |
| Lab Tests - Short List-General-CBC | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests-U-Urinalysis w/Microscopic Reflex | | | |
| Lab Tests-U-Urinalysis w/Reflex to Culture & Microscopic | | | |
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | | | |

   Labs requested to be reviewed by:         Dankwa, Vibeke (MAT-M) MD/MXR RMD

   Lab personnel verbally notified of a priority order of Today or Stat

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | EKG pre surgery | Bloom, Barbara APRN |

          Order Date:         12/14/2023

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 12/14/2023 14:36

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | | Facility: ASH |
| Encounter Date: 11/30/2023 14:43 | | Provider: Bloom, Barbara APRN | | Unit: C04 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:  Bloom, Barbara APRN

Chief Complaint:   Chest Pain

Subjective:       59 yo male seen in clinic for follow up from left heart cath. Inmate reports he is aware of his condition. Reviewed heart cath report and pending MVR. CAOX3, denies current chest pain, states he gets short of breath with minimal activity. He reports he started having some mild chest pressure takes aspirin and it goes away. Reports he feels like his heart burps from time to time. Reports he get dizzy with minimal exertion. Currently no dizziness or shortness of breath. Extensive education on the importance of letting medical and C.O. know when he is having chest pain immediatly. Inmate aware he is being scheduled for a MVR surgery

Pain:            No

**ROS:**

**Breasts**
  **General**
    Yes: Within Normal Limits
**Integumentary**
  **Hair**
    Yes: Within Normal Limits
  **Nails**
    Yes: Within Normal Limits
  **Skin**
    Yes: Within Normal Limits
**HEENT**
  **Ears**
    Yes: Within Normal Limits
  **Eyes**
    Yes: Within Normal Limits
  **Head**
    Yes: Within Normal Limits
    No: Headaches, Migraine
  **Mouth**
    Yes: Within Normal Limits
  **Neck**
    Yes: Within Normal Limits
    No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling
  **Nose**
    Yes: Within Normal Limits
  **Throat**

| Inmate Name:  JOHNSON, JOHN F | | Reg #:  20257-509 |
|---|---|---|
| Date of Birth: | Sex:  M   Race:  BLACK | Facility:  ASH |
| Encounter Date:  11/30/2023 14:43 | Provider:  Bloom, Barbara APRN | Unit:  C04 |

Yes: Within Normal Limits

No: Dysphagia

**Cardiovascular**

**General**

Yes: Exertional dyspnea, Hx Hypertension, Hx of Heart Disease, Hx Murmur, Hx of Hyperlipidemia

No: Within Normal Limits, Angina, Cyanosis, Edema, Intermittent Claudication, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits, DOE

**GI**

**General**

Yes: Within Normal Limits

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Within Normal Limits

**Neurological**

**Autonomic System**

Yes: Within Normal Limits

No: Syncope

**Cranial Nerves**

Yes: Within Normal Limits

**Motor System**

Yes: Within Normal Limits

**Sensory System**

Yes: Within Normal Limits, Paresthesia

**Endocrine**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**OBJECTIVE:**

**Temperature:**

| **Date** | **Time** | | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|---|
| 11/30/2023 | 14:57 | ASH | 97.4 | 36.3 | | Bloom, Barbara APRN |

**Pulse:**

| **Date** | **Time** | | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|---|
| 11/30/2023 | 14:57 | ASH | 85 | | | Bloom, Barbara APRN |

**Respirations:**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: 11/30/2023 14:43 | | Provider: Bloom, Barbara APRN | | Unit: | C04 |

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
| --- | --- | --- | --- |
| 11/30/2023 | 14:57 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
| --- | --- | --- | --- | --- | --- | --- |
| 11/30/2023 | 14:57 ASH | 166/99 | | | | Bloom, Barbara APRN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
| --- | --- | --- | --- | --- |
| 11/30/2023 | 14:57 ASH | 98 | Room Air | Bloom, Barbara APRN |

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
| --- | --- | --- | --- | --- |
| 11/30/2023 | 14:57 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
| --- | --- | --- | --- | --- | --- |
| 11/30/2023 | 14:57 ASH | 186.8 | 84.7 | | Bloom, Barbara APRN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Eyes**

**General**

Yes: PERRLA

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Arterial Pulse**

Yes: Within Normal Limits

**Palpation**

No: Thrill Present, Thrill Absent

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2, Continuous Systolic and Diastolic Murmur

**Abdomen**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Gastrointestinal**

| | | | | |
|---|---|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | | Reg #:  20257-509 | |
| Date of Birth:  11/30/2023 14:43 | Sex:  M   Race:  BLACK | | Facility:  ASH | |
| Encounter Date:  11/30/2023 14:43 | Provider:  Bloom, Barbara APRN | | Unit:  C04 | |

**General**
    Yes: Within Normal Limits
    No: Diarrhea, Vomiting
**Mental Health**
**Posture**
    Yes: Within Normal Limits, Upright, Attentive
**Grooming/Hygiene**
    Yes: Within Normal Limits, Appropriate Grooming
**Facial Expressions**
    Yes: Within Normal Limits, Appropriate Expression
**Affect**
    Yes: Within Normal Limits, Appropriate

**Comments**
    Report intermittent paresthesia.

**ASSESSMENT:**

Hypertensive heart disease without heart failure, I119 - Resolved

Nonrheumatic mitral valve disorder, I349 - Current

**PLAN:**
**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Aspirin 81 MG Tablet (365 day) | 11/30/2023 14:43 |

      **Prescriber Order:**   81 mg Orally  -  daily x 180 day(s)

      Indication:   Nonrheumatic mitral valve disorder

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/30/2023 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 11/30/2023 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 11/30/2023 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| | Rest avoid strenous activity | | | |
| 11/30/2023 | Counseling | Pain Management | Bloom, Barbara | Verbalizes Understanding |
| | Report to medical and CO immediately for any chest pain or discomfort | | | |

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race:   BLACK | Facility: | ASH |
| Encounter Date: | 11/30/2023 14:43 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/30/2023 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 11/30/2023 15:11

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex:    M    Race: BLACK | Facility: | ASH |
| Note Date: | 11/28/2023 15:48 | Provider:    Whitson, Kristen (MAT) | Unit: | C04 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Whitson, Kristen (MAT) APRN

Needs new consult

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiothoracic Surgery | 12/12/2023 | 12/12/2023 | Urgent | No | |

Subtype:

CABG

Reason for Request:

This is a 59 yo male with hx of Mitral valve insufficiently. He has been seen by the Cardiologist and had a Transesophageal echocardiogram for further heart evaluation. He was referred to the Cardiothoracic surgeon for evaluation and has recommended he have mitral valve replacement. Patient has moderate Mitral Regurgitation.  He is on Amlodipine, Lisinopril and HCTZ. This is a request for mitral valve replacement not CABG.

Provisional Diagnosis:

mitral valve insufficiency

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Whitson, Kristen (MAT) APRN on 11/28/2023 15:49

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race: BLACK | Facility: | ASH |
| Note Date: | 11/27/2023 07:20 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**         Provider:   Bloom, Barbara APRN

Chart Review completed. Findings from Dr. Listerman heart cath recommendation is follow up with Dr. Bronstein for possible MVR (mitral valve replacement). To be scheduled per 7 corners

Postop Diagnosis:
Severe mitral regurgitation
No angiographically apparent coronary artery disease
Normal right sided pressures
Recommendations:
Aggressive Risk Factor Modification
Optimize Medical Management
Consult Dr. Bronstein for evalaution for MVR
Post sedation cardiologist assessment: the patient is waking up as expected following sedation, vitals signs are stable, respiratory status is stable

Will follow up with inmate to discuss results and evaluate


**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 11/27/2023 07:24

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Note Date: | 11/17/2023 13:01 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**       Provider:   Bloom, Barbara APRN

Chart review completed. Inmate seen Dr. Listerman 11/6/23, inmate underwent a heart cath. To follow up with Dr. Bronstein on 11/14 and Dr. Listerman on 11/21/23. Awaiting report. Request sent to 7 corners. Will schedule follow up for 11/20/23

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Follow-up | 11/20/2023 13:00 | MLP 02 |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 11/17/2023 13:32

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Note Date: | 11/08/2023 08:08 | Provider: | Chaney, Gary QIIC RN | Unit: | C04 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

 ADMINISTRATIVE NOTE   **1**      Provider:   Chaney, Gary QIIC RN

 Received a call from the inmate's work supervisor, Mrs Douthat in education. She reports that the inmate routinely does alot of bending at the waist, sitting down and standing during his regular work day and he has expressed some discomfort to her while doing this due to having a recent heart cath. Medical Convalescence written.

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Chaney, Gary QIIC RN on 11/08/2023 08:20

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | | Reg #: 20257-509 |
| Date of Birth: | Sex: M Race: BLACK | | Facility: ASH |
| Encounter Date: 11/07/2023 07:36 | Provider: Music, J. EMT-P | | Unit: C04 |

EMT/Para - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:  Music, J. EMT-P

Chief Complaint:   Medical Trip Return

Subjective:      Inmate returned from KDMC last night s/p admission. He had a LT and RT heart cath. follow
up appointments listed on packet. One new RX upon return. He denies current medical
complaints. Denies complaints with escort staff while outside of our facility.

**Pain:**      Not Applicable

**OBJECTIVE:**

**Exam Comments**
I/M is CAOX3, p/w/d, PERRLA, REU, NAD, Noted.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Aspirin 325 MG Tablet | 11/07/2023 07:36 |
| | **Prescriber Order:**   81 Mg  Orally  -   daily x 30 day(s) | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 11/07/2023 00:00 | MLP 02 |
| KDMC admission return. Had a left and right heart cath. Follow up appointments listed on packet. | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/07/2023 | Counseling | Access to Care | Music, J. | Verbalizes Understanding |

**Copay Required:** No             **Cosign Required:**  Yes

**Telephone/Verbal Order:**  Yes      **By:**  Bloom, Barbara APRN

**Telephone or Verbal order read back and verified.**

Completed by Music, J. EMT-P on 11/07/2023 07:42
Requested to be cosigned by  Bloom, Barbara APRN.

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | Sex: M Race: BLACK | Facility: | ASH |
| Encounter Date: 11/07/2023 07:36 | Provider: Music, J. EMT-P | Unit: | C04 |

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/07/2023 07:36 | Provider: | Music, J. EMT-P | Facility: | ASH |

**Cosigned by Bloom, Barbara APRN on 11/14/2023 09:12.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race: BLACK | Facility: | ASH |
| Note Date: | 11/06/2023 18:44 | Provider: | Daniel, S. RN | Unit: | Z04 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Daniel, S. RN

Call received from Haley RN at Kings Daughters Hospital, States inmate will return tonight.  He had left and right stent placement.  He needs Mitro valve replacement or repair, it is undetermined. They are going to schedule him for at a later date. He will be on ASA 81 mg po.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Daniel, S. RN on 11/06/2023 18:49

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Note Date: | 11/05/2023 17:39 | Provider: | Harris, Quinton NRP | Unit: | C04 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Harris, Quinton NRP

Inmate placed in SHU for NPO. Verbalizes understanding

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Harris, Quinton NRP on 11/05/2023 17:41

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex:   M   Race: BLACK | Facility: | ASH |
| Note Date: | 10/30/2023 14:48 | Provider:   Brooks, LaTasha RN | Unit: | C04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**       Provider:   Brooks, LaTasha RN

I/M advised to pick up statin medication as his lipids are elevated. I/M verbalized understanding.


**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Brooks, LaTasha RN on 10/30/2023 14:49

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Encounter Date: | 10/10/2023 13:59 | Provider: | Music, J. EMT-P | Unit: | C04 |

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:**   No Show

**Comments:** BP checks q 2 weeks pls.  Pt to pick up statin medication as his lipids are elevated.

**Cosign Required:** No

Completed by Music, J. EMT-P on 10/10/2023 13:59.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Note Date: | 09/28/2023 16:53 | Provider: | Boyd, Terri PA-C | Unit: | C04 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Boyd, Terri PA-C

Pt is s 59 yo male  who has been evaluated by the cardiologist and diagnosed with symptomatic mitral valve regurgitation and TEE is complete.   He has been recommended to have a mitral valve replacement.

Patient also is recommended to have a heart catheterization.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 10/12/2023 | 10/12/2023 | Urgent | No | |

Subtype:
Heart Catheterization
Reason for Request:
Pt had mitral valve insufficiency and needs a mitral valve replacement. He will need a heart cath to evaluate his cardiac status per the cardiologist.
Provisional Diagnosis:
Mitral valve insufficiency

**Copay Required:** No         **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Boyd, Terri PA-C on 09/28/2023 16:56

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | ASH |
| Note Date: | 09/28/2023 13:50 | Provider: Boyd, Terri PA-C | Unit: | C04 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Boyd, Terri PA-C

Pt is s 59 yo male  who has been evaluated by the cardiologist and diagnosed with symptomatic mitral valve regurgitation and TEE is complete.   He has been recommended to have a mitral valve replacement.

**Renew Medication Orders**
| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 228099-ASH | Lisinopril 40 MG Tab | 09/28/2023 13:50 |

**Prescriber Order:** Take one tablet (40 MG) by mouth each morning to control blood pressure x 365 day(s)

Indication:   Essential (primary) hypertension, Nonrheumatic mitral valve disorder

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Cardiothoracic Surgery | 10/13/2023 | 10/13/2023 | Urgent | No | |

Subtype:
CABG

Reason for Request:

This is a 59 yo male with hx of Mitral valve insufficiently. He  as be n seen by the Cardiologist and had a Transesophageal echocardiogram for further heart evaluation. He was referred to the Cardiothoracic surgeon for evaluation and has recommended he have mitral valve replacement. Patient has moderate Mitral Regurgitation.  He is on Amlodipine, Lisinopril and HCTZ. This is a request for mitral valve replacement not CABG.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Boyd, Terri PA-C on 09/28/2023 14:04

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M    Race:BLACK | Facility: | ASH |
| Note Date: | 09/28/2023 13:50 | Provider:   Boyd, Terri PA-C | Unit: | C04 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Boyd, Terri PA-C

Pt is s 59 yo male  who has been evaluated by the cardiologist and diagnosed with symptomatic mitral valve regurgitation and TEE is complete.   He has been recommended to have a mitral valve replacement.

**Renew Medication Orders**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 228099-ASH | Lisinopril 40 MG Tab | 09/28/2023 13:50 |

**Prescriber Order:**   Take one tablet (40 MG) by mouth each morning to control blood pressure x 365 day(s)

Indication:   Essential (primary) hypertension, Nonrheumatic mitral valve disorder

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Cardiothoracic Surgery | 10/13/2023 | 10/13/2023 | Urgent | No | |

Subtype:

CABG

Reason for Request:

This is a 59 yo male with hx of Mitral valve insufficiently. He has been seen by the Cardiologist and had a Transesophageal echocardiogram for further heart evaluation. He was referred to the Cardiothoracic surgeon for evaluation and has recommended he have mitral valve replacement. Patient has moderate Mitral Regurgitation.  He is on Amlodipine, Lisinopril and HCTZ. This is a request for mitral valve replacement not CABG.

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Boyd, Terri PA-C on 09/28/2023 14:04

**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/28/2023 16:53 | | | Facility: | ASH |

**Amendment made to this note by Boyd, Terri PA-C on 09/28/2023 16:56.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 09/26/2023 12:35 | | Provider: Brooks, LaTasha RN | Unit: C04 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**    Provider:  Brooks, LaTasha RN

Chief Complaint:   Medical Trip Return
Subjective:    I/M returns from med trip.
**Pain:**         Not Applicable

---

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/26/2023 | 12:35 ASH | 98.1 | 36.7 | | Brooks, LaTasha RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/26/2023 | 12:35 ASH | 74 | | | Brooks, LaTasha RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/26/2023 | 12:35 ASH | 18 | Brooks, LaTasha RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/26/2023 | 12:35 ASH | 140/88 | Left Arm | Sitting | | Brooks, LaTasha RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/26/2023 | 12:35 ASH | 100 | Room Air | Brooks, LaTasha RN |

**Exam:**

**General**
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
**Skin**
**General**
Yes: Within Normal Limits

**Exam Comments**
Respirations even/unlabored. NAD noted.

**ASSESSMENT:**

Other
I/M returns from KDMC cardiology. I/M will be scheduled to have heart cath.

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 09/26/2023 12:35 | Provider: | Brooks, LaTasha RN | Unit: | C04 |

**PLAN:**

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Chart_Review | 09/26/2023 00:00 | MLP 02 |
|    med trip return from KDMC cardiology will be scheduled to have heart cath | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/26/2023 | Counseling | Access to Care | Brooks, LaTasha | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Boyd, Terri PA-C

**Telephone or Verbal order read back and verified.**

Completed by Brooks, LaTasha RN on 09/26/2023 12:39

Requested to be cosigned by  Boyd, Terri PA-C.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/26/2023 12:35 | Provider: | Brooks, LaTasha RN | Facility: | ASH |

**Cosigned by Boyd, Terri PA-C on 09/27/2023 08:32.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Note Date: | 09/16/2023 12:55 | Provider: | Boyd, Terri PA-C | Unit: | C04 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Boyd, Terri PA-C

Pt has mitral valve issues and his cholesterol is slightly elevated to 222 with LDL of 144. He needs a statin for better control.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Atorvastatin Tablet | 09/16/2023 12:55 |
| | **Prescriber Order:**   20mg Orally  -  daily x 365 day(s) | |
| | Indication:  Hyperlipidemia, unspecified | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | One Time | 11/01/2023 00:00 | Routine |
| Labs requested to be reviewed by: | Dankwa, Vibeke (MAT) MD/MXR RMD | | |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Boyd, Terri PA-C on 09/16/2023 12:59

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Note Date: | 09/09/2023 15:34 | Provider: | Boyd, Terri PA-C | Unit: | C04 |

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Boyd, Terri PA-C

Pt is a 59 yo male with hx of Mitral valve insufficiently. He has been seen by the Cardiologist and had a TEE for further heart evaluation. He has been referred to the Cardiothoracic surgeon for evaluation of mitral value Insufficiency

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Cardiothoracic Surgery | 09/29/2023 | 09/29/2023 | Urgent | No | |

Subtype:

Office visit

Reason for Request:

This is a 59 yo male with hx of Mitral valve insufficiently. He has been seen by the Cardiologist and had a Transesophageal echocardiogram for further heart evaluation. He has been referred to the Cardiothoracic surgeon for evaluation of mitral value Insufficiency. Patient has moderate Mitral Regurgitation.  He is on Amlodipine, Lisinopril and HCTZ.

Provisional Diagnosis:

Mitral value Insufficiency

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Boyd, Terri PA-C on 09/09/2023 15:45

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 09/08/2023 10:50 | | Provider: Sands, Jody RN | Unit: C04 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   **1**      Provider:   Sands, Jody RN

Chief Complaint:   Medical Trip Return

Subjective:      I/m returned from med trip at KDMC cardiology with Dr Listerman.

**Pain:**      No

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/08/2023 | 10:51 ASH | 72 | | | Sands, Jody RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/08/2023 | 10:51 ASH | 18 | Sands, Jody RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/08/2023 | 10:51 ASH | 167/92 | | | | Sands, Jody RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/08/2023 | 10:51 ASH | 97 | | Sands, Jody RN |

**Exam Comments**

I/m alert and oriented x 3. No distress noted. I/m seen following med trip return from cardiology. I/m referred to cardiothoracic surgery. inmate will need cmp and lisinopril added to medication regimen.

**ASSESSMENT:**

Other

med trip return.

**PLAN:**

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Lisinopril Tablet | 09/08/2023 10:50 |
| | **Prescriber Order:**   40mg  Orally -  daily x 30 day(s) | |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 09/08/2023 10:50 | Provider: | Sands, Jody RN | Unit: | C04 |

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 219628-ASH | amLODIPine 10 MG TAB | Take one tablet (10 MG) by mouth each morning to control blood pressure |
| BOP | Continue | Rx | 219629-ASH | hydroCHLOROthiazide 25 MG Tab | Take one tablet (25 MG) by mouth each morning for blood pressure and fluid |
| Community/Contract Physician | Continue | Rx | Order | Lisinopril Tablet | 40mg daily |
| | | OTC | | No known OTCs | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | One Time | 09/11/2023 00:00 | Routine |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 09/14/2023 00:00 | MLP 02 |

cardiology consult. cardiothoracic surgery consult.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/08/2023 | Counseling | Access to Care | Sands, Jody | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Dankwa, Vibeke (MAT) MD/MXR RMD

**Telephone or Verbal order read back and verified.**

Completed by Sands, Jody RN on 09/08/2023 10:59

Requested to be cosigned by Dankwa, Vibeke (MAT) MD/MXR RMD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Boyd, Terri PA-C.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: | BLACK |
| Encounter Date: | 09/08/2023 10:50 | Provider: Sands, Jody RN | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT) MD/MXR RMD on 09/08/2023 12:46.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/08/2023 10:50 | Provider: | Sands, Jody RN | Facility: | ASH |

**Reviewed with New Encounter Note by Boyd, Terri PA-C on 09/09/2023 15:34.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: 08/08/2023 12:07 | Provider: Music, J. EMT-P | Unit: | Z01 |

EMT/Para - Medical Trip Return encounter performed at Oncology Unit.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Music, J. EMT-P

Chief Complaint:   Medical Trip Return

Subjective:      Returning back to our facility s/p KDMC cardiology. ECHO completed today. Due to sedatives use for procedure, he will be placed in SHU and will evaluate for release back to GP in the morning. Denies medical complaints or complaints with escort staff.

**Pain:**        Not Applicable

**OBJECTIVE:**

**Exam Comments**

I/M is CAOX3, p/w/d, PERRLA, REU, NAD, Noted.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 08/08/2023 00:00 | MLP 02 |

KDMC Cardiology return. Had an ECHO. No paperwork upon return.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/08/2023 | Counseling | Access to Care | Music, J. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Music, J. EMT-P on 08/08/2023 12:10

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Note Date: | 07/12/2023 12:13 | Provider: | Boyd, Terri PA-C | Unit: | C04 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1**          Provider:   Boyd, Terri PA-C

Pt returned from cardiology with an order for Transesophageal Echo requested to be completed by 7/26/23. He will also need a return visit to the cardiologist to review.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 08/03/2023 | 08/03/2023 | Urgent | No | |
| Subtype: | | | | | |
| Office visit | | | | | |
| Reason for Request: | | | | | |
| Follow up Cardiologist as requested post Transesophageal ECHO. | | | | | |
| Provisional Diagnosis: | | | | | |
| Mitral Valve Insuff-murmur | | | | | |
| Cardiology | 07/26/2023 | 07/26/2023 | Urgent | No | |
| Subtype: | | | | | |
| TEE | | | | | |
| Reason for Request: | | | | | |

Inmate has mitral valve insufficiency and the cardiologist has ordered a Transesophageal ECHO and follow up in office to review. Request to be done by7/26/23 by the cardiologist and then follow up with Listerman in 4 weeks.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Boyd, Terri PA-C on 07/12/2023 12:21

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex:   M   Race:  BLACK | Facility:  ASH |
| Encounter Date: 07/12/2023 11:59 | | Provider:  Sands, Jody RN | Unit:   C04 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Sands, Jody RN

Chief Complaint:   Medical Trip Return

Subjective:   I/m seen following med trip at kdmc cardiology.

**Pain:**      No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/12/2023 | 12:01 ASH | 97.5 | 36.4 | | Sands, Jody RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/12/2023 | 12:01 ASH | 63 | | | Sands, Jody RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/12/2023 | 12:01 ASH | 18 | Sands, Jody RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/12/2023 | 12:01 ASH | 170/93 | | | | Sands, Jody RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/12/2023 | 12:01 ASH | 98 | | Sands, Jody RN |

**Exam Comments**

I/m alert and oriented x 3. No distress noted. I/m returned from appt with Dr Listerman at kdmc. I/m has appt for TEE for July 26 and a follow up with Listerman in 4 weeks. Lisinopril new prescription added to medication regime.

**ASSESSMENT:**

Other

med trip return.

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Lisinopril Tablet | 07/12/2023 11:59 |
| | **Prescriber Order:**   20mg daily  Orally  -   daily x 30 day(s) | |
| | Indication:   Essential (primary) hypertension | |

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 07/12/2023 11:59 | Provider: | Sands, Jody RN | Unit: | C04 |

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 223743-ASH | Lisinopril 10 MG Tab | 07/12/2023 11:59 |

      **Prescriber Order:** *Take one tablet (10 MG) by mouth each morning to control blood pressure*

      Discontinue Type: *When Pharmacy Processes*

      Discontinue Reason: *Order changed*

      Indication:

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 07/13/2023 00:00 | MLP 02 |
| appt with listerman needs TEE | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/12/2023 | Counseling | Access to Care | Sands, Jody | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Boyd, Terri PA-C

**Telephone or Verbal order read back and verified.**

Completed by Sands, Jody RN on 07/12/2023 12:10

Requested to be cosigned by Boyd, Terri PA-C.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

---

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/12/2023 11:59 | Provider: | Sands, Jody RN | Facility: | ASH |

---

**Cosigned by Boyd, Terri PA-C on 07/12/2023 12:13.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 05/31/2023 11:18 | Provider: | Music, J. EMT-P | | Unit: | C04 |

---

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:**   No Show

**Comments:** BP checks q 2 weeks pls.

**Cosign Required:** No

Completed by Music, J. EMT-P on 05/31/2023 11:19.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M    Race: BLACK | Facility: | ASH |
| Note Date: | 05/15/2023 16:36 | Provider:   Boyd, Terri PA-C | Unit: | C04 |

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Boyd, Terri PA-C

Information on low chol diet and cholesterol information. He is recommended to diet and eat a low fat diet. Recheck scheduled.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | One Time | 08/22/2023 00:00 | Routine |
| Labs requested to be reviewed by: | Keats, Graham MD, CD | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Boyd, Terri PA-C on 05/15/2023 16:38

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Note Date: | 05/11/2023 15:46 | Provider: | Boyd, Terri PA-C | Unit: | C04 |

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**      Provider:   Boyd, Terri PA-C

Recent ECHO with EF of >60% an thickened Mirtal valves  noted.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Boyd, Terri PA-C on 05/11/2023 15:47

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | ASH |
| Note Date: | 05/09/2023 12:38 | Provider: Blankenship, K. MSN, | Unit: | C04 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Blankenship, K. MSN, QIIC RN

Inmate was given a FOB test and instructions, verbalized understanding.

**Copay Required:** No            **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Blankenship, K. MSN, QIIC RN on 05/09/2023 12:39

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 04/24/2023 08:50 | | Provider: Keats, Graham MD, CD | Unit: C04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:   Keats, Graham MD, CD

Chief Complaint:   Chronic Care Clinic

Subjective:   59 Yo AA IM here for annual CCC. C/O "palpitations" at times. On and off daily. Sometimes he says his heart beats irregularly.  Says he has been diagnosed with A Fib, not on DOAC's. He says he has had a month long Holter on the street. Will try to get those records. His CC Clinics are:

1. Hypertension: Elevated. Taking Amlodipine 10mg and HCTZ 25mg daily.  Add Lisinopril 10mg daily. Monitor BP.

2. Mitral Regurgitation: III/VI SEM across precordium. ECHO confirms "moderate MR". Refer to Cardiology for opinion. SOB when outside temp is high.  Occasional night sweats. Denies CP.

He has a history of "white matter disease" of the brain. Rx'd at University of Toronto, Toronto, Canada with experimental drug and apparently cured. Will try to get records.

He also says he has had a sleep study prior to incarceration. Need these results.

Pain:   No

---

**Seen for clinic(s):** Hypertension, Cardiac

**Added to clinic(s):** Hypertension, Cardiac

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/24/2023 | 10:56 ASH | 97.8 | 36.6 | Forehead | Keats, Graham MD, CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/24/2023 | 10:56 ASH | 79 | Via Machine | Regular | Keats, Graham MD, CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/24/2023 | 10:56 ASH | 16 | Keats, Graham MD, CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/24/2023 | 10:56 ASH | 175/107 | Left Arm | Sitting | Adult-large | Keats, Graham MD, CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/24/2023 | 10:56 ASH | 99 | Room Air | Keats, Graham MD, CD |

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 04/24/2023 08:50 | Provider: | Keats, Graham MD, CD | Unit: | C04 |

| **Date** | **Time** | **Value(%)** | **Air** | | **Provider** |
|---|---|---|---|---|---|

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 04/24/2023 | 10:56 ASH | 70.0 | 177.8 | Keats, Graham MD, CD |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 04/24/2023 | 10:56 ASH | 187.6 | 85.1 | | Keats, Graham MD, CD |

**Exam:**

**General**

    **Affect**

        Yes: Pleasant, Cooperative

    **Appearance**

        Yes: Appears Well

**Head**

    **General**

        Yes: Atraumatic/Normocephalic

**Neck**

    **General**

        Yes: Supple, Symmetric, Trachea Midline

        No: Lymphadenopathy

    **Thyroid**

        Yes: Within Normal Limits

**Pulmonary**

    **Auscultation**

        Yes: Clear to Auscultation

**Cardiovascular**

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2, M/R/G

**Musculoskeletal**

    **Gait**

        Yes: Normal Gait

**ROS Comments**

  Neg except as noted

**Exam Comments**

  CVS:  III/VI SEM across the precordium.

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current - *Uncontrolled*

Heart disease, UNS, I519 - Resolved - *Needs more specific Dx.*

Hypertensive heart disease without heart failure, I119 - Resolved - *No heart disease*

Nonrheumatic mitral valve disorder, I349 - Current - *Moderate MR*

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race: BLACK | Facility: | ASH |
| Encounter Date: | 04/24/2023 08:50 | Provider: | Keats, Graham MD, CD | Unit: | C04 |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Lisinopril Tablet | | 04/24/2023 08:50 |
| | **Prescriber Order:** | 10mg Orally -  daily x 90 day(s) | |
| | Indication:  Essential (primary) hypertension | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 05/31/2023 | 05/31/2023 | Routine | No | |

Subtype:

Office visit

Reason for Request:

This IM has moderate Mitral Regurgitation on ECHO and uncontrolled hypertension. Please assess, ? surgical candidate at this time? He is asymptomatic.

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 05/02/2023 00:00 | Nurse 01 |
| BP checks q 2 weeks pls. | | |
| Follow-up | 05/03/2023 00:00 | Nurse 01 |
| Pls have him sign a ROI for VA and street records, Holter, sleep study and cardiology consultations. | | |
| Chart_Review | 05/18/2023 00:00 | Physician |
| BP, CCC results, Cardiology | | |
| Chronic Care Visit | 03/08/2024 00:00 | Physician |
| Last CCC 4/24/23 | | |

**Disposition:**

Discharged to Housing Unit with Convalescence

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/24/2023 | Counseling | Plan of Care | Keats, Graham | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Keats, Graham MD, CD on 04/24/2023 11:50

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Note Date: | 02/27/2023 12:10 | Provider: | Music, J. EMT-P | Unit: | C04 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Music, J. EMT-P

error

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Music, J. EMT-P on 02/27/2023 12:41

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Note Date: | 01/03/2023 12:36 | Provider: | Blankenship, K. MSN, | Unit: | R01 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1**        Provider:  Blankenship, K. MSN, QIIC RN

Intake chart review.

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests - Short List-General-Hep C Ab | One Time | 01/04/2023 00:00 | Routine |
| Lab Tests - Short List-General-RPR | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-HIV 1/2 | | | |
| Lab Tests - Short List-General-Hep B surface Ag | | | |
| Lab Tests - Short List-General-Hep B surface Ab | | | |
| Labs requested to be reviewed by: | | Keats, Graham MD, CD | |

**New Non-Medication Orders:**

| **Order** | **Frequency** | **Duration** | **Details** | **Ordered By** |
|---|---|---|---|---|
| Fecal Occult Blood | One Time | | | Blankenship, K. MSN, QIIC RN |
| | Order Date: | 01/03/2023 | | |
| Fecal Occult Blood | One Time | | 1/24 | Blankenship, K. MSN, QIIC RN |
| | Order Date: | 01/03/2023 | | |
| Fecal Occult Blood | One Time | | 1/25 | Blankenship, K. MSN, QIIC RN |
| | Order Date: | 01/03/2023 | | |
| Fecal Occult Blood | One Time | | 1/26 | Blankenship, K. MSN, QIIC RN |
| | Order Date: | 01/03/2023 | | |

**Copay Required:** No        **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Blankenship, K. MSN, QIIC RN on 01/03/2023 12:48

Requested to be cosigned by  Boyd, Terri PA-C.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/03/2023 12:36 | Provider: | Blankenship, K. MSN, | Facility: | ASH |

**Cosigned by Boyd, Terri PA-C on 01/04/2023 13:48.**

# Bureau of Prisons
# Health Services
# History & Physical

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: | R01 |

**Seizures:** Denied

**Diabetes:** Denied

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:**

   **Age of Onset:**

   **Comments:** Pt knows he has had HTN on and off for a while and was on Clonidine in jail.

Respiratory: Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Penicillins | Anaphylaxis | 12/21/2022 |

**Tuberculosis:**

   **Hx of Previous Disease:** No

   **Blood-tinged Sputum:** No

   **Night Sweats:** No

   **Weight Loss:** No

   **Fever:** No

   **Cough:** No

   **Comments:**

**Infectious Disease Risk Factors:**

   **IV Drug Use:** No

   **IV Drug Use Needles:**

   **Sexual Partner IV Drug Use:** No

   **Sexual Partner IV Drug Use Needles:**

   **Female Sexual Partners (Last 5 Yrs):** 1

   **Male Sexual Partners (Last 5 Yrs):** 0

   **Condom Use:** Never

   **Sexual Contact With HIV+ Individual:** No

   **Blood Product Transfusion:** No

   **Travel Outside US:** No

   **Tattoos:** No

   **Comments:**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: | R01 |

**HIV History:**

| | |
|---|---|
| **When Tested:** | 2022 |
| **Test Result:** | Negative |
| **When Diagnosed AIDS:** | |
| **Last CD4:** | |
| **Comments:** | |

**Hepatitis:** Denied

**Other Infectious Diseases:**

| | |
|---|---|
| **Syphilis:** | No |
| **Syphilis Last Treatment:** | N/A |
| **Genital Warts:** | No |
| **Chlamydia:** | No |
| **Gonorrhea:** | No |
| **Herpes:** | No |
| **Chicken Pox:** | No |
| **Other:** | No |
| **Comments:**  denies | |

**Abuse History:**

**Physical:** No

**Emotional:** No

**Sexual:** Yes

**Comments:** Inmate reports sexual abuse as a child

---

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: | R01 |

## Mental Health:

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** None

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** No

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:**

**Substance Use History:** Denied

**Current Painful Condition:**          Denied

**Other Health Issues:**

**Current Medical Conditions:**     59 yo AA here for a H/PE. He states he feels healthy and is active with exercise almost daily.  He has no complaints at this time.  He reports he was treated not too long ago while incarcerated at a previous facility with Clonidine. He was on this medication when he arrived here but refused the medication along with Buspar for anxiety. He felt he no longer needed them.  He does have a hx of cardiac murmur as he was informed of this in the military service and has some records at a health care facility in Ohio.  he denies ever having a heart attack, stroke, TIA, pericardial issues, rheumatic fever, or endocarditis.   He is asymptomatic, no edema, dizziness, weakness or SOB.   His BP is elevated today and murmur is noted. No diaphoresis .

**Other Current Treatments:**     none at this time.

**Pregnant:**     N/A

**Postpartum:**  N/A

**Dental Condition:** Denied

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: R01 |

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

| Inmate Name: | JOHNSON, JOHN F | | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | | Unit: | R01 |

**Immunizations:**

**Hepatitis A and B (TwinRx) Series Administration:** History Unknown, Not Administered

**Documented Date:**  01/05/2023 11:48 EST

**Immunization Date:**

**Provider:**  Boyd, Terri PA-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Measles/Mumps/Rubella Series Administration:** History Unknown, Not Administered

**Documented Date:**  01/05/2023 11:48 EST

**Immunization Date:**

**Provider:**  Boyd, Terri PA-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Smallpox Series Administration:** History Unknown, Not Administered

**Documented Date:**  01/05/2023 11:48 EST

**Immunization Date:**

**Provider:**  Boyd, Terri PA-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Tetanus Administration:** History Unknown, Not Administered

**Documented Date:**  01/05/2023 11:48 EST

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: 01/04/2023 14:25 | | Provider: | Boyd, Terri PA-C | Unit: | R01 |

**Immunization Date:**

**Provider:** Boyd, Terri PA-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Varicella Series Administration:** History Unknown, Not Administered

**Documented Date:** 01/05/2023 11:48 EST

**Immunization Date:**

**Provider:** Boyd, Terri PA-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/05/2023 | 11:41 ASH | 98.2 | 36.8 | | Boyd, Terri PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/05/2023 | 11:41 ASH | 77 | | | Boyd, Terri PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/05/2023 | 11:41 ASH | 16 | Boyd, Terri PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/05/2023 | 11:41 ASH | 169/106 | | | | Boyd, Terri PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/05/2023 | 11:41 ASH | 96 | | Boyd, Terri PA-C |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 01/05/2023 | 11:41 ASH | 70.0 | 177.8 | Boyd, Terri PA-C |

| Inmate Name: | JOHNSON, JOHN F | | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | | Facility: | ASH |
| Encounter Date: 01/04/2023 14:25 | | Provider: | Boyd, Terri PA-C | | Unit: | R01 |

**Date**       **Time**       **Inches**       **Cm**       **Provider**

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 01/05/2023 | 11:41 ASH | 168.0 | 76.2 | | Boyd, Terri PA-C |

**Prosthetic Devices/Equipment:**

| **Device/Equipment** | **Obtained From** |
|---|---|
| Eye Glasses | Personal |

      **Comments:**

**Tobacco Usage: Denied**

**General Social History:**

  **Foreign Travel:**

  **Born in USA:**       Yes

  **Country of Birth:**   USA

**Family History - Father:**

  **Age at Death:** 68

  **Cause of Death:**  unknown

  **Significant Illnesses:**


  **Comments:**

**Family History - Mother:**

  **Age at Death:**

  **Cause of Death:**

  **Significant Illnesses:**


  **Comments:**   healthy

**Family History - Sibling:**

  **Number of Siblings:**

  **Significant Illnesses:**


  **Comments:**

**ROS:**

  **General**

    **Constitutional Symptoms**

      No: Chills, Fatigue, Fever, Night Sweats, Unexplained Weight Loss, Weakness

  **HEENT**

    **Eyes**

      Yes: Within Normal Limits

      No: Blurred Vision, Diplopia, Hx Glaucoma, Pain

    Myopia

  **Cardiovascular**

    **General**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: | R01 |

      Yes: Hx Hypertension, Hx Murmur

      No: Edema, Exertional dyspnea, Intermittent Claudication, Orthopnea, Paroxysmal Nocturnal Dyspnea, Palpitation, Syncope, Hx of Rheumatic Fever, Hx of Hyperlipidemia

**Pulmonary**

  **Respiratory System**

    Yes: Within Normal Limits

    No: Cough - Dry

**GI**

  **General**

    Yes: Within Normal Limits

**GU**

  **General**

    Yes: Within Normal Limits

    No: Nocturia

**Musculoskeletal**

  **General**

    Yes: Within Normal Limits

**Neurological**

  **Autonomic System**

    Yes: Within Normal Limits

  **Motor System**

    Yes: Within Normal Limits

**Head:**

  **Normal:** Yes

  **Comments:**

**Eyes:**

  **EOMI:** Yes

  **Icterus:** No

  **Conjunctival Inflammation:** No

  **Pupils PERRLA:** Yes

  **Pupil Size Rt:**

  **Pupil Size Lt:**

  **Pupils Comments:**

  **Fundi Vessels Nicking:** No

  **Fundi Vessels Discs Flat:** Yes

  **Fundi Vessels Discs Sharp Margins:** Yes

  **Fundi Vessels Grounds Abnormal:** No

  **Eyes Comments:**

| Inmate Name: | JOHNSON, JOHN F | | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M  Race: BLACK | | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | | Unit: | R01 |

**Vision Screen**        01/05/2023 11:50

**Blindness:**                                                    **With Corrective**

**Distance Vision:** OD:        OS:        OU:        OD: 20    OS  20    OU: 20

**Near Vision:**    OD:        OS:        OU:        OD:        OS:        OU:

**Ishihara Color Test:**

**Tonometry:**  L:            R:

**Comments:**

**Ears:**

**Right Ear:** Canal patent

**Left Ear:**   Canal patent

**Ears Comments:**

**Nose:**

**Nares Patent:** Yes

**Septum Midline:** Yes

**Septum Intact:** Yes

**Drainage/Discharge:** No

**Polyps:** No

**Nose Comments:**

**Mouth**

**Lesions:** No

**Oral/Buccal Mucosa:** Yes

**Gums Normal:** Yes

**Tonsils Present:** Yes

**Tonsils Normal:** Yes

**Pharynx:** Normal Color

**Teeth Poor Dentition:** No

**Teeth Count:** Mostly Present

**Dentures:** No

**Mouth Comments:**

**Cranial Nerves:**

**Intact II-XII:** Yes

**Cranial Nerves Comments:**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: | R01 |

**Neck:**

**Full ROM:** Yes

**Masses/Nodes:** No

**Trachea:** Midline

**Thyroid:** Normal Size

**Comments:**

**Breasts:**

**Normal:** Yes

**Masses:** No

**Tenderness:** No

**Scars:** No

**Dimpling:** No

**Nipple Discharge:** No

**Nipple Retraction:** No

**Instructions for Self Breast Exam Given:** No

**Comments:**

**Thorax:**

**Contour Normal:** Yes

**Increased AP Diameter:** No

**Asymmetrical Expansion:** No

**Lungs Clear:** Yes

**Wheezes:** No

**Crackles:** No

**Rhonchi:** No

**Rales:** No

**Accessory Muscle Use:** No

**Comments:**

**Spine:**

**Deformity:** No

**Full ROM:** Yes

**Tenderness:** No

**Comments:**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: | R01 |

**Cardiovascular:**

**RRR:** Yes

**Normal S1/S2:** Yes

**Murmurs:** Yes

**Carotid Bruits:** No

**JVD:** No

| **Arteries:** | **Right** | **Left** |
|---|---|---|
| **Radial:** | 2 | 2 |
| **Femoral:** | | |
| **Dorsalis Pedis:** | | |
| **Post. Tibialis:** | | |

**Comments:** 3/6 ? pansystolic

**Abdomen:**

**Normal Contour:** Yes

**Scaphoid:** No

**Obese:** No

**Gravid:** No

**Hernias:** No

**Bruits:** No

**Masses:** No

**Scars:** No

**Tenderness:** No

**Organomegaly:** No

**Active Bowel Sounds:** Yes

**Comments:**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M    Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: | R01 |

## Extremities:

**Nails Clubbing:** No

**Nails Cyanosis:** No

**Lower Extremity Edema - Right:** None

**Lower Extremity Edema - Left:** None

**Atrophy:** No

**Amputations:** No

**Other Deformities:** No

**Varicosities:** No

**Calf Tenderness:** No

**Pulse Deficit:** No

| **Strength:** | **Right** | **Left** |
|---|---|---|
| **Arm:** | | |
| **Leg:** | | |
| **Full ROM:** | **Right** | **Left** |
| **Arm:** | Yes | Yes |
| **Leg:** | Yes | Yes |
| **Comments:** | | |

## Reflexes:

| | **Right** | **Left** |
|---|---|---|
| **Biceps:** | | |
| **Patellar:** | | |
| **Brachioradialis:** | | |
| **Achilles:** | | |

**Sensation:**

**Vibratory:** Yes

**Light Touch:** Yes

**Pin Prick:** Yes

**Comments:**

## GU:

**Chaperoned By:**

**Rectum: Not Done**

**Comments:** refused

**Male Genitalia: Not Done**

**Comments:** refused

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: | R01 |

**Skin:**

**Normal:** Yes

**Rash:** No

**Redness:** No

**Abnormal Pigmentation:** No

**Abnormal Lesions/Growths:** No

**Comments:**

**Lymphatics:**

**Adenopathy:** No

**Comments:**

**Potential Items For Follow-up:**

**Item**

Hypertension History

Allergy - Penicillins

Other Infectious Disease History

Sexual Abuse History

Current Medical Conditions

Other Current Treatments

Eye Glasses

Cardio Murmers

Rectum Not Done

Male Genitalia Not Done

PPD Administration Not Performed


**Cleared For Food Services:** Yes

Health Problems Newly Identified During This Encounter:

Health Problem

Hypertensive heart disease without heart failure - Current -

Heart disease, UNS - Current - Heart murmur

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | amLODIPine Tablet | 01/04/2023 14:25 |
| | **Prescriber Order:**   10 mg Orally  each morning x 365 day(s) | |
| | Indication:   Hypertensive heart disease without heart failure, Heart disease, UNS | |
| | hydroCHLOROthiazide Tablet/Capsule | 01/04/2023 14:25 |
| | **Prescriber Order:**   25mg Orally  each morning x 365 day(s) | |
| | Indication:   Hypertensive heart disease without heart failure, Heart disease, UNS | |

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: | R01 |

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-S-Sedimentation Rate | One Time | 01/09/2023 00:00 | Routine |
| Lab Tests - Short List-General-Microalbumin, urine random | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Labs requested to be reviewed by: | Keats, Graham MD, CD | | |

### New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 01/12/2023 | Routine |

Specific reason(s) for request (Complaints and findings):

cardiac murmur/HTN

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 01/25/2023 | 01/25/2023 | Urgent | No | |

Subtype:

2D echo

Reason for Request:

59 yo AA  who reports he was treated not too long ago while incarcerated at a previous facility with Clonidine. He was on this medication when he arrived here but refused the medication along with Buspar for anxiety. He felt he no longer needed them.  He does have a hx of cardiac murmur as he was informed of this in the military service, but no treatment given. He denies ever having a heart attack, stroke, TIA, pericardial issues, rheumatic fever, or endocarditis.   He is asymptomatic, no edema, dizziness, weakness or SOB.  His BP is elevated and started on Amlodipine and HCTZ.

Provisional Diagnosis:

HTN with cardiac murmur approx Grade III/VI.

### Devices and Equipment Issued:

| Device/Equipment | Start Date | Stop Date | Obtained From |
|---|---|---|---|
| Eye Glasses | 01/05/2023 | | Personal |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 01/09/2023 00:00 | Nurse 01 |
| sch chart review with MLP 2 if > 140 /90 | | |
| Follow-up | 01/12/2023 12:00 | Nurse 01 |
| EKG baseline -murmur | | |
| Chronic Care Visit | 04/10/2023 00:00 | Physician |
| CCC | | |

### Other:

Make sick call as needed appts for BP will be scheduled.

### Disposition:

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: | R01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/05/2023 | Counseling | Access to Care | Boyd, Terri | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Boyd, Terri PA-C on 01/05/2023 13:15

Requested to be cosigned by  Keats, Graham MD, CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Facility: | ASH |

**Cosigned by Keats, Graham MD, CD on 01/05/2023 13:28.**

# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: | 01/01/2023 | End Date: | 12/31/2023 |
|---|---|---|---|
| Reg #: | 20257-509 | Inmate Name: | JOHNSON, JOHN F |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/27/2023 | 14:38 ASH | 97.4 | 36.3 | | Bloom, Barbara APRN |
| | **Orig Entered:** 12/27/2023 14:39 EST   Bloom, Barbara APRN | | | | |
| 12/22/2023 | 08:12 ASH | 97.0 | 36.1 | | Bloom, Barbara APRN |
| | **Orig Entered:** 12/22/2023 08:13 EST   Bloom, Barbara APRN | | | | |
| 12/21/2023 | 12:55 ASH | 97.7 | 36.5 | | Bloom, Barbara APRN |
| | **Orig Entered:** 12/21/2023 12:57 EST   Bloom, Barbara APRN | | | | |
| 11/30/2023 | 14:57 ASH | 97.4 | 36.3 | | Bloom, Barbara APRN |
| | **Orig Entered:** 11/30/2023 14:59 EST   Bloom, Barbara APRN | | | | |
| 10/03/2023 | 09:00 ASH | 96.0 | 35.6 | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/03/2023 09:43 EST   Bays, Vanessa RDH | | | | |
| 10/02/2023 | 09:28 ASH | 96.0 | 35.6 | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/02/2023 09:30 EST   Bays, Vanessa RDH | | | | |
| 10/02/2023 | 09:15 ASH | 96.0 | 35.6 | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/02/2023 09:30 EST   Bays, Vanessa RDH | | | | |
| 09/26/2023 | 12:35 ASH | 98.1 | 36.7 | | Brooks, LaTasha RN |
| | **Orig Entered:** 09/26/2023 12:37 EST   Brooks, LaTasha RN | | | | |
| 09/25/2023 | 07:56 ASH | 96.4 | 35.8 | | Layne, Carol DA |
| | **Orig Entered:** 09/25/2023 07:58 EST   Layne, Carol DA | | | | |
| 07/12/2023 | 12:01 ASH | 97.5 | 36.4 | | Sands, Jody RN |
| | **Orig Entered:** 07/12/2023 12:02 EST   Sands, Jody RN | | | | |
| 04/24/2023 | 10:56 ASH | 97.8 | 36.6 | Forehead | Keats, Graham MD, CD |
| | **Orig Entered:** 04/24/2023 10:59 EST   Keats, Graham MD, CD | | | | |
| 01/05/2023 | 11:41 ASH | 98.2 | 36.8 | | Boyd, Terri PA-C |
| | **Orig Entered:** 01/05/2023 11:48 EST   Boyd, Terri PA-C | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/27/2023 | 14:38 ASH | 72 | | | Bloom, Barbara APRN |
| | **Orig Entered:** 12/27/2023 14:39 EST   Bloom, Barbara APRN | | | | |
| 12/22/2023 | 08:12 ASH | 91 | | | Bloom, Barbara APRN |
| | **Orig Entered:** 12/22/2023 08:13 EST   Bloom, Barbara APRN | | | | |
| 12/21/2023 | 12:55 ASH | 82 | | | Bloom, Barbara APRN |
| | **Orig Entered:** 12/21/2023 12:57 EST   Bloom, Barbara APRN | | | | |
| 11/30/2023 | 14:57 ASH | 85 | | | Bloom, Barbara APRN |
| | **Orig Entered:** 11/30/2023 14:59 EST   Bloom, Barbara APRN | | | | |
| 10/03/2023 | 09:43 ASH | 66 | | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/03/2023 09:44 EST   Bays, Vanessa RDH | | | | |
| 10/03/2023 | 09:00 ASH | 70 | | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/03/2023 09:43 EST   Bays, Vanessa RDH | | | | |
| 10/02/2023 | 09:28 ASH | 74 | | | Bays, Vanessa RDH |

| | | | | | |
|---|---|---|---|---|---|
| Begin Date: | 01/01/2023 | | End Date: | 12/31/2023 | |
| Reg #: | 20257-509 | | Inmate Name: | JOHNSON, JOHN F | |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| | **Orig Entered:** 10/02/2023 09:30 EST | | Bays, Vanessa RDH | | |
| 10/02/2023 09:15 ASH | | 74 | | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/02/2023 09:30 EST | | Bays, Vanessa RDH | | |
| 09/26/2023 12:35 ASH | | 74 | | | Brooks, LaTasha RN |
| | **Orig Entered:** 09/26/2023 12:37 EST | | Brooks, LaTasha RN | | |
| 09/25/2023 07:56 ASH | | 87 | | | Layne, Carol DA |
| | **Orig Entered:** 09/25/2023 07:58 EST | | Layne, Carol DA | | |
| 09/08/2023 10:51 ASH | | 72 | | | Sands, Jody RN |
| | **Orig Entered:** 09/08/2023 10:53 EST | | Sands, Jody RN | | |
| 07/12/2023 12:01 ASH | | 63 | | | Sands, Jody RN |
| | **Orig Entered:** 07/12/2023 12:02 EST | | Sands, Jody RN | | |
| 04/24/2023 10:56 ASH | | 79 | Via Machine | Regular | Keats, Graham MD, CD |
| | **Orig Entered:** 04/24/2023 10:59 EST | | Keats, Graham MD, CD | | |
| 01/05/2023 11:41 ASH | | 77 | | | Boyd, Terri PA-C |
| | **Orig Entered:** 01/05/2023 11:48 EST | | Boyd, Terri PA-C | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/27/2023 | 14:38 ASH | 16 | Bloom, Barbara APRN |
| | **Orig Entered:** 12/27/2023 14:39 EST | | Bloom, Barbara APRN |
| 12/22/2023 | 08:12 ASH | 18 | Bloom, Barbara APRN |
| | **Orig Entered:** 12/22/2023 08:13 EST | | Bloom, Barbara APRN |
| 12/21/2023 | 12:55 ASH | 16 | Bloom, Barbara APRN |
| | **Orig Entered:** 12/21/2023 12:57 EST | | Bloom, Barbara APRN |
| 11/30/2023 | 14:57 ASH | 16 | Bloom, Barbara APRN |
| | **Orig Entered:** 11/30/2023 14:59 EST | | Bloom, Barbara APRN |
| 09/26/2023 | 12:35 ASH | 18 | Brooks, LaTasha RN |
| | **Orig Entered:** 09/26/2023 12:37 EST | | Brooks, LaTasha RN |
| 09/08/2023 | 10:51 ASH | 18 | Sands, Jody RN |
| | **Orig Entered:** 09/08/2023 10:53 EST | | Sands, Jody RN |
| 07/12/2023 | 12:01 ASH | 18 | Sands, Jody RN |
| | **Orig Entered:** 07/12/2023 12:02 EST | | Sands, Jody RN |
| 04/24/2023 | 10:56 ASH | 16 | Keats, Graham MD, CD |
| | **Orig Entered:** 04/24/2023 10:59 EST | | Keats, Graham MD, CD |
| 01/05/2023 | 11:41 ASH | 16 | Boyd, Terri PA-C |
| | **Orig Entered:** 01/05/2023 11:48 EST | | Boyd, Terri PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/27/2023 14:38 ASH | | 118/74 | | | | Bloom, Barbara APRN |
| | **Orig Entered:** 12/27/2023 14:39 EST | | Bloom, Barbara APRN | | | |
| 12/22/2023 08:12 ASH | | 123/73 | | | | Bloom, Barbara APRN |

| | | | | | | |
|---|---|---|---|---|---|---|
| Begin Date: | 01/01/2023 | | | End Date: | 12/31/2023 | |
| Reg #: | 20257-509 | | | Inmate Name: | JOHNSON, JOHN F | |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| | **Orig Entered:** 12/22/2023 08:13 EST | | Bloom, Barbara APRN | | | |
| 12/21/2023 12:55 ASH | 113/72 | | | | | Bloom, Barbara APRN |
| | **Orig Entered:** 12/21/2023 12:57 EST | | Bloom, Barbara APRN | | | |
| 12/12/2023 10:33 ASH | 168/102 | | | | | Sands, Jody RN |
| | **Orig Entered:** 12/12/2023 10:34 EST | | Sands, Jody RN | | | |
| 11/30/2023 14:57 ASH | 166/99 | | | | | Bloom, Barbara APRN |
| | **Orig Entered:** 11/30/2023 14:59 EST | | Bloom, Barbara APRN | | | |
| 11/28/2023 09:57 ASH | 135/96 | | | | | Sands, Jody RN |
| | **Orig Entered:** 11/28/2023 09:58 EST | | Sands, Jody RN | | | |
| 10/30/2023 14:47 ASH | 165/90 | Left Arm | Sitting | | | Brooks, LaTasha RN |
| | **Orig Entered:** 10/30/2023 14:48 EST | | Brooks, LaTasha RN | | | |
| 10/03/2023 09:43 ASH | 166/87 | | | | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/03/2023 09:44 EST | | Bays, Vanessa RDH | | | |
| 10/03/2023 09:00 ASH | 129/86 | | | | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/03/2023 09:43 EST | | Bays, Vanessa RDH | | | |
| 10/02/2023 09:28 ASH | 157/94 | | | | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/02/2023 09:30 EST | | Bays, Vanessa RDH | | | |
| 10/02/2023 09:15 ASH | 153/107 | | | | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/02/2023 09:30 EST | | Bays, Vanessa RDH | | | |
| 09/26/2023 12:35 ASH | 140/88 | Left Arm | Sitting | | | Brooks, LaTasha RN |
| | **Orig Entered:** 09/26/2023 12:37 EST | | Brooks, LaTasha RN | | | |
| 09/25/2023 07:56 ASH | 133/87 | | | | | Layne, Carol DA |
| | **Orig Entered:** 09/25/2023 07:58 EST | | Layne, Carol DA | | | |
| 09/12/2023 13:24 ASH | 120/86 | | | | | Sands, Jody RN |
| | **Orig Entered:** 09/12/2023 13:26 EST | | Sands, Jody RN | | | |
| 09/08/2023 10:51 ASH | 167/92 | | | | | Sands, Jody RN |
| | **Orig Entered:** 09/08/2023 10:53 EST | | Sands, Jody RN | | | |
| 08/17/2023 13:30 ASH | 142/90 | | | | | Sands, Jody RN |
| | **Orig Entered:** 08/17/2023 13:31 EST | | Sands, Jody RN | | | |
| 07/17/2023 10:48 ASH | 162/82 | | | | | Music, J. EMT-P |
| | **Orig Entered:** 07/17/2023 10:49 EST | | Music, J. EMT-P | | | |
| 07/12/2023 12:01 ASH | 170/93 | | | | | Sands, Jody RN |
| | **Orig Entered:** 07/12/2023 12:02 EST | | Sands, Jody RN | | | |
| 05/08/2023 09:59 ASH | 147/98 | | | | | Sands, Jody RN |
| | **Orig Entered:** 05/08/2023 10:00 EST | | Sands, Jody RN | | | |
| 04/24/2023 10:56 ASH | 175/107 | Left Arm | Sitting | Adult-large | Keats, Graham MD, CD |
| | **Orig Entered:** 04/24/2023 10:59 EST | | Keats, Graham MD, CD | | | |
| 01/09/2023 16:17 ASH | 160/91 | Left Arm | Sitting | Adult-regular | Music, J. EMT-P |
| | Denies current complaints. Inmate reports he just started X 2 new BP meds today. Take as directed. | | | | | |
| | **Orig Entered:** 01/09/2023 16:19 EST | | Music, J. EMT-P | | | |
| 01/05/2023 11:41 ASH | 169/106 | | | | | Boyd, Terri PA-C |
| | **Orig Entered:** 01/05/2023 11:48 EST | | Boyd, Terri PA-C | | | |

**SaO2:**

| Begin Date: | 01/01/2023 | | End Date: | 12/31/2023 |
| Reg #: | 20257-509 | | Inmate Name: | JOHNSON, JOHN F |

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 12/27/2023 | 14:38 ASH | 99 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 12/27/2023 14:39 EST   Bloom, Barbara APRN | | | |
| 12/22/2023 | 08:12 ASH | 97 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 12/22/2023 08:13 EST   Bloom, Barbara APRN | | | |
| 12/21/2023 | 12:55 ASH | 99 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 12/21/2023 12:57 EST   Bloom, Barbara APRN | | | |
| 11/30/2023 | 14:57 ASH | 98 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 11/30/2023 14:59 EST   Bloom, Barbara APRN | | | |
| 10/03/2023 | 09:43 ASH | 98 | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/03/2023 09:44 EST   Bays, Vanessa RDH | | | |
| 10/03/2023 | 09:00 ASH | 100 | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/03/2023 09:43 EST   Bays, Vanessa RDH | | | |
| 10/02/2023 | 09:28 ASH | 98 | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/02/2023 09:30 EST   Bays, Vanessa RDH | | | |
| 10/02/2023 | 09:15 ASH | 98 | | Bays, Vanessa RDH |
| | **Orig Entered:** 10/02/2023 09:30 EST   Bays, Vanessa RDH | | | |
| 09/26/2023 | 12:35 ASH | 100 | Room Air | Brooks, LaTasha RN |
| | **Orig Entered:** 09/26/2023 12:37 EST   Brooks, LaTasha RN | | | |
| 09/08/2023 | 10:51 ASH | 97 | | Sands, Jody RN |
| | **Orig Entered:** 09/08/2023 10:53 EST   Sands, Jody RN | | | |
| 07/12/2023 | 12:01 ASH | 98 | | Sands, Jody RN |
| | **Orig Entered:** 07/12/2023 12:02 EST   Sands, Jody RN | | | |
| 04/24/2023 | 10:56 ASH | 99 | Room Air | Keats, Graham MD, CD |
| | **Orig Entered:** 04/24/2023 10:59 EST   Keats, Graham MD, CD | | | |
| 01/05/2023 | 11:41 ASH | 96 | | Boyd, Terri PA-C |
| | **Orig Entered:** 01/05/2023 11:48 EST   Boyd, Terri PA-C | | | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 12/21/2023 | 12:55 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |
| | **Orig Entered:** 12/21/2023 12:57 EST   Bloom, Barbara APRN | | | |
| 11/30/2023 | 14:57 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |
| | **Orig Entered:** 11/30/2023 14:59 EST   Bloom, Barbara APRN | | | |
| 04/24/2023 | 10:56 ASH | 70.0 | 177.8 | Keats, Graham MD, CD |
| | **Orig Entered:** 04/24/2023 10:59 EST   Keats, Graham MD, CD | | | |
| 01/05/2023 | 11:41 ASH | 70.0 | 177.8 | Boyd, Terri PA-C |
| | **Orig Entered:** 01/05/2023 11:48 EST   Boyd, Terri PA-C | | | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 12/21/2023 | 12:55 ASH | 184.8 | 83.8 | | Bloom, Barbara APRN |
| | **Orig Entered:** 12/21/2023 12:57 EST   Bloom, Barbara APRN | | | | |
| 11/30/2023 | 14:57 ASH | 186.8 | 84.7 | | Bloom, Barbara APRN |
| | **Orig Entered:** 11/30/2023 14:59 EST   Bloom, Barbara APRN | | | | |

| Begin Date: | 01/01/2023 | | | End Date: | 12/31/2023 |
| Reg #: | 20257-509 | | | Inmate Name: | JOHNSON, JOHN F |

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|------|------|------|------|------|------|
| 04/24/2023 | 10:56 ASH | 187.6 | 85.1 | | Keats, Graham MD, CD |
| | **Orig Entered:** 04/24/2023 10:59 EST | | | Keats, Graham MD, CD | |
| 01/05/2023 | 11:41 ASH | 168.0 | 76.2 | | Boyd, Terri PA-C |
| | **Orig Entered:** 01/05/2023 11:48 EST | | | Boyd, Terri PA-C | |

**Bureau of Prisons**
**Health Services**
**PPDs**

**Reg #:**  20257-509                          **Inmate Name:**  JOHNSON, JOHN F

| Admin: | | Location | Provider | Reading: | | Induration | Provider |
|---|---|---|---|---|---|---|---|
| 10/30/2023 | 13:10 | Left Forearm | Brooks, LaTasha RN | 11/01/2023 | 10:56 | 0 mm | Brooks, LaTasha RN |
| **Orig Entered:** | 10/30/2023 13:11 EST | | Brooks, LaTasha RN | **Orig Entered:** | 11/01/2023 10:56 EST | | Brooks, LaTasha RN |
| 12/21/2022 | 12:07 | Left Forearm | Harris, Quinton NRP | 12/23/2022 | 09:44 | 0 mm | Brooks, LaTasha RN |
| **Orig Entered:** | 12/21/2022 12:11 EST | | Harris, Quinton NRP | **Orig Entered:** | 12/23/2022 09:44 EST | | Brooks, LaTasha RN |

**Total:**  2

20257-509   JOHNSON, JOHN

# Medication Administration Record

DECEMBER 2023

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 12/25/23 08:37  Dankwa, Vibeke MD/MXR RMD  ***crush/empty*** Take one tablet by mouth twice daily as needed for pain Post MVR replacement x 3 day(s) Pill Line Only | 0600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | ORD JWM 08:41 | ORD SD 07:29 | | | x | x | x |
| Exp. Date 12/28/23 08:36 | 1600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | ORD JWM 17:05 | | | | x | x | x |
| ASH  Order  oxyCODONE/Acetaminophen  5/325 MG Tab UD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 12/21/23 13:35  Dankwa, Vibeke MD/MXR RMD  ***crush*** Take one tablet by mouth twice daily as needed for pain Post MVR replacement | 0600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | 1 SD 07:34 | NS APM | 1 JWM 09:11 | x | x | x | x | x | x | x |
| Exp. Date 12/24/23 13:34 | 1600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | NS JLS | 1 SD 17:56 | NS APM | x | x | x | x | x | x | x | x |
| ASH  232510-ASH  oxyCODONE/Acetaminophen  5/325 MG Tab UD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 12/25/23 08:37  Dankwa, Vibeke MD/MXR RMD  ***crush/empty*** Take one tablet by mouth twice daily as needed for pain Post MVR replacement | 0600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | 1 QMH 07:10 | NS APM | x | x | x | |
| Exp. Date 12/28/23 08:36 | 1600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | 1 SD 17:15 | 1 SD 17:31 | x | x | x | x | |
| ASH  232539-ASH  oxyCODONE/Acetaminophen  5/325 MG Tab UD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: QMH = Harris, Q. | JWM = Music, J. | SD = Daniel, S. | APM = Malone, A. | JLS = Sands, J.

Documentation Codes: ORD = Order | NS = No Show

Registration #: 20257-509        Pt. Name: JOHNSON, JOHN                                  DOB:

Report information is current as of the date and time of printing:   09/04/2024 08:32 EST

# Bureau of Prisons
## Health Services
## Devices and Equipment

| | | | |
|---|---|---|---|
| **Start Date:** 01/01/2023 | | **Stop Date:** 12/31/2023 | |
| **Reg #:** 20257-509 | | **Inmate Name:** JOHNSON, JOHN F | |

| Device/Equipment | | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|---|
| Shower Chair/Bench | | | | | | |
| 12/21/2023 12:23 EST | Bloom, Barbara APRN | 12/21/2023 | | | BOP | |
| ~~Walker~~ | | | | | | |
| ~~09/03/2024 15:28 EST~~ | ~~Moorman, Randa RN, HSA~~ | ~~12/21/2023~~ | | | ~~BOP~~ | --no longer has |
| 12/21/2023 12:23 EST | Bloom, Barbara APRN | 12/21/2023 | | | BOP | |
| Eye Glasses | | | | | | |
| 01/05/2023 11:48 EST | Boyd, Terri PA-C | 01/05/2023 | | | Personal | |

**Total:** 3

# Bureau of Prisons
## Health Services
## Fecal Occult Blood

| | | | |
|---|---|---|---|
| Begin Date: | 01/01/2023 | End Date: | 12/31/2023 |
| Reg #: | 20257-509 | Inmate Name: | JOHNSON, JOHN F |

(Reference Range - Negative)

| **Effective Date** | **Fecal Occult Blood** | **Provider** |
|---|---|---|
| 05/25/2023 12:33 ASH | Negative Immunochemical Test | Blevins, Catryna Medical Assistant |

**Orig Entered:** 05/25/2023 12:34 EST  Blevins, Catryna Medical Assistant

**Total:** 1

# Bureau of Prisons
## Health Services
## Pain Management

| | | |
|---|---|---|
| Begin Date: 01/01/2023 | End Date: | 12/31/2023 |
| Reg #: 20257-509 | Inmate Name: | JOHNSON, JOHN F |

| Date | Type | Location | Pre | Intervention | Post | Provider |
|---|---|---|---|---|---|---|
| 12/27/2023 14:36 ASH | Aching | Chest-Sternal | 4 | rest | | Bloom, Barbara APRN |
| **Orig Entered:** 12/27/2023 14:37 EST   Bloom, Barbara APRN | | | | | | |
| 12/22/2023 08:11 ASH | Aching | Chest-Sternal | 7 | expected | | Bloom, Barbara APRN |
| **Orig Entered:** 12/22/2023 08:12 EST   Bloom, Barbara APRN | | | | | | |
| 12/21/2023 12:54 ASH | Aching | Chest-Sternal | 7 | pain medication | | Bloom, Barbara APRN |
| **Orig Entered:** 12/21/2023 12:56 EST   Bloom, Barbara APRN | | | | | | |

# Bureau of Prisons
# Health Services
# Allergies

Reg #:  20257-509                              Inmate Name:   JOHNSON, JOHN F

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| Penicillins | 12/21/2022 | Anaphylaxis |

**Orig Entered:**   12/21/2022 12:08 EST   Harris, Quinton NRP

**Total:**  1

**Bureau of Prisons**
**Health Services**
**Patient Education Assessments & Topics**

**Reg #:**  20257-509                    **Inmate Name:** JOHNSON, JOHN F

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 12/27/2023 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| **Orig Entered:** | 12/27/2023 14:44 EST | Bloom, Barbara | | |
| 12/27/2023 | Counseling | Pain Management | Verbalizes Understanding | Bloom, Barbara |
| **Orig Entered:** | 12/27/2023 14:44 EST | Bloom, Barbara | | |
| 12/27/2023 | Demonstration | | Returns Demonstration | Bloom, Barbara |
| **Orig Entered:** | 12/27/2023 14:44 EST | Bloom, Barbara | | |
| 12/27/2023 | Counseling | Diagnosis | Verbalizes Understanding | Bloom, Barbara |
| **Orig Entered:** | 12/27/2023 14:44 EST | Bloom, Barbara | | |
| 12/27/2023 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| **Orig Entered:** | 12/27/2023 14:44 EST | Bloom, Barbara | | |
| 12/25/2023 | Counseling | Access to Care | Verbalizes Understanding | Music, J. |
| **Orig Entered:** | 12/25/2023 08:42 EST | Music, J. | | |
| 12/22/2023 | Medication | Metoprolol Tartrate  50 MG Tab | Pharmacy No participation | Mullins, Tracee |
| **Orig Entered:** | 12/22/2023 07:47 EST | Mullins, Tracee | | |
| 12/22/2023 | Medication | Aspirin, E.C. 325 MG Tab | Pharmacy No participation | Mullins, Tracee |
| **Orig Entered:** | 12/22/2023 07:47 EST | Mullins, Tracee | | |
| 12/22/2023 | Medication | Acetaminophen 325 MG Tab | Pharmacy No participation | Mullins, Tracee |
| **Orig Entered:** | 12/22/2023 07:47 EST | Mullins, Tracee | | |
| 12/22/2023 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| **Orig Entered:** | 12/22/2023 09:42 EST | Bloom, Barbara | | |
| 12/22/2023 | Counseling | Pain Management | Verbalizes Understanding | Bloom, Barbara |

**Reg #:**  20257-509                    **Inmate Name:** JOHNSON, JOHN F

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | Orig Entered: | 12/22/2023 09:42 EST   Bloom, Barbara | | |
| 12/22/2023 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 12/22/2023 09:42 EST   Bloom, Barbara | | |
| 12/22/2023 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 12/22/2023 09:41 EST   Bloom, Barbara | | |
| 12/21/2023 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 12/21/2023 12:49 EST   Bloom, Barbara | | |
| 12/21/2023 | Counseling | Post-operative Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 12/21/2023 12:49 EST   Bloom, Barbara | | |
| 12/21/2023 | Counseling | Pain Management | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 12/21/2023 12:49 EST   Bloom, Barbara | | |
| 12/21/2023 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 12/21/2023 12:49 EST   Bloom, Barbara | | |
| 12/21/2023 | Counseling | Compliance - Treatment | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 12/21/2023 12:49 EST   Bloom, Barbara | | |
| 12/21/2023 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 12/21/2023 12:49 EST   Bloom, Barbara | | |
| 11/30/2023 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 11/30/2023 15:11 EST   Bloom, Barbara | | |
| 11/30/2023 | Counseling | Pain Management | Verbalizes Understanding | Bloom, Barbara |
| Report to medical and CO immediately for any chest pain or discomfort | | | | |
| | Orig Entered: | 11/30/2023 15:11 EST   Bloom, Barbara | | |
| 11/30/2023 | Counseling | Diagnosis | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 11/30/2023 15:11 EST   Bloom, Barbara | | |
| 11/30/2023 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 11/30/2023 15:11 EST   Bloom, Barbara | | |
| 11/30/2023 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| Rest avoid strenous activity | | | | |
| | Orig Entered: | 11/30/2023 15:11 EST   Bloom, Barbara | | |
| 11/07/2023 | Counseling | Access to Care | Verbalizes Understanding | Music, J. |

| Reg #: 20257-509 | | Inmate Name: JOHNSON, JOHN F | | |

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | **Orig Entered:** 11/07/2023 07:42 EST  Music, J. | | | |
| 10/03/2023 | Counseling | Oral Hygiene Instructions | Verbalizes Understanding | Justice, Richard |
| | **Orig Entered:** 10/03/2023 11:09 EST  Justice, Richard | | | |
| 10/03/2023 | Counseling | Post-operative Care | Verbalizes Understanding | Justice, Richard |
| No eating or drinking until after the Numbness wears off. Patient told to keep pressure with gauze. Given extra gauze for pressure if bleeding continues. | | | | |
| | **Orig Entered:** 10/03/2023 11:11 EST  Justice, Richard | | | |
| 10/03/2023 | Counseling | Access to Care | Verbalizes Understanding | Justice, Richard |
| Instructed patient how to obtain medical, dental, and mental health care. | | | | |
| | **Orig Entered:** 10/03/2023 11:09 EST  Justice, Richard | | | |
| 10/02/2023 | Counseling | Access to Care | Verbalizes Understanding | Justice, Richard |
| Instructed patient how to obtain medical, dental, and mental health care. | | | | |
| | **Orig Entered:** 10/02/2023 09:41 EST  Justice, Richard | | | |
| 09/27/2023 | Medication | Azithromycin Tab 250 MG | Pharmacy No participation | Mullins, Tracee |
| | **Orig Entered:** 09/27/2023 10:58 EST  Mullins, Tracee | | | |
| 09/27/2023 | Medication | Atorvastatin 20 MG TAB | Pharmacy No participation | Mullins, Tracee |
| | **Orig Entered:** 09/27/2023 10:58 EST  Mullins, Tracee | | | |
| 09/26/2023 | Counseling | Access to Care | Verbalizes Understanding | Brooks, LaTasha |
| | **Orig Entered:** 09/26/2023 12:38 EST  Brooks, LaTasha | | | |
| 09/25/2023 | Counseling | Plan of Care | Verbalizes Understanding | Justice, Richard |
| | **Orig Entered:** 09/25/2023 08:57 EST  Justice, Richard | | | |
| 09/25/2023 | Counseling | Access to Care | Verbalizes Understanding | Justice, Richard |
| Instructed patient how to obtain medical, dental, and mental health care. | | | | |
| | **Orig Entered:** 09/25/2023 08:57 EST  Justice, Richard | | | |
| 09/08/2023 | Counseling | Access to Care | Verbalizes Understanding | Sands, Jody |
| | **Orig Entered:** 09/08/2023 10:59 EST  Sands, Jody | | | |
| 08/08/2023 | Counseling | Access to Care | Verbalizes Understanding | Music, J. |
| | **Orig Entered:** 08/08/2023 12:10 EST  Music, J. | | | |
| 07/12/2023 | Counseling | Access to Care | Verbalizes Understanding | Sands, Jody |
| | **Orig Entered:** 07/12/2023 12:07 EST  Sands, Jody | | | |

**Reg #:**  20257-509                     **Inmate Name:** JOHNSON, JOHN F

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 04/24/2023 | Counseling | Plan of Care | Verbalizes Understanding | Keats, Graham |
| **Orig Entered:** 04/24/2023 11:50 EST  Keats, Graham | | | | |
| 01/09/2023 | Medication | hydroCHLOROthiazide 25 MG Tab | Pharmacy No participation | Mullins, Tracee |
| **Orig Entered:** 01/09/2023 11:04 EST  Mullins, Tracee | | | | |
| 01/09/2023 | Medication | amLODIPine 10 MG TAB | Pharmacy No participation | Mullins, Tracee |
| **Orig Entered:** 01/09/2023 11:04 EST  Mullins, Tracee | | | | |
| 01/05/2023 | Counseling | Access to Care | Verbalizes Understanding | Boyd, Terri |
| **Orig Entered:** 01/05/2023 13:14 EST  Boyd, Terri | | | | |

**Total:**  41

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #:  20257-509                              Inmate Name:  JOHNSON, JOHN F

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Hyperlipidemia, unspecified | | | | | | |
| 05/01/2024 10:03 EST  Rios, Francisco (MOUD) MD | | ICD-10 | E785 | 09/16/2023 | Current | |
| Repeat lipid panel and adjust the Atorvastatin if needed. | | | | | | |
| 09/16/2023 12:57 EST  Boyd, Terri PA-C | | ICD-10 | E785 | 09/16/2023 | Current | |
| Meniere's disease | | | | | | |
| 03/25/2024 12:05 EST  Bloom, Barbara APRN | | ICD-10 | H8109 | 03/25/2024 | Current | |
| Essential (primary) hypertension | | | | | | |
| 05/01/2024 10:03 EST  Rios, Francisco (MOUD) MD | | ICD-10 | I10 | 04/24/2023 | Current | |
| Controlled today. Same tx. | | | | | | |
| 04/24/2023 11:05 EST  Keats, Graham MD, CD | | ICD-10 | I10 | 04/24/2023 | Current | |
| Uncontrolled | | | | | | |
| Nonrheumatic mitral valve disorder | | | | | | |
| 05/01/2024 10:03 EST  Rios, Francisco (MOUD) MD | | ICD-10 | I349 | 04/24/2023 | Current | |
| Moderate MR S/P Mitral Valve Replacement on 12/18/23. Stable at this time. Follow up with cardiology. | | | | | | |
| 07/12/2023 12:16 EST  Boyd, Terri PA-C | | ICD-10 | I349 | 04/24/2023 | Current | |
| Moderate MR- mitral valve insuff. | | | | | | |
| 04/24/2023 11:05 EST  Keats, Graham MD, CD | | ICD-10 | I349 | 04/24/2023 | Current | |
| Moderate MR | | | | | | |
| Periapical abscess without sinus | | | | | | |
| 09/25/2023 08:52 EST  Justice, Richard DMD, CDO | | ICD-10 | K047 | 09/25/2023 | Current | |
| tooth #3 | | | | | | |
| Gastro-esophageal reflux disease without esophagitis | | | | | | |
| 12/21/2023 14:14 EST  Bloom, Barbara APRN | | ICD-10 | K219 | 12/21/2023 | Current | |
| Presence of other heart-valve replacement | | | | | | |
| 12/21/2023 12:39 EST  Bloom, Barbara APRN | | ICD-10 | Z954 | 12/21/2023 | Current | |
| **Resolved** | | | | | | |
| Hypertensive heart disease without heart failure | | | | | | |

Reg #:  20257-509                     Inmate Name:  JOHNSON, JOHN F

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 04/24/2023 11:03 EST  Keats, Graham MD, CD | | ICD-10 | I119 | 01/05/2023 | Resolved | 04/24/2023 |
| No heart disease | | | | | | |
| 01/05/2023 11:56 EST  Boyd, Terri PA-C | | ICD-10 | I119 | 01/05/2023 | Current | |
| Heart disease, UNS | | | | | | |
| 04/24/2023 11:04 EST  Keats, Graham MD, CD | | ICD-10 | I519 | 01/05/2023 | Resolved | 04/24/2023 |
| Needs more specific Dx. | | | | | | |
| 01/05/2023 11:56 EST  Boyd, Terri PA-C | | ICD-10 | I519 | 01/05/2023 | Current | |
| Heart murmur | | | | | | |

**Total:** 9

# Bureau of Prisons
# Health Services
# Treatments

| | | |
|---|---|---|
| Begin Date: 01/01/2023 | End Date: | 12/31/2023 |
| Reg #: 20257-509 | Inmate Name: | JOHNSON, JOHN F |

| Date | Time | Treatment | Provider | Status |
|---|---|---|---|---|
| 12/25/2023 | 09:40 ASH | Wound Care | Music, J. EMT-P | Completed |

F/U today completed in inmates cell in C housing unit Range 1 cell 6. He is s/p heart surgery. He was sent out last night 12/24 for "postop pain" per discharge packet. Med trip return note was completed. He c/o soreness and request that I not touch his chest for Betadine application per NP. However, incision continues to appear to be healing well. scabbing noted. All skin in-tact no current need for isolation. No s/s of infection. Inmate was instructed to notify medical ASAP if any changes to his health. He voiced understanding.

   **Orig Entered:** 12/25/2023 09:58 EST   Music, J. EMT-P

| | | | | |
|---|---|---|---|---|
| 12/24/2023 | 10:05 ASH | Wound Care | Music, J. EMT-P | Completed |

F/U with inmate today s/p heart surgery. I went to his housing unit (C unit) and assisted him to HS. He is ambulatory, walks with the assistance of a cane. Appears to be doing well. AM medications were administered to him as ordered. Surgical incision appears to be healing well. no s/s of infection noted. Cleaned with sterile skin prep and pat dry. Betadine applied per NP. I/M c/o soreness. Notify medical ASAP if any changes to your health. He voiced understanding.

   **Orig Entered:** 12/24/2023 10:10 EST   Music, J. EMT-P

| | | | | |
|---|---|---|---|---|
| 01/20/2023 | 11:57 ASH | EKG | Brooks, LaTasha RN | Completed |

see document manager

   **Orig Entered:** 01/20/2023 11:57 EST   Brooks, LaTasha RN

**Total:** 3

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #:  20257-509 | Inmate Name:   JOHNSON, JOHN F |
|---|---|

**Vision Screen on** 01/05/2023 11:50

**Blindness:**

| **Distance Vision:** OD: | OS: | OU: |
|---|---|---|
| **Near Vision:**  OD: | OS: | OU: |

**With Corrective**

| **Distance Vision:** OD: 20/20 | OS: 20/20 | OU: 20/20 |
|---|---|---|
| **Near Vision:**  OD: | OS: | OU: |

**Present Glasses - Distance**                     **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**  R:          L:

**Comments:**

**Orig Entered:**   01/05/2023 11:53 EST   Boyd, Terri PA-C

# Bureau of Prisons
## Health Services
## Immunizations

| | | | | |
|---|---|---|---|---|
| Begin Date: | 01/01/2023 | | End Date: | 12/31/2023 |
| Reg #: | 20257-509 | | Inmate Name: | JOHNSON, JOHN F |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| Hepatitis A and B (TwinRx) | | History Unknown | | | | | | |
| **Orig Entered:** | 01/05/2023 11:48 EST | Boyd, Terri PA-C | | | | | | |
| Influenza - Immunization | 10/24/2023 | Refused | | | | | | |
| **Orig Entered:** | 10/24/2023 08:27 EST | Chaney, Gary QIIC RN | | | | | | |
| Measles/Mumps/Rubella Series | | History Unknown | | | | | | |
| **Orig Entered:** | 01/05/2023 11:48 EST | Boyd, Terri PA-C | | | | | | |
| Smallpox Series | | History Unknown | | | | | | |
| **Orig Entered:** | 01/05/2023 11:48 EST | Boyd, Terri PA-C | | | | | | |
| Tetanus | | History Unknown | | | | | | |
| **Orig Entered:** | 01/05/2023 11:48 EST | Boyd, Terri PA-C | | | | | | |
| Varicella Series | | History Unknown | | | | | | |
| **Orig Entered:** | 01/05/2023 11:48 EST | Boyd, Terri PA-C | | | | | | |

**Total:** 6

# Bureau of Prisons
## Health Services
### Medical Duty Status

| Reg #:  20257-509 | Inmate Name:  JOHNSON, JOHN F |
|---|---|

### Housing Status

**X** confined to the living quarters except  __meals  __pill line  __treatments   Exp. Date: _____

__ on complete bed rest:  ____ bathroom privileges only   Exp. Date: _____

**X** cell:  __cell on first floor  __single cell  **X** lower bunk  __airborne infection isolation   Exp. Date: 03/22/2024

__ other: _____   Exp. Date: _____

### Physical Limitation/Restriction

**X** all sports   Exp. Date: _____

__ weightlifting:  __upper body  __lower body   Exp. Date: _____

__ cardiovascular exercise:  __running  __jogging  __walking  __softball   Exp. Date: _____
__football  __basketball  __handball  __stationary equipment

__ other: _____   Exp. Date: _____

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Shower Chair/Bench | 12/21/2023 | | |
| Eye Glasses | 01/05/2023 | | |

### Work Restriction / Limitation:

Cleared for Food Service:  **Yes** _____

| Restriction | Expiration Date |
|---|---|
| Medical Convalescence | 02/01/2024 |
| No Climbing | 02/01/2024 |
| No Ladders | 02/01/2024 |
| No Lifting More Than 15 Pounds | 02/01/2024 |

**Comments:**  No lifting > 5 lbs or straining for 1 week.

| Bloom, Barbara APRN | 12/21/2023 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: | JOHNSON, JOHN F | Reg #: | 20257-509 | Quarters: | C04 |
|---|---|---|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #:  20257-509                    Inmate Name:  JOHNSON, JOHN F

## Housing Status

__ confined to the living quarters except  __ meals   __ pill line   __ treatments      Exp. Date: _____

__ on complete bed rest: _____ bathroom privileges only                              Exp. Date: _____

__ cell: __ cell on first floor __ single cell __ lower bunk __ airborne infection isolation    Exp. Date: _____

__ other: _____              Exp. Date: _____

## Physical Limitation/Restriction

**X** all sports                                                                       Exp. Date: __ 11/14/2023

__ weightlifting: __ upper body   __ lower body                                        Exp. Date: _____

__ cardiovascular exercise: __ running __ jogging __ walking __ softball               Exp. Date: _____
              __ football __ basketball __ handball __ stationary equipment

__ other: _____              Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|-----------|-----------|----------|-------------|
| Eye Glasses | 01/05/2023 | | |

## Work Restriction / Limitation:

Cleared for Food Service:  **Yes**

| Restriction | Expiration Date |
|-------------|-----------------|
| Medical Convalescence | 11/14/2023 |

**Comments:**   No lifting > 5 lbs or straining for 1 week.

| **Chaney, Gary QIIC RN** | **11/08/2023** |
|--------------------------|----------------|
| Health Services Staff | Date |

Inmate Name:  **JOHNSON, JOHN F**        Reg #:  **20257-509**   Quarters:  **C04**

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #:  20257-509                     Inmate Name:  JOHNSON, JOHN F

## Housing Status

__ confined to the living quarters except   __ meals   __ pill line   __ treatments   Exp. Date: _____

__ on complete bed rest:   _____ bathroom privileges only   Exp. Date: _____

__ cell:   __ cell on first floor   __ single cell   __ lower bunk   __ airborne infection isolation   Exp. Date: _____

__ other: _____   Exp. Date: _____

## Physical Limitation/Restriction

__ all sports   Exp. Date: _____

__ weightlifting:   __ upper body   __ lower body   Exp. Date: _____

__ cardiovascular exercise:   __ running   __ jogging   __ walking   __ softball   Exp. Date: _____
              __ football   __ basketball   __ handball   __ stationary equipment

__ other: _____   Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
| --- | --- | --- | --- |
| Eye Glasses | 01/05/2023 | | |

## Work Restriction / Limitation:

Cleared for Food Service:  **Yes** _____

 **X**  No Restrictions

**Comments:**  N/A

_____**Boyd, Terri PA-C**_____        __01/05/2023__
Health Services Staff                                                     Date

Inmate Name:  _____**JOHNSON, JOHN F**_____   Reg #:   **20257-509**   Quarters:   **C04**

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| Complex: ASH--ASHLAND FCI | Begin Date: 01/01/2023 | End Date: 12/31/2023 |
|---|---|---|
| Inmate: JOHNSON, JOHN F | Reg #: 20257-509 | Quarter: C04-001L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**

| **Allergy** | **Reaction** | **Date Noted** |
|---|---|---|
| Penicillins | Anaphylaxis | 12/21/2022 |

## Active Prescriptions

Acetaminophen 325 MG Tab

Take one tablet (325 MG) by mouth four times daily as needed for pain and or fever

**Rx#:** 232507-ASH    **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/21/23    **Exp:** 01/04/24    **Pharmacy Dispensings:** 56 TAB in 14 days

amLODIPine 10 MG TAB

Take one tablet (10 MG) by mouth each morning to control blood pressure

**Rx#:** 219628-ASH    **Doctor:** Keats, Graham MD, CD

**Start:** 01/05/23    **Exp:** 01/05/24    **D/C:** 12/21/23    **Pharmacy Dispensings:** 365 TAB in 365 days

Aspirin 81 MG EC Tab

Take one tablet (81 MG) by mouth each day to reduce stroke/heart attack risk

**Rx#:** 230450-ASH    **Doctor:** Bloom, Barbara APRN

**Start:** 11/07/23    **Exp:** 12/07/23    **D/C:** 12/01/23    **Pharmacy Dispensings:** 21 TAB in 30 days

Aspirin 81 MG EC Tab

Take one tablet (81 MG) by mouth each day to reduce stroke/heart attack risk

**Rx#:** 231423-ASH    **Doctor:** Bloom, Barbara APRN

**Start:** 12/01/23    **Exp:** 05/29/24    **D/C:** 12/21/23    **Pharmacy Dispensings:** 90 TAB in 180 days

Aspirin, E.C. 325 MG Tab

Take one tablet (325 MG) by mouth each day to reduce stroke/heart attack risk

**Rx#:** 232508-ASH    **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/21/23    **Exp:** 06/18/24    **D/C:** 02/02/24    **Pharmacy Dispensings:** 60 TAB in 180 days

Atorvastatin 20 MG TAB

Take one tablet (20 MG) by mouth each day for control of cholesterol

**Rx#:** 228446-ASH    **Doctor:** Boyd, Terri PA-C

**Start:** 09/18/23    **Exp:** 09/17/24    **D/C:** 12/21/23    **Pharmacy Dispensings:** 180 TAB in 352 days

Azithromycin Tab 250 MG

Take 2 tablets (500 MG)  by mouth on day one, then take 1 tablet daily for 4 days

**Rx#:** 228966-ASH    **Doctor:** Justice, Richard DMD, CDO

| Complex: | ASH--ASHLAND FCI | | Begin Date: | 01/01/2023 | End Date: | 12/31/2023 |
|---|---|---|---|---|---|---|
| Inmate: | JOHNSON, JOHN F | | Reg #: | 20257-509 | Quarter: | C04-001L |

## Active Prescriptions

**Start:** 09/25/23 **Exp:** 09/30/23 **Pharmacy Dispensings:** 6 TAB in 5 days

Docusate Sodium 100 MG Cap

Take one capsule (100 MG) by mouth twice daily Take with a glassful of water **non-formulary approved until: 01-21-24

**Rx#:** 232560-ASH **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/26/23 **Exp:** 01/21/24 **Pharmacy Dispensings:** 36 CAP in 26 days

guaiFENesin ER Tab 12 Hr 600 MG

Take two tablets (1200 MG) by mouth twice daily Take with a glassful of water to thin mucus **non-formulary approved until: 01-01-24

**Rx#:** 232561-ASH **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/26/23 **Exp:** 01/01/24 **Pharmacy Dispensings:** 0 TAB in 6 days

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each morning for blood pressure and fluid

**Rx#:** 219629-ASH **Doctor:** Keats, Graham MD, CD

**Start:** 01/05/23 **Exp:** 01/05/24 **D/C:** 12/21/23 **Pharmacy Dispensings:** 365 TAB in 365 days

Lisinopril 10 MG Tab

Take one tablet (10 MG) by mouth each morning to control blood pressure

**Rx#:** 223743-ASH **Doctor:** Keats, Graham MD, CD

**Start:** 04/24/23 **Exp:** 07/23/23 **D/C:** 07/12/23 **Pharmacy Dispensings:** 81 TAB in 90 days

Lisinopril 20 MG Tab

Take one tablet (20 MG) by mouth each morning to control blood pressure

**Rx#:** 226331-ASH **Doctor:** Boyd, Terri PA-C

**Start:** 07/12/23 **Exp:** 08/11/23 **Pharmacy Dispensings:** 30 TAB in 30 days

Lisinopril 40 MG Tab

Take one tablet (40 MG) by mouth each morning to control blood pressure

**Rx#:** 228099-ASH **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 09/08/23 **Exp:** 10/08/23 **D/C:** 09/28/23 **Pharmacy Dispensings:** 30 TAB in 30 days

Lisinopril 40 MG Tab

Take one tablet (40 MG) by mouth each morning to control blood pressure

**Rx#:** 229207-ASH **Doctor:** Boyd, Terri PA-C

**Start:** 09/28/23 **Exp:** 09/27/24 **D/C:** 12/21/23 **Pharmacy Dispensings:** 90 TAB in 342 days

Metoprolol Tartrate  50 MG Tab

Take one tablet (50 MG) by mouth twice daily

**Rx#:** 232509-ASH **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/21/23 **Exp:** 06/18/24 **D/C:** 02/02/24 **Pharmacy Dispensings:** 120 TAB in 180 days

Omeprazole 20 MG Cap

| | | | |
|---|---|---|---|
| Complex: ASH--ASHLAND FCI | | Begin Date: 01/01/2023 | End Date: 12/31/2023 |
| Inmate: JOHNSON, JOHN F | | Reg #: 20257-509 | Quarter: C04-001L |

## Active Prescriptions

Take one capsule (20 MG) by mouth each day only if needed for stomach  Discontinue once symptoms resolve **non-formulary approved until: 01-06-24

**Rx#:** 232562-ASH    **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/26/23    **Exp:** 01/06/24    **Pharmacy Dispensings:** 3 CAP in 11 days


oxyCODONE/Acetaminophen  5/325 MG Tab UD

***crush/empty*** Take one tablet  by mouth twice daily as needed for pain Post  MVR replacement ***pill line***

**Rx#:** 232510-ASH    **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/21/23    **Exp:** 12/24/23    **Pharmacy Dispensings:** 0 TAB in 3 days


oxyCODONE/Acetaminophen  5/325 MG Tab UD

***crush/empty*** Take one tablet  by mouth twice daily as needed for pain Post  MVR replacement ***pill line***

**Rx#:** 232539-ASH    **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/25/23    **Exp:** 12/28/23    **Pharmacy Dispensings:** 0 TAB in 3 days

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name:   JOHNSON, JOHN F | | Reg #:   20257-509 |
| Date of Birth: | Sex:   M          Race:   BLACK | Facility:   ASH |
| Encounter Date: 10/03/2023 09:00 | Provider:   Justice, Richard DMD, CDO | Unit:   C04 |

**Reviewed Health Status:**   Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

    COMPLAINT   **1**          Provider:   Justice, Richard DMD, CDO

        Chief Complaint:      Sick Call Follow-up

        Subjective:      Callout for extraction of tooth #3 pending blood pressure

        **Pain Location:**

        Pain Scale:    2

        Pain Qualities:

        History of Trauma:

        Onset:    1-4 Weeks Ago

        Duration:

        Exacerbating Factors:

        Relieving Factors:

        Comments:


**OBJECTIVE:**

**Dental Findings:**

    **Tooth**

        **#3**

            Caries (Clinical Observation/Findings)(yes)

              Surface: Mesial

            Caries (Radiological Observation/Findings)(yes)

              Surface: Mesial

            Periapical Radiolucency (Radiological Observation/Findings)(yes)

        Tooth #3 caries in close proximity to the pulp with periapical radiolucency

**ASSESSMENTS:**

Periapical abscess without sinus, K047 - Current

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 10/03/2023 | 09:00 | ASH | 96.0 | 35.6 | | Bays, Vanessa RDH |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 10/03/2023 | 09:43 | ASH | 66 | | | Bays, Vanessa RDH |
| 10/03/2023 | 09:00 | ASH | 70 | | | Bays, Vanessa RDH |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 10/03/2023 | 09:43 | ASH | 166/87 | | | | Bays, Vanessa RDH |

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex:  M | Race:  BLACK | Facility: | ASH |
| Encounter Date: | 10/03/2023 09:00 | Provider: | Justice, Richard DMD, CDO | Unit: | C04 |

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 10/03/2023 | 09:00 ASH | 129/86 | | | | Bays, Vanessa RDH |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 10/03/2023 | 09:43 ASH | 98 | | Bays, Vanessa RDH |
| 10/03/2023 | 09:00 ASH | 100 | | Bays, Vanessa RDH |

Dental Anesthesia

| Type | Location | Amount |
|---|---|---|
| Lidocaine 2% 1:100,000 epinephrine | Infiltration | 2 Cartridges |
| Lidocaine 2% 1:100,000 epinephrine | Greater Palatine | Minim |

**PROCEDURE:**

Dental Procedures

| Universal Protocol Followed:  yes | Materials Discussed: yes | Radiograph(s) Reviewed:  yes |
|---|---|---|

**Dental Procedures In Process/Completed During This Encounter**

| **Tooth/Area** | **Procedure** | **Status** |
|---|---|---|
| #3 | Extraction, Erupted Tooth | Completed |

Comments: Radiographs reviewed.
Extraction tooth #3 due to caries and abscess.
Blood Pressure taken prior to procedure.
Consent Form and Time Out Taken with Dental Assistant.
Extraction performed by elevation.
Close with Gauze Pressure.
Post Operative Instructions Given.
Final Blood Pressure taken following procedure.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient was informed of today's procedure, benefits and risks were explained, understanding was confirmed, and consent for the procedure and use of local anesthetic was granted prior to care.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/03/2023 | Counseling | Access to Care | Justice, Richard | Verbalizes Understanding |

Instructed patient how to obtain medical, dental, and mental health care.

| | | | | |
|---|---|---|---|---|
| 10/03/2023 | Counseling | Oral Hygiene Instructions | Justice, Richard | Verbalizes Understanding |
| 10/03/2023 | Counseling | Post-operative Care | Justice, Richard | Verbalizes Understanding |

No eating or drinking until after the Numbness wears off.
Patient told to keep pressure with gauze.
Given extra gauze for pressure if bleeding continues.

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | | Reg #: 20257-509 |
| Date of Birth: | Sex: M | Race: BLACK | Facility: ASH |
| Encounter Date: 10/03/2023 09:00 | Provider: Justice, Richard DMD, CDO | | Unit: C04 |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Justice, Richard DMD, CDO on 10/03/2023 11:11

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name:   JOHNSON, JOHN F | | Reg #:   20257-509 |
| Date of Birth: | Sex:  M          Race:  BLACK | Facility:   ASH |
| Encounter Date:  10/02/2023 09:00 | Provider:   Justice, Richard DMD, CDO | Unit:   C04 |

**Reviewed Health Status:**   Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT   **1**          Provider:   Justice, Richard DMD, CDO

Chief Complaint:      Sick Call Follow-up

Subjective:    Patient came up on callout for extraction of tooth #3 following antibiotics.  Patients blood pressure was too high to safely perform the procedure.  Patient is waiting to see cardiologist for valve issue.

**Pain Location:**

Pain Scale:    0

Pain Qualities:

History of Trauma:

Onset:   1-4 Weeks Ago

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Dental Findings:**

**Tooth**

**#3**

Bone Loss (Radiological Observation/Findings)(yes)

Periapical Radiolucency (Radiological Observation/Findings)(yes)

Tooth #3 periapical radiolucency

**ASSESSMENTS:**

Periapical abscess without sinus, K047 - Current

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/02/2023 | 09:28 ASH | 96.0 | 35.6 | | Bays, Vanessa RDH |
| 10/02/2023 | 09:15 ASH | 96.0 | 35.6 | | Bays, Vanessa RDH |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/02/2023 | 09:28 ASH | 74 | | | Bays, Vanessa RDH |
| 10/02/2023 | 09:15 ASH | 74 | | | Bays, Vanessa RDH |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/02/2023 | 09:28 ASH | 157/94 | | | | Bays, Vanessa RDH |
| 10/02/2023 | 09:15 ASH | 153/107 | | | | Bays, Vanessa RDH |

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|

Inmate Name:  JOHNSON, JOHN F

Date of Birth:

Encounter Date:  10/02/2023 09:00

Sex:  M          Race:  BLACK

Provider:  Justice, Richard DMD, CDO

Reg #:  20257-509

Facility:  ASH

Unit:  C04

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|

**SaO2:**

| **Date** | **Time** | | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|---|
| 10/02/2023 | 09:28 | ASH | 98 | | Bays, Vanessa RDH |
| 10/02/2023 | 09:15 | ASH | 98 | | Bays, Vanessa RDH |

**PROCEDURE:**

Dental Procedures

Universal Protocol Followed:  yes          Materials Discussed: yes          Radiograph(s) Reviewed:  yes

**Dental Procedures In Process/Completed During This Encounter**

| **Tooth/Area** | **Procedure** | **Status** |
|---|---|---|
| #3 | Examination, Limited | Completed |

Comments: Patient came up on callout for extraction of tooth #3 following antibiotics.  Patients blood pressure was too high to safely perform the procedure.  Patient is waiting to see cardiologist for valve issue.  Patient told to continue his antibiotics and would be placed back on callout.  Patient states that he is taking his medication as prescribed.

**PLAN:**

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/02/2023 | Counseling | Access to Care | Justice, Richard | Verbalizes Understanding |

Instructed patient how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Justice, Richard DMD, CDO on 10/02/2023 09:41

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | Sex: M       Race: BLACK | Facility: ASH |
| Encounter Date: 09/25/2023 07:30 | Provider: Justice, Richard DMD, CDO | Unit: C04 |

**Reviewed Health Status:** Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider: Justice, Richard DMD, CDO

Chief Complaint:      Abscess

Subjective:    Patient came to sick call today with swelling in his face on the upper right.  Started about 4 days ago.

**Pain Location:**

Pain Scale:    5

Pain Qualities:

History of Trauma:

Onset:   Several Days Ago

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Dental Findings:**

**Tooth**

**#3**

Bone Loss (Radiological Observation/Findings)(yes)

Mobility (Clinical Observation/Findings)(yes)

Periapical Radiolucency (Radiological Observation/Findings)(yes)

Swelling in Vestibule (Clinical Observation/Findings)(yes)

Tenderness (Clinical Observation/Findings)(yes)

Tooth #3 periapical radiolucency with swelling in vestibule

**ASSESSMENTS:**

Periapical abscess without sinus, K047 - Current - *tooth #3*

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/25/2023 | 07:56 ASH | 96.4 | 35.8 | | Layne, Carol DA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/25/2023 | 07:56 ASH | 87 | | | Layne, Carol DA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/25/2023 | 07:56 ASH | 133/87 | | | | Layne, Carol DA |

| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
|---|---|---|
| Date of Birth: | Sex: M    Race: BLACK | Facility: ASH |
| Encounter Date: 09/25/2023 07:30 | Provider: Justice, Richard DMD, CDO | Unit: C04 |

## PROCEDURE:

Dental Procedures

Universal Protocol Followed:  yes          Materials Discussed: yes          Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #3 | Examination, Limited | Completed |
| #3 | Periapical Radiograph | Completed |

Comments: Radiographs taken by dental auxiliary.
Patient presents with pain on the upper right side.  Swelling present in the vestibule.  Patient states it started 4 days ago. Patient says he is awaiting possible surgery on a faulty heart valve.  Patient will be placed on antibiotic therapy and then reevaluated following discussion with his provider.  Patient will need tooth #3 extracted.

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Azithromycin Tablet | 09/25/2023 07:30 |

    **Prescriber Order:**   250 mg Orally  -   daily x 5 day(s) -- Dispense as Z-pack

    Indication:   Periapical abscess without sinus

## Disposition:

Will Be Placed on Callout

## Other:

Patient was informed of today's procedure, benefits and risks were explained, understanding was confirmed, and consent for the procedure and use of local anesthetic was granted prior to care.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/25/2023 | Counseling | Access to Care | Justice, Richard | Verbalizes Understanding |

    Instructed patient how to obtain medical, dental, and mental health care.

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/25/2023 | Counseling | Plan of Care | Justice, Richard | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Justice, Richard DMD, CDO on 09/25/2023 08:57





**Report Status: Final**

**JOHNSON, JOHN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JOHNSON, JOHN**<br><br>**DOB:**          **AGE: 60**<br>Gender:   M<br>Phone:    NG<br>Patient ID: 20257-509 | Specimen:   WX997092Q<br>Requisition: 2002553<br>Lab Ref #:   348233017<br><br>Collected:   12/14/2023 / 14:43 EST<br>Received:    12/15/2023 / 05:47 EST<br>Reported:    12/15/2023 / 10:57 EST | Client #: 10770077    4000000<br>BLOOM, BARBARA<br>FCI - ASHLAND<br>Attn: CATRINA BLEVINS<br>STATE ROUTE 716<br>ASHLAND, KY 41105-7523 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | CB |
| GLUCOSE | 90 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 18 | | 7-25 mg/dL | |
| **CREATININE** | | **1.51 H** | 0.70-1.35 mg/dL | |
| **EGFR** | | **53 L** | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | 12 | | 6-22 (calc) | |
| SODIUM | 137 | | 135-146 mmol/L | |
| POTASSIUM | 3.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 103 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 27 | | 20-32 mmol/L | |
| CALCIUM | 9.4 | | 8.6-10.3 mg/dL | |
| HEMOGLOBIN A1c | 5.6 | | <5.7 % of total Hgb | CB |

For the purpose of screening for the presence of
diabetes:

<5.7%       Consistent with the absence of diabetes
5.7-6.4%    Consistent with increased risk for diabetes
            (prediabetes)
> or =6.5%  Consistent with diabetes

This assay result is consistent with a decreased risk
of diabetes.

Currently, no consensus exists regarding use of
hemoglobin A1c for diagnosis of diabetes in children.

According to American Diabetes Association (ADA)
guidelines, hemoglobin A1c <7.0% represents optimal
control in non-pregnant diabetic patients. Different
metrics may apply to specific patient populations.
Standards of Medical Care in Diabetes(ADA).

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| **PARTIAL THROMBOPLASTIN** | | | | CB |
| **TIME, ACTIVATED** | | **36 H** | 23-32 sec | |

This test has not been validated for monitoring
unfractionated heparin therapy. For testing that
is validated for this type of therapy, please refer
to the Heparin Anti-Xa assay (test code 30292).

For additional information, please refer to
http://education.QuestDiagnostics.com/faq/FAQ159
(This link is being provided for
informational/educational purposes only.)

| PROTHROMBIN TIME-INR | | | | CB |
|---|---|---|---|---|
| INR | 1.0 | | | |
| Reference Range | | | 0.9-1.1 | |
| Moderate-intensity Warfarin Therapy | | | 2.0-3.0 | |
| Higher-intensity Warfarin Therapy | | | 3.0-4.0 | |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 

**Report Status: Final**

**JOHNSON, JOHN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JOHNSON, JOHN**<br><br>**DOB:**          **AGE: 60**<br>Gender:   M<br>Patient ID: 20257-509 | Specimen:   WX997092Q<br>Collected:   12/14/2023 / 14:43 EST<br>Received:    12/15/2023 / 05:47 EST<br>Reported:    12/15/2023 / 10:57 EST | Client #: 10770077<br>BLOOM, BARBARA |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| PT | 10.3 | | 9.0-11.5 sec | |

For additional information, please refer to
http://education.questdiagnostics.com/faq/FAQ104
(This link is being provided for informational/
educational purposes only.)

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (H/H, RBC, INDICES, WBC, PLT) | | | | CB |
| WHITE BLOOD CELL COUNT | 5.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.90 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 13.6 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 42.2 | | 38.5-50.0 % | |
| MCV | 86.1 | | 80.0-100.0 fL | |
| MCH | 27.8 | | 27.0-33.0 pg | |
| MCHC | 32.2 | | 32.0-36.0 g/dL | |
| RDW | 12.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 217 | | 140-400 Thousand/uL | |
| MPV | 11.4 | | 7.5-12.5 fL | |

**PERFORMING SITE:**

CB   QUEST DIAGNOSTICS WOOD DALE, 1355 MITTEL BOULEVARD, WOOD DALE, IL 60191-1024 Laboratory Director: ANTHONY V THOMAS, CLIA: 14D0417052

**LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:**

| | | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CREATININE | | 1.51 H | 0.70-1.35 mg/dL | CB |
| EGFR | | 53 L | > OR = 60 mL/min/1.73m2 | CB |
| PARTIAL THROMBOPLASTIN | | | | CB |
| TIME, ACTIVATED | | 36 H | 23-32 sec | |

This test has not been validated for monitoring
unfractionated heparin therapy. For testing that
is validated for this type of therapy, please refer
to the Heparin Anti-Xa assay (test code 30292).

For additional information, please refer to
http://education.QuestDiagnostics.com/faq/FAQ159
(This link is being provided for
informational/educational purposes only.)

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/15/2023 11:01 | Provider: | Lab Result Receive | Facility: | ASH |

**Reviewed by Bloom, Barbara APRN on 12/15/2023 11:43.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/15/2023 11:01 | Provider: | Lab Result Receive | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT-M) MD/MXR RMD on 12/15/2023 19:18.**

 

**Report Status: Final**

**JOHNSON, JOHN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JOHNSON, JOHN**<br><br>**DOB:**        **AGE: 60**<br>Gender:  M<br>Phone:  NG<br>Patient ID: 20257-509 | Specimen:  WX997091Q<br>Requisition: 2002532<br>Lab Ref #:  348233016<br><br>Collected:  12/14/2023 / 14:43 EST<br>Received:  12/15/2023 / 05:46 EST<br>Reported:  12/15/2023 / 07:43 EST | Client #: 10770077    4000000<br>BLOOM, BARBARA<br>FCI - ASHLAND<br>Attn: CATRINA BLEVINS<br>STATE ROUTE 716<br>ASHLAND, KY 41105-7523 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, COMPLETE | | | | CB |
| W/REFLEX TO CULTURE | | | | |
| COLOR | DARK YELLOW | | YELLOW | |
| APPEARANCE | | TURBID | CLEAR | |
| SPECIFIC GRAVITY | 1.029 | | 1.001-1.035 | |
| PH | 6.0 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | | TRACE | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| WBC | NONE SEEN | | < OR = 5 /HPF | |
| RBC | NONE SEEN | | < OR = 2 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | < OR = 5 /HPF | |
| BACTERIA | NONE SEEN | | NONE SEEN /HPF | |
| HYALINE CAST | NONE SEEN | | NONE SEEN /LPF | |

```
    This urine was analyzed for the presence of WBC,
    RBC, bacteria, casts, and other formed elements.
    Only those elements seen were reported.
```

| | | | |
|---|---|---|---|
| REFLEXIVE URINE CULTURE | | | CB |
| | NO CULTURE INDICATED | | |

**PERFORMING SITE:**

CB    QUEST DIAGNOSTICS WOOD DALE, 1355 MITTEL BOULEVARD, WOOD DALE, IL 60191-1024 Laboratory Director: ANTHONY V THOMAS, CLIA: 14D0417052

**LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:**

| APPEARANCE | TURBID | CLEAR | CB |
|---|---|---|---|
| KETONES | TRACE | NEGATIVE | CB |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: | BLACK |
| Encounter Date: | 12/15/2023 07:45 | Provider: Lab Result Receive | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT-M) MD/MXR RMD on 12/15/2023 19:19.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/15/2023 07:45 | Provider: | Lab Result Receive | Facility: | ASH |

**Reviewed by Bloom, Barbara APRN on 12/19/2023 14:05.**



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** JOHNSON, JOHN | **Facility** FCI Ashland | **Collected** 11/29/2023 12:12 EST |
| **Reg #** 20257-509 | **Order Unit** C04-004L | **Received** 11/30/2023 11:20 EST |
| **DOB** | **Provider** Terri  Boyd, PA-C | **Reported** 11/30/2023 13:30 EST |
| **Sex** M | | **LIS ID** 259231056 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Cholesterol, Total | H | 207 | <200 | mg/dL |
| Triglycerides | | 55 | <150 | mg/dL |
| HDL Cholesterol | H | 65 | 40-60 | mg/dL |
| LDL-Cholesterol | H | 131 | <130 | mg/dL |
| Chol/HDLC Ratio | | 3.2 | 0.0-4.0 | |

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/30/2023 13:34 | Provider: | Lab Result Receive | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT-M) MD/MXR RMD on 11/30/2023 15:46.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/30/2023 13:34 | Provider: | Lab Result Receive | Facility: | ASH |

**Reviewed by Boyd, Terri PA-C on 12/03/2023 15:45.**


**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | | |
|---|---|---|---|
| **Name** JOHNSON, JOHN | **Facility** FCI Ashland | **Collected** 11/29/2023 12:12 EST | |
| **Reg #** 20257-509 | **Order Unit** C04-004L | **Received** 11/30/2023 11:20 EST | |
| **DOB** | **Provider** Vibeke  Dankwa, MD | **Reported** 11/30/2023 13:29 EST | |
| **Sex** M | | **LIS ID** 251231467 | |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 4.2 | 3.5-5.1 | mmol/L |
| Chloride | H | 108 | 98-107 | mmol/L |
| Carbon Dioxide | | 25 | 21-32 | mmol/L |
| Urea Nitrogen (BUN) | | 12 | 7-26 | mg/dL |
| Creatinine | | 1.16 | 0.60-1.30 | mg/dL |
| eGFR (CKD-EPI 2021) | | >60 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | 8.8 | 8.4-10.2 | mg/dL |
| Glucose | 96 | 70-109 | mg/dL |
| AST | 18 | 5-34 | U/L |
| ALT | 15 | 8-55 | U/L |
| Alkaline Phosphatase | 96 | 40-140 | U/L |
| Bilirubin, Total | 0.6 | 0.2-1.0 | mg/dL |
| Protein, Total | 7.2 | 6.4-8.3 | g/dL |
| Albumin | 3.9 | 3.5-5.0 | g/dL |
| Globulin | 3.3 | 2.3-3.5 | g/dL |
| Albumin/Globulin Ratio | 1.18 | 1.00-2.30 | |
| Anion Gap | 9.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | 9.9 | 5.0-30.0 | |

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/30/2023 13:32 | Provider: | Lab Result Receive | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT-M) MD/MXR RMD on 11/30/2023 15:47.**


**Federal Bureau of Prisons**

# FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

**\*\*\* Sensitive But Unclassified \*\*\***

| | | | |
|---|---|---|---|
| **Name** JOHNSON, JOHN | **Facility** FCI Ashland | **Collected** 09/05/2023 06:30 EDT |
| **Reg #** 20257-509 | **Order Unit** C04-004U | **Received** 09/06/2023 10:56 EDT |
| **DOB** | **Provider** Terri  Boyd, PA-C | **Reported** 09/06/2023 15:12 EDT |
| **Sex** M | | **LIS ID** 135232491 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Cholesterol, Total | H | 222 | <200 | mg/dL |
| Triglycerides | | 95 | <150 | mg/dL |
| HDL Cholesterol | | 59 | 40-60 | mg/dL |
| LDL-Cholesterol | H | 144 | <130 | mg/dL |
| Chol/HDLC Ratio | | 3.8 | 0.0-4.0 | |

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/06/2023 15:12 | Provider: | Lab Result Receive | Facility: | ASH |

**Cosigned by Clarke, Bradley (MAT) DO, MXR MAST MD on 09/13/2023 18:08.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/06/2023 15:12 | Provider: | Lab Result Receive | Facility: | ASH |

**Reviewed with New Encounter Note by Boyd, Terri PA-C on 09/16/2023 12:55.**


**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | | |
|---|---|---|---|
| **Name** JOHNSON, JOHN | **Facility** FCI Ashland | **Collected** 04/26/2023 07:00 EDT | |
| **Reg #** 20257-509 | **Order Unit** R01-005U | **Received** 04/27/2023 10:06 EDT | |
| **DOB** | **Provider** Terri Boyd, PA-C | **Reported** 04/27/2023 14:05 EDT | |
| **Sex** M | | **LIS ID** 005232572 | |

## CHEMISTRY, URINE

| | | | |
|---|---|---|---|
| Albumin, Urine | 8 | 5-19 | ug/mL |

---

**FLAG LEGEND**    L=Low   L!=Low Critical    H=High   H!=High Critical    A=Abnormal   A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/27/2023 14:08 | Provider: | Lab Result Receive | Facility: | ASH |

**Cosigned by Keats, Graham MD, CD on 04/28/2023 14:59.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

---

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/27/2023 14:08 | Provider: | Lab Result Receive | Facility: | ASH |

---

**Reviewed by Boyd, Terri PA-C on 05/13/2023 16:26.**



**Federal Bureau of Prisons**

# FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** **Sensitive But Unclassified** ***

| | | | |
|---|---|---|---|
| **Name** JOHNSON, JOHN | **Facility** FCI Ashland | **Collected** 04/26/2023 07:00 EDT |
| **Reg #** 20257-509 | **Order Unit** R01-005U | **Received** 04/27/2023 10:06 EDT |
| **DOB** | **Provider** Terri Boyd, PA-C | **Reported** 04/27/2023 13:38 EDT |
| **Sex** M | | **LIS ID** 003231725 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Cholesterol, Total | H | 211 | <200 | mg/dL |
| Triglycerides | | 130 | <150 | mg/dL |
| HDL Cholesterol | | 52 | 40-60 | mg/dL |
| LDL-Cholesterol | H | 133 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.1 | 0.0-4.0 | |

## HEPATITIS

| | | | |
|---|---|---|---|
| Hepatitis B Surface Antigen | | Non-Reactive | Non-Reactive |
| Hepatitis B Surface Antibody QL | A | Reactive | Non-Reactive |
| Hepatitis C Antibody | | Non-Reactive | Non-Reactive |

## SEROLOGY

| | | |
|---|---|---|
| RPR | Non-Reactive | Non-Reactive |

| | | | | | | |
|---|---|---|---|---|---|---|
| **FLAG LEGEND** | L=Low | L!=Low Critical | H=High | H!=High Critical | A=Abnormal | A! =Abnormal Critical |



**Federal Bureau of Prisons**

# FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

**\*\*\* Sensitive But Unclassified \*\*\***

| | | |
|---|---|---|
| **Name** JOHNSON, JOHN | **Facility** FCI Ashland | **Collected** 04/26/2023 07:00 EDT |
| **Reg #** 20257-509 | **Order Unit** R01-005U | **Received** 04/27/2023 10:06 EDT |
| **DOB** | **Provider** Terri  Boyd, PA-C | **Reported** 04/27/2023 13:38 EDT |
| **Sex** M | | **LIS ID** 003231725 |

| HIV | | |
|---|---|---|
| HIV Ag/Ab, 4th Gen | Non-Reactive | Non-Reactive |
| HIV-1 p24 Antigen and HIV-1/HIV-2 Antibody not detected | | |

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/27/2023 13:41 | Provider: | Lab Result Receive | Facility: | ASH |

**Cosigned by Keats, Graham MD, CD on 04/28/2023 08:08.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/27/2023 13:41 | Provider: | Lab Result Receive | Facility: | ASH |

**Reviewed with New Encounter Note by Boyd, Terri PA-C on 05/15/2023 16:34.**



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

**\*\*\* Sensitive But Unclassified \*\*\***

| | | | |
|---|---|---|---|
| **Name** JOHNSON, JOHN | **Facility** FCI Ashland | **Collected** 04/26/2023 07:00 EDT |
| **Reg #** 20257-509 | **Order Unit** R01-005U | **Received** 04/27/2023 10:06 EDT |
| **DOB** | **Provider** Terri Boyd, PA-C | **Reported** 04/27/2023 13:18 EDT |
| **Sex** M | | **LIS ID** 005232572 |

## SPECIAL CHEMISTRY

| | | | |
|---|---|---|---|
| PSA, Total | 0.65 | 0.00-4.00 | ng/mL |

This testing method is a chemiluminescent microparticle (CMIA) manufactured by Abbott Laboratories and performed on the Alinity system.  Values obtained with different assay methods or kits may be different and cannot be used interchangeably.  Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

---

**FLAG LEGEND**      L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/27/2023 13:23 | Provider: | Lab Result Receive | Facility: | ASH |

**Cosigned by Keats, Graham MD, CD on 04/27/2023 14:33.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/27/2023 13:23 | Provider: | Lab Result Receive | Facility: | ASH |

**Reviewed by Boyd, Terri PA-C on 05/13/2023 16:19.**

 

**Report Status: Final**

**JOHNSON, JOHN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JOHNSON, JOHN** | Specimen: WX730246K | Client #: 10770077   4000000 |
| | Requisition: 7314825 | BOYD, TERRI |
| **DOB:**      **AGE: 59** | Lab Ref #: 005232572 | FCI - ASHLAND |
| Gender:   M | | Attn: CATRINA BLEVINS |
| Phone:    NG | Collected:   04/26/2023 / 07:00 EDT | STATE ROUTE 716 |
| Patient ID: 20257-509 | Received:    04/27/2023 / 08:45 EDT | ASHLAND, KY 41105-7523 |
| | Reported:    04/27/2023 / 10:12 EDT | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| SED RATE BY MODIFIED | | | | CB |
| WESTERGREN | 6 | | < OR = 20 mm/h | |

**PERFORMING SITE:**

CB     QUEST DIAGNOSTICS WOOD DALE, 1355 MITTEL BOULEVARD, WOOD DALE, IL 60191-1024 Laboratory Director: ANTHONY V THOMAS, CLIA: 14D0417052

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/27/2023 10:17 | Provider: | Lab Result Receive | Facility: | ASH |

**Cosigned by Keats, Graham MD, CD on 04/27/2023 14:40.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

---

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/27/2023 10:17 | Provider: | Lab Result Receive | Facility: | ASH |

---

**Reviewed by Boyd, Terri PA-C on 05/13/2023 16:22.**

# King's Daughters Medical Center

Phone: 606-408-4000

## To: Attn: Michelle, SEVEN CORNERS INC
Fax: 317-818-2092

King's Daughters Medical Center -- Payor Communication Fax

**CONFIDENTIALITY NOTICE**

THE INFORMATION CONTAINED IN THIS FACSIMILE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY ABOVE. THIS INFORMATION MAY BE PRIVILEGED OR CONFIDENTIAL. IF YOU ARE NOT THE INTENDED
RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS IS
STRICTLY PROHIBITED.

**Date and time of transmission:** 12/19/2023 9:49:50 AM
**Number of pages including this cover sheet:** 5

**King's Daughters Medical Center**
2201 Lexington Avenue
Ashland, KY 41105-0151
**606-408-1380**
**NPI# 1851346720**

**Important - Utilization Review from King's Daughters Medical Center**

### Authorization Number Request

Please contact the Care Management Department at fax # 606-408-6105 for the number of days approved, next review date, or request for additional clinical information, if needed, to certify the acute stay or level of care.

### Confidentiality Notice

The documents accompanying this telecopy transmission may contain legally confidential, privileged and proprietary information.  It is intended only for the named recipient(s); if you are not the named recipient(s) you are not authorized to copy, print, share, save or rely upon any portion of this communication. If you are not the named recipient and/or have received this information in error please immediately notify the sender listed above and delete this transmission including any attachments.

Payor Comm Cover Sheet

Payor Comm Cover Sheet by Phillips, Tonya, RN at 12/19/23 0948

Notification/clinicals attached

auth-ASH- B2 12.23

Tonya Phillips
606-408-1380 x 28164
Fax 606-408-6105[TP.1]

Attribution Key
TP.1 - Phillips, Tonya, RN on 12/19/23 0948

## Johnson, John MRN:926590 (CSN:561524944) (60 y.o. M)                    CVRU-CVRU07-CVRU07A

### PCP

None

### Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| Johnson, John | 926590 | | Male | (60 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|---|---|
| KY-716<br>ASHLAND KY 41101 | 800-458-2078 (M)<br>606-928-6414 (H) | — | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|------------|-----|--------------------|------------------|---|
| Verified | — | 12/18/23 | 01/17/24 | |

### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|------|---------|-------|--------|------------------|
| Johnson, John | 28205737 | Inpatient | Open | SEVEN CORNERS INC - SEVEN CORNERS INC |

### Guarantor Account (for Hospital Account #28205737)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|------|----------------|--------------|---------|-----------|
| Ashland, Fci | Other | KDSA | Yes | Forensic |
| Address | Phone | | | |
| PO Box 888<br>ASHLAND, KY 41105 | 606-928-6416(H) | | | |

### Coverage Information (for Hospital Account #28205737)

| F/O Payor/Plan | Precert # |
|----------------|-----------|
| SEVEN CORNERS INC/SEVEN CORNERS INC | |
| Subscriber | Subscriber # |
| Johnson, John | 20257509 |
| Address | Phone |
| PO BOX 21510<br>EAGAN, MN 55121-1510 | |

### Operative Notes

OR Surgeon by Bronstein, Eric, MD at 12/18/23 1320

### Procedure Note

12/18/2023

**Pre-operative Diagnosis:** severe mitral regurgitation

**Post-operative Diagnosis:** same

**Operation:** Mitral Valve Repair with P2 scallop resection, 28 mm Physio II annuloplasty ring, and ligation left atrial appendage, transesophageal echocardiography.

**Surgeon:** Eric H. Bronstein, M.D.

Operative Notes (continued)
OR Surgeon by Bronstein, Eric, MD at 12/18/23 1320 (continued)

**Assistant:** Bradley Tussey, RNFA

**Anesthesiologist:** Fritz Charles, M.D.

**Findings:** P2 prolapse due to ruptured chordae, post op obliterated LAA, no MR, normal biventricular function.
**Specimens:** P2 scallop
**Complications:** none
**Transfusions:** none
**Drips:** none
**Condition:** stable

**Dict #** 179868[EB.1]

Attribution Key
EB.1 - Bronstein, Eric, MD on 12/18/23 1320

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/22/2023 16:53 EST | | | Facility: | ASH |

**Reviewed by Bloom, Barbara APRN on 12/26/2023 07:22.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/22/2023 16:53 EST | | | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MOUD-M) MD/MXR RMD on 12/26/2023 09:58.**

**# 20257-509**

# DISCHARGE PAPERS



**KING'S DAUGHTERS**
MEDICAL CENTER
*Taking Medicine Further*

**John Johnson** Date of birth:    🔋 Leaky mitral heart valve  📅 12/18/2023 - 12/21/2023
Access Center: 606-408-8999

---

## Instructions



**Your medications have changed**

🟢 START taking:
**acetaminophen** (TYLENOL EXTRA STRENGTH)

**aspirin** (ASPIRIN)
This replaces a similar medication. See the full medication list for instructions.

**docusate sodium** (COLACE)

**guaiFENesin** (MUCINEX)

**metoprolol** (LOPRESSOR)

**oxyCODONE-acetaminophen** (PERCOCET)

**pantoprazole** (PROTONIX)

❌ STOP taking:
**aspirin** 81 mg chewable tablet
Replaced by a similar medication.

**hydroCHLOROthiazide** 25 mg tablet

**lisinopriL** 40 mg tablet (PRINIVIL)

Review your updated medication list below.

---

**Patient Class:** Inpatient

*Federal Correctional Institution*
*Ashland, KY*

---

## Your Next Steps

❓ **Ask**

☐ Ask how to get these medications
  - acetaminophen
  - aspirin
  - docusate sodium
  - guaiFENesin
  - metoprolol
  - pantoprazole

👍 **Do**

☐ Pick up these medications from any pharmacy with your printed prescription
  - oxyCODONE-acetaminophen



MyChart is a great way to stay connected to your medical care at King's Daughters. You can send a message to your provider, view test results, renew prescriptions and more. To sign up simply ask a member of our registration team or call our Care 24/7 line at 606-408-8999. You may also utilize the MyChart Activation Code below to enroll at https://mychart.kdmc.net and click on the Sign Up Now Link.

MyChart Activation Code: 6HJ8H-K8WB4-JG2JB
Expires: 2/16/2024  8:42 AM

Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911.

---



## Discharge Orders
### Discharge Instructions

Clean incisions twice daily with an antibacterial soap and notify surgeon if any increased redness, warmness, or drainage; or any signs or symptoms of infection.  Weigh daily and notify surgeon if more than a 2-3 pound weight gain in 24-28 hours.  Encouraged to ambulate 4-6 times daily and to continue using incentive spirometer.  Encouraged tobacco cessation, if currently using tobacco.  Advised no driving until seen in follow-up by surgeon.  No heavy lifting, nothing greater than 5 pounds for the next six weeks.  No strenuous activity.

Advised pain medication should be taken as prescribed.  Pt to try and transition to Tylenol or Aleve, to wean off pain medications over next couple weeks.

Advised pt to notify all physicians and dentists of artificial valve placement, and especially prior to any invasive procedures.  Advised of need to notify physicians for any skin, respiratory or other infections early on to prevent infection to prosthetic valve.

Follow-Up with Cardiology; 4 weeks
  Follow up with whom?:   Cardiology
  Follow up when?:   4 weeks

# Future Appointments
You currently have no upcoming appointments scheduled.

# Your Latest Vitals

| | | | |
|---|---|---|---|
| Blood Pressure **128/78** | BMI **26.47** | Weight **184 lb 8 oz** | Height **5' 10"** |
| Temperature (Oral) **98.9 °F** | Pulse **89** | Respiration **16** | Oxygen Saturation **98%** |
| BSA **2.02 m²** | | | |

# You are allergic to the following

| Allergen | Reactions |
|---|---|
| **Penicillin G** | Anaphylaxis |

# Cardiology Procedures

| | Ordered |
|---|---|
| 12/20/23 0741 | **ECHO LIMITED WITH CONTRAST** |
| 12/18/23 1317 | **EKG 12-LEAD** |

# Surgery Information

| ID | Date/Time | Status | Primary Surgeon | Primary Procedure | Location |
|----|-----------|--------|-----------------|-------------------|----------|
| 893413 | 12/18/2023 1305 | Posted | **Bronstein, Eric, MD** | **MITRAL, VALVE REPAIR** | KDMC CVOR |

# Current Medication List (Do not stop medications unless instructed by your doctor or provider)

## START taking these medications

| | | Morning | Afternoon | Evening | Bedtime | As Needed | Given |
|---|---|---|---|---|---|---|---|
| **START** | **acetaminophen** 500 mg tablet<br>Commonly known as: TYLENOL EXTRA STRENGTH<br>Take 1 Tablet by mouth Every 6 hours as needed.<br>Last time this was given: 500 mg on December 18, 2023  5:56 PM | | | | | | |
| **START** | **aspirin** 325 mg tablet<br>Commonly known as: ASPIRIN<br>Take 0.5 Tabs by mouth Once Daily.<br>Last time this was given: 162.5 mg on December 20, 2023  9:32 AM<br>Replaces: **aspirin 81 mg chewable tablet** | | | | | | |
| **START** | **docusate sodium** 100 mg capsule<br>Commonly known as: COLACE<br>Take 1 Capsule by mouth Twice a day.<br>Last time this was given: 100 mg on December 20, 2023  8:16 PM | | | | | | |
| **START** | **guaiFENesin** 600 mg<br>Commonly known as: MUCINEX<br>Take 2 Tabs by mouth Twice a day.<br>Last time this was given: 1,200 mg on December 20, 2023  8:16 PM | | | | | | |
| **START** | **metoprolol** 50 mg tablet<br>Commonly known as: LOPRESSOR<br>Take 1 Tablet by mouth Twice a day.<br>Last time this was given: 50 mg on December 20, 2023  8:16 PM | | | | | | |
| **START** | **oxyCODONE-acetaminophen** 5-325 mg per tablet<br>Commonly known as: PERCOCET<br>Take 1 Tablet by mouth Every 6 hours as needed.<br>Last time this was given: 1 Tablet on December 21, 2023  4:03 AM | | | | | | |

# Current Medication List (Do not stop medications unless instructed by your doctor or provider) (continued)

## START taking these medications (continued)

| | | Morning | Afternoon | Evening | Bedtime | As Needed | Given |
|---|---|---|---|---|---|---|---|
|  **START** | **pantoprazole** 40 mg DR tablet<br>Commonly known as: PROTONIX<br>Take 1 Tablet by mouth Once Daily for 30 days.<br>Last time this was given: 40 mg on December 20, 2023  9:33 AM | | | | | | |

## CONTINUE taking these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed | Given |
|---|---|---|---|---|---|---|
| **amLODIPine** 10 mg tablet<br>Commonly known as: NORVASC<br>Take 10 mg by mouth Once Daily.<br>Last time this was given: 10 mg on December 20, 2023  9:33 AM | | | | | | |
| **atorvastatin** 20 mg tablet<br>Commonly known as: LIPITOR<br>Take 20 mg by mouth Once Daily.<br>Last time this was given: 20 mg on December 20, 2023  9:33 AM | | | | | | |

## STOP taking these medications

 **aspirin** 81 mg chewable tablet
Replaced by: ▓▓▓▓▓▓▓▓▓▓

 **hydroCHLOROthiazide** 25 mg tablet

 **lisinopriL** 40 mg tablet
Commonly known as: PRINIVIL

## Where to pick up your medications

**Pick up these medications from any pharmacy with your printed prescription**
oxyCODONE-acetaminophen

**H and V Surgery Unit**
**2201 Lexington Ave.**
**Ashland KY 41101-2843**
**Phone: 606-408-3025   Fax:**

Date: Dec 21, 2023

Patient Name: John Johnson          DOB:
Address: KY-716                     Phone
ASHLAND KY 41101

Rx: oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet
Sig: Take 1 Tablet by mouth Every 6 hours as needed.
Dx: I34.0; Z98.890
Qty: *12 (Twelve) Tablet*
Refill: 0 (Zero)

Pinkerton, Miranda, APRN  DEA # : MP6646181 CTP#:

Refill NR    ☐ 1    ☐ 2    ☐ 3    ☐ 4    ☐ 5

Total Dis    ☑ 1-24   ☐ 25-49   ☐ 50-74   ☐ 75-100   ☐ 101-150   ☐ 151 and over
KD-181615701

This document contains void Pantograph  Reverse Rx  Security Backprint
Thermochromatic Ink  Chemical Stain Paper
Prescription is void if more than (1) prescription is written per blank

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/22/2023 11:28 EST | | | Facility: | ASH |

**Reviewed by Dankwa, Vibeke (MOUD-M) MD/MXR RMD on 12/26/2023 09:59.**

DDo

ID: 20257-509

Johnson, John F

Male          12-14-2023 entered in 8mm
              08-12-2023  16:21:59
Years ( / / )

69 y old

NSC

I

II

III

aVR

aVL

aVF

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/15/2023 11:03 EST | | | Facility: | ASH |

**Reviewed by Bloom, Barbara APRN on 12/15/2023 11:42.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/15/2023 11:03 EST | | | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT-M) MD/MXR RMD on 12/15/2023 19:18.**

2023-12-12 20:49   Pre Admin Testing 0000 >>   FCI Ashland #20257-509   P 2/3

**\*\*PLEASE FAX RESULTS ASAP FOR ANESTHESIA REVIEW\*\***
**FAX (606) 408-6214**

# KING'S DAUGHTERS MEDICAL CENTER
Taking Medicine Further℠

**PRE-ADMISSION TESTING DEPARTMENT**
For questions regarding testing please call (606)**408-2570**

**\*\*** PLEASE FAX RESULTS TO (606)408-6214 **\*\***

Date of PROCEDURE 12-18-23

## PRE-OPERATIVE LABORATORY TEST REQUISITION

561524944

P
D   JOHNSON, JOHN
M   DOB:        (60 yrs) SEX:M
    MRN:926590 SURG ADMIT
    BRONSTEIN, ERIC 12/18/2023 0730

Diagnosis:
Pre-op testing

| ✓ | Description | CPT | | ✓ | Description | CPT |
|---|---|---|---|---|---|---|
| ✓ | CBC W/DIFFERENTIAL | 85025 | | ✓ | EKG | 93000 |
| ✓ | BMP | 80048 | | | CXR | 71020 |
| ✓ | PT/INR | 85610 | | | | |
| | CMP | 80053 | | | | |
| ✓ | PTT | 85730 | | | | |
| | ALBUMIN LEVEL | 82040 | | | | |
| ✓ | Urinalysis | 81000 | | | | |
| ✓ | C & S, Urine | 87086 | | | | |
| | Digoxin Level | 80162 | | | | |
| ✓ | A1C | 83036 | | | | |
| | P2Y12 | 85576 | | | | |

Jeannie Music APRN
**Physician/ Practitioner**

K Dickerson RN JC PA7 (Date/Time) 12-12-23
**Nurse**

**THANK YOU!**

2023-12-12  20:50                     Pre Admin Testing 0000 >>                                    P 3/3

561524944

# Welcome

**To Pre-Admission Testing:**

JOHNSON, JOHN
DOB:          (60 yrs) SEX:M
MRN:926580 SURG ADMIT
BRONSTEIN, ERIC 12/18/2023 0730

**KING'S
DAUGHTERS
MEDICAL CENTER**
Taking Medicine Further™

It is our pleasure to help you prepare for your upcoming surgery.  Your care, safety, comfort and privacy are my top priorities.   During our visit, we will give you the information you need to help ensure you receive the best possible care.

Your procedure has been scheduled for _____12 -18-23_____.

Most patients receive a phone call the day before your surgery to let you know **your arrival time.**  Some surgeon's offices will notify you of your arrival time at the time of scheduling.  If you have not been given a time by 5:30 p.m. on the day prior to your surgery, please call the Access Center @ 1-606-408-8999 or 1-844-324-2200.

**Your procedure will be performed in the:**

_____ **Outpatient Surgery Center (OSC):**  Please report to the Third Floor reception desk at the Outpatient Surgery Center on 23rd Street.  Parking is available on the surface lot on Bath Avenue or the Parking garage directly across the street from the Outpatient Surgery Center.  The OSC can be contacted at (606)408-1900 - Tues- Friday, 8 a.m. -5 p.m.

_____ **Main Operating Room (Main OR):**  Please report to the information desk in the Lobby of our Lexington Avenue entrance.  Parking is available across the street in the parking garage.  If you have any questions, call (606)408-2016 Mon- Thurs, 8 a.m.-5:30 p.m.

__X__ **Cardiovascular OR (CVOR):**  Please report to the 22nd Street Parkview entrance across from Central Park and check in at the information desk on the left past the cafeteria.  Parking is available on Bath Avenue next to the church.  If you have questions about your arrival time, please call your surgeon's office during regular business hours.

**INSTRUCTIONS:   The following guidelines will help ensure you receive the best possible care:**

- Follow all pre-surgery instructions given by your physician.
- Some procedures require special soap – Dyna-hex.  If you require this soap for your procedure, follow the **Pre-Operative Skin Prep Instruction Sheet** provided to you with the Dyna-hex by Pre-Admission Testing Department or your surgeon's office.  Use the special antibacterial soap (DYNA-Hex) following the instructions provided to shower **TWO** nights before, **ONE** night before and the **morning** of surgery; FOR A TOTAL OF THREE SHOWERS.  This will help reduce your risk of infection.  If Dyna-hex is **not** required for your procedure, please shower with soap for three showers total, following the above instructions.  Do not use DYNA-Hex on your eyes, face, hair or genitals.  Do **not** drink or ingest Dyna-hex.
- Clean sheets on bed beginning with the first shower.  No pets in the bed.  Clean towel and wash cloth with each shower.  Other persons/bedmates in the same bed should shower as well. If you won't be able to shower the morning of your surgery, please let pre-admission testing know, we can assist to make arrangements for you to shower at the hospital.
- Do **NOT** apply ANY lotions, creams, makeup, deodorant, powders, etc. on the day of your procedure.  If you wear nail polish, please remove it.  If you have artificial nails, please remove at least one nail from each hand.
- Do **NOT** eat or drink anything after midnight the night before your procedure, including water, gum, hard candy, mints, chewing tobacco, snuff, etc.
- Wear loose, clean, comfortable clothes.  Remove all jewelry.  If you wear glasses, contact lenses or dentures, please bring cases in which to store them during surgery.
- You may have one visitor in the pre-op area prior to your procedure.  Once you have been taken back to surgery, your family/friends will wait in a designated area where we will keep them informed of your progress.
- If you are discharged on the day of surgery, please arrange for someone to drive you home after surgery and stay with you for the first 24 hours.  If these arrangements are not established prior to arrival, your surgery may be postponed.

If you have any questions or need clarification, please call us at (606)408-2570 (6am – 6pm).  On behalf of our entire surgical team, thank you for choosing King's Daughters Medical Center.
Thank you,

**P.A.T. Nurse**

*SHUTTLE PARKING IS AVAILABLE ON THE CORNER OF BATH AVENUE AND 24TH STREET FROM 7 A.M. – 5:30 P.M.*

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/13/2023 08:52 EST | | | Facility: | ASH |

**Reviewed by Bloom, Barbara APRN on 12/15/2023 08:04.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/13/2023 08:52 EST | | | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT-M) MD/MXR RMD on 12/15/2023 19:19.**

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit**

# KING'S DAUGHTERS MEDICAL CENTER

**Patient Name:**   **JOHNSON, JOHN**        **MRN:**   **926590**

**Admit Date/Time:**   11/6/2023 11:06 AM        **Expect Date/Time:**   11/6/2023

## Patient Demographics

| | | | |
|---|---|---|---|
| Address: | **KY-716** | CSN: | **560354675** |
| | **ASHLAND KY 41101** | Sex: | **Male** |
| Home Phone: | | Birthdate: | **(59 yrs)** |
| Marital Status: | **Divorced** | Mother's Maiden: | **Johnson** |
| Interpreter: | | PCP: | |
| | | PCP Note: | |
| Advance Directive: | **<no information>** | Location: | **KDMC HOSPITAL** |

## Admission Information

| | | | |
|---|---|---|---|
| Attending Provider: | **LISTERMAN, JENNIFER** | Patient Class: | **Hospital Ambulatory Surgery** |
| Admitting Provider: | **LISTERMAN, JENNIFER** | Patient Type: | **Forensic** |
| Referring Provider: | | | |
| Admission Type: | **Urgent** | Unit: | **HVC RECOVERY UNIT** |
| Hospital Service: | **Cardiology** | Room: | **2J227** |
| Chief Complaint: | **Shortness of breath** | Bed: | **2J227A** |

## Next of Kin                                    Emergency Contact

| | | | |
|---|---|---|---|
| Name: | **\*No Contact Specified\*** | Name: | **seven corners** |
| Relationship: | | Relationship: | **Other** |
| Home Phone: | | Home Phone: | |
| Work Phone: | | Work Phone: | |

## Hospital Account

| | | | |
|---|---|---|---|
| Name: | **JOHNSON, JOHN** | Account ID: | **27907975** |
| Financial Class: | **COMM** | Status: | **BILLED** |
| Guarantor: | **SEVEN CORNERS** | Primary Coverage: | **SEVEN CORNERS INC** |

## Guarantor Account Information

| | | | |
|---|---|---|---|
| Name: | **SEVEN CORNERS** | Relationship: | **Other** |
| Address: | **PO BOX 3384** | Employer: | |
| | **CARMEL, IN  46082** | Occupation: | |
| Home Phone: | **800-458-2078** | | |
| Work Phone: | | | |

**Printed Date & Time: 11/16/2023 9:51 AM**

## Visit Information

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | **11/06/2023 1106** | IP Adm. Date/Time: | |
| Admission Type: | Urgent | Point of Origin: | Er,home Or Workplace | Admit Category: | Forensic |
| Means of Arrival: | | Primary Service: | Cardiology | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | KINGS DAUGHTERS MEDICAL CENTER | Unit: | HVC Recovery Unit |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          , Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

### Visit Information (continued)

| | | |
|---|---|---|
| Admit Provider: | Listerman, Jennifer, MD | Attending Provider: Listerman, Jennifer, MD  Referring Provider: |

#### Discharge Information

| | | |
|---|---|---|
| Date/Time: 11/06/2023 1852 | Disposition: Jail/prison | Destination: Other |
| Provider: Listerman, Jennifer, MD | Unit: HVC Recovery Unit | |

### Reason for Visit

#### Visit Diagnoses

| Name |
|---|
| Shortness of breath |
| Added automatically from request for surgery 870984 |
| Severe mitral regurgitation |
| Shortness of breath |
| **Severe mitral regurgitation by prior echocardiogram (primary)** |

#### Hospital Problems

| Name | Date Noted | Date Resolved | Present on Admission? |
|---|---|---|---|
| Severe mitral regurgitation by prior echocardiogram | 07/12/2023 | — | — |
| Shortness of breath | 10/04/2023 | — | — |

### Treatment Team

| Provider | Service | Role | Provider Team | Specialty | From | To |
|---|---|---|---|---|---|---|
| Listerman, Jennifer, MD | — | Admitting | — | Cardiology | — | — |
| Listerman, Jennifer, MD | — | Attending | — | Cardiology | 11/06/23 1106 | 11/06/23 1852 |
| Bronstein, Eric, MD | Cardiothoracic Surgery | Consulting Physician | — | Cardiothoracic Surgery | 11/06/23 1428 | — |

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Prior To Admission

**amLODIPine (NORVASC) 10 mg tablet**

| | |
|---|---|
| Instructions: Take 10 mg by mouth Once Daily. | |
| Entered by: Spurlock, Brianna, MA | Entered on: 7/12/2023 |

**hydroCHLOROthiazide (HYDRODIURIL) 25 mg tablet**

| | |
|---|---|
| Discontinued by: Cantley, Megan, NP | Discontinued on: 11/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 25 mg by mouth Once Daily. | |
| Entered by: Spurlock, Brianna, MA | Entered on: 7/12/2023 |
| End date: 11/6/2023 | |

**lisinopriL (PRINIVIL) 40 mg tablet**

| | |
|---|---|
| Discontinued by: Cantley, Megan, NP | Discontinued on: 11/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth Once Daily. | |
| Authorized by: Listerman, Jennifer, MD | Ordered on: 9/8/2023 |
| Start date: 9/8/2023 | End date: 11/6/2023 |
| Quantity: 90 Tablet | Refill: 3 refills remaining |

**atorvastatin (LIPITOR) 20 mg tablet**

King's Daughters Medical Center

KDMC HOSPITAL 2800
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Medication List (continued)**

Instructions: Take 20 mg by mouth At bedtime.
Entered by: Barber, Jami, RN                          Entered on: 11/6/2023

**hydroCHLOROthiazide 25 mg tablet**

Instructions: Take 1 Tablet by mouth Once Daily. RESUME TUESDAY 11/7/23
Entered by: Cantley, Megan, NP                        Entered on: 11/6/2023
Start date: 11/6/2023

**lisinopriL (PRINIVIL) 40 mg tablet**

Instructions: Take 1 Tablet by mouth Once Daily. RESUME TUESDAY 11/7/23
Entered by: Cantley, Megan, NP                        Entered on: 11/6/2023
Start date: 11/6/2023                                 Quantity: 90 Tablet

**Discharge Medication List**

**amLODIPine (NORVASC) 10 mg tablet**

Instructions: Take 10 mg by mouth Once Daily.
Entered by: Spurlock, Brianna, MA                     Entered on: 7/12/2023

**atorvastatin (LIPITOR) 20 mg tablet**

Instructions: Take 20 mg by mouth At bedtime.
Entered by: Barber, Jami, RN                          Entered on: 11/6/2023

**hydroCHLOROthiazide 25 mg tablet**

Instructions: Take 1 Tablet by mouth Once Daily. RESUME TUESDAY 11/7/23
Entered by: Cantley, Megan, NP                        Entered on: 11/6/2023
Start date: 11/6/2023

**lisinopriL (PRINIVIL) 40 mg tablet**

Instructions: Take 1 Tablet by mouth Once Daily. RESUME TUESDAY 11/7/23
Entered by: Cantley, Megan, NP                        Entered on: 11/6/2023
Start date: 11/6/2023                                 Quantity: 90 Tablet

**aspirin 81 mg chewable tablet**

Instructions: Take 1 Tablet by mouth Once Daily.
Authorized by: Listerman, Jennifer, MD               Ordered on: 11/6/2023
Start date: 11/7/2023                                 Quantity: 30 Tablet
Refill: 11 refills remaining

**Stopped in Visit**

None

---

**H&P Notes**

**H&P by Listerman, Jennifer, MD at 11/6/2023 1210**

Author: Listerman, Jennifer, MD          Service: Cardiology               Author Type: Physician
Filed: 11/06/23 1212                      Date of Service: 11/06/23 1210    Status: Signed
Editor: Listerman, Jennifer, MD (Physician)

HPI: Mr. Johnson has severe symptomatic MR . He has had shortness of breath and lightheadedness with no recent change. No chest pain or palpitations. No other new complaints. MVR is planned by Dr. Bronstein.

**Flowsheet Row**                **Most Recent Value**

---

Printed on 11/16/23  9:51 AM                                                             Page 3

King's Daughters Medical
Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**H&P Notes (continued)**

| Flowsheet Row | Most Recent Value |
|---|---|
| Temp | 97.8 °F (36.6 °C) Filed 11/06/2023 1153 |
| Pulse | 65 Filed 11/06/2023 1153 |
| BP | **150/97 Abnormal** Filed 11/06/2023 1153 |
| Patient Position | Lying Filed 11/06/2023 1153 |
| SpO2 | 100 % Filed 11/06/2023 1153 |

Awake, alert, NAD
CTA
RRR normal S1 and S2 + murmur
+ bowel sounds
No edema
Neuro is grossly normal

Labs pending


Assesement:
Severe symptomatic MR

Essential Hypertnesion

Plan:  Cardiac catheterization  is recommended to define this patient's prognosis and best therapeutic choice.  The nature of the procedure, risks and alternatives have been discussed with the patient who agrees to the same.  The patient will be started on antiplatelet agents and IV fluids prior to the procedure. The risks explained include but are not limited to vascular injury, stroke, heart attack, loss of limb, and death


Electronically signed by Listerman, Jennifer, MD at 11/06/23 1212


**Discharge Summary Note**

**Discharge Summary by Listerman, Jennifer, MD at 11/6/2023 1502**

| Author: Listerman, Jennifer, MD | Service: Cardiology | Author Type: Physician |
|---|---|---|
| Filed: 11/09/23 0955 | Date of Service: 11/06/23 1502 | Status: Addendum |
| Editor: Listerman, Jennifer, MD (Physician) | | |

Short Stay Discharge Summary

Patient Name:John Johnson
MRN:926590

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Discharge Summary Note (continued)**

Date of Admission:11/6/2023 11:06 AM
Date of Discharge:11/6/2023
Attending Physician:Listerman, Jennifer, MD


**Discharge or Transfer to**:jail/prison
**Diet**:Cardiac
**Activity**:see d/c instructions
**Follow up appointment:**In 2 weeks
**Medications**:
**Current Discharge Medication List**

### START taking these medications

|  | Details |
|---|---|
| **aspirin 81 mg chewable tablet** | Take 1 Tablet by mouth Once Daily. *Qty:* 30 Tablet, *Refills:* 11 |
| *Associated Diagnoses:* Severe mitral regurgitation by prior echocardiogram | |

### CONTINUE these medications which have CHANGED

|  | Details |
|---|---|
| **hydroCHLOROthiazide 25 mg tablet** | Take 1 Tablet by mouth Once Daily. RESUME TUESDAY 11/7/23 *Refills:* 0 |
| **lisinopriL (PRINIVIL) 40 mg tablet** | Take 1 Tablet by mouth Once Daily. RESUME TUESDAY 11/7/23 *Qty:* 90 Tablet, *Refills:* 3 |

### CONTINUE these medications which have NOT CHANGED

|  | Details |
|---|---|
| **atorvastatin (LIPITOR) 20 mg tablet** | Take 20 mg by mouth At bedtime. |
| **amLODIPine (NORVASC) 10 mg tablet** | Take 10 mg by mouth Once Daily. |


**Final Diagnosis:** severe mitral regurgitation. No angiographically apparent coronary artery disease. Normal right sided pressures

**Procedures:** Left Heart Cath Coronary Angiography Left Ventriculography Right Heart Cath Ultrasound guidance

Plan is to proceed work up for MVR. CT surgery consulted, but OK to f/u outpatient if physician unavailable. D/w CT surg APP, f/u with Dr. Bronstein scheduled. Recommend optimized medical management and aggressive risk factor modification. Patient stable. Arterial access WNL.  Educated to monitor for any

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Discharge Summary Note (continued)**

bleeding concerns or s/s infection. Plan to follow up with cardiology in 2 weeks. Encouraged patient to call the office with any concerns or questions prior to appt. Patient verbalized understanding of the above.


Signed:
Megan Cantley, NP
11/6/2023
3:03 PM

Electronically signed by Listerman, Jennifer, MD at 11/09/23 0955


**Physician Progress Notes**

**Progress Notes**

**Bronstein, Eric, MD at 11/6/2023 1648**

Author: Bronstein, Eric, MD
Filed: 11/06/23 1650
Editor: Bronstein, Eric, MD (Physician)

Service: Cardiothoracic Surgery
Date of Service: 11/06/23 1648

Author Type: Physician
Status: Signed


Left and right heart cath reviewed, will arrange for elective mitral valve surgery. I discussed the benefits, risks, and alternatives of mitral valve repair, possible mitral valve replacement with mechanical valve with the patient which include, but are not limited to death, MI, Stroke, AIDS, Hepatitis, renal failure, wound infection, limb loss, and phrenic nerve damage. He understands and wishes to proceed.


Electronically signed by Bronstein, Eric, MD at 11/06/23 1650


**All Progress Notes**

**Progress Notes**

**Blair, Haley, RN at 11/6/2023 1839**

Author: Blair, Haley, RN
Filed: 11/06/23 1841
Editor: Blair, Haley, RN (Registered Nurse)

Service: —
Date of Service: 11/06/23 1839

Author Type: Registered Nurse
Status: Signed


Report called to John at FCI Ashland.
Patient provided education regarding discharge. All questions answered. Patient verbalized understanding. IV discontinued without complication. FCI Ashland transport coming to take patient back to facility per private transportation.


Electronically signed by Blair, Haley, RN at 11/06/23 1841


**Mains, Drew, RN at 11/6/2023 1437**

Author: Mains, Drew, RN
Filed: 11/06/23 1437
Editor: Mains, Drew, RN (Registered Nurse)

Service: —
Date of Service: 11/06/23 1437

Author Type: Registered Nurse
Status: Signed


Pt s/p RFA LHC. RFA c/d/i with no bleeding/hematoma. Pt educated on post procedural protocol. All

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:        Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**All Progress Notes (continued)**

questions/concerns addressed. Will monitor.

*Electronically signed by Mains, Drew, RN at 11/06/23 1437*

**Barber, Jami, RN at 11/6/2023 1203**

| | | |
|---|---|---|
| Author: Barber, Jami, RN | Service: — | Author Type: Registered Nurse |
| Filed: 11/06/23 1203 | Date of Service: 11/06/23 1203 | Status: Signed |
| Editor: Barber, Jami, RN (Registered Nurse) | | |

Received pt from registration, VSS, IV started, blood consent signed and in chart, admission complete, pt with no complaints, will review labs and mark ready

*Electronically signed by Barber, Jami, RN at 11/06/23 1203*

**Clinical Notes**

**AUC**

**Byrd, Dana at 10/4/2023 1920**

| | | |
|---|---|---|
| Author: Byrd, Dana | Service: — | Author Type: Technician |
| Filed: 10/04/23 1921 | Date of Service: 10/04/23 1920 | Status: Signed |
| Editor: Byrd, Dana (Technician) | | |

AUC #70:Preoperative assessment before valvular surgery

*Electronically signed by Byrd, Dana at 10/04/23 1921*

**Cardiac Airway**

**Listerman, Jennifer, MD at 11/6/2023 1209**

| | | |
|---|---|---|
| Author: Listerman, Jennifer, MD | Service: Cardiology | Author Type: Physician |
| Filed: 11/06/23 1209 | Date of Service: 11/06/23 1209 | Status: Signed |
| Editor: Listerman, Jennifer, MD (Physician) | | |

Patient:John Johnson        DOB:        MRN:926590

Mallampati: Class II - No Difficulty (tonsillar pillars and base of uvula hidden by base of tongue)
ASA: 3 - Patient with moderate systemic disease with functional limitations

Sedation Plan: Local and Moderate
With IV Sedation: Versed and Fentanyl

Signed
Jennifer Listerman, M.D., MD
11/6/2023

*Electronically signed by Listerman, Jennifer, MD at 11/06/23 1209*

**Discharge Instructions**

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Clinical Notes (continued)**

**Bazell, Brandon, RN at 11/6/2023 1112**

| | | |
|---|---|---|
| Author: Bazell, Brandon, RN | Service: — | Author Type: Registered Nurse |
| Filed: 11/06/23 1112 | Date of Service: 11/06/23 1112 | Status: Written |
| Editor: Bazell, Brandon, RN (Registered Nurse) | | |

AFTER YOUR HEART CATH

1. If you go home the same day as your procedure, go directly home & lie down on a sofa or bed.  Get up only to go to the bathroom the first night.  Apply extra pressure to the catheterization site with your hand whenever you get up or down, cough or sneeze.

2. Remove the dressing the next morning after soaking it in the shower.  Clean site gently with soap & water.  You may use a band-aid for the first 24 hours if you want, but keep clean & dry.  No tub baths x 4 days.

3. Do not engage in any lifting >5 lbs, straining, or strenuous activity x 1 week & no driving x 2 - 3 days.  This is to give the artery time to heal.  You may then gradually increase your activity as tolerated.

4. It is not unusual to feel a small pea-size lump at the site.  You may also experience some bruising & soreness around the site and below it.

5. If you notice, any bleeding, swelling, knots, pain,  or firmness at the site, hold <u>FIRM</u> pressure & call 911.  Do NOT try to drive yourself to the emergency room.

6. Notify your doctor if you notice any fever, or if there is any redness or drainage from the site.

7. Notify your doctor immediately if your leg becomes cold, numb, painful or tingly.  If you are unable to reach your doctor, then go to the emergency room.

**Please follow a Cardiac Heart Healthy Diet and increase your activity as tolerated.**
**Eat a diet with plenty of fresh fruits and vegetables.**

- **You should NOT drive, operate heavy machinary, drink alcohol, or take sleeping or nerve medications for 24 hours unless the doctor instructs you otherwise.**

- **Avoid signing legal papers or making important decisions for 24 hours.**

## Angina

**GENERAL INFORMATION:**
**What is angina?** Angina is pain, pressure, or tightness that is usually felt in your chest. It is caused by decreased blood flow and oxygen to your heart. If left untreated, angina may get worse, increase your risk of a heart attack, or become life-threatening.

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          , Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Clinical Notes (continued)**



**What increases my risk for angina?**
- You are older than 55 years.
- You are a man.
- You are a woman who smokes and takes birth control pills, or you are in menopause.
- You have diabetes, high blood pressure, high cholesterol, or atherosclerosis (hardening of the arteries).
- You have a heart problem, such as a coronary artery spasm, heart valve disease, or an enlarged heart.
- You have a history of smoking, being around secondhand smoke, or using cocaine.
- You get little exercise or are overweight.

**What other signs and symptoms may I have with angina?** You may feel pressure, tightness, or pain in your neck, jaw, shoulder, or back. You may have pain or numbness in either arm, or discomfort that feels like heartburn. You may have shortness of breath, sweating, or feel fear or anxiety before or during an angina attack.

**How is angina diagnosed?**
- **An EKG** records your heart rhythm and how fast your heart beats. It is also used to look for problems or damage in different areas of the heart.
- **Blood tests** may show if there is damage to your heart. Your caregiver may also use blood tests to get information about your overall health.
- **A stress test** helps caregivers see the changes that take place in your heart while it is under stress. Caregivers may place stress on your heart with exercise or medicine. Ask your caregiver for more information about this test.
- **An echocardiogram** is a type of ultrasound. Sound waves are used to show the structure, movement, and blood vessels of your heart.
- **Cardiac catheterization** is a procedure that uses dye and an x-ray to check the blood flow in your coronary arteries. This can help your caregiver decide how to treat your angina. Sometimes blockages can be treated during a cardiac catheterization.

**How is angina treated?**
- **Medicines:**
  - **Aspirin** may help prevent blood clots by thinning your blood. If you cannot take aspirin, your caregiver can give you a prescription blood thinning medicine instead.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

Clinical Notes (continued)

Aspirin and other blood thinners may increase your risk of bleeding, including stomach bleeding.

♦ **Nitrates** , such as nitroglycerin, open the arteries to your heart so the heart gets more oxygen.

♦ **Beta-blockers** cause your heart to beat more slowly and decrease blood pressure. This decreases the amount of oxygen the heart needs. Beta-blockers also help open the blood vessels in the heart.

♦ **Calcium channel blockers** help relax the muscles in the arteries of the heart, increasing blood flow to the heart.

♦ **Statins** are used to lower cholesterol levels. This prevents further narrowing of the blood vessels in your heart.

- **Angioplasty and stenting** help open the coronary arteries and allow blood to flow to the heart. Ask for more information about these procedures.
- **Coronary artery bypass graft (CABG)** , or open heart surgery, can improve blood flow to the heart. This will help decrease your chest pain and prevent a heart attack.

**When should I contact my caregiver?**
- You are dizzy or nauseated after you take your medicine.
- You have trouble breathing at rest.
- You have new or worse swelling in your feet or ankles.
- You are bleeding from your gums or nose.
- You have questions or concerns about your condition or care.

**When should I seek immediate care or call 911?**
- **You have any of the following signs of a heart attack:**
  ♦ Squeezing, pressure, or pain in your chest that lasts longer than 5 minutes or returns
  ♦ Discomfort or pain in your back, neck, jaw, stomach, or arm
  ♦ Trouble breathing
  ♦ Nausea or vomiting
  ♦ Lightheadedness or a sudden cold sweat, especially with chest pain or trouble breathing

- You have chest pain that does not go away after you take medicine as directed.
- You lose feeling in your face, arms, or legs, or you suddenly feel weak.
- Your angina is happening more frequently, lasting longer, or causing worse pain.
- You have blood in your urine or bowel movements, or you vomit blood.

**CARE AGREEMENT:**
You have the right to help plan your care. Learn about your health condition and how it may be treated. Discuss treatment options with your caregivers to decide what care you want to receive. You always have the right to refuse treatment. The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

Clinical Notes (continued)

**Make sure that your doctor is always informed of all medications that are prescribed to you that you are or are not taking.**

Heart Disease and Medication Safety

One of the goals when you take medication for heart disease is to make sure that your medication helps your heart to function as well as possible. Certain medications should be avaided if you have heart disease.

**What kind of problems may these medications cause?**

Some medications can make your blood pressure rise **and/or increase heart rate** placing an extra burden on your heart.

Some medications may interact with your heart disease, which can prevent them from working properly.

Here are common types of medications that can worsen your heart disease.

**Nonsteroidal Anti-Inflammatory Drugs (NSAIDS)**

NSAIDS include both prescriptions and over the counter medications. They are used to relieve pain or reduce inflammation from conditions such as arthritis, headache, or generalized body aches. However NSAIDs can make your body retain fluid and decrease the function of your kidneys. This may cause your blood pressure to rise even higher. The extra fluid and higher blood pressure may cause your heart to work harder.

**Common NSAIDs include:**

**Aspirin- If you take aspirin to prevet heart attack or stroke, make                sure that you only take the amount recommended by your doctor.**

**Ibuprofen- (Motrin, Advil)**

**Naproxen (Aleve)
Cough and Cold Medications**

You may also find NSAIDs in over-the-counter medications for other illnesses, so be sure to check the label for all ingredients. A pharmacist can help you check the label. Ask your doctor if an NSAID is OK for you to use. Your doctor may be able to recommend alternatives, such as acetaminophen (Tylenol).

**Migraine Headache Medications**

Some migraine medications work by tightening blood vessels in your head, which relieves migraine pain. However, the medication also constricts blood vessels throughout your body that can cause your blood pressure to rise, perhaps to dangerous levels. If you have high blood pressure or any type of heart disease, talk with your doctor before taking medication for migraines or severe headaches.

King's Daughters Medical
Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Clinical Notes (continued)**

## Weight Loss Medications

Some weight loss medications may worsen heart disease. Appetite suppressants have a tendency to "rev" up your body. This can lead to higher blood pressures or an increased heart rate that can add stress to your heart.

Other weight loss medications have been shown to have negative effects on the heart.

Before using any weight loss medications, whether prescription or over the counter, be sure to check with your doctor. These medications may do more harm than good.

## Hormone Replacement Therapy (HRT)

Estrogen and progesterone in combination or alone are not recommended as a method to decrease the risk of a second heart attack in postmenopausal women. If you were taking hormone therapy prior to your cardiac diagnosis, you need to speak with your physician about the associated risks and benefits before resuming this medication.

## More Tips for Avoiding Medication Problems

- Give a list of ALL of your medications, both prescription and over-the-counter, to every doctor you visit. IT CAN HELP TO KEEP AN UPDATED LIST WITH YOU AT ALL TIMES.

- Read medication labels before buying over-the-counter preparations. Make sure that the medication does not contain ingredients that could make your heart disease worse, such as NSAIDS, or decongestants. If you are unsure, TALK TO YOUR PHARMACIST.

- Talk to your doctor before using any over-the-counter medications, herbal preparations, vitamins, or other nutritional supplements.

- Be sure to take your medications as prescribed by your doctor. If you have had a heart attack, you remain at a life-long risk for certain complications, such as future heart attack, stroke, rehospitalization, or additional health problems. There are medications that have been proven to help prevent these complications and will need to be continued long-term. Below are some common medications that may reduce your risk of developing these complications.

| Antiplatelets-"Blood Thinners" | Aspirin<br>Plavix (Clopidogrel)<br>Effient (Prasugrel)<br>Brilinta (Ticagrelor)<br><br><br>Coumadin and Lovenox also work to thin your blood and should only be taken as directed with follow up at the coumadin clinic and with your doctor. | These medications can make you bleed easier, longer, and increase the time it takes for your blood to clot. Please take them as prescribed and notify your doctor/dentist that you are on them. Some of these medications may have to be held for |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Clinical Notes (continued)**

| | | |
|---|---|---|
| | | a short time before having certain procedures that involve blood loss. |
| Blood Pressure, ACE-Inhibitors (ACE-I), or Angiotensin Receptor Blocker (ARB) | • **Beta Blockers**<br> -Toporol XL or Lopressor (Metoprolol)<br><br>-Coreg (Carvedilol)<br><br>-Tenormin (Atenolol)<br><br>• **ACE-I or ARB**<br><br>- Zestril (Lisinopril)<br>- Altace (Ramipril)<br>-Diovan (Valsartan)<br>-Cozaar (Losartan)<br><br>Several combinations exist for these classes of medications. | Any of these medications can cause blood pressure changes, changes in heart rate, and dizziness with position changes. Please inform your physician of any side effects and be sure to monitor your blood pressure and heart rate at home. Keep a record of how these medications affect you. |
| Chest Pain-Angina | Nitrostat (Nitroglycerin)*<br> Ranexa (Ranolazine)<br> Imdur (Isosorbide mononitrate or isosorbide dinitrate) | It is important to keep nitroglycerin tablets inside of their glass bottle and out of sunlight to make sure that the medicine works well.<br><br>The most common side effect associated with **Imdur is a headache.** |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Clinical Notes (continued)**

| Statins or Cholesterol/Lipid Lowering Medications | Lipitor (Atorvastatin) Crestor (Rosuvastatin) Mevacor (Lovastatin) Pravachol (Pravastatin) | Your doctor will monitor your liver enzymes with use of these medications. Side effects are **leg cramping** and lower cholesterol levels. Let your doctor know about any side effects that occur. |
|---|---|---|

**Notify your doctor if you have any difficulty taking or obtaining these medications because it could be dangerous for you to not take or to suddenly stop taking them.**

**Weight Management**

**WHAT YOU SHOULD KNOW:**
- Weighing too much is not good for your health. Being overweight increases your risk of health conditions such as heart problems, high blood pressure, type 2 diabetes (deye-ah-BEE-teez), and certain types of cancer. Being overweight can also increase your risk for osteoarthritis (os-tee-oh-ahr-THRI-tis) (joint disease), sleep apnea (AP-nee-ah) (abnormal breathing at night) or other respiratory (RES-pir-ah-tohr-ee) (breathing) problems. Being overweight may also cause a person to feel sad or be treated differently by others.
- The best way to lose weight is to eat fewer calories and get regular exercise. Eating more calories than you need will cause you to gain weight. Try to cut down your calories by 500 calories per day. For example, cut down on one soda (about 150 calories), a small bag of regular potato chips (about 150 calories) and one chocolate bar (about 250 calories). For most people, this change will result in a slow weight loss of about one pound a week. Exercise (for example, walk, swim, or bicycle) for at least 30 minutes on most days of the week. You will be more likely to keep weight off if you make lifelong lifestyle changes.
- Aim for a slow, steady weight loss. Losing even a small amount of weight can lower your risk of health problems. Ask your dietitian (deye-e-TISH-an), nutritionist (noo-TRI-shun-ist) or caregiver about a weight loss goal that is right for you.

**AFTER YOU LEAVE:**
**What foods can I eat?** You can eat a variety of foods and lose weight at the same time. Following a healthy diet can help you to eat fewer calories and stay healthy. You may be able stay at a healthy weight if you make this diet a part of your lifestyle. Below are a few ideas for a healthy diet:
- **Eat whole grain foods more often.** A healthy eating plan should contain fiber. Fiber is the part of grains, fruits and vegetables that is not broken down by your body. Whole grain foods are healthy and provide extra fiber in your diet. Some examples of whole grain foods are whole wheat breads and pastas, oatmeal, brown rice and bulgur.
- **Eat a variety of vegetables every day.** Eat dark, leafy greens such as spinach, kale, collard greens and mustard greens. Eat yellow and orange vegetables such as carrots, sweet potatoes, and winter squash. Eat these vegetables along with other types of vegetables because they are good sources of vitamins and minerals.
- **Eat a variety of fruits every day.** Choose fresh or canned fruit (canned in its own juice or lite

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Clinical Notes (continued)**

syrup) instead of juice. Fruit juice has very little or no fiber.

- **Eat low-fat dairy foods.** Drink fat-free (skim) milk or one-percent milk. Eat fat-free yogurt and low-fat cottage cheese. Try low-fat cheeses such as mozzarella or other reduced-fat cheeses.
- **Choose protein foods that are lower in fat.** Choose beans or other legumes such as split peas or lentils. Choose fish, turkey, poultry or leaner cuts of red meat (for example, beef or pork). Before cooking meat or poultry (chicken), cut off any visible fat and remove skin.
- **Use less fats and oils.** Try baking foods instead of frying. Add less fat (margarine, sour cream, regular salad dressing and mayonnaise) to foods. Eat less of high-fat foods. Some examples of high-fat foods are potato chips, french fries, doughnuts and cakes.
- **Eat fewer sweets.** Limit foods and drinks that are high in sugar. Some examples of sweets are candy, cookies, regular soda and sweetened drinks.

**What liquids can I drink?**

- Drink eight (8-ounce) cups of water every day. Follow your caregiver's advice if you must limit the amount of liquid you drink. Make sure that you have water and other low-calorie liquids available all the time.
- Limit fruit juices to one or two small (four-ounce) glasses per day because they are high in calories.
- Limit the amount of alcohol you drink. Alcoholic drinks have extra calories and can make you hungrier than you would have been without them.

**What are some other ways that I can eat fewer calories?** Below are some other ways that you can decrease the amount of calories that you eat each day:

- **Eat smaller portions.**
  - ♦ Use a small plate with smaller servings.
  - ♦ Avoid eating second helpings.
  - ♦ When you eat at a restaurant, ask for a "to go" box and place half of your meal in the box before eating. This will help you to limit the amount of food you eat at the restaurant.
  - ♦ Order one plate at a restaurant and share it with someone else.

- **Replace high-calorie snacks with healthier, low-calorie snacks.**
  - ♦ Choose fresh fruit, vegetables, fat-free rice cakes or air-popped popcorn instead of potato chips, nuts or chocolate.
  - ♦ Choose water or calorie-free drinks instead of soda or sweetened drinks.

- **Eat regular meals.** Skipping meals can lead to overeating later in the day. Eat a healthy snack in place of a meal if you do not have time to eat regular meals.
- **Do not shop for groceries when you are hungry.** This can cause you to buy foods that are not healthy. Take a grocery list of healthy foods and shop after you have eaten.

**How do I become more physically active?**

- Check with your caregiver first if you have not been exercising. You may hurt yourself if you start your exercise program with intense (heavy) exercise. Work with your caregiver to find an exercise plan that is right for you.
- Exercise at least 30 minutes per day on most days of the week. Some examples of exercise include walking, riding a bicycle, dancing, and swimming.
- Some other ways you can be more active are listed below.
  - ♦ Take the stairs instead of the elevator.
  - ♦ Park farther away from stores and walk.
  - ♦ Walk around the mall.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

Clinical Notes (continued)

- Find several types of exercise that you really like and work them into your schedule. Many health clubs have evening and morning hours to help you fit exercise into your day.
- Meet with an exercise "buddy" who will help you stay active.

**What other things should I remember as I try to lose weight?**
- Be aware of situations that may give you the urge to overeat, such as eating while watching television. Find ways to avoid these situations. For example, read a book, go for a walk, or do crafts instead of eating.
- Meet with a weight loss support group or friends who are also trying to lose weight. Talking with others about weight loss will help you stay excited about your weight loss goals. Other people can give you good feedback on your progress.

**CONTACT A CAREGIVER IF:**
- You are gaining weight after making changes to your diet and exercising regularly.
- You have questions about your health, medicine, or this diet.

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

**Heart Healthy Diet**

**WHAT YOU SHOULD KNOW:**
A heart healthy diet is an eating plan low in total fat, unhealthy fats, and sodium (salt). A heart healthy diet helps decrease your risk for heart disease and stroke. Limit the amount of fat you eat to 25% to 35% of your total daily calories. Limit sodium to less than 2300 mg each day.

**AFTER YOU LEAVE:**

**Healthy fats:** Healthy fats can help improve cholesterol levels. The risk for heart disease is decreased when cholesterol levels are normal. Choose healthy fats, such as the following:
- **Unsaturated fat** is found in foods such as soybean, canola, olive, and sunflower oils. It is also found in soft tub margarine that is made with liquid vegetable oil.
- **Omega-3 fat** is found in certain fish, such as salmon, tuna, and trout and in walnuts and flaxseed.

**Unhealthy fats:** Unhealthy fats can cause unhealthy cholesterol levels in your blood and increase your risk of heart disease. Limit unhealthy fats, such as the following:
- **Cholesterol** is found in animal foods, such as eggs and lobster, and in dairy products made from whole milk. Limit cholesterol to less than 300 milligrams (mg) each day. You may need to limit cholesterol to 200 mg each day if you have heart disease.
- **Saturated fat** is found in fatty meats, such as bacon and hamburger. It is also found in chicken or turkey skin, whole milk, and butter. Limit saturated fat to less than 7% of your total daily calories.
- **Trans fat** is found in packaged foods, such as potato chips and cookies. It is also in hard margarine, some fried foods, and shortening. Avoid trans fats as much as possible.

**Heart healthy foods and drinks to include:** Ask your dietitian or primary healthcare provider (PHP) how many servings to have from each of the following food groups:
- **Whole-grain** breads, cereals, and pastas, brown rice, and low-fat, low-sodium crackers and chips
- **Fruits, vegetables, and juices** with no added salt or are canned in light syrup or fruit juice

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

Clinical Notes (continued)

- **Low-fat dairy products** , such as nonfat (skim) or 1% milk, cheese, yogurt, and cottage cheese
- **Meats and proteins** , such as lean beef, skinless chicken, legumes, soy products, egg whites, and nuts

**Foods and drinks to limit or avoid:** Ask your dietitian or PHP about these and other foods that are high in unhealthy fat and sodium:

- **Snack or packaged foods** , such as frozen dinners, cookies, macaroni and cheese, and cereals with more than 300 mg of sodium per serving
- **Canned or dry mixes** for cakes, soups, sauces, or gravies
- **Vegetables** that are powdered, such as instant potatoes, are packaged with sauces, or are canned (unless they are low sodium)
- **Whole or 2%** milk, cream cheese, or sour cream, and cheeses with more than 140 mg of sodium per serving
- **High-fat** cuts of beef (t-bone steaks, ribs), egg yolks, chicken or turkey with skin, and organ meats, such as liver
- **Cured or smoked meats** , such as hot dogs and sausage
- **Fats and oils** , such as butter, stick margarine, shortening, and cooking oils such as coconut or palm oil
- **Other foods high in sodium** , such as ketchup, barbecue sauce, salad dressing, pickles, olives, soy sauce, and miso

**Other diet guidelines to follow:**

- **Eat more foods containing omega-3 fats.** Eat fish high in omega-3 fats at least 2 times a week.
- **Limit alcohol.** Too much alcohol can damage your heart and raise your blood pressure. Women should limit alcohol to 1 drink a day. Men should limit alcohol to 2 drinks a day. A drink of alcohol is 12 ounces of beer, 5 ounces of wine, or 1½ ounces of liquor.
- **Choose low-sodium foods.** High-sodium foods can lead to high blood pressure. Add little or no salt to food you prepare. Use herbs and spices in place of salt.
- **Eat more fiber** to help lower cholesterol levels. Eat at least 5 servings of fruits and vegetables each day. Eat 3 ounces of whole-grain foods each day. Legumes (beans) are also a good source of fiber.
- **Replace sweetened foods and drinks** with those that have no or low sugar added. Ask your dietitian or caregiver which foods and liquids are best for you.

**Lifestyle guidelines:**

- **Do not smoke.** If you smoke, it is never too late to quit. Smoking can lead to problems with your heart and lungs. Ask your caregiver for information if you need help quitting.
- **Exercise regularly** to help you maintain a healthy weight and improve your blood pressure and cholesterol levels. Ask your caregiver about the best exercise plan for you. **Do not start an exercise program without asking your caregiver.**

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

**How to Stop Smoking**

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Clinical Notes (continued)**

## WHAT YOU SHOULD KNOW:

You will improve your health and the health of others around you if you stop smoking. Your risk of heart and lung disease, cancer, stroke, heart attack, and vision problems will also decrease. You can benefit from quitting no matter how long you have smoked. Quitting may even prolong your life.

## AFTER YOU LEAVE:

**Prepare to stop smoking:** Nicotine is a highly addictive drug found in cigarettes. Withdrawal symptoms can happen when you stop smoking and make it hard to quit. These include anxiety, depression, irritability, trouble sleeping, and increased appetite. You increase your chances of success if you prepare to quit.

- **Set a quit date.** This will help confirm your decision to stop smoking.
- **Tell friends and family that you plan to quit.** Explain that you may have withdrawal symptoms when you try to quit. Ask them to support you. They may be able to encourage you and help reduce your stress to make it easier for you to quit.
- **Expect it to be hard to quit, but know you can do it.** Smoking is a daily habit that becomes part of your life. Know the triggers that tempt you to smoke, so you can break this habit. Write down a list of these challenges and have a plan to avoid them.
- **Remove all tobacco and nicotine products from your home, car, and workplace.** Also, remove anything else that will tempt you to smoke, such as lighters, matches, or ash trays.

**Tools to help you stop smoking:** You may be able to quit on your own, or you may need to try one or more of the following:

- **Counseling** from trained caregivers will help teach you skills to quit smoking. They will also teach you to manage your withdrawal symptoms and cravings. You may receive counseling from one counselor, in group therapy, or through phone therapy called a quit line.
- **Nicotine replacement therapy (NRT)** such as nicotine patches, gum, or lozenges may help reduce your nicotine cravings and other withdrawal symptoms. You may get these without a doctor's order.
- **Prescription medicines** such as nasal sprays or nicotine inhalers may help reduce your withdrawal symptoms. Other medicines may also be used to reduce your urge to smoke. Ask your primary healthcare provider about these medicines. You may need to start certain medicines 2 weeks before your quit date for them to work well.

**Manage your cravings:**

- **Avoid situations, people, and places that tempt you to smoke.** Go to nonsmoking places, such as libraries or restaurants. Understand what tempts you and try to avoid these things.
- **Keep your hands busy.** Hold things such as a stress ball or pen. Keep lollipops, gum, or toothpicks in your mouth to distract you from your cravings.
- **Avoid alcohol and caffeine.** These drinks may tempt you to smoke. Drink healthy liquids such as water or juice instead.
- **Reward yourself when you resist your cravings.** Rewards will motivate you and help you stay positive.

**Prevent weight gain after you stop smoking:** You may gain a few pounds after you quit smoking. Remember that quitting helps decrease your risk for serious health problems caused by smoking. The following can help you avoid weight gain:

- **Eat healthy foods.** These include fruits, vegetables, whole-grain breads, low-fat dairy products, beans, lean meats, and fish. Eat healthy snacks, such as low-fat yogurt, if you get hungry between meals. Chew sugarless gum. Ask if you need to be on a special diet.
- **Drink water before, during, and between meals.** This will make your stomach feel full and help prevent you from overeating. Ask how much liquid to drink each day and which liquids are best for you.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:              Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Clinical Notes (continued)**

- **Exercise.** Take a walk or do some kind of exercise every day. Ask what exercise is right for you. This may help reduce your cravings and reduce stress.

# For more support and information:

- Smokefree.gov
  Phone: 1- 800 - 784-8669
  Web Address: www.smokefree.gov

Electronically signed by Bazell, Brandon, RN at 11/06/23 1112

**Labs**

**MRSA & Staph. Aureus by PCR (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2 | Nares | Nares | NUR 11/06/23 1445 |

**MRSA & Staph. Aureus by PCR**                    Resulted: 11/06/23 1955, Result status: Final result

Ordering provider: Pinkerton, Miranda, APRN  11/06/23 1439
Filed by: Edi, Soft Lab Res In  11/06/23 1955
Resulting lab: KDMC LAB
Acknowledged by: Pinkerton, Miranda, APRN on 11/07/23 0859

Order status: Completed
Collected by: NUR 11/06/23 1445
Lab Technician: JMW

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Staph. aureus by PCR | NEGATIVE | — | — | kdmclab |
| MRSA BY PCR | NEGATIVE | — | — | kdmclab |
| Comment: | | | | |

Testing was performed using the BD Max System.

RESULT            INTERPRETATION OF RESULT
.
NEGATIVE            No MRSA and/or SA DNA detected
            MRSA and/or SA nasal colonization unlikely
            - - - - - - - - - - - - - - -
POSITIVE            MRSA and/or SA DNA detected
            MRSA and/or SA nasal colonization

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - kdmclab** | KDMC LAB | Johnson, Malisha R,. D.0. | 2201 Lexington AVE Ashland KY 41101 | 03/17/22 1425 - Present |

**All Reviewers List**

Pinkerton, Miranda, APRN on 11/7/2023 08:59
Pinkerton, Miranda, APRN on 11/7/2023 08:59

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Labs (continued)**

Order-Level Scans

### Hepatic Function Panel (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| 1 | — | — | JL3 11/06/23 1131 |

**Hepatic Function Panel**                    Resulted: 11/06/23 1540, Result status: Final result

Ordering provider: Pinkerton, Miranda, APRN  11/06/23 1439
Filed by: Edi, Soft Lab Res In  11/06/23 1540
Resulting lab: KDMC LAB
Narrative:
w3062223

Order status: Completed
Collected by: JL3 11/06/23 1131
Lab Technician: I/AUT

**Components**

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| T BILIRUBIN | 1.0 | 0.2 - 1.0 mg/dL | — | kdmclab |
| D BILIRUBIN | 0.2 | 0.0 - 0.2 mg/dL | — | kdmclab |
| Albumin | 4.2 | 3.2 - 5.0 g/dL | — | kdmclab |
| ALT (SGPT) | 11 | 10 - 60 [iU]/L | — | kdmclab |
| AST | 18 | 10 - 42 [iU]/L | — | kdmclab |
| ALP | 70 | 42 - 121 [iU]/L | — | kdmclab |
| PROTEIN TOTAL | 7.6 | 6.1 - 7.8 g/dL | — | kdmclab |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 7 - kdmclab | KDMC LAB | Johnson, Malisha R,. D.O. | 2201 Lexington AVE Ashland KY 41101 | 03/17/22 1425 - Present |

Order-Level Scans

**Imaging**

**Cardiac Cath**

### Cardiac Catheterization (Edited Result - FINAL)

Resulted: 11/06/23 1502, Result status: Edited Result - FINAL

**Cardiac Catheterization**

Ordering provider: Listerman, Jennifer, MD  10/10/23 1627
Resulted by: Listerman, Jennifer, MD
Performed: 11/06/23 1338 - 11/06/23 1417
Addenda signed by Listerman, Jennifer, MD on 11/06/23 1502
Patient:John Johnson
MRN:926590

Order status: Completed
Filed by: Listerman, Jennifer, MD  11/06/23 1502
Accession number: E5438644

Physician:Jennifer Listerman, M.D., MD
Assistant(s):None
Referring Physician(s): None

Status:Elective

Indications:
Symptomatic severe mitral regurgitation with MVR planned

Stress Test or Non-Invasive Testing

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Imaging (continued)**

LV dysfunction

Procedure:
Left Heart Cath Coronary Angiography Left Ventriculography RHC Ultrasound guidance

Procedure Description:
The patient was brought to the Cath Lab and was prepped and draped in the normal sterile technique.

The right femoral vein was cannulated with 7 French sheath.  A Swan - Ganz catheter was used to record pressures.  Oximetry was performed.  Thermal dilution cardiac output was performed.  Hemostasis was achieved by direct pressure after the catheter and sheath was removed.

Using ultrasound guidance, the right common femoral artery was cannulated and a 6 French sheath was inserted.   6 French catheters were used for right and left coronary angiography and left ventriculography. A JL 4 catheter was used to cannulate the left coronary artery.  A JR 4 catheter was used to cannulate the right coronary artery. A pigtail catheter was used  to perform left ventriculography.  At the end of the procedure, the catheters were withdrawn, the sheath was removed, and hemostasis was obtained with Mynx closure.  The patient was moved to the floor in stable condition.  There were no complications.

*see Cath/Vasc procedure log for details*

Findings:
Hemodynamic / Angiographic Data:
RA 5/4 (3)
RV 24/6 (6)
PA 30/15 (22)
PCW 7/7 (6)
CO 4.6
O2 Sats PA 75%

Left ventricular end diastolic pressure was 11 mmHg.
Left ventricular systolic was 131.
Opening pressure was 150/80.
Closing pressure was 138/69.
AO gradient was absent.
Left ventriculography revealed the estimated EF to be 50-55% with no regional wall motion abnormalities apparent.
The left main anatomy is without angiographically apparent coronary artery disease.
The LAD anatomy is without angiographically apparent coronary artery disease.
The First Diagonal anatomy is without angiographically apparent coronary artery disease.
The Circumflex anatomy is non-dominant and is without angiographically apparent coronary artery disease.
The First OM anatomy is without angiographically apparent coronary artery disease.
The RCA anatomy is dominant and is without angiographically apparent coronary artery disease.
The PLA is without angiographically apparent coronary artery disease
The PLB is without angiographically apparent coronary artery disease

Contrast Total: 60cc Radiation Dose: DAP 19106 Fluro time 7.5 minutes

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

### Imaging (continued)

Estimated Blood Loss:minimal

Specimen(s) Removed:none

Postop Diagnosis:
Severe mitral regurgitation
No angiographically apparent coronary artery disease
Normal right sided pressures

Recommendations:
Aggressive Risk Factor Modification
Optimize Medical Management
Consult Dr. Bronstein for evalulation for MVR

Post sedation cardiologist assessment: the patient is waking up as
expected following sedation, vitals signs are stable, respiratory status
is stable

Signed:
Jennifer Listerman, M.D., MD
11/6/2023

| Procedures Performed | Chargeables |
|---|---|
| LEFT AND RIGHT HEART CATH [CTH02] | |
| ULTRASOUND GUIDANCE [VAS321] | |

### Physicians

| Panel Physicians | Referring Physician | Case Authorizing Physician |
|---|---|---|
| Listerman, Jennifer, MD (Primary) | | Listerman, Jennifer, MD |

### Indications

Severe mitral regurgitation [I34.0 (ICD-10-CM)]
Shortness of breath [R06.02 (ICD-10-CM)]

### Signed

Electronically signed by Listerman, Jennifer, MD on 11/6/23 at 1426 EST
Electronically addended by Listerman, Jennifer, MD on 11/6/23 at 1502 EST

Order-Level Scans

### Imaging

#### XR Chest Pa And Lateral (Final result)

| XR Chest Pa And Lateral | Resulted: 11/06/23 2221, Result status: Final result |
|---|---|
| Ordering provider: Pinkerton, Miranda, APRN  11/06/23 1439 | Order status: Completed |
| Resulted by: Boykin, Mayola W., MD | Filed by: Edi, Rad Results In  11/06/23 2224 |
| Performed: 11/06/23 1817 - 11/06/23 1819 | Accession number: E5491048 |
| Resulting lab: KDMC LAB | |
| Narrative: | |

King's Daughters Medical Center
2201 Lexington Avenue
Ashland, KY 41101

Radiology

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

| 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued) |
|---|

**Imaging (continued)**

PATIENT NAME:  Johnson, John            MR#:  926590
PROCEDURE DATE:  11/06/2023            ACCOUNT#:  75217526
ACCESSION #:  E5491048            ROOM#:  2J227A
ORDERING PHYS:  Eric Bronstein, MD

EXAM: Chest two views.

CLINICAL INDICATION: Preop mitral valve replacement.

COMPARISON: None.

PROCEDURE:PA and lateral views of the chest were obtained in the upright position.

FINDINGS:

The lungs are clear.  The heart and bones show no acute finding.

IMPRESSION:

No acute finding.

        THIS IS AN ELECTRONICALLY VERIFIED REPORT
        11/6/2023 10:21 PM:  Mayola W. Boykin, MD

Mayola W. Boykin, MD

mwb
DD:  11/06/2023
TD:  11/06/2023
JOB #:  2094714

                Radiology
Page 1   of  1                          COPY
Acknowledged by: Pinkerton, Miranda, APRN on 11/07/23 0859

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - kdmclab** | KDMC LAB | Johnson, Malisha R,. D.0. | 2201 Lexington AVE Ashland KY 41101 | 03/17/22 1425 - Present |

**All Reviewers List**

Pinkerton, Miranda, APRN on 11/7/2023 08:59
Pinkerton, Miranda, APRN on 11/7/2023 08:59

                    Order-Level Scans

**Procedures**

**EKG 12-Lead (One Time) (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Procedures (continued)**

| 179601746 | — | — | 11/06/23 1443 |

**EKG 12-Lead (One Time)**                                        Resulted: 11/07/23 0859, Result status: Final result

Ordering provider: Pinkerton, Miranda, APRN  11/06/23 1439
Resulted by: Listerman, Jennifer, MD
Performed: 11/06/23 1443 - 11/06/23 1443
Resulting lab: EPIPHANY
Narrative:

Order status: Completed
Filed by: Edi, Ekg In  11/07/23 0859
Collected by: 11/06/23 1443

King's Daughters Medical Center

Test Date:   2023-11-06
Pat Name:   JOHN JOHNSON          Department:   HVC RECOVERY UNIT
Patient ID:  926590          Room:          2J227
Gender:     Male          Technician:   Ps
DOB:                     Requested By: ERIC BRONSTEIN
Order Number: 179601746          Reading MD:   Jennifer Listerman MD
          Measurements
Intervals          Axis
Rate:     81          P:     53
PR:       148          QRS:     22
QRSD:     92          T:     -14
QT:       390
QTc:      454
          Interpretive Statements
SINUS RHYTHM
MINIMAL VOLTAGE CRITERIA FOR LVH, CONSIDER NORMAL VARIANT
NONSPECIFIC T-WAVE ABNORMALITY
Compared to ECG 09/26/2023 10:14:32
Short PR interval no longer present
T-wave abnormality still present
Electronically Signed On 11-7-2023 8:59:31 EST by Jennifer Listerman MD
Acknowledged by: Pinkerton, Miranda, APRN on 11/07/23 1010

View Image (below)

**King's Daughters Medical Center**

2822

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

---

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Procedures (continued)**

---

| Pat ID 926590 | 11/06/2023 14:43:21 | JOHNSON, JOHN | King's Daughters Medical Center |
|---|---|---|---|
| RX | 59 yrs | Caucasian Male | Dept    HVC RECOVERY UNIT |
| DX | | Account # | Room    2J227 |
| | | | Tech    Ps |

| Rate | 81 | SINUS RHYTHM | Req Provider: | ERIC BRONSTEIN |
|---|---|---|---|---|
| PR | 148 | MINIMAL VOLTAGE CRITERIA FOR LVH, CONSIDER NORMAL VARIANT | Order #: | 179601746 |
| QRSd | 92 | NONSPECIFIC T-WAVE ABNORMALITY | Comment: | 227 |
| QT | 390 | Compared to ECG 09/26/2023 10:14:32 | | |
| QTc | 454 | Short PR interval no longer present | | |
| --Axis-- | | T-wave abnormality still present | | |
| P | 53 | Electronically Signed On 11-7-2023 8:59:31 EST by Jennifer Listerman MD | | |
| QRS | 22 | | | |
| T | -14 | | | |

- Borderline ECG -                                          Confirmed By: Jennifer Listerman MD 11/07/2023 08:59:31



MORT ELI280-0          25 mm/sec          10 mm/mV          60~ 0.05 - 40 Hz

---

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - Unknown | EPIPHANY | Unknown | Unknown | 02/07/22 1413 - Present |

**Indications**

Severe mitral regurgitation by prior echocardiogram [I34.0 (ICD-10-CM)]

**All Reviewers List**

Pinkerton, Miranda, APRN on 11/7/2023 10:10
Pinkerton, Miranda, APRN on 11/7/2023 10:10

Order-Level Scans

---

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Case 870984 (Left and right heart cath)**

### Surgery Information

#### General Information

| | | |
|---|---|---|
| Date: 11/6/2023 | Time: 1315 | Status: Posted |
| Location: HVC CATH LAB | Room: Lab 5 | Service: Cardiovascular |
| Patient class: Outpatient | Case classification: | |

#### Diagnosis Information

| Diagnosis |
|---|
| Severe mitral regurgitation |
| Shortness of breath |

#### Panel Information

**Panel 1**

| Provider | Role | Service | Start Time | End Time |
|---|---|---|---|---|
| Listerman, Jennifer, MD | Primary | Cardiovascular | 1343 | |

**Procedure: Left and right heart cath []**

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | Length |
|---|---|---|---|---|---|
| N/A | | | | | 59 |

**Procedure: Ultrasound Guidance []**

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | Length |
|---|---|---|---|---|---|
| N/A | | | | | |

#### Surgeons

| Name | Panel | Role | Time Period |
|---|---|---|---|
| Listerman, Jennifer, MD | Panel 1 | Primary | 11/6/2023 1343 |

#### Staff

| Name | Type | Time Period |
|---|---|---|
| (Not assigned) | PACU Nurse | |
| (Not assigned) | Preop Nurse | |
| (Not assigned) | Dismissal Nurse | |
| (Not assigned) | CT Tech | |
| Browning, Lauren, RRT | Documenter | 11/6/2023 1327 |
| Kitts, Natasha, RT | Scrub | 11/6/2023 1327 |
| Klaiber, Kevin, RN | Circulator | 11/6/2023 1327 |
| Sells, Angela, RT | Circulator | 11/6/2023 1327 |

#### Log Completed By

| | | | |
|---|---|---|---|
| Browning, Lauren, RRT | | 11/6/2023 | 1427 |

#### Timeouts

**Browning, Lauren, RRT at Mon Nov 6, 2023 1338 EST**

##### Timeout Details

Timeout type: Preprocedure

##### Procedures

Panel 1: Left and right heart cath with Listerman, Jennifer, MD

##### Timeout Questions

Correct patient? Yes
Correct site? N/A

---

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Case 870984 (Left and right heart cath) (continued)**

Correct side? N/A
Correct procedure? Yes
Site marked? N/A
Antibiotics ordered and given? N/A
H&P note completed? Yes
Consents verified? Yes
Radiology studies available? Yes
Relevant lab results available? Yes
Allergies reviewed? Yes
Are all required blood products & devices for the procedure available? Yes
Has the anesthesiologist reviewed the patient? Yes

**Staff Present**

Staff
Browning, Lauren, RRT
Kitts, Natasha, RT
Klaiber, Kevin, RN
Sells, Angela, RT

**Signing History**

| Staff | Performed | Signed |
|---|---|---|
| Browning, Lauren, RRT | Mon Nov 6, 2023 1338 EST | Mon Nov 6, 2023 1338 EST |

**Browning, Lauren, RRT at Mon Nov 6, 2023 1344 EST**

**Timeout Details**

Timeout type: Pre-Incision: Before Incision

**Procedures**

Panel 1: Left and right heart cath with Listerman, Jennifer, MD

**Timeout Questions**

Correct patient? Yes
Correct site? N/A
Correct side? N/A
Correct position? Yes
Correct equipment? Yes
Correct procedure? Yes
Site marked? N/A
Antibiotics ordered and given? N/A
Consents verified? Yes
Radiology studies available? Yes
Relevant lab results available? Yes
Safety precautions reviewed? Yes
Allergies reviewed? Yes
Have all team members been introduced? Yes
Has the surgeon reviewed the critical steps? Yes
Has the anesthesiologist reviewed the patient? Yes
Has the nursing team reviewed the sterility? Yes
Are adequate antibiotics and irrigation fluids available? Yes

**Staff Present**

| Physicians | Staff |
|---|---|
| Listerman, Jennifer, MD | Browning, Lauren, RRT |
| | Kitts, Natasha, RT |
| | Klaiber, Kevin, RN |
| | Sells, Angela, RT |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:              Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Case 870984 (Left and right heart cath) (continued)**

**Signing History**

| Staff | Performed | Signed |
|---|---|---|
| Browning, Lauren, RRT | Mon Nov 6, 2023 1344 EST | Mon Nov 6, 2023 1344 EST |

## Clinical Documentation

**Case Tracking Events**

| Event | Time In |
|---|---|
| In Facility | 1106 |
| Pre-op complete | 1208 |
| Patient in Department | 1338 |
| Patient in Lab | 1338 |
| Patient Ready In Lab | 1343 |
| Case Started | 1345 |
| Procedure Complete | 1417 |
| Patient out of Lab | 1427 |
| Patient out of Department | 1427 |

**Event Tracking**

**Panel 1**

| Event | Time In |
|---|---|
| Incision Start | |
| Incision Close | |
| Procedure : Left and right heart cath | |

| Event | Time In |
|---|---|
| Procedure Start | 1345 |
| Procedure End | |

Procedure : Ultrasound Guidance

| Event | Time In |
|---|---|
| Procedure Start | |
| Procedure End | |

**Patient Preparation**

None

**Counts by Panel**

**Panel 1**

| Type | Which? | Correct? | X-Ray? | MD Notified? | Counted By | Verified By |
|---|---|---|---|---|---|---|
| Sponges | Initial | | | | | |
| Sharps | Initial | | | | | |
| Instruments | Initial | | | | | |
| Sponges | Final | | | | | |
| Sharps | Final | | | | | |
| Instruments | Final | | | | | |

**Case Combined Pick List**

| Item Name | Tmp? | Type | Used | Wstd | Chrg? | Inv Location | Latex? |
|---|---|---|---|---|---|---|---|
| .035 X 145CM COOK PTFE CURVED WIRE | | Guidewire | 0 | 0 | | | |
| 10CM X 14CM SMITH & NEPHEW IV 3000 DRESSING | | Other (comment) | 0 | 0 | | | |
| 150ML MED RA STERILE DISPOSABLE SYRINGE | | Other (comment) | 0 | 0 | | | |
| 18G X 5" PERCUTANEOUS | | Needle | 0 | 0 | | | |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Case 870984 (Left and right heart cath) (continued)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ENTRY NEEDLE** | | | | | | | |
| **18G X 7" PERCUTANEOUS ENTRY NEEDLE** | Needle | 0 | 0 | | | | |
| **30" HIGH PRESSURE TUBING** | Other (comment) | 0 | 0 | | | | |
| **5F FL4 EXPO CATHETER BOSTON SCIENTIFIC** | Catheter | 0 | 0 | | | | |
| **5F FR4 BOSTON SCIENTIFIC EXPO ANGIOGRAPHIC CATHETER STANDARD** | Cardiovascular Catheter | 0 | 0 | | | | |
| **5F PIG 145° EXPO CATHETER BOSTON SCIENTIFIC** | Catheter | 0 | 0 | | | | |
| **5FR X 10CM TERUMO PINNACLE SHEATH** | Sheath | 0 | 0 | | | | |
| **6F FL4 EXPO CATHETER BOSTON SCIENTIFIC** | Catheter | 0 | 0 | | | | |
| **6F FR4 EXPO CATHETER BOSTON SCIENTIFIC** | Catheter | 0 | 0 | | | | |
| **6F PIG 145° EXPO CATHETER BOSTON SCIENTIFIC** | Catheter | 0 | 0 | | | | |
| **6F ST JUDE ANGIOSEAL** | Closure Device | 0 | 0 | | | | |
| **6FR X 10CM TERUMO PINNACLE SHEATH** | Sheath | 0 | 0 | | | | |
| **7F EDWARD LIFE SCIENCE SWAN HANZ** | Catheter | 0 | 0 | | | | |
| **7FR X 10CM TERUMO PINNACLE SHEATH** | Sheath | 0 | 0 | | | | |
| **ADULT NASAL CANNULA** | Other (comment) | 0 | 0 | | | | |
| **CARDINAL HEALTH CARDIAC CATH STERILE PACK** | Other (comment) | 0 | 0 | | | | |
| **CARDIVA BOOMERANG CATALYST II** | Other (comment) | 0 | 0 | | | | |
| **ELECTRODE PLIA-CELL DIAPHORETIC** | | 0 | 0 | | | | |
| **RENOGRAFIN 60 50 IODINE MEDIA** | Other (comment) | 0 | 0 | | | | |

**Additional Items**

| Item Name | Tmp? | Type | Used | Wstd | Chrg? | Inv Location | Latex? |
|---|---|---|---|---|---|---|---|
| **7F EDWARD LIFE SCIENCE SWAN GANZ TD** | | Catheter | 1 | 0 | | | |
| **MYNX 6/7F ORDER MULTIPLE OF 10 10/bx** | | Closure Device | 1 | 0 | No | HVC CATH LAB | |

**Notes**

**AUC**

**Byrd, Dana at 10/4/2023 1920**

Author: Byrd, Dana
Filed: 10/04/23 1921
Editor: Byrd, Dana (Technician)

Service: —
Date of Service: 10/04/23 1920

Author Type: Technician
Status: Signed

AUC #70:Preoperative assessment before valvular surgery

Electronically signed by Byrd, Dana at 10/04/23 1921

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:               Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Case 870984 (Left and right heart cath) (continued)**

**SmartForms**

**Special Needs**

Other Request: TT/ins done  /AUC met

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

### 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

## Medication Administrations

#### acetaminophen (TYLENOL) tab 500 mg [179591750]

Ordering Provider: Listerman, Jennifer, MD

Ordered On: 11/06/23 1427
Ordered Dose (Remaining/Total): 500 mg (—/—)
Frequency: EVERY 4 HOURS PRN

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/06/23 1426 - 11/06/23 2252
Route: Oral
Ordered Rate/Order Duration: — / —

(No admins scheduled or recorded for this medication in the specified date/time range)

#### aspirin chewable tab 81 mg [179591749]

Ordering Provider: Listerman, Jennifer, MD

Ordered On: 11/06/23 1427
Ordered Dose (Remaining/Total): 81 mg (—/—)
Frequency: DAILY

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/07/23 0900 - 11/06/23 2252
Route: Oral
Ordered Rate/Order Duration: — / —

(No admins scheduled or recorded for this medication in the specified date/time range)

#### fentaNYL (SUBLIMAZE) injection [179591738]

Ordering Provider: Listerman, Jennifer, MD
Ordered On: 11/06/23 1346

Status: Completed (Past End Date/Time)
Frequency: ONE TIME ONLY PRN

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/06/23 Antecubital Right 20 G | 11/06/23 1346 by Browning, Lauren, RRT | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/06/23 1346<br>Documented: 11/06/23 1346 | Given | 25 mcg | Intravenous | Performed by: Klaiber, Kevin, RN<br>Documented by: Browning, Lauren, RRT |

**Pharmacy Actions**

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Waste | Mon Nov 6, 2023 1417 | Browning, Lauren, RRT | **fentaNYL 50 mcg/mL Soln [3037]**<br>Waste Amount: 0.5 mL   Package: 1 mL Vial (63323-806-01)<br><br>Charge Failure Reason: Medication is not configured for waste<br><br>Waste Reason: Discarded Drug Not Administered |

#### fentaNYL (SUBLIMAZE) injection [179591743]

Ordering Provider: Listerman, Jennifer, MD
Ordered On: 11/06/23 1409

Status: Completed (Past End Date/Time)
Frequency: ONE TIME ONLY PRN

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/06/23 Antecubital Right 20 G | 11/06/23 1409 by Browning, Lauren, RRT | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

### Medication Administrations (continued)

| | | | | |
|---|---|---|---|---|
| Performed 11/06/23 1409<br>Documented:<br>11/06/23 1409 | Given | 50 mcg | Intravenous | Performed by: Klaiber, Kevin, RN<br>Documented by: Browning, Lauren, RRT |

### fentaNYL (SUBLIMAZE) injection [179591746]

Ordering Provider: Listerman, Jennifer, MD
Ordered On: 11/06/23 1418

Status: Completed (Past End Date/Time)
Frequency: ONE TIME ONLY PRN

| Line | | Med Link Info | Comment |
|---|---|---|---|
| Peripheral IV 11/06/23 Antecubital Right 20 G | | 11/06/23 1418 by Browning, Lauren, RRT | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/06/23 1418<br>Documented:<br>11/06/23 1418 | Given | 25 mcg | Intravenous | Performed by: Klaiber, Kevin, RN<br>Documented by: Browning, Lauren, RRT |

#### Pharmacy Actions

| Type | Date/Time | User | Extra Information | | |
|---|---|---|---|---|---|
| Waste | Mon Nov 6, 2023 1418 | Browning, Lauren, RRT | **fentaNYL 50 mcg/mL Soln [3037]**<br>Waste Amount: 0.5 mL | Package: 1 mL Vial (63323-806-01) | |
| | | | Charge Failure Reason: Medication is not configured for waste | | |
| | | | Waste Reason: Discarded Drug Not Administered | | |

### hydrALAZINE (APRESOLINE) injection [179591741]

Ordering Provider: Listerman, Jennifer, MD
Ordered On: 11/06/23 1401

Status: Completed (Past End Date/Time)
Frequency: ONE TIME ONLY PRN

| Line | | Med Link Info | Comment |
|---|---|---|---|
| Peripheral IV 11/06/23 Antecubital Right 20 G | | 11/06/23 1401 by Browning, Lauren, RRT | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/06/23 1401<br>Documented:<br>11/06/23 1401 | Given | 10 mg | Intravenous | Performed by: Klaiber, Kevin, RN<br>Documented by: Browning, Lauren, RRT |

#### Pharmacy Actions

| Type | Date/Time | User | Extra Information | | |
|---|---|---|---|---|---|
| Waste | Mon Nov 6, 2023 1417 | Browning, Lauren, RRT | **hydrALAZINE 20 mg/mL Soln [3697]**<br>Waste Amount: 0.5 mL | Package: 1 mL Vial (67457-291-01) | |
| | | | Charge Failure Reason: Quantity rounded to zero due to charge in increments | | |
| | | | Waste Reason: | | |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

### Medication Administrations (continued)

Discarded Drug Not
Administered

### hydrALAZINE (APRESOLINE) injection [179591745]

| Ordering Provider: Listerman, Jennifer, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 11/06/23 1409 | Frequency: ONE TIME ONLY PRN |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/06/23 Antecubital Right 20 G | 11/06/23 1409 by Browning, Lauren, RRT | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/06/23 1409 Documented: 11/06/23 1409 | Given | 10 mg | Intravenous | Performed by: Klaiber, Kevin, RN Documented by: Browning, Lauren, RRT |

#### Pharmacy Actions

| Type | Date/Time | User | Extra Information | |
|---|---|---|---|---|
| Waste | Mon Nov 6, 2023 1417 | Browning, Lauren, RRT | **hydrALAZINE 20 mg/mL Soln [3697]** Waste Amount: 0.5 mL | Package: 1 mL Vial (67457-291-01) |
| | | | Charge Failure Reason: Quantity rounded to zero due to charge in increments | |
| | | | Waste Reason: Discarded Drug Not Administered | |

### HYDROcodone-acetaminophen (NORCO) 5-325 mg per tab 1 Tablet [179591751]

| Ordering Provider: Listerman, Jennifer, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
|---|---|
| Ordered On: 11/06/23 1427 | Starts/Ends: 11/06/23 1426 - 11/06/23 2252 |
| Ordered Dose (Remaining/Total): 1 Tablet (—/—) | Route: Oral |
| Frequency: EVERY 4 HOURS PRN | Ordered Rate/Order Duration: — / — |
| Admin Instructions: *DO NOT EXCEED 4g ACETAMINOPHEN PER DAY*  (WASTE: DEA) | |

(No admins scheduled or recorded for this medication in the specified date/time range)

### iopamidoL (ISOVUE-300) 61 % injection [179591747]

| Ordering Provider: Listerman, Jennifer, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 11/06/23 1420 | Frequency: ONE TIME ONLY PRN |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/06/23 1420 Documented: 11/06/23 1420 | Given | 60 mL | INTRACORONARY | Performed by: Listerman, Jennifer, MD Documented by: Browning, Lauren, RRT |

### lidocaine (preservative free) 10 mg/mL (1 %) injection [179591740]

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

### Medication Administrations (continued)

Ordering Provider: Listerman, Jennifer, MD
Ordered On: 11/06/23 1347

Status: Completed (Past End Date/Time)
Frequency: ONE TIME ONLY PRN

| Timestamps | Action | Dose | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 11/06/23 1346 Documented: 11/06/23 1347 | Given | 10 mL | — | Performed by: Listerman, Jennifer, MD Documented by: Browning, Lauren, RRT Comments: right groin |

#### midazolam (VERSED) injection [179591739]

Ordering Provider: Listerman, Jennifer, MD
Ordered On: 11/06/23 1346

Status: Completed (Past End Date/Time)
Frequency: ONE TIME ONLY PRN

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/06/23 Antecubital Right 20 G | 11/06/23 1346 by Browning, Lauren, RRT | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/06/23 1346 Documented: 11/06/23 1346 | Given | 1 mg | Intravenous | Performed by: Klaiber, Kevin, RN Documented by: Browning, Lauren, RRT |

##### Pharmacy Actions

| Type | Date/Time | User | Extra Information | | |
|---|---|---|---|---|---|
| Waste | Mon Nov 6, 2023 1417 | Browning, Lauren, RRT | **midazolam 1 mg/mL Soln [10607]** | | |
| | | | Waste Amount: 1 mL | Package: 2 mL Vial (0641-6209-25) | Charge Dropped: 0.400 |
| | | | Billing Code Quantity: 1.00 | Billing Code: J2250 | Charge Modifiers: JW,JG |
| | | | Charge Method: PHM STANDARD (System picked) | Charge Map: PHM CHARGE MAP | Charge Table: PHM STANDARD |
| | | | Implied Quantity: 0.5 | | Implied Unit Type: Entire Package |
| | | | Waste Reason: Discarded Drug Not Administered | | |

#### midazolam (VERSED) injection [179591744]

Ordering Provider: Listerman, Jennifer, MD
Ordered On: 11/06/23 1409

Status: Completed (Past End Date/Time)
Frequency: ONE TIME ONLY PRN

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/06/23 Antecubital Right 20 G | 11/06/23 1409 by Browning, Lauren, RRT | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/06/23 1409 Documented: 11/06/23 1409 | Given | 1 mg | Intravenous | Performed by: Klaiber, Kevin, RN Documented by: Browning, Lauren, RRT |

##### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Waste | Mon Nov 6, | Browning, | **midazolam 1 mg/mL Soln [10607]** |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

### Medication Administrations (continued)

| | | | | | |
|---|---|---|---|---|---|
| e | 2023 1417 | Lauren, RRT | Waste Amount: 1 mL | Package: 2 mL Vial (0641-6209-25) | Charge Dropped: 0.400 |
| | | | Billing Code Quantity: 1.00 | Billing Code: J2250 | Charge Modifiers: JW,JG |
| | | | Charge Method: PHM STANDARD (System picked) | Charge Map: PHM CHARGE MAP | Charge Table: PHM STANDARD |
| | | | Implied Quantity: 0.5 | | Implied Unit Type: Entire Package |
| | | | Waste Reason: Discarded Drug Not Administered | | |

### morphine injection 2 mg [179591752]

Ordering Provider: Listerman, Jennifer, MD

Ordered On: 11/06/23 1427
Ordered Dose (Remaining/Total): 2 mg (2/2)
Frequency: EVERY 3 HOURS PRN

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/06/23 1426 - 11/06/23 2252
Route: Intravenous
Ordered Rate/Order Duration: — / —

(No admins scheduled or recorded for this medication in the specified date/time range)

### NS (sodium chloride 0.9%) IV infusion [179591719]

Ordering Provider: Listerman, Jennifer, MD
Ordered On: 11/06/23 1225
Ordered Dose (Remaining/Total): — (—/—)
Frequency: CONTINUOUS

Status: Discontinued (Past End Date/Time)
Starts/Ends: 11/06/23 1230 - 11/06/23 1427
Route: Intravenous
Ordered Rate/Order Duration: 100 mL/hr / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/06/23 Antecubital Right 20 G | 11/06/23 1230 by Blair, Haley, RN | — |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| Performed 11/06/23 1230 Documented: 11/06/23 1237 | New Bag | 100 mL/hr | Intravenous | Performed by: Blair, Haley, RN |

### NS (sodium chloride 0.9%) IV infusion [179591737]

Ordering Provider: Listerman, Jennifer, MD

Ordered On: 11/06/23 1345

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Frequency: INTRA-OP CONTINUOUS PRN

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/06/23 Antecubital Right 20 G | 11/06/23 1345 by Browning, Lauren, RRT | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| Performed 11/06/23 1427 Documented: 11/06/23 1427 | Stopped | 0 0 mL/hr | Intravenous | Performed by: Klaiber, Kevin, RN Documented by: Browning, Lauren, RRT |
| Performed 11/06/23 1345 Documented: 11/06/23 1345 | New Bag | 50 mL/hr 50 mL/hr | Intravenous | Performed by: Klaiber, Kevin, RN Documented by: Browning, Lauren, RRT |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

### Medication Administrations (continued)

#### NS (sodium chloride 0.9%) IV infusion [179601723]

Ordering Provider: Listerman, Jennifer, MD

Ordered On: 11/06/23 1427
Ordered Dose (Remaining/Total): — (—/—)
Frequency: CONTINUOUS

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/06/23 1430 - 11/06/23 2252
Route: Intravenous
Ordered Rate/Order Duration: 100 mL/hr / —

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 11/06/23 1430<br>Documented: 11/06/23 2252 | Canceled Entry — | | Intravenous | Performed by: Rx, Auto Xfer/Discharge<br>Comments: Automatically canceled at discontinue of medication order |

## Other Orders

### Admission

#### Outpatient in a Bed (Completed)

Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420**                    Status: **Completed**
Mode: Ordering in Verbal with readback mode
Ordering user: Kitchen, Garnet, RN 11/06/23 1113
Authorized by: Listerman, Jennifer, MD
Frequency: Routine 1 Time 11/06/23 1114 - 1  occurrence
Quantity: 1

Communicated by: Kitchen, Garnet, RN
Ordering provider: Listerman, Jennifer, MD
Ordering mode: Verbal with readback
Class: Hospital Performed
Instance released by: Kitchen, Garnet, RN (auto-released) 11/6/2023 11:13 AM

##### Updates

Admitting provider: Listerman, Jennifer, MD
Service: Cardiology

Patient class: Hospital Ambulatory Surgery

### Code Status

#### Full code (Discontinued)

Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420**                    Status: **Discontinued**
Mode: Ordering in Verbal with readback mode
Ordering user: Barber, Jami, RN 11/06/23 1205
Authorized by: Listerman, Jennifer, MD
Frequency: Routine Continuous 11/06/23 1206 - Until Specified
Quantity: 1
Instance released by: Barber, Jami, RN (auto-released) 11/6/2023 12:05 PM

Communicated by: Barber, Jami, RN
Ordering provider: Listerman, Jennifer, MD
Ordering mode: Verbal with readback
Class: Hospital Performed
Code status: Full Code
Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

### Consult

#### IP consult to Cardiothoracic Surgery (Discontinued)

Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427**                    Status: **Discontinued**
Ordering user: Listerman, Jennifer, MD 11/06/23 1427
Authorized by: Listerman, Jennifer, MD
Cosigning events
Electronically cosigned by Bronstein, Eric, MD 11/06/23 1648 for Discontinuing
Frequency: Routine 1 Time 11/06/23 1428 - 1  occurrence
Quantity: 1

Ordering provider: Listerman, Jennifer, MD
Ordering mode: Standard

Class: Hospital Performed
Instance released by: Listerman, Jennifer, MD (auto-released) 11/6/2023  2:28 PM

Discontinued by: Pinkerton, Miranda, APRN 11/06/23 1647

##### Questionnaire

| Question | Answer |
|---|---|

---

Printed on 11/16/23  9:51 AM

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Other Orders (continued)**

Reason for consult?                                    known severe MR with MVR being considered

### Diet

#### Diet Cardiac (Active)

Electronically signed by: **Cantley, Megan, NP on 11/06/23 1500**                                    Status: **Active**
Ordering user: Cantley, Megan, NP 11/06/23 1500             Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD                     Ordering mode: Standard
Cosigning events
Electronically cosigned by Listerman, Jennifer, MD 11/06/23 1650 for Ordering
Frequency: Routine  11/06/23 -                             Class: After Discharge
Quantity: 1                                                Diet: Cardiac Diet

#### Diet Cardiac; (Discontinued)

Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427**                              Status: **Discontinued**
Ordering user: Listerman, Jennifer, MD 11/06/23 1427       Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD                     Ordering mode: Standard
Frequency: Routine Effective Now 11/06/23 1428 - Until Specified    Class: Hospital Performed
Quantity: 1                                                Diet: Cardiac Diet
Instance released by: Listerman, Jennifer, MD (auto-released)    Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient
11/6/2023  2:27 PM                                         Discharge]

#### Diet NPO; (Discontinued)

Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043**                              Status: **Discontinued**
Ordering user: Listerman, Jennifer, MD 09/26/23 1043       Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD                     Ordering mode: Standard
Frequency: Routine Effective Now 11/06/23 1225 - Until Specified    Class: Hospital Performed
Quantity: 1                                                Diet: NPO
Instance released by: Blair, Haley, RN (auto-released) 11/6/2023    Discontinued by: Listerman, Jennifer, MD 11/06/23 1427
12:25 PM
Order comments: May have sips of clears with meds

### Discharge

#### Discharge Patient (Completed)

Electronically signed by: **Cantley, Megan, NP on 11/06/23 1500**                                   Status: **Completed**
Ordering user: Cantley, Megan, NP 11/06/23 1500            Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD                    Ordering mode: Standard
Cosigning events
Electronically cosigned by Listerman, Jennifer, MD 11/06/23 1650 for Ordering
Frequency: Routine 1 Time 11/06/23 1452 - 1  occurrence    Class: Hospital Performed
Quantity: 1                                                Instance released by: Cantley, Megan, NP (auto-released)
                                                          11/6/2023  3:00 PM

##### Updates

Discharge date and time: 11/6/2023 Afternoon              Discharge disposition: Jail/Prison
Discharge destination: Other

Order comments: Dr. Bronstein may get to see before d/c, if not OK to discharge and f/u as sched 11/14/23

### Medications

#### aspirin 81 mg chewable tablet (Active)

Electronically signed by: **Cantley, Megan, NP on 11/06/23 1500**                                   Status: **Active**
Ordering user: Cantley, Megan, NP 11/06/23 1500            Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD                    Ordering mode: Standard
Cosigning events
Electronically cosigned by Listerman, Jennifer, MD 11/06/23 1650 for Ordering
Frequency: Routine DAILY 11/07/23 - Until Discontinued    Class: Print
Diagnoses

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Other Orders (continued)**

Severe mitral regurgitation by prior echocardiogram [I34.0]
Reordered from: aspirin chewable tab 81 mg
   **Indications**

   Severe mitral regurgitation by prior echocardiogram [I34.0 (ICD-10-CM)]

**aspirin chewable tab 81 mg (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |

Ordering user: Listerman, Jennifer, MD 11/06/23 1427     Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD     Ordering mode: Standard
Frequency: Routine DAILY 11/07/23 0900 - 11/06/23 2252     Class: Normal
Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Acknowledged: Blair, Haley, RN 11/06/23 1725 for Placing Order
Package: 63739-434-01

**acetaminophen (TYLENOL) tab 500 mg (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |

Ordering user: Listerman, Jennifer, MD 11/06/23 1427     Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD     Ordering mode: Standard
PRN reasons: Pain scale 1-3 (try PO med first if multiple routes ordered for same pain rating)
PRN Comment: Pain 1-3 and/or headaches
Frequency: Routine Q4H PRN 11/06/23 1426 - 11/06/23 2252     Class: Normal
Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Acknowledged: Blair, Haley, RN 11/06/23 1725 for Placing Order
Package: 0904-6730-61

**HYDROcodone-acetaminophen (NORCO) 5-325 mg per tab 1 Tablet (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |

Ordering user: Listerman, Jennifer, MD 11/06/23 1427     Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD     Ordering mode: Standard
PRN reasons: Pain - see PRN comments
PRN Comment: Pain 4-10
Frequency: Routine Q4H PRN 11/06/23 1426 - 7  days     Class: Normal
Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Acknowledged: Blair, Haley, RN 11/06/23 1725 for Placing Order
Admin instructions: *DO NOT EXCEED 4g ACETAMINOPHEN PER DAY*  (WASTE: DEA)
Package: 0904-6824-61

**morphine injection 2 mg (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |

Ordering user: Listerman, Jennifer, MD 11/06/23 1427     Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD     Ordering mode: Standard
PRN reasons: Pain - see PRN comments
PRN Comment: Pain 4-10 if unable to tolerate PO
Frequency: Routine Q3H PRN 11/06/23 1426 - 2  occurrences     Class: Normal
Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Acknowledged: Blair, Haley, RN 11/06/23 1725 for Placing Order
Package: 0641-6125-01

**NS (sodium chloride 0.9%) IV infusion (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |

Ordering user: Listerman, Jennifer, MD 11/06/23 1427     Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD     Ordering mode: Standard
Frequency: Routine CONTINUOUS 11/06/23 1430 - 24  hours     Class: Normal
Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Acknowledged: Blair, Haley, RN 11/06/23 1725 for Placing Order
Package: 0338-0049-04

**iopamidoL (ISOVUE-300) 61 % injection (Completed)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1426** | Status: **Completed** |

Mode: Ordering in Verbal with readback mode     Communicated by: Browning, Lauren, RRT

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:

Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

### Other Orders (continued)

| | |
|---|---|
| Ordering user: Browning, Lauren, RRT 11/06/23 1420 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Verbal with readback |
| Frequency: Routine ONE TIME PRN 11/06/23 1420 - 1 occurrence | Class: Normal |
| Acknowledged: Browning, Lauren, RRT 11/06/23 1420 for Placing Order | |
| Package: 0270-1315-35 | |

#### fentaNYL (SUBLIMAZE) injection (Completed)

| | | |
|---|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420** | | Status: **Completed** |
| Mode: Ordering in Verbal with readback mode | Communicated by: Browning, Lauren, RRT | |
| Ordering user: Browning, Lauren, RRT 11/06/23 1418 | Ordering provider: Listerman, Jennifer, MD | |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Verbal with readback | |
| Frequency: Routine ONE TIME PRN 11/06/23 1418 - 1 occurrence | Class: Normal | |
| Acknowledged: Browning, Lauren, RRT 11/06/23 1418 for Placing Order | | |
| Package: 63323-806-01 | | |

#### hydrALAZINE (APRESOLINE) injection (Completed)

| | | |
|---|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420** | | Status: **Completed** |
| Mode: Ordering in Verbal with readback mode | Communicated by: Browning, Lauren, RRT | |
| Ordering user: Browning, Lauren, RRT 11/06/23 1409 | Ordering provider: Listerman, Jennifer, MD | |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Verbal with readback | |
| Frequency: Routine ONE TIME PRN 11/06/23 1409 - 1 occurrence | Class: Normal | |
| Acknowledged: Browning, Lauren, RRT 11/06/23 1409 for Placing Order | | |
| Package: 67457-291-01 | | |

#### midazolam (VERSED) injection (Completed)

| | | |
|---|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420** | | Status: **Completed** |
| Mode: Ordering in Verbal with readback mode | Communicated by: Browning, Lauren, RRT | |
| Ordering user: Browning, Lauren, RRT 11/06/23 1409 | Ordering provider: Listerman, Jennifer, MD | |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Verbal with readback | |
| Frequency: Routine ONE TIME PRN 11/06/23 1409 - 1 occurrence | Class: Normal | |
| Acknowledged: Browning, Lauren, RRT 11/06/23 1409 for Placing Order | | |
| Package: 0641-6209-25 | | |

#### fentaNYL (SUBLIMAZE) injection (Completed)

| | | |
|---|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420** | | Status: **Completed** |
| Mode: Ordering in Verbal with readback mode | Communicated by: Browning, Lauren, RRT | |
| Ordering user: Browning, Lauren, RRT 11/06/23 1409 | Ordering provider: Listerman, Jennifer, MD | |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Verbal with readback | |
| Frequency: Routine ONE TIME PRN 11/06/23 1409 - 1 occurrence | Class: Normal | |
| Acknowledged: Browning, Lauren, RRT 11/06/23 1409 for Placing Order | | |
| Package: 63323-806-01 | | |

#### hydrALAZINE (APRESOLINE) injection (Completed)

| | | |
|---|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420** | | Status: **Completed** |
| Mode: Ordering in Verbal with readback mode | Communicated by: Browning, Lauren, RRT | |
| Ordering user: Browning, Lauren, RRT 11/06/23 1401 | Ordering provider: Listerman, Jennifer, MD | |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Verbal with readback | |
| Frequency: Routine ONE TIME PRN 11/06/23 1401 - 1 occurrence | Class: Normal | |
| Acknowledged: Browning, Lauren, RRT 11/06/23 1401 for Placing Order | | |
| Package: 67457-291-01 | | |

#### lidocaine (preservative free) 10 mg/mL (1 %) injection (Completed)

| | | |
|---|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420** | | Status: **Completed** |
| Mode: Ordering in Verbal with readback mode | Communicated by: Browning, Lauren, RRT | |
| Ordering user: Browning, Lauren, RRT 11/06/23 1347 | Ordering provider: Listerman, Jennifer, MD | |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Other Orders (continued)**

Authorized by: Listerman, Jennifer, MD
Frequency: Routine ONE TIME PRN 11/06/23 1346 - 1 occurrence
Acknowledged: Browning, Lauren, RRT 11/06/23 1347 for Placing Order
Package: 63323-492-37

Ordering mode: Verbal with readback
Class: Normal

### midazolam (VERSED) injection (Completed)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420** | Status: **Completed** |

Mode: Ordering in Verbal with readback mode
Ordering user: Browning, Lauren, RRT 11/06/23 1346
Authorized by: Listerman, Jennifer, MD
Frequency: Routine ONE TIME PRN 11/06/23 1346 - 1 occurrence
Acknowledged: Browning, Lauren, RRT 11/06/23 1346 for Placing Order
Package: 0641-6209-25

Communicated by: Browning, Lauren, RRT
Ordering provider: Listerman, Jennifer, MD
Ordering mode: Verbal with readback
Class: Normal

### fentaNYL (SUBLIMAZE) injection (Completed)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420** | Status: **Completed** |

Mode: Ordering in Verbal with readback mode
Ordering user: Browning, Lauren, RRT 11/06/23 1346
Authorized by: Listerman, Jennifer, MD
Frequency: Routine ONE TIME PRN 11/06/23 1346 - 1 occurrence
Acknowledged: Browning, Lauren, RRT 11/06/23 1346 for Placing Order
Package: 63323-806-01

Communicated by: Browning, Lauren, RRT
Ordering provider: Listerman, Jennifer, MD
Ordering mode: Verbal with readback
Class: Normal

### NS (sodium chloride 0.9%) IV infusion (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420** | Status: **Discontinued** |

Mode: Ordering in Verbal with readback mode
Ordering user: Browning, Lauren, RRT 11/06/23 1345
Authorized by: Listerman, Jennifer, MD
Frequency: Routine INTRA-OP CONTINUOUS PRN 11/06/23 1345 - 11/06/23 1427
Discontinued by: Browning, Lauren, RRT 11/06/23 1427 [Patient Transfer]
Acknowledged: Browning, Lauren, RRT 11/06/23 1345 for Placing Order
Package: 0264-1800-31

Communicated by: Browning, Lauren, RRT
Ordering provider: Listerman, Jennifer, MD
Ordering mode: Verbal with readback
Class: Normal

### NS (sodium chloride 0.9%) IV infusion (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |

Ordering user: Listerman, Jennifer, MD 09/26/23 1043
Authorized by: Listerman, Jennifer, MD
Frequency: Routine CONTINUOUS 11/06/23 1230 - 24  hours
Released by: Blair, Haley, RN 11/06/23 1225
Acknowledged: Blair, Haley, RN 11/06/23 1725 for Placing Order Blair, Haley, RN 11/06/23 1725 for D/C Order
Package: 0338-0049-04

Ordering provider: Listerman, Jennifer, MD
Ordering mode: Standard
Class: Normal
Discontinued by: Listerman, Jennifer, MD 11/06/23 1427

### FENTANYL (PF) 50 MCG/ML INJECTION SOLUTION (Pyxis override) (Active)

| | |
|---|---|
| Electronically signed by: **Edi, Ads Dispense on 11/06/23 1325** | Status: **Active** |

Ordering user: Edi, Ads Dispense 11/06/23 1325
Frequency:   11/06/23 1325 - Until Discontinued
Admin instructions: Klaiber, Kevin: cabinet override
Medication comments: Klaiber, Kevin: cabinet override
Package: 0409-9094-12

Ordering mode: Standard

### MIDAZOLAM (PF) 1 MG/ML INJECTION SOLUTION (Pyxis override) (Active)

| | |
|---|---|
| Electronically signed by: **Edi, Ads Dispense on 11/06/23 1326** | Status: **Active** |

Ordering user: Edi, Ads Dispense 11/06/23 1326
Frequency:   11/06/23 1326 - Until Discontinued
Admin instructions: Klaiber, Kevin: cabinet override
Medication comments: Klaiber, Kevin: cabinet override
Package: 0409-2305-17

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Other Orders (continued)**

### LIDOCAINE (PF) 10 MG/ML (1 %) INJECTION SOLUTION (Pyxis override) (Active)

Electronically signed by: **Edi, Ads Dispense on 11/06/23 1326**                                    Status: **Active**
Ordering user: Edi, Ads Dispense 11/06/23 1326          Ordering mode: Standard
Frequency:   11/06/23 1326 - Until Discontinued
Admin instructions: Klaiber, Kevin: cabinet override
Medication comments: Klaiber, Kevin: cabinet override
Package: 63323-492-37

### HEPARIN (PORCINE) (PF) 1,000 UNIT/500 ML IN 0.9 % SODIUM CHLORIDE IV (Pyxis override) (Active)

Electronically signed by: **Edi, Ads Dispense on 11/06/23 1326**                                    Status: **Active**
Ordering user: Edi, Ads Dispense 11/06/23 1326          Ordering mode: Standard
Frequency:   11/06/23 1326 - Until Discontinued
Admin instructions: Klaiber, Kevin: cabinet override
Medication comments: Klaiber, Kevin: cabinet override
Package: 0338-0424-18

### SODIUM CHLORIDE 0.9 % INTRAVENOUS SOLUTION (Pyxis override) (Active)

Electronically signed by: **Edi, Ads Dispense on 11/06/23 1326**                                    Status: **Active**
Ordering user: Edi, Ads Dispense 11/06/23 1326          Ordering mode: Standard
Frequency:   11/06/23 1326 - Until Discontinued
Admin instructions: Klaiber, Kevin: cabinet override
Medication comments: Klaiber, Kevin: cabinet override
Package: 0264-7800-10

### HYDRALAZINE 20 MG/ML INJECTION SOLUTION (Pyxis override) (Active)

Electronically signed by: **Edi, Ads Dispense on 11/06/23 1359**                                    Status: **Active**
Ordering user: Edi, Ads Dispense 11/06/23 1359          Ordering mode: Standard
Frequency:   11/06/23 1359 - Until Discontinued
Admin instructions: Klaiber, Kevin: cabinet override
Medication comments: Klaiber, Kevin: cabinet override
Package: 67457-291-01

**Nourishments**

**One Time Message to Dietary (Discontinued)**

Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1651**                          Status: **Discontinued**
Mode: Ordering in Verbal with readback mode          Communicated by: Blair, Haley, RN
Ordering user: Blair, Haley, RN 11/06/23 1524          Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD          Ordering mode: Verbal with readback
Frequency: Routine 1 Time 11/06/23 1524 - 1  occurrence          Class: Hospital Performed
Quantity: 1          Instance released by: Blair, Haley, RN (auto-released) 11/6/2023
                                                            3:24 PM
Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

**Questionnaire**

| Question | Answer |
|---|---|
| Current Diet? | cardiac |
| Item(s) Requested? | tray |

Order comments: Patient requesting another tray thank you.

**One Time Message to Dietary (Discontinued)**

Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1651**                          Status: **Discontinued**
Mode: Ordering in Verbal with readback mode          Communicated by: Blair, Haley, RN
Ordering user: Blair, Haley, RN 11/06/23 1517          Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD          Ordering mode: Verbal with readback
Frequency: Routine 1 Time 11/06/23 1518 - 1  occurrence          Class: Hospital Performed
Quantity: 1          Instance released by: Blair, Haley, RN (auto-released) 11/6/2023
                                                            3:17 PM
Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Other Orders (continued)**

### Questionnaire

| Question | Answer |
| --- | --- |
| Item(s) Requested? | 2 guest trays |

Order comments: Please send 2 guest trays for guards at bedside thank you.

### One Time Message to Dietary (Discontinued)

Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1651**          Status: **Discontinued**
Mode: Ordering in Per protocol  mode
Ordering user: Mains, Drew, RN 11/06/23 1436
Authorized by: Listerman, Jennifer, MD
Frequency: Routine 1 Time 11/06/23 1437 - 1  occurrence
Quantity: 1

Communicated by: Mains, Drew, RN
Ordering provider: Listerman, Jennifer, MD
Ordering mode: Per protocol
Class: Hospital Performed
Instance released by: Mains, Drew, RN (auto-released) 11/6/2023 2:36 PM

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

#### Questionnaire

| Question | Answer |
| --- | --- |
| Current Diet? | cardiac |
| Item(s) Requested? | tray |

Order comments: Please send tray. Thanks

## Nursing

### Discontinue IV (Discontinued)

Electronically signed by: **Cantley, Megan, NP on 11/06/23 1500**          Status: **Discontinued**
Ordering user: Cantley, Megan, NP 11/06/23 1500
Authorized by: Listerman, Jennifer, MD
Cosigning events
Electronically cosigned by Listerman, Jennifer, MD 11/06/23 1650 for Ordering
Frequency: Routine 1 Time 11/06/23 1454 - 1  occurrence
Quantity: 1

Ordering provider: Listerman, Jennifer, MD
Ordering mode: Standard

Class: Hospital Performed
Instance released by: Cantley, Megan, NP (auto-released) 11/6/2023  3:00 PM

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

### No Heavy Lifting (Active)

Electronically signed by: **Cantley, Megan, NP on 11/06/23 1500**          Status: **Active**
Ordering user: Cantley, Megan, NP 11/06/23 1500
Authorized by: Listerman, Jennifer, MD
Cosigning events
Electronically cosigned by Listerman, Jennifer, MD 11/06/23 1650 for Ordering
Frequency: Routine  11/06/23 -
Quantity: 1
Order comments: See d/c instructions

Ordering provider: Listerman, Jennifer, MD
Ordering mode: Standard

Class: After Discharge

### Follow-Up with Dr. Listerman; 2 weeks (Active)

Electronically signed by: **Cantley, Megan, NP on 11/06/23 1500**          Status: **Active**
Ordering user: Cantley, Megan, NP 11/06/23 1500
Authorized by: Listerman, Jennifer, MD
Cosigning events
Electronically cosigned by Listerman, Jennifer, MD 11/06/23 1650 for Ordering
Frequency: Routine  11/06/23 -
Quantity: 1

Ordering provider: Listerman, Jennifer, MD
Ordering mode: Standard

Class: After Discharge

#### Questionnaire

| Question | Answer |
| --- | --- |
| Follow up with whom? | Dr. Listerman |
| Follow up when? | 2 weeks |

Order comments: Follow-up with Physician

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Other Orders (continued)**

### POCT Glucose (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 11/06/23 1427 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 1 Time 11/06/23 1427 - 1  occurrence | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Listerman, Jennifer, MD (auto-released) 11/6/2023  2:27 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Order comments: If patient is diabetic.

### Vital Signs (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 11/06/23 1427 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Timed Q15 Min 11/06/23 1427 - 1  hour | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Listerman, Jennifer, MD (auto-released) 11/6/2023  2:27 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Order comments: Every 15 minutes for 1 hour, then every 30 minutes for 2 hours, then every 1 hour for 4 hours then every 4 hours until discharge.

### Telemetry Monitoring (48 Hours - Continuous) (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 11/06/23 1427 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 48 Hours (Continuous) 11/06/23 1428 - Until Specified | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Listerman, Jennifer, MD (auto-released) 11/6/2023  2:27 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

**Questionnaire**

| Question | Answer |
|---|---|
| Indication | Post cath/EP/RFA/PPM/ICD |

Order comments: If patient has had an arrhythmia within the past 48 hours, please contact ordering provider prior to discontinuing telemetry.

### Distal Pulses (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 11/06/23 1427 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Timed Q Shift 11/06/23 1428 - Until Specified | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Listerman, Jennifer, MD (auto-released) 11/6/2023  2:27 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Order comments: Every 15 minutes for 1 hour, then every 30 minutes for 2 hours, then every 1 hour for 4 hours, then every 4 hours until discharge

### Post Procedure Site Assessment (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 11/06/23 1427 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine Q Shift 11/06/23 1428 - Until Specified | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Listerman, Jennifer, MD (auto-released) 11/6/2023  2:27 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Order comments: Every 15 minutes for 1 hour, then every 30 minutes for 2 hours, then every 1 hour for 4 hours, then every 4 hours until discharge

### Head Of Bed 30 - 45 Degrees (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

### Other Orders (continued)

| | |
|---|---|
| Ordering user: Listerman, Jennifer, MD 11/06/23 1427 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine Until D/C 11/06/23 1427 - Until Specified | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Listerman, Jennifer, MD (auto-released) 11/6/2023 2:27 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

### Notify Physician (Specify) (Discontinued)

| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |
|---|---|
| Ordering user: Listerman, Jennifer, MD 11/06/23 1427 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine Until D/C 11/06/23 1427 - Until Specified | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Listerman, Jennifer, MD (auto-released) 11/6/2023 2:27 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Order comments: If bleeding, hematoma, hypotension, loss or decrease in distal pulses, vasovagal reaction, or other unexpected reaction. If patient takes Coumadin/Direct Thrombia, call Physician for order to resume. Notify Physician if platelet count less than 110,000.

### Apply Pressure (Discontinued)

| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |
|---|---|
| Ordering user: Listerman, Jennifer, MD 11/06/23 1427 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine Until D/C 11/06/23 1427 - Until Specified | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Listerman, Jennifer, MD (auto-released) 11/6/2023 2:27 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Order comments: For bleeding/hematoma, hold manual pressure to access site and call Physician immediately.

### Bedrest duration post vascular access (Discontinued)

| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |
|---|---|
| Ordering user: Listerman, Jennifer, MD 11/06/23 1427 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine Until D/C 11/06/23 1427 - Until Specified | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Listerman, Jennifer, MD (auto-released) 11/6/2023 2:27 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

#### Questionnaire

| Question | Answer |
|---|---|
| Duration of bedrest | 3 hours |
| Hemostasis Mode | Mynx |

### Tobacco Cessation Education (Discontinued)

| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1427** | Status: **Discontinued** |
|---|---|
| Ordering user: Listerman, Jennifer, MD 11/06/23 1427 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 1 Time 11/06/23 1427 - 1 occurrence | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Listerman, Jennifer, MD (auto-released) 11/6/2023 2:27 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

### Have Patient Sign Consent for Procedure/Blood Products (Discontinued)

| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |
|---|---|
| Ordering user: Listerman, Jennifer, MD 09/26/23 1043 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 1 Time 11/06/23 1225 - 1 occurrence | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Blair, Haley, RN (auto-released) 11/6/2023 12:25 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:            Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Other Orders (continued)**

### Obtain Medical Records (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 09/26/23 1043 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 1 Time 11/06/23 1225 - 1 occurrence | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Blair, Haley, RN (auto-released) 11/6/2023 12:25 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Order comments: If from another facility

### Saline Lock IV (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 09/26/23 1043 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine Until D/C 11/06/23 1225 - Until Specified | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Blair, Haley, RN (auto-released) 11/6/2023 12:25 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

### Vital Signs (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 09/26/23 1043 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine Q4H 11/06/23 1600 - Until Specified | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Blair, Haley, RN (auto-released) 11/6/2023 12:25 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

### Telemetry Monitoring (48 Hours - Continuous) (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 09/26/23 1043 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 48 Hours (Continuous) 11/06/23 1226 - Until Specified | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Blair, Haley, RN (auto-released) 11/6/2023 12:25 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

**Questionnaire**

| Question | Answer |
|---|---|
| Indication | Other(see comments) Comment - Pre Cath |

Order comments: If patient has had an arrhythmia within the past 48 hours, please contact ordering provider prior to discontinuing telemetry.

### Height and Weight (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 09/26/23 1043 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 1 Time 11/06/23 1225 - 1 occurrence | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Blair, Haley, RN (auto-released) 11/6/2023 12:25 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

### List Allergies On Admission Assessment (Discontinued)

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 09/26/23 1043 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 1 Time 11/06/23 1225 - 1 occurrence | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Blair, Haley, RN (auto-released) 11/6/2023 12:25 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:            Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Other Orders (continued)**

**Void On Call To OR (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 09/26/23 1043 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 1 Time 11/06/23 1225 - 1  occurrence | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Blair, Haley, RN (auto-released) 11/6/2023 12:25 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]

**Skin Prep of Groin (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 09/26/23 1043 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 1 Time 11/06/23 1225 - 1  occurrence | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Blair, Haley, RN (auto-released) 11/6/2023 12:25 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Order comments: Per Cath Lab Protocol

**Notify Physician (specify) (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 09/26/23 1043 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 1 Time 11/06/23 1225 - 1  occurrence | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Blair, Haley, RN (auto-released) 11/6/2023 12:25 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Order comments: Call any abnormal labs to Physician. If allergies to IVP dye, call Physician for orders.

**POCT Glucose (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 09/26/23 1043** | Status: **Discontinued** |
| Ordering user: Listerman, Jennifer, MD 09/26/23 1043 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Standard |
| Frequency: Routine 1 Time 11/06/23 1225 - 1  occurrence | Class: Hospital Performed |
| Quantity: 1 | Instance released by: Blair, Haley, RN (auto-released) 11/6/2023 12:25 PM |

Discontinued by: Rx, Auto Xfer/Discharge 11/06/23 2252 [Patient Discharge]
Order comments: If patient is diabetic.

**Activity As Tolerated (Active)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420** | Status: **Active** |
| Mode: Ordering in Per protocol  mode | Communicated by: Bazell, Brandon, RN |
| Ordering user: Bazell, Brandon, RN 11/06/23 1111 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Per protocol |
| Frequency: Routine  11/06/23 - | Class: After Discharge |
| Quantity: 1 | |

**Discharge Diet (Active)**

| | |
|---|---|
| Electronically signed by: **Listerman, Jennifer, MD on 11/06/23 1420** | Status: **Active** |
| Mode: Ordering in Per protocol  mode | Communicated by: Bazell, Brandon, RN |
| Ordering user: Bazell, Brandon, RN 11/06/23 1111 | Ordering provider: Listerman, Jennifer, MD |
| Authorized by: Listerman, Jennifer, MD | Ordering mode: Per protocol |
| Frequency: Routine  11/06/23 - | Class: After Discharge |
| Quantity: 1 | |

**Flowsheets**

**Admission Screen**

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Flowsheets (continued)**

| Row Name | 11/06/23 1218 | 11/06/23 1217 | 11/06/23 1216 | 11/06/23 1212 |
|---|---|---|---|---|
| **Pneumonia Immunization Assessment** | | | | |
| Age of the patient? | — | — | 2 through 64 years old | — |
| Have you been previously immunized for pneumonia? | — | — | No | — |
| Would you like to receive a pneumonia vaccination during this visit? | — | — | No | — |
| **Research Study Participant** | | | | |
| Are you currently involved in a research study? | No | — | — | — |
| **Pressure Injury Present On Admission** | | | | |
| Pressure Injury present on admission? (If present, document as wound LDA) | — | No | — | — |
| **Height and Weight** | | | | |
| Height | — | — | — | 5' 10" (177.8 cm) |
| Height Method | — | — | — | Stated |
| Weight | — | — | — | 83.9 kg (185 lb) |
| Weight Method | — | — | — | Stated |
| BSA (Calculated - sq m) | — | — | — | 2.04 sq meters |
| BMI (Calculated) | — | — | — | 26.5 |
| **Influenza Immunization Assessment** | | | | |
| Have you been previously immunized this flu season? | — | — | No | — |
| **Abuse, Neglect, and Exploitation / Domestic Violence Screening** | | | | |
| Do you currently have a history of being physically, sexually or emotionally harmed by someone caring for you? | — | No | — | — |
| **Stroke Screening** | | | | |
| Are You Being Admitted for any of the Following Symptoms? | None | — | — | — |
| **Distress Management** | | | | |
| Do you currently have cancer or have a history of cancer within the past 5 years? | — | No | — | — |
| **Lung Disease Health Screen** | | | | |
| History of Lung | No | — | — | — |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| Disease | | | | |
| **Respiratory Evaluation** | | | | |
| Respiratory (2 or > need resp. isolation) | — | — | None | — |
| History of Positive TB Test? | — | — | No | — |
| Ever had TB Exposure? | — | — | No | — |
| **Elopement Risk Assessment** | | | | |
| Mobility | — | fully ambulatory | — | — |
| Mental Stability | — | alert & oriented x 3 | — | — |
| Emotional Status | — | happy with current location | — | — |
| History of Elopement Attempts | | no attempts | — | — |
| Behavior Modification | — | no behaviors noted | — | — |
| Medications (antipsychotic, mood altering) | | none of these | — | — |
| Diseases (dementia, any type of mental illness) | — | none of these present | — | — |
| Total (10 or higher = high risk for elopement) | — | 4 | — | — |
| **Nutrition Screening** | | | | |
| Factors affecting nutrition | None | — | — | — |
| Type of food taken | Regular Food | — | — | — |
| Diet Type | regular | — | — | — |
| Fluid Restriction? | No | — | — | — |
| Signs of dehydration? | No | — | — | — |
| **Morse Fall Risk Score** | | | | |
| History of Falling, Immediate or Within 6 Months | — | No | — | — |
| Secondary diagnosis? | — | No | — | — |
| Ambulatory aid? | — | Never walks, walks with help, or has no difficulty ambulating. | — | — |
| IV or IV Access | — | Yes | — | — |
| Weak gait? | — | Normal or non-ambulatory | — | — |
| Mental status? | — | Oriented to own ability. | — | — |
| Morse Fall Risk Score | — | 20 | — | — |
| Fall Level? | — | >50 High Risk - Red | — | — |
| **MRSA Risk Screening** | | | | |
| Have you ever tested positive for MRSA infection or colonization? | — | — | No | — |

---

Printed on 11/16/23  9:51 AM

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Flowsheets (continued)**

### VTE Workflow

| | | | | |
|---|---|---|---|---|
| Ambulation Type | Ambulatory | — | — | — |
| Patient Age | 18-60 | — | — | — |
| Additional Factors | None | — | — | — |
| Patient at Low Risk for VTE? | Patient Low Risk | — | — | — |

### Diabetes Education Screening

| | | | | |
|---|---|---|---|---|
| Does the patient have a new diagnosis of Type 1 or Type 2 diabetes? | No | — | — | — |
| Has the patient recently been prescribed or started on new insulin therapy (oral agents or injectables)? | No | — | — | — |
| Does the patient have uncontolled diabetes with a hemoglobin A1C > 8%? | No | — | — | — |
| Is there a need for diabetic education regarding DKA or any other special learning needs ? | No | — | — | — |

### Self-Administered Insulin Pump

| | | | | |
|---|---|---|---|---|
| Patient has a Self Administered Insulin Pump? | No | — | — | — |

### Norton Scale

| | | | | |
|---|---|---|---|---|
| Physical Condition | — | Good | — | — |
| Mental Condition | — | Alert | — | — |
| Activity | — | Ambulant | — | — |
| Mobility | — | Full | — | — |
| Incontinence | — | Not | — | — |
| Norton Scale Score | — | 20 | — | — |

**Adult Admission Screen**

| Row Name | 11/06/23 1219 | 11/06/23 1218 |
|---|---|---|
| Learning Needs Assessment | | |
| Prefered language to receive healthcare information? | — | English |
| Cultural or religious beliefs that may affect how care and education is provided? | — | No |
| Emotional | — | No |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Flowsheets (continued)**

| | | |
|---|---|---|
| barriers that may affect learning? | | |
| Demonstrates a desire and motivation to learn? | — | Yes |
| Physical or cognitive limitations to learning? | — | No |
| Barriers to communication? | — | No |
| How well does the patient / care giver understand the plan of care and the requirements associated with managing their health? | — | Full understanding of the plan and requirements. |

**Sensory/Cognitive Assessment**

| | | |
|---|---|---|
| Is patient sensory impaired? | No | — |

**ADL Screening**

| | | |
|---|---|---|
| Patient able to complete ADL independently? | Yes | — |
| Extremity strength is age appropriate? | Yes | — |
| Patient ambulates at home | Yes, is independent | — |
| Patient use Oxygen at home? | No | — |

**Discharge Planning**

| | | |
|---|---|---|
| Living Arrangements | Other (Comment) | — |
| Support Systems | Other (See comment) | — |
| Type of Residence | Other (Comment) | — |
| Home Care Services | No | — |
| Patient expects to be discharged to: | prison | |
| Been at any type of rehab care facility in the last 30 days? | No | — |

**Aldrete Score**

| Row Name | 11/06/23 14:23:39 | 11/06/23 14:16:02 | 11/06/23 14:10:46 | 11/06/23 14:05:06 | 11/06/23 13:58:33 |
|---|---|---|---|---|---|
| **Aldrete Score** | | | | | |
| Activity | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command |
| Respiration | Breathes deeply and | Breathes deeply and | Breathes deeply and | Breathes deeply and | Breathes deeply and |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Flowsheets (continued)**

|  | coughs freely | coughs freely | coughs freely | coughs freely | coughs freely |
|---|---|---|---|---|---|
| Circulation | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value |
| Consciousness | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 | Arousable on calling | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 |
| Color | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 |
| Aldrete Score | 10 | 10 | 9 | 10 | 10 |
| **Row Name** | **11/06/23 13:52:13** | **11/06/23 13:43:15** | | | |

**Aldrete Score**

| Activity | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command |
|---|---|---|
| Respiration | Breathes deeply and coughs freely | Breathes deeply and coughs freely |
| Circulation | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value |
| Consciousness | Arousable on calling | Awake, alert, oriented X 4 |
| Color | Pink SpO2 > 94 | Pink SpO2 > 94 |
| Aldrete Score | 9 | 10 |

**Case Mgmt Documentation**

| **Row Name** | **11/07/23 0749** | **11/06/23 1137** |
|---|---|---|
| Case Mgmt Documentation | | |
| Case Status | Case Closed | Case In Progress |

**Cath/Vascular/IR Pre-OP Checklist**

| **Row Name** | **11/06/23 1200** |
|---|---|
| Cath Lab Pre-Op Checklist | |
| Order for Procedure Written | Yes |
| Patient Able to Sign Consent | Yes |
| Blood Consent Signed and on Chart | Yes |
| Name Band on Patient and Identified | Yes |
| Pre-Op Medications Given and Charted | Yes |
| Patient in Gown Only | Yes |
| One Sheet of Stickers on Chart | Yes |
| NPO Except for Medications | Yes |
| Voided Prior to Procedure | Yes |
| Height and Weight Recorded | Yes |

Printed on 11/16/23  9:51 AM

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

### Flowsheets (continued)

| | |
|---|---|
| Labs Complete & MD Notified of Abnormals- CBC, CMP, COVID-19 and INR if on coumadin | Yes |
| IV - 20 g or larger (Bilateral for PPM or ICD) | Yes |
| Hx of Retroperitoneal Bleed | Yes |
| Isolation | Yes (Check for isolation order) |
| Mode of Transport | Bed |

### Custom Formula Data

| Row Name | 11/06/23 1715 | 11/06/23 1700 | 11/06/23 1645 | 11/06/23 1630 | 11/06/23 1615 |
|---|---|---|---|---|---|
| Act Risk Score | | | | | |
| Systolic BP | 0 | 0 | 0 | 0 | 0 |
| Sp02 | 0 | 0 | 0 | 0 | 0 |
| Total Score | 0 | 0 | 0 | 0 | 0 |
| **Row Name** | **11/06/23 1600** | **11/06/23 1530** | **11/06/23 1515** | **11/06/23 1500** | **11/06/23 1445** |
| Act Risk Score | | | | | |
| Systolic BP | 0 | 0 | 0 | 0 | 0 |
| Sp02 | 0 | 0 | 0 | 0 | 0 |
| Total Score | 0 | 0 | 0 | 0 | 0 |
| **Row Name** | **11/06/23 14:23:58** | **11/06/23 14:19:04** | **11/06/23 14:14:10** | **11/06/23 14:09:16** | **11/06/23 14:04:22** |
| Act Risk Score | | | | | |
| Systolic BP | — | 0 | 0 | 0 | 0 |
| Sp02 | 0 | 0 | 0 | 0 | 0 |
| Total Score | 0 | 0 | 0 | 0 | 0 |
| **Row Name** | **11/06/23 13:59:28** | **11/06/23 13:54:34** | **11/06/23 13:49:40** | **11/06/23 13:44:46** | **11/06/23 13:39:52** |
| Act Risk Score | | | | | |
| Systolic BP | 0 | 0 | 0 | 0 | 0 |
| Sp02 | 0 | 0 | 0 | 0 | 0 |
| Total Score | 0 | 0 | 0 | 0 | 0 |
| **Row Name** | **11/06/23 13:39:30** | **11/06/23 1217** | **11/06/23 1212** | **11/06/23 11:53:34** | **11/06/23 1153** |
| Act Risk Score | | | | | |
| Systolic BP | — | — | — | 0 | 0 |
| Glasgow Coma Scale | — | 0 | — | — | — |
| Temperature (F) | — | — | — | 0 | 0 |
| Sp02 | 0 | — | — | 0 | 0 |
| Total Score | 0 | 0 | — | 0 | 0 |
| Temperature (F) | — | — | — | 0 | 0 |
| Glasgow Coma Scale | — | 0 | — | — | — |
| OTHER | | | | | |
| Remaining volume to be infused (enter amount in dose field) | — | — | 2517 mL | — | — |
| Total Bolus Dose (30mL/kg) | — | — | 2517 mL | — | — |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Flowsheets (continued)**

### Daily Care

| Row Name | 11/06/23 1800 | 11/06/23 1700 | 11/06/23 1600 | 11/06/23 1500 | 11/06/23 1435 |
|---|---|---|---|---|---|
| Room Rounds (Pain, Position, Potty, Education) | | | | | |
| Hourly Rounds complete: | Yes | Yes | Yes | Yes | Yes |
| Adult Pain Scale | | | | | |
| In Pain? | No | No | No | No | No |
| Fall Risk Interventions | | | | | |
| Arm Bands On | — | — | — | — | ID;Fall |
| Fall risk armband color applied? | — | — | — | — | Red |
| Activity | | | | | |
| Repositioned | — | — | Turns self | — | — |
| Repositioning Assistance | — | — | Independent | — | — |
| Head of bed elevated | — | — | Self regulated | — | — |
| Heels/Feet | — | — | Foot of bed elevated | — | — |
| ROM Provided | — | — | Per Self | — | — |

| Row Name | 11/06/23 1200 |
|---|---|
| Room Rounds (Pain, Position, Potty, Education) | |
| Hourly Rounds complete: | Yes |
| Adult Pain Scale | |
| In Pain? | No |
| Fall Risk Interventions | |
| Arm Bands On | ID;Fall |
| Fall risk armband color applied? | Red |
| Fall Prevention Interventions | Call light within reach;Overbed table within reach;Bed in lowest position;Bed wheels locked;Siderails up;Nonskid footwear;Appropriate fall bracelet |
| Telemetry | |
| Telemetry | No |
| Isolation Interventions | |
| Isolation | No |
| Activity | |
| Activity | Up ad lib |

### Encounter Vitals

| Row Name | 11/06/23 13:39:30 |
|---|---|
| Enc Vitals | |
| Pulse | 71 |
| Resp | 19 |
| SpO2 | 100 % |

### Head to Toe Assessment

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Flowsheets (continued)**

| Row Name | 11/06/23 1217 |
|---|---|
| **Assessment** | |
| Timepoint | Admission |
| **Neurological** | |
| Neuro (WDL) | Within Defined Limits |
| **Glasgow Coma Scale** | |
| Eye Opening | Spontaneous |
| Best Verbal Response | Oriented |
| Best Motor Response | Obeys commands |
| Glasgow Coma Scale Score | 15 |
| **HEENT** | |
| HEENT (WDL) | Within Defined Limits |
| **Cardiac** | |
| Cardiac (WDL) | Exceptions to WDL  📄 murmur |
| **Peripheral Vascular** | |
| Peripheral Vascular (WDL) | Within Defined Limits |
| **Abdominal** | |
| Abdominal (WDL) | Within Defined Limits |
| **Skin Integrity** | |
| Skin Integrity "Head to Toe" (WDL) | Within Defined Limits |
| **Musculoskeletal** | |
| Mobility Level | Ambulates Independently |
| Musculoskeletal (WDL) | Within Defined Limits |
| **Urine Assessment** | |
| Urine Assessment | Within Defined Limits |
| **Psychosocial** | |
| Psychosocial (WDL) | Within Defined Limits |
| **Columbia Risk Scale** | |
| In the last 30 days, have you had any thoughts or attempts of killing yourself? | No |
| **Skin Color/Condition** | |
| Skin Color/Condition (WDL) | Within Defined Limits |
| **Skin Color/Condition** | |
| Skin Color/Condition (WDL) | Within Defined Limits |
| **Transport Mode** | |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

### 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Mode of Transport | Bed |

**Physician Notification**

| | |
|---|---|
| Physician | Listerman |

**Respiratory**

| | |
|---|---|
| Respiratory (WDL) | Within Defined Limits |

**Hemo Data**

| Row Name | 11/06/23 14:23:58 | 11/06/23 14:19:04 | 11/06/23 14:15:45 | 11/06/23 14:14:10 | 11/06/23 14:12:34 |
|---|---|---|---|---|---|
| Vital Signs | | | | | |
| Pulse | 81 | 74 | — | 79 | — |
| BP | — | 143/91 ⚐ | — | 155/96 ⚐ | — |
| ETCO2 (mmHg) | 35 mmHg | 39 mmHg | — | 13 mmHg | — |
| Oxygen Therapy | | | | | |
| SpO2 | 100 % | 100 % | — | 100 % | — |
| Common Pressure Measurements | | | | | |
| AO Sys | — | — | — | — | 155 mmHg |
| AO Dias | — | — | — | — | 85 mmHg |
| AO Mean | — | — | — | — | 116 mmHg |
| LV Sys | — | — | 131 mmHg | — | — |
| LV Dias | — | — | 3 mmHg | — | — |
| LV EDP | — | — | 11 mmHg | — | — |
| **Row Name** | **11/06/23 14:10:05** | **11/06/23 14:09:16** | **11/06/23 14:07:38** | **11/06/23 14:07:25** | **11/06/23 14:07:05** |
| Vital Signs | | | | | |
| Pulse | — | 72 | — | — | — |
| BP | — | 160/99 ⚐ | — | — | — |
| ETCO2 (mmHg) | — | 31 mmHg | — | — | — |
| Oxygen Therapy | | | | | |
| SpO2 | — | 100 % | — | — | — |
| Common Pressure Measurements | | | | | |
| RA A Wave | — | — | 5 mmHg | — | — |
| RA V Wave | — | — | 4 mmHg | — | — |
| RA Mean | — | — | 3 mmHg | — | — |
| RV Sys | — | — | — | 22 mmHg | 24 mmHg |
| RV Dias | — | — | — | 6 mmHg | 6 mmHg |
| RV EDP | — | — | — | 8 mmHg | 6 mmHg |
| AO Sys | 150 mmHg | — | — | — | — |
| AO Dias | 80 mmHg | — | — | — | — |
| AO Mean | 106 mmHg | — | — | — | — |
| **Row Name** | **11/06/23 14:04:22** | **11/06/23 14:04:12** | **11/06/23 14:03:53** | **11/06/23 14:03:36** | **11/06/23 13:59:28** |
| Vital Signs | | | | | |
| Pulse | 65 | — | — | — | 63 |
| BP | 149/103 ⚐ | — | — | — | 165/121 ⚐ |
| ETCO2 (mmHg) | 35 mmHg | — | — | — | 36 mmHg |
| Oxygen Therapy | | | | | |
| SpO2 | 100 % | — | — | — | 100 % |
| O2 Content | | | | | |
| Systemic Arterial Label | — | — | — | AO | — |
| Systemic Arterial O2 Sat | — | — | — | 100 % | — |
| Systemic Arterial O2 | — | — | — | 190.4 cc/l | — |
| Systemic Venous | — | — | — | PA | — |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Label | | | | | |
| Systemic Venous O2 Saturation | — | — | — | 75 % | — |
| Systemic Venous O2 | — | — | — | 142.8 cc/l | — |
| Pulmonic Arterial Label | — | — | — | PA | — |
| Pulmonic Arterial O2 Saturation | — | — | — | 75 % | — |
| Pulmonic Arterial O2 | — | — | — | 142.8 cc/l | — |
| Pulmonic Venous Label | — | — | — | AO | — |
| Pulmonic Venous O2 Sat | — | — | — | 100 % | — |
| Pulmonic Venous O2 | — | — | — | 190.4 cc/l | — |
| **Cardiac Output** | | | | | |
| Fick Standard Value | — | — | — | 43 | — |
| Fick Cardiac Output | — | — | — | 3.1 l/min | — |
| Fick Cardiac Output Index | — | — | — | 2.79 (l/min)/BSA | — |
| Thermal Standard Value | — | — | — | 63.6 | — |
| Thermal Cardiac Output | — | — | — | 4.58 l/min | — |
| Thermal Cardiac Output Index | — | — | — | 4.13 (l/min)/BSA | — |
| O2 Difference SA-SV | — | — | — | 47.6 cc/min | — |
| O2 Difference PV-PA | — | — | — | 47.6 cc/min | — |
| O2 Difference PV-SV | — | — | — | 47.6 cc/min | — |
| Pulmonary Flow | — | — | — | 4.58 l/min | — |
| Systemic Flow | — | — | — | 4.58 l/min | — |
| Pulmonary Flow Index | — | — | — | 4.13 l/min | — |
| Systemic Flow Index | — | — | — | 4.13 l/min | — |
| Effective Flow Index | — | — | — | 2.79 l/min | — |
| Effective Pulmonary Flow | — | — | — | 3.1 l/min | — |
| **Vascular Resistance** | | | | | |
| PV Resistance | — | — | — | 3.5 HRU | — |
| SV Resistance | — | — | — | 22.51 HRU | — |
| Total PV Resistance | — | — | — | 4.81 HRU | — |
| Total SV Resistance | — | — | — | 23.16 HRU | — |
| PVRI (dyne*sec)/cm5 | — | — | — | 3.88 (dyne*sec)/cm5 | — |
| SVRI (dyne*sec)/cm5 | — | — | — | 24.96 (dyne*sec)/cm5 | — |
| TPVR Index | — | — | — | 5.34 HRUI | — |
| TSVR Index | — | — | — | 25.69 HRUI | — |
| PVR SVR Ratio | — | — | — | 0.16 | — |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

## Flowsheets (continued)

| | | | | | |
|---|---|---|---|---|---|
| TPVR/TSVR Ratio | — | — | — | 0.21 | — |
| **Common Pressure Measurements** | | | | | |
| PA Sys | — | — | 30 mmHg | — | — |
| PA Dias | — | — | 15 mmHg | — | — |
| PA Mean | — | — | 22 mmHg | — | — |
| PW A Wave | — | 7 mmHg | — | — | — |
| PW V Wave | — | 7 mmHg | — | — | — |
| PW Mean | — | 6 mmHg | — | — | — |

| Row Name | 11/06/23 13:54:34 | 11/06/23 13:49:40 | 11/06/23 13:44:46 | 11/06/23 13:39:52 |
|---|---|---|---|---|
| **Vital Signs** | | | | |
| Pulse | 62 | 67 | 66 | 66 |
| BP | **170/107** ⬆ | **174/113** ⬆ | **178/119** ⬆ | **187/117** ⬆ |
| ETCO2 (mmHg) | 35 mmHg | 32 mmHg | 37 mmHg | 37 mmHg |
| **Oxygen Therapy** | | | | |
| SpO2 | 100 % | 100 % | 100 % | 100 % |

### Interfaced Flowsheet Data

| Row Name | 11/06/23 11:53:34 |
|---|---|
| **Vitals** | |
| BP | **150/97** ⬆ |
| Temp | 97.8 °F (36.6 °C) |
| Temp src | Oral |
| Pulse | 65 |
| SpO2 | 100 % |
| **Vitals** | |
| MAP Cuff(mmHg) | 114 |
| **Vital Signs** | |
| BP Location | Left Upper Extremity |
| Patient Position | Lying |
| O2 Delivery | Room air |
| **Oxygen Therapy** | |
| O2 Device | None (Room air) |
| **Oxygen Therapy** | |
| O2 Flow Rate (l/min) | 0 l/min |

### Lines

| Row Name | 11/06/23 1800 | 11/06/23 1600 | 11/06/23 1435 | 11/06/23 1200 |
|---|---|---|---|---|
| [REMOVED] Peripheral IV 11/06/23 Antecubital Right 20 G | | | | |
| IV Properties | Placement Date: 11/06/23 Placement Time: 1220 LDA placed at another facility or EMS?: No  LDA Placed at KDMC?: Med Surg/HVC/Maternal Health Units Inserted by: Haley RN Insertion attempts: 1 Location: Antecubital Orientation (Discrete): Right Size: 20 G Was a Dale armboard applied?: No (Comment) IV Start Kit used?: Yes Ultrasound used?: No (Comment) Hand hygiene performed prior to insertion?: Yes Last assessment date: 11/06/23 Last assessment time: 1835 LDA Removed?: Yes Removed By: Tyler SN Removal Reason: MD order Post Removal Assessment: Catheter intact;No complications | | | |
| Site Assessment | Clean/Dry/Intact | Clean/Dry/Intact | Clean/Dry/Intact | Clean/Dry/Intact |
| Line Status | Infusing | Infusing | Capped | Blood returned;Capped |
| Dressing Status | Clean/Dry/Intact | Clean/Dry/Intact | Clean/Dry/Intact | Clean/Dry/Intact |
| Dressing Intervention | — | — | — | New |
| Hand hygiene prior to LDA | Yes | Yes | Yes | Yes |

| King's Daughters Medical Center | KDMC HOSPITAL<br>2201 Lexington Ave.<br>Ashland KY 41101 | Johnson, John<br>MRN: 926590, DOB: | Sex: M |
|---|---|---|---|

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Flowsheets (continued)**

care?

### Moderate Sedation

| Row Name | 11/06/23 14:23:45 | 11/06/23 14:16:07 | 11/06/23 14:10:52 | 11/06/23 14:05:14 | 11/06/23 13:58:42 |
|---|---|---|---|---|---|
| Sedation Scale | | | | | |
| Sedation Scale for CARDNT | Patient is cooperative, oriented and tranquil | Patient is cooperative, oriented and tranquil | Patient is cooperative, oriented and tranquil | Patient is cooperative, oriented and tranquil | Patient is cooperative, oriented and tranquil |
| **Row Name** | **11/06/23 13:52:21** | **11/06/23 13:43:19** | | | |
| Sedation Scale | | | | | |
| Sedation Scale for CARDNT | Patient is cooperative, oriented and tranquil | Patient is cooperative, oriented and tranquil | | | |

### OB Admission Screen

| Row Name | 11/06/23 1215 |
|---|---|
| Advance Directives (For Healthcare) | |
| Healthcare Directive | No, patient does not have advance directive for healthcare treatment |
| Information on Healthcare Directives Requested | No |
| Pre-existing DNR Order | No |
| Pastoral Care consult requested? | No |
| Next of Kin/ Healthcare Partner | |
| Next of Kin or Health Care Partner Data Obtained? | Yes |
| Next of Kin / Healthcare Partner Name; | prisoner |

### Opioid Sedation Risk Screen

| Row Name | 11/06/23 1219 |
|---|---|
| Sleep Apnea Screen | |
| Does patient have Obstructive Sleep Apnea? | No |
| Risk Factors For Sleep Apnea | DO NOT COMPLETE IF PATIENT HAS OBSTRUCTIVE SLEEP APNEA |
| Do you snore loudly? | No |
| Do you often feel tired or fatigued after you sleep? | No |
| Has anyone ever observed you stop breathing in your sleep? | No |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Do you have or are you being treated for high blood pressure? | Yes |
| Recent BMI (Calculated) | 26.5 |
| Is BMI greater than 35 kg/m2 | 0=No |
| Age older than 50 years old? | 1=Yes |
| Is neck circumference greater than 17 inches (Male) or 16 inches (Female)? | No |
| Gender-Male | 1=Yes |
| Obstructive Sleep Apnea Risk Total Score | 3 |

Opioid Sedation Risk Screening

| | |
|---|---|
| Taking other sedating medications? | No |
| Recent BMI (Calculated) | 26.5 |
| Is BMI greater than 35kg/m2? | 0=No |
| Is age greater than 64? | 0=No |
| Obstructive Sleep Apnea or 3 or More Risk Factors (See questions above) | Yes |
| Respiratory Illness? | No |
| Opioid Naive? | No |

Opioid Sedation Risk Score

| | |
|---|---|
| Opioid Risk Screen Score | 3 |
| Opioid Risk Level | High Risk |

**Pain**

| Row Name | 11/06/23 14:05:18 | 11/06/23 13:43:23 |
|---|---|---|
| Pain 1 | | |
| Patient Currently in Pain | no | no |

**Patient Assessment**

| Row Name | 11/06/23 14:23:49 | 11/06/23 14:16:11 | 11/06/23 14:10:56 | 11/06/23 14:05:23 | 11/06/23 13:58:47 |
|---|---|---|---|---|---|
| Skin Color/Condition | | | | | |
| Skin Condition/Temp | Warm;Dry | Warm;Dry | Warm;Dry | Warm;Dry | Warm;Dry |
| Skin Color | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone |
| Neurological | | | | | |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Flowsheets (continued)**

| Orient/LOC | Within Defined Limits;Alert;Awake; Oriented to person;Oriented to place;Oriented to time | Within Defined Limits;Alert;Awake; Oriented to person;Oriented to place;Oriented to time | Within Defined Limits;Oriented to person;Oriented to place;Oriented to time;Responsive to stimuli;Sedated;Sleeping | Within Defined Limits;Alert;Awake; Oriented to person;Oriented to place;Oriented to time | Within Defined Limits;Alert;Awake; Oriented to person;Oriented to place;Oriented to time |
|---|---|---|---|---|---|

| **Row Name** | **11/06/23 13:52:28** | **11/06/23 13:43:26** | | | |
|---|---|---|---|---|---|
| Skin Color/Condition | | | | | |
| Skin Condition/Temp | Warm;Dry | Warm;Dry | | | |
| Skin Color | Appropriate, even tone | Appropriate, even tone | | | |
| Neurological | | | | | |
| Orient/LOC | Within Defined Limits;Oriented to person;Oriented to place;Oriented to time;Responsive to stimuli;Sedated;Sleeping | Within Defined Limits;Alert;Awake; Oriented to person;Oriented to place;Oriented to time | | | |

**Patient Belongings**

| **Row Name** | **11/06/23 1216** |
|---|---|
| Valuables | |
| Dentures | None |
| Visual Aides | Glasses |
| Hearing Aid | None |
| Jewelry | None |
| Clothing | Footwear;Pants;Shirt |
| Other Valuables | None |
| Multiple Bags? | No |

**Post Cath/Intervention**

| **Row Name** | **11/06/23 1715** | **11/06/23 1700** | **11/06/23 1645** | **11/06/23 1630** | **11/06/23 1615** |
|---|---|---|---|---|---|
| Vitals | | | | | |
| BP | **150/95** ⚠ | **166/96** ⚠ | 160/81 | **155/92** ⚠ | **170/148** ⚠ |
| Pulse | 90 | 95 | 95 | 96 | 98 |
| Resp | 19 | 19 | **23** ⚠ | 16 | 14 |
| SpO2 | 97 % | 100 % | 99 % | 99 % | 100 % |
| **Row Name** | **11/06/23 1600** | **11/06/23 1530** | **11/06/23 1515** | **11/06/23 1500** | **11/06/23 1445** |
| Vitals | | | | | |
| BP | **168/94** ⚠ | **161/97** ⚠ | 162/90 | 139/80 | 145/79 |
| Pulse | 84 | 90 | 81 | 92 | 88 |
| Resp | 18 | 18 | 20 | **21** ⚠ | 18 |
| SpO2 | 99 % | 100 % | 100 % | 99 % | 100 % |
| Cardiac | | | | | |
| Cardiac Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm |
| Incision/Site Assessment | | | | | |
| Incision/Site Location | Right Groin | Right Groin | Right Groin | Right Groin | Right Groin |
| Incision/Site Assessment | Within Defined Limits | Within Defined Limits | Within Defined Limits | Within Defined Limits | Within Defined Limits |
| Distal Pulse Right | Dorsalis Pedis | Dorsalis Pedis | Dorsalis Pedis | Dorsalis Pedis | Dorsalis Pedis |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Location | | | | | |
| Distal Pulse Right Assessment | Palpable | Palpable | Palpable | Palpable | Palpable |
| Dressing Status | Clean;Dry;Intact | Clean;Dry;Intact | Clean;Dry;Intact | Clean;Intact;Dry | Clean;Dry;Intact |
| Level of Consciousness | Alert | Alert | Alert | Alert | Alert |
| Multiple Incisions/Sites? | No | No | No | No | No |
| **Sheath Assessment** | | | | | |
| Timepoint | Post sheath removal | Post sheath removal | Post sheath removal | Post sheath removal | Post sheath removal |
| Stent Placed? | No | No | No | No | No |
| **Hematoma Grading Scale** | | | | | |
| Does Pt. have a hematoma? | No bruising, hematoma or bleeding noted | No bruising, hematoma or bleeding noted | No bruising, hematoma or bleeding noted | No bruising, hematoma or bleeding noted | No bruising, hematoma or bleeding noted |

| Row Name | 11/06/23 1435 |
|---|---|
| **Procedure** | |
| Procedure | LHC |
| **Cardiac** | |
| Cardiac Rhythm | Normal Sinus Rhythm |
| **Incision/Site Assessment** | |
| Incision/Site Location | Right Groin |
| Incision/Site Assessment | Within Defined Limits |
| Distal Pulse Right Location | Dorsalis Pedis |
| Level of Consciousness | Alert |
| Multiple Incisions/Sites? | No |
| **Sheath Assessment** | |
| Timepoint | Post sheath removal |
| PCI Vessel(s) | 0 |
| **Hematoma Grading Scale** | |
| Does Pt. have a hematoma? | No bruising, hematoma or bleeding noted |

**Universal Protocol/ Timeout**

| Row Name | 11/06/23 1200 |
|---|---|
| **Pre-Procedure Verification** | |
| Procedure(s): | Left and right heart cath |
| Dept/Area completing checklist | Pre-Op RN/RRT |
| Verbal Verification with: | Patient |
| Two patient identifiers are confirmed: | Full Name;Date of Birth |
| Patient ID Band applied per policy and verified? | Yes |
| Correct | Patient |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**Flowsheets (continued)**

| | |
|---|---|
| procedure verified by: | |
| Correct Laterality verified by: | N/A |
| Correct site(s) verified by: | N/A |
| Patient's responses verified with relevant data in medical record? | Procedure Scheduling Form |
| Site marked by person performing procedure? | N/A |
| Required blood products, implants, devices, and / or special equipment available? | N/A |

### Vital Signs

| Row Name | 11/06/23 1715 | 11/06/23 1700 | 11/06/23 1645 | 11/06/23 1630 | 11/06/23 1615 |
|---|---|---|---|---|---|
| Vitals Reassessment | | | | | |
| Automatic Restart Vitals Timer | Yes | Yes | Yes | Yes | Yes |

| Row Name | 11/06/23 1600 | 11/06/23 1530 | 11/06/23 1515 | 11/06/23 1500 | 11/06/23 1445 |
|---|---|---|---|---|---|
| Vitals Reassessment | | | | | |
| Automatic Restart Vitals Timer | Yes | Yes | Yes | Yes | Yes |

### Vital Signs Review

| Row Name | 11/06/23 1153 |
|---|---|
| Vitals | |
| Temp | 97.8 °F (36.6 °C) |
| Pulse | 65 |
| BP | 150/97 ⚐ |
| Patient Position | Lying |
| Vital Signs | |
| Temp src | Oral |
| BP Location | Left Upper Extremity |
| Oxygen Therapy | |
| SpO2 | 100 % |
| O2 Delivery | Room air |

### Vital Signs Simple

| Row Name | 11/06/23 13:43:10 |
|---|---|
| Oxygen Therapy | |
| O2 Delivery | Oxygen |
| O2 Device | Nasal Cannula |
| O2 Flow Rate (l/min) | 2 l/min |

King's Daughters Medical Center

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**Flowsheets (continued)**

**SmartForms**

Patient ethnicity: Non-Hispanic

**Patient Race**

Black or African American

**After Visit Summary**

IP After Visit Summary (below)

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**



## DISCHARGE PAPERS

**John Johnson** Date of birth:
Access Center: 606-408-8999

📅 11/6/2023

### Instructions

🩹 Your medications have changed

➡ START taking:
**aspirin**
Start taking on: November 7, 2023

◆ CHANGE how you take:
**hydroCHLOROthiazide**

**lisinopriL** (PRINIVIL)

Review your updated medication list below.

### Your Next Steps

👍 Do

☐ Pick up these medications from any pharmacy with your printed prescription
• aspirin

**Patient Class:** Hospital Ambulatory Surgery

### Discharge Orders
Activity As Tolerated

Discharge Diet

Diet Cardiac

No Heavy Lifting
See d/c instructions

Follow-Up with Dr. Listerman; 2 weeks
Follow-up with Physician
Follow up with whom?:  Dr. Listerman
Follow up when?:  2 weeks

John Johnson (MRN: 926590) • Printed at 11/6/2023  3:27 PM
World-Class Care in Our Communities

Page 1 of 22  **Epic**

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:            Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**After Visit Summary (continued)**



### Future Appointments

**NOV 14** Follow Up Testing with Eric Bronstein, M.D, MD
Tuesday Nov 14, 2023 8:45 AM

KDMS CTSK ASHLAND
613 23RD STREET
SUITE 210
ASHLAND KY 41101-2878
606-326-9847

**NOV 21** KDMS Follow Up Hospital with Jennifer Listerman, M.D, MD
Tuesday Nov 21, 2023 8:20 AM

KDMS CARDIOLOGY ASHLAND
613 23RD ST
SUITE 230
ASHLAND KY 41101-2868
606-324-4745

### Your Latest Vitals

Blood Pressure
143/91

BMI
26.54

Weight
185 lb

Height
5' 10"

Temperature (Oral)
97.8 °F

Pulse
81

Respiration
19

Oxygen Saturation
100%

BSA
2.02 m²

### You are allergic to the following

| Allergen | Reactions |
| --- | --- |
| **Penicillin G** | Anaphylaxis |

### Cardiology Procedures

Ordered
10/10/23 1627 **CARDIAC CATHETERIZATION**

### Surgery Information

| ID | Date/Time | Status | Primary Surgeon | Primary Procedure | Location |
| --- | --- | --- | --- | --- | --- |
| 870984 | 11/6/2023 1315 | Completed | Listerman, Jennifer, MD | Left and right heart cath | HVC CATH LAB |

John Johnson (MRN: 926590) • Printed at 11/6/2023  3:27 PM

Page 2 of 22   **Epic**

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:            Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

## Current Medication List (Do not stop medications unless instructed by your doctor or provider)

### START taking these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed | Given |
|---|---|---|---|---|---|---|
| START **aspirin** 81 mg chewable tablet<br>Start taking on November 7, 2023<br>Take 1 Tablet by mouth Once Daily. | ✓ | | | | | |

### CHANGE how you take these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed | Given |
|---|---|---|---|---|---|---|
| CHANGE **hydroCHLOROthiazide** 25 mg tablet<br>Take 1 Tablet by mouth Once Daily. RESUME TUESDAY 11/7/23<br>What changed? additional instructions | ✓ | | | | | |
| CHANGE **lisinopriL** 40 mg tablet<br>Commonly known as: PRINIVIL<br>Take 1 Tablet by mouth Once Daily. RESUME TUESDAY 11/7/23<br>What changed? additional instructions | ✓ | | | | | |

### CONTINUE taking these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed | Given |
|---|---|---|---|---|---|---|
| **amLODIPine** 10 mg tablet<br>Commonly known as: NORVASC<br>Take 10 mg by mouth Once Daily. | ✓ | | | | | |
| **atorvastatin** 20 mg tablet<br>Commonly known as: LIPITOR<br>Take 20 mg by mouth At bedtime. | | | | ✓ | | |

### Where to pick up your medications

Pick up these medications from any pharmacy with your printed prescription
aspirin

By signing below, I acknowledge the understanding of all discharge instructions and that all personal belongings are in my possession at the time of discharge.

John Johnson (MRN: 926590) • Printed at 11/6/2023  3:27 PM            Page 3 of 22   Epic
World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                 Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

Patient Signature: _____   Date/Time: _____

Nurse Signature: _____   Date/Time: _____

Nurse Signature: _____   Date/Time: _____

MyChart is a great way to stay connected to your medical care at King's Daughters.  You can send a message to your provider, view test results, renew prescriptions and more.  To sign up simply ask a member of our registration team or call our Care 24/7 line at 606-408-8999. You may also utilize the MyChart Activation Code below to enroll at  https://mychart.kdmc.net and click on the Sign Up Now Link.

MyChart Activation Code: 8KT2P-K8NM8-XV3NJ
Expires: 11/25/2023  8:35 AM

Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911.

John Johnson (MRN: 926590) • Printed at 11/6/2023  3:27 PM
World-Class Care in Our Communities

Page 4 of 22   Epic

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

Instructions

AFTER YOUR HEART CATH

1. If you go home the same day as your procedure, go directly home & lie down on a sofa or bed.  Get up only to go to the bathroom the first night.  Apply extra pressure to the catheterization site with your hand whenever you get up or down, cough or sneeze.

2. Remove the dressing the next morning after soaking it in the shower.  Clean site gently with soap & water.  You may use a band-aid for the first 24 hours if you want, but keep clean & dry.  No tub baths x 4 days.

3. Do not engage in any lifting >5 lbs, straining, or strenuous activity x 1 week & no driving x 2 - 3 days.  This is to give the artery time to heal.  You may then gradually increase your activity as tolerated.

4. It is not unusual to feel a small pea-size lump at the site.  You may also experience some bruising & soreness around the site and below it.

5. If you notice, any bleeding, swelling, knots, pain,  or firmness at the site, hold <u>FIRM</u> pressure & call 911.  Do NOT try to drive yourself to the emergency room.

6. Notify your doctor if you notice any fever, or if there is any redness or drainage from the site.

7. Notify your doctor immediately if your leg becomes cold, numb, painful or tingly.  If you are unable to reach your doctor, then go to the emergency room.

**Please follow a Cardiac Heart Healthy Diet and increase your activity as tolerated.**

**Eat a diet with plenty of fresh fruits and vegetables.**

- **You should NOT drive, operate heavy machinary, drink alcohol, or take sleeping or nerve medications for 24 hours unless the doctor instructs you otherwise.**

- **Avoid signing legal papers or making important decisions for 24 hours.**

**Angina**

**GENERAL INFORMATION:**

**What is angina?** Angina is pain, pressure, or tightness that is usually felt in your chest. It is caused by decreased blood flow and oxygen to your heart. If left untreated, angina may get worse, increase your risk of a heart attack, or become life-threatening.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**After Visit Summary (continued)**

### Instructions (continued)



**What increases my risk for angina?**
- You are older than 55 years.
- You are a man.
- You are a woman who smokes and takes birth control pills, or you are in menopause.
- You have diabetes, high blood pressure, high cholesterol, or atherosclerosis (hardening of the arteries).
- You have a heart problem, such as a coronary artery spasm, heart valve disease, or an enlarged heart.
- You have a history of smoking, being around secondhand smoke, or using cocaine.
- You get little exercise or are overweight.

**What other signs and symptoms may I have with angina?** You may feel pressure, tightness, or pain in your neck, jaw, shoulder, or back. You may have pain or numbness in either arm, or discomfort that feels like heartburn. You may have shortness of breath, sweating, or feel fear or anxiety before or during an angina attack.

**How is angina diagnosed?**
- **An EKG** records your heart rhythm and how fast your heart beats. It is also used to look for problems or damage in different areas of the heart.
- **Blood tests** may show if there is damage to your heart. Your caregiver may also use blood tests to get information about your overall health.
- **A stress test** helps caregivers see the changes that take place in your heart while it is under stress. Caregivers may place stress on your heart with exercise or medicine. Ask your caregiver for more information about this test.
- **An echocardiogram** is a type of ultrasound. Sound waves are used to show the structure, movement, and blood vessels of your heart.
- **Cardiac catheterization** is a procedure that uses dye and an x-ray to check the blood flow in your coronary arteries. This can help your caregiver decide how to treat your angina. Sometimes blockages can be treated during a cardiac catheterization.

**How is angina treated?**
- **Medicines:**
  - **Aspirin** may help prevent blood clots by thinning your blood. If you cannot take aspirin, your caregiver can give you a prescription blood thinning medicine instead. Aspirin and other blood thinners may increase your risk of bleeding, including stomach bleeding.
  - **Nitrates** , such as nitroglycerin, open the arteries to your heart so the heart gets more oxygen.

John Johnson (MRN: 926590) • Printed at 11/6/2023  3:27 PM                    Page 6 of 22   *Epic*
World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:            Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

## Instructions (continued)

- **Beta-blockers** cause your heart to beat more slowly and decrease blood pressure. This decreases the amount of oxygen the heart needs. Beta-blockers also help open the blood vessels in the heart.
- **Calcium channel blockers** help relax the muscles in the arteries of the heart, increasing blood flow to the heart.
- **Statins** are used to lower cholesterol levels. This prevents further narrowing of the blood vessels in your heart.

- **Angioplasty and stenting** help open the coronary arteries and allow blood to flow to the heart. Ask for more information about these procedures.
- **Coronary artery bypass graft (CABG)** , or open heart surgery, can improve blood flow to the heart. This will help decrease your chest pain and prevent a heart attack.

**When should I contact my caregiver?**
- You are dizzy or nauseated after you take your medicine.
- You have trouble breathing at rest.
- You have new or worse swelling in your feet or ankles.
- You are bleeding from your gums or nose.
- You have questions or concerns about your condition or care.

**When should I seek immediate care or call 911?**
- **You have any of the following signs of a heart attack:**
  - Squeezing, pressure, or pain in your chest that lasts longer than 5 minutes or returns
  - Discomfort or pain in your back, neck, jaw, stomach, or arm
  - Trouble breathing
  - Nausea or vomiting
  - Lightheadedness or a sudden cold sweat, especially with chest pain or trouble breathing

- You have chest pain that does not go away after you take medicine as directed.
- You lose feeling in your face, arms, or legs, or you suddenly feel weak.
- Your angina is happening more frequently, lasting longer, or causing worse pain.
- You have blood in your urine or bowel movements, or you vomit blood.

**CARE AGREEMENT:**
You have the right to help plan your care. Learn about your health condition and how it may be treated. Discuss treatment options with your caregivers to decide what care you want to receive. You always have the right to refuse treatment. The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.
© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

**Make sure that your doctor is always informed of all medications that are prescribed to you that you are or are not taking.**

Heart Disease and Medication Safety

One of the goals when you take medication for heart disease is to make sure that your medication helps your heart to function as well as possible. Certain medications should be avoided if you have heart disease:

John Johnson (MRN: 926590) • Printed at 11/6/2023  3:27 PM

Page 7 of 22  *Epic*

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**After Visit Summary (continued)**

### Instructions (continued)

**What kind of problems may these medications cause?**

Some medications can make your blood pressure rise **and/or increase heart rate**    placing an extra burden on your heart.

Some medications may interact with your heart disease, which can prevent them from working properly.

Here are common types of medications that can worsen your heart disease.

**Nonsteroidal Anti-Inflammatory Drugs (NSAIDS)**

NSAIDS include both prescriptions and over the counter medications. They are used to relieve pain or reduce inflammation from conditions such as arthritis, headache, or generalized body aches. However NSAIDs can make your body retain fluid and decrease the function of your kidneys. This may cause your blood pressure to rise even higher. The extra fluid and higher blood pressure may cause your heart to work harder.

**Common NSAIDs include:**

Aspirin- If you take aspirin to prevet heart attack or stroke, make          sure that you only take the amount recommended by your doctor.

Ibuprofen- (Motrin, Advil)

Naproxen (Aleve)
Cough and Cold Medications

You may also find NSAIDs in over-the-counter medications for other illnesses, so be sure to check the label for all ingredients. A pharmacist can help you check the label. Ask your doctor if an NSAID is OK for you to use. Your doctor may be able to recommend alternatives, such as acetaminophen (Tylenol).

**Migraine Headache Medications**

Some migraine medications work by tightening blood vessels in your head, which relieves migraine pain. However, the medication also constricts blood vessels throughout your body that can cause your blood pressure to rise, perhaps to dangerous levels. If you have high blood pressure or any type of heart disease, talk with your doctor before taking medication for migraines or severe headaches.

**Weight Loss Medications**

Some weight loss medications may worsen heart disease. Appetite suppressants have a tendency to "rev" up your body. This can lead to higher blood pressures or an increased heart rate that can add stress to your heart.

Other weight loss medications have been shown to have negative effects on the heart.

Before using any weight loss medications, whether prescription or over the counter, be sure to check with your doctor. These medications may do more harm than good.

**Hormone Replacement Therapy (HRT)**

John Johnson (MRN: 926590) • Printed at 11/6/2023 3:27 PM                Page 8 of 22   **Epic**
                        World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

### Instructions (continued)

Estrogen and progesterone in combination or alone are not recommended as a method to decrease the risk of a second heart attack in postmenopausal women. If you were taking hormone therapy prior to your cardiac diagnosis, you need to speak with your physician about the associated risks and benefits before resuming this medication.

**More Tips for Avoiding Medication Problems**

- Give a list of ALL of your medications, both prescription and over-the-counter, to every doctor you visit. IT CAN HELP TO KEEP AN UPDATED LIST WITH YOU AT ALL TIMES.

- Read medication labels before buying over-the-counter preparations. Make sure that the medication does not contain ingredients that could make your heart disease worse, such as NSAIDS, or decongestants. If you are unsure, TALK TO YOUR PHARMACIST.

- Talk to your doctor before using any over-the-counter medications, herbal preparations, vitamins, or other nutritional supplements.

- Be sure to take your medications as prescribed by your doctor. If you have had a heart attack, you remain at a life-long risk for certain complications, such as future heart attack, stroke, rehospitalization, or additional health problems. There are medications that have been proven to help prevent these complications and will need to be continued long-term. Below are some common medications that may reduce your risk of developing these complications.

| Antiplatelets-"Blood Thinners" | Aspirin<br>Plavix (Clopidogrel)<br>Effient (Prasugrel)<br>Brilinta (Ticagrelor)<br><br><br>Coumadin and Lovenox also work to thin your blood and should only be taken as directed with follow up at the coumadin clinic and with your doctor. | These medications can make you bleed easier, longer, and increase the time it takes for your blood to clot. Please take them as prescribed and notify your doctor/ dentist that you are on them. Some of these medications may have to be held for a short time before having certain procedures that involve blood loss. |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

---

## Instructions (continued)

| | | |
|---|---|---|
| Blood Pressure, ACE-Inhibitors (ACE-I), or Angiotensin Receptor Blocker (ARB) | • **Beta Blockers**<br>   -Toporol XL or Lopressor (Metoprolol)<br><br>   -Coreg (Carvedilol)<br><br>   -Tenormin (Atenolol)<br><br>• **ACE-I or ARB**<br><br>   - Zestril (Lisinopril)<br>   - Altace (Ramipril)<br>   -Diovan (Valsartan)<br>   -Cozaar (Losartan)<br><br>Several combinations exist for these classes of medications. | Any of these medications can cause blood pressure changes, changes in heart rate, and dizziness with position changes. Please inform your physician of any side effects and be sure to monitor your blood pressure and heart rate at home. Keep a record of how these medications affect you. |
| Chest Pain-Angina | Nitrostat (Nitroglycerin)*<br>Ranexa (Ranolazine)<br>imdur (Isosorbide mononitrate or   isosorbide dinitrate) | It is important to keep nitroglycerin tablets inside of their glass bottle and out of sunlight to make sure that the medicine works well.<br><br>The most common side effect associated with **Imdur is a headache.** |
| Statins or Cholesterol/Lipid Lowering Medications | Lipitor (Atorvastatin)<br>Crestor (Rosuvastatin)<br>Mevacor (Lovastatin)<br>Pravachol (Pravastatin) | Your doctor will monitor your liver enzymes with use of these medications. Side effects are **leg cramping** and lower cholesterol levels. Let your doctor know about any side effects that occur. |

**Notify your doctor if you have any difficulty taking or obtaining these medications because it could be dangerous for you to not take or to suddenly stop taking them.**

John Johnson (MRN: 926590) • Printed at 11/6/2023  3:27 PM

Page 10 of 22   *Epic*

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:            Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

Instructions (continued)

### Weight Management

**WHAT YOU SHOULD KNOW:**

- Weighing too much is not good for your health. Being overweight increases your risk of health conditions such as heart problems, high blood pressure, type 2 diabetes, and certain types of cancer. Being overweight can also increase your risk for osteoarthritis (os-tee-oh-ahr-THRI-tis) (joint disease), sleep apnea (AP-nee-ah) (abnormal breathing at night) or other respiratory (RES-pir-ah-tohr-ee) (breathing) problems. Being overweight may also cause a person to feel sad or be treated differently by others.
- The best way to lose weight is to eat fewer calories and get regular exercise. Eating more calories than you need will cause you to gain weight. Try to cut down your calories by 500 calories per day. For example, cut down on one soda (about 150 calories), a small bag of regular potato chips (about 150 calories) and one chocolate bar (about 250 calories). For most people, this change will result in a slow weight loss of about one pound a week. Exercise (for example, walk, swim, or bicycle) for at least 30 minutes on most days of the week. You will be more likely to keep weight off if you make lifelong lifestyle changes.
- Aim for a slow, steady weight loss. Losing even a small amount of weight can lower your risk of health problems. Ask your dietitian (deye-e-TISH-an), nutritionist (noo-TRI-shun-ist) or caregiver about a weight loss goal that is right for you.

**AFTER YOU LEAVE:**

**What foods can I eat?** You can eat a variety of foods and lose weight at the same time. Following a healthy diet can help you to eat fewer calories and stay healthy. You may be able stay at a healthy weight if you make this diet a part of your lifestyle. Below are a few ideas for a healthy diet:

- **Eat whole grain foods more often.** A healthy eating plan should contain fiber. Fiber is the part of grains, fruits and vegetables that is not broken down by your body. Whole grain foods are healthy and provide extra fiber in your diet. Some examples of whole grain foods are whole wheat breads and pastas, oatmeal, brown rice and bulgur.
- **Eat a variety of vegetables every day.** Eat dark, leafy greens such as spinach, kale, collard greens and mustard greens. Eat yellow and orange vegetables such as carrots, sweet potatoes, and winter squash. Eat these vegetables along with other types of vegetables because they are good sources of vitamins and minerals.
- **Eat a variety of fruits every day.** Choose fresh or canned fruit (canned in its own juice or lite syrup) instead of juice. Fruit juice has very little or no fiber.
- **Eat low-fat dairy foods.** Drink fat-free (skim) milk or one-percent milk. Eat fat-free yogurt and low-fat cottage cheese. Try low-fat cheeses such as mozzarella or other reduced-fat cheeses.
- **Choose protein foods that are lower in fat.** Choose beans or other legumes such as split peas or lentils. Choose fish, turkey, poultry or leaner cuts of red meat (for example, beef or pork). Before cooking meat or poultry (chicken), cut off any visible fat and remove skin.
- **Use less fats and oils.** Try baking foods instead of frying. Add less fat (margarine, sour cream, regular salad dressing and mayonnaise) to foods. Eat less of high-fat foods. Some examples of high-fat foods are potato chips, french fries, doughnuts and cakes.
- **Eat fewer sweets.** Limit foods and drinks that are high in sugar. Some examples of sweets are candy, cookies, regular soda and sweetened drinks.

**What liquids can I drink?**

- Drink eight (8-ounce) cups of water every day. Follow your caregiver's advice if you must limit the amount of liquid you drink. Make sure that you have water and other low-calorie liquids available all the time.
- Limit fruit juices to one or two small (four-ounce) glasses per day because they are high in calories.
- Limit the amount of alcohol you drink. Alcoholic drinks have extra calories and can make you hungrier than you would have been without them.

John Johnson (MRN: 926590) • Printed at 11/6/2023 3:27 PM

Page 11 of 22   **Epic**

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

## Instructions (continued)

**What are some other ways that I can eat fewer calories?** Below are some other ways that you can decrease the amount of calories that you eat each day:

- **Eat smaller portions.**
  - Use a small plate with smaller servings.
  - Avoid eating second helpings.
  - When you eat at a restaurant, ask for a "to go" box and place half of your meal in the box before eating. This will help you to limit the amount of food you eat at the restaurant.
  - Order one plate at a restaurant and share it with someone else.

- **Replace high-calorie snacks with healthier, low-calorie snacks.**
  - Choose fresh fruit, vegetables, fat-free rice cakes or air-popped popcorn instead of potato chips, nuts or chocolate.
  - Choose water or calorie-free drinks instead of soda or sweetened drinks.

- **Eat regular meals.** Skipping meals can lead to overeating later in the day. Eat a healthy snack in place of a meal if you do not have time to eat regular meals.
- **Do not shop for groceries when you are hungry.** This can cause you to buy foods that are not healthy. Take a grocery list of healthy foods and shop after you have eaten.

**How do I become more physically active?**

- Check with your caregiver first if you have not been exercising. You may hurt yourself if you start your exercise program with intense (heavy) exercise. Work with your caregiver to find an exercise plan that is right for you.
- Exercise at least 30 minutes per day on most days of the week. Some examples of exercise include walking, riding a bicycle, dancing, and swimming.
- Some other ways you can be more active are listed below.
  - Take the stairs instead of the elevator.
  - Park farther away from stores and walk.
  - Walk around the mall.

- Find several types of exercise that you really like and work them into your schedule. Many health clubs have evening and morning hours to help you fit exercise into your day.
- Meet with an exercise "buddy" who will help you stay active.

**What other things should I remember as I try to lose weight?**

- Be aware of situations that may give you the urge to overeat, such as eating while watching television. Find ways to avoid these situations. For example, read a book, go for a walk, or do crafts instead of eating.
- Meet with a weight loss support group or friends who are also trying to lose weight. Talking with others about weight loss will help you stay excited about your weight loss goals. Other people can give you good feedback on your progress.

**CONTACT A CAREGIVER IF:**

- You are gaining weight after making changes to your diet and exercising regularly.
- You have questions about your health, medicine, or this diet.

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:      Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**After Visit Summary (continued)**

Instructions (continued)

### Heart Healthy Diet

**WHAT YOU SHOULD KNOW:**
A heart healthy diet is an eating plan low in total fat, unhealthy fats, and sodium (salt). A heart healthy diet helps decrease your risk for heart disease and stroke. Limit the amount of fat you eat to 25% to 35% of your total daily calories. Limit sodium to less than 2300 mg each day.

**AFTER YOU LEAVE:**
**Healthy fats:** Healthy fats can help improve cholesterol levels. The risk for heart disease is decreased when cholesterol levels are normal. Choose healthy fats, such as the following:

- **Unsaturated fat** is found in foods such as soybean, canola, olive, and sunflower oils. It is also found in soft tub margarine that is made with liquid vegetable oil.
- **Omega-3 fat** is found in certain fish, such as salmon, tuna, and trout and in walnuts and flaxseed.

**Unhealthy fats:** Unhealthy fats can cause unhealthy cholesterol levels in your blood and increase your risk of heart disease. Limit unhealthy fats, such as the following:

- **Cholesterol** is found in animal foods, such as eggs and lobster, and in dairy products made from whole milk. Limit cholesterol to less than 300 milligrams (mg) each day. You may need to limit cholesterol to 200 mg each day if you have heart disease.
- **Saturated fat** is found in fatty meats, such as bacon and hamburger. It is also found in chicken or turkey skin, whole milk, and butter. Limit saturated fat to less than 7% of your total daily calories.
- **Trans fat** is found in packaged foods, such as potato chips and cookies. It is also in hard margarine, some fried foods, and shortening. Avoid trans fats as much as possible.

**Heart healthy foods and drinks to include:** Ask your dietitian or primary healthcare provider (PHP) how many servings to have from each of the following food groups:

- **Whole-grain** breads, cereals, and pastas, brown rice, and low-fat, low-sodium crackers and chips
- **Fruits, vegetables, and juices** with no added salt or are canned in light syrup or fruit juice
- **Low-fat dairy products** , such as nonfat (skim) or 1% milk, cheese, yogurt, and cottage cheese
- **Meats and proteins** , such as lean beef, skinless chicken, legumes, soy products, egg whites, and nuts

**Foods and drinks to limit or avoid:** Ask your dietitian or PHP about these and other foods that are high in unhealthy fat and sodium:

- **Snack or packaged foods** , such as frozen dinners, cookies, macaroni and cheese, and cereals with more than 300 mg of sodium per serving
- **Canned or dry mixes** for cakes, soups, sauces, or gravies
- **Vegetables** that are powdered, such as instant potatoes, are packaged with sauces, or are canned (unless they are low sodium)
- **Whole or 2%** milk, cream cheese, or sour cream, and cheeses with more than 140 mg of sodium per serving
- **High-fat** cuts of beef (t-bone steaks, ribs), egg yolks, chicken or turkey with skin, and organ meats, such as liver
- **Cured or smoked meats** , such as hot dogs and sausage
- **Fats and oils** , such as butter, stick margarine, shortening, and cooking oils such as coconut or palm oil
- **Other foods high in sodium** , such as ketchup, barbecue sauce, salad dressing, pickles, olives, soy sauce, and miso

**Other diet guidelines to follow:**

- **Eat more foods containing omega-3 fats.** Eat fish high in omega-3 fats at least 2 times a week.
- **Limit alcohol.** Too much alcohol can damage your heart and raise your blood pressure. Women should limit alcohol to 1 drink a day. Men should limit alcohol to 2 drinks a day. A drink of alcohol is 12 ounces of beer, 5 ounces of wine, or 1½ ounces of liquor.
- **Choose low-sodium foods.** High-sodium foods can lead to high blood pressure. Add little or no salt to food you prepare. Use herbs and spices in place of salt.
- **Eat more fiber** to help lower cholesterol levels. Eat at least 5 servings of fruits and vegetables each day. Eat 3 ounces of whole-grain foods each day. Legumes (beans) are also a good source of fiber.

John Johnson (MRN: 926590) • Printed at 11/6/2023 3:27 PM

Page 13 of 22   *Epic*

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

## Instructions (continued)

- **Replace sweetened foods and drinks** with those that have no or low sugar added. Ask your dietitian or caregiver which foods and liquids are best for you.

**Lifestyle guidelines:**

- **Do not smoke.** If you smoke, it is never too late to quit. Smoking can lead to problems with your heart and lungs. Ask your caregiver for information if you need help quitting.
- **Exercise regularly** to help you maintain a healthy weight and improve your blood pressure and cholesterol levels. Ask your caregiver about the best exercise plan for you. **Do not start an exercise program without asking your caregiver.**

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

### How to Stop Smoking

**WHAT YOU SHOULD KNOW:**

You will improve your health and the health of others around you if you stop smoking. Your risk of heart and lung disease, cancer, stroke, heart attack, and vision problems will also decrease. You can benefit from quitting no matter how long you have smoked. Quitting may even prolong your life.

**AFTER YOU LEAVE:**

**Prepare to stop smoking:** Nicotine is a highly addictive drug found in cigarettes. Withdrawal symptoms can happen when you stop smoking and make it hard to quit. These include anxiety, depression, irritability, trouble sleeping, and increased appetite. You increase your chances of success if you prepare to quit.

- **Set a quit date.** This will help confirm your decision to stop smoking.
- **Tell friends and family that you plan to quit.** Explain that you may have withdrawal symptoms when you try to quit. Ask them to support you. They may be able to encourage you and help reduce your stress to make it easier for you to quit.
- **Expect it to be hard to quit, but know you can do it.** Smoking is a daily habit that becomes part of your life. Know the triggers that tempt you to smoke, so you can break this habit. Write down a list of these challenges and have a plan to avoid them.
- **Remove all tobacco and nicotine products from your home, car, and workplace.** Also, remove anything else that will tempt you to smoke, such as lighters, matches, or ash trays.

**Tools to help you stop smoking:** You may be able to quit on your own, or you may need to try one or more of the following:

- **Counseling** from trained caregivers will help teach you skills to quit smoking. They will also teach you to manage your withdrawal symptoms and cravings. You may receive counseling from one counselor, in group therapy, or through phone therapy called a quit line.
- **Nicotine replacement therapy (NRT)** such as nicotine patches, gum, or lozenges may help reduce your nicotine cravings and other withdrawal symptoms. You may get these without a doctor's order.
- **Prescription medicines** such as nasal sprays or nicotine inhalers may help reduce your withdrawal symptoms. Other medicines may also be used to reduce your urge to smoke. Ask your primary healthcare provider about these medicines. You may need to start certain medicines 2 weeks before your quit date for them to work well.

**Manage your cravings:**

- **Avoid situations, people, and places that tempt you to smoke.** Go to nonsmoking places, such as libraries or restaurants. Understand what tempts you and try to avoid these things.
- **Keep your hands busy.** Hold things such as a stress ball or pen. Keep lollipops, gum, or toothpicks in your mouth to distract you from your cravings.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                 Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

### Instructions (continued)

- **Avoid alcohol and caffeine.** These drinks may tempt you to smoke. Drink healthy liquids such as water or juice instead.
- **Reward yourself when you resist your cravings.** Rewards will motivate you and help you stay positive.

**Prevent weight gain after you stop smoking:** You may gain a few pounds after you quit smoking. Remember that quitting helps decrease your risk for serious health problems caused by smoking. The following can help you avoid weight gain:

- **Eat healthy foods.** These include fruits, vegetables, whole-grain breads, low-fat dairy products, beans, lean meats, and fish. Eat healthy snacks, such as low-fat yogurt, if you get hungry between meals. Chew sugarless gum. Ask if you need to be on a special diet.
- **Drink water before, during, and between meals.** This will make your stomach feel full and help prevent you from overeating. Ask how much liquid to drink each day and which liquids are best for you.
- **Exercise.** Take a walk or do some kind of exercise every day. Ask what exercise is right for you. This may help reduce your cravings and reduce stress.

**For more support and information:**

- Smokefree.gov
  Phone: 1- 800 - 784-8669
  Web Address: www.smokefree.gov

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

Attached Information                          Moderate Sedation (Discharge Care) (English)

**Moderate Sedation**

**WHAT YOU NEED TO KNOW:**

Moderate sedation, or conscious sedation, is medicine used during procedures to help you feel relaxed and calm. You will be awake and able to follow directions without anxiety or pain. You will remember little to none of the procedure. You may feel tired, weak, or unsteady on your feet after you get sedation. You may also have trouble concentrating or short-term memory loss. These symptoms should go away in 24 hours or less.

**DISCHARGE INSTRUCTIONS:**

**Call 911 or have someone else call for any of the following:**

- You have sudden trouble breathing.

- You cannot be woken.

**Seek care immediately if:**

- You have a severe headache or dizziness.

- Your heart is beating faster than usual.

**Contact your healthcare provider if:**

- You have a fever.

- You have nausea or are vomiting for more than 8 hours after the procedure.

- Your skin is itchy, swollen, or you have a rash.

- You have questions or concerns about your condition or care.

**Self-care:**

- **Have someone stay with you for 24 hours.** This person can drive you to errands and help you do things around the house. This person can also watch for problems.

- **Rest and do quiet activities for 24 hours.** Do not exercise, ride a bike, or play sports. Stand up slowly to prevent dizziness and falls. Take short walks around the house with another person. Slowly return to your usual activities the

John Johnson (MRN: 926590) • Printed at 11/6/2023  3:27 PM                    Page 16 of 22   **Epic**

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

next day.

- **Do not drive or use dangerous machines or tools for 24 hours.** You may injure yourself or others. Examples include a lawnmower, saw, or drill. Do not return to work for 24 hours if you use dangerous machines or tools for work.

- **Do not make important decisions for 24 hours.** For example, do not sign important papers or invest money.

- **Drink liquids as directed.** Liquids help flush the sedation medicine out of your body. Ask how much liquid to drink each day and which liquids are best for you.

- **Eat small, frequent meals to prevent nausea and vomiting.** Start with clear liquids such as juice or broth. If you do not vomit after clear liquids, you can eat your usual foods.

- **Do not drink alcohol or take medicines that make you drowsy.** This includes medicines that help you sleep and anxiety medicines. Ask your healthcare provider if it is safe for you to take pain medicine.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2021 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

---

Attached Information                                        Aspirin (By mouth) (English)

**Aspirin (By mouth)**
**Aspirin (AS-pir-in)**

**Treats pain, fever, and inflammation. May lower risk of heart attack and stroke.**

**Brand Name(s): Adult Low Dose Aspirin, Ascriptin Regular Strength, Bayer Aspirin Children's, Bayer Aspirin Regimen, Bayer Extra Strength, Bayer Genuine Aspirin, Bayer Low Dose, Bufferin, Durlaza, Ecotrin, Ecprin, Enteric Aspirin, Genuine Aspirin, Good Neighbor Pharmacy Aspirin, Halfprin**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
This medicine is not right for everyone. Do not use it if you had an allergic reaction to aspirin or other NSAIDs, or if you have a history of asthma with nasal polyps and rhinitis.

**How to Use This Medicine:**
**Delayed Release Capsule, Long Acting Capsule, Gum, Tablet, Chewable Tablet, Fizzy Tablet, Coated Tablet, Long Acting Tablet, 24 Hour Capsule**

- Your doctor will tell you how much medicine to use. Do not use more than directed.
- It is best to take this medicine with food or milk.
- **Capsule, tablet, or coated tablet:** Swallow whole. Do not crush, break, or chew it.
- **Chewable tablet:** You may chew it completely or swallow it whole.
- **Gum:** Chew completely to make sure you get as much medicine as possible. Drink a full glass (8 ounces) of water after chewing the gum.
- Swallow the extended-release capsule whole. Do not crush, break, or chew it. Take the capsule with a full glass of water at the same time each day.
- Follow the instructions on the medicine label if you are using this medicine without a prescription.
- **Missed dose:** If you miss a dose of **Durlaza™**, skip the missed dose and go back to your regular dosing schedule. Do not take extra medicine to make up for a missed dose.
- Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light.

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Some foods and medicines can affect how aspirin works. Tell your doctor if you are using any of the following:

  - Dipyridamole, methotrexate, probenecid, sulfinpyrazone, ticlopidine
  - Blood thinner (including clopidogrel, prasugrel, ticagrelor, warfarin)
  - Blood pressure medicine
  - Medicine to treat seizures (including phenytoin, valproic acid)
  - NSAID pain or arthritis medicine (including celecoxib, diclofenac, ibuprofen, naproxen)
  - Steroid medicine (including dexamethasone, hydrocortisone, methylprednisolone, prednisolone, prednisone)
- Do not take Durlaza™ 2 hours before or 1 hour after you drink alcohol or take medicines that contain alcohol.

**Warnings While Using This Medicine:**

- Tell your doctor if you are pregnant or breastfeeding. Do not use this medicine during the later part of a pregnancy unless your doctor tells you to.

John Johnson (MRN: 926590) • Printed at 11/6/2023  3:27 PM                    Page 18 of 22   *Epic*
World-Class Care in Our Communities

---

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:            Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

- Tell your doctor if you have kidney disease, liver disease, high blood pressure, heart disease, or a history of stomach bleeding or ulcers.
- This medicine may increase your risk for bleeding, including stomach ulcers.
- Do not give aspirin to a child or teenager who has chickenpox or flu symptoms, unless the doctor says it is okay. Aspirin can cause a life-threatening reaction called Reye syndrome.
- Tell any doctor or dentist who treats you that you are using this medicine. This medicine may affect certain medical test results.
- Keep all medicine out of the reach of children. Never share your medicine with anyone.

**Possible Side Effects While Using This Medicine:**
**Call your doctor right away if you notice any of these side effects:**

- Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
- Bloody or black stools, bloody vomit or vomit that looks like coffee grounds
- Chest tightness, wheezing
- Ringing in the ears
- Severe stomach pain
- Unusual bleeding, bruising, or weakness

**If you notice other side effects that you think are caused by this medicine, tell your doctor.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088**

© Copyright IBM Corporation 2022 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:              Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**After Visit Summary (continued)**

### Where do I go for care...

#### 24/7 Access Center Hotline

Call **King's Daughters Care 24/7** at **606-408-8999** or **1-844-324-2200** anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

#### Doctor's Office or Clinic >>

For common illnesses, minor injuries, and routine health exams, the best place to get care is a doctor's office or clinic. Your healthcare provider can also help you manage your health over time.

**You should make an appointment with your doctor's office for:**

- Common illnesses such as colds, flu, earaches, sore throats, migraines, low-grade fevers, or rashes.
- Minor injuries such as sprains, back pain, minor cuts and burns, broken bones, or eye injuries.
- Regular physicals, prescription refills, vaccinations, and screenings.
- A health problem where you need advice.

*Open during regular business hours. Some offer extended and weekend hours; appointments usually required.*

#### Urgent Care Centers >>

When your healthcare provider is not available, King's Daughters Urgent Care Centers provide attention for non-life threatening medical problems or problems that could become worse if you wait.

**You should go to a KDMC Urgent Care Center for:**

- Common illnesses such as colds, the flu, earaches, sore throats, migraines, fever, or rashes.
- Injuries such as sprains, back pain, cuts and burns, broken bones, or eye injuries.

*The King's Daughters Urgent Care Centers in Kentucky (Ashland, Cannonsburg, Grayson and Russell) and Ohio (Burlington and Ironton) are open 9 a.m. to 9 p.m. Seven days a week. The King's Daughters Urgent Care Center in Portsmouth, Ohio is open 24 hours a day, seven days a week. Appointments are not required.*

#### Hospital Emergency Department >>

You should use a hospital emergency department for very serious or life-threatening problems.

Because emergency department patients are treated in order of severity, they are not the best place to go for common illnesses or minor injuries. Your wait time may be long and your costs will be higher.

If you are experiencing any of the following symptoms, don't wait! Call 9-1-1 or get to your nearest hospital emergency department.

- Chest pain

John Johnson (MRN: 926590) • Printed at 11/6/2023 3:27 PM                    Page 20 of 22   Epic

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)

**After Visit Summary (continued)**

- Severe abdominal pain
- Coughing or vomiting blood
- Severe burns
- Deep cuts or bleeding that won't stop
- Sudden blurred vision
- Difficulty breathing or shortness of breath
- Sudden dizziness, weakness, or loss of coordination or balance
- Numbness in the face, arm, or leg
- Sudden, severe headache (not a migraine)
- Seizures
- High Fevers
- Any other condition you believe is life-threatening

*Open 24 hours a day, 7 days a week, 365 days a year.*

*\* No matter where you go for care, be sure to bring a list of medications you are currently taking.*

### 24/7 Hotline

Call King's Daughters Care 24/7 at 606-408-8999 or 1-844-324-2200 anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

### Suicide Prevention

If you or a loved one is having thoughts of suicide seek help as soon as possible by contacting a mental health professional or by calling the following numbers:
- National Suicide Prevention Lifeline: 1-800-273-TALK (8255)
- Suicide Hotline: 1-800-SUICIDE (1-800-784-2433)
- National Mental Health/Suicide Prevention helpline via TEXT: 988 (send text to 988 if help is needed)
- King's Daughters Medical Center Behavioral Medicine Unit 1-888-446-8255

### Smoking

Surgeon General's Warning: Smoking causes lung cancer, heart disease, emphysema, and may complicate pregnancy. If you smoke, it is vital you stop smoking now!

### COVID Precaution

Due to the ongoing pandemic and increasing community spread, masks are REQUIRED at all King's Daughters facilities. If you have any concerns or questions about masking, please call your provider's office prior to your visit to discuss other options. Thank you for your cooperation.

### COVID Vaccine

John Johnson (MRN: 926590) • Printed at 11/6/2023 3:27 PM

World-Class Care in Our Communities

Page 21 of 22   Epic

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

**After Visit Summary (continued)**

If you or your family member are interested in receiving the COVID 19 vaccine, please call 606-408-COVID to schedule an appointment at King's Daughters Vaccine Clinic.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 11/21/2023 12:16 EST | | | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT) MD/MXR RMD on 11/25/2023 13:53.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 11/21/2023 12:16 EST | | | Facility: | ASH |

**Reviewed by Bloom, Barbara APRN on 11/27/2023 07:25.**

Federal Correctional Institution
Ashland, KY

KING'S
DAUGHTERS
MEDICAL CENTER
Taking Medie as Farther

DISCHARGE PAPERS  # 20257-509

**John Johnson** Date of birth:                                          📅 11/6/2023

Access Center: 606-408-8999

---

Instructions

✎ **Your medications have changed**

➡ START taking:
**aspirin**
Start taking on: **November 7, 2023**

◆ CHANGE how you take:
**hydroCHLOROthiazide**

**lisinopriL** (PRINIVIL)

**Review your updated medication list below.**

---

Your Next Steps

👍 **Do**

☐ Pick up these medications from any pharmacy with your printed prescription
  • aspirin

**Patient Class:** Hospital Ambulatory Surgery

📋 **Discharge Orders**
Activity As Tolerated

Discharge Diet

Diet Cardiac

No Heavy Lifting
   See d/c instructions

Follow-Up with Dr. Listerman; 2 weeks
   Follow-up with Physician
   Follow up with whom?:  Dr. Listerman
   Follow up when?:  2 weeks

## Future Appointments

| | | |
|---|---|---|
| **NOV 14** | **Follow Up Testing with Eric Bronstein, M.D., MD**<br>Tuesday Nov 14, 2023 8:45 AM | KDMS CTSK ASHLAND<br>613 23RD STREET<br>SUITE 210<br>ASHLAND KY 41101-2878<br>606-326-9847 |
| **NOV 21** | **KDMS Follow Up Hospital with Jennifer Listerman, M.D., MD**<br>Tuesday Nov 21, 2023 8:20 AM | KDMS CARDIOLOGY ASHLAND<br>613 23RD ST<br>SUITE 230<br>ASHLAND KY 41101-2868<br>606-324-4745 |

## Your Latest Vitals

| | | | |
|---|---|---|---|
| Blood Pressure<br>**143/91** | BMI<br>**26.54** | Weight<br>**185 lb** | Height<br>**5' 10"** |
| Temperature (Oral)<br>**97.8 °F** | Pulse<br>**81** | Respiration<br>**19** | Oxygen Saturation<br>**100%** |
| BSA<br>**2.02 m²** | | | |

## You are allergic to the following

| Allergen | Reactions |
|---|---|
| **Penicillin G** | Anaphylaxis |

## Cardiology Procedures

Ordered

10/10/23 1627 **CARDIAC CATHETERIZATION**

## Surgery Information

| ID | Date/Time | Status | Primary Surgeon | Primary Procedure | Location |
|---|---|---|---|---|---|
| 870984 | 11/6/2023 1315 | Completed | **Listerman, Jennifer, MD** | **Left and right heart cath** | HVC CATH LAB |

# Current Medication List (Do not stop medications unless instructed by your doctor or provider)

## START taking these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed | Given |
|---|---|---|---|---|---|---|
| **START** **aspirin** 81 mg chewable tablet<br>Start taking on: **November 7, 2023**<br>Take 1 Tablet by mouth Once Daily. | ✔ | | | | | |

## CHANGE how you take these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed | Given |
|---|---|---|---|---|---|---|
| **CHANGE** **hydroCHLOROthiazide** 25 mg tablet<br>Take 1 Tablet by mouth Once Daily. RESUME TUESDAY 11/7/23<br>What changed: **additional instructions** | ✔ | | | | | |
| **CHANGE** **lisinopriL** 40 mg tablet<br>Commonly known as: PRINIVIL<br>Take 1 Tablet by mouth Once Daily. RESUME TUESDAY 11/7/23<br>What changed: **additional instructions** | ✔ | | | | | |

## CONTINUE taking these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed | Given |
|---|---|---|---|---|---|---|
| **amLODIPine** 10 mg tablet<br>Commonly known as: NORVASC<br>Take 10 mg by mouth Once Daily. | ✔ | | | | | |
| **atorvastatin** 20 mg tablet<br>Commonly known as: LIPITOR<br>Take 20 mg by mouth At bedtime. | | | | ✔ | | |

## Where to pick up your medications

 **Pick up these medications from any pharmacy with your printed prescription**

aspirin

By signing below, I acknowledge the understanding of all discharge instructions and that all personal belongings are in my possession at the time of discharge.

## Instructions
### AFTER YOUR HEART CATH

1. If you go home the same day as your procedure, go directly home & lie down on a sofa or bed.  Get up only to go to the bathroom the first night.  Apply extra pressure to the catheterization site with your hand whenever you get up or down, cough or sneeze.

2. Remove the dressing the next morning after soaking it in the shower.  Clean site gently with soap & water.  You may use a band-aid for the first 24 hours if you want, but keep clean & dry.  No tub baths x 4 days.

3. Do not engage in any lifting >5 lbs, straining, or strenuous activity x 1 week & no driving x 2 - 3 days.  This is to give the artery time to heal.  You may then gradually increase your activity as tolerated.

4. It is not unusual to feel a small pea-size lump at the site.  You may also experience some bruising & soreness around the site and below it.

5. If you notice, any bleeding, swelling, knots, pain,  or firmness at the site, hold FIRM pressure & call 911.  Do NOT try to drive yourself to the emergency room.

6. Notify your doctor if you notice any fever, or if there is any redness or drainage from the site.

7. Notify your doctor immediately if your leg becomes cold, numb, painful or tingly.  If you are unable to reach your doctor, then go to the emergency room.

**Please follow a Cardiac Heart Healthy Diet and increase your activity as tolerated.**
**Eat a diet with plenty of fresh fruits and vegetables.**

- **You should NOT drive, operate heavy machinary, drink alcohol, or take sleeping or nerve medications for 24 hours unless the doctor instructs you otherwise.**

- **Avoid signing legal papers or making important decisions for 24 hours.**

## Angina
**GENERAL INFORMATION:**
**What is angina?** Angina is pain, pressure, or tightness that is usually felt in your chest. It is caused by decreased blood flow and oxygen to your heart. If left untreated, angina may get worse, increase your risk of a heart attack, or become life-threatening.

**MYNX**

Date: _____

Deployment Time: _____

Ambulation Time: _____

Deployed By: _____

Lot Number: _____

◯ Artery  ◯ Vein (check one)

◯ Left  ◯ Right (check one)

CardinalHealth   Info: +1 650 864 5473

**▲**
Complete and attach
to patient's chart

**▲**
Attach to sterile dressing

MYNXGRIP VASCULAR CLOSURE DEVICE 6F / 7F

## Patient Information Card

Keep this card with you for 30 days
following your procedure. Please talk
to your doctor if you have any questions
about your post-procedure discharge guidelines.

Patient Name: _John  Johnson_

Physician Name: _Dr. Listerman_

Physician Phone: _606-408-4000_

Procedure Date: _11|6|23_

☑ Artery  ◯ Vein (check one)

◯ Left  ☑ Right (check one)

This patient received MYNX, a synthetic, non-metallic
sealant comprised of polyethylene glycol. MYNX dissolves
within 30 days, leaving nothing permanently behind.

Information:    +1 408 610 6570

CardinalHealth

www.cordislabeling.com
Made in U.S.A

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex:     M | Race: | BLACK |
| Scanned Date: | 11/07/2023 12:18 EST | | Facility: | ASH |

**Reviewed by Dankwa, Vibeke (MAT-M) MD/MXR RMD on 12/15/2023 07:45.**

BP-A0807                    **INFLUENZA VACCINE CONSENT – INMATES** CDFRM
Sep 11

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

*{\*Note: CDC Vaccine Information Statements in multiple languages available at:  www.cdc.gov/vaccines/pubs/vis/}*

I have been provided a copy of the Vaccine Information Statement* for Influenza Vaccine
dated  8/6/21     .  I have had the opportunity to ask questions about the benefits and risks of
vaccination.

☐ **I consent to receive the influenza vaccine at this time.**

    **Health Questions Prior to Influenza Vaccination** *(Check Yes or No)*

| Yes | No | Health Questions |
|-----|-----|------------------|
|  |  | Are you sick today? *(if moderately to severely ill should postpone vaccination)* |
|  |  | Do you have allergy to eggs? |
|  |  | Have you ever had serious reaction to influenza vaccine?  If so, describe: |
|  |  | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
|  |  |  |

☒ **I decline to receive the influenza vaccine at this time.**

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
|  |  | 10-24-23 |

Gary Chaney, RN, QIIC
FCI/FPC Ashland

| (PRINT) Inmate Name (Last, First) | Register Number | Facility |
|-----------------------------------|-----------------|----------|
| JOHNSON, JOHN | 20257-509 | ASH |

Prescribed By P6190

# KDMS Cardiology

613 23rd Street Suite 230 Ashland, KY 41101

PHONE: (606) 324-4745 FAX: (606)327-1167

TO: Michelle

Fax#: 317-282-0555

FROM: Tawnya T. Ext 30115

DATE: 10/2/23

PAGES:____________(INCLUDING COVER SHEET)

COMMENTS or INSTRUCTIONS:

John Johnson D.O.B

office notes and order attached

Thank you!

# Surgical Case Request: Left heart cath, Right heart cath (Order 1756166665)

**Date:** 9/26/2023  **Department:** KDMS CARDIOLOGY ASHLAND

Released By/Authorizing: Listerman, Jennifer, MD (auto-released)

Case Request

## Case Request

### Panel 1

**Providers**

| Provider | Role | Service |
|---|---|---|
| Listerman, Jennifer, MD Primary | | |

**Procedures**

| Procedure | Laterality | Anesthesia | Region |
|---|---|---|---|
| Left heart cath | N/A | | |
| Right heart cath | N/A | | |

Requested date: 10/11/2023
Location: HVC CATH LAB
Patient class: Outpatient
Pre-op diagnoses: Severe mitral regurgitation
Shortness of breath

Procedure ID
SURG01

## Original Order

| Ordered On | Ordered By |
|---|---|
| 9/26/2023 10:43 AM | Listerman, Jennifer, MD |

### Associated Diagnoses

Severe mitral regurgitation - Primary
Shortness of breath

Johnson, John (MRN 926590) DOB:    Encounter Date: 09/26/2023

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Listerman, Jennifer, MD | Listerman, Jennifer, MD | Listerman, Jennifer, MD |

**Attending Provider(s)**
Listerman, Jennifer, MD

## Surgical Case Request: Left heart cath, Right heart cath [17561648]

Electronically signed by: Listerman, Jennifer, MD on 09/26/23 1043    Status: Active
1043
Ordering user: Listerman, Jennifer, MD 09/26/23    Ordering provider: Listerman, Jennifer, MD
Authorized by: Listerman, Jennifer, MD    Ordering mode: Standard
Frequency: 1 Time 09/26/23 1043 - 1 occurrence
Diagnoses
Severe mitral regurgitation [I34.0]
Shortness of breath [R06.02]

## Collection Information

## Priority and Order Details

| Priority | Class |
|---|---|
| Routine | Hospital<br>Performed |

☐ Order-Level Documents:
There are no order-level documents.

☐ Encounter-Level Documents:
There are no encounter-level documents.

☐ Documents for Parent Order — Order Level:
Documents for Parent Order: None found at the order level.

## Order Date/Time and Service

| Order Date | Order Time | Service | Start Date | Start Time | End Date |
|---|---|---|---|---|---|
| 09/26/23 | 1043 | (none) | 09/26/23 | 1043 | 09/26/23 |

## Patient Information

| Patient Name | Legal Sex | DOB | SSN |
|---|---|---|---|
| Johnson, John | Male | | |

## Additional Information

Associated Reports
View Encounter

2805

# Johnson, John

**Listerman, Jennifer, MD**
Physician

Progress Notes
Addendum 

Encounter Date: 9/26/2023

Specialty: Cardiology

---

## Subjective

### Subjective:

**Patient ID:** John Johnson is an 59 y.o. male.

### Chief Complaint:

Chief Complaint
Patient presents with
- Follow-up
- Chest Pain
- Shortness of Breath

HPI: Mr. Johnson has severe symptomatic MR for which he has seen Dr. Bronstein today. He reports shortness of breath and light-headedness have been stable. No chest pain or palpitations. No other new complaints. MVR is planned.

Past Medical History:
- Hypertension

| Diagnosis | Date |
|---|---|

Past Surgical History:
- HX INGUINAL HERNIA REPAIR
  Procedure

*5 years of age.*

| Laterality | Date |
|---|---|
| Left | |

Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| - Heart Disease | Mother | | |
| - Heart Disease | Father | | |
| - Heart Attack | Father | | |

Social History

Socioeconomic History
- Marital status: Divorced
- Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file
Occupational History
- Not on file

**Tobacco Use**

- Smoking status:     Never
- Smokeless tobacco:     Never

Substance and Sexual Activity

- Alcohol use:     Not Currently
- Drug use:     Never
- Sexual activity:     Not on file

Other Topics     Concern

- Not on file

Social History Narrative

- Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

## Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • lisinopril (PRINIVIL) 40 mg tablet | Take 1 Tablet by mouth Once Daily | 90 Tablet | 3 |
| • amLODIPine (NORVASC) 10 mg tablet | Take 10 mg by mouth Once Daily. | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 25 mg tablet | Take 25 mg by mouth Once Daily. | | |

No current facility-administered medications for this visit.

Allergies

| Allergen | Reactions |
|---|---|
| • Penicillin G | Anaphylaxis |

Review of Systems
Constitutional: Negative.
HENT: Negative.
Respiratory: Positive for shortness of breath.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Positive for light-headedness.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

## Objective

**Objective:**
BP 130/90 | Pulse 75 | Resp 18 | Ht 5' 10" (177.8 cm) | Wt 81.7 kg (180 lb 3.2 oz) | SpO2 98% | BMI 25.86 kg/m²

**Physical Exam**

**Constitutional:**
General: He is not in acute distress.
Appearance: He is well-developed.

**HENT:**
Head: Normocephalic and atraumatic.

**Eyes:**
Conjunctiva/sclera: Conjunctivae normal.

**Neck:**
Vascular: No JVD.
Trachea: No tracheal deviation.

**Cardiovascular:**
Rate and Rhythm: Normal rate and regular rhythm.  No extrasystoles are present.
Chest Wall: PMI is not displaced.
Pulses:
Radial pulses are 2+ on the right side and 2+ on the left side.
Posterior tibial pulses are 2+ on the right side and 2+ on the left side.
Heart sounds: S1 normal and S2 normal. Heart sounds not distant. Murmur heard.
Systolic murmur is present with a grade of 3/6.
No diastolic murmur is present.
No friction rub. No S3 or S4 sounds.

**Pulmonary:**
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.

**Chest:**
Chest wall: No tenderness.

**Abdominal:**
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no guarding or rebound.

**Musculoskeletal:**
General: No tenderness.
Cervical back: Normal range of motion.

**Skin:**
General: Skin is warm and dry.

**Neurological:**
Mental Status: He is alert and oriented to person, place, and time.

EKG: See tab (sinus rhythm, rate of 67, short PR interval, minimal criteria for LVH by voltage)

## Assessment/Plan:

| | | |
|---|---|---|
| 1. | **Severe mitral regurgitation** | **12 Lead EKG Same Visit** |
| 2. | Essential hypertension | |
| 3. | Shortness of breath | |

- severe symptomatic MR with MVR planned
- blood pressure mildly above goal but operation anticipated soon so will not adjust
- Cardiac catheterization including right heart cath is recommended to define this patient's prognosis and best therapeutic choice. The nature of the procedure, risks and alternatives have been discussed with the patient who agrees to the same. The patient will be started on antiplatelet agents and IV fluids prior to the procedure. The risks explained include but are not limited to vascular injury, stroke, heart attack, loss of limb, and death
- CMP and CBG prior has been ordered
- questions answered

Follow up: post test - sooner if symptoms/problems

Electronically signed by Listerman, Jennifer, MD at 09/26/23 1046
Electronically signed by Listerman, Jennifer, MD at 09/26/23 1048
Electronically signed by Listerman, Jennifer, MD at 09/26/23 1048

Office Visit on 9/26/2023          *Note shared with patient*

## Additional Documentation

Vitals:    BP 130/90 Pulse 75 Resp 18 Ht 5' 10" (177.8 cm) Wt 81.7 kg (180 lb 3.2 oz) SpO2 98%
           BMI 25.86 kg/m² BSA 2 m²

Flowsheets:    Pain, Depression Screening, Suicide Screening, Vital Signs
SmartForms:    MR PATIENT VISIT EVENTS

## Orders Placed

Basic Metabolic Panel
CBC w/Differential
12 Lead EKG Same Visit (Resulted 9/26/2023)
Surgical Case Request: Left heart cath, Right heart cath ONE TIME

## Medication Changes

As of 9/26/2023 10:38 AM

None

## Visit Diagnoses

Primary: Severe mitral regurgitation I34.0
Essential hypertension I10
Shortness of breath R06.02

2023-10-02 08:04 P 8/17
Case 3:21-cr-00031-BJB-RSE Document 135-4 Filed 09/13/24 Page 288 of 418 PageID #: 2899

Johnson, John (MRN 926590) Printed by Tackett, Tawnya, MA [2001 1351] at 10/2/2023 ... Page 1 of 5

# Johnson, John

MRN: 926590



**Bronstein, Eric, MD**
Physician
Specialty: Cardiothoracic Surgery
Encounter Date: 9/26/2023

Signed
Progress Notes

---

## Subjective

**Subjective:**

**Patient ID:** John Johnson is an 59 y.o. male.

### Chief Complaint:SOB

HPI

59 year old history HTN, presented with complaints exertional SOB and lightheadedness. These symptoms have been occurring over the last 6 months. The symptoms have been stable. TTE performed followed by TEE which demonstrated EF 50-55%, moderate to severe MR, mild TR. Patient referred for evaluation for MVR surgery. Patient denies history MI or CVA.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hypertension | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • HX INGUINAL HERNIA REPAIR | Left | |
| 5 years of age. | | |

Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Heart Disease | Mother | | |
| • Heart Disease | Father | | |
| • Heart Attack | Father | | |

Social History

Socioeconomic History

| • Marital status: | Divorced |
|---|---|
| • Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
• Not on file

Tobacco Use
| • Smoking status: | Never |
|---|---|

**Review of Systems**

Constitutional: Positive for activity change and fatigue.

HENT: Negative.

Eyes: Negative.

Respiratory: Positive for shortness of breath.

Cardiovascular: Positive for chest pain.

Gastrointestinal: Negative.

Endocrine: Negative.

Musculoskeletal: Negative.

Allergic/Immunologic: Negative.

Neurological: Positive for dizziness and weakness.

Hematological: Negative.

Psychiatric/Behavioral: Negative.

**Allergies**

| Allergen | Reactions |
| --- | --- |
| • Penicillin G | Anaphylaxis |

No current facility-administered medications for this visit.

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| • lisinopril (PRINIVIL) 40 mg tablet | Take 1 Tablet by mouth Once Daily. | 90 Tablet | 3 |
| • amLODIPine (NORVASC) 10 mg tablet | Take 10 mg by mouth Once Daily. | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 25 mg tablet | Take 25 mg by mouth Once Daily. | | |

**Social Determinants of Health**

Financial Resource Strain: Not on file

Food Insecurity: Not on file

Transportation Needs: Not on file

Physical Activity: Not on file

Stress: Not on file

Social Connections: Not on file

Intimate Partner Violence: Not on file

Housing Stability: Not on file

Social History Narrative
• Not on file

| | |
| --- | --- |
| Other Topics | Not on file |
| • Sexual activity: | Not on file |
| • Drug use: | Never |
| • Alcohol use: | Concern |

Substance and Sexual Activity
• Smokeless tobacco: Not Currently

• Alcohol use: Never

Johnson, John (MRN 926590) Printed by Tackett, Tanaya, MA [20011351] at 10/2/2023 ... Page 3 of 5

2902

**Objective**

Objective:
BP (i) 170/114 | Pulse 78 | Resp 18 | Ht 5' 10" (177.8 cm) | Wt 83.9 kg (185 lb) | SpO2 98%
| BMI 26.54 kg/m²

**Physical Exam**
Constitutional:
General: He is not in acute distress.
HENT:
Head: Normocephalic.
Eyes:
General: No scleral icterus.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Murmur heard.
Systolic murmur is present with a grade of 3/6.
Comments: SEM radiates to the left axilla.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds. No wheezing.
Abdominal:
General: Abdomen is flat. There is no distension.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy
Cervical: No cervical adenopathy.
Skin:
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time,

I independently reviewed the patients radiological images and discussed my findings with the
patient.

ECHO:
Aortic Valve
The aortic valve is trileaflet.
There is no aortic valvular vegetation.
Trace aortic regurgitation.
Color doppler was used to evaluate the valve
Atria
No left atrial mass or thrombus visualized.
No RA mass or thrombus
The interatrial septum is intact with no evidence for an atrial septal defect.
Description

Johnson, John (MRN 926590)          Encounter Date: 09/26/2023

Moderate to severe eccentric mitral regurgitation

Normal LV systolic function with visually estimated LV EF 50-55%.
Conclusion
Other Measurements & Calculations
Detroit Z-Scores(Vital Signs)
Classic Z-Scores(Vital Signs)
Boston Z-Scores(Vital Signs)
Doppler Measurements & Calculations
MMode 2D Measurements & Calculations

Pulmonary artery and vein are normal as visualized
No mobile plaque seen in the aorta
The aortic root is normal size.
Vessels
Color doppler was used to evaluate the valve
Right ventricular systolic pressure is 27mmHg.
There is mild tricuspid regurgitation.
Tricuspid Valve
TEE Probe # '1'
There is no tricuspid valve vegetation.

TEE Probe #
There is no mass or thrombus in the right ventricle.
The right ventricle is grossly normal size.
Right Ventricle
There is no pulmonic valvular regurgitation.
Pulmonic Valve
Examination was completed in the procedure room.
Exam was performed on 'EPIQ'.
Color flow velocity mapping.
Complete spectral Doppler interrogation
Complete 2D MMode echocardiogram.
Transesophageal Echocardiogram
The exam was diagnostic.
Procedure
There is no pericardial effusion.
Pericardium
Moderate to severe eccentric mitral regurgitation
Color doppler was used to evaluate the valve
There is no vegetation seen on the mitral valve.
Mitral Valve
Normal LV systolic function with visually estimated LV EF 50-55%.
There is no thrombus.
The left ventricle is grossly normal size.
Left Ventricle
No thrombus noted.
Left Atrial Appendage
following sedation. Vital signs and respiratory status are normal.
Post Sedation Cardiology Assessment: The patient is waking up as expected
complications.
Post-Procedure the probe was removed without difficulty. There were no
esophagus. Multiple views were obtained of the heart and great vessels.
achieved, the transesophageal probe was inserted without difficulty into the
Hurricaine spray was used on the pharynx and tongue. Once mild sedation was
Moderate sedation was provided by Dr. 'Listerman'

**Assessment/Plan:**

1. **Severe mitral regurgitation by prior echocardiogram**

Patient with symptomatic severe MR due to posterior leaflet prolapse with EF 50%. Recommend left and right heart cath and mitral valve repair. Case discussed with Dr. Listerman who will arrange for heart cath.

Follow up: after left heart cath.

Electronically signed by Bronstein, Eric, MD at 09/26/23 0933

Office Visit on 9/26/2023     *Note shared with patient*

## Additional Documentation

Vitals:     BP 170/114 ↑ (Abnormal) Pulse 78 Resp 18 Ht 5' 10" (177.8 cm) Wt 83.9 kg (185 lb)
SpO2 98% BMI 26.54 kg/m² BSA 2.02 m²

Flowsheets:     Vital Signs
SmartForms:     MR PATIENT VISIT EVENTS

## Orders Placed

None

## Medication Changes
As of 9/26/2023 9:13 AM

None

## Visit Diagnoses

Primary: Severe mitral regurgitation by prior echocardiogram I34.0

# John Johnson

12 Lead EKG
Order# 1756166 45

Study date: 09/26/2023

Reading physician: Listerman, Jennifer, MD  Ordering physician: Listerman, Jennifer, MD

## Patient Information

| Name | MRN | Description |
|---|---|---|
| John Johnson | 926590 | 59 y.o. male |

## PACS Images

(Link Unavailable) Show Images for 12 Lead EKG Same Visit

## Linked Documents

View Image

KDMS CARDIOLOGY ASHLAND
613 23rd Street, Ashland, KY 41101
Test Date:  2023-09-26

Pat Name:  JOHN JOHNSON        Department:  KD CARD ASHLAND
Patient ID:  926590
Room:
Gender:  Male
Technician:
DOB:
Requested By: JENNIFER LISTERMAN
Order Number: 1756166 45        Reading MD:  Jennifer Listerman MD

### Measurements

**Intervals**

| | | | |
|---|---|---|---|
| Rate: | 67 | P: | 63 |
| PR: | 112 | QRS: | 52 |
| QRSD: | 89 | T: | 6 |
| QT: | 416 | | |
| QTc: | 439 | | |

**Axis**

### Interpretive Statements

SINUS RHYTHM WITH SHORT PR INTERVAL
MINIMAL VOLTAGE CRITERIA FOR LVH, CONSIDER NORMAL VARIANT [MEETS
CRITERIA IN
ONE
OF: R(aVL), S(V1), R(V5), R(aVL), R(V5V6)+S(V1)]
NONSPECIFIC T-WAVE ABNORMALITY
Compared to ECG 07/12/2023 09:08:41
Short PR interval now present
T-wave abnormality now present
Electronically Signed On 9-26-2023 14:37:10 EDT by Jennifer Listerman MD

Transcriptionist:

Read by: Listerman, Jennifer, MD

Electronically Signed By: Jennifer Listerman, MD on 9/26/2023 2:37 PM

Recipient:

Name: Johnson, John Acc#:175616645 MR#:926590

## All Reviewers List

Listerman, Jennifer, MD on 9/26/2023 7:11 PM
Listerman, Jennifer, MD on 9/26/2023 7:11 PM

## Encounter-Level Documents on 09/26/2023:

Document on 9/26/2023 1048 by Kitchen, Patty: After Visit Summary
Electronic signature on 9/26/2023 0939 - E-signed

## Order-Level Documents:

There are no order-level documents.

## Patient-Level Documents:

Electronic signature on 9/8/2023 0910 - 1 of 2 e-signatures recorded
Electronic signature on 3/17/2023 0944 - 1 of 2 e-signatures recorded

## Order Report

12 Lead EKG Same Visit (Order #175616645) on 9/26/23

Case 3:21-cr-00031-BJB-RSE Document 135-4 Filed 06/13/24 Page 295 of 418 PageID #: 2906

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 10/06/2023 12:35 EST | | | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT) MD/MXR RMD on 10/07/2023 16:43.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 10/06/2023 12:35 EST | | | Facility: | ASH |

**Reviewed by Boyd, Terri PA-C on 10/08/2023 16:00.**

**FEDERAL BUREAU OF PRISONS**
**DENTAL SERVICES**
**INVASIVE DENTAL PROCEDURES**

Verified Patient Identification (two required)  _X_ Full Pt Name  _X_ Reg Number  ____Photo ID  ____Armband

Consent Form Explained in:  _X_ English  ____Spanish  ____Other Language _____

You have a right to be informed about your diagnosis, the planned treatment,  the possible risks involved, and alternatives to treatment so that you may make an informed decision as to consenting to undergo the procedure(s) described below:

Procedure:
Extraction (Removal) of Upper Right First Molar (#3) due to abscess.  Procedure will be performed under local anesthesia.

Alternatives to Treatment:
I understand that if this procedure is not performed my condition may worsen resulting in complications including but not limited to:

1. Infection
2. Pain
3. Loss of function

4. Health complications beyond the present problem
5. Other: _____

Possible complications which have been explained to me (circle the number of all that apply):

1. Continued or increased pain.
2. Swelling and infection.
3. Bruising, which may be prolonged, as a result of the procedure or  from the injection of local anesthetic.
4. Injury to adjacent teeth, restorations, or soft tissues.
5. Scarring, tissue necrosis or alteration in appearance.
6. Nerve injury, paresthesia, or residual numbness which may be of undeterminable duration or even permanent.
7. Prolonged bleeding which could require further treatment or intervention.
8. Dry socket (alveolitis-pain occuring for a few days after the extraction).
9. Decision to leave a small piece of tooth root in the jaw when its removal would increase the risk of complications.
10. Maxillary sinus involvement due to upper tooth roots, tooth fragments, or instruments going into the sinus possibly resulting in a small opening (fistula).

11. Bone/jaw fractures may rarely occur, particularly with lower third molars.
12. Sharp ridges or bone splinters which may require additional surgery to smoothen the area.
13. Temporomandibular joint disorder (jaw problem), muscle soreness or restricted opening of the mouth.
14. Loss of tooth or teeth and/or restorations.
15. Fracture of tooth or root and/or restorations.
16. Discoloration of tooth.
17. Perforation of the root or the floor of the pulp chamber.
18. Endodontic file breaking or separating in root canal.
19. Inability to locate, access or fill a canal or canals.
20. Adverse drug reactions or allergies.
21. Rare complications may include nerve or blood vessel injury, allergic or unexpected drug reactions, pneumonia, heart attack, stroke and/or death.
22. Other: _____

I JOHN JOHNSON _____, Register Number _20257-509_, consent to the procedure described above.

**I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THIS DOCUMENT.**
The above information has been explained to me in a language I can understand.  Applicable  alternative treatment approaches have been explained to me.  I am aware of the potential risks and complications associated with the procedure.  I understand that the B.O.P. is not obligated to replace any teeth extracted during or as a result of this procedure and that I should follow the dentist's instructions as to post-operative care taking medications as prescribed.  I voluntarily give this consent and recognize that I can withdraw it at any time prior to the beginning of the procedure.  I have had the opportunity to discuss and ask questions about my treatment and have verified the procedure and site.

| | |
|---|---|
| _____  3 OCT 2023 /0917hs | _____  10/3/23  09:17 am |
| Patient's Signature   Date/Time | Dentist's Signature   Date/Time |

_____  DA  10-3-2023  9:17          Justice, Richard DMD, CDO
Time-Out Witness Name   Date/Time                    Dentist's Name

Carol Layne, DA

**TIME OUT TAKEN TO VERIFY TOOTH/TEETH AND/OR TREATMENT AREA**
Patient asked to indicate in the mouth and on the chart which tooth/teeth to be treated and/or to verify oral area as stated above.
Patient and team members initial that the Time Out was verified:
Patient ____ Date 10/3/2023 Time 0917hs
Dentist ____ Date 10/3/2023 Time 09:17 hs
Witness ____ Date 10-3-2023 Time 9:17

**KDMS CARDIOLOGY ASHLAND**
613 23RD ST
SUITE 230
ASHLAND KY 41101-2868
Phone: 606-324-4745    Fax: 606-324-4941

Date: Sep 8, 2023

Patient Name: **John Johnson**          DOB:
Address: KY-716
ASHLAND KY 41101    Phone: 606-928-6414

#-20257-509

**Rx: lisinopriL (PRINIVIL) 40 mg tablet**

Sig: Take 1 Tablet by mouth Once Daily.
Qty: *90 (Ninety) Tablet*
Refill: 3 (Three)

Dx:
Electronically signed by: *Listerman, Jennifer, MD*
DEA # : FL2259819 (Kentucky)

16018 0
014

Federal Correctional Institution
Ashland, KY

# AFTER VISIT SUMMARY

**KING'S DAUGHTERS MEDICAL CENTER**

**John Johnson** DoB:          📅 9/26/2023 10:10 AM  📍 KDMS CARDIOLOGY ASHLAND 606-324-4745

## Instructions from Jennifer Listerman, M.D., MD

### Labs ordered today
Basic Metabolic Panel
Please complete by 9/26/2023

CBC w/Differential
Please complete by 9/26/2023

### Return in about 4 weeks
(around 10/24/2023).

## What's Next
You currently have no upcoming appointments scheduled.

 MyChart is a great way to stay connected to your medical care at King's Daughters. You can send a message to your provider, view test results, renew prescriptions and more. To sign up simply ask a member of our registration team or call our Care 24/7 line at 606-408-8999. You may also utilize the MyChart Activation Code below to enroll at https://mychart.kdmc.net and click on the Sign Up Now Link.

MyChart Activation Code: 8KT2P-K8NM8-XV3NJ
Expires: 11/25/2023  9:35 AM

Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911.

## Today's Visit

You saw Jennifer Listerman, M.D., MD on Tuesday September 26, 2023. The following issues were addressed: Leaky mitral heart valve, High blood pressure, and Shortness of breath.

**Blood Pressure** 130/90

**BMI** 25.86

**Weight** 180 lb 3.2 oz

**Height** 5' 10"

**Pulse** 75

**Respiration** 18

**Oxygen Saturation** 98%

### Done Today
12 Lead EKG Same Visit for Leaky mitral heart valve

***"World-Class Care in Our Communities"***

# Changes to Your Medication List

ⓘ **Accurate as of September 26, 2023 10:48 AM.**
If you have any questions, ask your nurse or doctor.

## CONTINUE taking these medications

**amLODIPine** 10 mg tablet
Commonly known as: NORVASC

**hydroCHLOROthiazide** 25 mg tablet
Commonly known as: HYDRODIURIL

**lisinopriL** 40 mg tablet                                Take 1 Tablet by mouth Once Daily.
Commonly known as: PRINIVIL

## Where do I go for care...

## 24/7 Access Center Hotline

Call **King's Daughters Care 24/7** at **606-408-8999** or **1-844-324-2200** anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

## Doctor's Office or Clinic >>

For common illnesses, minor injuries, and routine health exams, the best place to get care is a doctor's office or clinic. Your healthcare provider can also help you manage your health over time.

**You should make an appointment with your doctor's office for:**

- Common illnesses such as colds, flu, earaches, sore throats, migraines, low-grade fevers, or rashes.
- Minor injuries such as sprains, back pain, minor cuts and burns, broken bones, or eye injuries.
- Regular physicals, prescription refills, vaccinations, and screenings.
- A health problem where you need advice.

*Open during regular business hours. Some offer extended and weekend hours; appointments usually required.*

## Urgent Care Centers >>

When your healthcare provider is not available, King's Daughters Urgent Care Centers provide attention for non-life threatening medical problems or problems that could become worse if you wait.

**You should go to a KDMC Urgent Care Center for:**

# Johnson, John

MRN: 926590

 **Listerman, Jennifer, MD**
Physician
Specialty: Cardiology

Progress Notes
Addendum

Encounter Date: 9/26/2023

## Subjective

**Subjective:**

**Patient ID:** John Johnson is an 59 y.o. male.

**Chief Complaint:**
Chief Complaint
Patient presents with
- Follow-up
- Chest Pain
- Shortness of Breath

HPI: Mr. Johnson has severe symptomatic MR for which he has seen Dr. Bronstein today. He reports shortness of breath and light-headedness have been stable. No chest pain or palpitations. No other new complaints. MVR is planned.

Past Medical History:

| Diagnosis | Date |
|---|---|
| - Hypertension | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| - HX INGUINAL HERNIA REPAIR<br>  *5 years of age.* | Left | |

Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| - Heart Disease | Mother | | |
| - Heart Disease | Father | | |
| - Heart Attack | Father | | |

Social History

Socioeconomic History
- Marital status:               Divorced
- Spouse name:                Not on file
- Number of children:        Not on file
- Years of education:         Not on file
- Highest education level:   Not on file
Occupational History
- Not on file

Johnson, John (MRN 926590)                                     Encounter Date: 09/26/2023

Tobacco Use
- Smoking status:                  Never
- Smokeless tobacco:               Never

Substance and Sexual Activity
- Alcohol use:                     Not Currently
- Drug use:                        Never
- Sexual activity:                 Not on file

Other Topics                       Concern
- Not on file

Social History Narrative
- Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| lisinopriL (PRINIVIL) 40 mg tablet | Take 1 Tablet by mouth Once Daily. | 90 Tablet | 3 |
| amLODIPine (NORVASC) 10 mg tablet | Take 10 mg by mouth Once Daily. | | |
| hydroCHLOROthiazide (HYDRODIURIL) 25 mg tablet | Take 25 mg by mouth Once Daily. | | |

No current facility-administered medications for this visit.

Allergies

| Allergen | Reactions |
|---|---|
| Penicillin G | Anaphylaxis |

Review of Systems
Constitutional: Negative.
HENT: Negative.
Respiratory: Positive for shortness of breath.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Positive for light-headedness.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**Objective**

**Objective:**
BP 130/90 | Pulse 75 | Resp 18 | Ht 5' 10" (177.8 cm) | Wt 81.7 kg (180 lb 3.2 oz) | SpO2 98% | BMI 25.86 kg/m²

**Physical Exam**
Constitutional:
   General: He is not in acute distress.
   Appearance: He is well-developed.
HENT:
   Head: Normocephalic and atraumatic.
Eyes:
   Conjunctiva/sclera: Conjunctivae normal.
Neck:
   Vascular: No JVD.
   Trachea: No tracheal deviation.
Cardiovascular:
   Rate and Rhythm: Normal rate and regular rhythm.  No extrasystoles are present.
   Chest Wall: PMI is not displaced.
   Pulses:
     Radial pulses are 2+ on the right side and 2+ on the left side.
     Posterior tibial pulses are 2+ on the right side and 2+ on the left side.
   Heart sounds: S1 normal and S2 normal. Heart sounds not distant. Murmur heard.
 Systolic murmur is present with a grade of 3/6.
 No diastolic murmur is present.
 No friction rub. No S3 or S4 sounds.
Pulmonary:
   Effort: Pulmonary effort is normal. No respiratory distress.
   Breath sounds: Normal breath sounds. No wheezing or rales.
Chest:
   Chest wall: No tenderness.
Abdominal:
   General: Bowel sounds are normal. There is no distension.
   Palpations: Abdomen is soft.
   Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
Musculoskeletal:
   General: No tenderness.
   Cervical back: Normal range of motion.
Skin:
   General: Skin is warm and dry.
Neurological:
   Mental Status: He is alert and oriented to person, place, and time.


EKG: See tab (sinus rhythm, rate of 67, short PR interval, minimal criteria for LVH by voltage)

Johnson, John (MRN 926590)                                    Encounter Date: 09/26/2023

**Assessment/Plan:**

1.  **Severe mitral regurgitation**                    **12 Lead EKG Same Visit**

2.  Essential hypertension

3.  Shortness of breath


- severe symptomatic MR with MVR planned
- blood pressure mildly above goal but operation anticipated soon so will not adjust
- Cardiac catheterization including right heart cath is recommended to define this patient's prognosis and best therapeutic choice. The nature of the procedure, risks and alternatives have been discussed with the patient who agrees to the same. The patient will be started on antiplatelet agents and IV fluids prior to the procedure. The risks explained include but are not limited to vascular injury, stroke, heart attack, loss of limb, and death
- CMP and CBC prior has been ordered
- questions answered

Follow up: post test  - sooner if symptoms/problems



Electronically signed by Listerman, Jennifer, MD at 09/26/23 1046
Electronically signed by Listerman, Jennifer, MD at 09/26/23 1048
Electronically signed by Listerman, Jennifer, MD at 09/26/23 1048


Office Visit on 9/26/2023     *Note shared with patient*

## Additional Documentation

Vitals:     BP 130/90 Pulse 75 Resp 18 Ht 5' 10" (177.8 cm) Wt 81.7 kg (180 lb 3.2 oz) SpO2 98%
            BMI 25.86 kg/m² BSA 2 m²

Flowsheets:  Pain, Depression Screening, Suicide Screening, Vital Signs
SmartForms:  MR PATIENT VISIT EVENTS


## Orders Placed

Basic Metabolic Panel
CBC w/Differential
12 Lead EKG Same Visit (Resulted 9/26/2023)
Surgical Case Request: Left heart cath, Right heart cath ONE TIME


## Medication Changes
As of 9/26/2023 10:38 AM

None

## Visit Diagnoses

Primary: **Severe mitral regurgitation** I34.0
Essential hypertension I10
Shortness of breath R06.02

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 09/28/2023 09:33 EST | | | Facility: | ASH |

**Reviewed by Dankwa, Vibeke (MAT) MD/MXR RMD on 10/07/2023 16:45.**

Attention: Michelle

I have attached a request for consult for Cardiothoracic Surgery for Mitral Valve. Patient had seen Dr. Listerman in cardiology and she's the referring.

Please contact our office to schedule at (606)326-9847

Thank You

# Johnson, John

MRN: 926590

| | | |
|---|---|---|
|  | **Listerman, Jennifer, MD** | Encounter Date: 9/8/2023 |
| | Physician | |
| | Specialty: Cardiology | |
| | Progress Notes Signed | |

## Subjective

**Subjective:**

**Patient ID:** John Johnson is an 59 y.o. male.

**Chief Complaint:**

Chief Complaint
Patient presents with
- Follow-up

HPI Mr. Johnson was referred due to hypertension and murmur heard on exam. He has moderate to severe mitral regurgitation on TEE as below. He reports stable chest pain (left sided to central chest pain, sometimes radiates to arm, lasts minutes to hours, nothing triggers/makes better/makes worse, not related to exertion), No dyspnea or edema. . He denies dyspnea. He denies edema.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hypertension | |

No past surgical history on file.

**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Heart Disease | Mother | | |
| • Heart Disease | Father | | |

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Divorced |
| • Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
- Not on file

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |

2023-09-19 09:39 CTO SURGEONS OF KY 6063243218 #3/9

Case 6:23-cr-00031-BJB-RSE Document ... Filed 09/11/23 Page 310 of 418 PageID #: ...

**Objective**

**Objective:**

**Review of Systems**
Constitutional: Negative.
HENT: Negative.
Respiratory: Negative.
Cardiovascular: Positive for chest pain.
Gastrointestinal: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**Allergies**

| Allergen | Reactions |
| --- | --- |
| • Penicillin G | Anaphylaxis |

No current facility-administered medications for this visit.

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| • amLODIPine (NORVASC) 10 mg tablet | Take 10 mg by mouth Once Daily. | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 25 mg tablet | Take 25 mg by mouth Once Daily. | | |
| • lisinopril (PRINIVIL) 20 mg tablet | Take 1 tablet by mouth Once Daily. | 30 Tablet | 3 |

**Social Determinants of Health**
Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

| Other Topics | Concern |
| --- | --- |
| • Sexual activity: | Not on file |

Social History Narrative
• Not on file

BP 162/88 | Pulse 70 | Resp 18 | Ht 5' 10" (177.8 cm) | Wt 83.5 kg (184 lb) | SpO2 97% |
BMI 26.40 kg/m²

**Physical Exam**

Constitutional:
General: He is not in acute distress.
Appearance: He is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
Conjunctiva/sclera: Conjunctiva normal.
Neck:
Vascular: No JVD.
Trachea: No tracheal deviation.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm. No extrasystoles are present.
Chest Wall: PMI is not displaced.
Pulses:
Radial pulses are 2+ on the right side and 2+ on the left side.
Posterior tibial pulses are 2+ on the right side and 2+ on the left side.
Heart sounds: S1 normal and S2 normal. Heart sounds not distant. Murmur heard.
Systolic murmur is present with a grade of 2/6.
No diastolic murmur is present.
No friction rub. No S3 or S4 sounds.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Chest:
Chest wall: No tenderness.
Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
Musculoskeletal:
General: No tenderness.
Cervical back: Normal range of motion.
Skin:
General: Skin is warm and dry.
Neurological:
Mental Status: He is alert and oriented to person, place, and time.

TEE:
Aortic Valve
The aortic valve is trileaflet.
There is no aortic valvular vegetation.
Trace aortic regurgitation.
Color doppler was used to evaluate the valve
Atria
No left atrial mass or thrombus visualized.
No RA mass or thrombus
The interatrial septum is intact with no evidence for an atrial septal defect.
Description

Moderate sedation was provided by Dr. 'Listerman'
Hurricaine spray was used on the pharynx and tongue. Once mild sedation was
achieved, the transesophageal probe was inserted without difficulty into the
esophagus. Multiple views were obtained of the heart and great vessels.
Post-Procedure the probe was removed without difficulty. There were no
complications.
Post Sedation Cardiology Assessement: The patient is waking up as expected
following sedation. Vital signs and respiratory status are normal.

Left Atrial Appendage
No thrombus noted.

Left Ventricle
The left ventricle is grossly normal size.
There is no thrombus.
Normal LV systolic function with visually estimated LV EF 50-55%.

Mitral Valve
There is no vegetation seen on the mitral valve.
Color doppler was used to evaluate the valve
Moderate to severe eccentric mitral regurgitation

Pericardium
There is no pericardial effusion.

Procedure
The exam was diagnostic.
Transesophageal Echocardiogram
Complete 2D MMode echocardiogram.
Complete spectral Doppler interrogation
Color flow velocity mapping.
Exam was performed on 'EPIQ'
Examination was completed in the procedure room.

Pulmonic Valve
There is no pulmonic valvular regurgitation.

Right Ventricle
The right ventricle is grossly normal size.
There is no mass or thrombus in the right ventricle.

TEE Probe #
TEE Probe # '1'.

Tricuspid Valve
There is no tricuspid valve vegetation.
There is no mild tricuspid regurgitation.
Right ventricular systolic pressure is 27mmHg.
Color doppler was used to evaluate the valve

Vessels
The aortic root is normal size.
No mobile plaque seen in the aorta
Pulmonary artery and vein are normal as visualized
MMode 2D Measurements & Calculations
Doppler Measurements & Calculations
Boston Z-Scores(Vital Signs)
Classic Z-Scores(Vital Signs)
Detroit Z-Scores(Vital Signs)
Other Measurements & Calculations

Conclusion
Normal LV systolic function with visually estimated LV EF 50-55%.
Moderate to severe eccentric mitral regurgitation

**Aortic Valve**
The aortic valve is grossly normal.
The aortic valve is trileaflet.
Trace aortic regurgitation.
No aortic stenosis

**Atria**
The left atrial volume index is 'mildly enlarged (35-41 ml/m2).'.
Right atrial size is normal.
Injection of contrast documented no interatrial shunt.

**Diastology**
A variety of Doppler measurements indicate normal left ventricular diastolic function.

**Great Vessels**
The aortic root is normal size.
The aorta at the Sinuses of Valsalva is '3.4' cm in diameter.
The IVC has a measurement of '1.76' cm.

**Left Ventricle**
The left ventricular end-diastolic dimension is 'normal for men (4.2-5.8cm).'.
There is moderate concentric left ventricular hypertrophy.
Global longitudinal strain is - '17.9' %
Left ventricular ejection fraction is '>60%' based on biplane method.
which is 'abnormal'.
The left ventricular wall motion is normal.

**Mitral Valve**
Mitral valve leaflets appear thickened.
There is no mitral valve stenosis.
The mitral regurgitant jet is eccentrically directed.
Atleast moderate MR

**Pericardium/Pleural**
There is no pericardial effusion.
There is no pleural effusion.

**Procedure**
The exam was of good technical quality.
Complete 2D M/Mode echocardiogram.
Complete spectral Doppler interrogation
Color flow velocity mapping.
Exam was performed on 'EPIQ'.
Examination was completed in the department.

**Pulmonic Valve**
The pulmonic valve is not well visualized.
There is no pulmonic valvular stenosis.
Trace pulmonic valvular regurgitation.

**Right Ventricle**
The right ventricle is normal size.
The right ventricle is not well visualized.
The estimated global right ventricular systolic function based upon the tricuspid annular plane of systolic exursion (TAPSE) is 'reduced <17mm.'
The estimated global right ventricular systolic function based upon the TDE maximal myocardial systolic velocity S' is 'normal >10 cm/s.'

Johnson, John (MRN 926590) Printed by [redacted] at 6/11/2023 9:27 AM

Johnson, John (MRN 926590)                                      Encounter Date: 09/08/2023

Tricuspid Valve
The tricuspid valve is grossly normal.
There is no tricuspid stenosis.
There is mild tricuspid regurgitation.
Doppler Measurements & Calculations
MMode 2D Measurements & Calculations
Boston Z-Scores(Vital Signs)
Classic Z-Scores(Vital Signs)
Detroit Z-Scores(Vital Signs)
Other Measurements & Calculations
Conclusion
LVEF >60%. MV leaflets appear thickened and there is eccentric MR that
appears to be atleast moderate but may be underestimated in this study.

Recommend TEE or CMR for further quantification of MR if clinically indicated.

Assessment/Plan:

1.  **Mitral valve insufficiency, unspecified**
    **etiology**

2.  Essential hypertension

3.  Atypical chest pain

- Discussed cardiac test results as above including test limitations.
- Will refer to CTS for opinion regarding MR. Discussed this with him
- Anticipate cardiac catheterization if repair/replacement considered. Discussed this with Mr.
  Johnson including risks/benefits/alternatives/limitations. ( Cardiac catheterization  to define
  this patient's prognosis and best therapeutic choice discussed. The nature of the procedure,
  risks and alternatives have been discussed with the patient. The risks explained include but are
  not limited to vascular injury, stroke, heart attack, loss of limb, and death ). He expressed
  understanding and willingness to have cath if needed for pre surgical repair/replacement
- Blood pressure above goal today, increasing lisinopril to 40. Discussed risks/benefits need for
  lab monitoring. Ordered CMP this and CMP

Follow up:  Post CTS evaluation

Electronically signed by Listerman, Jennifer, MD at 09/08/23 1005

*Office Visit on 9/8/2023   Note shared with patient*

## Additional Documentation

Johnson, John (MRN 926590)                                          Encounter Date: 09/08/2023

**Vitals:** BP 162/88 Pulse 70 Resp 18 Ht 5' 10" (177.8 cm) Wt 83.5 kg (184 lb) SpO2 97%
BMI 26.40 BSA 2.02 m²

**Flowsheets:** Vital Signs

**SmartForms:** MR PATIENT VISIT EVENTS

## Orders Placed

Comprehensive Metabolic Panel
Ambulatory Referral to Cardiothoracic Surgery Incomplete

## Medication Changes

As of 9/8/2023 10:04 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Changed: lisinopril (PRINIVIL) 40 mg tablet | 3 | 9/8/2023 | |
| Take 1 Tablet by mouth Once Daily. - Oral | | | |
| Previously: 20 mg Oral DAILY | | | |

## Visit Diagnoses

Primary: Mitral valve insufficiency, unspecified etiology I34.0
Essential hypertension I10
Atypical chest pain R07.89

Johnson, John (MRN 926590) Printed by T600001476829 9/11/2023 9:27 AM

Page 1 of 1

Johnson, John (MRN 926590)

# Ambulatory Referral to Cardiothoracic Surgery
## [REF13] (Order 17561642)

Outpatient Referral

Date: 9/8/2023  Department: Kd Card Ashland  Ordering/Authorizing: Listerman, Jennifer, MD

### Administration Details

(i) The administrations shown are only for this specific order and not for other orders for the same medication that may be in this encounter.

No Administrations
Recorded

### Order Providers

| Authorizing | Encounter |
| --- | --- |
| Listerman, Jennifer | Listerman, Jennifer |

### Associated Diagnoses

Mitral valve insufficiency, unspecified etiology - Primary

Essential hypertension

Atypical chest pain

### Additional Information

Associated Reports

View Encounter

Priority and Order Details

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: | BLACK |
| Scanned Date: | 09/25/2023 13:40 EST | | Facility: | ASH |

**Reviewed by Boyd, Terri PA-C on 09/28/2023 15:56.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: | BLACK |
| Scanned Date: | 09/25/2023 13:40 EST | | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT) MD/MXR RMD on 10/07/2023 16:43.**

**#20257-509**

+

**KING'S DAUGHTERS MEDICAL CENTER**
*Taking Medicine Home*

# AFTER VISIT SUMMARY

**John Johnson** DoB:          📅 9/8/2023 9:00 AM   📍 KDMS CARDIOLOGY ASHLAND 606-324-4745

## Instructions from Jennifer Listerman, M.D., MD


### Today's medication changes

◆ **CHANGE how you take:**
**lisinopriL (PRINIVIL)**
Changed by: Jennifer Listerman, M.D., MD

♺ **CONTINUE taking your other medications**
Review your updated medication list below.

Accurate as of September 8, 2023 10:06 AM.


### Ask your doctor where to pick up these medications
• lisinopriL 40 mg tablet


### Ambulatory Referral to Cardiothoracic Surgery
Expires 9/7/2024 (requested)          Hospital Will Call To Schedule

### Labs ordered today
Comprehensive Metabolic Panel
Please complete by 10/8/2023


### Return in about 3 months
(around 12/8/2023).

## Today's Visit

You saw Jennifer Listerman, M.D., MD on Friday September 8, 2023. The following issues were addressed: Leaky mitral heart valve, High blood pressure, and Atypical chest pain.

| | | | |
|---|---|---|---|
| Blood Pressure **162/88** | | BMI **26.40** | |
| Weight **184 lb** | | Height **5' 10"** | |
| Pulse **70** | | Respiration **18** | |
| Oxygen Saturation **97%** | | | |




*Federal Correctional Institution Ashland, KY* (stamp)

## What's Next


**DEC 8 2023**
**KDMS Follow Up with Jennifer Listerman, M.D., MD**
Friday December 8 8:40 AM

KDMS CARDIOLOGY ASHLAND
613 23RD ST
SUITE 230
ASHLAND KY
41101-2868
606-324-4745

# Changes to Your Medication List

ⓘ **Accurate as of September 8, 2023 10:06 AM.**
If you have any questions, ask your nurse or doctor.

## CHANGE how you take these medications



**CHANGE** | **lisinopriL** 40 mg tablet
Commonly known as: PRINIVIL
Changed by: Jennifer Listerman, M.D., MD

Take 1 Tablet by mouth Once Daily.
What changed.
- **medication strength**
- **how much to take**

## CONTINUE taking these medications

**amLODIPine** 10 mg tablet
Commonly known as: NORVASC

**hydroCHLOROthiazide** 25 mg tablet
Commonly known as: HYDRODIURIL

# Where do I go for care...

## 24/7 Access Center Hotline

Call **King's Daughters Care 24/7** at **606-408-8999** or **1-844-324-2200** anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

## Doctor's Office or Clinic >>

For common illnesses, minor injuries, and routine health exams, the best place to get care is a doctor's office or clinic. Your healthcare provider can also help you manage your health over time.

**You should make an appointment with your doctor's office for:**

- Common illnesses such as colds, flu, earaches, sore throats, migraines, low-grade fevers, or rashes.
- Minor injuries such as sprains, back pain, minor cuts and burns, broken bones, or eye injuries.
- Regular physicals, prescription refills, vaccinations, and screenings.
- A health problem where you need advice.

*Open during regular business hours. Some offer extended and weekend hours; appointments usually required.*

## Urgent Care Centers >>

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 09/08/2023 12:16 EST | | | Facility: | ASH |

**Reviewed by Dankwa, Vibeke (MAT) MD/MXR RMD on 09/09/2023 16:23.**

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology**

# KING'S DAUGHTERS MEDICAL CENTER

| Patient Name: | **JOHNSON, JOHN** | **MRN:** | **926590** |
|---|---|---|---|

| Admit Date/Time: | 8/8/2023  6:30 AM | **Expect Date/Time:** | 8/8/2023 |
|---|---|---|---|

## Patient Demographics

| | | | |
|---|---|---|---|
| Address: | **KY-716** | CSN: | **558885717** |
| | **ASHLAND KY 41101** | Sex: | **Male** |
| Home Phone: | **606-928-6414** | Birthdate: | **(59 yrs)** |
| Marital Status: | **Divorced** | Mother's Maiden: | **Johnson** |
| Interpreter: | | PCP: | |
| | | PCP Note: | |
| Advance Directive: | **<no information>** | Location: | **KDMC HOSPITAL** |

## Admission Information

| | | | |
|---|---|---|---|
| Attending Provider: | **BOYD, TERRI** | Patient Class: | **Outpatient** |
| Admitting Provider: | | Patient Type: | **Forensic** |
| Referring Provider: | **BOYD, TERRI** | | |
| Admission Type: | **Elective** | Unit: | **HVC NONINVASIVE CARD** |
| Hospital Service: | **No service for patient encounter.** | Room: | |
| Chief Complaint: | | Bed: | |

## Next of Kin                              Emergency Contact

| | | | |
|---|---|---|---|
| Name: | *No Contact Specified* | Name: | **seven corners** |
| Relationship: | | Relationship: | **Other** |
| Home Phone: | | Home Phone: | **800-458-2078** |
| Work Phone: | | Work Phone: | |

## Hospital Account

| | | | |
|---|---|---|---|
| Name: | **JOHNSON, JOHN** | Account ID: | **26646990** |
| Financial Class: | **COMM** | Status: | **DISCHARGED/NOT BILLED** |
| Guarantor: | **FCI ASHLAND** | Primary Coverage: | **SEVEN CORNERS INC** |

## Guarantor Account Information

| | | | |
|---|---|---|---|
| Name: | **FCI ASHLAND** | Relationship: | **Other** |
| Address: | **PO Box 888** | Employer: | |
| | **ASHLAND, KY  41105** | Occupation: | |
| Home Phone: | **606-928-6416** | | |
| Work Phone: | | | |

## Printed Date & Time: 8/10/2023 7:11 AM

### Visit Information

#### Provider Information

| Encounter Provider | Referring Provider |
|---|---|
| Listerman, Jennifer, MD | Boyd, Terri, PA-C |

#### Department

| Name | Address | Phone |
|---|---|---|

**King's Daughters Medical Center**

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

### Visit Information (continued)

| | | |
|---|---|---|
| Heart and Vascular Center Noninvasive Cardiology | 2201 Lexington Ave. Ashland KY 41101-2843 | 606-408-4000 |

### Reason for Visit

**Visit Diagnosis**

- Mitral valve insufficiency

### Treatment Team

| Provider | Service | Role | Provider Team | Specialty | From | To |
|---|---|---|---|---|---|---|
| Boyd, Terri, PA-C | — | Attending Provider | — | Physician Assistant | 08/08/23 0630 | 08/08/23 2359 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**amLODIPine (NORVASC) 10 mg tablet**

Instructions: Take 10 mg by mouth Once Daily.
Entered by: Spurlock, Brianna, MA          Entered on: 7/12/2023

**hydroCHLOROthiazide (HYDRODIURIL) 25 mg tablet**

Instructions: Take 25 mg by mouth Once Daily.
Entered by: Spurlock, Brianna, MA          Entered on: 7/12/2023

**lisinopriL (PRINIVIL) 20 mg tablet**

Instructions: Take 1 Tablet by mouth Once Daily.
Authorized by: Listerman, Jennifer, MD          Ordered on: 7/12/2023
Start date: 7/12/2023          Quantity: 30 Tablet
Refill: 3 refills remaining

**Stopped in Visit**

None

### Clinical Notes

**Discharge Instructions**

**Meade, Stephanie at 8/8/2023 0658**

| | | |
|---|---|---|
| Author: Meade, Stephanie | Service: — | Author Type: Registered Nurse |
| Filed: 08/08/23 0658 | Date of Service: 08/08/23 0658 | Status: Written |
| Editor: Meade, Stephanie (Registered Nurse) | | |

**Moderate Sedation**

**WHAT YOU NEED TO KNOW:**

Moderate sedation, or conscious sedation, is medicine used during procedures to help you feel relaxed and calm. You will be awake and able to follow directions without anxiety or pain. You will remember little to none of the procedure. You may feel tired, weak, or unsteady on your feet after you get sedation. You may also have trouble concentrating or short-term memory loss. These symptoms should go away in 24 hours or less.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Clinical Notes (continued)**

## DISCHARGE INSTRUCTIONS:

**Call 911 or have someone else call for any of the following:**

- You have sudden trouble breathing.

- You cannot be woken.

**Return to the emergency department if:**

- You have a severe headache or dizziness.

- Your heart is beating faster than usual.

**Contact your healthcare provider if:**

- You have a fever.

- You have nausea or are vomiting for more than 8 hours after the procedure.

- Your skin is itchy, swollen, or you have a rash.

- You have questions or concerns about your condition or care.

**Self-care:**

- **Have someone stay with you for 24 hours.** This person can drive you to errands and help you do things around the house. This person can also watch for problems.

- **Rest and do quiet activities for 24 hours.** Do not exercise, ride a bike, or play sports. Stand up slowly to prevent dizziness and falls. Take short walks around the house with another person. Slowly return to your usual activities the next day.

- **Do not drive or use dangerous machines or tools for 24 hours.** You may injure yourself or others. Examples include a lawnmower, saw, or drill. Do not return to work for 24 hours if you use dangerous machines or tools for work.

- **Do not make important decisions for 24 hours.** For example, do not sign important papers or invest money.

- **Drink liquids as directed.** Liquids help flush the sedation medicine out of your body. Ask how much liquid to drink each day and which liquids are best for you.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

Clinical Notes (continued)

- **Eat small, frequent meals to prevent nausea and vomiting.** Start with clear liquids such as juice or broth. If you do not vomit after clear liquids, you can eat your usual foods.

- **Do not drink alcohol or take medicines that make you drowsy.** This includes medicines that help you sleep and anxiety medicines. Ask your healthcare provider if it is safe for you to take pain medicine.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2021 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

### Transesophageal Echocardiogram

**WHAT YOU SHOULD KNOW:**

- A transesophageal (trans-eh-sof-uh-g-ull) echocardiogram (eh-ko-kar-d-o-gram) is a test to check for problems inside and on your heart. It can also check for problems in the veins and arteries near your heart. It is often just called "TEE" or transesophageal echocardiography (eh-ko-kar-d-ah-gruh-fee). TEE is very much like a regular echocardiogram. But TEE is more accurate and can be used when problems with the chest make regular echocardiogram hard to do.

- TEE works like the sonar used by whales and submarines to find objects under water. Harmless sound waves are sent into the heart through a tube put down your throat. Parts of the heart like the walls, valves, muscles, and blood vessels send echoes back to the machine. The motion of the echoes is traced on a machine and recorded on film. This recording tells caregivers about how your heart looks and works. You may need a TEE because of problems with your heart muscles, valves, or if you have infection in your heart.

**AFTER YOU LEAVE:**

**Medicines:**

- Keep a written list of what medicines you take and when and why you take them. Bring the list of your medicines or the pill bottles when you see your caregivers. Learn why you take each medicine. Ask your caregiver for information about your medicine. Do not take any medicines, over-the-counter drugs, vitamins, herbs, or food supplements without first talking to caregivers.

- Always take your medicine as directed by caregivers. Call your caregiver if you think your medicines are not helping or if you feel you are having side effects. Do not quit taking it until you discuss it with your caregiver. If you are taking antibiotics (an-ti-bi-ah-tiks), take them until they are all gone even if you feel better.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

Clinical Notes (continued)

- If you are taking medicine that makes you drowsy, do not drive or use heavy equipment.

**Activity:** Rest until you are fully awake. The feeling will slowly return to your throat. Do not eat or drink until you are able to swallow well. The medicine you were given can make you sleepy for awhile. Do not drive for 24 hours after your procedure.

**Appointment:**

**Ask for information about where and when to go for follow-up visits:** For continuing care, treatments, or home services, ask for more information.

**Wellness Hints:**

- Eat healthy foods from all of the 5 food groups: fruits, vegetables, breads, dairy products, meat and fish. Eating healthy foods may help you feel better and have more energy. It may also help you heal faster. Ask your caregiver if you need to be on a special diet.

- Drink 6 to 8 (soda pop can size) glasses of liquid each day. Or, follow your caregiver's advice if you must limit the amount of liquid you drink. Good liquids to drink are water, juices, and milk. Limit the amount of caffeine you drink, such as coffee, tea, and soda.

- Talk to your caregiver before you start exercising. Together you can plan the best exercise program for you. It is best to start slowly and do more as you get stronger. Exercising makes the heart stronger, lowers blood pressure, and keeps you healthy.

- It is never too late to quit smoking if you smoke. Smoking harms the heart, lungs, and the blood. You are more likely to have a heart attack, lung disease, and cancer if you smoke. You will help yourself and those around you by not smoking. Ask your caregiver for the CareNotes™ handout on how to stop smoking if you are having trouble quitting.

- Stress may slow healing and cause illness later. Since it is hard to avoid stress, learn to control it. Learn new ways to relax (deep breathing, relaxing muscles, meditation, or biofeedback). Talk to your caregiver about things that upset you.

**CONTACT A CAREGIVER IF:**

- You have a fever.

- Your skin is itchy, swollen, or has a rash. Your medicine may be causing these symptoms. This may mean you are allergic (uh-ler-jik) to your medicine.

- You are bleeding from your mouth and throat.

Printed on 8/10/23  7:11 AM

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Clinical Notes (continued)**

- You have questions or concerns about your illness, procedure or medicine.

**SEEK CARE IMMEDIATELY IF:**

- You have trouble breathing all of a sudden.

- You have signs of a heart attack:

  ○ Chest pain that spreads to your arms, jaw, or back.

  ○ Nausea (sick to your stomach).

  ○ Trouble breathing.

  ○ Sweating.

  ○ **This is an emergency. Call 911 or 0 (operator)** for an ambulance to get to the nearest hospital or clinic. Do not drive yourself!

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

Electronically signed by Meade, Stephanie at 08/08/23 0658

**Imaging**

**ECHO**

**Transesophageal Echo (Final result)**

**Transesophageal Echo**                    Resulted: 08/08/23 1446, Result status: Final result

Order status: Completed                          Resulted by: Listerman, Jennifer, MD
Filed by: Edi, Echo In  08/08/23 1446            Performed: 08/08/23 0654 - 08/08/23 0904
Accession number: E5280035                       Resulting lab: HVC NONINVASIVE CARDIOLOGY LAB
Lab Technician: AMBER BRYANT
Narrative:
Aortic Valve
The aortic valve is trileaflet.
There is no aortic valvular vegetation.
Trace aortic regurgitation.
Color doppler was used to evaluate the valve
Atria
No left atrial mass or thrombus visualized.
No RA mass or thrombus
The interatrial septum is intact with no evidence for an atrial septal defect.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Imaging (continued)**

Description
Moderate sedation was provided by Dr. 'Listerman'
Hurricaine spray was used on the pharynx and tongue. Once mild sedation was
achieved, the transesophageal probe was inserted without difficulty into the
esophagus. Multiple views were obtained of the heart and great vessels.
Post-Procedure the probe was removed without difficulty. There were no
complications.
Post Sedation Cardiology Assessement: The patient is waking up as expected
following sedation. Vital signs and respiratory status are normal.
Left Atrial Appendage
No thrombus noted.
Left Ventricle
The left ventricle is grossly normal size.
There is no thrombus.
Normal LV systolic function with visually estimated LV EF 50-55%.
Mitral Valve
There is no vegetation seen on the mitral valve.
Color doppler was used to evaluate the valve
Moderate to severe eccentric mitral regurgitation
Pericardium
There is no pericardial effusion.
Procedure
The exam was diagnostic.
Transesophageal Echocardiogram
Complete  2D MMode  echocardiogram.
Complete spectral Doppler interrogation
Color flow velocity mapping.
Exam  was performed on 'EPIQ'
Examination was completed  in the procedure room.
Pulmonic Valve
There is no pulmonic valvular regurgitation.
Right Ventricle
The right ventricle is grossly normal size.
There is no mass or thrombus in the right ventricle.
TEE Probe #
TEE Probe # '1'
Tricuspid Valve
There is no tricuspid valve vegetation.
There is mild tricuspid regurgitation.
Right ventricular systolic pressure is   27mmHg.
Color doppler was used to evaluate the valve
Vessels
The aortic root is normal size.
No mobile plaque seen in the aorta
Pulmonary artery and vein are normal as visualized
MMode 2D Measurements & Calculations
Doppler Measurements & Calculations
Boston Z-Scores(Vital Signs)
Classic Z-Scores(Vital Signs)
Detroit Z-Scores(Vital Signs)
Other Measurements & Calculations
Conclusion
Normal LV systolic function with visually estimated LV EF 50-55%.
Moderate to severe eccentric mitral regurgitation


View Image (below)

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Imaging (continued)**

---

JOHN JOHNSON  8/8/2023                                    Page 1 of 2

 

**KING'S DAUGHTERS**
HEART AND
VASCULAR CENTER
*Taking Medicine Further*

Cardiology Services
2201 Lexington Avenue
Ashland, KY 41101
Phone: 606-408-7500
Fax: 606-408-4379

### Transesophageal Echocardiogram Report

| | | |
|---|---|---|
| **Name:** JOHNSON, JOHN | **Study Date:** 08/08/2023 08:02 AM | |
| **Patient Number:** 558885717 | | |
| **MRN:** 926590 | **Patient Location:** HVNC^^^10 | **HR:** 86 |
| **DOB:** | **Gender:** Male | **Height:** 70 in |
| **Age:** 59 yrs | **BP:** 177/94 mmHg | **Weight:** 184 lb |
| **Reason For Study:** Other | | **BSA:** 2.0 m² |
| **Ordering Physician:** BOYD, TERRI | | |
| **Referring Physician:** BOYD, TERRI | | |
| **Reading Physician:** MO Jennifer Listerman | | |
| **History:** Mitral Regurgitation | | |

**M-Mode/2-D Measurements:**

LVIDd:  (3.8-5.6)   IVSd:    (0.7-1.1)   LVPWd:  (0.7-1.1)
LVIDs:  (2.4-4.0)
LA dimension:  (1.6-4.0)   Ao root diam: 3.6 cm  (2.0-3.7)

**Interpretation Summary**
Normal LV systolic function with visually estimated LV EF 50-55%.
Moderate to severe eccentric mitral regurgitation

**Procedure**
Transesophageal Echocardiogram. Complete 2D MMode echocardiogram. Complete spectral Doppler interrogation. Color flow velocity mapping. Exam was performed on 'EPIQ'. The exam was diagnostic. Examination was completed in the procedure room.
**Description**
Moderate sedation was provided by Dr. 'Listerman'. Hurricaine spray was used on the pharynx and tongue. Once mild sedation was achieved, the transesophageal probe was inserted without difficulty into the esophagus. Multiple views were obtained of the heart and great vessels. Post-Procedure the probe was removed without difficulty. There were no complications. Post Sedation Cardiology Assessment: The patient is waking up as expected following sedation. Vital signs and respiratory status are normal.
**Left Ventricle**
The left ventricle is grossly normal size. There is no thrombus. Normal LV systolic function with visually estimated LV EF 50-55%.
**Right Ventricle**
The right ventricle is grossly normal size. There is no mass or thrombus in the right ventricle.
**Atria**
The interatrial septum is intact with no evidence for an atrial septal defect. No left atrial mass or thrombus visualized. No RA mass or thrombus.
**Mitral Valve**
There is no vegetation seen on the mitral valve. Moderate to severe eccentric mitral regurgitation. Color doppler was used to evaluate the valve.
**Tricuspid Valve**
There is no tricuspid valve vegetation. There is mild tricuspid regurgitation. Right ventricular systolic pressure is 27mmHg. Color doppler was used to evaluate the valve.
**Aortic Valve**
The aortic valve is trileaflet. There is no aortic valvular vegetation. Trace aortic regurgitation. Color doppler was used to evaluate the valve.
**Pulmonic Valve**
There is no pulmonic valvular regurgitation.
**Vessels**
The aortic root is normal size. No mobile plaque seen in the aorta. Pulmonary artery and vein are normal as visualized.
**Pericardium**
There is no pericardial effusion.
**Left Atrial Appendage**
No thrombus noted.
**TEE Probe #**
TEE Probe #'1'.

8/8/2023

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Imaging (continued)**

JOHN JOHNSON   8/8/2023                                                   Page 2 of 2

**Doppler Measurements & Calculations**

| | | |
|---|---|---|
| **MR max vel:** 596.8 cm/sec | **PISA (MR):** 6.3 cm$^2$ | **TR max vel:** 244.8 cm/sec |
| **MR max PG:** 143.7 mmHg | **Volume (MR):** 59.0 ml | |

**Electronically signed by:** MD Jennifer Listerman  on 08/08/2023 02:45 PM
**Performed By:** Amber Bryant

8/8/2023

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1180100040 - HVCNIC** | HVC NONINVASIVE CARDIOLOGY LAB | Unknown | 2201 Lexington Avenue Ashland KY 41101 | 06/25/08 1434 - Present |

**Indications**

Mitral valve insufficiency [I34.0 (ICD-10-CM)]

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Imaging (continued)**

Order-Level Scans

---

**Medication Administrations**

---

**BENZOCAINE 20 % MUCOSAL SPRAY (Pyxis override) [175616638]**

| | | |
|---|---|---|
| Status: Completed (Past End Date/Time) | | Ordered On: 08/08/23 0700 |
| Starts/Ends: 08/08/23 0700 - 08/08/23 0715 | | Ordered Dose (Remaining/Total): — (0/1) |
| Route: — | | Frequency: — |
| Ordered Rate/Order Duration: — / — | | Admin Instructions: Meade, Stephanie: cabinet override |
| Note to pharmacy: Meade, Stephanie: cabinet override | | |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 08/08/23 0715 Documented: 08/08/23 0837 | See Paper/Procedure Documentation | — | — | Performed by: Meade, Stephanie |

**DIPHENHYDRAMINE 50 MG/ML INJECTION SOLUTION (Pyxis override) [175616640]**

| | | |
|---|---|---|
| Status: Discontinued (Past End Date/Time), Reason: Returned to ADS | | Ordered On: 08/08/23 0700 |
| Starts/Ends: 08/08/23 0700 - 08/08/23 0815 | | Ordered Dose (Remaining/Total): — (1/1) |
| Route: — | | Frequency: — |
| Ordered Rate/Order Duration: — / — | | Admin Instructions: Meade, Stephanie: cabinet override |
| Note to pharmacy: Meade, Stephanie: cabinet override | | |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 08/08/23 0715 Documented: 08/08/23 0815 | Canceled Entry | — | — | Performed by: Edi, Ads Dispense Comments: Automatically canceled at discontinue of medication order |

**FENTANYL (PF) 50 MCG/ML INJECTION SOLUTION (Pyxis override) [175616639]**

| | | |
|---|---|---|
| Status: Completed (Past End Date/Time) | | Ordered On: 08/08/23 0700 |
| Starts/Ends: 08/08/23 0700 - 08/08/23 0715 | | Ordered Dose (Remaining/Total): — (0/1) |
| Route: — | | Frequency: — |
| Ordered Rate/Order Duration: — / — | | Admin Instructions: Meade, Stephanie: cabinet override |
| Note to pharmacy: Meade, Stephanie: cabinet override | | |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 08/08/23 0715 Documented: 08/08/23 0838 | See Paper/Procedure Documentation | — | — | Performed by: Meade, Stephanie |

**MIDAZOLAM (PF) 1 MG/ML INJECTION SOLUTION (Pyxis override) [175616641]**

| | | |
|---|---|---|
| Status: Completed (Past End Date/Time) | | Ordered On: 08/08/23 0700 |
| Starts/Ends: 08/08/23 0700 - 08/08/23 0715 | | Ordered Dose (Remaining/Total): — (0/1) |
| Route: — | | Frequency: — |
| Ordered Rate/Order Duration: — / — | | Admin Instructions: Meade, Stephanie: cabinet override |
| Note to pharmacy: Meade, Stephanie: cabinet override | | |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophageal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Medication Administrations (continued)**

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 08/08/23 0715 Documented: 08/08/23 0838 | See Paper/Procedure Documentation | — | — | Performed by: Meade, Stephanie |

**Other Orders**

**Medications**

**MIDAZOLAM (PF) 1 MG/ML INJECTION SOLUTION (Pyxis override) (Completed)**

Electronically signed by: **Edi, Ads Dispense on 08/08/23 0700**                 Status: **Completed**
Ordering user: Edi, Ads Dispense 08/08/23 0700
Frequency:   08/08/23 0700 - 1  occurrence                 Ordering mode: Standard
Admin instructions: Meade, Stephanie: cabinet override
Medication comments: Meade, Stephanie: cabinet override
Package: 0409-2305-17

**DIPHENHYDRAMINE 50 MG/ML INJECTION SOLUTION (Pyxis override) (Discontinued)**

Electronically signed by: **Edi, Ads Dispense on 08/08/23 0700**                 Status: **Discontinued**
Ordering user: Edi, Ads Dispense 08/08/23 0700
Frequency:   08/08/23 0700 - 1  occurrence                 Ordering mode: Standard
                                                           Discontinued by: Edi, Ads Dispense 08/08/23 0815 [Returned to ADS]
Admin instructions: Meade, Stephanie: cabinet override
Medication comments: Meade, Stephanie: cabinet override

**FENTANYL (PF) 50 MCG/ML INJECTION SOLUTION (Pyxis override) (Completed)**

Electronically signed by: **Edi, Ads Dispense on 08/08/23 0700**                 Status: **Completed**
Ordering user: Edi, Ads Dispense 08/08/23 0700
Frequency:   08/08/23 0700 - 1  occurrence                 Ordering mode: Standard
Admin instructions: Meade, Stephanie: cabinet override
Medication comments: Meade, Stephanie: cabinet override
Package: 63323-806-02

**BENZOCAINE 20 % MUCOSAL SPRAY (Pyxis override) (Completed)**

Electronically signed by: **Edi, Ads Dispense on 08/08/23 0700**                 Status: **Completed**
Ordering user: Edi, Ads Dispense 08/08/23 0700
Frequency:   08/08/23 0700 - 1  occurrence                 Ordering mode: Standard
Admin instructions: Meade, Stephanie: cabinet override
Medication comments: Meade, Stephanie: cabinet override
Package: 0283-0610-26

**Flowsheets**

**Custom Formula Data**

| Row Name | 08/08/23 0855 | 08/08/23 0850 | 08/08/23 0845 | 08/08/23 0840 | 08/08/23 0835 |
|---|---|---|---|---|---|
| Act Risk Score | | | | | |
| Systolic BP | 0 | 0 | 0 | 0 | 0 |
| Sp02 | 0 | 0 | 0 | 0 | 0 |
| Total Score | 0 | 0 | 0 | 0 | 0 |
| Row Name | 08/08/23 0830 | 08/08/23 0825 | 08/08/23 0820 | 08/08/23 0815 | 08/08/23 0810 |
| Act Risk Score | | | | | |
| Systolic BP | 0 | 0 | 0 | 0 | 0 |
| Sp02 | 0 | 0 | 0 | 0 | 0 |

# King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

## Flowsheets (continued)

| Total Score | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|
| **Row Name** | **08/08/23 0809** | **08/08/23 0805** | **08/08/23 0803** | **08/08/23 0802** | **08/08/23 0800** |
| Act Risk Score | | | | | |
| Systolic BP | 0 | 0 | — | 0 | 0 |
| Sp02 | 0 | 0 | 0 | 0 | 0 |
| Total Score | 0 | 0 | 0 | 0 | 0 |
| Aldrete Score | | | | | |
| Aldrete Score | — | — | — | 10 | 10 |
| **Row Name** | **08/08/23 0656** | | | | |
| Act Risk Score | | | | | |
| Systolic BP | 0 | | | | |
| Sp02 | 0 | | | | |
| Total Score | 0 | | | | |

## TEE/Cardioversion Log

| Row Name | 08/08/23 0855 | 08/08/23 0850 | 08/08/23 0845 | 08/08/23 0840 | 08/08/23 0835 |
|---|---|---|---|---|---|
| Log: TEE/Cardioversion | | | | | |
| BP | 137/100 ⚑ | 139/91 ⚑ | 156/96 ⚑ | 131/93 ⚑ | 129/93 ⚑ |
| Pulse | 69 | 60 | 61 | 62 | 63 |
| Resp | 18 | 13 | 14 | 14 | 13 |
| SpO2 | 96 % | 96 % | 94 % | 95 % | 96 % |
| Cardiac Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm |
| O2 Device | Nasal Cannula | Nasal Cannula | Nasal Cannula | Nasal Cannula | Nasal Cannula |
| O2 Flow Rate (l/min) | 2 l/min | 2 l/min | 2 l/min | 2 l/min | 2 l/min |
| Comments | iv d/cd intact ,no redness,discharge instructions provided to patident,voiced nunderstanding,patient taken via wheelchair to front lobby | — | — | — | — |
| Aldrete Score | | | | | |
| Activity | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command |
| Respiration | Breathes deeply and coughs freely | Breathes deeply and coughs freely | Breathes deeply and coughs freely | Breathes deeply and coughs freely | Breathes deeply and coughs freely |
| Circulation | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value |
| Consciousness | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 |
| Color | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 |
| Aldrete Score | 10 | 10 | 10 | 10 | 10 |
| Sedation Scale | | | | | |
| Sedation Scale | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil |
| Assessment | | | | | |
| Skin Color | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone |
| Skin Condition/Temp | Dry;Warm | Dry;Warm | Dry;Warm | Dry;Warm | Dry;Warm |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Orient/LOC | Within Defined Limits | Within Defined Limits | Within Defined Limits | Within Defined Limits | Within Defined Limits |
| **Row Name** | **08/08/23 0830** | **08/08/23 0825** | **08/08/23 0820** | **08/08/23 0815** | **08/08/23 0810** |

Log: TEE/Cardioversion

| | | | | | |
|---|---|---|---|---|---|
| BP | **139/91** ⚐ | 127/90 | 129/89 | 141/89 | **162/108** ⚐ |
| Pulse | 62 | 61 | 62 | 62 | 67 |
| Resp | 13 | 13 | 13 | 14 | 19 |
| SpO2 | 95 % | 95 % | 94 % | 94 % | 97 % |
| Cardiac Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm |
| O2 Device | Nasal Cannula | Nasal Cannula | Nasal Cannula | Nasal Cannula | Nasal Cannula |
| O2 Flow Rate (l/min) | 2 l/min | 2 l/min | 2 l/min | 2 l/min | 2 l/min |

Aldrete Score

| | | | | | |
|---|---|---|---|---|---|
| Activity | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command |
| Respiration | Breathes deeply and coughs freely | Breathes deeply and coughs freely | Breathes deeply and coughs freely | Breathes deeply and coughs freely | Breathes deeply and coughs freely |
| Circulation | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value |
| Consciousness | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 |
| Color | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 |
| Aldrete Score | 10 | 10 | 10 | 10 | 10 |

Sedation Scale

| | | | | | |
|---|---|---|---|---|---|
| Sedation Scale | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil |

Assessment

| | | | | | |
|---|---|---|---|---|---|
| Skin Color | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone |
| Skin Condition/Temp | Dry;Warm | Dry;Warm | Dry;Warm | Dry;Warm | Dry;Warm |
| Orient/LOC | Within Defined Limits | Within Defined Limits | Within Defined Limits | Within Defined Limits | Within Defined Limits |
| **Row Name** | **08/08/23 0809** | **08/08/23 0808** | **08/08/23 0805** | **08/08/23 0803** | **08/08/23 0802** |

Log: TEE/Cardioversion

| | | | | | |
|---|---|---|---|---|---|
| BP | **162/108** ⚐ | — | **159/114** ⚐ | — | **177/94** ⚐ |
| Pulse | 89 | — | 69 | 60 | 64 |
| Resp | 14 | — | 16 | 14 | 18 |
| SpO2 | 99 % | — | 99 % | 96 % | 95 % |
| Cardiac Rhythm | Normal Sinus Rhythm | — | Normal Sinus Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm |
| O2 Device | Nasal Cannula | — | Nasal Cannula | Nasal Cannula | Nasal Cannula |
| O2 Flow Rate (l/min) | 2 l/min | — | 2 l/min | 2 l/min | 2 l/min |
| TEE Probe | Removed | — | — | Inserted | — |

Aldrete Score

| | | | | | |
|---|---|---|---|---|---|
| Activity | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command | Able to move 4 extremities voluntarily or on command |
| Respiration | Breathes deeply and coughs freely | Breathes deeply and coughs freely | Breathes deeply and coughs freely | Breathes deeply and coughs freely | Breathes deeply and coughs freely |
| Circulation | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value |

# King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                  Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Consciousness | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 |
| Color | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 | Pink SpO2 > 94 |
| Aldrete Score | 10 | 10 | 10 | 10 | — |
| **Sedation Scale** | | | | | |
| Sedation Scale | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil |
| **Assessment** | | | | | |
| Skin Color | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone | Appropriate, even tone |
| Skin Condition/Temp | Dry;Warm | Dry;Warm | Dry;Warm | Dry;Warm | Dry;Warm |
| Orient/LOC | Within Defined Limits | Within Defined Limits | Within Defined Limits | Within Defined Limits | Within Defined Limits |
| **Sedation Medications** | | | | | |
| Midazolam (VERSED) | — | — | — | 1MGIV | 1MGIV |
| Fentanyl (SUBLIMAZE) | — | — | — | 25MCGIV | 25MCGIV |
| **Other** | | | | | |
| Bubbles | — | 10CC INJECTED | — | — | — |

| **Row Name** | **08/08/23 0800** | **08/08/23 0656** |
|---|---|---|
| **Log: TEE/Cardioversion** | | |
| BP | 177/94 ⬆ | 177/107 ⬆ |
| Pulse | 68 | 65 |
| Resp | 17 | 14 |
| SpO2 | 97 % | 100 % |
| Cardiac Rhythm | Normal Sinus Rhythm | Normal Sinus Rhythm |
| O2 Device | Nasal Cannula | — |
| O2 Flow Rate (l/min) | 2 l/min | — |
| Comments | — | NOTHING TO EAT ORDRINK SINCE MIDNIGHT |
| **Aldrete Score** | | |
| Activity | Able to move 4 extremities voluntarly or on command | Able to move 4 extremities voluntarly or on command |
| Respiration | Breathes deeply and coughs freely | Breathes deeply and coughs freely |
| Circulation | Blood pressure +/- 20% of pre-sedation value | Blood pressure +/- 20% of pre-sedation value |
| Consciousness | Awake, alert, oriented X 4 | Awake, alert, oriented X 4 |
| Color | Pink SpO2 > 94 | Pink SpO2 > 94 |
| Aldrete Score | — | 10 |
| **Sedation Scale** | | |
| Sedation Scale | Cooperative, oriented, tranquil | Cooperative, oriented, tranquil |
| **Assessment** | | |
| Skin Color | Appropriate, even tone | Appropriate, even tone |
| Skin Condition/Temp | Dry;Warm | Dry;Warm |
| Orient/LOC | Within Defined | Within Defined |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Flowsheets (continued)**

| | Limits | Limits |
|---|---|---|
| Sedation Medications | | |
| Midazolam (VERSED) | 2MGIV | — |
| Fentanyl (SUBLIMAZE) | 50MCGIV | — |
| Other Medication | HURRICANE SPRAY PO | — |

**Universal Protocol/ Timeout**

| Row Name | 08/08/23 0759 | 08/08/23 0655 |
|---|---|---|
| Pre-Procedure Verification | | |
| Procedure(s): | TEE | tee |
| Dept/Area completing checklist | Procedure RN/RRT | Procedure RN/RRT |
| Verbal Verification with: | Patient | Patient |
| Two patient identifiers are confirmed: | Date of Birth;Full Name | Full Name;Date of Birth |
| Patient ID Band applied per policy and verified? | Yes | Yes |
| Correct procedure verified by: | Patient | Patient |
| Correct Laterality verified by: | Patient | Patient |
| Correct site(s) verified by: | Patient | Patient |
| Patient's responses verified with relevant data in medical record? | Physician's Order;History and Physical | Physician's Order;History and Physical |
| Site marked by person performing procedure? | N/A | N/A |
| Required blood products, implants, devices, and / or special equipment available? | N/A | N/A |
| 1st Time-Out | | |
| RN | — | STEPHANIE MEADE RN |
| 2nd Time-Out | | |
| Physician | LISTERMAN | — |
| RN | STEPHANIE MEADE RN | — |
| RN | DEBBIE WHITT TN | — |
| Other/Title | AMBER BRYANT ECHO | — |

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Flowsheets (continued)**

### Vital Signs

| Row Name | 08/08/23 0855 | 08/08/23 0850 | 08/08/23 0845 | 08/08/23 0840 | 08/08/23 0835 |
|---|---|---|---|---|---|
| Vitals Reassessment | | | | | |
| Automatic Restart Vitals Timer | Yes | Yes | Yes | Yes | Yes |
| **Row Name** | **08/08/23 0830** | **08/08/23 0825** | **08/08/23 0820** | **08/08/23 0815** | **08/08/23 0810** |
| Vitals Reassessment | | | | | |
| Automatic Restart Vitals Timer | Yes | Yes | Yes | Yes | Yes |
| **Row Name** | **08/08/23 0809** | **08/08/23 0805** | **08/08/23 0802** | **08/08/23 0800** | **08/08/23 0656** |
| Vitals Reassessment | | | | | |
| Automatic Restart Vitals Timer | Yes | Yes | Yes | Yes | Yes |

**After Visit Summary**

After Visit Summary (below)

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**After Visit Summary (continued)**



## AFTER VISIT SUMMARY

**John Johnson** DoB:

📅 8/8/2023  6:30 AM  📍 Heart and Vascular Center Noninvasive Cardiology 606-408-4000

**Instructions**  from Jennifer Listerman, M.D., MD
Your personalized instructions can be found at the end of this document.

**Talk with your provider about your medications**
❔ ASK how to take:
**amLODIPine** 10 mg tablet (NORVASC)
**hydroCHLOROthiazide** 25 mg tablet (HYDRODIURIL)
**lisinopriL** 20 mg tablet (PRINIVIL)

Review your updated medication list below.

**Transesophageal Echo**
Scheduled for 8/8/2023
Expires: 12/31/2023 (requested)

**What's Next**
AUG **25** 2023  **KDMS Follow Up with Jennifer Listerman, M.D., MD**
Friday August 25 9:30 AM

KDMS CARDIOLOGY
ASHLAND
613 23RD ST
SUITE 230
ASHLAND KY
41101-2868
606-324-4745

**Today's Visit**
You saw Jennifer Listerman, M.D., MD on Tuesday August 8, 2023. The following issue was addressed: Leaky mitral heart valve.

Blood Pressure **137/100**
Pulse **69**
Respiration **18**
Oxygen Saturation **96%**

**Medications Given**
benzocaine (HURRICANE ONE) Last given at 7:15 AM
fentaNYL (SUBLIMAZE) Last given at 7:15 AM
midazolam (PF) (VERSED) Last given at 7:15 AM

**MyChart**

MyChart is a great way to stay connected to your medical care at King's Daughters. You can send a message to your provider, view test results, renew prescriptions and more. To sign up simply ask a member of our registration team or call our Care 24/7 line at 606-408-8999. You may also utilize the MyChart Activation Code below to enroll at  https://mychart.kdmc.net and click on the Sign Up Now Link.

MyChart Activation Code: M5QS5-MF9SX-5TX6Z
Expires: 9/10/2023 10:32 AM

Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911.

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM                    Page 1 of 8   *Epic*

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

After Visit Summary (continued)

## Changes to Your Medication List

ASK your doctor about these medications

 **amLODIPine** 10 mg tablet
Commonly known as: NORVASC

 **hydroCHLOROthiazide** 25 mg tablet
Commonly known as: HYDRODIURIL

 **lisinopriL** 20 mg tablet
Commonly known as: PRINIVIL

Take 1 Tablet by mouth Once Daily.

### Where do I go for care...

24/7 Access Center Hotline

Call **King's Daughters Care 24/7** at **606-408-8999** or **1-844-324-2200** anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

### Doctor's Office or Clinic >>

For common illnesses, minor injuries, and routine health exams, the best place to get care is a doctor's office or clinic. Your healthcare provider can also help you manage your health over time.

**You should make an appointment with your doctor's office for:**

- Common illnesses such as colds, flu, earaches, sore throats, migraines, low-grade fevers, or rashes.
- Minor injuries such as sprains, back pain, minor cuts and burns, broken bones, or eye injuries.
- Regular physicals, prescription refills, vaccinations, and screenings.
- A health problem where you need advice.

*Open during regular business hours. Some offer extended and weekend hours; appointments usually required.*

### Urgent Care Centers >>

When your healthcare provider is not available, King's Daughters Urgent Care Centers provide attention for non-life threatening medical problems or problems that could become worse if you wait.

**You should go to a KDMC Urgent Care Center for:**

- Common illnesses such as colds, the flu, earaches, sore throats, migraines, fever, or rashes.

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM

Page 2 of 8   *Epic*

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**After Visit Summary (continued)**

- Injuries such as sprains, back pain, cuts and burns, broken bones, or eye injuries.

*The King's Daughters Urgent Care Centers in Kentucky (Ashland, Cannonsburg, Grayson and Russell) and Ohio (Burlington and Ironton) are open 9 a.m. to 9 p.m. Seven days a week. The King's Daughters Urgent Care Center in Portsmouth, Ohio is open 24 hours a day, seven days a week. Appointments are not required.*

## Hospital Emergency Department >>

You should use a hospital emergency department for very serious or life-threatening problems.

Because emergency department patients are treated in order of severity, they are not the best place to go for common illnesses or minor injuries. Your wait time may be long and your costs will be higher.

If you are experiencing any of the following symptoms, don't wait! Call 9-1-1 or get to your nearest hospital emergency department.

- Chest pain
- Severe abdominal pain
- Coughing or vomiting blood
- Severe burns
- Deep cuts or bleeding that won't stop
- Sudden blurred vision
- Difficulty breathing or shortness of breath
- Sudden dizziness, weakness, or loss of coordination or balance
- Numbness in the face, arm, or leg
- Sudden, severe headache (not a migraine)
- Seizures
- High Fevers
- Any other condition you believe is life-threatening

*Open 24 hours a day, 7 days a week, 365 days a year.*

*\* No matter where you go for care, be sure to bring a list of medications you are currently taking.*

## 24/7 Hotline

Call King's Daughters Care 24/7 at 606-408-8999 or 1-844-324-2200 anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

## Suicide Prevention

If you or a loved one is having thoughts of suicide seek help as soon as possible by contacting a mental health professional or by calling the following numbers:
- National Suicide Prevention Lifeline: 1-800-273-TALK (8255)
- Suicide Hotline: 1-800-SUICIDE (1-800-784-2433)
- National Mental Health/Suicide Prevention helpline via TEXT: 988 (send text to 988 if help is needed)
- King's Daughters Medical Center Behavioral Medicine Unit 1-888-446-8255

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM

Page 3 of 8   **Epic**

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**After Visit Summary (continued)**

### Smoking

Surgeon General's Warning: Smoking causes lung cancer, heart disease, emphysema, and may complicate pregnancy. If you smoke, it is vital you stop smoking now!

### COVID Precaution

Due to the ongoing pandemic and increasing community spread, masks are REQUIRED at all King's Daughters facilities. If you have any concerns or questions about masking, please call your provider's office prior to your visit to discuss other options. Thank you for your cooperation.

### COVID Vaccine

If you or your family member are interested in receiving the COVID 19 vaccine, please call 606-408-COVID to schedule an appointment at King's Daughters Vaccine Clinic.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**After Visit Summary (continued)**

Instructions from Jennifer Listerman, M.D., MD

### Moderate Sedation

**WHAT YOU NEED TO KNOW:**

Moderate sedation, or conscious sedation, is medicine used during procedures to help you feel relaxed and calm. You will be awake and able to follow directions without anxiety or pain. You will remember little to none of the procedure. You may feel tired, weak, or unsteady on your feet after you get sedation. You may also have trouble concentrating or short-term memory loss. These symptoms should go away in 24 hours or less.

**DISCHARGE INSTRUCTIONS:**

**Call 911 or have someone else call for any of the following:**

- You have sudden trouble breathing.

- You cannot be woken.

**Return to the emergency department if:**

- You have a severe headache or dizziness.

- Your heart is beating faster than usual.

**Contact your healthcare provider if:**

- You have a fever.

- You have nausea or are vomiting for more than 8 hours after the procedure.

- Your skin is itchy, swollen, or you have a rash.

- You have questions or concerns about your condition or care.

**Self-care:**

- **Have someone stay with you for 24 hours.**  This person can drive you to errands and help you do things around the house. This person can also watch for problems.

- **Rest and do quiet activities for 24 hours.**  Do not exercise, ride a bike, or play sports. Stand up slowly to prevent dizziness and falls. Take short walks around the house with another person. Slowly return to your usual activities the next day.

- **Do not drive or use dangerous machines or tools for 24 hours.**  You may injure yourself or others. Examples include a lawnmower, saw, or drill. Do not return to work for 24 hours if you use dangerous machines or tools for work.

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM

Page 5 of 8   *Epic*

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**After Visit Summary (continued)**

- **Do not make important decisions for 24 hours.** For example, do not sign important papers or invest money.

- **Drink liquids as directed.** Liquids help flush the sedation medicine out of your body. Ask how much liquid to drink each day and which liquids are best for you.

- **Eat small, frequent meals to prevent nausea and vomiting.** Start with clear liquids such as juice or broth. If you do not vomit after clear liquids, you can eat your usual foods.

- **Do not drink alcohol or take medicines that make you drowsy.** This includes medicines that help you sleep and anxiety medicines. Ask your healthcare provider if it is safe for you to take pain medicine.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2021 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

### Transesophageal Echocardiogram

**WHAT YOU SHOULD KNOW:**

- A transesophageal (trans-eh-sof-uh-g-ull) echocardiogram (eh-ko-kar-d-o-gram) is a test to check for problems inside and on your heart. It can also check for problems in the veins and arteries near your heart. It is often just called "TEE" or transesophageal echocardiography (eh-ko-kar-d-ah-gruh-fee). TEE is very much like a regular echocardiogram. But TEE is more accurate and can be used when problems with the chest make regular echocardiogram hard to do.

- TEE works like the sonar used by whales and submarines to find objects under water. Harmless sound waves are sent into the heart through a tube put down your throat. Parts of the heart like the walls, valves, muscles, and blood vessels send echoes back to the machine. The motion of the echoes is traced on a machine and recorded on film. This recording tells caregivers about how your heart looks and works. You may need a TEE because of problems with your heart muscles, valves, or if you have infection in your heart.

**AFTER YOU LEAVE:**

**Medicines:**

- Keep a written list of what medicines you take and when and why you take them. Bring the list of your medicines or the pill bottles when you see your caregivers. Learn why you take each medicine. Ask your caregiver for information about your medicine. Do not take any medicines, over-the-counter drugs, vitamins, herbs, or food supplements without first talking to caregivers.

- Always take your medicine as directed by caregivers. Call your caregiver if you think your medicines are not helping or if you feel you are having side effects. Do not quit taking it until you discuss it with your caregiver. If

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM

Page 6 of 8  *Epic*

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

After Visit Summary (continued)

you are taking antibiotics (an-ti-bi-ah-tiks), take them until they are all gone even if you feel better.

- If you are taking medicine that makes you drowsy, do not drive or use heavy equipment.

**Activity:** Rest until you are fully awake. The feeling will slowly return to your throat. Do not eat or drink until you are able to swallow well. The medicine you were given can make you sleepy for awhile. Do not drive for 24 hours after your procedure.

**Appointment:**

**Ask for information about where and when to go for follow-up visits:** For continuing care, treatments, or home services, ask for more information.

**Wellness Hints:**

- Eat healthy foods from all of the 5 food groups: fruits, vegetables, breads, dairy products, meat and fish. Eating healthy foods may help you feel better and have more energy. It may also help you heal faster. Ask your caregiver if you need to be on a special diet.

- Drink 6 to 8 (soda pop can size) glasses of liquid each day. Or, follow your caregiver's advice if you must limit the amount of liquid you drink. Good liquids to drink are water, juices, and milk. Limit the amount of caffeine you drink, such as coffee, tea, and soda.

- Talk to your caregiver before you start exercising. Together you can plan the best exercise program for you. It is best to start slowly and do more as you get stronger. Exercising makes the heart stronger, lowers blood pressure, and keeps you healthy.

- It is never too late to quit smoking if you smoke. Smoking harms the heart, lungs, and the blood. You are more likely to have a heart attack, lung disease, and cancer if you smoke. You will help yourself and those around you by not smoking. Ask your caregiver for the CareNotes™ handout on how to stop smoking if you are having trouble quitting.

- Stress may slow healing and cause illness later. Since it is hard to avoid stress, learn to control it. Learn new ways to relax (deep breathing, relaxing muscles, meditation, or biofeedback). Talk to your caregiver about things that upset you.

**CONTACT A CAREGIVER IF:**

- You have a fever.

- Your skin is itchy, swollen, or has a rash. Your medicine may be causing these symptoms. This may mean you are allergic (uh-ler-jik) to your medicine.

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM                    Page 7 of 8   *Epic*

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**After Visit Summary (continued)**

- You are bleeding from your mouth and throat.

- You have questions or concerns about your illness, procedure or medicine.

**SEEK CARE IMMEDIATELY IF:**

- You have trouble breathing all of a sudden.

- You have signs of a heart attack:

  - Chest pain that spreads to your arms, jaw, or back.

  - Nausea (sick to your stomach).

  - Trouble breathing.

  - Sweating.

  - **This is an emergency. Call 911 or 0 (operator)** for an ambulance to get to the nearest hospital or clinic. Do not drive yourself!

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM

Page 8 of 8     Epic

**Referral**

**Diagnostic Testing #4598077**

Priority: **Routine**
Status: **Closed - No Visits Left**
Valid dates: From 7/24/2023 to 12/31/2023

Class: **Incoming**
Status updated on: **8/2/2023**

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

### 08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)

**Referral (continued)**

---

#### Referred From

| | |
|---|---|
| Location: KDMC HOSPITAL | Department: CENTRALIZED SCHEDULING |
| Provider: Boyd, Terri, PA-C | Provider phone: 606-836-7000 |
| Provider address: 1201 St Christopher Dr ASHLAND KY 41101 | |

#### Referred To

| | |
|---|---|
| Department: HVC NONINVASIVE CARD | Specialty: Cardiology |

#### Visits

| Requested: 1 | Authorized: 1 | Completed: 1 | Scheduled: 0 |
|---|---|---|---|

#### Procedures

**Transesophageal Echo**

| | |
|---|---|
| Number requested: 1 | Number approved: 1 |

#### Diagnoses

- I34.0 (ICD-10-CM) - Mitral valve insufficiency

#### Referral Notes

**Letter by Fannin, Parletta at 8/8/2023 0643**

Summary: Auto: 17089-KDMC NAME AND MRN

John Johnson [926590]

**Letter by Hacker, Justin at 8/2/2023 1441**

Summary: Auto: 17089-KDMC NAME AND MRN

John Johnson [926590]

**General by Hacker, Justin at 8/2/2023 1440**

jah/pc. Npr per Seven Corners guidelines cpt 93306 08.02.2023

**Letter by Lyon, Tracy at 7/24/2023 1512**

Summary: Auto: 17089-KDMC NAME AND MRN

John Johnson [926590]

#### Questionnaire

| Question | Answer |
|---|---|
| Did you update the Referred to Provider? | — |
| Reason for changing referred to provider is? | — |

---

King's Daughters Medical
Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Referral (continued)**

### Order

#### Transesophageal Echo [167192715]

Electronically signed by: **Miller, Jill on 07/24/23 1453**                    Status: **Completed**
Ordering user: Miller, Jill 07/24/23 1453
Ordered during: Transcribe Orders on 07/24/2023          Authorized by: Boyd, Terri, PA-C
Diagnoses
Mitral valve insufficiency [I34.0]

### Triage

#### Triage Information

Decision: **None**                              Schedule by date: **7/26/2023**

### Coverages

#### Seven Corners Inc

Plan: Seven Corners Inc      Covered: **Covered**      From: **1/1/2023**      Member #: **20257509**

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

Documents

After Visit Summary - Document on 8/8/2023 0907: After Visit Summary

Document (below)



King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

## Changes to Your Medication List

ASK your doctor about these medications



**amLODIPine** 10 mg tablet
Commonly known as: NORVASC



**hydroCHLOROthiazide** 25 mg tablet
Commonly known as: HYDRODIURIL



**lisinopriL** 20 mg tablet
Commonly known as: PRINIVIL

Take 1 Tablet by mouth Once Daily.

### Where do I go for care...

24/7 Access Center Hotline

Call **King's Daughters Care 24/7** at **606-408-8999** or **1-844-324-2200** anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

### Doctor's Office or Clinic >>

For common illnesses, minor injuries, and routine health exams, the best place to get care is a doctor's office or clinic. Your healthcare provider can also help you manage your health over time.

**You should make an appointment with your doctor's office for:**

- Common illnesses such as colds, flu, earaches, sore throats, migraines, low-grade fevers, or rashes.
- Minor injuries such as sprains, back pain, minor cuts and burns, broken bones, or eye injuries.
- Regular physicals, prescription refills, vaccinations, and screenings.
- A health problem where you need advice.

*Open during regular business hours. Some offer extended and weekend hours; appointments usually required.*

### Urgent Care Centers >>

When your healthcare provider is not available, King's Daughters Urgent Care Centers provide attention for non-life threatening medical problems or problems that could become worse if you wait.

**You should go to a KDMC Urgent Care Center for:**

- Common illnesses such as colds, the flu, earaches, sore throats, migraines, fever, or rashes.

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM                    Page 2 of 8   *Epic*

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

- Injuries such as sprains, back pain, cuts and burns, broken bones, or eye injuries.

*The King's Daughters Urgent Care Centers in Kentucky (Ashland, Cannonsburg, Grayson and Russell) and Ohio (Burlington and Ironton) are open 9 a.m. to 9 p.m. Seven days a week. The King's Daughters Urgent Care Center in Portsmouth, Ohio is open 24 hours a day, seven days a week. Appointments are not required.*

## Hospital Emergency Department > >

You should use a hospital emergency department for very serious or life-threatening problems.

Because emergency department patients are treated in order of severity, they are not the best place to go for common illnesses or minor injuries. Your wait time may be long and your costs will be higher.

If you are experiencing any of the following symptoms, don't wait! Call 9-1-1 or get to your nearest hospital emergency department.

- Chest pain
- Severe abdominal pain
- Coughing or vomiting blood
- Severe burns
- Deep cuts or bleeding that won't stop
- Sudden blurred vision
- Difficulty breathing or shortness of breath
- Sudden dizziness, weakness, or loss of coordination or balance
- Numbness in the face, arm, or leg
- Sudden, severe headache (not a migraine)
- Seizures
- High Fevers
- Any other condition you believe is life-threatening

*Open 24 hours a day, 7 days a week, 365 days a year.*

*\* No matter where you go for care, be sure to bring a list of medications you are currently taking.*

## 24/7 Hotline

Call King's Daughters Care 24/7 at 606-408-8999 or 1-844-324-2200 anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

## Suicide Prevention

If you or a loved one is having thoughts of suicide seek help as soon as possible by contacting a mental health professional or by calling the following numbers:
- National Suicide Prevention Lifeline: 1-800-273-TALK (8255)
- Suicide Hotline: 1-800-SUICIDE (1-800-784-2433)
- National Mental Health/Suicide Prevention helpline via TEXT: 988 (send text to 988 if help is needed)
- King's Daughters Medical Center Behavioral Medicine Unit 1-888-446-8255

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM                    Page 3 of 8   **Epic**

King's Daughters Medical Center

KDMC HOSPITAL 2962
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

## Smoking

Surgeon General's Warning: Smoking causes lung cancer, heart disease, emphysema, and may complicate pregnancy. If you smoke, it is vital you stop smoking now!

## COVID Precaution

Due to the ongoing pandemic and increasing community spread, masks are REQUIRED at all King's Daughters facilities. If you have any concerns or questions about masking, please call your provider's office prior to your visit to discuss other options.  Thank you for your cooperation.

## COVID Vaccine

If you or your family member are interested in receiving the COVID 19 vaccine, please call 606-408-COVID to schedule an appointment at King's Daughters Vaccine Clinic.

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM

Page 4 of 8    Epic

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:            Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

Instructions  from Jennifer Listerman, M.D., MD

### Moderate Sedation

**WHAT YOU NEED TO KNOW:**

Moderate sedation, or conscious sedation, is medicine used during procedures to help you feel relaxed and calm. You will be awake and able to follow directions without anxiety or pain. You will remember little to none of the procedure. You may feel tired, weak, or unsteady on your feet after you get sedation. You may also have trouble concentrating or short-term memory loss. These symptoms should go away in 24 hours or less.

**DISCHARGE INSTRUCTIONS:**

**Call 911 or have someone else call for any of the following:**

- You have sudden trouble breathing.

- You cannot be woken.

**Return to the emergency department if:**

- You have a severe headache or dizziness.

- Your heart is beating faster than usual.

**Contact your healthcare provider if:**

- You have a fever.

- You have nausea or are vomiting for more than 8 hours after the procedure.

- Your skin is itchy, swollen, or you have a rash.

- You have questions or concerns about your condition or care.

**Self-care:**

- **Have someone stay with you for 24 hours.**  This person can drive you to errands and help you do things around the house. This person can also watch for problems.

- **Rest and do quiet activities for 24 hours.**  Do not exercise, ride a bike, or play sports. Stand up slowly to prevent dizziness and falls. Take short walks around the house with another person. Slowly return to your usual activities the next day.

- **Do not drive or use dangerous machines or tools for 24 hours.**  You may injure yourself or others. Examples include a lawnmower, saw, or drill. Do not return to work for 24 hours if you use dangerous machines or tools for work.

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM                    Page 5 of 8    Epic

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

- **Do not make important decisions for 24 hours.** For example, do not sign important papers or invest money.

- **Drink liquids as directed.** Liquids help flush the sedation medicine out of your body. Ask how much liquid to drink each day and which liquids are best for you.

- **Eat small, frequent meals to prevent nausea and vomiting.** Start with clear liquids such as juice or broth. If you do not vomit after clear liquids, you can eat your usual foods.

- **Do not drink alcohol or take medicines that make you drowsy.** This includes medicines that help you sleep and anxiety medicines. Ask your healthcare provider if it is safe for you to take pain medicine.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2021 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

### Transesophageal Echocardiogram

**WHAT YOU SHOULD KNOW:**

- A transesophageal (trans-eh-sof-uh-g-ull) echocardiogram (eh-ko-kar-d-o-gram) is a test to check for problems inside and on your heart. It can also check for problems in the veins and arteries near your heart. It is often just called "TEE" or transesophageal echocardiography (eh-ko-kar-d-ah-gruh-fee). TEE is very much like a regular echocardiogram. But TEE is more accurate and can be used when problems with the chest make regular echocardiogram hard to do.

- TEE works like the sonar used by whales and submarines to find objects under water. Harmless sound waves are sent into the heart through a tube put down your throat. Parts of the heart like the walls, valves, muscles, and blood vessels send echoes back to the machine. The motion of the echoes is traced on a machine and recorded on film. This recording tells caregivers about how your heart looks and works. You may need a TEE because of problems with your heart muscles, valves, or if you have infection in your heart.

**AFTER YOU LEAVE:**

**Medicines:**

- Keep a written list of what medicines you take and when and why you take them. Bring the list of your medicines or the pill bottles when you see your caregivers. Learn why you take each medicine. Ask your caregiver for information about your medicine. Do not take any medicines, over-the-counter drugs, vitamins, herbs, or food supplements without first talking to caregivers.

- Always take your medicine as directed by caregivers. Call your caregiver if you think your medicines are not helping or if you feel you are having side effects. Do not quit taking it until you discuss it with your caregiver. If

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM

Page 6 of 8   *Epic*

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

you are taking antibiotics (an-ti-bi-ah-tiks), take them until they are all gone even if you feel better.

- If you are taking medicine that makes you drowsy, do not drive or use heavy equipment.

**Activity:** Rest until you are fully awake. The feeling will slowly return to your throat. Do not eat or drink until you are able to swallow well. The medicine you were given can make you sleepy for awhile. Do not drive for 24 hours after your procedure.

**Appointment:**

**Ask for information about where and when to go for follow-up visits:** For continuing care, treatments, or home services, ask for more information.

**Wellness Hints:**

- Eat healthy foods from all of the 5 food groups: fruits, vegetables, breads, dairy products, meat and fish. Eating healthy foods may help you feel better and have more energy. It may also help you heal faster. Ask your caregiver if you need to be on a special diet.

- Drink 6 to 8 (soda pop can size) glasses of liquid each day. Or, follow your caregiver's advice if you must limit the amount of liquid you drink. Good liquids to drink are water, juices, and milk. Limit the amount of caffeine you drink, such as coffee, tea, and soda.

- Talk to your caregiver before you start exercising. Together you can plan the best exercise program for you. It is best to start slowly and do more as you get stronger. Exercising makes the heart stronger, lowers blood pressure, and keeps you healthy.

- It is never too late to quit smoking if you smoke. Smoking harms the heart, lungs, and the blood. You are more likely to have a heart attack, lung disease, and cancer if you smoke. You will help yourself and those around you by not smoking. Ask your caregiver for the CareNotes™ handout on how to stop smoking if you are having trouble quitting.

- Stress may slow healing and cause illness later. Since it is hard to avoid stress, learn to control it. Learn new ways to relax (deep breathing, relaxing muscles, meditation, or biofeedback). Talk to your caregiver about things that upset you.

**CONTACT A CAREGIVER IF:**

- You have a fever.

- Your skin is itchy, swollen, or has a rash. Your medicine may be causing these symptoms. This may mean you are allergic (uh-ler-jik) to your medicine.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

- You are bleeding from your mouth and throat.

- You have questions or concerns about your illness, procedure or medicine.

**SEEK CARE IMMEDIATELY IF:**

- You have trouble breathing all of a sudden.

- You have signs of a heart attack:

  - Chest pain that spreads to your arms, jaw, or back.

  - Nausea (sick to your stomach).

  - Trouble breathing.

  - Sweating.

  - **This is an emergency. Call 911 or 0 (operator)** for an ambulance to get to the nearest hospital or clinic. Do not drive yourself!

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

John Johnson (MRN: 926590) • Printed at 8/8/2023  9:07 AM

Page 8 of 8   *Epic*

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

After Visit Summary - Document on 8/8/2023 0658: IP After Visit Summary

Document (below)



**DISCHARGE PAPERS**

KING'S DAUGHTERS MEDICAL CENTER
*Taking Medicine Further*

**John Johnson** Date of birth:
Access Center: 606-408-8999

📅 8/8/2023

**Instructions**

Talk with your provider about your medications

❓ ASK how to take:
**amLODIPine** 10 mg tablet (NORVASC)
**hydroCHLOROthiazide** 25 mg tablet (HYDRODIURIL)
**lisinopriL** 20 mg tablet (PRINIVIL)

Review your updated medication list below.

**Patient Class:** Outpatient

**Future Appointments**

AUG **KDMS Follow Up with Jennifer Listerman, M.D., MD**
25    Friday Aug 25, 2023 9:30 AM

KDMS CARDIOLOGY ASHLAND
613 23RD ST
SUITE 230
ASHLAND KY 41101-2868
606-324-4745

**Your Latest Vitals**

Blood Pressure
177/107

Pulse
65

Respiration
14

Oxygen Saturation
100%

**You are allergic to the following**

Allergen
**Penicillin G**

Reactions
Anaphylaxis

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM
World-Class Care in Our Communities

Page 1 of 9  **Epic**

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

## Current Medication List (Do not stop medications unless instructed by your doctor or provider)

ASK your doctor about these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed | Given |
|---|---|---|---|---|---|---|
| **amLODIPine** 10 mg tablet<br>Commonly known as: NORVASC<br>Take 10 mg by mouth Once Daily. | | | | | | |
| **hydroCHLOROthiazide** 25 mg tablet<br>Commonly known as: HYDRODIURIL<br>Take 25 mg by mouth Once Daily. | | | | | | |
| **lisinopriL** 20 mg tablet<br>Commonly known as: PRINIVIL<br>Take 1 Tablet by mouth Once Daily. | | | | | | |

By signing below, I acknowledge the understanding of all discharge instructions and that all personal belongings are in my possession at the time of discharge.

Patient Signature: _____  Date/Time: _____

Nurse Signature: _____  Date/Time: _____

Nurse Signature: _____  Date/Time: _____



MyChart is a great way to stay connected to your medical care at King's Daughters. You can send a message to your provider, view test results, renew prescriptions and more. To sign up simply ask a member of our registration team or call our Care 24/7 line at 606-408-8999. You may also utilize the MyChart Activation Code below to enroll at https://mychart.kdmc.net and click on the Sign Up Now Link.

MyChart Activation Code: M5QS5-MF9SX-5TX6Z
Expires: 9/10/2023 10:32 AM

Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911.

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM

Page 2 of 9   *Epic*

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

---

Instructions

### Moderate Sedation

**WHAT YOU NEED TO KNOW:**

Moderate sedation, or conscious sedation, is medicine used during procedures to help you feel relaxed and calm. You will be awake and able to follow directions without anxiety or pain. You will remember little to none of the procedure. You may feel tired, weak, or unsteady on your feet after you get sedation. You may also have trouble concentrating or short-term memory loss. These symptoms should go away in 24 hours or less.

**DISCHARGE INSTRUCTIONS:**

**Call 911 or have someone else call for any of the following:**

- You have sudden trouble breathing.

- You cannot be woken.

**Return to the emergency department if:**

- You have a severe headache or dizziness.

- Your heart is beating faster than usual.

**Contact your healthcare provider if:**

- You have a fever.

- You have nausea or are vomiting for more than 8 hours after the procedure.

- Your skin is itchy, swollen, or you have a rash.

- You have questions or concerns about your condition or care.

**Self-care:**

- **Have someone stay with you for 24 hours.** This person can drive you to errands and help you do things around the house. This person can also watch for problems.

- **Rest and do quiet activities for 24 hours.** Do not exercise, ride a bike, or play sports. Stand up slowly to prevent dizziness and falls. Take short walks around the house with another person. Slowly return to your usual activities the next day.

- **Do not drive or use dangerous machines or tools for 24 hours.** You may injure yourself or others. Examples include a lawnmower, saw, or drill. Do not return to work for 24 hours if you use dangerous machines or tools for work.

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM

Page 3 of 9   *Epic*

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

## Instructions (continued)

- **Do not make important decisions for 24 hours.** For example, do not sign important papers or invest money.

- **Drink liquids as directed.** Liquids help flush the sedation medicine out of your body. Ask how much liquid to drink each day and which liquids are best for you.

- **Eat small, frequent meals to prevent nausea and vomiting.** Start with clear liquids such as juice or broth. If you do not vomit after clear liquids, you can eat your usual foods.

- **Do not drink alcohol or take medicines that make you drowsy.** This includes medicines that help you sleep and anxiety medicines. Ask your healthcare provider if it is safe for you to take pain medicine.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2021 information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

### Transesophageal Echocardiogram

**WHAT YOU SHOULD KNOW:**

- A transesophageal (trans-eh-sof-uh-g-ull) echocardiogram (eh-ko-kar-d-o-gram) is a test to check for problems inside and on your heart. It can also check for problems in the veins and arteries near your heart. It is often just called "TEE" or transesophageal echocardiography (eh-ko-kar-d-ah-gruh-fee). TEE is very much like a regular echocardiogram. But TEE is more accurate and can be used when problems with the chest make regular echocardiogram hard to do.

- TEE works like the sonar used by whales and submarines to find objects under water. Harmless sound waves are sent into the heart through a tube put down your throat. Parts of the heart like the walls, valves, muscles, and blood vessels send echoes back to the machine. The motion of the echoes is traced on a machine and recorded on film. This recording tells caregivers about how your heart looks and works. You may need a TEE because of problems with your heart muscles, valves, or if you have infection in your heart.

**AFTER YOU LEAVE:**

**Medicines:**

- Keep a written list of what medicines you take and when and why you take them. Bring the list of your medicines or the pill bottles when you see your caregivers. Learn why you take each medicine. Ask your caregiver for information about your medicine. Do not take any medicines, over-the-counter drugs, vitamins, herbs, or food supplements without first talking to caregivers.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                  Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

## Instructions (continued)

- Always take your medicine as directed by caregivers. Call your caregiver if you think your medicines are not helping or if you feel you are having side effects. Do not quit taking it until you discuss it with your caregiver. If you are taking antibiotics (an-ti-bi-ah-tiks), take them until they are all gone even if you feel better.

- If you are taking medicine that makes you drowsy, do not drive or use heavy equipment.

**Activity:** Rest until you are fully awake. The feeling will slowly return to your throat. Do not eat or drink until you are able to swallow well. The medicine you were given can make you sleepy for awhile. Do not drive for 24 hours after your procedure.

**Appointment:**

**Ask for information about where and when to go for follow-up visits:**  For continuing care, treatments, or home services, ask for more information.

**Wellness Hints:**

- Eat healthy foods from all of the 5 food groups: fruits, vegetables, breads, dairy products, meat and fish. Eating healthy foods may help you feel better and have more energy. It may also help you heal faster. Ask your caregiver if you need to be on a special diet.

- Drink 6 to 8 (soda pop can size) glasses of liquid each day. Or, follow your caregiver's advice if you must limit the amount of liquid you drink. Good liquids to drink are water, juices, and milk. Limit the amount of caffeine you drink, such as coffee, tea, and soda.

- Talk to your caregiver before you start exercising. Together you can plan the best exercise program for you. It is best to start slowly and do more as you get stronger. Exercising makes the heart stronger, lowers blood pressure, and keeps you healthy.

- It is never too late to quit smoking if you smoke. Smoking harms the heart, lungs, and the blood. You are more likely to have a heart attack, lung disease, and cancer if you smoke. You will help yourself and those around you by not smoking. Ask your caregiver for the CareNotes™ handout on how to stop smoking if you are having trouble quitting.

- Stress may slow healing and cause illness later. Since it is hard to avoid stress, learn to control it. Learn new ways to relax (deep breathing, relaxing muscles, meditation, or biofeedback). Talk to your caregiver about things that upset you.

**CONTACT A CAREGIVER IF:**

- You have a fever.

- Your skin is itchy, swollen, or has a rash. Your medicine may be causing these symptoms. This may mean you are allergic (uh-ler-jik) to your medicine.

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM

Page 5 of 9   **Epic**

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

### Instructions (continued)

- You are bleeding from your mouth and throat.

- You have questions or concerns about your illness, procedure or medicine.

**SEEK CARE IMMEDIATELY IF:**

- You have trouble breathing all of a sudden.

- You have signs of a heart attack:

    - Chest pain that spreads to your arms, jaw, or back.

    - Nausea (sick to your stomach).

    - Trouble breathing.

    - Sweating.

    - **This is an emergency. Call 911 or 0 (operator)** for an ambulance to get to the nearest hospital or clinic. Do not drive yourself!

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

## Where do I go for care...

### 24/7 Access Center Hotline

Call **King's Daughters Care 24/7** at **606-408-8999** or **1-844-324-2200** anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

### Doctor's Office or Clinic >>

For common illnesses, minor injuries, and routine health exams, the best place to get care is a doctor's office or clinic. Your healthcare provider can also help you manage your health over time.

**You should make an appointment with your doctor's office for:**

- Common illnesses such as colds, flu, earaches, sore throats, migraines, low-grade fevers, or rashes.
- Minor injuries such as sprains, back pain, minor cuts and burns, broken bones, or eye injuries.
- Regular physicals, prescription refills, vaccinations, and screenings.
- A health problem where you need advice.

*Open during regular business hours. Some offer extended and weekend hours; appointments usually required.*

### Urgent Care Centers >>

When your healthcare provider is not available, King's Daughters Urgent Care Centers provide attention for non-life threatening medical problems or problems that could become worse if you wait.

**You should go to a KDMC Urgent Care Center for:**

- Common illnesses such as colds, the flu, earaches, sore throats, migraines, fever, or rashes.
- Injuries such as sprains, back pain, cuts and burns, broken bones, or eye injuries.

*The King's Daughters Urgent Care Centers in Kentucky (Ashland, Cannonsburg, Grayson and Russell) and Ohio (Burlington and Ironton) are open 9 a.m. to 9 p.m. Seven days a week. The King's Daughters Urgent Care Center in Portsmouth, Ohio is open 24 hours a day, seven days a week. Appointments are not required.*

### Hospital Emergency Department >>

You should use a hospital emergency department for very serious or life-threatening problems.

Because emergency department patients are treated in order of severity, they are not the best place to go for common illnesses or minor injuries. Your wait time may be long and your costs will be higher.

If you are experiencing any of the following symptoms, don't wait! Call 9-1-1 or get to your nearest hospital emergency department.

- Chest pain

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM                Page 7 of 9   Epic

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

- Severe abdominal pain
- Coughing or vomiting blood
- Severe burns
- Deep cuts or bleeding that won't stop
- Sudden blurred vision
- Difficulty breathing or shortness of breath
- Sudden dizziness, weakness, or loss of coordination or balance
- Numbness in the face, arm, or leg
- Sudden, severe headache (not a migraine)
- Seizures
- High Fevers
- Any other condition you believe is life-threatening

*Open 24 hours a day, 7 days a week, 365 days a year.*

*\* No matter where you go for care, be sure to bring a list of medications you are currently taking*

## 24/7 Hotline

Call King's Daughters Care 24/7 at 606-408-8999 or 1-844-324-2200 anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

## Suicide Prevention

If you or a loved one is having thoughts of suicide seek help as soon as possible by contacting a mental health professional or by calling the following numbers:
- National Suicide Prevention Lifeline: 1-800-273-TALK (8255)
- Suicide Hotline: 1-800-SUICIDE (1-800-784-2433)
- National Mental Health/Suicide Prevention helpline via TEXT: 988 (send text to 988 if help is needed)
- King's Daughters Medical Center Behavioral Medicine Unit 1-888-446-8255

## Smoking

Surgeon General's Warning: Smoking causes lung cancer, heart disease, emphysema, and may complicate pregnancy. If you smoke, it is vital you stop smoking now!

## COVID Precaution

Due to the ongoing pandemic and increasing community spread, masks are REQUIRED at all King's Daughters facilities. If you have any concerns or questions about masking, please call your provider's office prior to your visit to discuss other options. Thank you for your cooperation.

## COVID Vaccine

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM                    Page 8 of 9   **Epic**

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

If you or your family member are interested in receiving the COVID 19 vaccine, please call 606-408-COVID to schedule an appointment at King's Daughters Vaccine Clinic.

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

---

**After Visit Summary - Document on 8/8/2023 0658: IP After Visit Summary**

---

Document (below)



## DISCHARGE PAPERS

**KING'S DAUGHTERS MEDICAL CENTER**
Taking Medicine Further

**John Johnson** Date of birth:
Access Center: 606-408-8999

📅 8/8/2023

### Instructions

🔴 Talk with your provider about your medications

❓ ASK how to take:
**amLODIPine** 10 mg tablet (NORVASC)
**hydroCHLOROthiazide** 25 mg tablet (HYDRODIURIL)
**lisinopriL** 20 mg tablet (PRINIVIL)

**Review your updated medication list below.**

**Patient Class:** Outpatient

### Future Appointments

AUG 25  KDMS Follow Up with Jennifer Listerman, M.D., MD
Friday Aug 25, 2023 9:30 AM

KDMS CARDIOLOGY ASHLAND
613 23RD ST
SUITE 230
ASHLAND KY 41101-2868
606-324-4745

### Your Latest Vitals

| Blood Pressure | Pulse | Respiration | Oxygen Saturation |
|---|---|---|---|
| 177/107 | 65 | 14 | 100% |

### You are allergic to the following

| Allergen | Reactions |
|---|---|
| **Penicillin G** | Anaphylaxis |

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM
World-Class Care in Our Communities

Page 1 of 9  **Epic**

---

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

## Current Medication List (Do not stop medications unless instructed by your doctor or provider)

ASK your doctor about these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed | Given |
|---|---|---|---|---|---|---|
| **amLODIPine** 10 mg tablet<br>Commonly known as: NORVASC<br>Take 10 mg by mouth Once Daily. | | | | | | |
| **hydroCHLOROthiazide** 25 mg tablet<br>Commonly known as: HYDRODIURIL<br>Take 25 mg by mouth Once Daily. | | | | | | |
| **lisinopriL** 20 mg tablet<br>Commonly known as: PRINIVIL<br>Take 1 Tablet by mouth Once Daily. | | | | | | |

By signing below, I acknowledge the understanding of all discharge instructions and that all personal belongings are in my possession at the time of discharge.

Patient Signature: _____     Date/Time: _____

Nurse Signature: _____     Date/Time: _____

Nurse Signature: _____     Date/Time: _____



MyChart is a great way to stay connected to your medical care at King's Daughters.  You can send a message to your provider, view test results, renew prescriptions and more.  To sign up simply ask a member of our registration team or call our Care 24/7 line at 606-408-8999. You may also utilize the MyChart Activation Code below to enroll at  https://mychart.kdmc.net and click on the Sign Up Now Link.

MyChart Activation Code: M5QS5-MF9SX-5TX6Z
Expires: 9/10/2023 10:32 AM

Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911.

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM

Page 2 of 9   *Epic*

World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

---

Instructions

### Moderate Sedation

**WHAT YOU NEED TO KNOW:**

Moderate sedation, or conscious sedation, is medicine used during procedures to help you feel relaxed and calm. You will be awake and able to follow directions without anxiety or pain. You will remember little to none of the procedure. You may feel tired, weak, or unsteady on your feet after you get sedation. You may also have trouble concentrating or short-term memory loss. These symptoms should go away in 24 hours or less.

**DISCHARGE INSTRUCTIONS:**

**Call 911 or have someone else call for any of the following:**

- You have sudden trouble breathing.

- You cannot be woken.

**Return to the emergency department if:**

- You have a severe headache or dizziness.

- Your heart is beating faster than usual.

**Contact your healthcare provider if:**

- You have a fever.

- You have nausea or are vomiting for more than 8 hours after the procedure.

- Your skin is itchy, swollen, or you have a rash.

- You have questions or concerns about your condition or care.

**Self-care:**

- **Have someone stay with you for 24 hours.** This person can drive you to errands and help you do things around the house. This person can also watch for problems.

- **Rest and do quiet activities for 24 hours.** Do not exercise, ride a bike, or play sports. Stand up slowly to prevent dizziness and falls. Take short walks around the house with another person. Slowly return to your usual activities the next day.

- **Do not drive or use dangerous machines or tools for 24 hours.** You may injure yourself or others. Examples include a lawnmower, saw, or drill. Do not return to work for 24 hours if you use dangerous machines or tools for work.

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM                    Page 3 of 9   Epic
World-Class Care in Our Communities

---

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

## Instructions (continued)

- **Do not make important decisions for 24 hours.** For example, do not sign important papers or invest money.

- **Drink liquids as directed.** Liquids help flush the sedation medicine out of your body. Ask how much liquid to drink each day and which liquids are best for you.

- **Eat small, frequent meals to prevent nausea and vomiting.** Start with clear liquids such as juice or broth. If you do not vomit after clear liquids, you can eat your usual foods.

- **Do not drink alcohol or take medicines that make you drowsy.** This includes medicines that help you sleep and anxiety medicines. Ask your healthcare provider if it is safe for you to take pain medicine.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2021 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

### Transesophageal Echocardiogram

**WHAT YOU SHOULD KNOW:**

- A transesophageal (trans-eh-sof-uh-g-ull) echocardiogram (eh-ko-kar-d-o-gram) is a test to check for problems inside and on your heart. It can also check for problems in the veins and arteries near your heart. It is often just called "TEE" or transesophageal echocardiography (eh-ko-kar-d-ah-gruh-fee). TEE is very much like a regular echocardiogram. But TEE is more accurate and can be used when problems with the chest make regular echocardiogram hard to do.

- TEE works like the sonar used by whales and submarines to find objects under water. Harmless sound waves are sent into the heart through a tube put down your throat. Parts of the heart like the walls, valves, muscles, and blood vessels send echoes back to the machine. The motion of the echoes is traced on a machine and recorded on film. This recording tells caregivers about how your heart looks and works. You may need a TEE because of problems with your heart muscles, valves, or if you have infection in your heart.

**AFTER YOU LEAVE:**

**Medicines:**

- Keep a written list of what medicines you take and when and why you take them. Bring the list of your medicines or the pill bottles when you see your caregivers. Learn why you take each medicine. Ask your caregiver for information about your medicine. Do not take any medicines, over-the-counter drugs, vitamins, herbs, or food supplements without first talking to caregivers.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

### Instructions (continued)

- Always take your medicine as directed by caregivers. Call your caregiver if you think your medicines are not helping or if you feel you are having side effects. Do not quit taking it until you discuss it with your caregiver. If you are taking antibiotics (an-ti-bi-ah-tiks), take them until they are all gone even if you feel better.

- If you are taking medicine that makes you drowsy, do not drive or use heavy equipment.

**Activity:** Rest until you are fully awake. The feeling will slowly return to your throat. Do not eat or drink until you are able to swallow well. The medicine you were given can make you sleepy for awhile. Do not drive for 24 hours after your procedure.

**Appointment:**

**Ask for information about where and when to go for follow-up visits:** For continuing care, treatments, or home services, ask for more information.

**Wellness Hints:**

- Eat healthy foods from all of the 5 food groups: fruits, vegetables, breads, dairy products, meat and fish. Eating healthy foods may help you feel better and have more energy. It may also help you heal faster. Ask your caregiver if you need to be on a special diet.

- Drink 6 to 8 (soda pop can size) glasses of liquid each day. Or, follow your caregiver's advice if you must limit the amount of liquid you drink. Good liquids to drink are water, juices, and milk. Limit the amount of caffeine you drink, such as coffee, tea, and soda.

- Talk to your caregiver before you start exercising. Together you can plan the best exercise program for you. It is best to start slowly and do more as you get stronger. Exercising makes the heart stronger, lowers blood pressure, and keeps you healthy.

- It is never too late to quit smoking if you smoke. Smoking harms the heart, lungs, and the blood. You are more likely to have a heart attack, lung disease, and cancer if you smoke. You will help yourself and those around you by not smoking. Ask your caregiver for the CareNotes™ handout on how to stop smoking if you are having trouble quitting.

- Stress may slow healing and cause illness later. Since it is hard to avoid stress, learn to control it. Learn new ways to relax (deep breathing, relaxing muscles, meditation, or biofeedback). Talk to your caregiver about things that upset you.

**CONTACT A CAREGIVER IF:**

- You have a fever.

- Your skin is itchy, swollen, or has a rash. Your medicine may be causing these symptoms. This may mean you are allergic (uh-ler-jik) to your medicine.

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM

Page 5 of 9   *Epic*

World-Class Care in Our Communities

King's Daughters Medical
Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

### Instructions (continued)

- You are bleeding from your mouth and throat.

- You have questions or concerns about your illness, procedure or medicine.

**SEEK CARE IMMEDIATELY IF:**

- You have trouble breathing all of a sudden.

- You have signs of a heart attack:

    - Chest pain that spreads to your arms, jaw, or back.

    - Nausea (sick to your stomach).

    - Trouble breathing.

    - Sweating.

    - **This is an emergency. Call 911 or 0 (operator)** for an ambulance to get to the nearest hospital or clinic. Do not drive yourself!

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

### Where do I go for care...

24/7 Access Center Hotline

Call **King's Daughters Care 24/7** at **606-408-8999** or **1-844-324-2200** anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

### Doctor's Office or Clinic >>

For common illnesses, minor injuries, and routine health exams, the best place to get care is a doctor's office or clinic. Your healthcare provider can also help you manage your health over time.

**You should make an appointment with your doctor's office for:**

- Common illnesses such as colds, flu, earaches, sore throats, migraines, low-grade fevers, or rashes.
- Minor injuries such as sprains, back pain, minor cuts and burns, broken bones, or eye injuries.
- Regular physicals, prescription refills, vaccinations, and screenings.
- A health problem where you need advice.

*Open during regular business hours. Some offer extended and weekend hours; appointments usually required.*

### Urgent Care Centers >>

When your healthcare provider is not available, King's Daughters Urgent Care Centers provide attention for non-life threatening medical problems or problems that could become worse if you wait.

**You should go to a KDMC Urgent Care Center for:**

- Common illnesses such as colds, the flu, earaches, sore throats, migraines, fever, or rashes.
- Injuries such as sprains, back pain, cuts and burns, broken bones, or eye injuries.

*The King's Daughters Urgent Care Centers in Kentucky (Ashland, Cannonsburg, Grayson and Russell) and Ohio (Burlington and Ironton) are open 9 a.m. to 9 p.m. Seven days a week. The King's Daughters Urgent Care Center in Portsmouth, Ohio is open 24 hours a day, seven days a week. Appointments are not required.*

### Hospital Emergency Department >>

You should use a hospital emergency department for very serious or life-threatening problems.

Because emergency department patients are treated in order of severity, they are not the best place to go for common illnesses or minor injuries. Your wait time may be long and your costs will be higher.

If you are experiencing any of the following symptoms, don't wait! Call 9-1-1 or get to your nearest hospital emergency department.

- Chest pain

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM                    Page 7 of 9   Epic
World-Class Care in Our Communities

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**08/08/2023 - Transesophageal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

- Severe abdominal pain
- Coughing or vomiting blood
- Severe burns
- Deep cuts or bleeding that won't stop
- Sudden blurred vision
- Difficulty breathing or shortness of breath
- Sudden dizziness, weakness, or loss of coordination or balance
- Numbness in the face, arm, or leg
- Sudden, severe headache (not a migraine)
- Seizures
- High Fevers
- Any other condition you believe is life-threatening

*Open 24 hours a day, 7 days a week, 365 days a year.*

*\* No matter where you go for care, be sure to bring a list of medications you are currently taking*

## 24/7 Hotline

Call King's Daughters Care 24/7 at 606-408-8999 or 1-844-324-2200 anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

## Suicide Prevention

If you or a loved one is having thoughts of suicide seek help as soon as possible by contacting a mental health professional or by calling the following numbers:
- National Suicide Prevention Lifeline: 1-800-273-TALK (8255)
- Suicide Hotline: 1-800-SUICIDE (1-800-784-2433)
- National Mental Health/Suicide Prevention helpline via TEXT: 988 (send text to 988 if help is needed)
- King's Daughters Medical Center Behavioral Medicine Unit 1-888-446-8255

## Smoking

Surgeon General's Warning: Smoking causes lung cancer, heart disease, emphysema, and may complicate pregnancy. If you smoke, it is vital you stop smoking now!

## COVID Precaution

Due to the ongoing pandemic and increasing community spread, masks are REQUIRED at all King's Daughters facilities. If you have any concerns or questions about masking, please call your provider's office prior to your visit to discuss other options. Thank you for your cooperation.

## COVID Vaccine

John Johnson (MRN: 926590) • Printed at 8/8/2023  6:58 AM

Page 8 of 9   Epic

World-Class Care in Our Communities

King's Daughters Medical
Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**08/08/2023 - Transesophogeal Echo in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Documents (continued)**

If you or your family member are interested in receiving the COVID 19 vaccine, please call 606-408-COVID to schedule an
appointment at King's Daughters Vaccine Clinic.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 08/17/2023 14:07 EST | | | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT) MD/MXR RMD on 08/26/2023 17:24.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 08/17/2023 14:07 EST | | | Facility: | ASH |

**Reviewed by Boyd, Terri PA-C on 08/30/2023 14:49.**

# King's Daughters Medical Center

## Health Information Management

2201 Lexington Avenue
Ashland KY 41101
Phone: 606.408.1820
FAX: 606.408.6655
FAX: 606.408.6797

FCI ASHLAND
# 20257-509
PO BOX 888
ASHLAND KY, 41105

To: SEVEN CORNERS
   Attn to:

   ,
   317-282-0555

Date: 7/14/23         No of Pages (inc cover sheet):

Comments: Attn: Melisa Franklin
App: 309351
Inmate: 20257-509

PLEASE NOTIFY Vanessa Burgess AT 606.408.1815 IF THERE ARE ANY PROBLEMS WITH THIS FAX.

### Confidentiality Notice

The information contained within this facsimile is intended only for the use of the individual or entity named above. This information is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this facsimile is strictly prohibited. If you have received this transmission in error, please contact the sender at the above number to arrange for the destruction or return of the transmitted information at our expense.

If the information released to you contains information about AIDS or HIV test results, that information has been disclosed to you from records whose confidentiality is protected by state law (KRS 214.81 and KRS 214.65). State law prohibits you from making any further disclosure of such information relating to AIDS or HIV without the specific written consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for release of medical or other information is NOT sufficient for this purpose.

If the information released to you contains information about alcohol or drug abuse diagnosis, treatment for such abuse, or referrals for treatment, and if the release was made by a "program" as defined in 42 CFR 2.11, this information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the information released to you contains information about a person's mental health or chemical dependency, you may not redisclose or otherwise reveal information concerning the mental health or chemical dependency of that person, beyond the purpose for which the disclosure was made, without first obtaining that person's specific written consent for the redislcosure. KRS 304.17A-555.

HEALTH INFORMATION MANAGEMENT MISSION: * PATIENT FIRST * INFORMATION SECOND * CARE & CONFIDENTIALITY

ALWAYS

**King's Daughters Medical Center**
KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB: 12/1/1963, Sex: M

**07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND**

## KING'S DAUGHTERS MEDICAL CENTER

**Patient Name:** JOHNSON, JOHN          **MRN:** 926590

**Admit Date/Time:** No admission date for patient encounter.          **Expect Date/Time:**

| Patient Demographics | | | |
|---|---|---|---|
| Address: | **576 Summit Road** **SUMMITT KY 41105** | CSN: | 557617664 |
| | | Sex: | **Male** |
| Home Phone: | **606-928-6414** | Birthdate: | **(59 yrs)** |
| Marital Status: | **Divorced** | Mother's Maiden: | **Johnson** |
| Interpreter: | | PCP: | |
| | | PCP Note: | |
| Advance Directive: | <no information> | Location: | **KDMC HOSPITAL** |

| Admission Information | | | |
|---|---|---|---|
| Attending Provider: | **LISTERMAN, JENNIFER** | Patient Class: | **Outpatient** |
| Admitting Provider: | | Patient Type: | **Forensic** |
| Referring Provider: | | | |
| Admission Type: | **Elective** | Unit: | |
| Hospital Service: | **No service for patient encounter.** | Room: | |
| Chief Complaint: | **ESTABLISH CARE** | Bed: | |

| Next of Kin | | Emergency Contact | |
|---|---|---|---|
| Name: | *No Contact Specified* | Name: | **seven corners** |
| Relationship: | | Relationship: | **Other** |
| Home Phone: | | Home Phone: | **800-458-2078** |
| Work Phone: | | Work Phone: | |

| Hospital Account | | | |
|---|---|---|---|
| Name: | **JOHNSON, JOHN** | Account ID: | 26512817 |
| Financial Class: | **COMM** | Status: | **DISCHARGED/NOT BILLED** |
| Guarantor: | **SEVEN CORNERS** | Primary Coverage: | **SEVEN CORNERS INC** |

| Guarantor Account Information | | | |
|---|---|---|---|
| Name: | **SEVEN CORNERS** | Relationship: | **Other** |
| Address: | **PO BOX 3384** **CARMEL, IN 46082** | Employer: | |
| | | Occupation: | |
| Home Phone: | **800-458-2078** | | |
| Work Phone: | | | |

**Printed Date & Time: 7/14/2023 1:39 PM**

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Listerman, Jennifer, MD | Listerman, Jennifer, MD |

**Department**

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB: , Sex: M

## 07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

### Visit Information (continued)

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| KDMS CARDIOLOGY ASHLAND | 613 23RD ST SUITE 230 Ashland KY 41101-2868 | 606-324-4745 | 606-324-4941 |

#### Follow-up and Dispositions

- Return in about 4 weeks (around 8/9/2023).

#### Level of Service

##### Level of Service

**PR OFFICE/OUTPATIENT NEW LOW MDM 30-44 MINUTES**

### Reason for Visit

#### Chief Complaint

- Establish Care

#### Visit Diagnoses

- **Primary hypertension (primary)**
- Mitral valve insufficiency, unspecified etiology

### Medication List

#### Medication List

This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### amLODIPine (NORVASC) 10 mg tablet

Instructions: Take 10 mg by mouth Once Daily.
Entered by: Spurlock, Brianna, MA

Entered on: 7/12/2023

###### hydroCHLOROthiazide (HYDRODIURIL) 25 mg tablet

Instructions: Take 25 mg by mouth Once Daily.
Entered by: Spurlock, Brianna, MA

Entered on: 7/12/2023

###### lisinopriL (PRINIVIL) 20 mg tablet

Instructions: Take 1 Tablet by mouth Once Daily.
Authorized by: Listerman, Jennifer, MD
Start date: 7/12/2023
Refill: 3 refills remaining

Ordered on: 7/12/2023
Quantity: 30 Tablet

##### Stopped in Visit

None

### Physician Progress Notes

#### Progress Notes

##### Listerman, Jennifer, MD at 7/12/2023 1000

Author: Listerman, Jennifer, MD
Filed: 07/12/23 1021
Editor: Listerman, Jennifer, MD (Physician)

Service: —
Encounter Date: 7/12/2023

Author Type: Physician
Status: Signed

| | | | |
|---|---|---|---|
| **King's Daughters Medical Center** | KDMC HOSPITAL<br>2201 Lexington Ave.<br>Ashland KY 41101 | Johnson, John<br>MRN: 926590, DOB: | Sex: M |

### 07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**Physician Progress Notes (continued)**

Subjective
Subjective:

**Patient ID:** John Johnson is an 59 y.o. male.

### Chief Complaint: Murmur, elevated blood pressure
Chief Complaint
Patient presents with
- Establish Care

HPI: Mr. Johnson was referred due to hypertension and murmur heard on exam. He was found to be have moderate to severe mitral regurgitation on echocardiogram. He reports he has not been diagnosed with hypertension in the past but reports he had a syndrome which he was elevated blood  He reports chest pain - left sided to central chest pain, sometimes radiates to arm, lasts minutes to hours, nothing triggers/makes better/makes worse, not related to exertion. He denies dyspnea.  He denies edema.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hypertension | |

No past surgical history on file.
Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Heart Disease | Mother | | |
| • Heart Disease | Father | | |

Social History

Socioeconomic History
| | |
|---|---|
| • Marital status: | Divorced |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
- Not on file

Tobacco Use
| | |
|---|---|
| • Smoking status: | Not on file |
| • Smokeless tobacco: | Not on file |

Substance and Sexual Activity
| | |
|---|---|
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Other Topics                    Concern
- Not on file

Social History Narrative
- Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:        Sex: M

## 07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

### Physician Progress Notes (continued)

Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 mg tablet | Take 10 mg by mouth Once Daily. | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 25 mg tablet | Take 25 mg by mouth Once Daily. | | |
| • lisinopriL (PRINIVIL) 20 mg tablet | Take 1 Tablet by mouth Once Daily. | 30 Tablet | 3 |

No current facility-administered medications for this visit.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Penicillin G | Anaphylaxis |

Review of Systems
Constitutional: Negative.
HENT: Negative.
Respiratory: Negative.
Cardiovascular: Positive for chest pain.
Gastrointestinal: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

Objective
**Objective:**
BP (!) 170/98 | Pulse 75 | Resp 18 | Ht 5' 10" (177.8 cm) | Wt 83.7 kg (184 lb 9.6 oz) | SpO2 98% | BMI 26.49 kg/m²

## Physical Exam
Constitutional:
   General: He is not in acute distress.
   Appearance: He is well-developed.
HENT:
   Head: Normocephalic and atraumatic.
Eyes:
   Conjunctiva/sclera: Conjunctivae normal.
Neck:
   Vascular: No JVD.
   Trachea: No tracheal deviation.
Cardiovascular:

**King's Daughters Medical Center**
KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**Physician Progress Notes (continued)**

Rate and Rhythm: Normal rate and regular rhythm. No extrasystoles are present.
Chest Wall: PMI is not displaced.
Pulses:
  Radial pulses are 2+ on the right side and 2+ on the left side.
  Posterior tibial pulses are 2+ on the right side and 2+ on the left side.
  Heart sounds: S1 normal and S2 normal. Heart sounds not distant. Murmur heard.
Systolic murmur is present with a grade of 3/6.
 No diastolic murmur is present.
 No friction rub. No S3 or S4 sounds.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds. No wheezing or rales.
Chest:
  Chest wall: No tenderness.
Abdominal:
  General: Bowel sounds are normal. There is no distension.
  Palpations: Abdomen is soft.
  Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
Musculoskeletal:
  General: No tenderness.
  Cervical back: Normal range of motion.
Skin:
  General: Skin is warm and dry.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.


EKG: See tab (sinus rhythm, rate of 69, LVH by voltage)


Echocardiogram:
Aortic Valve
The aortic valve is grossly normal.
The aortic valve is trileaflet.
Trace aortic regurgitation.
No aortic stenosis
Atria
The left atrial volume index is 'mildly enlarged (35-41 ml/m2).'.
Right atrial size is normal.
Injection of contrast documented no interatrial shunt.
Diastology
A variety of Doppler measurements indicate normal left ventricular diastolic function.
Great Vessels
The aortic root is normal size.
The aorta at the Sinuses of Valsalva is '3.4' cm in diameter.
The IVC has a measurement of '1.76' cm.
Left Ventricle
The left ventricular end-diastolic dimension is 'normal for men (4.2-5.8cm).'.

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**Physician Progress Notes (continued)**

There is moderate concentric left ventricular hypertrophy.
Global longitudinal strain is - '17.9' %
Left ventricular ejection fraction is '>60%' based on biplane method.
which is 'abnormal'.
The left ventricular wall motion is normal.
Mitral Valve
Mitral valve leaflets appear thickened.
There is no mitral valve stenosis.
The mitral regurgitant jet is eccentrically directed.
Atleast moderate MR
Pericardium/Pleural
There is no pericardial effusion.
There is no pleural effusion.
Procedure
The exam was of good technical quality.
Complete 2D MMode echocardiogram.
Complete spectral Doppler interrogation
Color flow velocity mapping.
Exam was performed on 'EPIQ'
Examination was completed in the department.
Pulmonic Valve
The pulmonic valve is not well visualized.
There is no pulmonic valvular stenosis.
Trace pulmonic valvular regurgitation.
Right Ventricle
The right ventricle is normal size.
The right ventricle is not well visualized.
The estimated global right ventricular systolic function based upon the
tricuspid annular plane of systolic exursion (TAPSE) is 'reduced <17mm.'
The estimated global right ventricular systolic function based upon the TDE
maximal myocardial systolic velocity S' is 'normal >10 cm/s.'
Tricuspid Valve
The tricuspid valve is grossly normal.
There is no tricuspid stenosis.
There is mild tricuspid regurgitation.
MMode 2D Measurements & Calculations
Doppler Measurements & Calculations
Boston Z-Scores(Vital Signs)
Classic Z-Scores(Vital Signs)
Detroit Z-Scores(Vital Signs)
Other Measurements & Calculations
Conclusion
LVEF >60%. MV leaflets appear thickened and there is eccentric MR that
appears to be atleast moderate but may be underestimated in this study.

Recommend TEE or CMR for further quantification of MR if clinically indicated.

**Assessment/Plan:**

1.  **Primary hypertension**                    **12 Lead EKG Same Visit**
                                                **Transesophageal Echo**

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

### 07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**Physician Progress Notes (continued)**

2.    Mitral valve insufficiency, unspecified etiology        Transesophageal Echo

- blood pressure above goal today
- increasing lisinopril to 20
- Discussed LVH by voltage on ECG, how this related to hypertension and potential future risk for CHF
- Discussed mitral regurgitation
- Discussed TEE including risks/benefits/limitations. Patient confirmed no history of dysphagia or prior throat/esophageal procedures or operations. Patient confirmed understanding of risks/benefits/limitations and wish to proceed. Will proceed with TEE.
- Questions answered

Follow up: post test  - sooner if symptoms/problems

Electronically signed by Listerman, Jennifer, MD at 07/12/23 1021

**Procedures**

**12 Lead EKG Same Visit (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 167192712 | — | — | 07/12/23 0908 |

**12 Lead EKG Same Visit**                              Resulted: 07/12/23 1011, Result status: Final result

Order status: Completed                              Resulted by: Listerman, Jennifer, MD
Filed by: Edi, Ekg In  07/12/23 1011                 Performed: 07/12/23 0908 - 07/12/23 0908
Collected by: 07/12/23 0908                          Resulting lab: EPIPHANY
Narrative:
                    KDMS CARDIOLOGY ASHLAND
                    613 23rd Street, Ashland, KY 41101
                         Test Date:    2023-07-12
Pat Name:    JOHN JOHNSON          Department:  KD CARD ASHLAND
Patient ID:  926590           Room:
Gender:      Male          Technician:
DOB:                         Requested By: JENNIFER LISTERMAN
Order Number: 167192712        Reading MD:  Jennifer Listerman MD
                    Measurements
Intervals              Axis
Rate:    69            P:      66
PR:      157           QRS:    34
QRSD:     81           T:      30
QT:      380
QTc:     409
               Interpretive Statements
SINUS RHYTHM
VOLTAGE CRITERIA FOR LVH
No previous ECG available for comparison
Electronically Signed On 7-12-2023 10:11:17 EDT by Jennifer Listerman MD
Acknowledged by: Listerman, Jennifer, MD on 07/12/23 1600

View Image (below)

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB: , Sex: M

### 07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**Procedures (continued)**

| | | | |
|---|---|---|---|
| Pat ID 926590 | 07/12/2023 09:08:41<br>59 yrs | JOHNSON, JOHN<br>Caucasian Male<br>Account # | KDMS CARDIOLOGY ASHLAND<br>Dept KD CARD ASHLAND<br>Room<br>Tech |
| RX<br>DX | | | |

| | | | |
|---|---|---|---|
| Rate | 69 | SINUS RHYTHM | Req Provider: JENNIFER LISTERMAN |
| PR | 157 | VOLTAGE CRITERIA FOR LVH | Order #: 1671S2712 |
| QRSd | 84 | No previous ECG available for comparison | Comment: |
| QT | 380 | Electronically signed on 7 12 2023 10:11:17 EDT by Jennifer Listerman MD | |
| QTc | 409 | | |
| --Axis-- | | | |
| P | 66 | | |
| QRS | 34 | | |
| T | 30 | | |

- Abnormal ECG -                                    Confirmed By: Jennifer Listerman MD 07/12/2023 10:11:17



MORT EL1280-41          25 mm/sec          10 mm/mV          60~ 0.05 - 40 Hz

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - Unknown | EPIPHANY | Unknown | Unknown | 02/07/22 1413 - Present |

**Indications**

Primary hypertension [I10 (ICD-10-CM)]

**All Reviewers List**

Listerman, Jennifer, MD on 7/12/2023 16:00
Listerman, Jennifer, MD on 7/12/2023 16:00

Order-Level Scans

**Other Orders**

**Medications**

lisinopriL (PRINIVIL) 20 mg tablet (Active)

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:               Sex: M

### 07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**Other Orders (continued)**

Electronically signed by: **Listerman, Jennifer, MD on 07/12/23 1020**               Status: **Active**
Ordering user: Listerman, Jennifer, MD 07/12/23 1020          Authorized by: Listerman, Jennifer, MD
Ordering mode: Standard
Frequency: Routine DAILY 07/12/23 - Until Discontinued          Class: Print
Reordered from: lisinopriL (PRINIVIL) 10 mg tablet

**Flowsheets**

**Admission Screening**

| Row Name | 07/12/23 0955 |
|---|---|
| Columbia Risk Scale | |
| In the last 30 days, have you had any thoughts or attempts of killing yourself? | No |
| Pain | |
| Patient Currently in Pain | No |

**Custom Formula Data**

| Row Name | 07/12/23 1001 | 07/12/23 0955 |
|---|---|---|
| OTHER | | |
| PHQ-4 Score | — | 0 |
| BSA (Calculated - sq m) | 2.03 sq meters | — |
| BMI (Calculated) | 26.5 | — |
| Act Risk Score | | |
| Systolic BP | 0 | — |
| SpO2 | 0 | — |
| Total Score | 0 | — |

**Depression Screening**

| Row Name | 07/12/23 0955 |
|---|---|
| PHQ-2 | |
| Over the last 2 weeks, how often have you been bothered by feeling little interest or pleasure in doing things? | Not at all |
| Over the last 2 weeks, how often have you been bothered by feeling down, depressed, or hopeless? | Not at all |
| PHQ-2 SCORE | 0 |

**Encounter Vitals**

| Row Name | 07/12/23 1001 |
|---|---|

### King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**Flowsheets (continued)**

Enc Vitals

| | |
|---|---|
| BP | 170/98 ‼ |
| Pulse | 75 |
| Resp | 18 |
| SpO2 | 98 % |
| Weight | 83.7 kg (184 lb 9.6 oz) |
| Height | 5' 10" (177.8 cm) |

**Vital Signs**

| Row Name | 07/12/23 1001 |
|---|---|

Vitals Reassessment

| | |
|---|---|
| Automatic Restart Vitals Timer | Yes |

**After Visit Summary**

After Visit Summary (below)

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:        Sex: M

### 07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**After Visit Summary (continued)**

+

KING'S
DAUGHTERS
MEDICAL CENTER

AFTER VISIT SUMMARY

**John Johnson** (M)        7/12/2023 11:00 AM  KDMS CARDIOLOGY ASHLAND 606-324-4745

Instructions from Jennifer Listerman, M.D, MD

 Today's medication changes.

CHANGE how you take
**lisinopriL (PRINIVIL)**
Changed by: Jennifer Listerman, M.D., MD

CONTINUE taking your other medications.
**Review your updated medication list below.**

Accurate as of July 12, 2023 19:32 AM.

Ask your doctor where to pick up these medications
• lisinopriL 20 mg tablet

 Transesophageal Echo
Expires 7/11/2024 (requested)

 Return in about 4 weeks
(around 8/9/2023).

**What's Next**

KDMS Follow Up with Jennifer
Listerman, M.D., MD
Monday August 14 8:00 AM

KDMS CARDIOLOGY
ASHLAND
613 23RD ST
SUITE 200
ASHLAND KY
41101-2868
606-324-4745

**Today's Visit**

You saw Jennifer Listerman,
M.D., MD on Wednesday July
12, 2023. The following issues
were addressed. High blood
pressure and Leaky mitral heart valve.

Blood
Pressure
**170/98**

BMI
**26.49**

Weight
**184 lb**
**9.6 oz**

Height
**5' 10"**

Pulse
**75**

Respiration
**18**

Oxygen
Saturation
**98%**

Done Today
12-Lead EKG Same Visit for High
blood pressure.

John Johnson (MRN: 926590) • Printed at 7/12/2023 10:32 AM        Page 1 of 5

*••*"World-Class Care in Our Communities"*••*

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)**

**After Visit Summary (continued)**



MyChart is a great way to stay connected to your medical care at King's Daughters. You can send a message to your provider, view test results, renew prescriptions and more. To sign up simply ask a member of our registration team or call our Care 24/7 line at 606-408-8999. You may also utilize the MyChart Activation Code below to enroll at https://mychart.kdmc.net and click on the Sign Up Now Link.

MyChart Activation Code: M5Q55-MF95X-5TX6Z
Expires: 9/10/2023 10:32 AM

Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911.

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

### 07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**After Visit Summary (continued)**

## Changes to Your Medication List

ⓘ Accurate as of July 12, 2023 10:32 AM.
If you have any questions, ask your nurse or doctor.

CHANGE how you take these medications

 lisinopril, 20 mg tablet
Commonly known as PRINIVIL
Change by: Iredia Isihumen MD, DO

Take 1 Tablet by mouth Once Daily.
What changed:
- **medication strength**
- **how much to take**

CONTINUE taking these medications

amLODIPine 10 mg tablet
Commonly known as NORVASC

hydroCHLOROthiazide 25 mg tablet
Commonly known as HYDRODIURIL

### Where do I go for care...

24/7 Access Center Hotline

Call **King's Daughters Care 24/7** at **606-408-8999** or **1-844-324-2200** anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

### Doctor's Office or Clinic >>

For common illnesses, minor injuries, and routine health exams, the best place to get care is a doctor's office or clinic. Your healthcare provider can also help you manage your health over time.

**You should make an appointment with your doctor's office for:**

- Common illnesses such as colds, flu, earaches, sore throats, migraines, low-grade fevers, or rashes.
- Minor injuries such as sprains, back pain, minor cuts and bums, broken bones, or eye injuries.
- Regular physicals, prescription refills, vaccinations, and screenings.
- A health problem where you need advice.

*Open during regular business hours. Some offer extended and weekend hours; appointments usually required.*

### Urgent Care Centers >>

John Johnson (MRN: 926590) • Printed at 7/12/2023 10:32 AM
"*""World-Class Care in Our Communities""*"

Page 3 of 5

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

### 07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**After Visit Summary (continued)**

When your healthcare provider is not available, King's Daughters Urgent Care Centers provide attention for non-life threatening medical problems or problems that could become worse if you wait.

**You should go to a KDMC Urgent Care Center for:**

- Common illnesses such as colds, the flu, earaches, sore throats, migraines, fever, or rashes.
- Injuries such as sprains, back pain, cuts and burns, broken bones, or eye injuries.

*The King's Daughters Urgent Care Centers in Kentucky (Ashland, Cannonsburg, Grayson and Russell) and Ohio (Burlington and Ironton) are open 9 a.m. to 9 p.m. Seven days a week. The King's Daughters Urgent Care Center in Portsmouth, Ohio is open 24 hours a day, seven days a week. Appointments are not required.*

### Hospital Emergency Department >>

You should use a hospital emergency department for very serious or life-threatening problems.

Because emergency department patients are treated in order of severity, they are not the best place to go for common illnesses or minor injuries. Your wait time may be long and your costs will be higher.

If you are experiencing any of the following symptoms, don't wait! Call 9-1-1 or get to your nearest hospital emergency department:

- Chest pain
- Severe abdominal pain
- Coughing or vomiting blood
- Severe burns
- Deep cuts or bleeding that won't stop
- Sudden blurred vision
- Difficulty breathing or shortness of breath
- Sudden dizziness, weakness, or loss of coordination or balance
- Numbness in the face, arm, or leg
- Sudden, severe headache (not a migraine)
- Seizures
- High Fevers
- Any other condition you believe is life-threatening

*Open 24 hours a day, 7 days a week, 365 days a year.*

*\* No matter where you go for care, be sure to bring a list of medications you are currently taking.*

### 24/7 Hotline

Call King's Daughters Care 24/7 at 606-408-8999 or 1-844-324-2200 anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

### Suicide Prevention

John Johnson (MRN: 926590) • Printed at 7/12/2023 10:32 AM
\*\*\*"World-Class Care in Our Communities"\*\*\*

Page 4 of 5

**King's Daughters Medical Center**
KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:         , Sex: M

### 07/12/2023 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**After Visit Summary (continued)**

If you or a loved one is having thoughts of suicide seek help as soon as possible by contacting a mental health professional or by calling the following numbers:
- National Suicide Prevention Lifeline: 1-800-273-TALK (8255)
- Suicide Hotline: 1-800-SUICIDE (1-800-784-2433)
- National Mental Health/Suicide Prevention helpline via TEXT: 988 (send text to 988 if help is needed)
- King's Daughters Medical Center Behavioral Medicine Unit 1-888-446-8255

### Smoking

Surgeon General's Warning: Smoking causes lung cancer, heart disease, emphysema, and may complicate pregnancy. If you smoke, it is vital you stop smoking now!

### COVID Precaution

Due to the ongoing pandemic and increasing community spread, masks are REQUIRED at all King's Daughters facilities. If you have any concerns or questions about masking, please call your provider's office prior to your visit to discuss other options. Thank you for your cooperation.

### COVID Vaccine

If you or your family member are interested in receiving the COVID-19 vaccine, please call 606-408-COVID to schedule an appointment at King's Daughters Vaccine Clinic.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 08/03/2023 18:41 EST | | | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MAT) MD/MXR RMD on 08/13/2023 13:56.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 08/03/2023 18:41 EST | | | Facility: | ASH |

**Reviewed by Boyd, Terri PA-C on 08/23/2023 13:34.**

**Federal Correctional Institution Ashland, KY** ✚



# AFTER VISIT SUMMARY

**John Johnson** DoB:
*20257-509*

📅 7/12/2023 10:00 AM   📍 KDMS CARDIOLOGY ASHLAND 606-324-4745

Instructions from Jennifer Listerman, M.D., MD



### Today's medication changes

◆ CHANGE how you take:
**lisinopriL (PRINIVIL)**
Changed by: Jennifer Listerman, M.D., MD

🔁 CONTINUE taking your other medications
**Review your updated medication list below.**

Accurate as of July 12, 2023 10:32 AM.



### Ask your doctor where to pick up these medications

• lisinopriL 20 mg tablet



**Transesophageal Echo**
Expires: 7/11/2024 (requested)



**Return in about 4 weeks**
(around 8/9/2023).



## Today's Visit

You saw Jennifer Listerman, M.D., MD on Wednesday July 12, 2023. The following issues were addressed: High blood pressure and Leaky mitral heart valve.

| | |
|---|---|
| ◎ **Blood Pressure** 170/98 | 👤 **BMI** 26.49 |
| ⬜ **Weight** 184 lb 9.6 oz | 🧍 **Height** 5' 10" |
| ❤ **Pulse** 75 | **Respiration** 18 |
| **Oxygen Saturation** 98% | |

🔲 **Done Today**
12 Lead EKG Same Visit for High blood pressure

## What's Next

| AUG 14 2023 | **KDMS Follow Up with Jennifer Listerman, M.D., MD** Monday August 14 8:00 AM | KDMS CARDIOLOGY ASHLAND 613 23RD ST SUITE 230 ASHLAND KY 41101-2868 606-324-4745 |
|---|---|---|

**Order for Johnson, John [926590]**

| | | | |
|---|---|---|---|
| Order #: | 167192714 | Procedure | TRANSESOPHAGEAL ECHO |
| Order Date: | 7/12/2023 | Proc Category: | Cardnt Echo Orderables |
| Priority: | Routine | Class: | KDMC Performed |
| Standing Status: | Future Expires: 7/12/2024 | Status | |
| Ordering User: | Listerman, Jennifer, MD | Department: | Kd Card Ashland |
| Order Time: | **10:20 AM** | | |
| Auth Provider: | LISTERMAN, JENNIFER | Enc Provider: | Listerman, Jennifer, MD |
| Diagnosis: | I10 (ICD-10-CM) - Primary hypertension | | |
| | I34.0 (ICD-10-CM) - Mitral valve insufficiency, unspecified etiology | | |
| Sched Instruct: | | | |
| Visit Types: | TRANSESOPHOGEAL ECHO | | |
| | KDOH TRANSESOPHOGEAL ECHO | | |
| Requested Date: | | Expected Date: | 7/26/2023 |
| Comment: | | | |

*408-2744*

## Request Summary [167192714]

| | | | |
|---|---|---|---|
| Procedure: | Transesophageal Echo | Status: | Needs Scheduling |
| Requested appt date: | 7/26/2023 | Authorizing: | Listerman, Jennifer, MD in KD CARD ASHLAND |
| Referral: | 4567878 (Pending Review) | | |
| Expires: | 7/12/2024 | Priority: | Routine |
| Diagnosis: | Primary hypertension [I10] | | |
| | Mitral valve insufficiency, unspecified etiology [I34.0] | | |

## Order Specific Questions

What is the reason for doing this procedure?
Valvular Heart Disease/Murmur

## Request History

| Action | Date and Time | User | Details |
|---|---|---|---|
| Request Created | 07/12/2023 10:20 AM | Listerman, Jennifer, MD | Appointment Encounter, Details |

## Workqueue Summary

| Current Workqueues | Entry | Current Tab |
|---|---|---|
| CS: CARDIOLOGY ORDERS [3988] | 07/12/2023 10:20 AM | Active |
| KDMC HVC All Echo Orders [18070] | 07/12/2023 10:20 AM | Active |

# Changes to Your Medication List

ⓘ **Accurate as of July 12, 2023 10:32 AM.**
If you have any questions, ask your nurse or doctor.

## CHANGE how you take these medications



**CHANGE**

**lisinopriL** 20 mg tablet
Commonly known as: PRINIVIL
Changed by: Jennifer Listerman, M.D., MD

Take 1 Tablet by mouth Once Daily.
What changed:
- **medication strength**
- **how much to take**

## CONTINUE taking these medications

**amLODIPine** 10 mg tablet
Commonly known as: NORVASC

**hydroCHLOROthiazide** 25 mg tablet
Commonly known as: HYDRODIURIL

## Where do I go for care...

## 24/7 Access Center Hotline

Call **King's Daughters Care 24/7** at **606-408-8999** or **1-844-324-2200** anytime day or night to establish care with a primary provider, make or change appointments, speak to a nurse for advice or request a prescription refill.

## Doctor's Office or Clinic >>

For common illnesses, minor injuries, and routine health exams, the best place to get care is a doctor's office or clinic. Your healthcare provider can also help you manage your health over time.

**You should make an appointment with your doctor's office for:**

- Common illnesses such as colds, flu, earaches, sore throats, migraines, low-grade fevers, or rashes.
- Minor injuries such as sprains, back pain, minor cuts and burns, broken bones, or eye injuries.
- Regular physicals, prescription refills, vaccinations, and screenings.
- A health problem where you need advice.

*Open during regular business hours. Some offer extended and weekend hours; appointments usually required.*

## Urgent Care Centers >>

**KDMS CARDIOLOGY ASHLAND**
**613 23RD ST**
**SUITE 230**
**ASHLAND KY 41101-2868**
**Phone: 606-324-4745    Fax: 606-324-4941**

Date: Jul 12, 2023

Patient Name: **John Johnson**          DOB:
Address: 576 Summit Road
SUMMITT KY 41105    Phone: 606-928-6414

**Rx: lisinopriL (PRINIVIL) 20 mg tablet**
**Sig: Take 1 Tablet by mouth Once Daily.**
Qty: *30 (Thirty) Tablet*
Refill: 3 (Three)


Dx:
Electronically signed by: *Listerman, Jennifer, MD*
DEA # : FL2259819 (Kentucky)

# Johnson, John

MRN: 926590

 **Listerman, Jennifer, MD**
Physician
Specialty: Cardiology

Progress Notes
Signed

Encounter Date: 7/12/2023

## Subjective

**Subjective:**

**Patient ID:** John Johnson is an 59 y.o. male.

**Chief Complaint: Murmur, elevated blood pressure**
Chief Complaint
Patient presents with
• Establish Care

HPI: Mr. Johnson was referred due to hypertension and murmur heard on exam. He was found to be have moderate to severe mitral regurgitation on echocardiogram. He reports he has not been diagnosed with hypertension in the past but reports he had a syndrome which he was elevated blood  He reports chest pain - left sided to central chest pain, sometimes radiates to arm, lasts minutes to hours, nothing triggers/makes better/makes worse, not related to exertion. He denies dyspnea.  He denies edema.

Past Medical History:
Diagnosis          Date
• Hypertension

No past surgical history on file.

Family History
| Problem | Relation | Name | Age of Onset |
| --- | --- | --- | --- |
| • Heart Disease | Mother | | |
| • Heart Disease | Father | | |

Social History

Socioeconomic History
| • Marital status: | Divorced |
| --- | --- |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |

Johnson, John (MRN 926590)                                    Encounter Date: 07/12/2023

- Highest       Not on file
  education
  level:

Occupational History
- Not on file

Tobacco Use
- Smoking      Not on file
  status:
- Smokeless Not on file
  tobacco:

Substance and Sexual Activity
- Alcohol       Not on file
  use:
- Drug use:    Not on file
- Sexual        Not on file
  activity:

Other Topics     Concern
- Not on file

Social History Narrative
- Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 mg tablet | Take 10 mg by mouth Once Daily. | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 25 mg tablet | Take 25 mg by mouth Once Daily. | | |
| • lisinopriL (PRINIVIL) 20 mg tablet | Take 1 Tablet by mouth Once Daily. | 30 Tablet | 3 |

No current facility-administered medications for this visit.

Allergies

| Allergen | Reactions |
|---|---|
| • Penicillin G | Anaphylaxis |

Review of Systems
Constitutional: Negative.
HENT: Negative.
Respiratory: Negative.
Cardiovascular: Positive for chest pain.
Gastrointestinal: Negative.

Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**Objective**

**Objective:**
BP (!) 170/98  | Pulse 75  | Resp 18  | Ht 5' 10" (177.8 cm)  | Wt 83.7 kg (184 lb 9.6 oz)  | SpO2 98%  | BMI 26.49 kg/m²

<u>**Physical Exam**</u>
<u>Constitutional</u>:
   General: He is not in acute distress.
   Appearance: He is well-developed.
<u>HENT</u>:
   Head: Normocephalic and atraumatic.
<u>Eyes</u>:
   Conjunctiva/sclera: Conjunctivae normal.
<u>Neck</u>:
   Vascular: No JVD.
   Trachea: No tracheal deviation.
<u>Cardiovascular</u>:
   Rate and Rhythm: Normal rate and regular rhythm.  No extrasystoles are present.
   Chest Wall: PMI is not displaced.
   Pulses:
    Radial pulses are 2+ on the right side and 2+ on the left side.
    Posterior tibial pulses are 2+ on the right side and 2+ on the left side.
   Heart sounds: S1 normal and S2 normal. Heart sounds not distant. Murmur heard.
 Systolic murmur is present with a grade of 3/6.
 No diastolic murmur is present.
 No friction rub. No S3 or S4 sounds.
<u>Pulmonary</u>:
   Effort: Pulmonary effort is normal. No respiratory distress.
   Breath sounds: Normal breath sounds. No wheezing or rales.
<u>Chest</u>:
   Chest wall: No tenderness.
<u>Abdominal</u>:
   General: Bowel sounds are normal. There is no distension.
   Palpations: Abdomen is soft.
   Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
<u>Musculoskeletal</u>:
   General: No tenderness.
   Cervical back: Normal range of motion.
<u>Skin</u>:
   General: Skin is warm and dry.
<u>Neurological</u>:

Mental Status: He is alert and oriented to person, place, and time.

EKG: See tab (sinus rhythm, rate of 69, LVH by voltage)

Echocardiogram:
Aortic Valve
The aortic valve is grossly normal.
The aortic valve is trileaflet.
Trace aortic regurgitation.
No aortic stenosis
Atria
The left atrial volume index is 'mildly enlarged (35-41 ml/m2).'.
Right atrial size is normal.
Injection of contrast documented no interatrial shunt.
Diastology
A variety of Doppler measurements indicate normal left ventricular diastolic function.
Great Vessels
The aortic root is normal size.
The aorta at the Sinuses of Valsalva is '3.4' cm in diameter.
The IVC has a measurement of '1.76' cm.
Left Ventricle
The left ventricular end-diastolic dimension is 'normal for men (4.2-5.8cm).'.
There is moderate concentric left ventricular hypertrophy.
Global longitudinal strain is - '17.9' %
Left ventricular ejection fraction is '>60%' based on biplane method.
which is 'abnormal'.
The left ventricular wall motion is normal.
Mitral Valve
Mitral valve leaflets appear thickened.
There is no mitral valve stenosis.
The mitral regurgitant jet is eccentrically directed.
Atleast moderate MR
Pericardium/Pleural
There is no pericardial effusion.
There is no pleural effusion.
Procedure
The exam was of good technical quality.
Complete  2D MMode  echocardiogram.
Complete spectral Doppler interrogation
Color flow velocity mapping.
Exam  was performed on 'EPIQ'
Examination was completed  in the department.
Pulmonic Valve
The pulmonic valve is not well visualized.
There is no pulmonic valvular stenosis.
Trace pulmonic valvular regurgitation.
Right Ventricle
The right ventricle is normal size.
The right ventricle is not well visualized.

The estimated global right ventricular systolic function based upon the tricuspid annular plane of systolic exursion (TAPSE) is 'reduced <17mm.'
The estimated global right ventricular systolic function based upon the TDE maximal myocardial systolic velocity S' is 'normal >10 cm/s.'
Tricuspid Valve
The tricuspid valve is grossly normal.
There is no tricuspid stenosis.
There is mild tricuspid regurgitation.
MMode 2D Measurements & Calculations
Doppler Measurements & Calculations
Boston Z-Scores(Vital Signs)
Classic Z-Scores(Vital Signs)
Detroit Z-Scores(Vital Signs)
Other Measurements & Calculations
Conclusion
LVEF >60%. MV leaflets appear thickened and there is eccentric MR that appears to be atleast moderate but may be underestimated in this study.

Recommend TEE or CMR for further quantification of MR if clinically indicated.

**Assessment/Plan:**

| | | |
|---|---|---|
| 1. | **Primary hypertension** | **12 Lead EKG Same Visit** |
| | | **Transesophageal Echo** |
| 2. | Mitral valve insufficiency, unspecified etiology | Transesophageal Echo |

- blood pressure above goal today
- increasing lisinopril to 20
- Discussed LVH by voltage on ECG, how this related to hypertension and potential future risk for CHF
- Discussed mitral regurgitation
- Discussed TEE including risks/benefits/limitations. Patient confirmed no history of dysphagia or prior throat/esophageal procedures or operations. Patient confirmed understanding of risks/benefits/limitations and wish to proceed. Will proceed with TEE.
- Questions answered

Follow up: post test  - sooner if symptoms/problems

Electronically signed by Listerman, Jennifer, MD at 07/12/23 1021

Office Visit on 7/12/2023   *Note shared with patient*

# Additional Documentation

Vitals:      BP **170/98** ❗ (Abnormal) Pulse 75 Resp 18 Ht 5' 10" (177.8 cm) Wt 83.7 kg (184 lb 9.6 oz)
             SpO2 98% BMI 26.49 kg/m² BSA 2.02 m²

Johnson, John (MRN 926590)                                              Encounter Date: 07/12/2023

Flowsheets:   Pain, Depression Screening, Suicide Screening, Vital Signs
SmartForms:  MR PATIENT VISIT EVENTS

## Orders Placed

Transesophageal Echo
12 Lead EKG Same Visit (Resulted 7/12/2023)

## Medication Changes

As of 7/12/2023 10:20 AM

|  | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: lisinopriL (PRINIVIL) 20 mg tablet** | 3 | 7/12/2023 | |
| Take 1 Tablet by mouth Once Daily. - Oral | | | |
| Previously: 10 mg Oral DAILY | | | |

## Visit Diagnoses

Primary: **Primary hypertension** I10
Mitral valve insufficiency, unspecified etiology I34.0

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 07/18/2023 12:18 EST | | | Facility: | ASH |

**Reviewed by Dankwa, Vibeke (MAT) MD/MXR RMD on 08/26/2023 17:24.**

# King's Daughters Medical Center

## Health Information Management

2201 Lexington Avenue
Ashland KY 41101
Phone: 606.408.1820
FAX: 606.408.6655
FAX: 606.408.6797

#20257-509
FCI ASHLAND
PO BOX 888
ASHLAND KY 41105

To: SEVEN CORNERS
    Attn to:

    ,
    317-282-0555

Date: 4/11/23          No of Pages (inc cover sheet):

Comments:

PLEASE NOTIFY Vanessa Burgess AT 606.408.1815 IF THERE ARE ANY PROBLEMS WITH THIS FAX.

### Confidentiality Notice

The information contained within this facsimile is intended only for the use of the individual or entity named above. This information is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this facsimile is strictly prohibited. If you have received this transmission in error, please contact the sender at the above number to arrange for the destruction or return of the transmitted information at our expense.

If the information released to you contains information about AIDS or HIV test results, that information has been disclosed to you from records whose confidentiality is protected by state law (KRS 214.81 and KRS 214.65). State law prohibits you from making any further disclosure of such information relating to AIDS or HIV without the specific written consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for release of medical or other information is NOT sufficient for this purpose.

If the information released to you contains information about alcohol or drug abuse diagnosis, treatment for such abuse, or referrals for treatment, and if the release was made by a "program" as defined in 42 CFR 2.11, this information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the information released to you contains information about a person's mental health or chemical dependency, you may not redisclose or otherwise reveal information concerning the mental health or chemical dependency of that person, beyond the purpose for which the disclosure was made, without first obtaining that person's specific written consent for the redislcosure. KRS 304.17A-555.

HEALTH INFORMATION MANAGEMENT MISSION: * PATIENT FIRST * INFORMATION SECOND * CARE & CONFIDENTIALITY ALWAYS

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

**03/17/2023 - Echocardiogram Outpt in Heart and Vascular Center Noninvasive Cardiology**

Imaging

### ECHO

#### Transthoracic Echocardiogram (Final result)

| Transthoracic Echocardiogram | Resulted: 03/17/23 2013, Result status: Final result |
|---|---|

Order status: Completed
Filed by: Edi, Echo In 03/17/23 2013
Accession number: E4943998
Lab Technician: VIKTORIIA WILLIAMS RVT-RDCS
Narrative:

Resulted by: Hasan Khan, Mohammed, MD
Performed: 03/17/23 0956 - 03/17/23 1112
Resulting lab: HVC NONINVASIVE CARDIOLOGY LAB

Aortic Valve
The aortic valve is grossly normal.
The aortic valve is trileaflet.
Trace aortic regurgitation.
No aortic stenosis
Atria
The left atrial volume index is 'mildly enlarged (35-41 ml/m2).'.
Right atrial size is normal.
Injection of contrast documented no interatrial shunt.
Diastology
A variety of Doppler measurements indicate normal left ventricular diastolic function.
Great Vessels
The aortic root is normal size.
The aorta at the Sinuses of Valsalva is '3.4' cm in diameter.
The IVC has a measurement of '1.76' cm.
Left Ventricle
The left ventricular end-diastolic dimension is 'normal for men (4.2-5.8cm).'.
There is moderate concentric left ventricular hypertrophy.
Global longitudinal strain is - '17.9' %
Left ventricular ejection fraction is '>60%' based on biplane method.
which is 'abnormal'.
The left ventricular wall motion is normal.
Mitral Valve
Mitral valve leaflets appear thickened.
There is no mitral valve stenosis.
The mitral regurgitant jet is eccentrically directed.
Atleast moderate MR
Pericardium/Pleural
There is no pericardial effusion.
There is no pleural effusion.
Procedure
The exam was of good technical quality.
Complete 2D MMode echocardiogram.
Complete spectral Doppler interrogation
Color flow velocity mapping.
Exam was performed on 'EPIQ'
Examination was completed in the department.
Pulmonic Valve
The pulmonic valve is not well visualized.
There is no pulmonic valvular stenosis.
Trace pulmonic valvular regurgitation.
Right Ventricle
The right ventricle is normal size.
The right ventricle is not well visualized.
The estimated global right ventricular systolic function based upon the tricuspid annular plane of systolic exursion (TAPSE) is 'reduced <17mm.'
The estimated global right ventricular systolic function based upon the TDE maximal myocardial systolic velocity S' is 'normal >10 cm/s.'
Tricuspid Valve
The tricuspid valve is grossly normal.
There is no tricuspid stenosis.
There is mild tricuspid regurgitation.
MMode 2D Measurements & Calculations

*King's Daughters Medical Center*    KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

## 03/17/2023 - Echocardiogram Outpt in Heart and Vascular Center Noninvasive Cardiology (continued)

### Imaging (continued)

Doppler Measurements & Calculations
Boston Z-Scores(Vital Signs)
Classic Z-Scores(Vital Signs)
Detroit Z-Scores(Vital Signs)
Other Measurements & Calculations
Conclusion
LVEF >60%. MV leaflets appear thickened and there is eccentric MR that appears to be atleast moderate but may be underestimated in this study.

Recommend TEE or CMR for further quantification of MR if clinically indicated.

View Image (below)

KD RightFax                          4/11/2023  3:29:33 PM   PAGE  4/006  Fax Server

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:              Sex: M

03/17/2023 - Echocardiogram Outpt in Heart and Vascular Center Noninvasive Cardiology (continued)

## Imaging (continued)

JOHN JOHNSON  3/17/2023                                              Page 1 of 2

  

Cardiology Services
2201 Lexington Avenue
Ashland, KY 41101
Phone: 606-408-7506
Fax: 606-408-6379

### Echocardiogram Report

| | | |
|---|---|---|
| Name: JOHNSON, JOHN | Study Date: 03/17/2023 12:06 AM | |
| Patient Number: 556429459 | | |
| MRN: 926590 | Patient Location: HVNO^^^40 | HR: 72 |
| DOB: | Gender: Male | Height: 69 in |
| Age: 59 yrs | | |
| BP: 169/121 mmHg | Ethnicity: WHT | Weight: 188 lb |
| Reason For Study: Hypertension, cardiac murmur | | BSA: 2.01 m² |
| Ordering Physician: BOYD, TERRI | | |
| Referring Physician: BOYD, TERRI | | |
| Reading Physician: Mohammad Khan | | |

**M-Mode/2-D Measurements:**

LVIDd: 5.0 cm   (3.8-5.6)  IVSd: 1.4 cm    (0.7-1.1)  LVPWd: 1.1 cm  (0.7-1.1)

LVIDs: 3.8 cm    (2.4-4.0)

LA dimension: 3.4 cm  (1.9-4.0)  Ao root diam: 3.4 cm  (2.0-3.7)

RVIDd: 3.1 cm    (2.2-4.4)

### MMode/2D Measurements & Calculations

| | | | |
|---|---|---|---|
| % IVS thick: 15.0 % | LVOT diam: 2.1 cm | LA ESV BP (MOD): 26.3 ml | EDV (MOD-sp4): 146.0 ml |
| | | LA ESV BP (MOD) Index: 32.5 ml/m² | ESV (MOD-sp4): 59.3 ml |
| | | LA ESV 4CB (MOD): 57.3 ml | |
| | | LA ESV 2CB (MOD): 23.9 ml | |

| | | | |
|---|---|---|---|
| LV Length2: 8.3 cm. | | LV A2C Endo Peak GLS: -16.8 % | Cardiac Index (HM): 2.1 l/min/m² |
| EDV (MOD-sp2): 122.0 ml | EF (BP): 63.6 % | LV A3C Endo Peak GLS: -12.2 % | |
| LV Ls sp2: 6.9 cm | LV EDV (BP): 145.0 ml | LV A4C Endo Peak GLS: -18.7 % | |
| ESV(MOD-sp2): 49.8 ml | LV EDV (BP) Index: 72.0 ml/m² | LV Endo Peak GLS: -15.9 % | |
| | LV ESV (BP): 52.5 ml | | |
| | LV ESV (BP) Index: 26.3 ml/m² | | |

IVC Diam_phf: 1.8 cm      LA Ejection Fraction (HM): 52.0 %   LA Maximum Vol (HM): 34.0 ml      LA Minimum Vol (HM): 36.0 ml

LA Vol Index (HM): 42.0 ml/m²   LV Mass (HM): 161.0 grams   RVPddLVIGd_phf: 0.63      TAPSE_phf: 1.6 cm

### Time Measurements

MV dec time: 0.31 sec

### Doppler Measurements & Calculations

| | | | |
|---|---|---|---|
| MV E max vel: 75.9 cm/sec | MV mean PG: 1.6 mmHg | Ao V2 max: 119.0 cm/sec | LV V1 max PG: 3.6 mmHg |
| MV A max vel: 47.3 cm/sec | | Ao max PG: 5.7 mmHg | LV V1 max: 92.2 cm/sec |
| MV E/A: 1.6 | | AV-AVVIE: 2.8 cm² | Dimensionless Index (Vmax): 0.77 |
| | | AVA (Vmax) Index: 1.4 cm2/m2 | |

| | | | |
|---|---|---|---|
| Lat Peak E' Vel: 10.9 cm/sec | Med Peak E' Vel: 9.4 cm/sec | MR max vel: 362.7 cm/sec | PISA (MR): 3.1 cm² |
| E/Med E': 8.1 | | MR max PG: 126.7 mmHg | Volume (MR): 35.0 ml |
| E/Lat E': 7.0 | | | |

3/17/2023

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

**03/17/2023 - Echocardiogram Outpt in Heart and Vascular Center Noninvasive Cardiology (continued)**

Imaging (continued)

JOHN JOHNSON   3/17/2023                                           Page 2 of 2

SVd.VOT): 73.7 ml          AV-VR_pht: 0.70          AVA(VTIyBSA_pht: 1.5          RVS Vol_pht: 11.2 cm/sec

**Measurements from QLAB**

| | | | |
|---|---|---|---|
| ED Current (BM]_pht: 50.0 % | ED Default (BM)_pht: 60.0 % | EDV (BM)_pht: 172.0 ml | EF (BM]_pht: 54.0 % |
| ES Current (HM)_pht: 96.0 % | ES Default (BM)_pht: 30.0 % | ESV (HM)_pht: 79.0 ml | HR (BM]_pht: 67.0 BPM |
| LV Length ED (BM)_pht: 50.0 mm | LV Length ES (BM)_pht: 68.0 mm | SV (BM)_pht: 93.0 ml | |

**Interpretation Summary**
LVEF >60%. MV leaflets appear thickened and there is eccentric MR that appears to be atleast moderate but may be underestimated in this study.

Recommend TEE or CMR for further quantification of MR if clinically indicated.

**Procedure**
Complete 2D M-Mode echocardiogram. Complete spectral Doppler interrogation. Color flow velocity mapping. Exam was performed on 'EPIQ'. The exam was of good technical quality. Examination was completed in the department.

**Left Ventricle**
The left ventricular end-diastolic dimension is 'normal for man (4.2-5.8cm).'. There is moderate concentric left ventricular hypertrophy. Global longitudinal strain is - '17.9'%. Left ventricular ejection fraction is '>60%' based on biplane method, which is 'abnormal'. The left ventricular wall motion is normal.

**Right Ventricle**
The right ventricle is normal size. The right ventricle is not well visualized. The estimated global right ventricular systolic function, based upon the tricuspid annular plane of systolic excursion (TAPSE) is 'reduced <1.7mm.'. The estimated global right ventricular systolic function based upon the TDI maximal myocardial systolic velocity S' is 'normal >10 cm/s.'.

**Atria**
The left atrial volume index is 'mildly enlarged (35-41 ml/m2).'. Right atrial size is normal. Injection of contrast documented no interatrial shunt.

**Mitral Valve**
Mitral valve leaflets appear thickened. There is no mitral valve stenosis. The mitral regurgitant jet is eccentrically directed. Atleast moderate MR.

**Tricuspid Valve**
The tricuspid valve is grossly normal. There is no tricuspid stenosis. There is mild tricuspid regurgitation.

**Aortic Valve**
The aortic valve is grossly normal. The aortic valve is tricuspid. No aortic stenosis. Trace aortic regurgitation.

**Pulmonic Valve**
The pulmonic valve is not well visualized. There is no pulmonic valvular stenosis. Trace pulmonic valvular regurgitation.

**Great Vessels**
The aortic root is normal size. The aorta at the Sinuses of Valsalva is '3.4' cm in diameter. The IVC has a measurement of '1.76' cm.

**Pericardium/Pleural**
There is no pericardial effusion. There is no pleural effusion.

**Diastology**
A variety of Doppler measurements indicate normal left ventricular diastolic function.

Electronically signed by: Mohammed Khan  on 03/17/2023 08:12 PM
Performed By: Viktoriia Williams RVT-RDCS

3/17/2023

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1180100040 - HVCNIC | HVC NONINVASIVE CARDIOLOGY LAB | Unknown | 2201 Lexington Avenue Ashland KY 41101 | 06/25/08 1434 - Present |

**Indications**

HTN (hypertension) [I10 (ICD-10-CM)]
Cardiac murmur [R01.1 (ICD-10-CM)]

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

**03/17/2023 - Echocardiogram Outpt in Heart and Vascular Center Noninvasive Cardiology (continued)**

Imaging (continued)

Order-Level Scans

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 04/19/2023 12:15 EST | | | Facility: | ASH |

**Cosigned by Keats, Graham MD, CD on 04/25/2023 11:58.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | | Race: | BLACK |
| Scanned Date: | 04/19/2023 12:15 EST | | | | Facility: | ASH |

**Reviewed with New Encounter Note by Boyd, Terri PA-C on 05/11/2023 15:46.**



ID: 20257509
johnson ⟨⟩
Male   Years   ( / / )
Req. No. :

1154
Diagnosis Information:

| | | | |
|---|---|---|---|
| HR | : 72 | bpm | Sinus rhythm |
| P | : 120 | ms | Inferior T wave abnormality is nonspecific |
| PR | : 154 | ms | Borderline ECG |
| QRS | : 88 | ms | |
| QT/QTcBz | : 384/421 | ms | |
| P/QRS/T | : 53/8/-13 | ° | |
| RV5/SV1 | : 1.812/1.360 | mV | |

Report Confirmed by:

0.67~100Hz   AC60   25mm/s   10mm/mV   4*2.5s+1r   SE-1200Express   V2.22   Glasgow   V28.67   fci ashland

Printed in USA

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 01/23/2023 09:25 EST | | | Facility: | ASH |

**Reviewed by Keats, Graham MD, CD on 01/24/2023 16:03.**



## FCI Ashland ASH

| | | | | |
|---|---|---|---|---|
| Patient: | **JOHNSON, JOHN (Male)** | | DOB: | |
| Register#: | **20257-509** | | Age: | 59 |
| Date: | 01/10/23 11:25 | | Status: | OP |
| Slicecount: | 2 | | | |
| History: | Cradiac mumur, HTN | | | |
| Priors: | | | | |
| Exams: | FILM CXR 2 VIEWS | | | |
| Referring Phy: | | | | |
| Ordering Phy: | Boyd | | | |
| Ordering Phy #: | | | | |

Accession Numbers: 1.2.392.200036.9107.307.27750.112775023010903381

---

### Final Report

**Exam: FILM CXR**

**Chest PA and lateral views**

**INDICATION: see above**

**COMPARISON: None**

> **RECEIVED**
> **JAN 1 0 2023**

**FINDINGS:**

**The cardiomediastinal silhouette is within normal limits. No venous congestion.**

**Lungs are clear. No pleural effusions.**

**No acute osseous abnormality. Bony elements are within normal limits for age.**

**IMPRESSION:**

**No acute cardiopulmonary disease.**

**Lungs are clear.**

**Heart size and silhouette are within normal limits.**

Radiologist:          Farhad Khorashadi, MD

Study ready at 11:27 and initial results transmitted at 12:20

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 01/10/2023 12:32 EST | | | Facility: | ASH |

**Reviewed by Keats, Graham MD, CD on 01/10/2023 14:14.**

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

<u>1-4-2023</u>
Date

I, <u>JOHN JOHNSON</u>          <u>20257-509</u>   , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

Routine DRE

The following treatment(s) was/were recommended:

DRE

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

Undetected abnormality of the rectum or prostate

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

BOYD, TERRI PA-C          1-4-2023          X _____ 1/4/2023
Counseled by                     Date              Patient's Signature              Date

_____ 1-4-23
Signature of Witness          Date          ASH--ASHLAND FCI