**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Note Date: | 08/22/2024 12:56 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

**Reviewed Health Status:** No

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Bloom, Barbara APRN

Chart review completed for labs and found to be within normal limits.


**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 08/22/2024 12:57

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Note Date: | 08/09/2024 10:12 | Provider: | Dickess, Kristie DO, CD | Unit: | C04 |

**Reviewed Health Status:**    No

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

    ADMINISTRATIVE NOTE    **1**        Provider:   Dickess, Kristie DO, CD

        Discussed w/ APP. Agree w/ plan.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Dickess, Kristie DO, CD on 08/09/2024 10:13

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | Reg #: | 20257-509 |
| Date of Birth: | | Sex:  M   Race: BLACK   Facility: | ASH |
| Note Date: | 08/09/2024 10:11 | Provider:   Dickess, Kristie DO, CD   Unit: | C04 |

**Reviewed Health Status:**   No
Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**         Provider:   Dickess, Kristie DO, CD
Discussed w/ APP. Agree w/ plan.


**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Dickess, Kristie DO, CD on 08/09/2024 10:11

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race:BLACK | Facility: | ASH |
| Note Date: | 08/07/2024 17:28 | Provider: Bloom, Barbara APRN | Unit: | C04 |

**Reviewed Health Status:** No

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**        Provider:  Bloom, Barbara APRN

Chart review for xrays
CXR
Impression
No acute cardiopulmonary disease. Stable chest compared to prior exam.
Lungs are clear
Heart size is normal. Redemonstration of sternotomy and prosthetic cardiac valve

C-spine
Impression
No acute fracture
slight chronic compression C6 vertebral body
Minimal degenerative grade 1 retrolisthesis C6 relative to C7. Remaining alignment is maintained.
Straightening of normal lordosis of the cervical spine.
C6/C7 mild to moderate degenerative space knowing and mild degree at C5/C6. Uncovertebral joint arthrosis at C6/C7 with suspected degenerative encroachment to the foramina at this level.
Remaining disc heights are maintained
Multilevel minimal to mild facet arthrosis mid to upper cervical spine.

Plan
Diclofenac gel
Exercises to improve lordosis
Encourage sick call for any concerns
Inmate denies paresthesia to bilateral extremities

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/07/2024 | Handout | Neck Pain Education | Bloom, Barbara | Verbalizes Understanding |
| 08/07/2024 | Handout | Neck ROM and Stretching Exercises | Bloom, Barbara | Verbalizes Understanding |
| 08/07/2024 | Handout | Neck Strengthening Exercises | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 08/07/2024 17:44

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M  Race: BLACK | Facility: ASH |
| Encounter Date: 08/07/2024 07:17 | | Provider: Bloom, Barbara APRN | Unit: C04 |

**Reviewed Health Status:** Yes

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:      59 yo male inmate seen in clinic for follow up lab review, chest pain, and discuss dizziness. CAOx3, resp e/u, P/W/D, ambulates with steady gait. Denies shortness of breath, headaches, or increased fatigue. Reports he continues to have pain to the center of his chest that has never subsided since having surgery, reports it is some better but continues to cause him pain. He reports the pain sometimes goes into his back, goes up both shoulders and into his neck. Furthermore, he reports pain sometimes goes down into his thighs. Denies increased shortness of breath. Reports continued dizziness. Advised inmate ENT apt was cancelled as they recommend neurology consult and awaiting a scheduling date. Inmate reports sometimes it feels like his heart is racing like it is trying to catch up. Inmate denies increased anxiety or depression. Inmate reports he is eating and sleeping without difficulty. Denies SI or HI. Denies bowel or bladder concerns. Reviewed labs with inmate. Inmate encouraged to come to sick call as needed
Plan
2D echo as recommended per cardiology
blood pressure monitoring
will restart HCTZ 12.5 mg
consult placed for holter monitor due to palpitations
C-spine
cxr
Follow up with cardiology per recommendation
EKG

**Pain:**            Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/06/2024 10:02 |
| Location: | Chest-Sternal |
| Quality of Pain: | Dull |
| Pain Scale: | 3 |
| Intervention: | follow up studies |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | Nothing |
| Relieving Factors: | nothing |
| Reason Not Done: | |
| Comments: | |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|

| Inmate Name:   JOHNSON, JOHN F | | Reg #:   20257-509 |
|---|---|---|
| Date of Birth: | Sex:   M   Race:   BLACK | Facility:   ASH |
| Encounter Date:  08/07/2024 07:17 | Provider:   Bloom, Barbara APRN | Unit:   C04 |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Penicillins | Anaphylaxis | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/07/2024 07:17 by Bloom, Barbara APRN

**ROS:**

**Breasts**

**General**

Yes: Within Normal Limits

**Integumentary**

**Hair**

Yes: Within Normal Limits

No: Abnormal Growth, Excessive Hair Loss

**Nails**

Yes: Within Normal Limits

**Skin**

Yes: Within Normal Limits

**HEENT**

**Ears**

Yes: Vertigo

No: Within Normal Limits

**Eyes**

Yes: Within Normal Limits

**Head**

Yes: Within Normal Limits

No: Headaches, Migraine, Trauma

**Mouth**

Yes: Within Normal Limits

**Neck**

Yes: Within Normal Limits

No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling

**Nose**

Yes: Within Normal Limits

**Throat**

Yes: Within Normal Limits

**Sinuses**

Yes: Within Normal Limits

No: Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary

**Cardiovascular**

**Arteries and Veins**

Yes: Within Normal Limits

No: Claudication, Phlebitis, Raynaud's Phenomenon, Varicose Veins

**General**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: | 08/07/2024 07:17 | Provider: Bloom, Barbara APRN | Unit: | C04 |

Yes: Angina, Hx of Heart Disease, Hx of Heart Surgery

No: Within Normal Limits, Edema, Exertional dyspnea, Palpitation, Syncope

## Pulmonary

### Respiratory System

Yes: Within Normal Limits

No: DOE, Dyspnea

## GI

### General

Yes: Within Normal Limits

## GU

### General

Yes: Within Normal Limits

## Musculoskeletal

### General

Yes: Neck Pain, Shoulder Pain

No: Within Normal Limits

## Neurological

### Autonomic System

Yes: Within Normal Limits, Control of Urination

No: Syncope, Facial Numbness, Hx Seizures, Reaction to Heat/Cold, Sweating

### Cranial Nerves

Yes: Within Normal Limits

### Motor System

Yes: Within Normal Limits

No: Abnormal Gait, Incoordination, Involuntary Movements, Paralysis, Rigidity, Tremor, Weakness

### Sensory System

Yes: Pain, Paresthesia, Radiculopathy

No: Within Normal Limits, Hypesthesia, Shooting Pain

## Endocrine

### General

Yes: Within Normal Limits

No: Exophthalmos, Goiter, Hair Changes

## Psychiatric

### General

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

## Lymphatics

### General

Yes: Within Normal Limits

No: Cervical Nodes, Localized Edema, Lymphedema, Pedal Edema

## Preventive Health

### Hypertension screening

Yes: Blood pressure reviewed, Borderline BP (sys 120-139, dias 80-90), > age 50 screen yearly

**OBJECTIVE:**

| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
|---|---|---|---|---|
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: | 08/07/2024 07:17 | Provider: Bloom, Barbara APRN | Unit: | C04 |

### Exam Comments

Vital signs: Hypertension
General: Pleasant and cooperative. Well groomed, well-appearing and appears of stated age
Head, Ears, Eyes, Nose, Throat:  Head appears atraumatic and normocephalic w/ no asymmetry of motor function. Pupils are equal, round, and reactive to light and accommodation, extraocular movements are grossly intact, fundi appear normal to gross exam. Ears are WNL. Negative for nystagmus
Nares are patent and WNL. Oral mucosa is moist, and oropharynx is WNL.
Neck:  Supple, trachea is midline. Normal thyroid is observed. Normal carotid pulses auscultated w/o bruit.
Lungs and Chest:  Lungs are clear to auscultation bilaterally.
Heart:  Regular rate and rhythm are observed. +S1 and S2. No M/R/G. Mid sternal scar with keloid
Abdomen and Viscera:  Soft, non-tender, non-distended. No masses appreciated.
Lymphatics:  No lymphadenopathy noted
Neuro: Gait grossly normal.
Skin: Warm and dry. Intact.
Extremities: ROM grossly normal. No peripheral edema noted. 2+ PMS intact

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Gastro-esophageal reflux disease without esophagitis, K219 - Current

Hyperlipidemia, unspecified, E785 - Current

Meniere's disease, H8109 - Current

Nonrheumatic mitral valve disorder, I349 - Current

**PLAN:**

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 08/07/2024 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| chest pain | | | | |
| General Radiology-Spine / Cervical-4 View AP/Lat/Flex/Ext | One Time | | 08/07/2024 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| neck pain | | | | |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 08/07/2024 07:18

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | | Reg #: 20257-509 |
| Date of Birth: | Sex: M Race: BLACK | | Facility: ASH |
| Encounter Date: 08/06/2024 07:00 | Provider: Bloom, Barbara APRN | | Unit: C04 |

**Reviewed Health Status:**   Yes

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   **1**        Provider:   Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:      59 yo male inmate seen in clinic for follow up lab review, chest pain, and discuss dizziness. CAOx3, resp e/u, P/W/D, ambulates with steady gait. Denies shortness of breath, headaches, or increased fatigue. Reports he continues to have pain to the center of his chest that has never subsided since having surgery, reports it is some better but continues to cause him pain. He reports the pain sometimes goes into his back, goes up both shoulders and into his neck. Furthermore, reports pain sometimes goes down into his thighs. Denies increased shortness of breath. Reports continued dizziness. Advised inmate ENT apt was cancelled as they recommend neurology consult and awaiting a scheduling date. Inmate reports sometimes it feels like his heart is racing like it is trying to catch up. Inmate denies increased anxiety or depression. Inmate reports he is eating and sleeping without difficulty. Denies SI or HI. Denies bowel or bladder concerns. Reviewed labs with inmate. Inmate encouraged to come to sick call as needed
Plan
2D echo as recommended per cardiology
blood pressure monitoring
will restart HCTZ 12.5 mg
consult placed for holter monitor due to palpitations
C-spine
cxr
Follow up with cardiology per recommendation
EKG

Pain:         Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/06/2024 10:02 |
| Location: | Chest-Sternal |
| Quality of Pain: | Dull |
| Pain Scale: | 3 |
| Intervention: | follow up studies |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | Nothing |
| Relieving Factors: | nothing |
| Reason Not Done: | |
| Comments: | |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:   BLACK | Facility: | ASH |
| Encounter Date: | 08/06/2024 07:00 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Penicillins | Anaphylaxis | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/06/2024 07:00 by Bloom, Barbara APRN

**ROS:**

**Breasts**
**General**
Yes: Within Normal Limits

**Integumentary**
**Hair**
Yes: Within Normal Limits
No: Abnormal Growth, Excessive Hair Loss

**Nails**
Yes: Within Normal Limits

**Skin**
Yes: Within Normal Limits

**HEENT**
**Ears**
Yes: Vertigo
No: Within Normal Limits

**Eyes**
Yes: Within Normal Limits

**Head**
Yes: Within Normal Limits
No: Headaches, Migraine, Trauma

**Mouth**
Yes: Within Normal Limits

**Neck**
Yes: Within Normal Limits
No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling

**Nose**
Yes: Within Normal Limits

**Throat**
Yes: Within Normal Limits

**Sinuses**
Yes: Within Normal Limits
No: Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary

**Cardiovascular**
**Arteries and Veins**
Yes: Within Normal Limits
No: Claudication, Phlebitis, Raynaud's Phenomenon, Varicose Veins

**General**

| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
|---|---|---|
| Date of Birth: | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 08/06/2024 07:00 | Provider: Bloom, Barbara APRN | Unit: C04 |

Yes: Angina, Hx of Heart Disease, Hx of Heart Surgery

No: Within Normal Limits, Edema, Exertional dyspnea, Palpitation, Syncope

## Pulmonary

### Respiratory System

Yes: Within Normal Limits

No: DOE, Dyspnea

## GI

### General

Yes: Within Normal Limits

## GU

### General

Yes: Within Normal Limits

## Musculoskeletal

### General

Yes: Neck Pain, Shoulder Pain

No: Within Normal Limits

## Neurological

### Autonomic System

Yes: Within Normal Limits, Control of Urination

No: Syncope, Facial Numbness, Hx Seizures, Reaction to Heat/Cold, Sweating

### Cranial Nerves

Yes: Within Normal Limits

### Motor System

Yes: Within Normal Limits

No: Abnormal Gait, Incoordination, Involuntary Movements, Paralysis, Rigidity, Tremor, Weakness

### Sensory System

Yes: Pain, Paresthesia, Radiculopathy

No: Within Normal Limits, Hypesthesia, Shooting Pain

## Endocrine

### General

Yes: Within Normal Limits

No: Exophthalmos, Goiter, Hair Changes

## Psychiatric

### General

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

## Lymphatics

### General

Yes: Within Normal Limits

No: Cervical Nodes, Localized Edema, Lymphedema, Pedal Edema

## Preventive Health

### Hypertension screening

Yes: Blood pressure reviewed, Borderline BP (sys 120-139, dias 80-90), > age 50 screen yearly

**OBJECTIVE:**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 08/06/2024 07:00 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 08/06/2024 | 11:03 | ASH | 97.8 | 36.6 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 78 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 156/100 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | | Provider |
|---|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 98 | Room Air | | Bloom, Barbara APRN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 181.4 | 82.3 | | Bloom, Barbara APRN |

**Exam Comments**

Vital signs: Hypertension
General: Pleasant and cooperative. Well groomed, well-appearing and appears of stated age
Head, Ears, Eyes, Nose, Throat:  Head appears atraumatic and normocephalic / no asymmetry of motor function.
Pupils are equal, round, and reactive to light and accommodation, extraocular movements are grossly intact, fundi appear normal to gross exam. Ears are WNL. Negative for nystagmus
Nares are patent and WNL. Oral mucosa is moist, and oropharynx is WNL.
Neck:  Supple, trachea is midline. Normal thyroid is observed. Normal carotid pulses auscultated w/o bruit.
Lungs and Chest:  Lungs are clear to auscultation bilaterally.
Heart:  Regular rate and rhythm are observed. +S1 and S2. No M/R/G. Mid sternal scar with keloid
Abdomen and Viscera:  Soft, non-tender, non-distended. No masses appreciated.
Lymphatics:  No lymphadenopathy noted
Neuro: Gait grossly normal.
Skin: Warm and dry. Intact.
Extremities: ROM grossly normal. No peripheral edema noted. 2+ PMS intact

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Gastro-esophageal reflux disease without esophagitis, K219 - Current

Hyperlipidemia, unspecified, E785 - Current

Meniere's disease, H8109 - Current

Nonrheumatic mitral valve disorder, I349 - Current

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 08/06/2024 07:00 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | hydroCHLOROthiazide Tablet/Capsule | 08/06/2024 07:00 |
| | **Prescriber Order:**  12.5 mg Orally  -  daily x 180 day(s) | |
| | Indication:  Essential (primary) hypertension | |
| | Meclizine HCl Tablet | 08/06/2024 07:00 |
| | **Prescriber Order:**  25 mg Orally  -  Two Times a Day PRN x 30 day(s) | |
| | Indication:  Meniere's disease | |
| | Non-Formulary was created for this drug | |

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 09/30/2024 | 09/30/2024 | Routine | No | |

Subtype:
24 hour Holter Monitor
Reason for Request:
Palpitations and continued chest pain, history of mitral valve replacement in 2024
Provisional Diagnosis:
deconditioning
Additional Records Required for Consultation:
Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

| Cardiology | 09/30/2024 | 09/30/2024 | Routine | No | |

Subtype:
2D echo
Reason for Request:
Recommendation for follow echocardiogram per cardiologist recommendation
Provisional Diagnosis:
deconditioning
MSK etiology
Additional Records Required for Consultation:
Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

| Cardiology | 09/30/2024 | 09/30/2024 | Routine | No | |

Subtype:
Office visit
Reason for Request:
Follow up apt with Dr. Listerman per recommendation. Continues to have chest pain, dizziness
Additional Records Required for Consultation:
Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Monitoring | 08/12/2024 00:00 | MLP 02 |
| Blood pressure check | | |
| Monitoring | 08/19/2024 00:00 | MLP 02 |

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 08/06/2024 07:00 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Blood pressure check | | |
| Monitoring | 09/02/2024 00:00 | MLP 02 |
| Blood pressure check- Already has chart review placed | | |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/06/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | New Medication | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Medication Side Effects | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Pain Management | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 08/06/2024 11:43

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | Reg #:    20257-509 |
| Date of Birth: | Sex:    M    Race:  BLACK | Facility:  ASH |
| Encounter Date:  08/06/2024 07:00 | Provider:  Bloom, Barbara APRN | Unit:    C04 |

**Reviewed Health Status:**   Yes

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:    59 yo male inmate seen in clinic for follow up lab review, chest pain, and discuss dizziness. CAOx3, rests c/u, P/W/D, ambulates with steady gait. Denies shortness of breath, headaches, or increased fatigue. Reports he continues to have pain to the center of his chest that has never subsided since having surgery, reports it is some better but continues to cause him pain. He reports the pain sometimes goes into his back, goes up both shoulders and into his neck. Furthermore, he reports pain sometimes goes down into his thighs. Denies increased shortness of breath. Reports continued dizziness. Advised inmate ENT apt was cancelled as they recommend neurology consult and awaiting a scheduling date. Inmate reports sometimes it feels like his heart is racing like it is trying to catch up. Inmate denies increased anxiety or depression. Inmate reports he is eating and sleeping without difficulty. Denies SI or HI. Denies bowel or bladder concerns. Reviewed labs with inmate. Inmate encouraged to come to sick call as needed
Plan
2D echo as recommended per cardiology
blood pressure monitoring
will restart HCTZ 12.5 mg
consult placed for holter monitor due to palpitations
C-spine
cxr
Follow up with cardiology per recommendation
EKG

**Pain:**            Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/06/2024 10:02 |
| Location: | Chest-Sternal |
| Quality of Pain: | Dull |
| Pain Scale: | 3 |
| Intervention: | follow up studies |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | Nothing |
| Relieving Factors: | nothing |
| Reason Not Done: | |
| Comments: | |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|

| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
|---|---|---|
| Date of Birth: | Sex: M  Race: BLACK | Facility: ASH |
| Encounter Date: 08/06/2024 07:00 | Provider: Bloom, Barbara APRN | Unit: C04 |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Penicillins | Anaphylaxis | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/06/2024 07:00 by Bloom, Barbara APRN

**ROS:**

**Breasts**
  **General**
    Yes: Within Normal Limits

**Integumentary**
  **Hair**
    Yes: Within Normal Limits
    No: Abnormal Growth, Excessive Hair Loss
  **Nails**
    Yes: Within Normal Limits
  **Skin**
    Yes: Within Normal Limits

**HEENT**
  **Ears**
    Yes: Vertigo
    No: Within Normal Limits
  **Eyes**
    Yes: Within Normal Limits
  **Head**
    Yes: Within Normal Limits
    No: Headaches, Migraine, Trauma
  **Mouth**
    Yes: Within Normal Limits
  **Neck**
    Yes: Within Normal Limits
    No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling
  **Nose**
    Yes: Within Normal Limits
  **Throat**
    Yes: Within Normal Limits
  **Sinuses**
    Yes: Within Normal Limits
    No: Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary

**Cardiovascular**
  **Arteries and Veins**
    Yes: Within Normal Limits
    No: Claudication, Phlebitis, Raynaud's Phenomenon, Varicose Veins
  **General**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 08/06/2024 07:00 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

Yes: Angina, Hx of Heart Disease, Hx of Heart Surgery

No: Within Normal Limits, Edema, Exertional dyspnea, Palpitation, Syncope

## Pulmonary

### Respiratory System

Yes: Within Normal Limits

No: DOE, Dyspnea

## GI

### General

Yes: Within Normal Limits

## GU

### General

Yes: Within Normal Limits

## Musculoskeletal

### General

Yes: Neck Pain, Shoulder Pain

No: Within Normal Limits

## Neurological

### Autonomic System

Yes: Within Normal Limits, Control of Urination

No: Syncope, Facial Numbness, Hx Seizures, Reaction to Heat/Cold, Sweating

### Cranial Nerves

Yes: Within Normal Limits

### Motor System

Yes: Within Normal Limits

No: Abnormal Gait, Incoordination, Involuntary Movements, Paralysis, Rigidity, Tremor, Weakness

### Sensory System

Yes: Pain, Paresthesia, Radiculopathy

No: Within Normal Limits, Hypesthesia, Shooting Pain

## Endocrine

### General

Yes: Within Normal Limits

No: Exophthalmos, Goiter, Hair Changes

## Psychiatric

### General

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

## Lymphatics

### General

Yes: Within Normal Limits

No: Cervical Nodes, Localized Edema, Lymphedema, Pedal Edema

## Preventive Health

### Hypertension screening

Yes: Blood pressure reviewed, Borderline BP (sys 120-139, dias 80-90), > age 50 screen yearly

**OBJECTIVE:**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 08/06/2024 07:00 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 97.8 | 36.6 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 78 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 156/100 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 98 | Room Air | Bloom, Barbara APRN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 181.4 | 82.3 | | Bloom, Barbara APRN |

### Exam Comments

Vital signs: Hypertension
General: Pleasant and cooperative. Well groomed, well-appearing and appears of stated age
Head, Ears, Eyes, Nose, Throat: Head appears atraumatic and normocephalic, no asymmetry of motor function.
Pupils are equal, round, and reactive to light and accommodation, extraocular movements are grossly intact, fundi
appear normal to gross exam. Ears are WNL. Negative for nystagmus
Nares are patent and WNL. Oral mucosa is moist, and oropharynx is WNL.
Neck:  Supple, trachea is midline. Normal thyroid is observed. Normal carotid pulses auscultated w/o bruit.
Lungs and Chest:  Lungs are clear to auscultation bilaterally.
Heart:  Regular rate and rhythm are observed. +S1 and S2. No M/R/G. Mid sternal scar with keloid
Abdomen and Viscera:  Soft, non-tender, non-distended. No masses appreciated.
Lymphatics:  No lymphadenopathy noted
Neuro: Gait grossly normal.
Skin: Warm and dry. Intact.
Extremities: ROM grossly normal. No peripheral edema noted. 2+ PMS intact

### ASSESSMENT:

Essential (primary) hypertension, I10 - Current

Gastro-esophageal reflux disease without esophagitis, K219 - Current

Hyperlipidemia, unspecified, E785 - Current

Meniere's disease, H8109 - Current

Nonrheumatic mitral valve disorder, I349 - Current

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 08/06/2024 07:00 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | hydroCHLOROthiazide Tablet/Capsule | 08/06/2024 07:00 |
| | **Prescriber Order:** 12.5 mg Orally - daily x 180 day(s) | |
| | Indication: Essential (primary) hypertension | |
| | Meclizine HCl Tablet | 08/06/2024 07:00 |
| | **Prescriber Order:** 25 mg Orally - Two Times a Day PRN x 30 day(s) | |
| | Indication: Meniere's disease | |
| | Non Formulary was created for this drug | |

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 09/30/2024 | 09/30/2024 | Routine | No | |

Subtype:

24 hour Holter Monitor

Reason for Request:

Palpitations and continued chest pain, history of mitral valve replacement in 2024

Provisional Diagnosis:

deconditioning

Additional Records Required for Consultation:

Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 09/30/2024 | 09/30/2024 | Routine | No | |

Subtype:

2D echo

Reason for Request:

Recommendation for follow echocardiogram per cardiologist recommendation

Provisional Diagnosis:

deconditioning
MSK etiology

Additional Records Required for Consultation:

Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 09/30/2024 | 09/30/2024 | Routine | No | |

Subtype:

Office visit

Reason for Request:

Follow up apt with Dr. Listerman per recommendation. Continues to have chest pain, dizziness

Additional Records Required for Consultation:

Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Monitoring | 08/12/2024 00:00 | MLP 02 |
| Blood pressure check | | |
| Monitoring | 08/19/2024 00:00 | MLP 02 |

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 08/06/2024 07:00 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Blood pressure check | | |
| Monitoring | 09/02/2024 00:00 | MLP 02 |
| Blood pressure check- Already has chart review placed | | |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/06/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | New Medication | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Medication Side Effects | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Pain Management | Bloom, Barbara | Verbalizes Understanding |
| 08/06/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 08/06/2024 11:43

**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/07/2024 07:17 | | | Facility: | ASH |

**Amendment made to this note by Bloom, Barbara APRN on 08/07/2024 07:18.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | ASH |
| Note Date: | 07/30/2024 10:26 | Provider: Bloom, Barbara APRN | Unit: | C04 |

**Reviewed Health Status:**   No

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:  Bloom, Barbara APRN

Chart review on ENT apt.
7 Corners wrote
Just got off the phone with ENT for John Johnson # 20257-509 and Julie said, he'll need to see someone in Neurology due to Meniere's Disease. Please update consult and I'll call Neurology to schedule appt. Thanks so much!

Consult for neurology placed.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Neurology | 09/02/2024 | 09/02/2024 | Routine | No | |

Subtype:

Office visit, Other NOS

Reason for Request:

Order placed for ENT evaluation. 7 corners came back with" Just got off the phone with ENT for John Johnson # 20257-509 and Julie said, he'll need to see someone in Neurology due to Meniere's Disease. Please update consult and I'll call Neurology to schedule appt. Thanks so much!"
Inmate would benefit from Neurology as he continues to have dizziness, despite meclizine

Provisional Diagnosis:

Menieres disease

Additional Records Required for Consultation:

Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 07/30/2024 10:30

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race:BLACK | Facility: | ASH |
| Note Date: | 07/29/2024 10:29 | Provider:   Bloom, Barbara APRN | Unit: | C04 |

**Reviewed Health Status:**   No

Admin Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Bloom, Barbara APRN

Inmate in medical for blood work. Inmate reports he continues to have dizziness but has not been out to ENT as of today. Will follow up

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 07/30/2024 10:30

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | ASH |
| Note Date: | 06/03/2024 09:23 | Provider: Bloom, Barbara APRN | Unit: | C04 |

**Reviewed Health Status:** No

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Bloom, Barbara APRN

Dr. Listerman office called. Spoke with Bree who advised Dr. Listerman would like to continue current regiment to include HCTZ.

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 06/03/2024 09:25

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race: BLACK | Facility: | ASH |
| Note Date: | 05/30/2024 16:03 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

**Reviewed Health Status:**   No

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**         Provider:   Bloom, Barbara APRN

5/30/24 at 1330. Call Dr. Listerman with B/P readings and discuss plan of action. Called Dr. Listerman office spoke with nurse advised they will call back with instruction. No call back received. Will continue on current regiment until advised otherwise by Dr. Listerman office

**Copay Required:** No         **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 05/30/2024 16:04

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

---

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race: BLACK | Facility: | ASH |
| Encounter Date: | 05/23/2024 14:35 | Provider: | Sands, Jody RN | Unit: | C04 |

---

Admin Note - General Administrative Note encounter at Health Services.
**Reason Not Done:**   No Show

**Comments:** no show for blood pressure check.

**Cosign Required:** No

Completed by Sands, Jody RN on 05/23/2024 14:36.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: 05/21/2024 10:43 | Provider: Bloom, Barbara APRN | Unit: | C04 |

**Reviewed Health Status:**   Yes

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   **1**         Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:     60 yo male inmate seen for cardiology return visit. Inmate evaluated by Dr. Listerman for elevated blood pressure, S/P mitral valve repair with P2 resection, 28 mm Physio II annuloplasty ring, and ligation left atrial appendage. EF 60%, atypical chest pain, spinning sensation and mixed hyperlipidemia. Recommendation to follow up with ENT for spinning sensation and Echo in 3 months. Inmate hypertensive on arrival, KDMC called regarding hypertension and recommendation to discontinues HCTZ. Recommendation is to take b/p readings daily and call back on Monday 5/27/24.  Inmate evaluated upon return. CAOx3, resp e/u, P/W/D. Inmate reports he is urinating every 40 min at night, labs are pending. Denies urgency, dysuria, or hesitancy. Inmate reports mother passed away on 4/8/24. Inmate reports he is doing ok. Denies increased anxiety or depression, denies SI or HI.
Plan of Care
1. echo in 3 months
2. daily b/p and call Dr. Listerman office on 5/27
3. Pending ENT for dizziness
4. Repeat FOBT for colon screening
5. Pending Labs to include PSA
6. Start Carafate for epigastric burning for GI protectant against ulcer
7. Urine testing

Pain:           No

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Penicillins | Anaphylaxis | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/21/2024 10:43 by Bloom, Barbara APRN

**ROS:**

**Breasts**

**General**

Yes: Within Normal Limits

**Integumentary**

**Hair**

Yes: Within Normal Limits

No: Abnormal Growth, Excessive Hair Loss

**Nails**

Yes: Within Normal Limits

**Skin**

Yes: Within Normal Limits

**HEENT**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: 05/21/2024 10:43 | | Provider: Bloom, Barbara APRN | | Unit: | C04 |

**Ears**

Yes: Within Normal Limits

**Eyes**

Yes: Within Normal Limits

**Head**

Yes: Within Normal Limits

No: Headaches, Migraine, Trauma

**Mouth**

Yes: Within Normal Limits

**Neck**

Yes: Within Normal Limits

**Nose**

Yes: Within Normal Limits

**Throat**

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

**Sinuses**

Yes: Within Normal Limits

**Cardiovascular**

**Arteries and Veins**

Yes: Within Normal Limits

**General**

Yes: Within Normal Limits

No: Angina, Exertional dyspnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: DOE, Dyspnea

**GI**

**General**

Yes: Within Normal Limits

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Within Normal Limits

**Neurological**

**Autonomic System**

Yes: Within Normal Limits

No: Syncope

**Cranial Nerves**

Yes: Within Normal Limits

**Motor System**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 05/21/2024 10:43 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

Yes: Within Normal Limits

**Sensory System**

Yes: Within Normal Limits

**Endocrine**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**Lymphatics**

**General**

Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/21/2024 | 10:57 ASH | 97.2 | 36.2 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/21/2024 | 10:57 ASH | 68 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/21/2024 | 10:57 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/21/2024 | 10:57 ASH | 139/97 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/21/2024 | 10:57 ASH | 100 | Room Air | Bloom, Barbara APRN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/21/2024 | 10:57 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/21/2024 | 10:57 ASH | 182.0 | 82.6 | | Bloom, Barbara APRN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
|---|---|---|
| Date of Birth: | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 05/21/2024 10:43 | Provider: Bloom, Barbara APRN | Unit: C04 |

### Nutrition
Yes: Within Normal Limits

### Skin
#### General
Yes: Within Normal Limits, Dry, Skin Intact, Warmth

### Head
#### General
Yes: Symmetry of Motor Function

### Eyes
#### General
Yes: PERRLA, Extraocular Movements Intact

### Neck
#### General
Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline
#### Thyroid
Yes: Within Normal Limits
No: Diffuse Enlargement, Multinodular, Nodule, Tenderness

### Pulmonary
#### Auscultation
Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally, Bronchial Breath Sounds

### Cardiovascular
#### Auscultation
Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

### Peripheral Vascular
#### General
Yes: Within Normal Limits
No: Non-Pitting Edema, Pitting Edema
#### Head
No: Tender Temporal Artery
#### Arms
Yes: Radial Pulse Normal, Ulnar Pulse Normal
#### Legs
Yes: Femoral Pulse Normal

### Abdomen
#### Auscultation
Yes: Normo-Active Bowel Sounds
#### Palpation
Yes: Within Normal Limits, Soft
No: Guarding, Rigidity, Tenderness on Palpation

### Gastrointestinal
#### General
Yes: Within Normal Limits
No: Diarrhea, Vomiting

| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
|---|---|---|
| Date of Birth: | Sex: M  Race: BLACK | Facility: ASH |
| Encounter Date: 05/21/2024 10:43 | Provider: Bloom, Barbara APRN | Unit: C04 |

### Genitourinary

#### General

Yes: Within Normal Limits

#### Comments

Mechanical valve noted with click

## ASSESSMENT:

Essential (primary) hypertension, I10 - Current

Gastro-esophageal reflux disease without esophagitis, K219 - Current

Hyperlipidemia, unspecified, E785 - Current

Meniere's disease, H8109 - Current

Nonrheumatic mitral valve disorder, I349 - Current

## PLAN:

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 05/22/2024 00:00 | Nurse 01 |
| Daily B/P per Dr. Listerman recommendation until Monday. I have to contact Dr. Listerman office with B/P to discuss B/P and medication plan of action. | | |
| Follow-up | 05/23/2024 00:00 | Nurse 01 |
| Daily B/P per Dr. Listerman recommendation until Monday. I have to contact Dr. Listerman office with B/P to discuss B/P and medication plan of action. | | |
| Follow-up | 05/24/2024 00:00 | Nurse 01 |
| Daily B/P per Dr. Listerman recommendation until Monday. I have to contact Dr. Listerman office with B/P to discuss B/P and medication plan of action. | | |
| Follow-up | 05/25/2024 00:00 | Nurse 01 |
| Daily B/P per Dr. Listerman recommendation until Monday. I have to contact Dr. Listerman office with B/P to discuss B/P and medication plan of action. | | |
| Follow-up | 05/26/2024 00:00 | Nurse 01 |
| Daily B/P per Dr. Listerman recommendation until Monday. I have to contact Dr. Listerman office with B/P to discuss B/P and medication plan of action. | | |
| Chart_Review | 05/27/2024 00:00 | MLP 02 |
| Call Dr. Listerman with B/P readings and discuss plan of action | | |

## Disposition:

Discharged to Housing Unit with Convalescence

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/21/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 05/21/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 05/21/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race: BLACK | Facility: | ASH |
| Encounter Date: | 05/21/2024 10:43 | Provider: | Bloom, Barbara APRN | Unit: | C04 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 05/21/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 05/21/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 05/21/2024 11:56

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | Reg #:  20257-509 | |
| Date of Birth: | Sex:  M   Race:  BLACK | Facility:  ASH | |
| Encounter Date:  05/01/2024 09:00 | Provider:  Rios, Francisco (MOUD) | Unit:  C04 | |

**Reviewed Health Status:**   Yes

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Rios, Francisco (MOUD) MD

Chief Complaint:   Chronic Care Clinic

Subjective:      States he has been having chest pain and shortness of breath. States on and off swelling of the legs. States dizziness and ringing of the ears. States the Meclizine helps with the motion sickness but not with the actual dizziness. States he is still having issues with the endurance but he knows it will get better over time. Denies fever or chills.

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

Pain:           No

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Penicillins | Anaphylaxis | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/01/2024 09:00 by Rios, Francisco (MOUD) MD

**Seen for clinic(s):** Cardiac, Hypertension

**OBJECTIVE:**
**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 05/01/2024 | 09:00 | ASH | 97.2 | 36.2 | | Rios, Francisco (MOUD) MD |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 05/01/2024 | 09:00 | ASH | 63 | | | Rios, Francisco (MOUD) MD |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 05/01/2024 | 09:00 | ASH | 14 | Rios, Francisco (MOUD) MD |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 05/01/2024 | 09:00 | ASH | 115/90 | | | | Rios, Francisco (MOUD) MD |

**SaO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 05/01/2024 | 09:00 | ASH | 100 | Room Air | Rios, Francisco (MOUD) MD |

**Weight:**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 05/01/2024 09:00 | Provider: | Rios, Francisco (MOUD) | Unit: | C04 |

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 05/01/2024 | 09:00 ASH | 184.0 | 83.5 | | Rios, Francisco (MOUD) MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Eyes**

**Fundus Exam**

Yes: Grossly Normal Retina

**Ears**

**Tympanic Membrane**

Yes: Within Normal Limits

**Canal**

Yes: Within Normal Limits

**Neck**

**Vascular**

No: Jugular Venous Distension, Carotid Bruits

**Pulmonary**

**Thorax**

Yes: Tenderness on Palpation

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Peripheral Vascular**

**Legs**

No: Pitting Edema, Non-pitting edema

**Exam Comments**

Chest: healed mitral valve replacement scar.

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current - ***Controlled today. Same tx.***

Hyperlipidemia, unspecified, E785 - Current - ***Repeat lipid panel and adjust the Atorvastatin if needed.***

Nonrheumatic mitral valve disorder, I349 - Current - ***Moderate MR S/P Mitral Valve Replacement on 12/18/23. Stable at this time. Follow up with cardiology.***

**PLAN:**

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 233954-ASH | amLODIPine 10 MG TAB | 05/01/2024 09:00 |

**Prescriber Order:** Take one tablet (10 MG) by mouth each morning to control blood pressure x 365 day(s)

Indication: Essential (primary) hypertension

| Inmate Name:  JOHNSON, JOHN F | | Reg #:  20257-509 |
|---|---|---|
| Date of Birth: | Sex:  M  Race:  BLACK | Facility:  ASH |
| Encounter Date:  05/01/2024 09:00 | Provider:  Rios, Francisco (MOUD) | Unit:  C04 |

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 233955-ASH | Aspirin, E.C. 325 MG Tab | 05/01/2024 09:00 |

**Prescriber Order:**   Take one tablet (325 MG) by mouth each day to reduce stroke/heart attack risk x 180 day(s)

Indication:   Hypertensive heart disease without heart failure, Nonrheumatic mitral valve disorder

| 233956-ASH | Atorvastatin 20 MG TAB | 05/01/2024 09:00 |
|---|---|---|

**Prescriber Order:**   Take one tablet (20 MG) by mouth each day for control of cholesterol x 365 day(s)

Indication:   Hyperlipidemia, unspecified

| 233957-ASH | Metoprolol Tartrate  50 MG Tab | 05/01/2024 09:00 |
|---|---|---|

**Prescriber Order:**   Take one tablet (50 MG) by mouth twice daily x 365 day(s)

Indication:   Essential (primary) hypertension, Nonrheumatic mitral valve disorder

## Discontinued Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| *Lab Tests - Short List-General-CBC* | *One Time* | *07/08/2024 00:00* | *Routine* |
| *Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)* | | | |
| *Lab Tests - Short List-General-Hemoglobin A1C* | | | |
| *Lab Tests - Short List-General-Lipid Profile* | | | |
| *Lab Tests - Short List-General-Microalbumin & Creatinine, Urine Random* | | | |
| *Lab Tests - Short List-General-PSA, Total* | | | |
| *Lab Tests - Short List-General-TSH* | | | |

Labs requested to be reviewed by:        Dankwa, Vibeke (MOUD-M) MD/MXR RMD

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC<br>Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-Lipid Profile<br>Lab Tests - Short List-General-Microalbumin & Creatinine, Urine Random<br>Lab Tests - Short List-General-PSA, Total<br>Lab Tests - Short List-General-TSH | Recurring | 05/08/2024 00:00 | Routine |
| Lab Tests - Short List-General-CBC<br>Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-Lipid Profile<br>Lab Tests - Short List-General-Microalbumin & Creatinine, Urine Random<br>Lab Tests - Short List-General-PSA, Total<br>Lab Tests - Short List-General-TSH | Recurring | 04/08/2025 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-Lipid Profile | One Time | 10/08/2024 00:00 | Routine |

| Inmate Name:   JOHNSON, JOHN F | | Reg #: | 20257-509 |
|---|---|---|---|
| Date of Birth: | Sex:   M   Race:   BLACK | Facility: | ASH |
| Encounter Date:   05/01/2024 09:00 | Provider:   Rios, Francisco (MOUD) | Unit: | C04 |

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Otolaryngology | 07/02/2024 | 07/02/2024 | Routine | No | |

Subtype:

    Office visit

Reason for Request:

    Needs evaluation due to persistent dizziness and tinnitus. Has not responded well to Meclizine.

Provisional Diagnosis:

    Dizziness, Tinnitus

| | | | | | |
|---|---|---|---|---|---|
| Cardiology | 05/27/2024 | 05/27/2024 | Urgent | No | |

Subtype:

    Office visit

Reason for Request:

    Follow up with Dr. Listerman. He is status post mitral valve replacement on ASA 325 mg. Persists with shortness of breath and chest pain.

Provisional Diagnosis:

    S/P Mital Valve Replacement 12/2023

| | | | | | |
|---|---|---|---|---|---|
| Optometry | 08/05/2024 | 08/05/2024 | Routine | No | |

Subtype:

    In-house consult/HTN

Reason for Request:

    HTN exam.

Provisional Diagnosis:

    HTN

## Discontinued Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Otolaryngology | 04/08/2024 | 04/08/2024 | Routine | No | |

Subtype:

    Office visit

Reason for Request:

    Meniere's disease, meclizine ineffective, continues to have dizziness despites treatment

Additional Records Required for Consultation:

    Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 10/25/2024 00:00 | MLP 02 |
|     6 months MLP CCC | | |
| Chronic Care Visit | 04/24/2025 00:00 | Physician |
|     1 year MD CCC | | |
|     Last ccc 5-1-24 | | |

**Disposition:**

    Follow-up in 6 Months

    Follow-up in 1 Year

**Patient Education Topics:**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 05/01/2024 09:00 | Provider: | Rios, Francisco (MOUD) | Unit: | C04 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/01/2024 | Counseling | Plan of Care | Rios, Francisco | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Rios, Francisco (MOUD) MD on 05/01/2024 10:12

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Note Date: | 04/04/2024 12:27 | Provider: | Moorman, Randa RN, | Unit: | Z03 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**         Provider:   Moorman, Randa RN, HSA

During SHU rounds I noticed Inmate Johnson still had his heart pillow that was issued after his valve replacement on 12/18/2023.  On 1/29/24 he was seen for an offsite follow up appointment at which time the doctor stated no lifting >15 pounds for 1 month and then no restrictions. I also spoke to his nurse prac, Mrs. Bloom, here at the institution to ensure there was no need for further use of the pillow. I confiscated the pillow due to the fact that there is not a medical need for him to continue using it.

**Copay Required:** No              **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Moorman, Randa RN, HSA on 04/04/2024 13:12
Requested to be cosigned by  Bloom, Barbara APRN.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/04/2024 12:27 | Provider: | Moorman, Randa RN, | Facility: | ASH |

**Cosigned by Bloom, Barbara APRN on 04/08/2024 07:32.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 03/28/2024 15:06 | | Provider: Bloom, Barbara APRN | Unit: C02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:      60 yo male inmate seen in medical for continued dizziness. CAOx3, resp even non labored, denies headaches, or shortness of breath. Inmate, report he continues to have chest pain from his sternal incision and the clips. He reports he still gets dizzy, and the medicine is not helping. Inmate reports the literature says he needs to be on warfarin. Advised inmate he would have to be at a medical center to receive warfarin as it is a drug that requires weekly monitoring and his cardiologist's recommendation is a daily aspirin. Inmate is developing a keloid scar from his thoracic surgery. Inmate reports he feels he is having pain from the clips placed in his chest to keep his chest together. CXR and EKG obtained. No changes noted

**Pain:**      Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 03/25/2024 11:42 |
| Location: | Chest-Sternal |
| Quality of Pain: | Burning |
| Pain Scale: | 3 |
| Intervention: | rest |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | moving |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**

**General**

Yes: Within Normal Limits

**Integumentary**

**Hair**

Yes: Within Normal Limits

No: Abnormal Growth, Excessive Hair Loss

**Nails**

Yes: Within Normal Limits

**Skin**

Yes: Keloid

| | | |
|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | Reg #:  20257-509 |
| Date of Birth: | Sex:  M   Race:  BLACK | Facility:  ASH |
| Encounter Date:  03/28/2024 15:06 | Provider:  Bloom, Barbara APRN | Unit:  C02 |

No: Within Normal Limits

**HEENT**

**Ears**

Yes: Vertigo

No: Within Normal Limits

**Eyes**

Yes: Within Normal Limits

**Head**

Yes: Within Normal Limits

No: Headaches, Migraine, Trauma

**Mouth**

Yes: Within Normal Limits

**Neck**

Yes: Within Normal Limits

No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling

**Nose**

Yes: Within Normal Limits

**Throat**

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

**Sinuses**

Yes: Within Normal Limits

No: Dental Pain, Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary, Sinus Congestion

**Cardiovascular**

**Arteries and Veins**

Yes: Within Normal Limits

No: Claudication

**General**

Yes: Within Normal Limits, Hx Hypertension, Hx of Heart Disease, Hx of Heart Surgery

No: Angina, Edema, Exertional dyspnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: DOE, Dyspnea

**GI**

**General**

Yes: Within Normal Limits

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Within Normal Limits

**Neurological**

**Autonomic System**

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: 03/28/2024 15:06 | Provider: Bloom, Barbara APRN | Unit: | C02 |

Yes: Within Normal Limits

No: Syncope

**Cranial Nerves**

Yes: Within Normal Limits

**Motor System**

Yes: Within Normal Limits

**Sensory System**

Yes: Numbness, Pain, Paresthesia

No: Within Normal Limits

**Endocrine**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**Lymphatics**

**General**

Yes: Within Normal Limits


**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact, Warmth

**Head**

**General**

Yes: Symmetry of Motor Function

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Nose**

**General**

Yes: Nares Patent, Turbinates Normal

**Mouth**

**General**

Yes: Within Normal Limits

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | Sex: M  Race: BLACK | Facility: | ASH |
| Encounter Date: 03/28/2024 15:06 | Provider: Bloom, Barbara APRN | Unit: | C02 |

**Neck**

   **General**

      Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

   **Thyroid**

      Yes: Within Normal Limits

      No: Diffuse Enlargement, Multinodular, Nodule, Tenderness

   **Musculoskeletal**

      Yes: Within Normal Limits

**Pulmonary**

   **Auscultation**

      Yes: Clear to Auscultation

**Cardiovascular**

   **Auscultation**

      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

      No: M/R/G

**Peripheral Vascular**

   **General**

      Yes: Within Normal Limits

      No: Non-Pitting Edema, Pitting Edema

   **Head**

      No: Tender Temporal Artery

   **Arms**

      Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Abdomen**

   **Auscultation**

      Yes: Normo-Active Bowel Sounds

**Gastrointestinal**

   **General**

      Yes: Within Normal Limits

      No: Diarrhea, Vomiting

**Genitourinary**

   **General**

      Yes: Within Normal Limits

**Mental Health**

   **Posture**

      Yes: Within Normal Limits, Upright, Attentive

   **Grooming/Hygiene**

      Yes: Within Normal Limits, Appropriate Grooming

   **Facial Expressions**

      Yes: Within Normal Limits, Appropriate Expression

   **Affect**

      Yes: Within Normal Limits, Appropriate

   **Speech/Language**

      Yes: Within Normal Limits, Appropriate, Normal Rate, Normal Articulation

| | | | |
|---|---|---|---|
| Inmate Name:   JOHNSON, JOHN F | | | Reg #:   20257-509 |
| Date of Birth: | Sex:   M   Race:   BLACK | | Facility:   ASH |
| Encounter Date:   03/28/2024 15:06 | Provider:   Bloom, Barbara APRN | | Unit:   C02 |

**Mood**

    Yes: Within Normal Limits, Appropriate

**ASSESSMENT:**

Meniere's disease, H8109 - Current

**PLAN:**

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 03/28/2024 | Routine |

    Specific reason(s) for request (Complaints and findings):

        sternal pain check clips. already completed

**Copay Required:** Yes       **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 03/28/2024 15:07

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M Race: BLACK | Facility: ASH |
| Encounter Date: | 03/25/2024 10:56 | Provider: Bloom, Barbara APRN | Unit: C02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Bloom, Barbara APRN

Chief Complaint: GENERAL

Subjective: 60 yo male inmate seen in medical for continued dizziness. CAOx3, resp even non labored, denies headaches, or shortness of breath. Inmate, report he continues to have chest pain from his sternal incision and the clips. He reports he still gets dizzy, and the medicine is not helping. Inmate reports the literature says he needs to be on warfarin. Advised inmate he would have to go at a medical center to receive warfarin as it is a drug that requires weekly monitoring and his cardiologist's recommendation is a daily aspirin. Inmate is developing a keloid scar from his thoracic surgery. Inmate reports he feels he is having pain from the clips placed in his chest to keep his chest together. CXR and EKG obtained. No changes noted

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 03/25/2024 11:42 |
| Location: | Chest-Sternal |
| Quality of Pain: | Burning |
| Pain Scale: | 3 |
| Intervention: | rest |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | moving |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**
**General**
Yes: Within Normal Limits

**Integumentary**
**Hair**
Yes: Within Normal Limits
No: Abnormal Growth, Excessive Hair Loss
**Nails**
Yes: Within Normal Limits
**Skin**
Yes: Keloid

| | | |
|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 03/25/2024 10:56 | Provider: Bloom, Barbara APRN | Unit: C02 |

No: Within Normal Limits

**HEENT**

**Ears**

Yes: Vertigo

No: Within Normal Limits

**Eyes**

Yes: Within Normal Limits

**Head**

Yes: Within Normal Limits

No: Headaches, Migraine, Trauma

**Mouth**

Yes: Within Normal Limits

**Neck**

Yes: Within Normal Limits

No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling

**Nose**

Yes: Within Normal Limits

**Throat**

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

**Sinuses**

Yes: Within Normal Limits

No: Dental Pain, Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary, Sinus Congestion

**Cardiovascular**

**Arteries and Veins**

Yes: Within Normal Limits

No: Claudication

**General**

Yes: Within Normal Limits, Hx Hypertension, Hx of Heart Disease, Hx of Heart Surgery

No: Angina, Edema, Exertional dyspnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: DOE, Dyspnea

**GI**

**General**

Yes: Within Normal Limits

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Within Normal Limits

**Neurological**

**Autonomic System**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:   BLACK | Facility: | ASH |
| Encounter Date: | 03/25/2024 10:56 | Provider: | Bloom, Barbara APRN | Unit: | C02 |

Yes: Within Normal Limits

No: Syncope

**Cranial Nerves**

Yes: Within Normal Limits

**Motor System**

Yes: Within Normal Limits

**Sensory System**

Yes: Numbness, Pain, Paresthesia

No: Within Normal Limits

**Endocrine**

**General**

Yes: Within Normal Limit

**Psychiatric**

**General**

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**Lymphatics**

**General**

Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 97.0 | 36.1 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 62 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 144/86 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 97 | | Bloom, Barbara APRN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 183.4 | 83.2 | | Bloom, Barbara APRN |

| | | | |
|---|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth:  | Sex:  M   Race:  BLACK | Facility: | ASH |
| Encounter Date: 03/25/2024 10:56 | Provider:  Bloom, Barbara APRN | Unit: | C02 |

**Exam:**

**General**

  **Affect**

    Yes: Pleasant, Cooperative

  **Appearance**

    Yes: Appears Well, Alert and Oriented x 3

  **Nutrition**

    Yes: Within Normal Limits

**Skin**

  **General**

    Yes: Within Normal Limits, Dry, Skin Intact, Warmth

**Head**

  **General**

    Yes: Symmetry of Motor Function

**Eyes**

  **General**

    Yes: PERRLA, Extraocular Movements Intact

**Nose**

  **General**

    Yes: Nares Patent, Turbinates Normal

**Mouth**

  **General**

    Yes: Within Normal Limits

**Neck**

  **General**

    Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

  **Thyroid**

    Yes: Within Normal Limits

    No: Diffuse Enlargement, Multinodular, Nodule, Tenderness

  **Musculoskeletal**

    Yes: Within Normal Limits

**Pulmonary**

  **Auscultation**

    Yes: Clear to Auscultation

**Cardiovascular**

  **Auscultation**

    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

    No: M/R/G

**Peripheral Vascular**

  **General**

    Yes: Within Normal Limits

    No: Non-Pitting Edema, Pitting Edema

  **Head**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 03/25/2024 10:56 | Provider: | Bloom, Barbara APRN | Unit: | C02 |

No: Tender Temporal Artery

**Arms**

Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Abdomen**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**Genitourinary**

**General**

Yes: Within Normal Limits

**Mental Health**

**Posture**

Yes: Within Normal Limits, Upright, Attentive

**Grooming/Hygiene**

Yes: Within Normal Limits, Appropriate Grooming

**Facial Expressions**

Yes: Within Normal Limits, Appropriate Expression

**Affect**

Yes: Within Normal Limits, Appropriate

**Speech/Language**

Yes: Within Normal Limits, Appropriate, Normal Rate, Normal Articulation

**Mood**

Yes: Within Normal Limits, Appropriate

## ASSESSMENT:

Meniere's disease, H8109 - Current

## PLAN:

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Otolaryngology | 04/08/2024 | 04/08/2024 | Routine | No | |

Subtype:

Office visit

Reason for Request:

Meniere's disease, meclizine ineffective, continues to have dizziness despites treatment

Additional Records Required for Consultation:

Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 06/03/2024 00:00 | MLP 02 |
| Follow up ENT | | |

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 03/25/2024 10:56 | Provider: | Bloom, Barbara APRN | Unit: | C02 |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/25/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 03/25/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 03/25/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |
| 03/25/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 03/25/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 03/25/2024 12:08

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | Reg #:  20257-509 |
| Date of Birth: | Sex:  M   Race:  BLACK | Facility:  ASH |
| Encounter Date:  03/25/2024 10:56 | Provider:  Bloom, Barbara APRN | Unit:  C02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:      60 yo male inmate seen in medical for continued dizziness. CAOx3, resp even non labored, denies headaches, or shortness of breath. Inmate, report he continues to have chest pain from his sternal incision and the clips. He reports he still gets dizzy, and the medicine is not helping. Inmate reports the literature says he needs to be on warfarin. Advised inmate he would have to go at a medical center to receive warfarin as it is a drug that requires weekly monitoring and his cardiologist's recommendation is a daily aspirin. Inmate is developing a keloid scar from his thoracic surgery. Inmate reports he feels he is having pain from the clips placed in his chest to keep his chest together. CXR and EKG obtained. No changes noted

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 03/25/2024 11:42 |
| Location: | Chest-Sternal |
| Quality of Pain: | Burning |
| Pain Scale: | 3 |
| Intervention: | rest |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | moving |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**
**General**
Yes: Within Normal Limits

**Integumentary**
**Hair**
Yes: Within Normal Limits
No: Abnormal Growth, Excessive Hair Loss
**Nails**
Yes: Within Normal Limits
**Skin**
Yes: Keloid

| | | | |
|---|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | Reg #:  20257-509 | |
| Date of Birth: | Sex:  M   Race:  BLACK | Facility:  ASH | |
| Encounter Date:  03/25/2024 10:56 | Provider:  Bloom, Barbara APRN | Unit:  C02 | |

No: Within Normal Limits

**HEENT**

**Ears**

Yes: Vertigo

No: Within Normal Limits

**Eyes**

Yes: Within Normal Limits

**Head**

Yes: Within Normal Limits

No: Headaches, Migraine, Trauma

**Mouth**

Yes: Within Normal Limits

**Neck**

Yes: Within Normal Limits

No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling

**Nose**

Yes: Within Normal Limits

**Throat**

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

**Sinuses**

Yes: Within Normal Limits

No: Dental Pain, Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary, Sinus Congestion

**Cardiovascular**

**Arteries and Veins**

Yes: Within Normal Limits

No: Claudication

**General**

Yes: Within Normal Limits, Hx Hypertension, Hx of Heart Disease, Hx of Heart Surgery

No: Angina, Edema, Exertional dyspnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: DOE, Dyspnea

**GI**

**General**

Yes: Within Normal Limits

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Within Normal Limits

**Neurological**

**Autonomic System**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 03/25/2024 10:56 | Provider: | Bloom, Barbara APRN | Unit: | C02 |

Yes: Within Normal Limits

No: Syncope

### Cranial Nerves

Yes: Within Normal Limits

### Motor System

Yes: Within Normal Limits

### Sensory System

Yes: Numbness, Pain, Paresthesia

No: Within Normal Limits

## Endocrine

### General

Yes: Within Normal Limit

## Psychiatric

### General

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

## Lymphatics

### General

Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 97.0 | 36.1 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 62 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 144/86 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 97 | | Bloom, Barbara APRN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/25/2024 | 11:43 ASH | 183.4 | 83.2 | | Bloom, Barbara APRN |

See Amendment

| | | |
|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 03/25/2024 10:56 | Provider: Bloom, Barbara APRN | Unit: C02 |

**Exam:**

    **General**

        **Affect**

            Yes: Pleasant, Cooperative

        **Appearance**

            Yes: Appears Well, Alert and Oriented x 3

        **Nutrition**

            Yes: Within Normal Limits

    **Skin**

        **General**

            Yes: Within Normal Limits, Dry, Skin Intact, Warmth

    **Head**

        **General**

            Yes: Symmetry of Motor Function

    **Eyes**

        **General**

            Yes: PERRLA, Extraocular Movements Intact

    **Nose**

        **General**

            Yes: Nares Patent, Turbinates Normal

    **Mouth**

        **General**

            Yes: Within Normal Limits

    **Neck**

        **General**

            Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

        **Thyroid**

            Yes: Within Normal Limits

            No: Diffuse Enlargement, Multinodular, Nodule, Tenderness

        **Musculoskeletal**

            Yes: Within Normal Limits

    **Pulmonary**

        **Auscultation**

            Yes: Clear to Auscultation

    **Cardiovascular**

        **Auscultation**

            Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

            No: M/R/G

    **Peripheral Vascular**

        **General**

            Yes: Within Normal Limits

            No: Non-Pitting Edema, Pitting Edema

        **Head**

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M  Race: BLACK | Facility: | ASH |
| Encounter Date: | 03/25/2024 10:56 | Provider: | Bloom, Barbara APRN | Unit: | C02 |

No: Tender Temporal Artery

**Arms**

Yes: Radial Pulse Normal, Ulnar Pulse Normal

## Abdomen

### Auscultation

Yes: Normo-Active Bowel Sounds

## Gastrointestinal

### General

Yes: Within Normal Limits

No: Diarrhea, Vomiting

## Genitourinary

### General

Yes: Within Normal Limits

## Mental Health

### Posture

Yes: Within Normal Limits, Upright, Attentive

### Grooming/Hygiene

Yes: Within Normal Limits, Appropriate Grooming

### Facial Expressions

Yes: Within Normal Limits, Appropriate Expression

### Affect

Yes: Within Normal Limits, Appropriate

### Speech/Language

Yes: Within Normal Limits, Appropriate, Normal Rate, Normal Articulation

### Mood

Yes: Within Normal Limits, Appropriate

**ASSESSMENT:**

Meniere's disease, H8109 - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Otolaryngology | 04/08/2024 | 04/08/2024 | Routine | No | |

Subtype:

Office visit

Reason for Request:

Meniere's disease, meclizine ineffective, continues to have dizziness despites treatment

Additional Records Required for Consultation:

Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 06/03/2024 00:00 | MLP 02 |
| Follow up ENT | | |

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: 03/25/2024 10:56 | | Provider: | Bloom, Barbara APRN | Unit: | C02 |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/25/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 03/25/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 03/25/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |
| 03/25/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 03/25/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** Yes            **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 03/25/2024 12:08

**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/28/2024 15:06 | | | Facility: | ASH |

**Amendment made to this note by Bloom, Barbara APRN on 03/28/2024 15:07.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Note Date: | 03/18/2024 17:11 | Provider: | Bloom, Barbara APRN | Unit: | C02 |

Review Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**         Provider:   Bloom, Barbara APRN

Chart review completed. Will see cardiology yearly and take antivert for episodes of dizziness. Consult ENT for continued concerns with dizziness.

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Follow-up | 03/25/2024 00:00 | MLP 02 |
| Follow up with dizziness | | |

**Copay Required:** No                    **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 03/18/2024 17:12

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race:BLACK | Facility: | ASH |
| Note Date: | 02/29/2024 07:04 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Bloom, Barbara APRN

Cardiology chart review completed. Recommendations
Return to normal activity
Follow up with cardiology in one year- Dr. Listerman
If continues to have vertigo follow up with ENT

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Cardiology | 02/04/2025 | 02/04/2025 | Routine | No | |

Subtype:
    Office visit
Reason for Request:
    One year follow up for post MVR one year per cardiology request
Additional Records Required for Consultation:
    Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 02/29/2024 07:06

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 | |
| Date of Birth: | Sex: M   Race: BLACK | Facility: ASH | |
| Encounter Date: 02/21/2024 07:22 | Provider: Bloom, Barbara APRN | Unit: C01 | |

Cosign Note - Chart Review encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider: Bloom, Barbara APRN

Chief Complaint: CARDIAC

Subjective: Inmate returned from cardiology apt for MVR surgical follow-up. Will schedule follow-up apt. Seen by Dr. Rios on return trip

**Pain:** No

**OBJECTIVE:**

**ASSESSMENT:**

Nonrheumatic mitral valve disorder, I349 - Current

**PLAN:**

**Disposition:**

Discharged to Housing Unit with Convalescence

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/21/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 02/21/2024 07:27

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: 02/20/2024 11:39 | Provider: Malone, Allison RN | Unit: | C01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:   Malone, Allison RN

Chief Complaint:   Medical Trip Return

Subjective:      I/M returning from KDMC Cardiology. Paperwork placed in the bin to be scanned. Denies medical complaints or complaints with escort staff.

**Pain:**      Not Applicable

---

**OBJECTIVE:**

**Exam Comments**

I/M is A/Ox3, PERRLA, and denies chest pain and SOB.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Chart_Review | 02/21/2024 00:00 | MLP 02 |
| Med trip return | | |

**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Malone, Allison RN on 02/20/2024 11:40

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | | Reg #: 20257-509 |
| Date of Birth: | Sex: M Race: BLACK | | Facility: ASH |
| Encounter Date: 02/20/2024 11:33 | Provider: Malone, Allison RN | | Unit: C01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Malone, Allison RN

Chief Complaint:   Medical Trip Return

Subjective:   I/M returning from KDMC Cardiology. Paperwork placed in the bin to be scanned. Denies medical complaints or complaints with escort staff.

**Pain:**        Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/20/2024 | 11:32 ASH | 98.4 | 36.9 | Oral | Malone, Allison RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/20/2024 | 11:32 ASH | 82 | Via Machine | | Malone, Allison RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/20/2024 | 11:32 ASH | 14 | Malone, Allison RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/20/2024 | 11:32 ASH | 107/79 | Left Arm | Sitting | | Malone, Allison RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/20/2024 | 11:32 ASH | 100 | Room Air | Malone, Allison RN |

**Exam Comments**

I/M is A/Ox3, PERRLA, and denies chest pain and SOB.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Meclizine HCl Tablet | 02/20/2024 11:33 |

**Prescriber Order:**      25 mg Orally  -  three times a day PRN x 30 day(s) -- for dizziness

Non-Formulary was created for this drug

**Disposition:**

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | Sex: M  Race: BLACK | Facility: | ASH |
| Encounter Date: 02/20/2024 11:33 | Provider: Malone, Allison RN | Unit: | C01 |

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/20/2024 | Counseling | Access to Care | Malone, Allison | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   Yes    **By:**  Bloom, Barbara APRN

**Telephone or Verbal order read back and verified.**

Completed by Malone, Allison RN on 02/20/2024 11:38

Requested to be cosigned by Bloom, Barbara APRN.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: 02/20/2024 11:33 | | Provider: Malone, Allison RN | Unit: | C01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**       Provider:   Malone, Allison RN

Chief Complaint:   Medical Trip Return

Subjective:       I/M returning from KDMC Cardiology. Paperwork placed in the bin to be scanned. Denies medical complaints or complaints with escort staff.

**Pain:**            Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 02/20/2024 | 11:32 ASH | | 98.4 | 36.9 | Oral | Malone, Allison RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/20/2024 | 11:32 ASH | 82 | Via Machine | | Malone, Allison RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/20/2024 | 11:32 ASH | 14 | Malone, Allison RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/20/2024 | 11:32 ASH | 107/79 | Left Arm | Sitting | | Malone, Allison RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/20/2024 | 11:32 ASH | 100 | Room Air | Malone, Allison RN |

**Exam Comments**

I/M is A/Ox3, PERRLA, and denies chest pain and SOB.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Meclizine HCl Tablet | 02/20/2024 11:33 |

**Prescriber Order:**     25 mg Orally  -  three times a day PRN x 30 day(s) -- for dizziness

Non-Formulary was created for this drug

**Disposition:**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 02/20/2024 11:33 | Provider: | Malone, Allison RN | Unit: | C01 |

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/20/2024 | Counseling | Access to Care | Malone, Allison | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   Yes    **By:**  Bloom, Barbara APRN

**Telephone or Verbal order read back and verified.**


Completed by Malone, Allison RN on 02/20/2024 11:38

Requested to be cosigned by Bloom, Barbara APRN.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/20/2024 11:39 | | | Facility: | ASH |

**Amendment made to this note by Malone, Allison RN on 02/20/2024 11:40.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/20/2024 11:33 | Provider: | Malone, Allison RN | Facility: | ASH |

**Cosigned with New Encounter Note by Bloom, Barbara APRN on 02/21/2024 07:21.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: 02/01/2024 15:50 | | Provider: Bloom, Barbara APRN | Unit: | C01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:        61 yo male inmate seen in downstairs medical. CAOx3, denies chest pain, shortness of breath, headaches. Inmate reports dizziness. Orthostatic completed and asymptomatic. Inmate advised to drink plenty of fluids and come to sick call if he has continued concerns. Inmate was observed walking to chow without difficulty.

Pain:        No

---

**ROS:**

**Breasts**
  **General**
      Yes: Within Normal Limits

**Integumentary**
  **Hair**
      Yes: Within Normal Limits

  **Nails**
      Yes: Within Normal Limits

  **Skin**
      Yes: Within Normal Limits

**HEENT**
  **Ears**
      Yes: Within Normal Limits

  **Eyes**
      Yes: Within Normal Limits

  **Head**
      Yes: Within Normal Limits
      No: Headaches, Migraine, Trauma

  **Mouth**
      Yes: Within Normal Limits

  **Neck**
      Yes: Within Normal Limits
      No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling

  **Nose**
      Yes: Within Normal Limits

  **Throat**
      Yes: Within Normal Limits
      No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

| | | |
|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | Reg #:  20257-509 |
| Date of Birth: | Sex:  M   Race:  BLACK | Facility:  ASH |
| Encounter Date:  02/01/2024 15:50 | Provider:  Bloom, Barbara APRN | Unit:  C01 |

**Cardiovascular**
    **General**
        Yes: Within Normal Limits
        No: Angina, Edema, Palpitation, Syncope

**Pulmonary**
    **Respiratory System**
        Yes: Within Normal Limits
        No: DOE, Dyspnea

**GI**
    **General**
        Yes: Within Normal Limits

**GU**
    **General**
        Yes: Within Normal Limits

**Musculoskeletal**
    **General**
        Yes: Within Normal Limits

**Neurological**
    **Autonomic System**
        Yes: Within Normal Limits
        No: Syncope
    **Cranial Nerves**
        Yes: Within Normal Limits
    **Motor System**
        Yes: Within Normal Limits
    **Sensory System**
        Yes: Within Normal Limits

**Endocrine**
    **General**
        Yes: Within Normal Limits

**Psychiatric**
    **General**
        Yes: Within Normal Limits
        No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**OBJECTIVE:**

**Exam:**
    **General**
    **Affect**
        Yes: Pleasant, Cooperative
    **Appearance**
        Yes: Appears Well, Alert and Oriented x 3
    **Nutrition**
        Yes: Within Normal Limits

| | | | | |
|---|---|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date:  02/01/2024 15:50 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**Skin**

    **General**

        Yes: Within Normal Limits, Dry, Skin Intact, Warmth

**Head**

    **General**

        Yes: Symmetry of Motor Function

**Eyes**

    **General**

        Yes: PERRLA, Extraocular Movements Intact

**Neck**

    **General**

        Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Pulmonary**

    **Auscultation**

        Yes: Clear to Auscultation

**Cardiovascular**

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

        No: M/R/G

**Peripheral Vascular**

    **General**

        Yes: Within Normal Limits

        No: Non-Pitting Edema, Pitting Edema

    **Arms**

        Yes: Radial Pulse Normal, Ulnar Pulse Normal

    **Lymphatics**

        Yes: Within Normal Limits

**Abdomen**

    **Auscultation**

        Yes: Normo-Active Bowel Sounds

**Gastrointestinal**

    **General**

        Yes: Within Normal Limits

        No: Diarrhea, Vomiting

**ASSESSMENT:**

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Bloom, Barbara APRN on 02/01/2024 15:52

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 02/01/2024 06:30 | Provider: Bloom, Barbara APRN | Unit: C01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:        61 yo male inmate seen in downstairs medical. CAOx3, denies chest pain, shortness of breath, headaches. Inmate reports dizziness. Orthostatic completed and asymptomatic. Inmate advised to drink plenty of fluids and come to sick call if he has continued concerns. Inmate was observed walking to chow without difficulty.

Pain:        No

**ROS:**

**Breasts**
  **General**
    Yes: Within Normal Limits

**Integumentary**
  **Hair**
    Yes: Within Normal Limits
  **Nails**
    Yes: Within Normal Limits
  **Skin**
    Yes: Within Normal Limits

**HEENT**
  **Ears**
    Yes: Within Normal Limits
  **Eyes**
    Yes: Within Normal Limits
  **Head**
    Yes: Within Normal Limits
    No: Headaches, Migraine, Trauma
  **Mouth**
    Yes: Within Normal Limits
  **Neck**
    Yes: Within Normal Limits
    No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling
  **Nose**
    Yes: Within Normal Limits
  **Throat**
    Yes: Within Normal Limits
    No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race:   BLACK | Facility: | ASH |
| Encounter Date: | 02/01/2024 06:30 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**Cardiovascular**

  **General**

    Yes: Within Normal Limits

    No: Angina, Edema, Palpitation, Syncope

**Pulmonary**

  **Respiratory System**

    Yes: Within Normal Limits

    No: DOE, Dyspnea

**GI**

  **General**

    Yes: Within Normal Limits

**GU**

  **General**

    Yes: Within Normal Limits

**Musculoskeletal**

  **General**

    Yes: Within Normal Limits

**Neurological**

  **Autonomic System**

    Yes: Within Normal Limits

    No: Syncope

  **Cranial Nerves**

    Yes: Within Normal Limits

  **Motor System**

    Yes: Within Normal Limits

  **Sensory System**

    Yes: Within Normal Limits

**Endocrine**

  **General**

    Yes: Within Normal Limits

**Psychiatric**

  **General**

    Yes: Within Normal Limits

    No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 02/01/2024 | 06:30 ASH | 97.6 | 36.4 | | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 98.0 | 36.7 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 02/01/2024 | 06:40 ASH | 98 | | | Bloom, Barbara APRN |

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 02/01/2024 06:30 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/01/2024 | 06:30 ASH | 80 | | | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 75 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/01/2024 | 06:40 ASH | 16 | Bloom, Barbara APRN |
| 02/01/2024 | 06:30 ASH | 16 | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/01/2024 | 06:40 ASH | 102/ | Left Arm | Standing | | Bloom, Barbara APRN |
| 02/01/2024 | 06:30 ASH | 142/73 | Left Arm | Sitting | | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 161/99 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/01/2024 | 06:40 ASH | 99 | Room Air | Bloom, Barbara APRN |
| 02/01/2024 | 06:30 ASH | 99 | Room Air | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 100 | Room Air | Bloom, Barbara APRN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact, Warmth

**Head**

**General**

Yes: Symmetry of Motor Function

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Neck**

**General**

Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | 02/01/2024 06:30 | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 02/01/2024 06:30 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**Cardiovascular**
    **Auscultation**
        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
        No: M/R/G
**Peripheral Vascular**
    **General**
        Yes: Within Normal Limits
        No: Non-Pitting Edema, Pitting Edema
    **Arms**
        Yes: Radial Pulse Normal, Ulnar Pulse Normal
    **Lymphatics**
        Yes: Within Normal Limit
**Abdomen**
    **Auscultation**
        Yes: Normo-Active Bowel Sounds
**Gastrointestinal**
    **General**
        Yes: Within Normal Limits
        No: Diarrhea, Vomiting

**ASSESSMENT:**

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 233381-ASH | amLODIPine 10 MG TAB | 02/01/2024 06:30 |

    **Prescriber Order:**  Take one tablet (10 MG) by mouth each morning to control blood pressure x 180 day(s)
    Indication:   Essential (primary) hypertension

| 232508-ASH | Aspirin, E.C. 325 MG Tab | 02/01/2024 06:30 |
|---|---|---|

    **Prescriber Order:**  Take one tablet (325 MG) by mouth each day to reduce stroke/heart attack risk x 180 day(s)
    Indication:   Hypertensive heart disease without heart failure, Nonrheumatic mitral valve disorder

| 233382-ASH | Atorvastatin 20 MG TAB | 02/01/2024 06:30 |
|---|---|---|

    **Prescriber Order:**  Take one tablet (20 MG) by mouth each day for control of cholesterol x 180 day(s)
    Indication:   Hyperlipidemia, unspecified

| 232509-ASH | Metoprolol Tartrate  50 MG Tab | 02/01/2024 06:30 |
|---|---|---|

    **Prescriber Order:**  Take one tablet (50 MG) by mouth twice daily x 180 day(s)
    Indication:   Essential (primary) hypertension, Nonrheumatic mitral valve disorder

**Disposition:**

    Discharged to Housing Unit with Convalescence
    Follow-up at Sick Call as Needed

| | | | | |
|---|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: 02/01/2024 06:30 | | Provider: Bloom, Barbara APRN | Unit: | C01 |

Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/01/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 02/01/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |
| 02/01/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 02/01/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 02/01/2024 15:48

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 02/01/2024 06:30 | | Provider: Bloom, Barbara APRN | Unit: C01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:        61 yo male inmate seen in downstairs medical. CAOx3, denies chest pain, shortness of breath, headaches. Inmate reports dizziness. Orthostatic completed and asymptomatic. Inmate advised to drink plenty of fluids and come to sick call if he has continued concerns. Inmate was observed walking to chow without difficulty.

Pain:        No

**ROS:**

**Breasts**
  **General**
      Yes: Within Normal Limits
**Integumentary**
  **Hair**
      Yes: Within Normal Limits
  **Nails**
      Yes: Within Normal Limits
  **Skin**
      Yes: Within Normal Limits
**HEENT**
  **Ears**
      Yes: Within Normal Limits
  **Eyes**
      Yes: Within Normal Limits
  **Head**
      Yes: Within Normal Limits
      No: Headaches, Migraine, Trauma
  **Mouth**
      Yes: Within Normal Limits
  **Neck**
      Yes: Within Normal Limits
      No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness, Swelling
  **Nose**
      Yes: Within Normal Limits
  **Throat**
      Yes: Within Normal Limits
      No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 02/01/2024 06:30 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**Cardiovascular**
    **General**
        Yes: Within Normal Limits
        No: Angina, Edema, Palpitation, Syncope

**Pulmonary**
    **Respiratory System**
        Yes: Within Normal Limits
        No: DOE, Dyspnea

**GI**
    **General**
        Yes: Within Normal Limits

**GU**
    **General**
        Yes: Within Normal Limits

**Musculoskeletal**
    **General**
        Yes: Within Normal Limits

**Neurological**
    **Autonomic System**
        Yes: Within Normal Limits
        No: Syncope
    **Cranial Nerves**
        Yes: Within Normal Limits
    **Motor System**
        Yes: Within Normal Limits
    **Sensory System**
        Yes: Within Normal Limits

**Endocrine**
    **General**
        Yes: Within Normal Limits

**Psychiatric**
    **General**
        Yes: Within Normal Limits
        No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/01/2024 | 06:30 ASH | 97.6 | 36.4 | | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 98.0 | 36.7 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/01/2024 | 06:40 ASH | 98 | | | Bloom, Barbara APRN |

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | | Facility: | ASH |
| Encounter Date: | 02/01/2024 06:30 | Provider: Bloom, Barbara APRN | | Unit: | C01 |

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|------|------|------|------|------|------|
| 02/01/2024 | 06:30 ASH | 80 | | | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 75 | | | Bloom, Barbara APRN |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|------|------|------|------|
| 02/01/2024 | 06:40 ASH | 16 | Bloom, Barbara APRN |
| 02/01/2024 | 06:30 ASH | 16 | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|------|------|------|------|------|------|------|
| 02/01/2024 | 06:40 ASH | 102/ | Left Arm | Standing | | Bloom, Barbara APRN |
| 02/01/2024 | 06:30 ASH | 142/73 | Left Arm | Sitting | | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 161/99 | | | | Bloom, Barbara APRN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|------|------|------|------|------|
| 02/01/2024 | 06:40 ASH | 99 | Room Air | Bloom, Barbara APRN |
| 02/01/2024 | 06:30 ASH | 99 | Room Air | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 100 | Room Air | Bloom, Barbara APRN |

**Exam:**

**General**

    **Affect**

        Yes: Pleasant, Cooperative

    **Appearance**

        Yes: Appears Well, Alert and Oriented x 3

    **Nutrition**

        Yes: Within Normal Limits

**Skin**

    **General**

        Yes: Within Normal Limits, Dry, Skin Intact, Warmth

**Head**

    **General**

        Yes: Symmetry of Motor Function

**Eyes**

    **General**

        Yes: PERRLA, Extraocular Movements Intact

**Neck**

    **General**

        Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Pulmonary**

    **Auscultation**

        Yes: Clear to Auscultation

See Amendment

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | 02/01/2024 06:30 | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: | 02/01/2024 06:30 | Provider: Bloom, Barbara APRN | Unit: C01 |

**Cardiovascular**
   **Auscultation**
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
      No: M/R/G
**Peripheral Vascular**
   **General**
      Yes: Within Normal Limits
      No: Non-Pitting Edema, Pitting Edema
   **Arms**
      Yes: Radial Pulse Normal, Ulnar Pulse Normal
   **Lymphatics**
      Yes: Within Normal Limit
**Abdomen**
   **Auscultation**
      Yes: Normo-Active Bowel Sounds
**Gastrointestinal**
   **General**
      Yes: Within Normal Limits
      No: Diarrhea, Vomiting

**ASSESSMENT:**

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 233381-ASH | amLODIPine 10 MG TAB | 02/01/2024 06:30 |

   **Prescriber Order:** Take one tablet (10 MG) by mouth each morning to control blood pressure x 180 day(s)
   Indication:   Essential (primary) hypertension

| | | |
|---|---|---|
| 232508-ASH | Aspirin, E.C. 325 MG Tab | 02/01/2024 06:30 |

   **Prescriber Order:** Take one tablet (325 MG) by mouth each day to reduce stroke/heart attack risk x 180 day(s)
   Indication:   Hypertensive heart disease without heart failure, Nonrheumatic mitral valve disorder

| | | |
|---|---|---|
| 233382-ASH | Atorvastatin 20 MG TAB | 02/01/2024 06:30 |

   **Prescriber Order:** Take one tablet (20 MG) by mouth each day for control of cholesterol x 180 day(s)
   Indication:   Hyperlipidemia, unspecified

| | | |
|---|---|---|
| 232509-ASH | Metoprolol Tartrate  50 MG Tab | 02/01/2024 06:30 |

   **Prescriber Order:** Take one tablet (50 MG) by mouth twice daily x 180 day(s)
   Indication:   Essential (primary) hypertension, Nonrheumatic mitral valve disorder

**Disposition:**

   Discharged to Housing Unit with Convalescence
   Follow-up at Sick Call as Needed

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race:   BLACK | Facility: | ASH |
| Encounter Date: | 02/01/2024 06:30 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/01/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 02/01/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |
| 02/01/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 02/01/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 02/01/2024 15:48

**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/01/2024 15:50 | | | Facility: | ASH |

**Amendment made to this note by Bloom, Barbara APRN on 02/01/2024 15:52.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | | Reg #: 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | | Facility: ASH |
| Encounter Date: 01/31/2024 09:59 | Provider: Bloom, Barbara APRN | | Unit: C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Bloom, Barbara APRN

Chief Complaint:  GENERAL

Subjective:  CAOx3, resp even non labored. Inmate seen in downstairs medical for evaluation. Inmate denies SI or HI. He ambulated to stairwell without difficulty. Once in stairwell.  Inmate went up one flight of steps with fluid steps to top of landing without holding onto rail and back down steps without holding onto railing in a two-minute time frame. Inmate did not hold chest, no facial grimace, no shortness of breath noted. Inmate then was able to walk back to C unit without taking a rest brake and able to hold conversation.

**Pain:**  No

---

**OBJECTIVE:**

**ASSESSMENT:**

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/31/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 01/31/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 01/31/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Bloom, Barbara APRN on 01/31/2024 10:08

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M  Race: BLACK | Facility: | ASH |
| Encounter Date: 01/29/2024 10:50 | | Provider: Bloom, Barbara APRN | Unit: | C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT **1**     Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:     61 yo male inmate seen in downstairs medical for evaluation. CAOx3, resp e/u, denies chest pain, headaches, palpitations, or shortness of breath. Inmate reports he is eating and drinking. Reports the incision to his chest is itching but denies increased pain. Today inmate able to walk up one flight of steps to medical without a pause, denied chest pain, shortness of breath and was able to carry a conversation. Inmate with equal grips and no neuro deficits appreciated.

**Pain:**     No

## ROS:

### Breasts
#### General
Yes: Within Normal Limits

### Integumentary
#### Hair
Yes: Within Normal Limits

#### Nails
Yes: Within Normal Limits

#### Skin
Yes: Within Normal Limits

### HEENT
#### Ears
Yes: Within Normal Limits

### Cardiovascular
#### General
Yes: Within Normal Limits

No: Angina, Edema, Palpitation, Syncope

### Pulmonary
#### Respiratory System
Yes: Within Normal Limits

No: DOE, Dyspnea

### GI
#### General
Yes: Within Normal Limits

### GU
#### General
Yes: Within Normal Limits

| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
|---|---|---|
| Date of Birth: | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 01/29/2024 10:50 | Provider: Bloom, Barbara APRN | Unit: C01 |

**Musculoskeletal**
  **General**
    Yes: Within Normal Limits

**Neurological**
  **Autonomic System**
    Yes: Within Normal Limits
    No: Syncope
  **Cranial Nerves**
    Yes: Within Normal Limits
  **Motor System**
    Yes: Within Normal Limits
  **Sensory System**
    Yes: Within Normal Limits
    No: Numbness, Pain, Paresthesia, Radiculopathy

**Endocrine**
  **General**
    Yes: Within Normal Limits

**Psychiatric**
  **General**
    Yes: Within Normal Limits
    No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/29/2024 | 10:52 ASH | 97.6 | 36.4 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/29/2024 | 10:52 ASH | 75 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/29/2024 | 10:52 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/29/2024 | 10:52 ASH | 135/81 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/29/2024 | 10:52 ASH | 98 | Room Air | Bloom, Barbara APRN |

**Exam:**
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
    **Appearance**

| | | | |
|---|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 | |
| Date of Birth: | Sex: M   Race: BLACK | Facility: ASH | |
| Encounter Date: 01/29/2024 10:50 | Provider: Bloom, Barbara APRN | Unit: C01 | |

    Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

    Yes: Within Normal Limits

**Skin**

**General**

    Yes: Within Normal Limits, Dry, Skin Intact, Warmth

**Head**

**General**

    Yes: Symmetry of Motor Function

**Eyes**

**General**

    Yes: PERRLA

**Neck**

**General**

    Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Pulmonary**

**Auscultation**

    Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

    No: M/R/G

**Peripheral Vascular**

**General**

    Yes: Within Normal Limits

    No: Non-Pitting Edema, Pitting Edema

**Arms**

    Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Lymphatics**

    Yes: Within Normal Limits

**Abdomen**

**Auscultation**

    Yes: Normo-Active Bowel Sounds

**Gastrointestinal**

**General**

    Yes: Within Normal Limits

    No: Diarrhea, Vomiting

**Genitourinary**

**General**

    Yes: Within Normal Limits

**Mental Health**

**Posture**

    Yes: Within Normal Limits, Upright, Attentive

**Grooming/Hygiene**

| | | | |
|---|---|---|---|
| Inmate Name:   JOHNSON, JOHN F | | Reg #:   20257-509 | |
| Date of Birth: | Sex:   M   Race:   BLACK | Facility:   ASH | |
| Encounter Date:   01/29/2024 10:50 | Provider:   Bloom, Barbara APRN | Unit:   C01 | |

Yes: Within Normal Limits, Appropriate Grooming

## ASSESSMENT:

Heart disease, UNS, I519 - Resolved

Hypertensive heart disease without heart failure, I119 - Resolved

## PLAN:

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Physical Therapy | 02/05/2024 | 02/05/2024 | Routine | No | |

Subtype:
> In-house consultation

Reason for Request:
> Inmate would benefit from telehealth PT for instructions on exercises for cardiac rehab.

Provisional Diagnosis:
> MVR replacement

Additional Records Required for Consultation:
> Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Assessment | 01/31/2024 06:30 | MLP 02 |
| Assess stairs and evaluated cardiac | | |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/29/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 01/29/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 01/29/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 01/29/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 01/29/2024 11:02

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 01/24/2024 07:36 | | Provider: Bloom, Barbara APRN | Unit: C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**    Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:    61 yo male inmate seen in downstairs medical for PT. Inmate reports he has dizziness when he stands up. Denies chest pain or shortness of breath. Witnessed inmate able to sit, stand, and ambulate with steady gait. No nystagmus noted. Inmate is steady upon standing and ambulating. Inmate reports he is trying to walk some without the walker. EKG denotes NSR no elevation or depression noted. Heart rate 78, PR 110/152 ms, QRS: 98ms, QT/QTc: 356/405 ms, P/QRS/T axis: 74/27/-86 deg. No PT completed this am. Inmate denies increased anxiety or depression. No edema appreciated.

Pain:    No

---

**ROS:**

**Breasts**
 **General**
  Yes: Within Normal Limits
**Integumentary**
 **Hair**
  Yes: Within Normal Limits
 **Nails**
  Yes: Within Normal Limits
 **Skin**
  Yes: Within Normal Limits
**HEENT**
 **Ears**
  Yes: Within Normal Limits
 **Eyes**
  Yes: Within Normal Limits
 **Head**
  Yes: Within Normal Limits
  No: Headaches, Migraine, Trauma
 **Mouth**
  Yes: Within Normal Limits
 **Neck**
  Yes: Within Normal Limits
  No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness
 **Nose**
  Yes: Within Normal Limits
 **Throat**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: 01/24/2024 07:36 | | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Yes: Within Normal Limits

No: Dysphagia, Hoarseness

**Sinuses**

Yes: Within Normal Limits

**Cardiovascular**

**Arteries and Veins**

Yes: Within Normal Limits

No: Claudication

**General**

Yes: Hx Hypertension, Hx of Heart Disease

No: Angina, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: DOE, Dyspnea, Wheezing

**GI**

**General**

Yes: Within Normal Limits

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Within Normal Limits

**Neurological**

**Autonomic System**

Yes: Within Normal Limits

No: Syncope

**Cranial Nerves**

Yes: Within Normal Limits

**Motor System**

Yes: Within Normal Limits

**Sensory System**

No: Within Normal Limits

**Endocrine**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**Lymphatics**

**General**

Yes: Within Normal Limits

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: 01/24/2024 07:36 | | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/24/2024 | 07:41 ASH | 78 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/24/2024 | 07:41 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/24/2024 | 07:41 ASH | 141/84 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/24/2024 | 07:41 ASH | 98 | Room Air | Bloom, Barbara APRN |

**Exam:**

**General**

   **Affect**

      Yes: Pleasant, Cooperative

   **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

**Skin**

   **General**

      Yes: Within Normal Limits, Dry, Skin Intact, Warmth

**Head**

   **General**

      Yes: Symmetry of Motor Function

**Eyes**

   **General**

      Yes: PERRLA, Extraocular Movements Intact

**Cardiovascular**

   **Auscultation**

      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

      No: M/R/G

**Peripheral Vascular**

   **General**

      Yes: Within Normal Limits

      No: Varicosities, Non-Pitting Edema, Pitting Edema

   **Head**

      No: Tender Temporal Artery

   **Arms**

      Yes: Radial Pulse Normal, Ulnar Pulse Normal

   **Lymphatics**

      Yes: Within Normal Limits

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/24/2024 07:36 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

### Abdomen
#### Inspection
Yes: Scar(s), Flat

No: Ascites, Rash
#### Auscultation
Yes: Normo-Active Bowel Sounds
### Gastrointestinal
#### General
Yes: Within Normal Limits

No: Diarrhea, Vomiting
### Genitourinary
#### General
Yes: Within Normal Limits

### ROS Comments
Inmate reports he gets dizzy sometimes when he stands

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Hypertensive heart disease without heart failure, I119 - Resolved

**PLAN:**

**Disposition:**
Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/24/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 01/24/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 01/24/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |
| 01/24/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 01/24/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 01/24/2024 07:51

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M   Race: BLACK | Facility: | ASH |
| Note Date: | 01/18/2024 15:07 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**         Provider:  Bloom, Barbara APRN

   61 yo male inmate seen in downstairs medical for follow-up. Inmate denies chest pain, headaches, dizziness, or shortness of breath. Inmate ambulated to downstairs medical from c-unit without difficulty. After assessment completed inmate ambulated to steps walked up six steps, then walked down steps without assistance. Inmate then rested 5 minutes and ambulated back to C-unit.
   SPo2- 100% RA
   B/P 159/85
   Resp 18
   HR 88 regular rate and rhythm
   Temp 97.9

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/18/2024 | 15:10 ASH | 97.9 | 36.6 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/18/2024 | 15:10 ASH | 88 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/18/2024 | 15:10 ASH | 18 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/18/2024 | 15:10 ASH | 159/85 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/18/2024 | 15:10 ASH | 100 | Room Air | Bloom, Barbara APRN |

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 233041-ASH | amLODIPine 10 MG TAB | 01/18/2024 15:07 |

   **Prescriber Order:**   Take one tablet (10 MG) by mouth each morning to control blood pressure x 180 day(s)

   Indication:  Essential (primary) hypertension

| | | |
|---|---|---|
| 233042-ASH | Atorvastatin 20 MG TAB | 01/18/2024 15:07 |

   **Prescriber Order:**   Take one tablet (20 MG) by mouth each day for control of cholesterol x 180 day(s)

   Indication:   Hyperlipidemia, unspecified

**Copay Required:** No                    **Cosign Required:**  No

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M      Race: BLACK | Facility: | ASH |
| Note Date: | 01/18/2024 15:07 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 01/18/2024 15:12

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 01/17/2024 07:29 | | Provider: Bloom, Barbara APRN | Unit: C01 |

Physical Therapy - Admission Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:      61 yo male inmate seen in downstairs medical for physical therapy. CAOx3, resp e/u, reports continues sternal pain, denies headaches. Inmate ambulates without difficulty able to hold conversation while ambulating. Inmate was able to walk up 5 steps and back down, then walked back to C-Unit without a period of rest today without shortness of breath.

**Pain:**       Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 01/17/2024 07:30 |
| Location: | Chest-Sternal |
| Quality of Pain: | Aching |
| Pain Scale: | 3 |
| Intervention: | continued exercise with periods of rest |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1 Month |
| Duration: | 1 Month |
| Exacerbating Factors: | exercise and activity |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**
   **General**
      Yes: Within Normal Limits

**Integumentary**
   **Hair**
      Yes: Within Normal Limits
   **Nails**
      Yes: Within Normal Limits
   **Skin**
      Yes: Within Normal Limits

**HEENT**
   **Eyes**
      Yes: Within Normal Limits
   **Head**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/17/2024 07:29 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Yes: Within Normal Limits

No: Headaches, Migraine, Trauma

### Throat

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis

## Cardiovascular

### Arteries and Veins

Yes: Within Normal Limits

No: Claudication

### General

Yes: Within Normal Limits, Hx Hypertension

No: Angina, Edema, Palpitation, Syncope

## Pulmonary

### Respiratory System

Yes: Within Normal Limits

No: DOE, Dyspnea

## GI

### General

Yes: Within Normal Limits

## GU

### General

Yes: Within Normal Limits

## Musculoskeletal

### General

Yes: Within Normal Limits

## Neurological

### Autonomic System

Yes: Within Normal Limits

No: Syncope

### Cranial Nerves

Yes: Within Normal Limits

### Motor System

Yes: Within Normal Limits

No: Abnormal Gait

### Sensory System

Yes: Pain

No: Within Normal Limits

## Endocrine

### General

Yes: Within Normal Limits

## Psychiatric

### General

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/17/2024 07:29 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 01/17/2024 | 07:31 | ASH | 98.1 | 36.7 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/17/2024 | 07:31 ASH | 82 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 01/17/2024 | 07:31 ASH | | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/17/2024 | 07:31 ASH | 138/87 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/17/2024 | 07:31 ASH | 100 | Room Air | Bloom, Barbara APRN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact, Warmth

**Head**

**General**

Yes: Symmetry of Motor Function

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

No: Non-Pitting Edema, Pitting Edema

**Arms**

| | | | |
|---|---|---|---|
| Inmate Name:   JOHNSON, JOHN F | | Reg #:   20257-509 | |
| Date of Birth: | Sex:   M   Race:   BLACK | Facility:   ASH | |
| Encounter Date:  01/17/2024 07:29 | Provider:   Bloom, Barbara APRN | Unit:   C01 | |

Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Lymphatics**

Yes: Within Normal Limits

**ROS Comments**

Continued pain with movement

**ASSESSMENT:**

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Monitoring PT | 01/18/2024 06:30 | MLP 02 |
| Monitoring PT | 01/19/2024 06:30 | MLP 02 |
| Monitoring PT | 01/22/2024 06:30 | MLP 02 |
| Monitoring PT | 01/24/2024 06:30 | MLP 02 |
| Monitoring PT | 01/25/2024 06:30 | MLP 02 |
| Monitoring PT | 01/26/2024 06:30 | MLP 02 |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/17/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 01/17/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |
| 01/17/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 01/17/2024 | Counseling | Pain Management | Bloom, Barbara | Verbalizes Understanding |
| 01/17/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

| | | | |
|---|---|---|---|
| Inmate Name:   JOHNSON, JOHN F | | | Reg #:   20257-509 |
| Date of Birth: | Sex:   M   Race:   BLACK | | Facility:   ASH |
| Encounter Date:   01/17/2024 07:29 | Provider:   Bloom, Barbara APRN | | Unit:   C01 |

**Copay Required:** No          **Cosign Required:**   No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 01/17/2024 08:03

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Note Date: | 01/12/2024 14:36 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Bloom, Barbara APRN

61 yo male inmate seen in downstairs medical for rehab. Well appearing Inmate CAOx3 resp e/u, denies chest pain or worsening shortness of breath. Well appearing, ambulates with rollator walker. Inmate reports approximately between 2100 and 2130 at count felt a pain that started at the middle of the back of his head radiated down his left side and arm. Reports it was a nerve type pain and he felt fatigued. Inmate reports he was fully cognitive of something going on but was not sure what it was. Inmate report this happened soon after his surgery and lasted a short period of time. Inmate denies any symptoms today. Inmate able to climb 5 steps and back down without assistance. Rest period of 2 minutes and then ambulated back to C unit without difficulty.

Assessment: no neuro deficits noted, equal grips, no facial droop or unilateral weakness noted.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/11/2024 | 14:41 ASH | 97.5 | 36.4 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/11/2024 | 14:41 ASH | 82 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/11/2024 | 14:41 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/11/2024 | 14:41 ASH | 118/76 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/11/2024 | 14:41 ASH | 99 | Room Air | Bloom, Barbara APRN |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 01/12/2024 14:43

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M  Race: BLACK | Facility: | ASH |
| Note Date: | 01/12/2024 14:32 | Provider: Bloom, Barbara APRN | Unit: | C01 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**        Provider:  Bloom, Barbara APRN

61 yo male inmate seen in downstairs medical for follow-up. Inmate ambulates with rollator.  CAOx3, resp even non labored, denies chest pain, palpitations, dizziness, headaches, or shortness of breath. Reports it continues to hurt in his sternum when he coughs or
sneezes. Inmate is up to 4 steps and back down without assistance, inmate took a 2 minute of rest and then ambulated back to unit.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/12/2024 | 14:35 ASH | 97.1 | 36.2 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/12/2024 | 14:35 ASH | 89 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/12/2024 | 14:35 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/12/2024 | 14:35 ASH | 131/86 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/12/2024 | 14:35 ASH | 100 | Room Air | Bloom, Barbara APRN |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 01/12/2024 14:36

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/10/2024 07:51 | Provider: Bloom, Barbara APRN | Unit: | C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:     61 yo male inmate seen in downstairs medical for follow-up.  CAOx3, resp even non labored, denies chest pain, palpitations, dizziness, headaches, or shortness of breath. Inmate ambulates with rollator. Reports it continues to hurt in his sternum when he coughs or sneezes but otherwise is doing well. Inmate is up to 4 steps and back down without assistance.

Pain:      No

**ROS:**
**Breasts**
  **General**
      Yes: Within Normal Limits
**Integumentary**
  **Hair**
      Yes: Within Normal Limits
  **Nails**
      Yes: Within Normal Limits
  **Skin**
      Yes: Within Normal Limits
**HEENT**
  **Head**
      Yes: Within Normal Limits
      No: Headaches, Migraine, Trauma
  **Mouth**
      Yes: Within Normal Limits
  **Neck**
      Yes: Within Normal Limits
  **Nose**
      Yes: Within Normal Limits
  **Throat**
      Yes: Within Normal Limits
      No: Dysphagia
  **Sinuses**
      Yes: Within Normal Limits
**Cardiovascular**
  **Arteries and Veins**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/10/2024 07:51 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

           Yes: Within Normal Limits

           No: Claudication

      **General**

           Yes: Within Normal Limits

           No: Angina, Edema, Palpitation, Syncope

**Pulmonary**

      **Respiratory System**

           Yes: Within Normal Limits

           No: DOE, Dyspnea

**GI**

      **General**

           Yes: Within Normal Limits

**GU**

      **General**

           Yes: Within Normal Limits

**Musculoskeletal**

      **General**

           Yes: Within Normal Limits

**Neurological**

      **Autonomic System**

           Yes: Within Normal Limits

           No: Syncope

      **Cranial Nerves**

           Yes: Within Normal Limits

      **Motor System**

           Yes: Within Normal Limits, Weakness

      **Sensory System**

           Yes: Within Normal Limits

           No: Numbness, Paresthesia

**Endocrine**

      **General**

           Yes: Within Normal Limits

**Psychiatric**

      **General**

           Yes: Within Normal Limits

           No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**Lymphatics**

      **General**

           Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 01/10/2024 | 07:53 | ASH | 97.9 | 36.6 | | Bloom, Barbara APRN |

| Inmate Name: | JOHNSON, JOHN F | | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/10/2024 07:51 | Provider: | Bloom, Barbara APRN | | Unit: | C01 |

| **Date** | **Time** | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|

**Pulse:**

| **Date** | **Time** | | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|---|
| 01/10/2024 | 07:53 | ASH | 87 | | | Bloom, Barbara APRN |

**Respirations:**

| **Date** | **Time** | | **Rate Per Minute** | **Provider** |
|---|---|---|---|---|
| 01/10/2024 | 07:53 | ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| **Date** | **Time** | | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|---|
| 01/10/2024 | 07:53 | ASH | 107/77 | | | | Bloom, Barbara APRN |

**SaO2:**

| **Date** | **Time** | | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|---|
| 01/10/2024 | 07:53 | ASH | 99 | Room Air | Bloom, Barbara APRN |

**Exam:**

**General**

   **Affect**

     Yes: Pleasant, Cooperative

   **Appearance**

     Yes: Appears Well, Alert and Oriented x 3

   **Nutrition**

     Yes: Within Normal Limits

**Skin**

   **General**

     Yes: Within Normal Limits, Dry, Skin Intact, Warmth

   **Wound**

     Yes: Clean, Dry and Intact

**Head**

   **General**

     Yes: Symmetry of Motor Function

**Eyes**

   **General**

     Yes: PERRLA

**Neck**

   **General**

     Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

   **Musculoskeletal**

     Yes: Within Normal Limits, Full ROM

**Pulmonary**

   **Auscultation**

     Yes: Clear to Auscultation

**Cardiovascular**

   **Auscultation**

| Inmate Name:   JOHNSON, JOHN F | | Reg #:   20257-509 |
|---|---|---|
| Date of Birth: | Sex:  M   Race:  BLACK | Facility:  ASH |
| Encounter Date:  01/10/2024 07:51 | Provider:  Bloom, Barbara APRN | Unit:  C01 |

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

No: Non-Pitting Edema, Pitting Edema

**Arms**

Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Abdomen**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**Genitourinary**

**General**

Yes: Within Normal Limits

**Exam Comments**

Sternum is clean dry, no redness, drainage, or temp changes

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Hypertensive heart disease without heart failure, I119 - Resolved

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 232880-ASH | amLODIPine 10 MG TAB | 01/10/2024 07:51 |

**Prescriber Order:**   Take one tablet (10 MG) by mouth each morning to control blood pressure x 180 day(s)

Indication:   Essential (primary) hypertension

| 232881-ASH | Atorvastatin 20 MG TAB | 01/10/2024 07:51 |
|---|---|---|

**Prescriber Order:**   Take one tablet (20 MG) by mouth each day for control of cholesterol x 180 day(s)

Indication:   Hyperlipidemia, unspecified

**Disposition:**

Discharged to Housing Unit with Convalescence

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

Return Immediately if Condition Worsens

Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Inmate Name:   JOHNSON, JOHN F
Date of Birth:                                       Sex:    M    Race:  BLACK
Encounter Date:  01/10/2024 07:51          Provider:   Bloom, Barbara APRN

Reg #:   20257-509
Facility:  ASH
Unit:    C01

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/10/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 01/10/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |
| 01/10/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 01/10/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 01/10/2024 08:00

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

---

| Inmate Name: | JOHNSON, JOHN F | | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/08/2024 07:37 | Provider: | Bloom, Barbara APRN | | Unit: | C01 |

---

Mid Level Provider - Follow up Visit encounter at Health Services.
**Reason Not Done:**   Unavailable

**Comments:** Done see MLP note.
**Cosign Required:** No
Completed by Bloom, Barbara APRN on 01/08/2024 07:38.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 01/08/2024 07:26 | | Provider: Bloom, Barbara APRN | Unit: C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:        60 yo male inmate seen in downstairs medical for evaluation. CAOx3, resp e/u, denies chest pain, dizziness, headaches, or shortness of breath. Inmate reports he had a good weekend and feels he is getting stronger. Reports he is urinating more at night but otherwise is doing well. Today he rates his sternal pain at 4/10 and 10/10 when he coughs or sneezes. Inmate able to go up two steps and back down unassisted without difficulty. Inmate then able to walk back to C-Unit without periods of rest. No grimacing, guarding, or increased respiratory difficulties witnessed. Incision to chest is healing with a fine scar noted, 1cm scab noted to distal scar. No drainage, redness, or temp change noted.

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 01/08/2024 07:30 |
| Location: | Chest-Sternal |
| Quality of Pain: | Aching |
| Pain Scale: | 4 |
| Intervention: | Rest |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 3-4 Weeks |
| Duration: | 3-4 Weeks |
| Exacerbating Factors: | Cough, sneeze |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**
  **General**
    Yes: Within Normal Limits

**Integumentary**
  **Hair**
    Yes: Within Normal Limits
  **Nails**
    Yes: Within Normal Limits
  **Skin**
    Yes: Within Normal Limits

**HEENT**

| | | |
|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | Sex: M Race: BLACK | Facility: ASH |
| Encounter Date: 01/08/2024 07:26 | Provider: Bloom, Barbara APRN | Unit: C01 |

**Ears**
> Yes: Within Normal Limits

**Eyes**
> Yes: Within Normal Limits

**Head**
> Yes: Within Normal Limits
> No: Headaches, Migraine, Trauma

**Mouth**
> Yes: Within Normal Limits

**Neck**
> Yes: Within Normal Limits

**Throat**
> Yes: Within Normal Limits
> No: Dysphagia, Hoarseness

**Sinuses**
> Yes: Within Normal Limits

**Cardiovascular**
    **Arteries and Veins**
> Yes: Within Normal Limits
> No: Claudication

    **General**
> Yes: Within Normal Limits
> No: Angina, Edema

**Pulmonary**
    **Respiratory System**
> Yes: Within Normal Limits
> No: DOE

**GI**
    **General**
> Yes: Within Normal Limits

**GU**
    **General**
> Yes: Within Normal Limits

**Musculoskeletal**
    **General**
> Yes: Within Normal Limits

**Neurological**
    **Autonomic System**
> Yes: Within Normal Limits
> No: Syncope

    **Motor System**
> Yes: Within Normal Limits

    **Sensory System**
> Yes: Numbness

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/08/2024 07:26 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

No: Within Normal Limits, Pain, Paresthesia, Radiculopathy

**Endocrine**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**Lymphatics**

**General**

Yes: Within Normal Limits

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/08/2024 | 07:31 ASH | 98.0 | 36.7 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/08/2024 | 07:31 ASH | 87 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/08/2024 | 07:31 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/08/2024 | 07:31 ASH | 139/87 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/08/2024 | 07:31 ASH | 98 | Room Air | Bloom, Barbara APRN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

**Color**

Yes: Within Normal Limits

**Head**

**General**

Yes: Symmetry of Motor Function

| | | | |
|---|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: 01/08/2024 07:26 | Provider: Bloom, Barbara APRN | Unit: | C01 |

### Neck

**General**

Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Thyroid**

Yes: Within Normal Limits

No: Diffuse Enlargement, Multinodular, Nodule

**Musculoskeletal**

Yes: Within Normal Limits, Full ROM

**Vascular**

Yes: Carotid Pulse Normal

### Pulmonary

**Auscultation**

Yes: Clear to Auscultation

### Cardiovascular

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

### Peripheral Vascular

**General**

Yes: Within Normal Limits

No: Non-Pitting Edema, Pitting Edema

**Arms**

Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Lymphatics**

Yes: Within Normal Limits

### Abdomen

**Inspection**

Yes: Within Normal Limits, Scar(s)

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Palpation**

Yes: Within Normal Limits, Soft

No: Guarding, Rigidity, Tenderness on Palpation

### Genitourinary

**General**

Yes: Within Normal Limits

### Mental Health

**Affect**

Yes: Within Normal Limits, Appropriate

**Attention**

Yes: Within Normal Limits, Appropriate

**Abstract Thinking**

Yes: Within Normal Limits, Appropriate

**ASSESSMENT:**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/08/2024 07:26 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

**Disposition:**

    Discharged to Housing Unit with Convalescence
    Follow-up at Sick Call as Needed
    Follow-up at Chronic Care Clinic as Needed
    Return Immediately if Condition Worsens
    Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/08/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 01/08/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |
| 01/08/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 01/08/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 01/08/2024 07:39

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  JOHNSON, JOHN F | | Reg #:  20257-509 |
| Date of Birth: | Sex:  M   Race:  BLACK | Facility:  ASH |
| Encounter Date:  01/05/2024 06:30 | Provider:  Bloom, Barbara APRN | Unit:  C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:        60 yo male inmate seen in downstairs medical for PT. CAOx3, resp e/u, reports there was an incident in the early morning that woke him up coughing and caused his sternum to hurt. Reports his chest is sore from the coughing. Heart rate and rhythm are a regular rate and rhythm. Lung fields clear. Inmate observed ambulating with rollator and without difficulty. Observed ambulating from downstairs medical to C unit without shortness of breath. No facial grimacing or guarding noted. Due to coughing episode during the night will restart attempting steps on 1/8/24. Inmate agreeable.

**Pain:**           Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 01/05/2024 07:34 |
| Location: | Chest-Sternal |
| Quality of Pain: | Aching |
| Pain Scale: | 5 |
| Intervention: | Rest, incentive spirometer |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 6-12 Hours |
| Duration: | 6-12 Hours |
| Exacerbating Factors: | coughing fit made sternum tender |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**

**General**

Yes: Within Normal Limits

**Integumentary**

**Hair**

Yes: Within Normal Limits

**Nails**

Yes: Within Normal Limits

**Skin**

Yes: Within Normal Limits

**HEENT**

**Ears**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/05/2024 06:30 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Yes: Within Normal Limits

### Eyes

Yes: Within Normal Limits

### Neck

Yes: Within Normal Limits

No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness

### Nose

Yes: Within Normal Limits

### Throat

Yes: Within Normal Limits

## Cardiovascular

### Arteries and Veins

Yes: Within Normal Limits

### General

Yes: Within Normal Limits

No: Angina, Edema, Exertional dyspnea, Palpitation, Syncope

## Pulmonary

### Respiratory System

Yes: Within Normal Limits

No: DOE, Dyspnea

## GI

### General

Yes: Within Normal Limits

## GU

### General

Yes: Within Normal Limits

## Musculoskeletal

### General

No: Within Normal Limits

## Neurological

### Autonomic System

Yes: Within Normal Limits

No: Syncope

### Cranial Nerves

Yes: Within Normal Limits

### Motor System

Yes: Within Normal Limits

No: Abnormal Gait, Limp

### Sensory System

Yes: Numbness, Pain, Paresthesia

No: Within Normal Limits

## Endocrine

### General

Yes: Within Normal Limits

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: 01/05/2024 06:30 | | Provider: | Bloom, Barbara APRN | Unit: | C01 |

**Psychiatric**

  **General**

    Yes: Within Normal Limits

    No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**Lymphatics**

  **General**

    Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 01/05/2024 | 07:35 ASH | | 97.0 | 36.1 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 01/05/2024 | 07:35 ASH | | 87 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 01/05/2024 | 07:35 ASH | | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/05/2024 | 07:35 ASH | 123/86 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | | Provider |
|---|---|---|---|---|---|
| 01/05/2024 | 07:35 ASH | 99 | Room Air | | Bloom, Barbara APRN |

**Exam:**

  **General**

    **Affect**

      Yes: Pleasant, Cooperative

    **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

    **Nutrition**

      Yes: Within Normal Limits

  **Skin**

    **Color**

      Yes: Within Normal Limits

  **Eyes**

    **Conjunctiva and Sclera**

      Yes: Within Normal Limits

    **Cornea and Lens**

      Yes: Normal Appearing

  **Nose**

    **General**

| | | | | |
|---|---|---|---|---|
| Inmate Name:   JOHNSON, JOHN F | | | Reg #:   20257-509 | |
| Date of Birth: | | Sex:   M   Race:  BLACK | Facility:  ASH | |
| Encounter Date:  01/05/2024 06:30 | | Provider:  Bloom, Barbara APRN | Unit:   C01 | |

     Yes: Nares Patent, Turbinates Normal

### Face

**General**

     Yes: Symmetric

### Neck

**General**

     Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Thyroid**

     Yes: Within Normal Limits

     No: Diffuse Enlargement, Multinodular, Nodule, Tenderness

**Musculoskeletal**

     Yes: Within Normal Limits, Full ROM

**Vascular**

     Yes: Carotid Pulse Normal

### Pulmonary

**Auscultation**

     Yes: Clear to Auscultation

### Cardiovascular

**Auscultation**

     Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

### Peripheral Vascular

**General**

     Yes: Within Normal Limits

     No: Non-Pitting Edema, Pitting Edema

**Arms**

     Yes: Radial Pulse Normal, Ulnar Pulse Normal

### Abdomen

**Auscultation**

     Yes: Normo-Active Bowel Sounds

### Mental Health

**Grooming/Hygiene**

     Yes: Within Normal Limits, Appropriate Grooming

**Facial Expressions**

     Yes: Within Normal Limits, Appropriate Expression

**Affect**

     Yes: Within Normal Limits, Appropriate

**Attention**

     Yes: Within Normal Limits, Appropriate

**Information/Vocabulary**

     Yes: Within Normal Limits, Appropriate, Well Preserved

**Calculating Ability**

     Yes: Within Normal Limits, Appropriate

**Abstract Thinking**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/05/2024 06:30 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Yes: Within Normal Limits, Appropriate, Concrete Response

**Constructional Ability**

Yes: Within Normal Limits, Appropriate

### ROS Comments

Sternum pain

## ASSESSMENT:

Hypertensive heart disease without heart failure, I119 - Resolved

Presence of other heart-valve replacement, Z954 - Current

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 232774-ASH | amLODIPine 10 MG TAB | 01/05/2024 06:30 |

**Prescriber Order:** Take one tablet (10 MG) by mouth each morning to control blood pressure x 180 day(s)

Indication: Essential (primary) hypertension

| 232775-ASH | Atorvastatin 20 MG TAB | 01/05/2024 06:30 |
|---|---|---|

**Prescriber Order:** Take one tablet (20 MG) by mouth each day for control of cholesterol x 180 day(s)

Indication: Hyperlipidemia, unspecified

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | One Time | 07/08/2024 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests - Short List-General-Microalbumin & Creatinine, Urine Random | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-CBC | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |

Labs requested to be reviewed by:       Dankwa, Vibeke (MOUD-M) MD/MXR RMD

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 07/30/2024 00:00 | MLP 02 |

Review labs

### Disposition:

Discharged to Housing Unit with Convalescence

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

Return Immediately if Condition Worsens

Return To Sick Call if Not Improved

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/05/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |

Inmate Name:   JOHNSON, JOHN F
Date of Birth:                                          Sex:      M     Race:   BLACK
Encounter Date:   01/05/2024 06:30              Provider:   Bloom, Barbara APRN

Reg #:    20257-509
Facility:   ASH
Unit:      C01

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/05/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 01/05/2024 | Counseling | Diet | Bloom, Barbara | Verbalizes Understanding |
| 01/05/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 01/05/2024 | Counseling | Pain Management | Bloom, Barbara | Verbalizes Understanding |
| 01/05/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Bloom, Barbara APRN on 01/05/2024 07:45

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 01/04/2024 06:30 | | Provider: Bloom, Barbara APRN | Unit: C01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**       Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:       60 yo male inmate seen in medical clinic downstairs for cardiac PT. Inmate denies heart pain or worsening shortness of breath. CAOx3, resp e/u, P/W/D, ambulates with rollator without difficulty. Today inmate was able to take one step up and step down with minimal assistance. Surgical incision is without redness or drainage. Inmate able to carry conversation without difficulty.

**Pain:**         Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 01/04/2024 09:19 |
| Location: | Chest-Sternal |
| Quality of Pain: | Aching |
| Pain Scale: | 3 |
| Intervention: | exercise |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 3-4 Weeks |
| Duration: | 3-4 Weeks |
| Exacerbating Factors: | movement, cough, sneezing |
| Relieving Factors: | Rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**
**General**
Yes: Within Normal Limits

**Integumentary**
**Hair**
Yes: Within Normal Limits

**Nails**
Yes: Within Normal Limits

**Skin**
Yes: Within Normal Limits

**HEENT**
**Ears**
Yes: Within Normal Limits

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: 01/04/2024 06:30 | | Provider: | Bloom, Barbara APRN | Unit: | C01 |

#### Eyes
Yes: Within Normal Limits
#### Mouth
Yes: Within Normal Limits
#### Throat
Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis
### Cardiovascular
#### General
Yes: Exertional dyspnea, Hx Hypertension, Hx of Heart Disease, Hx of Heart Surgery

No: Within Normal Limits, Angina, Edema, Palpitation, Syncope
### Pulmonary
#### Respiratory System
Yes: Within Normal Limits

No: DOE, Dyspnea
### GI
#### General
Yes: Within Normal Limits
### GU
#### General
Yes: Within Normal Limits
### Musculoskeletal
#### General
Yes: Within Normal Limits
### Neurological
#### Autonomic System
Yes: Within Normal Limits

No: Syncope
#### Cranial Nerves
Yes: Within Normal Limits
#### Motor System
Yes: Within Normal Limits
#### Sensory System
Yes: Numbness, Pain, Paresthesia

No: Within Normal Limits
### Endocrine
#### General
Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/04/2024 | 09:21 ASH | 97.3 | 36.3 | | Bloom, Barbara APRN |

**Pulse:**

| Inmate Name: | JOHNSON, JOHN F | | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | | Facility: | ASH |
| Encounter Date: | 01/04/2024 06:30 | Provider: | Bloom, Barbara APRN | | Unit: | C01 |

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 01/04/2024 | 09:21 ASH | 85 | | | Bloom, Barbara APRN |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 01/04/2024 | 09:21 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 01/04/2024 | 09:21 ASH | 133/91 | | | | Bloom, Barbara APRN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 01/04/2024 | 09:21 ASH | 99 | Room Air | Bloom, Barbara APRN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact, Warmth

**Operative Incision**

Yes: Approximated, Within Normal Limits, Adhesive closure

**Head**

**Temporal Mandibular Joint**

Yes: Normal Exam, Full Range of Motion

**Neck**

**General**

Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Thyroid**

Yes: Within Normal Limits

No: Diffuse Enlargement, Multinodular, Nodule

**Musculoskeletal**

Yes: Within Normal Limits, Full ROM, Tenderness

**Pulmonary**

**Thorax**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2024 06:30 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Peripheral Vascular**
**General**

Yes: Within Normal Limits

No: Non-Pitting Edema, Pitting Edema

**Arms**

Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Abdomen**
**Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Gastrointestinal**
**General**

Yes: Within Normal Limits

**Musculoskeletal**
**Chest Wall**

Yes: Normal Exam, Normal Bony Landmarks, Symmetric, Neurovascular Intact

No: Non-tender on Palpation

**Comments**

sternal discomfort from surgery

**ASSESSMENT:**

Hypertensive heart disease without heart failure, I119 - Resolved

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/04/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 01/04/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 01/04/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 01/04/2024 | Counseling | Pain Management | Bloom, Barbara | Verbalizes Understanding |

| Inmate Name: | JOHNSON, JOHN F | | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2024 06:30 | Provider: | Bloom, Barbara APRN | | Unit: | C01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/04/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 01/04/2024 09:28

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 01/03/2024 09:47 | | Provider: Bloom, Barbara APRN | Unit: C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:      Inmate seen in downstairs medical for follow up. Inmate reports he feels stronger. CAOx3, resp e/u, denies heart pain or shortness of breath, however, reports his chest hurts from the sternum when he coughs or sneezes. Inmate ambulate with rollator walker. He reports it is a big production to go to chow hall and he would like to have his meals delivered until he can do things on his own. Inmate is able to walk back to cell from down stairs medical unit without shortness of breath, chest pain, or difficulty with ambulation.

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 01/03/2024 07:31 |
| Location: | Chest-Sternal |
| Quality of Pain: | Aching |
| Pain Scale: | 4 |
| Intervention: | Rest and continued exercise |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | Walking, exercise, cough |
| Relieving Factors: | Rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Integumentary**
**Hair**
Yes: Within Normal Limits
**Nails**
Yes: Within Normal Limits
**Skin**
Yes: Within Normal Limits
**HEENT**
**Head**
Yes: Within Normal Limits
No: Headaches, Migraine, Trauma
**Mouth**
Yes: Within Normal Limits

| Inmate Name:  JOHNSON, JOHN F | | | Reg #:  20257-509 |
|---|---|---|---|
| Date of Birth: | Sex:  M  Race:  BLACK | | Facility:  ASH |
| Encounter Date:  01/03/2024 09:47 | Provider:  Bloom, Barbara APRN | | Unit:  C01 |

**Neck**

Yes: Within Normal Limits

No: Enlargement of Lymph Nodes, Goiter, Pain, Stiffness

**Nose**

Yes: Within Normal Limits

**Throat**

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis

**Sinuses**

Yes: Within Normal Limits

**Cardiovascular**

**General**

Yes: Within Normal Limits, Hx Hypertension, Hx of Heart Disease, Hx of Heart Surgery

No: Angina, Cough, Edema, Exertional dyspnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: Cough - Dry, DOE, Dyspnea

**GI**

**General**

Yes: Within Normal Limits

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Within Normal Limits

**Neurological**

**Autonomic System**

Yes: Within Normal Limits

No: Syncope

**Cranial Nerves**

Yes: Within Normal Limits

**Motor System**

Yes: Within Normal Limits

**Sensory System**

Yes: Pain

No: Within Normal Limits, Numbness, Paresthesia, Radiculopathy

**Endocrine**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/03/2024 09:47 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts, Appears Down

**Lymphatics**

    **General**

        Yes: Within Normal Limits

# OBJECTIVE:

# Exam:

**Skin**

    **General**

        Yes: Within Normal Limits, Dry, Skin Intact, Warmth

**Eyes**

    **General**

        Yes: PERRLA

**Face**

    **General**

        Yes: Symmetric

    **Sinus/Maxilla**

        Yes: Non-Tender to Palpation

**Mouth**

    **General**

        Yes: Within Normal Limits

**Neck**

    **General**

        Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

    **Thyroid**

        Yes: Within Normal Limits

        No: Diffuse Enlargement, Multinodular, Nodule

    **Musculoskeletal**

        Yes: Within Normal Limits, Full ROM

    **Vascular**

        Yes: Carotid Pulse Normal

**Pulmonary**

    **Auscultation**

        Yes: Clear to Auscultation

**Cardiovascular**

    **Observation**

        Yes: Within Normal Limits, Normal Rate, Regular Rhythm

        No: Tachycardia, Bradycardia, Irregular Rhythm, Irregularly Irregular Rhythm, Cardiopulmonary Distress

    **Arterial Pulse**

        Yes: Within Normal Limits

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Peripheral Vascular**

    **General**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race:  BLACK | Facility: | ASH |
| Encounter Date: | 01/03/2024 09:47 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

Yes: Within Normal Limits

No: Non-Pitting Edema, Pitting Edema

**Arms**

Yes: Radial Pulse Normal, Ulnar Pulse Normal

**Abdomen**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Gastrointestinal**

**General**

Yes: Within Normal Limits

No: Diarrhea, Vomiting

**Genitourinary**

**General**

Yes: Within Normal Limits

<u>**Comments**</u>

Sternal incision is without drainage, redness, or warmth.

**ASSESSMENT:**

Hypertensive heart disease without heart failure, I119 - Resolved

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 01/03/2024 10:03

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M  Race: BLACK | Facility: ASH |
| Encounter Date: 01/03/2024 07:31 | | Provider: Bloom, Barbara APRN | Unit: C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:      Inmate seen in downstairs medical for follow up. Inmate reports he feels stronger. Is unable to make it to chow hall as he feels he still does not have the endurance.

**Pain:**        Yes

**Pain Assessment**

Date:                          1/03/2024 07:31

Location:                   Chest Sternal

Quality of Pain:         Aching

Pain Scale:               4

Intervention:            Rest and continued exercise

Trauma Date/Year:

Injury:

Mechanism:

Onset:                      1-2 Weeks

Duration:                  1-2 Weeks

Exacerbating Factors:  Walking, exercise, cough

Relieving Factors:      Rest

Reason Not Done:

Comments:

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 01/03/2024 | 07:32 | ASH | 98.0 | 36.7 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 01/03/2024 | 07:32 | ASH | 75 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider | | |
|---|---|---|---|---|---|---|
| 01/03/2024 | 07:32 | ASH | 16 | Bloom, Barbara APRN | | |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 01/03/2024 | 07:32 | ASH | 161/99 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | | Value(%) | Air | | Provider |
|---|---|---|---|---|---|---|

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/03/2024 07:31 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 01/03/2024 | 07:32 ASH | 100 | Room Air | Bloom, Barbara APRN |

**ASSESSMENT:**

Hypertensive heart disease without heart failure, I119 - Resolved

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|-----|------------|------------|
| | Atorvastatin Tablet | 01/03/2024 07:31 |
| | **Prescriber Order:** 20 mg Orally - daily x 180 day(s) | |
| | Indication: Hyperlipidemia, unspecified | |
| | amLODIPine Tablet | 01/03/2024 07:31 |
| | **Prescriber Order:** 10 mg Orally - daily x 180 day(s) | |
| | Indication: Essential (primary) hypertension | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|----------|----------------|--------------------|
| Follow-up exercise, PT | 01/04/2024 06:30 | MLP 02 |
| Follow-up exercise, PT | 01/05/2024 06:30 | MLP 02 |
| Follow-up exercise, PT | 01/08/2024 06:30 | MLP 02 |
| Follow-up exercise, PT | 01/10/2024 06:30 | MLP 02 |
| Follow-up exercise, PT | 01/11/2024 06:30 | MLP 02 |
| Follow-up exercise, PT | 01/12/2024 06:30 | MLP 02 |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 01/03/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 01/03/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex:   M   Race:   BLACK | Facility: | ASH |
| Encounter Date: | 01/03/2024 07:31 | Provider:   Bloom, Barbara APRN | Unit: | C01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/03/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 01/03/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 01/03/2024 07:37



# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: ASH |
| Encounter Date: 01/03/2024 07:31 | | Provider: Bloom, Barbara APRN | Unit: C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:      Inmate seen in downstairs medical for follow up. Inmate reports he feels stronger. Is unable to make it to chow hall as he feels he still does not have the endurance.

**Pain:**         Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 1/03/2024 07:31 |
| Location: | Chest Sternal |
| Quality of Pain: | Aching |
| Pain Scale: | 4 |
| Intervention: | Rest and continued exercise |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | Walking, exercise, cough |
| Relieving Factors: | Rest |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/03/2024 | 07:32 ASH | 98.0 | 36.7 | | Bloom, Barbara APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/03/2024 | 07:32 ASH | 75 | | | Bloom, Barbara APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/03/2024 | 07:32 ASH | 16 | Bloom, Barbara APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/03/2024 | 07:32 ASH | 161/99 | | | | Bloom, Barbara APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

See Amendment

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/03/2024 07:31 | Provider: | Bloom, Barbara APRN | Unit: | C01 |

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/03/2024 | 07:32 ASH | 100 | Room Air | Bloom, Barbara APRN |

**ASSESSMENT:**

Hypertensive heart disease without heart failure, I119 - Resolved

Presence of other heart-valve replacement, Z954 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Atorvastatin Tablet | 01/03/2024 07:31 |
| | **Prescriber Order:** 20 mg Orally - daily x 180 day(s) | |
| | Indication: Hyperlipidemia, unspecified | |
| | amLODIPine Tablet | 01/03/2024 07:31 |
| | **Prescriber Order:** 10 mg Orally - daily x 180 day(s) | |
| | Indication: Essential (primary) hypertension | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up exercise, PT | 01/04/2024 06:30 | MLP 02 |
| Follow-up exercise, PT | 01/05/2024 06:30 | MLP 02 |
| Follow-up exercise, PT | 01/08/2024 06:30 | MLP 02 |
| Follow-up exercise, PT | 01/10/2024 06:30 | MLP 02 |
| Follow-up exercise, PT | 01/11/2024 06:30 | MLP 02 |
| Follow-up exercise, PT | 01/12/2024 06:30 | MLP 02 |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/03/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 01/03/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |

Inmate Name:   JOHNSON, JOHN F
Date of Birth:
Encounter Date:   01/03/2024 07:31

Sex:   M   Race:   BLACK
Provider:   Bloom, Barbara APRN

Reg #:   20257-509
Facility:   ASH
Unit:   C01

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/03/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 01/03/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Bloom, Barbara APRN on 01/03/2024 07:37



**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/03/2024 09:47 | | | Facility: | ASH |

**Amendment made to this note by Bloom, Barbara APRN on 01/03/2024 10:03.**

# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: | 01/01/2024 | End Date: | 09/04/2024 |
|---|---|---|---|
| Reg #: | 20257-509 | Inmate Name: | JOHNSON, JOHN F |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 97.8 | 36.6 | | Bloom, Barbara APRN |
| | **Orig Entered:** 08/06/2024 11:05 EST   Bloom, Barbara APRN | | | | |
| 05/21/2024 | 10:57 ASH | 97.2 | 36.2 | | Bloom, Barbara APRN |
| | **Orig Entered:** 05/21/2024 10:59 EST   Bloom, Barbara APRN | | | | |
| 05/01/2024 | 09:00 ASH | 97.2 | 36.2 | | Rios, Francisco (MOUD) MD |
| | **Orig Entered:** 05/01/2024 09:58 EST   Rios, Francisco (MOUD) MD | | | | |
| 03/25/2024 | 11:43 ASH | 97.0 | 36.1 | | Bloom, Barbara APRN |
| | **Orig Entered:** 03/25/2024 11:52 EST   Bloom, Barbara APRN | | | | |
| 02/20/2024 | 11:32 ASH | 98.4 | 36.9 | Oral | Malone, Allison RN |
| | **Orig Entered:** 02/20/2024 11:34 EST   Malone, Allison RN | | | | |
| ~~02/01/2024~~ | ~~15:39 ASH~~ | ~~97.6~~ | ~~36.4~~ | | ~~Bloom, Barbara APRN~~ |
| --error | | | | | |
| | ~~**Orig Entered:** 02/01/2024 15:43 EST   Bloom, Barbara APRN~~ | | | | |
| | **Last Updated:** 02/01/2024 15:44 EST   Bloom, Barbara APRN | | | | |
| 02/01/2024 | 06:30 ASH | 97.6 | 36.4 | | Bloom, Barbara APRN |
| | **Orig Entered:** 02/01/2024 15:43 EST   Bloom, Barbara APRN | | | | |
| 01/29/2024 | 10:52 ASH | 97.6 | 36.4 | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/29/2024 10:54 EST   Bloom, Barbara APRN | | | | |
| 01/18/2024 | 15:10 ASH | 97.9 | 36.6 | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/18/2024 15:11 EST   Bloom, Barbara APRN | | | | |
| 01/17/2024 | 07:31 ASH | 98.1 | 36.7 | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/17/2024 07:55 EST   Bloom, Barbara APRN | | | | |
| 01/12/2024 | 14:35 ASH | 97.1 | 36.2 | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/12/2024 14:36 EST   Bloom, Barbara APRN | | | | |
| 01/11/2024 | 14:41 ASH | 97.5 | 36.4 | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/12/2024 14:42 EST   Bloom, Barbara APRN | | | | |
| 01/10/2024 | 07:53 ASH | 97.9 | 36.6 | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/10/2024 07:54 EST   Bloom, Barbara APRN | | | | |
| 01/08/2024 | 07:31 ASH | 98.0 | 36.7 | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/08/2024 07:32 EST   Bloom, Barbara APRN | | | | |
| 01/05/2024 | 07:35 ASH | 97.0 | 36.1 | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/05/2024 07:36 EST   Bloom, Barbara APRN | | | | |
| 01/04/2024 | 09:21 ASH | 97.3 | 36.3 | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/04/2024 09:22 EST   Bloom, Barbara APRN | | | | |
| 01/03/2024 | 07:32 ASH | 98.0 | 36.7 | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/03/2024 07:33 EST   Bloom, Barbara APRN | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 78 | | | Bloom, Barbara APRN |

| Begin Date: | 01/01/2024 | End Date: | 09/04/2024 |
| Reg #: | 20257-509 | Inmate Name: | JOHNSON, JOHN F |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| | **Orig Entered:** | 08/06/2024 11:05 EST | Bloom, Barbara APRN | | |
| 05/21/2024 | 10:57 ASH | 68 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 05/21/2024 10:59 EST | Bloom, Barbara APRN | | |
| 05/01/2024 | 09:00 ASH | 63 | | | Rios, Francisco (MOUD) MD |
| | **Orig Entered:** | 05/01/2024 09:58 EST | Rios, Francisco (MOUD) MD | | |
| 03/25/2024 | 11:43 ASH | 62 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 03/25/2024 11:52 EST | Bloom, Barbara APRN | | |
| 02/20/2024 | 11:32 ASH | 82 | Via Machine | | Malone, Allison RN |
| | **Orig Entered:** | 02/20/2024 11:34 EST | Malone, Allison RN | | |
| ~~02/01/2024~~ | ~~15:39 ASH~~ | ~~80~~ | | | ~~Bloom, Barbara APRN~~ |
| --error | | | | | |
| | ~~**Orig Entered:**~~ | ~~02/01/2024 15:43 EST~~ | ~~Bloom, Barbara APRN~~ | | |
| | **Last Updated:** | 02/01/2024 15:44 EST | Bloom, Barbara APRN | | |
| 02/01/2024 | 06:40 ASH | 98 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 02/01/2024 15:43 EST | Bloom, Barbara APRN | | |
| 02/01/2024 | 06:30 ASH | 80 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 02/01/2024 15:43 EST | Bloom, Barbara APRN | | |
| 01/29/2024 | 10:52 ASH | 75 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 01/29/2024 10:54 EST | Bloom, Barbara APRN | | |
| 01/24/2024 | 07:41 ASH | 78 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 01/24/2024 07:43 EST | Bloom, Barbara APRN | | |
| 01/18/2024 | 15:10 ASH | 88 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 01/18/2024 15:11 EST | Bloom, Barbara APRN | | |
| 01/17/2024 | 07:31 ASH | 82 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 01/17/2024 07:55 EST | Bloom, Barbara APRN | | |
| 01/12/2024 | 14:35 ASH | 89 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 01/12/2024 14:36 EST | Bloom, Barbara APRN | | |
| 01/11/2024 | 14:41 ASH | 82 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 01/12/2024 14:42 EST | Bloom, Barbara APRN | | |
| 01/10/2024 | 07:53 ASH | 87 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 01/10/2024 07:54 EST | Bloom, Barbara APRN | | |
| 01/08/2024 | 07:31 ASH | 87 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 01/08/2024 07:32 EST | Bloom, Barbara APRN | | |
| 01/05/2024 | 07:35 ASH | 87 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 01/05/2024 07:36 EST | Bloom, Barbara APRN | | |
| 01/04/2024 | 09:21 ASH | 85 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 01/04/2024 09:22 EST | Bloom, Barbara APRN | | |
| 01/03/2024 | 07:32 ASH | 75 | | | Bloom, Barbara APRN |
| | **Orig Entered:** | 01/03/2024 07:33 EST | Bloom, Barbara APRN | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 08/06/2024 | 11:03 ASH | 16 | Bloom, Barbara APRN |
| | **Orig Entered:** | 08/06/2024 11:05 EST | Bloom, Barbara APRN |

| | | | |
|---|---|---|---|
| Begin Date: | 01/01/2024 | End Date: | 09/04/2024 |
| Reg #: | 20257-509 | Inmate Name: | JOHNSON, JOHN F |

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 05/21/2024 | 10:57 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 05/21/2024 10:59 EST | | Bloom, Barbara APRN |
| 05/01/2024 | 09:00 ASH | 14 | Rios, Francisco (MOUD) MD |
| | Orig Entered: 05/01/2024 09:58 EST | | Rios, Francisco (MOUD) MD |
| 03/25/2024 | 11:43 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 03/25/2024 11:52 EST | | Bloom, Barbara APRN |
| 02/20/2024 | 11:32 ASH | 14 | Malone, Allison RN |
| | Orig Entered: 02/20/2024 11:34 EST | | Malone, Allison RN |
| ~~02/01/2024~~ | ~~15:39 ASH~~ | ~~16~~ | ~~Bloom, Barbara APRN~~ |
| --error | | | |
| | ~~Orig Entered: 02/01/2024 15:43 EST~~ | | ~~Bloom, Barbara APRN~~ |
| | Last Updated: 02/01/2024 15:44 EST | | Bloom, Barbara APRN |
| 02/01/2024 | 06:40 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 02/01/2024 15:43 EST | | Bloom, Barbara APRN |
| 02/01/2024 | 06:30 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 02/01/2024 15:43 EST | | Bloom, Barbara APRN |
| 01/29/2024 | 10:52 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 01/29/2024 10:54 EST | | Bloom, Barbara APRN |
| 01/24/2024 | 07:41 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 01/24/2024 07:43 EST | | Bloom, Barbara APRN |
| 01/18/2024 | 15:10 ASH | 18 | Bloom, Barbara APRN |
| | Orig Entered: 01/18/2024 15:11 EST | | Bloom, Barbara APRN |
| 01/17/2024 | 07:31 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 01/17/2024 07:55 EST | | Bloom, Barbara APRN |
| 01/12/2024 | 14:35 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 01/12/2024 14:36 EST | | Bloom, Barbara APRN |
| 01/11/2024 | 14:41 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 01/12/2024 14:42 EST | | Bloom, Barbara APRN |
| 01/10/2024 | 07:53 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 01/10/2024 07:54 EST | | Bloom, Barbara APRN |
| 01/08/2024 | 07:31 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 01/08/2024 07:32 EST | | Bloom, Barbara APRN |
| 01/05/2024 | 07:35 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 01/05/2024 07:36 EST | | Bloom, Barbara APRN |
| 01/04/2024 | 09:21 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 01/04/2024 09:22 EST | | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 16 | Bloom, Barbara APRN |
| | Orig Entered: 01/03/2024 07:33 EST | | Bloom, Barbara APRN |

**Blood Pressure:**

| Begin Date: | 01/01/2024 | | End Date: | 09/04/2024 |
| Reg #: | 20257-509 | | Inmate Name: | JOHNSON, JOHN F |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 08/20/2024 | 09:18 ASH | 139/95 | | | | Malone, Allison RN |
| | Orig Entered: | 08/20/2024 09:19 EST | Malone, Allison RN | | | |
| 08/13/2024 | 09:33 ASH | 109/80 | | | | Malone, Allison RN |
| | Orig Entered: | 08/13/2024 09:35 EST | Malone, Allison RN | | | |
| 08/06/2024 | 11:03 ASH | 156/101 | | | | Bloom, Barbara APRN |
| | Orig Entered: | 08/06/2024 11:05 EST | Bloom, Barbara APRN | | | |
| 05/27/2024 | 09:04 ASH | 129/83 | | | | Sands, Jody RN |
| | Orig Entered: | 05/27/2024 09:05 EST | Sands, Jody RN | | | |
| 05/26/2024 | 09:04 ASH | 150/92 | | | | Malone, Allison RN |
| | Orig Entered: | 05/26/2024 09:05 EST | Malone, Allison RN | | | |
| 05/25/2024 | 09:36 ASH | 121/81 | | | | Malone, Allison RN |
| | Orig Entered: | 05/25/2024 09:37 EST | Malone, Allison RN | | | |
| 05/24/2024 | 10:25 ASH | 104/75 | | | | Sands, Jody RN |
| | Orig Entered: | 05/24/2024 10:26 EST | Sands, Jody RN | | | |
| 05/22/2024 | 11:44 ASH | 150/94 | | | | Malone, Allison RN |
| | Orig Entered: | 05/22/2024 11:45 EST | Malone, Allison RN | | | |
| 05/21/2024 | 10:57 ASH | 139/97 | | | | Bloom, Barbara APRN |
| | Orig Entered: | 05/21/2024 10:59 EST | Bloom, Barbara APRN | | | |
| 05/01/2024 | 09:00 ASH | 115/90 | | | | Rios, Francisco (MOUD) MD |
| | Orig Entered: | 05/01/2024 09:58 EST | Rios, Francisco (MOUD) MD | | | |
| 03/25/2024 | 11:43 ASH | 144/86 | | | | Bloom, Barbara APRN |
| | Orig Entered: | 03/25/2024 11:52 EST | Bloom, Barbara APRN | | | |
| 02/20/2024 | 11:32 ASH | 107/79 | Left Arm | Sitting | | Malone, Allison RN |
| | Orig Entered: | 02/20/2024 11:34 EST | Malone, Allison RN | | | |
| ~~02/01/2024~~ | ~~15:39 ASH~~ | ~~142/79~~ | ~~Left Arm~~ | ~~Sitting~~ | | ~~Bloom, Barbara APRN~~ |
| --error | | | | | | |
| | ~~Orig Entered:~~ | ~~02/01/2024 15:43 EST~~ | ~~Bloom, Barbara APRN~~ | | | |
| | Last Updated: | 02/01/2024 15:44 EST | Bloom, Barbara APRN | | | |
| 02/01/2024 | 06:40 ASH | 102/69 | Left Arm | Standing | | Bloom, Barbara APRN |
| | Orig Entered: | 02/01/2024 15:43 EST | Bloom, Barbara APRN | | | |
| 02/01/2024 | 06:30 ASH | 142/79 | Left Arm | Sitting | | Bloom, Barbara APRN |
| | Orig Entered: | 02/01/2024 15:43 EST | Bloom, Barbara APRN | | | |
| 01/29/2024 | 10:52 ASH | 135/81 | | | | Bloom, Barbara APRN |
| | Orig Entered: | 01/29/2024 10:54 EST | Bloom, Barbara APRN | | | |
| 01/24/2024 | 07:41 ASH | 141/84 | | | | Bloom, Barbara APRN |
| | Orig Entered: | 01/24/2024 07:43 EST | Bloom, Barbara APRN | | | |
| 01/18/2024 | 15:10 ASH | 159/85 | | | | Bloom, Barbara APRN |
| | Orig Entered: | 01/18/2024 15:11 EST | Bloom, Barbara APRN | | | |
| 01/17/2024 | 07:31 ASH | 138/87 | | | | Bloom, Barbara APRN |
| | Orig Entered: | 01/17/2024 07:55 EST | Bloom, Barbara APRN | | | |
| 01/12/2024 | 14:35 ASH | 131/86 | | | | Bloom, Barbara APRN |
| | Orig Entered: | 01/12/2024 14:36 EST | Bloom, Barbara APRN | | | |
| 01/11/2024 | 14:41 ASH | 118/76 | | | | Bloom, Barbara APRN |
| | Orig Entered: | 01/12/2024 14:42 EST | Bloom, Barbara APRN | | | |

| Begin Date: | 01/01/2024 | | End Date: | 09/04/2024 | |
| Reg #: | 20257-509 | | Inmate Name: | JOHNSON, JOHN F | |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 01/10/2024 | 07:53 ASH | 107/77 | | | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/10/2024 07:54 EST   Bloom, Barbara APRN | | | | | |
| 01/08/2024 | 07:31 ASH | 139/87 | | | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/08/2024 07:32 EST   Bloom, Barbara APRN | | | | | |
| 01/05/2024 | 07:35 ASH | 123/86 | | | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/05/2024 07:36 EST   Bloom, Barbara APRN | | | | | |
| 01/04/2024 | 09:21 ASH | 133/91 | | | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/04/2024 09:22 EST   Bloom, Barbara APRN | | | | | |
| 01/03/2024 | 07:32 ASH | 161/99 | | | | Bloom, Barbara APRN |
| | **Orig Entered:** 01/03/2024 07:33 EST   Bloom, Barbara APRN | | | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 08/06/2024 | 11:03 ASH | 98 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 08/06/2024 11:05 EST   Bloom, Barbara APRN | | | |
| 05/21/2024 | 10:57 ASH | 100 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 05/21/2024 10:59 EST   Bloom, Barbara APRN | | | |
| 05/01/2024 | 09:00 ASH | 100 | Room Air | Rios, Francisco (MOUD) MD |
| | **Orig Entered:** 05/01/2024 09:58 EST   Rios, Francisco (MOUD) MD | | | |
| 03/25/2024 | 11:43 ASH | 97 | | Bloom, Barbara APRN |
| | **Orig Entered:** 03/25/2024 11:52 EST   Bloom, Barbara APRN | | | |
| 02/20/2024 | 11:32 ASH | 100 | Room Air | Malone, Allison RN |
| | **Orig Entered:** 02/20/2024 11:34 EST   Malone, Allison RN | | | |
| ~~02/01/2024~~ | ~~15:39 ASH~~ | ~~99~~ | ~~Room Air~~ | ~~Bloom, Barbara APRN~~ |
| --error | | | | |
| | ~~**Orig Entered:**~~ ~~02/01/2024 15:43 EST~~   ~~Bloom, Barbara APRN~~ | | | |
| | **Last Updated:** 02/01/2024 15:44 EST   Bloom, Barbara APRN | | | |
| 02/01/2024 | 06:40 ASH | 99 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 02/01/2024 15:43 EST   Bloom, Barbara APRN | | | |
| 02/01/2024 | 06:30 ASH | 99 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 02/01/2024 15:43 EST   Bloom, Barbara APRN | | | |
| 01/29/2024 | 10:52 ASH | 98 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 01/29/2024 10:54 EST   Bloom, Barbara APRN | | | |
| 01/24/2024 | 07:41 ASH | 98 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 01/24/2024 07:43 EST   Bloom, Barbara APRN | | | |
| 01/18/2024 | 15:10 ASH | 100 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 01/18/2024 15:11 EST   Bloom, Barbara APRN | | | |
| 01/17/2024 | 07:31 ASH | 100 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 01/17/2024 07:55 EST   Bloom, Barbara APRN | | | |
| 01/12/2024 | 14:35 ASH | 100 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 01/12/2024 14:36 EST   Bloom, Barbara APRN | | | |
| 01/11/2024 | 14:41 ASH | 99 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 01/12/2024 14:42 EST   Bloom, Barbara APRN | | | |
| 01/10/2024 | 07:53 ASH | 99 | Room Air | Bloom, Barbara APRN |

| Begin Date: | 01/01/2024 | End Date: | 09/04/2024 |
|---|---|---|---|
| Reg #: | 20257-509 | Inmate Name: | JOHNSON, JOHN F |

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| | **Orig Entered:** 01/10/2024 07:54 EST | | | Bloom, Barbara APRN |
| 01/08/2024 | 07:31 ASH | 98 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 01/08/2024 07:32 EST | | | Bloom, Barbara APRN |
| 01/05/2024 | 07:35 ASH | 99 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 01/05/2024 07:36 EST | | | Bloom, Barbara APRN |
| 01/04/2024 | 09:21 ASH | 99 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 01/04/2024 09:22 EST | | | Bloom, Barbara APRN |
| 01/03/2024 | 07:32 ASH | 100 | Room Air | Bloom, Barbara APRN |
| | **Orig Entered:** 01/03/2024 07:33 EST | | | Bloom, Barbara APRN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |
| | **Orig Entered:** 08/06/2024 11:05 EST | | | Bloom, Barbara APRN |
| 05/21/2024 | 10:57 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |
| | **Orig Entered:** 05/21/2024 10:59 EST | | | Bloom, Barbara APRN |
| 03/25/2024 | 11:43 ASH | 70.0 | 177.8 | Bloom, Barbara APRN |
| | **Orig Entered:** 03/25/2024 11:52 EST | | | Bloom, Barbara APRN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/06/2024 | 11:03 ASH | 181.4 | 82.3 | | Bloom, Barbara APRN |
| | **Orig Entered:** 08/06/2024 11:05 EST | | | | Bloom, Barbara APRN |
| 05/21/2024 | 10:57 ASH | 182.0 | 82.6 | | Bloom, Barbara APRN |
| | **Orig Entered:** 05/21/2024 10:59 EST | | | | Bloom, Barbara APRN |
| 05/01/2024 | 09:00 ASH | 184.0 | 83.5 | | Rios, Francisco (MOUD) MD |
| | **Orig Entered:** 05/01/2024 09:58 EST | | | | Rios, Francisco (MOUD) MD |
| 03/25/2024 | 11:43 ASH | 183.4 | 83.2 | | Bloom, Barbara APRN |
| | **Orig Entered:** 03/25/2024 11:52 EST | | | | Bloom, Barbara APRN |

# Bureau of Prisons
## Health Services
### PPDs

**Reg #:**  20257-509                          **Inmate Name:**  JOHNSON, JOHN F

| Admin: | | Location | Provider | Reading: | | Induration | Provider |
|---|---|---|---|---|---|---|---|
| 10/30/2023 | 13:10 | Left Forearm | Brooks, LaTasha RN | 11/01/2023 | 10:56 | 0 mm | Brooks, LaTasha RN |
| **Orig Entered:** | 10/30/2023 13:11 EST | | Brooks, LaTasha RN | **Orig Entered:** | 11/01/2023 10:56 EST | | Brooks, LaTasha RN |
| 12/21/2022 | 12:07 | Left Forearm | Harris, Quinton NRP | 12/23/2022 | 09:44 | 0 mm | Brooks, LaTasha RN |
| **Orig Entered:** | 12/21/2022 12:11 EST | | Harris, Quinton NRP | **Orig Entered:** | 12/23/2022 09:44 EST | | Brooks, LaTasha RN |

**Total:**  2

# Bureau of Prisons
## Health Services
### Devices and Equipment

| | | | |
|---|---|---|---|
| **Start Date:** 01/01/2024 | | **Stop Date:** | 09/04/2024 |
| **Reg #:** 20257-509 | | **Inmate Name:** | JOHNSON, JOHN F |

| Device/Equipment | | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|---|
| Shower Chair/Bench | | | | | | |
| 12/21/2023 12:23 EST | Bloom, Barbara APRN | 12/21/2023 | | | BOP | |
| ~~Walker~~ | | | | | | |
| ~~09/03/2024 15:28 EST~~ | ~~Moorman, Randa RN, HSA~~ | ~~12/21/2023~~ | | | ~~BOP~~ | --no longer has |
| 12/21/2023 12:23 EST | Bloom, Barbara APRN | 12/21/2023 | | | BOP | |
| Eye Glasses | | | | | | |
| 01/05/2023 11:48 EST | Boyd, Terri PA-C | 01/05/2023 | | | Personal | |

**Total:** 3

**Bureau of Prisons**
**Health Services**
**Pain Management**

| | | | | | | |
|---|---|---|---|---|---|---|
| Begin Date: | 01/01/2024 | | | End Date: | 09/04/2024 | |
| Reg #: | 20257-509 | | | Inmate Name: | JOHNSON, JOHN F | |

| Date | Type | Location | Pre | Intervention | Post | Provider |
|---|---|---|---|---|---|---|
| 08/06/2024 10:02 ASH | Dull | Chest-Sternal | 3 | follow up studies | | Bloom, Barbara APRN |
| **Orig Entered:** 08/06/2024 10:03 EST  Bloom, Barbara APRN | | | | | | |
| 03/25/2024 11:42 ASH | Burning | Chest-Sternal | 3 | rest | | Bloom, Barbara APRN |
| **Orig Entered:** 03/25/2024 11:43 EST  Bloom, Barbara APRN | | | | | | |
| 01/17/2024 07:30 ASH | Aching | Chest-Sternal | 3 | continued exercise with periods of rest | | Bloom, Barbara APRN |
| **Orig Entered:** 01/17/2024 07:32 EST  Bloom, Barbara APRN | | | | | | |
| 01/08/2024 07:30 ASH | Aching | Chest-Sternal | 4 | Rest | | Bloom, Barbara APRN |
| **Orig Entered:** 01/08/2024 07:31 EST  Bloom, Barbara APRN | | | | | | |
| 01/05/2024 07:34 ASH | Aching | Chest-Sternal | 5 | Rest, incentive spirometer | | Bloom, Barbara APRN |
| **Orig Entered:** 01/05/2024 07:35 EST  Bloom, Barbara APRN | | | | | | |
| 01/04/2024 09:19 ASH | Aching | Chest-Sternal | 3 | exercise | | Bloom, Barbara APRN |
| **Orig Entered:** 01/04/2024 09:21 EST  Bloom, Barbara APRN | | | | | | |
| 01/03/2024 07:31 ASH | Aching | Chest-Sternal | 4 | Rest and continued exercise | | Bloom, Barbara APRN |
| **Orig Entered:** 01/03/2024 07:33 EST  Bloom, Barbara APRN | | | | | | |

# Bureau of Prisons
# Health Services
# Allergies

Reg #:  20257-509                          Inmate Name:   JOHNSON, JOHN F

| **Allergy** | **Date Noted** | **Reaction** |
|-------------|----------------|--------------|
| Penicillins | 12/21/2022 | Anaphylaxis |

**Orig Entered:**   12/21/2022 12:08 EST   Harris, Quinton NRP

**Total:**  1

# Bureau of Prisons
## Health Services
### Patient Education Assessments & Topics

**Reg #:** 20257-509          **Inmate Name:** JOHNSON, JOHN F

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 08/07/2024 | Medication | Meclizine HCl 25 MG Tab | Pharmacy No participation | Mullins, Tracee |
| Orig Entered: | 08/07/2024 10:34 EST | Mullins, Tracee | | |
| 08/07/2024 | Medication | hydroCHLOROthiazide 12.5 MG Tab | Pharmacy No participation | Mullins, Tracee |
| Orig Entered: | 08/07/2024 10:34 EST | Mullins, Tracee | | |
| 08/07/2024 | Handout | Neck Strengthening Exercises | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 08/07/2024 17:40 EST | Bloom, Barbara | | |
| 08/07/2024 | Handout | Neck ROM and Stretching Exercises | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 08/07/2024 17:40 EST | Bloom, Barbara | | |
| 08/07/2024 | Handout | Neck Pain Education | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 08/07/2024 17:40 EST | Bloom, Barbara | | |
| 08/06/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 08/06/2024 11:41 EST | Bloom, Barbara | | |
| 08/06/2024 | Counseling | Pain Management | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 08/06/2024 11:41 EST | Bloom, Barbara | | |
| 08/06/2024 | Counseling | Medication Side Effects | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 08/06/2024 11:41 EST | Bloom, Barbara | | |
| 08/06/2024 | Counseling | New Medication | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 08/06/2024 11:41 EST | Bloom, Barbara | | |
| 08/06/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 08/06/2024 11:41 EST | Bloom, Barbara | | |
| 08/06/2024 | Counseling | Diet | Verbalizes Understanding | Bloom, Barbara |

**Reg #:**  20257-509                    **Inmate Name:** JOHNSON, JOHN F

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | Orig Entered:  08/06/2024 11:41 EST   Bloom, Barbara | | | |
| 08/06/2024 | Counseling | Diagnosis | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  08/06/2024 11:41 EST   Bloom, Barbara | | | |
| 08/06/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  08/06/2024 11:41 EST   Bloom, Barbara | | | |
| 05/21/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  05/21/2024 11:56 EST   Bloom, Barbara | | | |
| 05/21/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  05/21/2024 11:56 EST   Bloom, Barbara | | | |
| 05/21/2024 | Counseling | Diet | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  05/21/2024 11:56 EST   Bloom, Barbara | | | |
| 05/21/2024 | Counseling | Diagnosis | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  05/21/2024 11:56 EST   Bloom, Barbara | | | |
| 05/21/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  05/21/2024 11:56 EST   Bloom, Barbara | | | |
| 05/01/2024 | Counseling | Plan of Care | Verbalizes Understanding | Rios, Francisco |
| | Orig Entered:  05/01/2024 10:12 EST   Rios, Francisco (MOUD) | | | |
| 03/25/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  03/25/2024 12:08 EST   Bloom, Barbara | | | |
| 03/25/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  03/25/2024 12:08 EST   Bloom, Barbara | | | |
| 03/25/2024 | Counseling | Diet | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  03/25/2024 12:08 EST   Bloom, Barbara | | | |
| 03/25/2024 | Counseling | Diagnosis | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  03/25/2024 12:08 EST   Bloom, Barbara | | | |
| 03/25/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  03/25/2024 12:08 EST   Bloom, Barbara | | | |
| 02/21/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered:  02/21/2024 07:24 EST   Bloom, Barbara | | | |

**Reg #:**  20257-509                          **Inmate Name:** JOHNSON, JOHN F

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 02/20/2024 | Counseling | Access to Care | Verbalizes Understanding | Malone, Allison |
| Orig Entered: | 02/20/2024 11:38 EST | Malone, Allison | | |
| 02/01/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 02/01/2024 15:48 EST | Bloom, Barbara | | |
| 02/01/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 02/01/2024 15:48 EST | Bloom, Barbara | | |
| 02/01/2024 | Counseling | Diet | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 02/01/2024 15:48 EST | Bloom, Barbara | | |
| 02/01/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 02/01/2024 15:48 EST | Bloom, Barbara | | |
| 01/31/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/31/2024 10:08 EST | Bloom, Barbara | | |
| 01/31/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/31/2024 10:08 EST | Bloom, Barbara | | |
| 01/31/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/31/2024 10:08 EST | Bloom, Barbara | | |
| 01/29/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/29/2024 11:02 EST | Bloom, Barbara | | |
| 01/29/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/29/2024 11:02 EST | Bloom, Barbara | | |
| 01/29/2024 | Counseling | Diagnosis | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/29/2024 11:02 EST | Bloom, Barbara | | |
| 01/29/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/29/2024 11:02 EST | Bloom, Barbara | | |
| 01/24/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/24/2024 07:51 EST | Bloom, Barbara | | |
| 01/24/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/24/2024 07:51 EST | Bloom, Barbara | | |
| 01/24/2024 | Counseling | Diet | Verbalizes Understanding | Bloom, Barbara |

**Reg #:** 20257-509              **Inmate Name:** JOHNSON, JOHN F

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | Orig Entered: | 01/24/2024 07:51 EST  Bloom, Barbara | | |
| 01/24/2024 | Counseling | Diagnosis | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/24/2024 07:51 EST  Bloom, Barbara | | |
| 01/24/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/24/2024 07:51 EST  Bloom, Barbara | | |
| 01/18/2024 | Medication | Atorvastatin 20 MG TAB | Pharmacy No participation | Mullins, Tracee |
| | Orig Entered: | 01/18/2024 12:43 EST  Mullins, Tracee | | |
| 01/18/2024 | Medication | amLODIPine 10 MG TAB | Pharmacy No participation | Mullins, Tracee |
| | Orig Entered: | 01/18/2024 12:43 EST  Mullins, Tracee | | |
| 01/17/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/17/2024 08:03 EST  Bloom, Barbara | | |
| 01/17/2024 | Counseling | Pain Management | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/17/2024 08:03 EST  Bloom, Barbara | | |
| 01/17/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/17/2024 08:03 EST  Bloom, Barbara | | |
| 01/17/2024 | Counseling | Diet | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/17/2024 08:03 EST  Bloom, Barbara | | |
| 01/17/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/17/2024 08:03 EST  Bloom, Barbara | | |
| 01/10/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/10/2024 08:00 EST  Bloom, Barbara | | |
| 01/10/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/10/2024 08:00 EST  Bloom, Barbara | | |
| 01/10/2024 | Counseling | Diet | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/10/2024 08:00 EST  Bloom, Barbara | | |
| 01/10/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/10/2024 08:00 EST  Bloom, Barbara | | |
| 01/08/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| | Orig Entered: | 01/08/2024 07:39 EST  Bloom, Barbara | | |

**Reg #:**  20257-509                    **Inmate Name:** JOHNSON, JOHN F

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 01/08/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/08/2024 07:39 EST | Bloom, Barbara | | |
| 01/08/2024 | Counseling | Diet | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/08/2024 07:39 EST | Bloom, Barbara | | |
| 01/08/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/08/2024 07:39 EST | Bloom, Barbara | | |
| 01/05/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/05/2024 07:45 EST | Bloom, Barbara | | |
| 01/05/2024 | Counseling | Pain Management | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/05/2024 07:45 EST | Bloom, Barbara | | |
| 01/05/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/05/2024 07:45 EST | Bloom, Barbara | | |
| 01/05/2024 | Counseling | Diet | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/05/2024 07:45 EST | Bloom, Barbara | | |
| 01/05/2024 | Counseling | Diagnosis | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/05/2024 07:45 EST | Bloom, Barbara | | |
| 01/05/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/05/2024 07:45 EST | Bloom, Barbara | | |
| 01/04/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/04/2024 09:28 EST | Bloom, Barbara | | |
| 01/04/2024 | Counseling | Pain Management | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/04/2024 09:28 EST | Bloom, Barbara | | |
| 01/04/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/04/2024 09:28 EST | Bloom, Barbara | | |
| 01/04/2024 | Counseling | Diagnosis | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/04/2024 09:28 EST | Bloom, Barbara | | |
| 01/04/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| Orig Entered: | 01/04/2024 09:28 EST | Bloom, Barbara | | |
| 01/03/2024 | Medication | amLODIPine 10 MG TAB | Pharmacy No participation | Porter, Theresa |

**Reg #:**  20257-509                          **Inmate Name:** JOHNSON, JOHN F

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | **Orig Entered:** | 01/03/2024 11:16 EST   Porter, Theresa | | |
| 01/03/2024 | Medication | Atorvastatin 20 MG TAB | Pharmacy No participation | Porter, Theresa |
| | **Orig Entered:** | 01/03/2024 11:16 EST   Porter, Theresa | | |
| 01/03/2024 | Counseling | Plan of Care | Verbalizes Understanding | Bloom, Barbara |
| | **Orig Entered:** | 01/03/2024 07:37 EST   Bloom, Barbara | | |
| 01/03/2024 | Counseling | Exercise | Verbalizes Understanding | Bloom, Barbara |
| | **Orig Entered:** | 01/03/2024 07:37 EST   Bloom, Barbara | | |
| 01/03/2024 | Counseling | Diagnosis | Verbalizes Understanding | Bloom, Barbara |
| | **Orig Entered:** | 01/03/2024 07:37 EST   Bloom, Barbara | | |
| 01/03/2024 | Counseling | Access to Care | Verbalizes Understanding | Bloom, Barbara |
| | **Orig Entered:** | 01/03/2024 07:37 EST   Bloom, Barbara | | |

**Total:**  74

# Bureau of Prisons
# Health Services
# Health Problems

Reg #:  20257-509                              Inmate Name:  JOHNSON, JOHN F

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Hyperlipidemia, unspecified | | | | | | |
| 05/01/2024 10:03 EST  Rios, Francisco (MOUD) MD | | ICD-10 | E785 | 09/16/2023 | Current | |
|     Repeat lipid panel and adjust the Atorvastatin if needed. | | | | | | |
| 09/16/2023 12:57 EST  Boyd, Terri PA-C | | ICD-10 | E785 | 09/16/2023 | Current | |
| Meniere's disease | | | | | | |
| 03/25/2024 12:05 EST  Bloom, Barbara APRN | | ICD-10 | H8109 | 03/25/2024 | Current | |
| Essential (primary) hypertension | | | | | | |
| 05/01/2024 10:03 EST  Rios, Francisco (MOUD) MD | | ICD-10 | I10 | 04/24/2023 | Current | |
|     Controlled today. Same tx. | | | | | | |
| 04/24/2023 11:05 EST  Keats, Graham MD, CD | | ICD-10 | I10 | 04/24/2023 | Current | |
|     Uncontrolled | | | | | | |
| Nonrheumatic mitral valve disorder | | | | | | |
| 05/01/2024 10:03 EST  Rios, Francisco (MOUD) MD | | ICD-10 | I349 | 04/24/2023 | Current | |
|     Moderate MR S/P Mitral Valve Replacement on 12/18/23. Stable at this time. Follow up with cardiology. | | | | | | |
| 07/12/2023 12:16 EST  Boyd, Terri PA-C | | ICD-10 | I349 | 04/24/2023 | Current | |
|     Moderate MR- mitral valve insuff. | | | | | | |
| 04/24/2023 11:05 EST  Keats, Graham MD, CD | | ICD-10 | I349 | 04/24/2023 | Current | |
|     Moderate MR | | | | | | |
| Periapical abscess without sinus | | | | | | |
| 09/25/2023 08:52 EST  Justice, Richard DMD, CDO | | ICD-10 | K047 | 09/25/2023 | Current | |
|     tooth #3 | | | | | | |
| Gastro-esophageal reflux disease without esophagitis | | | | | | |
| 12/21/2023 14:14 EST  Bloom, Barbara APRN | | ICD-10 | K219 | 12/21/2023 | Current | |
| Presence of other heart-valve replacement | | | | | | |
| 12/21/2023 12:39 EST  Bloom, Barbara APRN | | ICD-10 | Z954 | 12/21/2023 | Current | |

# Resolved

Hypertensive heart disease without heart failure

Reg #:  20257-509                        Inmate Name:  JOHNSON, JOHN F

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 04/24/2023 11:03 EST  Keats, Graham MD, CD |  | ICD-10 | I119 | 01/05/2023 | Resolved | 04/24/2023 |
|     No heart disease |  |  |  |  |  |  |
| 01/05/2023 11:56 EST  Boyd, Terri PA-C |  | ICD-10 | I119 | 01/05/2023 | Current |  |
| Heart disease, UNS |  |  |  |  |  |  |
| 04/24/2023 11:04 EST  Keats, Graham MD, CD |  | ICD-10 | I519 | 01/05/2023 | Resolved | 04/24/2023 |
|     Needs more specific Dx. |  |  |  |  |  |  |
| 01/05/2023 11:56 EST  Boyd, Terri PA-C |  | ICD-10 | I519 | 01/05/2023 | Current |  |
|     Heart murmur |  |  |  |  |  |  |

**Total:** 9

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #:  20257-509 | Inmate Name:   JOHNSON, JOHN F |
|---|---|

**Vision Screen on** 01/05/2023 11:50

**Blindness:**

| **Distance Vision:** OD: | OS: | OU: |
|---|---|---|
| **Near Vision:**   OD: | OS: | OU: |

**With Corrective**

| **Distance Vision:** OD: 20/20 | OS: 20/20 | OU: 20/20 |
|---|---|---|
| **Near Vision:**   OD: | OS: | OU: |

**Present Glasses - Distance**                    **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**   R:          L:

**Comments:**

**Orig Entered:**   01/05/2023 11:53 EST   Boyd, Terri PA-C

# Bureau of Prisons
## Health Services
### Medical Duty Status

Reg #:  20257-509                              Inmate Name:  JOHNSON, JOHN F

**Housing Status**

**X**  confined to the living quarters except  __meals  __pill line  __treatments        Exp. Date: _____

__  on complete bed rest: _____ bathroom privileges only                          Exp. Date: _____

__cell:  __cell on first floor  __single cell  __lower bunk  __airborne infection isolation    Exp. Date: _____

__  other: _____                    Exp. Date: _____

**Physical Limitation/Restriction**

**X**  all sports                                                            Exp. Date: _____

__  weightlifting:  __upper body  __lower body                              Exp. Date: _____

__cardiovascular exercise:  __running  __jogging  __walking  __softball      Exp. Date: _____
                           __football  __basketball  __handball  __stationary equipment

__other: _____              Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Shower Chair/Bench | 12/21/2023 | | |
| Eye Glasses | 01/05/2023 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  **Yes** _____

**X**  No Restrictions

**Comments:**   No lifting > 5 lbs or straining for 1 week.

_____**Moorman, Randa RN, HSA**_____        **09/03/2024**
Health Services Staff                                                    Date

Inmate Name: _____**JOHNSON, JOHN F**_____    Reg #:  **20257-509**    Quarters:  **C04**

***ALL EXPIRATION DATES ARE AT 24:00***

# Bureau of Prisons
## Health Services
## Medication Summary
## Historical

| | | | | |
|---|---|---|---|---|
| Complex: | ASH--ASHLAND FCI | | Begin Date: 01/01/2024 | End Date: 09/04/2024 |
| Inmate: | JOHNSON, JOHN F | | Reg #: 20257-509 | Quarter: C04-001L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**

| <u>Allergy</u> | <u>Reaction</u> | <u>Date Noted</u> |
|---|---|---|
| Penicillins | Anaphylaxis | 12/21/2022 |

## Active Prescriptions

Acetaminophen 325 MG Tab
Take one tablet (325 MG) by mouth four times daily as needed for pain and or fever
**Rx#:** 232507-ASH   **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD
**Start:** 12/21/23   **Exp:** 01/04/24   **Pharmacy Dispensings:** 56 TAB in 14 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each morning to control blood pressure
**Rx#:** 232774-ASH   **Doctor:** Bloom, Barbara APRN
**Start:** 01/03/24   **Exp:** 07/01/24   **D/C:** 01/05/24   **Pharmacy Dispensings:** 90 TAB in 180 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each morning to control blood pressure
**Rx#:** 232880-ASH   **Doctor:** Bloom, Barbara APRN
**Start:** 01/05/24   **Exp:** 07/03/24   **D/C:** 01/10/24   **Pharmacy Dispensings:** 0 TAB in 180 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each morning to control blood pressure
**Rx#:** 233041-ASH   **Doctor:** Bloom, Barbara APRN
**Start:** 01/10/24   **Exp:** 07/08/24   **D/C:** 01/19/24   **Pharmacy Dispensings:** 90 TAB in 180 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each morning to control blood pressure
**Rx#:** 233381-ASH   **Doctor:** Bloom, Barbara APRN
**Start:** 01/19/24   **Exp:** 07/17/24   **D/C:** 02/02/24   **Pharmacy Dispensings:** 0 TAB in 180 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each morning to control blood pressure
**Rx#:** 233954-ASH   **Doctor:** Bloom, Barbara APRN
**Start:** 02/02/24   **Exp:** 07/31/24   **D/C:** 05/01/24   **Pharmacy Dispensings:** 90 TAB in 180 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each morning to control blood pressure
**Rx#:** 237215-ASH   **Doctor:** Rios, Francisco (MOUD) MD

| Complex: ASH--ASHLAND FCI | | Begin Date: 01/01/2024 | End Date: 09/04/2024 |
|---|---|---|---|
| Inmate: JOHNSON, JOHN F | | Reg #: 20257-509 | Quarter: C04-001L |

## Active Prescriptions

**Start:** 05/01/24          **Exp:** 05/01/25                    **Pharmacy Dispensings:** 180 TAB in 126 days

Aspirin, E.C. 325 MG Tab
Take one tablet (325 MG) by mouth each day to reduce stroke/heart attack risk
**Rx#:** 232508-ASH          **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD
**Start:** 12/21/23          **Exp:** 06/18/24          **D/C:** 02/02/24          **Pharmacy Dispensings:** 60 TAB in 180 days

Aspirin, E.C. 325 MG Tab
Take one tablet (325 MG) by mouth each day to reduce stroke/heart attack risk
**Rx#:** 233955-ASH          **Doctor:** Bloom, Barbara APRN
**Start:** 02/02/24          **Exp:** 07/31/24          **D/C:** 05/01/24          **Pharmacy Dispensings:** 90 TAB in 180 days

Aspirin, E.C. 325 MG Tab
Take one tablet (325 MG) by mouth each day to reduce stroke/heart attack risk
**Rx#:** 237216-ASH          **Doctor:** Rios, Francisco (MOUD) MD
**Start:** 05/01/24          **Exp:** 10/28/24                    **Pharmacy Dispensings:** 120 TAB in 126 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth each day for control of cholesterol
**Rx#:** 232775-ASH          **Doctor:** Bloom, Barbara APRN
**Start:** 01/03/24          **Exp:** 07/01/24          **D/C:** 01/05/24          **Pharmacy Dispensings:** 90 TAB in 180 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth each day for control of cholesterol
**Rx#:** 232881-ASH          **Doctor:** Bloom, Barbara APRN
**Start:** 01/05/24          **Exp:** 07/03/24          **D/C:** 01/10/24          **Pharmacy Dispensings:** 0 TAB in 180 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth each day for control of cholesterol
**Rx#:** 233042-ASH          **Doctor:** Bloom, Barbara APRN
**Start:** 01/10/24          **Exp:** 07/08/24          **D/C:** 01/19/24          **Pharmacy Dispensings:** 90 TAB in 180 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth each day for control of cholesterol
**Rx#:** 233382-ASH          **Doctor:** Bloom, Barbara APRN
**Start:** 01/19/24          **Exp:** 07/17/24          **D/C:** 02/02/24          **Pharmacy Dispensings:** 0 TAB in 180 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth each day for control of cholesterol
**Rx#:** 233956-ASH          **Doctor:** Bloom, Barbara APRN
**Start:** 02/02/24          **Exp:** 07/31/24          **D/C:** 05/01/24          **Pharmacy Dispensings:** 90 TAB in 180 days

Atorvastatin 20 MG TAB

| Complex: ASH--ASHLAND FCI | Begin Date: 01/01/2024 | End Date: 09/04/2024 |
|---|---|---|
| Inmate:   JOHNSON, JOHN F | Reg #:   20257-509 | Quarter:   C04-001L |

## Active Prescriptions

Take one tablet (20 MG) by mouth each day for control of cholesterol

**Rx#:** 237217-ASH        **Doctor:** Rios, Francisco (MOUD) MD

**Start:** 05/01/24        **Exp:** 05/01/25                                    **Pharmacy Dispensings:** 180 TAB in 126 days

Docusate Sodium 100 MG Cap

Take one capsule (100 MG) by mouth twice daily Take with a glassful of water **non-formulary approved until: 01-21-24

**Rx#:** 232560-ASH        **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/26/23        **Exp:** 01/21/24                                    **Pharmacy Dispensings:** 36 CAP in 26 days

guaiFENesin ER Tab 12 Hr 600 MG

Take two tablets (1200 MG) by mouth twice daily Take with a glassful of water to thin mucus **non-formulary approved until: 01-01-24

**Rx#:** 232561-ASH        **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/26/23        **Exp:** 01/01/24                                    **Pharmacy Dispensings:** 0 TAB in 6 days

hydroCHLOROthiazide 12.5 MG Tab

Take one tablet (12.5 MG) by mouth each morning for blood pressure and fluid

**Rx#:** 240570-ASH        **Doctor:** Bloom, Barbara APRN

**Start:** 08/06/24        **Exp:** 02/02/25                                    **Pharmacy Dispensings:** 90 TAB in 29 days

Meclizine HCl 25 MG Tab

Take one tablet (25 MG) by mouth three times daily AS NEEDED dizziness **non-formulary approved until: 03-20-24

**Rx#:** 234487-ASH        **Doctor:** Bloom, Barbara APRN

**Start:** 02/20/24        **Exp:** 03/20/24                                    **Pharmacy Dispensings:** 79 TAB in 29 days

Meclizine HCl 25 MG Tab

Take one tablet (25 MG) by mouth twice daily AS NEEDED vertigo/dizziness

**Rx#:** 240579-ASH        **Doctor:** Bloom, Barbara APRN

**Start:** 08/06/24        **Exp:** 09/05/24                                    **Pharmacy Dispensings:** 60 TAB in 29 days

Metoprolol Tartrate  50 MG Tab

Take one tablet (50 MG) by mouth twice daily

**Rx#:** 232509-ASH        **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/21/23        **Exp:** 06/18/24        **D/C:** 02/02/24        **Pharmacy Dispensings:** 120 TAB in 180 days

Metoprolol Tartrate  50 MG Tab

Take one tablet (50 MG) by mouth twice daily

**Rx#:** 233957-ASH        **Doctor:** Bloom, Barbara APRN

**Start:** 02/02/24        **Exp:** 07/31/24        **D/C:** 05/01/24        **Pharmacy Dispensings:** 180 TAB in 180 days

Metoprolol Tartrate  50 MG Tab

Take one tablet (50 MG) by mouth twice daily

**Rx#:** 237218-ASH        **Doctor:** Rios, Francisco (MOUD) MD

| Complex: | ASH--ASHLAND FCI | Begin Date: | 01/01/2024 | End Date: | 09/04/2024 |
|---|---|---|---|---|---|
| Inmate: | JOHNSON, JOHN F | Reg #: | 20257-509 | Quarter: | C04-001L |

## Active Prescriptions

**Start:** 05/01/24          **Exp:** 05/01/25                    **Pharmacy Dispensings:** 360 TAB in 126 days

Omeprazole 20 MG Cap

Take one capsule (20 MG) by mouth each day only if needed for stomach  Discontinue once symptoms resolve **non-formulary approved until: 01-06-24

**Rx#:** 232562-ASH     **Doctor:** Dankwa, Vibeke (MOUD-M) MD/MXR RMD

**Start:** 12/26/23          **Exp:** 01/06/24                    **Pharmacy Dispensings:** 3 CAP in 11 days



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** JOHNSON, JOHN | **Facility** FCI Ashland | **Collected** 07/29/2024 09:35 EDT |
| **Reg #** 20257-509 | **Order Unit** C04-004L | **Received** 07/30/2024 11:32 EDT |
| **DOB** | **Provider** Francisco Rios, MD | **Reported** 07/30/2024 14:43 EDT |
| **Sex** M | | **LIS ID** 122241501 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 3.6 | 3.5-5.1 | mmol/L |
| Chloride | H | 110 | 98-107 | mmol/L |
| Carbon Dioxide | | 22 | 21-32 | mmol/L |
| Urea Nitrogen (BUN) | | 15 | 7-26 | mg/dL |
| Creatinine | | 1.13 | 0.60-1.30 | mg/dL |
| eGFR (CKD-EPI 2021) | | >60 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.1 | 8.4-10.2 | mg/dL |
| Glucose | | 94 | 70-109 | mg/dL |
| AST | | 17 | 5-34 | U/L |
| ALT | | 22 | 8-55 | U/L |
| Alkaline Phosphatase | | 95 | 40-140 | U/L |
| Bilirubin, Total | | 0.6 | 0.2-1.0 | mg/dL |
| Protein, Total | | 7.0 | 6.4-8.3 | g/dL |
| Albumin | | 3.9 | 3.5-5.0 | g/dL |
| Globulin | | 3.1 | 2.3-3.5 | g/dL |
| Albumin/Globulin Ratio | | 1.26 | 1.00-2.30 | |
| Anion Gap | | 10.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 12.8 | 5.0-30.0 | |
| Cholesterol, Total | | 132 | <200 | mg/dL |
| Triglycerides | | 56 | <150 | mg/dL |
| HDL Cholesterol | | 49 | 40-60 | mg/dL |
| LDL-Cholesterol | | 72 | <130 | mg/dL |
| Chol/HDLC Ratio | | 2.7 | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| | | | | |
|---|---|---|---|---|
| PSA, Total | | 0.52 | 0.10-4.00 | ng/mL |

This testing method is a chemiluminescent microparticle (CMIA) manufactured by Abbott Laboratories and performed on the Alinity system. Values obtained with different assay methods or kits may be different and cannot be used interchangeably. Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

| | | | | |
|---|---|---|---|---|
| TSH | | 1.515 | 0.350-4.940 | uIU/mL |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| White Blood Cell Count | | 4.1 | 3.6-11.0 | K/uL |
| Red Blood Cell Count | | 4.87 | 4.30-6.20 | M/uL |
| Hemoglobin | L | 13.4 | 13.5-18.0 | g/dL |

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical


**Federal Bureau of Prisons**

## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name**  JOHNSON, JOHN | **Facility** FCI Ashland | **Collected** 07/29/2024 09:35 EDT |
| **Reg #**  20257-509 | **Order Unit** C04-004L | **Received** 07/30/2024 11:32 EDT |
| **DOB** | **Provider**  Francisco  Rios, MD | **Reported** 07/30/2024 14:43 EDT |
| **Sex**    M | | **LIS ID**    122241501 |

---

### HEMATOLOGY

| | | | |
|---|---|---|---|
| Hematocrit | 42.0 | 38.0-54.0 | % |
| MCV | 86.2 | 80.0-96.0 | fL |
| MCH | 27.5 | 26.0-34.0 | pg |
| MCHC | 31.9 | 30.0-37.0 | g/dL |
| RDW-CV | 13.6 | 10.8-15.6 | % |
| Platelet Count | 169 | 140-440 | K/uL |
| MPV | 12.2 | 8.3-12.8 | fL |

---

### HEMOGLOBIN A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1C | 5.7 | 4.0-5.7 | % |

  5.7 - 6.4 Increased Risk
    > 6.4 Diabetes

---

**FLAG LEGEND**      L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/30/2024 14:47 | Provider: | Lab Result Receive | Facility: | ASH |

**Cosigned by Rios, Francisco (MOUD) MD on 07/31/2024 07:55.**



**Federal Bureau of Prisons**

## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

**\*\*\* Sensitive But Unclassified \*\*\***

| | | | |
|---|---|---|---|
| **Name** JOHNSON, JOHN | **Facility** FCI Ashland | **Collected** 07/29/2024 09:35 EDT | |
| **Reg #** 20257-509 | **Order Unit** C04-004L | **Received** 07/30/2024 11:32 EDT | |
| **DOB** | **Provider** Francisco  Rios, MD | **Reported** 07/30/2024 13:52 EDT | |
| **Sex** M | | **LIS ID** 122241501 | |

### CHEMISTRY, URINE

| | | | |
|---|---|---|---|
| Albumin, Urine | <5 | 5-19 | ug/mL |
| Creatinine, Random Urine | 84.5 | 20.0-320.0 | mg/dL |
| Albumin/Creatinine Ratio, Random Urine | 6 | 0-29 | ug/mg Cr |

Random mALB Creat ratio:
Category            Result
Normal              Less than 30
Microalbuminuria     30 - 299
Clinical albuminuria      Greater than 300
The ADA recommends that at least two of three specimens collected within a 3 - 6 month period be abnormal before considering a patient to be within a diagnostic category.
ADA Diabetes Care, Col. 34: S34, 2011 299ADA Diabetes Care V34 S34 2011e

---

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical    A=Abnormal   A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/30/2024 13:56 | Provider: | Lab Result Receive | Facility: | ASH |

**Cosigned by Rios, Francisco (MOUD) MD on 07/30/2024 15:16.**

ID: 20257-509
john johnson
Male 60Years
Req. No. : 20257-509

06-08-2024 06:11:32
HR       : 69   bpm
P        : 118  ms
PR       : 166  ms
QRS      : 100  ms
QT/QTcBz : 424/455    ms
PQRS/T   : 73/22/71    °
R V5/SV1 : 1.319/1.093    mV

**Diagnosis Information:**
Sinus rhythm
Lateral T wave abnormality is nonspecific
Borderline ECG

Report Confirmed by:

**Barbie Bloom
DNP, AGACNP-BC
FCI/FPC Ashland**



0.67-100Hz ACG60 25mm/s 10mm/mV 4*2.5s+1r SE:1200Express V2.22 Glasgow V28.6/7 FCI ASHLAND
BURDIGK Mortara QUINTON

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 08/07/2024 09:30 EST | | | Facility: | ASH |

**Reviewed by Dickess, Kristie DO, CD on 08/08/2024 11:08.**



# FCI Ashland ASH

| | | | |
|---|---|---|---|
| Patient: | **JOHNSON, JOHN (Male)** | DOB: | |
| Register#: | **20257-509** | Age: | 60 |
| Date: | 08/06/24 07:49 | Status: | OP |
| Slicecount: | 2 | | |
| History: | Eval | | |
| Priors: | | | |
| Exams: | XR CXR 2 VIEWS | | |
| Referring Phy: | | | |
| Ordering Phy: | Bloom | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.392.200036.9107.307.27750.112775024080605175

---

**Final Report**

**Exam: XR CXR**

**Chest PA and lateral views**

**INDICATION: see above**

**COMPARISON: Chest 3/25/24**

**FINDINGS:**

The cardiomediastinal silhouette is within normal limits. Redemonstration of sternotomy and prosthetic cardiac valve. No venous congestion.

Lungs are clear.

No pleural effusions.

No acute osseous abnormality. Bony elements are within normal limits for age.

**IMPRESSION:**

No acute cardiopulmonary disease. Stable chest compared to prior exam.

Lungs are clear.

Heart size normal. Redemonstration of sternotomy and prosthetic cardiac valve.

RECEIVED
AUG 07 2024

Radiologist:          Farhad Khorashadi, MD

Study ready at 08:53 and initial results transmitted at 11:22



**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex:    M | Race: | BLACK |
| Scanned Date: | 08/07/2024 07:16 EST | | Facility: | ASH |

**Reviewed with New Encounter Note by Dickess, Kristie DO, CD on 08/09/2024 10:12.**



## FCI Ashland ASH

| | | | |
|---|---|---|---|
| Patient: | **JOHNSON, JOHN (Male)** | DOB: | |
| Register#: | **20257-509** | Age: | 60 |
| Date: | 08/06/24 07:49 | Status: | OP |
| Slicecount: | 2 | | |
| History: | neck pain | | |
| Priors: | | | |
| Exams: | XR C SPINE | | |
| Referring Phy: | | | |
| Ordering Phy: | Bloom | | |
| Ordering Phy #: | | | |
| Accession Numbers: 1.2.392.200036.9107.307.27750.112775024080605174 | | | |

**Final Report**

**Exam: XR C SPINE**

**INDICATION:** see above

**COMPARISON:** None

**TECHNIQUE:** AP and lateral views obtained.

**FINDINGS:**

No acute fracture.

Slight chronic compression C6 vertebral body.

Minimal degenerative grade 1 retrolisthesis C6 relative to C7. Remaining alignment is maintained. Straightening of normal lordosis of the cervical spine.

C6/C7 mild to moderate degenerative space knowing and mild degree at C5/C6. Uncovertebral joint arthrosis at C6/C7 with suspected degenerative encroachment to the foramina at this level.

Remaining disc heights are maintained.

Multilevel minimal to mild facet arthrosis mid to upper cervical spine.

Remaining vertebral body heights are maintained.

Remaining posterior elements are unremarkable.

Paraspinous soft tissues unremarkable by radiograph.

Sternotomy wires noted.

**IMPRESSION:**

No acute fracture.

Slight chronic compression C6 vertebral body.

Minimal degenerative grade 1 retrolisthesis C6 relative to C7. Remaining alignment is maintained. Straightening of normal lordosis of the cervical spine.

C6/C7 mild to moderate degenerative space knowing and mild degree at C5/C6. Uncovertebral joint arthrosis at C6/C7 with suspected degenerative encroachment to the foramina at this level.

RECEIVED
AUG 0 7 2024

Federal Correctional Institution
Ashland, KY

**Remaining disc heights are maintained.**

**Multilevel minimal to mild facet arthrosis mid to upper cervical spine.**

Radiologist:                  Farhad Khorashadi, MD

Study ready at 13:24 and initial results transmitted at 14:22

RECEIVED

AUG 07 2024



**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 08/07/2024 07:15 EST | | | Facility: | ASH |

**Reviewed with New Encounter Note by Dickess, Kristie DO, CD on 08/09/2024 10:11.**

# King's Daughters Medical Center

Health Information Management
2201 Lexington Avenue
Ashland KY 41101
Phone: 606.408.1820
FAX: 606.408.6655
FAX: 606.408.6797

To: SEVEN CORNERS
Attn to:

317-282-0555

Date: 5/28/24          No of Pages (inc cover sheet):

Comments: Appt #: 345139
Inmate #: 20257-509
Inmate Name: JOHN JOHNSON
DOB:

PLEASE NOTIFY Carrie Owens AT 606.408.1815 IF THERE ARE ANY PROBLEMS WITH THIS FAX.

## Confidentiality Notice

The information contained within this facsimile is intended only for the use of the individual or entity named above. This information is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this facsimile is strictly prohibited. If you have received this transmission in error, please contact the sender at the above number to arrange for the destruction or return of the transmitted information at our expense.

If the information released to you contains information about AIDS or HIV test results, that information has been disclosed to you from records whose confidentiality is protected by state law (KRS 214.81 and KRS 214.65). State law prohibits you from making any further disclosure of such information relating to AIDS or HIV without the specific written consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for release of medical or other information is NOT sufficient for this purpose.

If the information released to you contains information about alcohol or drug abuse diagnosis, treatment for such abuse, or referrals for treatment, and if the release was made by a "program" as defined in 42 CFR 2.11, this information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the information released to you contains information about a person's mental health or chemical dependency, you may not redisclose or otherwise reveal information concerning the mental health or chemical dependency of that person, beyond the purpose for which the disclosure was made, without first obtaining that person's specific written consent for the redislcosure. KRS 304.17A-555.

HEALTH INFORMATION MANAGEMENT MISSION:  * PATIENT FIRST * INFORMATION SECOND * CARE & CONFIDENTIALITY ALWAYS

| **King's Daughters Medical Center** | KDMC HOSPITAL<br>2201 Lexington Ave.<br>Ashland KY 41101 | Johnson, John<br>MRN: 926590, DOB:        , Sex: M |
|---|---|---|

**05/21/2024 - Office Visit in KDMS CARDIOLOGY ASHLAND**

# KING'S DAUGHTERS MEDICAL CENTER

| **Patient Name:** | **JOHNSON, JOHN** | **MRN:** | **926590** |
|---|---|---|---|
| **Admit Date/Time:** | No admission date for patient encounter. | **Expect Date/Time:** | |

## Patient Demographics

| | | | |
|---|---|---|---|
| Address: | **KY-716**<br>**ASHLAND KY 41101** | CSN:<br>Sex: | **564763221**<br>**Male** |
| Home Phone: | **606-928-6414** | Birthdate: | **(60 yrs)** |
| Marital Status: | **Divorced** | Mother's Maiden: | **Johnson** |
| Interpreter: | | PCP:<br>PCP Note: | |
| Advance Directive: | <no information> | Location: | **KDMC HOSPITAL** |

## Admission Information

| | | | |
|---|---|---|---|
| Attending Provider: | **LISTERMAN, JENNIFER** | Patient Class: | **Outpatient** |
| Admitting Provider: | | Patient Type: | **Forensic** |
| Referring Provider: | | | |
| Admission Type: | **Elective** | Unit: | |
| Hospital Service: | **No service for patient encounter.** | Room: | |
| Chief Complaint: | **FOLLOW-UP** | Bed: | |

## Next of Kin / Emergency Contact

| **Next of Kin** | | **Emergency Contact** | |
|---|---|---|---|
| Name: | **\*No Contact Specified\*** | Name: | **seven corners** |
| Relationship: | | Relationship: | **Other** |
| Home Phone: | | Home Phone: | **606-928-6414** |
| Work Phone: | | Work Phone: | |

## Hospital Account

| | | | |
|---|---|---|---|
| Name: | **JOHNSON, JOHN** | Account ID: | **30391622** |
| Financial Class: | **COMM** | Status: | **DISCHARGED/NOT BILLED** |
| Guarantor: | **FCI ASHLAND** | Primary Coverage: | **SEVEN CORNERS INC** |

## Guarantor Account Information

| | | | |
|---|---|---|---|
| Name: | **FCI ASHLAND** | Relationship: | **Other** |
| Address: | **PO Box 888**<br>**ASHLAND, KY 41105** | Employer:<br>Occupation: | |
| Home Phone: | **606-928-6416** | | |
| Work Phone: | | | |

**Printed Date & Time: 5/28/2024 10:59 AM**

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

### 05/21/2024 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**Physician Progress Notes**

#### Progress Notes

**Listerman, Jennifer, MD at 5/21/2024 0800**

| | | |
|---|---|---|
| Author: Listerman, Jennifer, MD | Service: — | Author Type: Physician |
| Filed: 05/21/24 0827 | Encounter Date: 5/21/2024 | Status: Signed |
| Editor: Listerman, Jennifer, MD (Physician) | | |

**Subjective**

**Subjective:**

**Patient ID:** John Johnson is an 60 y.o. male.

**Chief Complaint:**

Chief Complaint
Patient presents with
• Follow-up

HPI: Mr. Johnson had recent mitral valve repair with annuloplasty ring and ligation of left atrial appendage for severe symptomatic MR. He also has HTN and HLD. He had cath without angiographically apparent coronary artery disease 11/6/2023.

He reports he has been having vertigo and has been prescribed meclizine but vertigo has not resolved. He reports continuing shortness of breath and fatigue. He report having burning central chest pain which sometimes radiates to both sides of his chest. This began after surgery. He reports at night he is having frequent urination. He reports is not on HCTZ. He reports has intermittent right lower face numbness "like I have been to the dentist".

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arrhythmia | |
| • Claustrophobia | |
| • Hypertension | |
| • Mitral valve insufficiency | 11/06/2023 |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • HX ARTERIAL LINE INSERTION | Right | 12/18/2023 |
| _ARTERIAL LINE INSERTION RADIAL performed by Charles, Fritz, MD at KDMC CVOR_ | | |
| • HX ATRIAL APPENDAGE REMOVAL/ISOLATION, LEFT | N/A | 12/18/2023 |
| _ATRIAL APPENDAGE REMOVAL/ISOLATION, LEFT performed by Bronstein, Eric, MD at KDMC CVOR_ | | |
| • HX INGUINAL HERNIA REPAIR | Left | |
| _5 years of age._ | | |
| • HX MITRAL VALVE REPAIR | N/A | 12/18/2023 |
| _MITRAL, VALVE REPAIR performed by Bronstein, Eric, MD at KDMC CVOR_ | | |
| • HX SWAN-GANZ INSERTION | Right | 12/18/2023 |
| _SWAN GANZ INTRODUCER INSERTION performed by Charles, Fritz, MD at KDMC CVOR_ | | |
| • HX TRANSESOPHAGEAL ECHO | N/A | 12/18/2023 |
| _TRANSESOPHAGEAL ECHOCARDIOGRAPHY DIAGNOSTIC PER CVOR ANES (TEE) performed by Charles, Fritz, MD at KDMC CVOR_ | | |
| • LEFT AND RIGHT HEART CATH | N/A | 11/6/2023 |
| _Left and right heart cath performed by Listerman, Jennifer, MD at HVC CATH LAB_ | | |
| • ULTRASOUND GUIDANCE | N/A | 11/6/2023 |
| _Ultrasound Guidance performed by Listerman, Jennifer, MD at HVC CATH LAB_ | | |

**King's Daughters Medical Center**

| | | |
|---|---|---|
| KDMC HOSPITAL | Johnson, John | |
| 2201 Lexington Ave. | MRN: 926590, DOB: | , Sex: M |
| Ashland KY 41101 | | |

### 05/21/2024 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**Physician Progress Notes (continued)**

Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Heart Disease | Mother | | |
| • Heart Disease | Father | | |
| • Heart Attack | Father | | |

Social History

Socioeconomic History

| | |
|---|---|
| • Marital status: | Divorced |
|     Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
• Not on file

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |

Vaping Use

| | |
|---|---|
| • Vaping Use: | Never used |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | Not Currently |
| • Drug use: | Never |
| • Sexual activity: | Not on file |

Other Topics     Concern
• Not on file

Social History Narrative
• Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • lisinopriL (PRINIVIL) 40 mg tablet | Take 40 mg by mouth Once Daily. | | |
| • acetaminophen (TYLENOL) 500 mg tablet | Take 1,000 mg by mouth Every 6 hours. | | |
| • meclizine (ANTIVERT) 25 mg tablet | Take 1 Tablet by mouth Three times a day as needed for Dizziness. | | |
| • aspirin (ASPIRIN) 325 mg tablet | Take 0.5 Tabs by mouth Once Daily. (Patient taking differently: Take 325 mg by mouth Once | | |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          Sex: M

05/21/2024 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**Physician Progress Notes (continued)**

|  | Daily.) |
|---|---|
| • metoprolol (LOPRESSOR) 50 mg tablet | Take 1 Tablet by mouth Twice a day. |
| • atorvastatin (LIPITOR) 20 mg tablet | Take 20 mg by mouth Once Daily. |
| • amLODIPine (NORVASC) 10 mg tablet | Take 10 mg by mouth Once Daily. |

No current facility-administered medications for this visit.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Penicillin G | Anaphylaxis |

Review of Systems
Constitutional: Positive for fatigue.
HENT: Negative.
Respiratory: Positive for shortness of breath.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Genitourinary: Positive for frequency.
Musculoskeletal: Positive for arthralgias and myalgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Positive for dizziness and numbness.
Psychiatric/Behavioral: Negative.

**Objective**

**Objective:**

BP 126/80  | Pulse 68  | Resp 18  | Ht 5' 10" (177.8 cm)  | Wt 82.6 kg (182 lb)  | SpO2 97%  | BMI 26.11 kg/m²

## Physical Exam
Constitutional:
   General: He is not in acute distress.
   Appearance: He is well-developed.
HENT:
   Head: Normocephalic and atraumatic.
Eyes:
   Conjunctiva/sclera: Conjunctivae normal.
Neck:
   Vascular: No JVD.
   Trachea: No tracheal deviation.
Cardiovascular:
   Rate and Rhythm: Normal rate and regular rhythm. No extrasystoles are present.
   Chest Wall: PMI is not displaced.
   Pulses:
      Radial pulses are 2+ on the right side and 2+ on the left side.

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          , Sex: M

**05/21/2024 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)**

**Physician Progress Notes (continued)**

Posterior tibial pulses are 2+ on the right side and 2+ on the left side.
Heart sounds: S1 normal and S2 normal. Heart sounds not distant.
No systolic murmur is present.
No diastolic murmur is present.
No friction rub. No S3 or S4 sounds.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.

Chest:
Chest wall: No tenderness.

Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no guarding or rebound.

Musculoskeletal:
General: No tenderness.
Cervical back: Normal range of motion.

Skin:
General: Skin is warm and dry.

Neurological:
Mental Status: He is alert and oriented to person, place, and time.

| Component Ref Range & Units | 4 mo ago |
|---|---|
| SODIUM 135 - 145 mmol/L | 139 |
| POTASSIUM 3.6 - 5.0 mmol/L | 3.9 |
| CHLORIDE 101 - 111 mmol/L | 103 |
| CO2 21 - 31 mmol/L | 25 |
| ANION GAP | 11 |
| GLUCOSE 70 - 110 mg/dL | 89 |
| CREATININE 0.6 - 1.2 mg/dL | 0.9 |
| BUN 2 - 32 mg/dL | 21 |
| CALCIUM 8.5 - 10.5 mg/dL | 8.8 |
| PROTEIN TOTAL 6.1 - 7.8 g/dL | 6.8 |

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          , Sex: M

### 05/21/2024 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)

**Physician Progress Notes (continued)**

| | |
|---|---|
| Albumin | 3.6 |
| 3.2 - 5.0 g/dL | |
| T BILIRUBIN | 0.7 |
| 0.2 - 1.0 mg/dL | |
| ALP | 86 |
| 42 - 121 [IU]/L | |
| AST | 74 High |
| 10 - 42 [IU]/L | |
| ALT (SGPT) | 118 High |
| 10 - 60 [IU]/L | |
| OSMOLALITY | 280 |
| 266 - 309 | |
| A/G Ratio | 1.1 |
| B/C | 23 High |
| 10 - 20 | |
| ESTIMATED GFR mL/min | 86 |

### Assessment/Plan:

1. **Atypical chest pain**

2. Essential hypertension

3. S/P mitral valve repair wirh P2 resection, 28 mm Physio II annuloplasty ring, and ligation left atrial appendage, EF 60% (12/18/2023)

4. Colon cancer screening declined

5. Mixed hyperlipidemia

6. Vertigo


- blood pressure near goal
- on statin
- had had reassuring cath < 1 year ago
- suspect MSK etiology for atypical chest pain. Discussed
- given fatigue and dyspnea with recent operation will order limited echocardiogram to evaluate valve. Suspect has component of deconditioning
- follow up with PCP regarding vertigo and urinary complaints
- he reports has had recent colon cancer screening
- he reports has follow up with ENT for vertigo
- counseled falls precautions


Follow up:  post test  - sooner if symptoms/problems

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:     Sex: M

**05/21/2024 - Office Visit in KDMS CARDIOLOGY ASHLAND (continued)**

**Physician Progress Notes (continued)**

Electronically signed by Listerman, Jennifer, MD at 05/21/24 0827

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M | Race: | BLACK |
| Scanned Date: | 06/05/2024 15:01 EST | | Facility: | ASH |

**Reviewed by Bloom, Barbara APRN on 06/06/2024 07:10.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex:  M | Race: | BLACK |
| Scanned Date: | 06/05/2024 15:01 EST | | Facility: | ASH |

**Cosigned by Marrero, Maria F (MOUD) MD on 06/11/2024 10:19.**

**#20257-509**

# AFTER VISIT SUMMARY



**KING'S DAUGHTERS MEDICAL CENTER**
Taking Medical Forward

**John Johnson** DoB:  📅 5/21/2024  8:00 AM  📍 KDMS CARDIOLOGY ASHLAND 606-324-4745

## Instructions from Jennifer Listerman, M.D.



**Today's medication changes**

❌ STOP taking:
**HYDROCHLOROTHIAZIDE PO**
Stopped by: Jennifer Listerman, M.D., MD

🔄 CONTINUE taking your other medications
**Review your updated medication list below.**

Accurate as of May 21, 2024 8:35 AM.



**Transthoracic Echocardiogram**
Expires: 5/21/2025 (requested)



**Return in about 3 months**
(around 8/21/2024).

## What's Next

AUG 20 2024
**KDMS Follow Up with Jennifer Listerman, M.D.**
Tuesday August 20 9:20 AM

KDMS CARDIOLOGY
ASHLAND
613 23RD ST
SUITE 230
ASHLAND KY
41101-2868
606-324-4745

## Today's Visit

You saw Jennifer Listerman, M.D. on Tuesday May 21, 2024. The following issues were addressed:

- High blood pressure
- S/P mitral valve repair wirh P2 resection, 28 mm Physio II annuloplasty ring, and ligation left atrial appendage, EF 60% (12/18/2023)
- Colon cancer screening declined
- Mixed hyperlipidemia
- Atypical chest pain
- Spinning sensation

 **Blood Pressure** 126/80   🧍 **BMI** 26.11

 **Weight** 182 lb   🧍 **Height** 5' 10"

 **Pulse** 68   **Respiration** 18

 **Oxygen Saturation** 97%

*Return*



Federal Correctional Institution
Ashland, KY



## FCI Ashland ASH

| | | | | |
|---|---|---|---|---|
| Patient: | **JOHNSON, JOHN (Male)** | | DOB: | |
| Register#: | **20257-509** | | Age: | 60 |
| Date: | 03/25/24 11:35 | | Status: | OP |
| Slicecount: | 2 | | | |
| History: | chest pain | | | |
| Priors: | | | | |
| Exams: | XR CXR 2 VIEWS | | | |
| Referring Phy: | | | | |
| Ordering Phy: | Bloom | | | |
| Ordering Phy #: | | | | |

Accession Numbers: 1.2.392.200036.9107.307.27750.112775024032504684

### Final Report

**Exam: XR CXR**

**Chest PA and lateral views**

**INDICATION: see above**

**COMPARISON: Chest 1/10/23.**

**FINDINGS:**

The cardiomediastinal silhouette is within normal limits. Interval sternotomy with prosthetic cardiac valve surgery which appears to either be a mitral or tricuspid valve..

Lungs are clear.

No pleural effusions.

No acute osseous abnormality. Bony elements are within normal limits for age.

**IMPRESSION:**

No acute cardiopulmonary disease.

Lungs are clear.

Interval sternotomy with cardiac valve surgery either mitral or tricuspid valve. Heart size normal. No CHF or pulmonary edema.

Radiologist:          Farhad Khorashadi, MD

Study ready at 11:36 and initial results transmitted at 12:25

Federal Correctional Institution
Ashland, KY

RECEIVED
MAR 25 2024

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 03/25/2024 12:50 EST | | | Facility: | ASH |

**Reviewed by Dankwa, Vibeke (MOUD-M) MD/MXR RMD on 03/25/2024 13:24.**



ID: 20257-509
john johnson
Male  60Years
Req. No.  :

Federal Correctional Institution
Ashland, KY

| | 25-03-2024 | 10:21:53 |
|---|---|---|
| HR | : 59 | bpm |
| P | : 120 | ms |
| PR | : 182 | ms |
| QRS | : 102 | ms |
| QT/QTcBz | : 438/434 | ms |
| P/QRS/T | : 66/−13/100 | ° |
| RV5/SV1 | : 1.547/0.983 | mV |

**Diagnosis Information:**
Sinus bradycardia
Left ventricular hypertrophy
Lateral ST−T abnormality may be due to the hypertrophy
and/or ischemia
Abnormal ECG

Report Confirmed by

0.67~100Hz  AC60  25mm/s  10mm/mV  4*2.5s+1r  SE-1200Express V2.22  Glasgow  V28.6.7  FCI ASHLAND

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 03/25/2024 11:47 EST | | | Facility: | ASH |

**Reviewed by Dankwa, Vibeke (MOUD-M) MD/MXR RMD on 03/25/2024 13:25.**

# King's Daughters Medical Center

## Health Information Management
2201 Lexington Avenue
Ashland KY 41101
Phone: 606.408.1820
FAX: 606.408.6655
FAX: 606.408.6797

To: SEVEN CORNERS
  Attn to:

,
317-282-0555

Date: 2/22/24                No of Pages (inc cover sheet):

Comments: Attn:  Melisa Franklin
Appt: 335568  Inmate:  20257-509

PLEASE NOTIFY Vanessa Burgess AT 606.408.1815 IF THERE ARE ANY PROBLEMS WITH THIS FAX.

### Confidentiality Notice

The information contained within this facsimile is intended only for the use of the individual or entity named above. This information is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this facsimile is strictly prohibited. If you have received this transmission in error, please contact the sender at the above number to arrange for the destruction or return of the transmitted information at our expense.

If the information released to you contains information about AIDS or HIV test results, that information has been disclosed to you from records whose confidentiality is protected by state law (KRS 214.81 and KRS 214.65). State law prohibits you from making any further disclosure of such information relating to AIDS or HIV without the specific written consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for release of medical or other information is NOT sufficient for this purpose.

If the information released to you contains information about alcohol or drug abuse diagnosis, treatment for such abuse, or referrals for treatment, and if the release was made by a "program" as defined in 42 CFR 2.11, this information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the information released to you contains information about a person's mental health or chemical dependency, you may not redisclose or otherwise reveal information concerning the mental health or chemical dependency of that person, beyond the purpose for which the disclosure was made, without first obtaining that person's specific written consent for the redislcosure. KRS 304.17A-555.

HEALTH INFORMATION MANAGEMENT MISSION: * PATIENT FIRST * INFORMATION SECOND * CARE & CONFIDENTIALITY ALWAYS

| **King's Daughters Medical Center** | KDMC HOSPITAL<br>2201 Lexington Ave.<br>Ashland KY 41101 | Johnson, John<br>MRN: 926590, DOB:        , Sex: M |
|---|---|---|

**02/20/2024 - Office Visit in KDMS CTSK ASHLAND**

## KING'S DAUGHTERS MEDICAL CENTER

| **Patient Name:** | **JOHNSON, JOHN** | **MRN:** | **926590** |
|---|---|---|---|
| **Admit Date/Time:** | No admission date for patient encounter. | **Expect Date/Time:** | |

### Patient Demographics

| | | | |
|---|---|---|---|
| Address: | **KY-716**<br>**ASHLAND KY 41101** | CSN:<br>Sex: | 562689829<br>**Male** |
| Home Phone: | **606-928-6414** | Birthdate: | **(60 yrs)** |
| Marital Status: | **Divorced** | Mother's Maiden: | **Johnson** |
| Interpreter: | | PCP:<br>PCP Note: | |
| Advance Directive: | <no information> | Location: | **KDMC HOSPITAL** |

### Admission Information

| | | | |
|---|---|---|---|
| Attending Provider: | **BRONSTEIN, ERIC** | Patient Class: | **Outpatient** |
| Admitting Provider: | | Patient Type: | **Forensic** |
| Referring Provider: | | | |
| Admission Type: | **Elective** | Unit: | |
| Hospital Service: | **No service for patient encounter.** | Room: | |
| Chief Complaint: | **MITRAL VALVE DISEASE** | Bed: | |

| **Next of Kin** | | **Emergency Contact** | |
|---|---|---|---|
| Name: | **\*No Contact Specified\*** | Name: | **seven corners** |
| Relationship: | | Relationship: | **Other** |
| Home Phone: | | Home Phone: | **606-928-6414** |
| Work Phone: | | Work Phone: | |

### Hospital Account

| | | | |
|---|---|---|---|
| Name: | **JOHNSON, JOHN** | Account ID: | **29213407** |
| Financial Class: | **COMM** | Status: | **DISCHARGED/NOT BILLED** |
| Guarantor: | **FCI ASHLAND** | Primary Coverage: | **SEVEN CORNERS INC** |

### Guarantor Account Information

| | | | |
|---|---|---|---|
| Name: | **FCI ASHLAND** | Relationship: | **Other** |
| Address: | **PO Box 888**<br>**ASHLAND, KY 41105** | Employer:<br>Occupation: | |
| Home Phone: | **606-928-6416** | | |
| Work Phone: | | | |

**Printed Date & Time: 2/22/2024 1:10 PM**

### Visit Information

#### Provider Information

| **Encounter Provider** | **Authorizing Provider** |
|---|---|
| Bronstein, Eric, MD | Pitts, Larissa, NP |

#### Department

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                Sex: M

## 02/20/2024 - Office Visit in KDMS CTSK ASHLAND (continued)

### Visit Information (continued)

| Name | Address | Phone | Fax |
|---|---|---|---|
| KDMS CTSK ASHLAND | 613 23RD STREET SUITE 210 Ashland KY 41101-2878 | 606-326-9847 | 606-324-3418 |

#### Follow-up and Dispositions

- Return if symptoms worsen or fail to improve.

#### Level of Service

##### Level of Service

**PR POSTOP FOLLOW UP VISIT RELATED TO ORIGINAL PX**

### Reason for Visit

#### Chief Complaint

- Mitral Valve Disease (S/p MVR 12/23)

#### Visit Diagnoses

- **S/P left atrial appendage ligation (primary)**
- S/P mitral valve repair wirh P2 resection, 28 mm Physio II annuloplasty ring, and ligation left atrial appendage, EF 60% (12/18/2023)

### Medication List

#### Medication List

This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### amLODIPine (NORVASC) 10 mg tablet

Instructions: Take 10 mg by mouth Once Daily.
Entered by: Spurlock, Brianna, MA                Entered on: 7/12/2023

###### atorvastatin (LIPITOR) 20 mg tablet

Instructions: Take 20 mg by mouth Once Daily.
Entered by: Barber, Jami, RN                Entered on: 11/6/2023

###### aspirin (ASPIRIN) 325 mg tablet

Instructions: Take 0.5 Tabs by mouth Once Daily.
Authorized by: Pinkerton, Miranda, APRN                Ordered on: 12/21/2023
Start date: 12/21/2023                Action: Patient taking differently

###### metoprolol (LOPRESSOR) 50 mg tablet

Instructions: Take 1 Tablet by mouth Twice a day.
Authorized by: Pinkerton, Miranda, APRN                Ordered on: 12/21/2023
Start date: 12/21/2023

###### meclizine (ANTIVERT) 25 mg tablet

Instructions: Take 1 Tablet by mouth Three times a day as needed for Dizziness.
Authorized by: Pitts, Larissa, NP                Ordered on: 2/20/2024
Start date: 2/20/2024

##### Stopped in Visit

###### acetaminophen (TYLENOL EXTRA STRENGTH) 500 mg tablet

Discontinued by: Pitts, Larissa, NP                Discontinued on: 2/20/2024

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:          , Sex: M

## 02/20/2024 - Office Visit in KDMS CTSK ASHLAND (continued)

### Medication List (continued)

**guaiFENesin (MUCINEX) 600 mg**

Discontinued by: Pitts, Larissa, NP                    Discontinued on: 2/20/2024

**docusate sodium (COLACE) 100 mg capsule**

Discontinued by: Pitts, Larissa, NP                    Discontinued on: 2/20/2024

### Physician Progress Notes

#### Progress Notes

**Pitts, Larissa, NP at 2/20/2024 0900**

Author: Pitts, Larissa, NP            Service: —                        Author Type: Nurse Practitioner
Filed: 02/20/24 0940                  Encounter Date: 2/20/2024          Status: Signed
Editor: Pitts, Larissa, NP (Nurse Practitioner)

1. **S/P left atrial appendage ligation**

2. S/P mitral valve repair wirh P2 resection, 28 mm Physio II annuloplasty ring, and ligation left atrial appendage, EF 60% (12/18/2023)

Patient reports dizziness with standing. Dyspnea with minimal exertion and continued dizziness with standing. Endurance slowly improving. Can go up 5 steps before dizziness and dyspnea occur. Symptoms sometimes affect vision. Occasional palpitations and occasional feels like heart "skips."

Current Outpatient Medications

| Medication | Instructions |
| --- | --- |
| • amLODIPine (NORVASC) | 10 mg, Oral, DAILY |
| • aspirin (ASPIRIN) | 162.5 mg, Oral, DAILY |
| • atorvastatin (LIPITOR) | 20 mg, Oral, DAILY |
| • metoprolol (LOPRESSOR) | 50 mg, Oral, TWICE A DAY |

BP 133/85  | Pulse 86  | Resp 16  | SpO2 100%

Chest CTA bilaterally
Heart S1 S2 RRR
Abdomen soft, nontender
Ext no edema noted
Wounds healing well, chest wall stable

Orthostatic check
Sitting 123/105 HR 81
Standing 129/95  HR 86

IMP: s/p MVR
Vertigo
Plan: Return if symptoms worsen or fail to improve.

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:      Sex: M

### 02/20/2024 - Office Visit in KDMS CTSK ASHLAND (continued)

**Physician Progress Notes (continued)**

F/u cardiology yearly
Add antivert and if no improvement, see ENT

Patient was seen and evaluated with Dr. Bronstein

Electronically signed by Pitts, Larissa, NP at 02/20/24 0940

---

**Clinical Notes**

**Addendum Note**

**Pitts, Larissa, NP at 2/20/2024 0900**

Author: Pitts, Larissa, NP
Filed: 02/20/24 0941
Editor: Pitts, Larissa, NP (Nurse Practitioner)
Addended by: PITTS, LARISSA on: 2/20/2024 09:41 AM

Service: —
Encounter Date: 2/20/2024

Author Type: Nurse Practitioner
Status: Signed

Modules accepted: Orders

Electronically signed by Pitts, Larissa, NP at 02/20/24 0941

---

**Flowsheets**

**Custom Formula Data**

| Row Name | 02/20/24 0903 |
|---|---|
| Act Risk Score | |
| Systolic BP | 0 |
| SpO2 | 0 |
| Total Score | 0 |

**Encounter Vitals**

| Row Name | 02/20/24 0903 |
|---|---|
| Enc Vitals | |
| BP | 133/85 |
| Pulse | 86 |
| Resp | 16 |
| SpO2 | 100 % |

**Vital Signs**

| Row Name | 02/20/24 0903 |
|---|---|
| Vitals Reassessment | |
| Automatic Restart | Yes |
| Vitals Timer | |

---

**SmartForms**

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

## 02/20/2024 - Office Visit in KDMS CTSK ASHLAND (continued)

### SmartForms (continued)

Patient ethnicity: Non-Hispanic

### Patient Race

Black or African American

### After Visit Summary

Hospital Summary (below)

Johnson, John (MRN 926590)

## Summary of your Visit

Diagnoses this Visit

| | Comments |
|---|---|
| **S/P left atrial appendage ligation** - Primary | |
| **S/P mitral valve repair** | |

Your Home To Do List

Follow-up

**Return if symptoms worsen or fail to improve.**

## Instructions for after Visit

## Your Medications

Based on the information you provided to us as well as any changes during this visit, the following is your updated medication list. Compare this with your prescription bottles at home. If you have any questions or concerns, contact your primary care physician's office.

Start Taking

| | |
|---|---|
| meclizine (ANTIVERT) 25 mg tablet | Take 1 Tablet by mouth Three times a day as needed for Dizziness. |

Stop Taking

| | |
|---|---|
| ⊘ acetaminophen (TYLENOL EXTRA STRENGTH) 500 mg tablet | Take 1 Tablet by mouth Every 6 hours as needed. |
| ⊘ docusate sodium (COLACE) 100 mg capsule | Take 1 Capsule by mouth Twice a day. |
| ⊘ guaiFENesin (MUCINEX) 600 mg | Take 2 Tabs by mouth Twice a day. |

Your Current Medications Are

| | |
|---|---|
| meclizine (ANTIVERT) 25 mg tablet | Take 1 Tablet by mouth Three times a day as needed for Dizziness. |
| aspirin (ASPIRIN) 325 mg tablet | Take 0.5 Tabs by mouth Once Daily. |
| metoprolol (LOPRESSOR) 50 mg tablet | Take 1 Tablet by mouth Twice a day. |
| atorvastatin (LIPITOR) 20 mg tablet | Take 20 mg by mouth Once Daily. |
| amLODIPine (NORVASC) 10 mg tablet | Take 10 mg by mouth Once Daily. |

You are allergic to the following                                        Date Reviewed: **2/20/2024**

| Allergen | Reactions |
|---|---|
| **Penicillin G** | Anaphylaxis |

Vital Signs                                        Most recent update: 2/20/2024 9:56 AM

| Blood Pressure | Pulse | Respiration | Oxygen Saturation | Smoking Status |
|---|---|---|---|---|
| 133/85 | 86 | 16 | 100% | Never |

MyChart Signup

MyChart is a great way to stay connected to your medical care at King's Daughters. You can send a message to your provider, view test results, renew prescriptions and more. To sign up simply ask a member of our registration team or call our Care 24/7 line at 606-408-8999. You may also utilize the MyChart Activation Code below to enroll at https://mychart.kdmc.net and click on the Sign Up Now Link.

MyChart Activation Code: CT7NZ-7DW3M-K5BB2
Expires: 4/20/2024 9:46 AM

Johnson, John Printed at 2/20/2024 9:46 AM                                        Page 1 of 2

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:                    Sex: M

**02/20/2024 - Office Visit in KDMS CTSK ASHLAND (continued)**

**After Visit Summary (continued)**

Johnson, John (MRN 926590)
MyChart Signup (continued)

Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911.

Johnson, John Printed at 2/20/2024 9:46 AM                    Page 2 of 2

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 03/01/2024 15:06 EST | | | Facility: | ASH |

**Cosigned by Dankwa, Vibeke (MOUD-M) MD/MXR RMD on 03/12/2024 18:07.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 03/01/2024 15:06 EST | | | Facility: | ASH |

**Reviewed with New Encounter Note by Bloom, Barbara APRN on 03/18/2024 17:11.**



**Seven Corners, Inc.**
PO Box 21510
Eagan, MN 55121
EDI Number: 25404
Phone #: 800-458-2078          Fax #: 317-282-0555
E-mail: BOP_info@sevencorners.com   Web: www.sevencorners.com

SEVEN**CORNERS**

## **Consultation/Continuity of Care Form**

****PLEASE COMPLETE THIS FORM AND GIVE TO THE CORRECTIONAL OFFICER IN A SEALED
ENVELOPE AT THE CONCLUSION OF THE VISIT FOR CONTINUITY OF CARE****

| **Offsite Appointment** | **Authorized Date:** 01/29/2024 |
|---|---|

**Patient Information**

**Provider Information**

| Register Number: | 20257-509 | KINGS DAUGHTERS MEDICAL SPECIALTIES |
|---|---|---|
| Patient Name: | JOHNSON JOHN | INC |
| DOB: | | 613 23rd St., Suite 210 |
| Institution Name: | FCI Ashland | Ashland Kentucky 41101 |

**Appointment Information**

**Authorization Information**

| Control Number: | | Please use Authorization and Register number with |
|---|---|---|
| Authorization Number: | ASH-B202.24 | all correspondence and bill information. |
| Appt. Date/Time: | 2/20/2024 9:00 AM | |
| Appt. Type: | Cardiology | |

Chief Complaint: S/P MVR 12/18/23 POST op F/u

Diagnosis/Finding(s): Vertigo   Orthostatic BP's negative

Treatment Recommendation(s): No lifting 7 15 lbs. for 1 more month, then no restrictions.

Medication(s) and Dosage(s) Recommended: Antivert 25 mg PO TID prn dizziness

Dietary/Health Modification(s) Suggested: N/A

Return Appointment Needed:   Yes:_____   No: ✓
Recommended Follow up time period: _____

NOTE: Inmates are not to be informed of any follow-up appointment dates and times.
Comments(s): Needs F/u with Cardiology -Dr. Listerman,  yearly
If vertigo not improved with antivert recommend ENT

Attending Physician Dr. Eric Bronstein / Laura Pitts APRN   Date: 2/20/24
Phone #: 606-326-9847

**NOTE** A full copy of medical records must be sent to Seven Corners as soon as possible or
no later than 10 days from date of visit. Please fax to: 317-282-0555.

Federal Corrections Institution
Ashland, KY



**SEVEN CORNERS**

Seven Corners, Inc.,
PO Box 21510
Eagan, MN 55121
Phone No.: 800-458-2078
Fax: 317-282-0555
E-mail:BOP_info@sevencorners.com
www.sevencorners.com

---

**Offsite Appointment**

**Authorize Date:** 01/29/2024

**Patient Information**

Register Number: 20257-509
Patient Name: JOHNSON JOHN
DOB:
Institution Name: FCI Ashland

**Provider Information**

KI... ...S MEDICAL SPECIALTIES INC
613 ... d St., Suite 210
Ashland ...ntucky 41101

**Appointment Information**

Control Number:
Authorization Number: ASH-B202.24
Appt. Date/Time: 2/20/2024 9:00 AM
Appt. Type: Cardiology

**Authorization Information**

...use Authorization and Register number with all
correspondence and bill information.

**Notes**

SCHEDULED FOR: CARDIOTHORACIC SURGER... FOLLOW UP. Kings Daughter Cardiothoracic Surgeons  Dr. Eric Bronstein Dr. Robert Fried Medical Pla... B 613 23r... St., Second Floor Ashland, KY 41101 PH: 606-326-9847 Fax: 606-324-3418. ***** PLEASE TAKE ALL R...CORDS, RE...RTS, PRIOR STUDIES, X-RAYS/DISCS, LABS, RELATING TO THE CONDITION FOR THIS APPOIN...MENT****A...T SHOULD TAKE APPROX 1 HOUR

CONSULTANT REPOR... Please ...ate your observations, discussions, conclusions, recommendations and treatment plan.

Date: 2/20/24      Physician: Dr. Eric Bronstein

S/p MVR... ...ealing well

Needs ...llo Dr Listerman (cardiology) yearly
...otivering ...tng O... p/o dizziness

If you have ...ated an inmate from a Federal Correctional Facility, please submit the appropriate claim form(s) to the billing a... ...fa... ...mber listed above.  If you are aware of any other providers with ancillary charges relative to your service, ple...e feel free to forward them Seven Corners' billing information.

CONFIDEN...ALITY NOTICE: The documents(s) accompanying this fax/e-mail contain(s) confidential information, belonging to the sender, which is legally privileged. The information is intended only for the use of the intended recipient institution named above. The authorized recipient of this information is prohibited from disclosing this information to any other party. If you are not the intended recipient, you are hereby notified any reading, disclosure, copying, distribution, or taking of any action in reliance on the contents, except its direct delivery to the intended recipient named above, is strictly prohibited. If you have received this fax in error, please notify the sender at the return e-mail address.

Johnson, John (MRN 926590)

# Summary of your Visit

**Diagnoses this Visit**

Comments

**S/P left atrial appendage ligation**   - Primary
**S/P mitral valve repair**

**Your Home To Do List**

Follow-up
**Return if symptoms worsen or fail to improve.**

# Instructions for after Visit

# Your Medications

Based on the information you provided to us as well as any changes during this visit, the following is your updated medication list.  Compare this with your prescription bottles at home.  If you have any questions or concerns, contact your primary care physician's office.

**Start Taking**

| | |
|---|---|
| **meclizine (ANTIVERT) 25 mg tablet** | Take 1 Tablet by mouth Three times a day as needed for Dizziness. |

**Stop Taking**

| | |
|---|---|
| ⟰ **acetaminophen (TYLENOL EXTRA STRENGTH) 500 mg tablet** | Take 1 Tablet by mouth Every 6 hours as needed. |
| ⟰ **docusate sodium (COLACE) 100 mg capsule** | Take 1 Capsule by mouth Twice a day. |
| ⟰ **guaiFENesin (MUCINEX) 600 mg** | Take 2 Tabs by mouth Twice a day. |

**Your Current Medications Are**

| | |
|---|---|
| **meclizine (ANTIVERT) 25 mg tablet** | Take 1 Tablet by mouth Three times a day as needed for Dizziness. |
| **aspirin (ASPIRIN) 325 mg tablet** | Take 0.5 Tabs by mouth Once Daily. |
| **metoprolol (LOPRESSOR) 50 mg tablet** | Take 1 Tablet by mouth Twice a day. |
| **atorvastatin (LIPITOR) 20 mg tablet** | Take 20 mg by mouth Once Daily. |
| **amLODIPine (NORVASC) 10 mg tablet** | Take 10 mg by mouth Once Daily. |

**You are allergic to the following**

Date Reviewed: **2/20/2024**

| Allergen | Reactions |
|---|---|
| **Penicillin G** | Anaphylaxis |

**Vital Signs**

Most recent update: 2/20/2024  9:06 AM

| Blood Pressure | Pulse | Respirations | Oxygen Saturation | Smoking Status |
|---|---|---|---|---|
| 133/85 | 86 | 16 | 100% | Never |

**MyChart Signup**

MyChart is a great way to stay connected to your medical care at King's Daughters.  You can send a message to your provider, view test results, renew prescriptions and more.  To sign up simply ask a member of our registration team or call our Care 24/7 line at 606-408-8999. You may also utilize the MyChart Activation Code below to enroll at  https://mychart.kdmc.net and click on the Sign Up Now Link.

MyChart Activation Code: CT7NZ-7DW3M-K5BB2
Expires: 4/20/2024  9:46 AM

Johnson, John (MRN 926590)
**MyChart Signup (continued)**

Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911.

# AFTER VISIT SUMMARY

**John Johnson** MRN: 926590     📅 2/20/2024 9:00 AM   📍 KDMS CTSK ASHLAND 606-326-9847

## Instructions from Eric Bronstein, M.D.



### Today's medication changes

➡️ START taking:
**meclizine** (ANTIVERT)

❌ STOP taking:
**acetaminophen** 500 mg tablet (TYLENOL EXTRA STRENGTH)

**docusate sodium** 100 mg capsule (COLACE)

**guaiFENesin** 600 mg (MUCINEX)

Accurate as of February 20, 2024 9:46 AM.
**Review your updated medication list below.**



**Ask your doctor where to pick up these medications**

• meclizine 25 mg tablet



**Return if symptoms worsen or fail to improve.**

## Today's Visit



You saw Eric Bronstein, M.D. on Tuesday February 20, 2024. The following issues were addressed: S/P left atrial appendage ligation and S/P mitral valve repair wirh P2 resection, 28 mm Physio II annuloplasty ring, and ligation left atrial appendage, EF 60% (12/18/2023).

 Blood Pressure
**133/85**

 Pulse
**86**

 Respiration
**16**

 Oxygen Saturation
**100%**

## What's Next

You currently have no upcoming appointments scheduled.

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.kdmc.net/ MyChartPRODUCTION/**, click "Sign Up Now", and enter your personal activation code: **CT7NZ-7DW3M-K5BB2**. Activation code expires 4/20/2024.

# Your Medication List as of February 20, 2024  9:46 AM

ⓘ Always use your most recent med list.

**amLODIPine** 10 mg tablet
Commonly known as: NORVASC

**aspirin** 325 mg tablet
Commonly known as: ASPIRIN

Take 0.5 Tabs by mouth Once Daily.
**According to our records, you may have been taking this medication differently.**

**atorvastatin** 20 mg tablet
Commonly known as: LIPITOR



**START**

**meclizine** 25 mg tablet
Commonly known as: ANTIVERT
Started by: Eric Bronstein, M.D., MD

Take 1 Tablet by mouth Three times a day as needed for Dizziness.

**metoprolol** 50 mg tablet
Commonly known as: LOPRESSOR

Take 1 Tablet by mouth Twice a day.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race: | BLACK |
| Scanned Date: | 02/20/2024 12:18 EST | | | Facility: | ASH |

**Reviewed by Dankwa, Vibeke (MOUD-M) MD/MXR RMD on 03/20/2024 14:20.**

FCI/FPC Ashland, KY

Date Prepared:

Inmate Name: **Johnson, John**          Register # **20257-509**

The following records were released to the inmate/region per his/their request.

_____ SF600's

_____ Medical Record of Federal Prisoner in Transit

__12__ Laboratory reports

__1__ X-ray reports

__3__ EKG's & other diagnostic test reports: **EKG**

(Specify)

__4__ _____

__4__ Medication sheets

__2__ Problem list

__3__ Immunization & PPD sheets

_____ Medical History

__151__ Report of Physical Examination

_____ Intake screening forms

__233__ Consultations

_____ Outpatient surgery records

_____ Dental records

_____ Inpatient hospitalization records

_____ Injury reports

_____ Civilian records

_____ Miscellaneous forms,

Specify_____

__399__ Total number of pages released.

The following items were withheld:

| # pages | Entry date | Provider | Form | Volume | Signature |
|---|---|---|---|---|---|
| 1 | 4/26/23 | T. Boyd -PA-C | HIV test | 1 page | |

**If you would like copies of these documents, Please make your request in writing to:

Freedom Of Information Act (FOIA)

Central Office, Office of General Counsel

Freedom Of Information (FOI) Section

320 First Street, NW Washington, DC 20534

A copy of this form MUST be submitted with the request.

_____          **Jan 30, 2024**
Inmate Signature                              Date Received



ID: 20257209
Name: JOHNSON , JOHN
Age: 61 yr

Gender:      Male

01/24/2024  06:55:06
PR:           110/152 ms
QRS:          98 ms
QT/QTc:       356/405 ms
P/QRS/T axis: 74/27/-86 deg
Heart rate:   78 bpm

sinus rhythm
minor high-lateral and lateral repolarization disturbance, consider ischemia,
LV overload or aspecific change
ECG without significant abnormalities
Unconfirmed Report

Federal Correctional Institution
Ashland, KY

I    aVR    V1    V4

II   aVL    V2    V5

III  aVF    V3    V6

II

25 mm/s     10 mm/mV   Frequency Response [0.5-35] Hz   60Hz   Version 2.00.06

P/N 9401.18P     10 01115

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: | M | | Race: | BLACK |
| Scanned Date: | 01/24/2024 11:05 EST | | | | Facility: | ASH |

**Reviewed by Rios, Francisco (MOUD) MD on 01/24/2024 13:37.**