## Judd, Joshua (USAKYW)

**From:** Moorman, Randa (BOP)
**Sent:** Thursday, September 5, 2024 10:44 AM
**To:** Billings, Joshua (BOP)
**Cc:** Eads, Robin (BOP)
**Subject:** Re: John F. Johnson 20257-509 (JJ)

John Johnson, reg. no. 20257-509, is not suffering from a medical condition that requires long-term or specialized medical care. He is a 60-year-old care 2 stable inmate who is being followed routinely in house and with off-site specialists. He currently has diagnoses of hyperlipidemia, manière's disease, hypertension, gastro-esophageal reflux disease, and a history of mitral valve replacement. He is receiving appropriate care for all of his conditions and has not sustained a deterioration in health. He is not experiencing deteriorating mental or physical health that substantially diminishes his ability to function in a correctional facility at this time. He does not have medical condition for which conventional treatment promises no substantial improvement to his mental or physical condition.

Johnson is not suffering from a terminal illness; therefore he does not have a specific prognosis. Section B i, ii, and iii are all three no. He completes all his activities of daily living without difficulty. He is a Care 1 mental health, and he is not being treated for any mental health issues.

When Johnson arrived at FCI Ashland on December 21, 2022, he reported a history of the Janssen COVID-19 vaccine prior to arrival. Since arriving he has not taken another COVID vaccine, and he has also not been diagnosed with COVID. At any time, an inmate can request a vaccine via electronic copout or stand-up sick call.

---

**From:** Billings, Joshua (BOP)
**Sent:** Wednesday, September 4, 2024 8:51 AM
**To:** Moorman, Randa (BOP)
**Cc:** Eads, Robin (BOP)
**Subject:** FW: John F. Johnson 20257-509 (JJ)

Good morning, Randa,

Our office received a request for assistance from the US Attorney's Office in the Western District of Kentucky concerning inmate John Johnson, reg.no. 20257-509. Can you get me answers to the following questions concerning inmate Johnson:

First, can someone confirm or deny whether the defendant is suffering from a medical condition that requires long-term or specialized medical care that is not being provided and without which the defendant is at risk of serious deterioration in health or death?

Second, does Johnson suffer from a terminal illness (i.e., a serious and advanced illness with an end-of-life trajectory). A specific prognosis of life expectancy (i.e., a probability of death within a specific time period) is not required. Examples include metastatic solid-tumor cancer, amyotrophic lateral sclerosis (ALS), end-stage organ disease, and advanced dementia.

 (B) The defendant is—

   (i)  suffering from a serious physical or medical condition,

   (ii)  suffering from a serious functional or cognitive impairment, or

   (iii)  experiencing deteriorating physical or mental health because of the aging process,

that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which he or she is not expected to recover?

Are Covid Vaccines still given?  Did Johnson receive one or refuse one?

Are Johnson's conditions managed by BOP and medical personnel?

Thanks!!
Josh