UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA

               Plaintiff,

                    v.

JOHN FITZGERALD JOHNSON

               Defendant,

_____

Case No. 3:21-cr-00031-BJB

EXHIBIT 31

## SURGERY AFTERCARE ISSUES
### Written Jan 3, 2024

1. The following issues run counter to the Discharge Orers issued by the Doctors, Cardiologists, and Surgical Team that performed the open heart surgery 12 days ago from this writing.

2. These issues not only are counter productive to the recovery and healing process per the steps and timeline of the Discharge Orders but increase the risk of damage or death of the individual.

Medication: Inmate was odered to take

    a. Acetaminophen 325G 4 Times A Day (Taking)

    b. Asprin        325mg 1 Time A Day (Taking)

    c. Docusate Sodium Colace- Requested Prescription Fill And Delivery
                              Since Inmate Cannot Access Prescription Location
                              Medication not received.

    d. Guaifenesin-600mg twice Requested Prescription Fill And Delivery
                daily     Since Inmate Cannot Access Prescription Location
                              Medication not received.

    e. Metoprolol    50mg 2 Times A Day (Taking)

    f. Oxycodone    5mg 2 Times A Day Inmate was ordered to walk to
                              Pill Line location and then told prescription
                              had been terminated.
                              Medication not received.

    g. Pantoprazole 40mg 1 Time A Day
                          Requested Prescription Fill And Delivery
                          Since Inmate Cannot Access Prescription Location
                        Medication not received.

    h. Amlodipine    10mg 1 Time A Day
                          Requested Prescription Fill And Delivery
                        Since Inmate Cannot Access Prescription Location
                        Medication not received.

    i. Atorvastatin 20mg 1 Time A Day
                          Requested Prescription Fill And Delivery
                        Since Inmate Cannot Access Prescription Location
                        Medication not received.

<u>Physical Aftercare, Mobility Therapy, Surgical Site Care, And Pain Management</u>

1. Orders were to clean the surgical wound twice a day. This is being done.

2. Orders were to have inmate weighed daily, looking for a 2-3 pound weight gain within a 24-48 hour period which is indicative of a life threatening complication due to fluid build up in the lungs. This was not being done.

3. Orders were to encourage walking tolerable distances. Inmate was provided a wheeled walker to replace the non-wheeled walker originally given upon return to institution. Inmate was ordered to walk distances that were intolerable at this stage.

4. Orders prohibited lifting more than 5 lbs or more for 6 weeks

5. Orders prohibited strenuous activity for 6 weeks.

6. Orders indicated transition from Oxycodone to Tylenol

7. Orders were to have follow up with Dr. Listerman in 4 weeks.

Inspite of these orders the following has occured since returning to FCI Ashland:

a. Daily activities have become increasingly painful due to lack of pain medication and directions to walk distances that exceed my current limit and require extended periods of standing. Activites include failure to reach the chow hall, prescription window, pill line, difficulty with showering and cleaning wound, standing up, failure to dress in appropiate uniform or tie shoes, and lying down and getting up from bed. Being in close proximity to others who already have colds, flu, or possibly COVID 19 have made responses from my body extremely painful(i.e sneezing, coughing, or blowing nose). With no masks available and no ventilation in the housing unit I am at increased risk to infectious disease and complications.

<u>Medical Duty Status Issues</u>

1. Medical Duty Status Sheet Dated 12/21/2023
   a. Confined to living quarters with no exceptions for meals, pill line or treatments.
      Expiration Date 3/22/2024 -Aligns with recovery period of Discharge Order

b. Medical Convalescence, No Climbing, No Ladders, No Lifting Until 2/1/2024
However inmate has been subjected to the following 12 days after open heart surgery:
1. Denied pain medication after being ordered to walk to Pill Line location.
2. Told by Correctional Officer that no more meals would be delivered
   and that he would have to walk the 55 yards to the Chow Hall and back
   if he wanted to eat. Inmate attempted this feat with the aid of several
   inmates and resulted in inmate having to be rolled back to unit. No meals
   were delivered between December 27th 2023 and January 2, 2024. This
   occured after the CO was shown the Duty Status sheet which was valid
   until 3/22/2024.
. Has not received prescription medications after requesting them since
   he is incapable of going up stairs to get them.

one of these issues existed from December 21, 2023 to December 26th, 2023.
uring this time period a member of the FCI Ashland medical staff was
overseeing and ensuring these activities were happening. She went on
acation on December 27th and everything stopped. This is evidence
f the systemic problems and deficiencies plaguing the BOP due to
ack of staffing and poor communication and management of inmates
ealthcare. These problems endanger the life, well being, and recovery
f inmates such as myself. Please rectify this situation or transfer me to
Care Level 3 Facility in accordance with BOP Policy and DOJ Guidance.

EXHIBIT 49

3074

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | 03/25/2024 10:56 | Sex: M  Race: BLACK | Facility: | ASH |
| Encounter Date: | 03/25/2024 10:56 | Provider: Bloom, Barbara APRN | Unit: | C02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**       Provider:   Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:       60 yo male inmate seen in medical for continued dizziness. CAOx3, resp even non labored, denies [obscured], or shortness of breath. Inmate, report he continues to have chest pain from h[obscured] incision and the clips. He reports he still gets dizzy, and the medicine is not helping. [obscured] reports the literature says he needs to be on warfarin. Advised inmate he would have [obscured] a medical center to receive warfarin as it is a drug that requires weekly monitoring a[obscured] cardiologist's recommendation is a daily aspirin. Inmate is developing a keloid scar from [obscured]cic surgery. Inmate reports he feels he is having pain from the clips placed in his chest [obscured]ep his chest together. CXR and EKG obtained. No changes noted

**Pain:**            Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 03/25/2024 11:4[obscured] |
| Location: | Chest-Sternal |
| Quality of Pain: | Burning |
| Pain Scale: | 3 |
| Intervention: | rest |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | moving |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**

**General**

Yes: Within Normal Limits

**Integumentary**

**Hair**

Yes: Within Normal Limits

No: Abnormal Growth, Excessive Hair Loss

**Nails**

Yes: Within Normal Limits

**Skin**

Yes: Keloid

EXHIBIT 49

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JOHNSON, JOHN F | | Reg #: | 20257-509 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | ASH |
| Encounter Date: | 03/28/2024 15:06 | Provider: Bloom, Barbara APRN | Unit: | C02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**          Provider:   Bloom, Barbara APRN

Chief Complaint:   GENERAL

Subjective:   60 yo male inmate seen in medical for continued dizziness. CAOx3, resp even non labored, denies headaches, or shortness of breath. Inmate, report he continues to have chest pain from his sternal incision and the clips. He reports he still gets dizzy, and the medicine is not helping. Inmate reports the literature says he needs to be on warfarin. Advised inmate he would have to be at a medical center to receive warfarin as it is a drug that requires weekly monitoring and his cardiologist's recommendation is a daily aspirin. Inmate is developing a keloid scar from his thoracic surgery. Inmate reports he feels he is having pain from the clips placed in his chest to keep his chest together. CXR and EKG obtained. No changes noted

Pain:   Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 03/25/2024 11:42 |
| Location: | Chest-Sternal |
| Quality of Pain: | Burning |
| Pain Scale: | 3 |
| Intervention: | rest |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | moving |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Breasts**

**General**

Yes: Within Normal Limits

**Integumentary**

**Hair**

Yes: Within Normal Limits

No: Abnormal Growth, Excessive Hair Loss

**Nails**

Yes: Within Normal Limits

**Skin**

Yes: Keloid

EXHIBIT 50

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB: 12/1/1963, Sex: M

03/17/2023 - Echocardiogram Outpt in Heart and Vascular Center Noninvasive Cardiology

Imaging

### ECHO

#### Transthoracic Echocardiogram (Final result)

**Transthoracic Echocardiogram**                    Resulted: 03/17/23 2013, Result status: Final result

Order status: Completed
Filed by: Edi, Echo In 03/17/23 2013
Accession number: E4943998
Lab Technician: VIKTORIIA WILLIAMS RVT-RDCS

Resulted by: Hasan Khan, Mohammed, MD
Performed: 03/17/23 0956 - 03/17/23 1112
Resulting lab: HVC NONINVASIVE CARDIOLOGY LAB

Narrative:
Aortic Valve
The aortic valve is grossly normal.
The aortic valve is trileaflet.
Trace aortic regurgitation.
No aortic stenosis.
Atria
The left atrial volume index is 'mildly enlarged (35-41 ml/m2).'.
Right atrial size is normal.
Injection of contrast documented no interatrial shunt.
Diastology
A variety of Doppler measurements indicate normal left ventricular diastolic
function.
Great Vessels
The aortic root is normal size.
The aorta at the Sinuses of Valsalva is '3.4' cm in diameter.
The IVC has a measurement of '1.76' cm.
Left Ventricle
The left ventricular end-diastolic dimension is 'normal for men (4.2-5.8cm).'.
There is moderate concentric left ventricular hypertrophy.
Global longitudinal strain is - '17.9' %
Left ventricular ejection fraction is '>60%' based on biplane method.
which is 'abnormal'.
The left ventricular wall motion is normal.
Mitral Valve
Mitral valve leaflets appear thickened.
There is no mitral valve stenosis.
The mitral regurgitant jet is eccentrically directed.
Atleast moderate MR
Pericardium/Pleural
There is no pericardial effusion.
There is no pleural effusion.
Procedure
The exam was of good technical quality.
Complete 2D MMode echocardiogram.
Complete spectral Doppler interrogation
Color flow velocity mapping.
Exam was performed on 'EPIQ'
Examination was completed in the department.
Pulmonic Valve
The pulmonic valve is not well visualized.
There is no pulmonic valvular stenosis.
Trace pulmonic valvular regurgitation.
Right Ventricle
The right ventricle is normal size.
The right ventricle is not well visualized.
The estimated global right ventricular systolic function based upon the
tricuspid annular plane of systolic exursion (TAPSE) is 'reduced <17mm.'
The estimated global right ventricular systolic function based upon the TDE
maximal myocardial systolic velocity S' is 'normal >10 cm/s.'
Tricuspid Valve
The tricuspid valve is grossly normal.
There is no tricuspid stenosis.
There is mild tricuspid regurgitation.
MMode 2D Measurements & Calculations

EXHIBIT 50

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB: 12/1/1963, Sex: M

**03/17/2023 · Echocardiogram Outpt in Heart and Vascular Center Noninvasive Cardiology (continued)**

**Imaging (continued)**

Doppler Measurements & Calculations
Boston Z-Scores(Vital Signs)
Classic Z-Scores(Vital Signs)
Detroit Z-Scores(Vital Signs)
Other Measurements & Calculations
Conclusion
LVEF >60%. MV leaflets appear thickened and there is eccentric MR that appears to be atleast moderate but may be underestimated in this study.

Recommend TEE or CMR for further quantification of MR if clinically indicated.

View Image (below)

EXHIBIT 52

# Johnson, John

MRN: 926590

 **Listerman, Jennifer, MD**
Physician
Specialty: **Cardiology**

Progress Notes  ✒ 📖
Signed

Encounter Date: 7/12/2023

## Subjective

**Subjective:**

**Patient ID:** John Johnson is an 59 y.o. male.

**Chief Complaint: Murmur, elevated blood pressure**
Chief Complaint
Patient presents with
· Establish Care

HPI: Mr. Johnson was referred due to hypertension and murmur heard on exam. He was found to be have moderate to severe mitral regurgitation on echocardiogram. He reports he has not been diagnosed with hypertension in the past but reports he had a syndrome which he was elevated blood  He reports chest pain - left sided to central chest pain, sometimes radiates to arm, lasts minutes to hours, nothing triggers/makes better/makes worse, not related to exertion. He denies dyspnea.  He denies edema.

Past Medical History:
Diagnosis          Date
· Hypertension

No past surgical history on file.
Family History
Problem          Relation   Name   Age of
                                    Onset
· Heart Disease   Mother
· Heart Disease   Father

Social History

Socioeconomic History
· Marital      Divorced
  status:
   Spouse     Not on file
   name:
· Number of   Not on file
  children:
· Years of    Not on file
  education:

Johnson, John (MRN 926590)

Encounter Date: 07/12/2023

EXHIBIT 52

Flowsheets:   Pain, Depression Screening, Suicide Screening, Vital Signs
SmartForms:  MR PATIENT VISIT EVENTS

## Orders Placed

Transesophageal Echo
12 Lead EKG Same Visit (Resulted 7/12/2023)

## Medication Changes
As of 7/12/2023 10:20 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: lisinopriL (PRINIVIL) 20 mg tablet** | 3 | 7/12/2023 | |
| Take 1 Tablet by mouth Once Daily. - Oral | | | |
| Previously: 10 mg Oral DAILY | | | |

## Visit Diagnoses

Primary: Primary hypertension I10
Mitral valve insufficiency, unspecified etiology I34.0

EXHIBIT 53

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Encounter Date: | 01/04/2023 14:25 | Provider: | Boyd, Terri PA-C | Unit: | R01 |

**Mental Health:**

  **Level of Consciousness:** Alert and Oriented

  **Psychomotor Activity:** Normal

  **General Appearance:** Normal

  **Behavior:** Cooperative

  **Mood:** Appropriate to Content

  **Thought Process:** Goal Directed

  **Thought Content:** Normal

  **Hx of Mental Health Treatment:** None

  **Hx of Head Injury:** None

  **Current Mental Health Treatment:** No

  **Current Mental Health Complaint:** No

  **Hx of Loss of Consciousness:** No

  **Hx of Hearing Voices:** No

  **Past History of Suicide Attempt:** No

  **Current Suicide Ideation:** No

  **Suicide Prevention Initiated:** No

  **Comments:**

**Substance Use History:** Denied

**Current Painful Condition:**          Denied

**Other Health Issues:**

  **Current Medical Conditions:**    59 yo AA here for a H/PE. He states he feels healthy and is active with exercise
                     almost daily.  He has no complaints at this time.  He reports he was treated not too
                     long ago while incarcerated at a previous facility with Clonidine. He was on this
                     medication when he arrived here but refused the medication along with Buspar for
                     anxiety. He felt he no longer needed them.  He does have a hx of cardiac murmur as
                     he was informed of this in the military service and has some records at a health care
                     facility in Ohio. he denies ever having a heart attack, stroke, TIA, pericardial issues,
                     rheumatic fever, or endocarditis.  He is asymptomatic, no edema, dizziness,
                     weakness or SOB.  His BP is elevated today and murmur is noted. No diaphoresis .

  **Other Current Treatments:**    none at this time.

**Pregnant:**     N/A

**Postpartum:** N/A

**Dental Condition:** Denied

## Bureau of Prisons
## Health Services
## Health Problems

Reg #:  20257-509                                    Inmate Name:  JOHNSON, JOHN F

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Hyperlipidemia, unspecified | | | | | | |
| 05/01/2024 10:03 EST  Rios, Francisco (MOUD) MD | | ICD-10 | E785 | 09/16/2023 | Current | |
|     Repeat lipid panel and adjust the Atorvastatin if needed. | | | | | | |
| 09/16/2023 12:57 EST  Boyd, Terri PA-C | | ICD-10 | E785 | 09/16/2023 | Current | |
| Meniere's disease | | | | | | |
| 03/25/2024 12:05 EST  Bloom, Barbara APRN | | ICD-10 | H8109 | 03/25/2024 | Current | |
| Essential (primary) hypertension | | | | | | |
| 05/01/2024 10:03 EST  Rios, Francisco (MOUD) MD | | ICD-10 | I10 | 04/24/2023 | Current | |
|     Controlled today. Same tx. | | | | | | |
| 04/24/2023 11:05 EST  Keats, Graham MD, CD | | ICD-10 | I10 | 04/24/2023 | Current | |
|     Uncontrolled | | | | | | |
| Nonrheumatic mitral valve disorder | | | | | | |
| 05/01/2024 10:03 EST  Rios, Francisco (MOUD) MD | | ICD-10 | I349 | 04/24/2023 | Current | |
|     Moderate MR S/P Mitral Valve Replacement on 12/18/23. Stable at this time. Follow up with cardiology. | | | | | | |
| 07/12/2023 12:16 EST  Boyd, Terri PA-C | | ICD-10 | I349 | 04/24/2023 | Current | |
|     Moderate MR- mitral valve insuff. | | | | | | |
| 04/24/2023 11:05 EST  Keats, Graham MD, CD | | ICD-10 | I349 | 04/24/2023 | Current | |
|     Moderate MR | | | | | | |
| Periapical abscess without sinus | | | | | | |
| 09/25/2023 08:52 EST  Justice, Richard DMD, CDO | | ICD-10 | K047 | 09/25/2023 | Current | |
|     tooth #3 | | | | | | |
| Gastro-esophageal reflux disease without esophagitis | | | | | | |
| 12/21/2023 14:14 EST  Bloom, Barbara APRN | | ICD-10 | K219 | 12/21/2023 | Current | |
| Presence of other heart-valve replacement | | | | | | |
| 12/21/2023 12:39 EST  Bloom, Barbara APRN | | ICD-10 | Z954 | 12/21/2023 | Current | |

## Resolved

Hypertensive heart disease without heart failure

EXHIBIT 55
Johnson, John (MRN 926590)                                              Encounter Date: 09/08/2023

# Johnson, John

MRN: 926590

 **Listerman, Jennifer, MD**     Progress Notes ⚠ 💟     Encounter Date: 9/8/2023
Physician                          Signed
Specialty: Cardiology

## Subjective

**Subjective:**

**Patient ID:** John Johnson is an 59 y.o. male.

**Chief Complaint:**
Chief Complaint
Patient presents with
- Follow-up

HPI Mr. Johnson was referred due to hypertension and murmur heard on exam. He has
moderate to severe mitral regurgitation on TEE as below. He reports stable chest pain
(left sided to central chest pain, sometimes radiates to arm, lasts minutes to hours,
nothing triggers/makes better/makes worse, not related to exertion). No dyspnea or
edema. . He denies dyspnea.  He denies edema.

Past Medical History:
Diagnosis                                                                      Date
- Hypertension

No past surgical history on file.
Family History
Problem                          Relation          Name          Age of Onset
- Heart Disease                  Mother
- Heart Disease                  Father

Social History

Socioeconomic History
- Marital status:              Divorced
    Spouse name:               Not on file
- Number of children:          Not on file
- Years of education:          Not on file
- Highest education level:     Not on file
Occupational History
- Not on file
Tobacco Use
- Smoking status:              Never
- Smokeless tobacco:           Never
Substance and Sexual Activity
- Alcohol use:                 Not on file
- Drug use:                    Not on file

EXHIBIT 55

Johnson, John (MRN 926590)                                    Encounter Date: 09/08/2023

Tricuspid Valve
The tricuspid valve is grossly normal.
There is no tricuspid stenosis.
There is mild tricuspid regurgitation.
MMode 2D Measurements & Calculations
Doppler Measurements & Calculations
Boston Z-Scores(Vital Signs)
Classic Z-Scores(Vital Signs)
Detroit Z-Scores(Vital Signs)
Other Measurements & Calculations
Conclusion
LVEF >60%. MV leaflets appear thickened and there is eccentric MR that
appears to be atleast moderate but may be underestimated in this study.

Recommend TEE or CMR for further quantification of MR if clinically indicated.

**Assessment/Plan:**

1.  **Mitral valve insufficiency, unspecified
    etiology**

2.  Essential hypertension

3.  Atypical chest pain

- Discussed cardiac test results as above including test limitations.
~ Will refer to CTS for opinion regarding MR. Discussed this with him
- Anticipate cardiac catheterization if repair/replacement considered. Discussed this with Mr.
Johnson including risks/benefits/alternatives/limitations. ( Cardiac catheterization to define
this patient's prognosis and best therapeutic choice discussed.  The nature of the procedure,
risks and alternatives have been discussed with the patient. The risks explained include but are
not limited to vascular injury, stroke, heart attack, loss of limb, and death ). He expressed
understanding and willingness to have cath if needed for pre surgical repair/replacement
- Blood pressure above goal today. Increasing lisinopril to 40. Discussed risks/benefits need for
lab monitoring. Ordered this and CMP

Follow up:  Post CTS evaluation

Electronically signed by Listerman, Jennifer, MD at 09/08/23 1005

Office Visit on 9/8/2023   *Note shared with patient*

## Additional Documentation

# Johnson, John

MRN: 926590



**Bronstein, Eric, MD**
Physician
Specialty: Cardiothoracic Surgery
Encounter Date: 9/26/2023

Progress Notes
Signed

## Subjective

Subjective:

Patient ID: John Johnson is an 59 y.o. male.

**Chief Complaint:** SOB
HPI

59 year old history HTN, presented with complaints exertional SOB and lightheadedness. These symptoms have been occurring over the last 6 months. The symptoms have been stable. TTE performed followed by TEE which demonstrated EF 50-55%, moderate to severe MR, mild TR. Patient referred for evaluation for MVR surgery. Patient denies history MI or CVA.

Past Medical History:
| Diagnosis | Date |
|---|---|
| • Hypertension | |

Past Surgical History:
| Procedure | Laterality | Date |
|---|---|---|
| • HX INGUINAL HERNIA REPAIR | Left | |
| *5 years of age.* | | |

Family History
| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Heart Disease | Mother | | |
| • Heart Disease | Father | | |
| • Heart Attack | Father | | |

Social History

Socioeconomic History
| | |
|---|---|
| • Marital status: | Divorced |
|    Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
• Not on file

Tobacco Use
| | |
|---|---|
| • Smoking status: | Never |

Johnson, John (MRN 926590)                                          2916                          Encounter Date: 09/26/2023

**Assessment/Plan:**

1.   **Severe mitral regurgitation**                12 Lead EKG Same Visit

2.   Essential hypertension

3.   Shortness of breath

- severe symptomatic MR with MVR planned
- blood pressure mildly above goal but operation anticipated soon so will not adjust
- Cardiac catheterization including right heart cath is recommended to define this patient's prognosis and best therapeutic choice. The nature of the procedure, risks and alternatives have been discussed with the patient who agrees to the same. The patient will be started on antiplatelet agents and IV fluids prior to the procedure. The risks explained include but are not limited to vascular injury, stroke, heart attack, loss of limb, and death
- CMP and CBC prior has been ordered
- questions answered

Follow up: post test  - sooner if symptoms/problems

Electronically signed by Listerman, Jennifer, MD at 09/26/23 1046
Electronically signed by Listerman, Jennifer, MD at 09/26/23 1048
Electronically signed by Listerman, Jennifer, MD at 09/26/23 1048

Office Visit on 9/26/2023      *Note shared with patient*

# Additional Documentation

Vitals:          BP 130/90 Pulse 75 Resp 18 Ht 5' 10" (177.8 cm) Wt 81.7 kg (180 lb 3.2 oz) SpO2 98%
                 BMI 25.86 kg/m² BSA 2 m²

Flowsheets:   Pain, Depression Screening, Suicide Screening, Vital Signs

SmartForms:  MR PATIENT VISIT EVENTS

# Orders Placed

Basic Metabolic Panel
CBC w/Differential
12 Lead EKG Same Visit (Resulted 9/26/2023)
Surgical Case Request: Left heart cath, Right heart cath ONE TIME

# Medication Changes
As of 9/26/2023 10:38 AM

None

# Johnson, John

MRN: 926590

 **Listerman, Jennifer, MD**
Physician
Specialty: Cardiology

Progress Notes ⚠ ✉
Addendum

Encounter Date: 9/26/2023

## Subjective

**Subjective:**

**Patient ID:** John Johnson is an 59 y.o. male.

**Chief Complaint:**
Chief Complaint
Patient presents with
- Follow-up
- Chest Pain
- Shortness of Breath

HPI: Mr. Johnson has severe symptomatic MR for which he has seen Dr. Bronstein today. He reports shortness of breath and light-headedness have been stable. No chest pain or palpitations. No other new complaints. MVR is planned.

**Past Medical History:**
Diagnosis                                                                    Date
- Hypertension

**Past Surgical History:**
Procedure                                              Laterality          Date
- HX INGUINAL HERNIA REPAIR                     Left
  *5 years of age.*

**Family History**
Problem              Relation         Name        Age of Onset
- Heart Disease      Mother
- Heart Disease      Father
- Heart Attack       Father

**Social History**

Socioeconomic History
- Marital status:              Divorced
      Spouse name:            Not on file
- Number of children:         Not on file
- Years of education:         Not on file
- Highest education level:    Not on file
Occupational History
- Not on file

King's Daughters Medical Center

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB: 12/1/1963, Sex: M

**11/06/2023 - Admission (Discharged) in HVC Recovery Unit (continued)**

H&P Notes (continued)

| Flowsheet Row | Most Recent Value |
|---|---|
| Temp | 97.8 °F (36.6 °C) Filed 11/06/2023 1153 |
| Pulse | 65 Filed 11/06/2023 1153 |
| BP | 150/97 Abnormal Filed 11/06/2023 1153 |
| Patient Position | Lying Filed 11/06/2023 1153 |
| SpO2 | 100 % Filed 11/06/2023 1153 |

Awake, alert, NAD
CTA
RRR normal S1 and S2 + murmur
+ bowel sounds
No edema
Neuro is grossly normal

Labs pending


Assesement:
Severe symptomatic MR

Essential Hypertnesion

Plan:  Cardiac catheterization  is recommended to define this patient's prognosis and best therapeutic choice.  The nature of the procedure, risks and alternatives have been discussed with the patient who agrees to the same.  The patient will be started on antiplatelet agents and IV fluids prior to the procedure. The risks explained include but are not limited to vascular injury, stroke, heart attack, loss of limb, and death


Electronically signed by Listerman, Jennifer, MD at 11/06/23 1212


Discharge Summary Note

Discharge Summary by Listerman, Jennifer, MD at 11/6/2023 1502

| Author: Listerman, Jennifer, MD | Service: Cardiology | Author Type: Physician |
|---|---|---|
| Filed: 11/09/23 0955 | Date of Service: 11/06/23 1502 | Status: Addendum |
| Editor: Listerman, Jennifer, MD (Physician) | | |

Short Stay Discharge Summary

Patient Name:John Johnson
MRN:926590

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | JOHNSON, JOHN F | | | Reg #: | 20257-509 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | ASH |
| Note Date: | 11/06/2023 18:44 | Provider: | Daniel, S. RN | Unit: | Z04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**        Provider:   Daniel, S. RN

        Call received from Haley RN at Kings Daughters Hospital, States inmate will return tonight.  He had left and right stent placement.  He needs Mitro valve replacement or repair, it is undetermined. They are going to schedule him for at a later date. He will be on ASA 81 mg po.


**Copay Required:** No              **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Daniel, S. RN on 11/06/2023 18:49

*EXHIBIT 57*

BP-A0308
JAN 17

## ADMINISTRATIVE DETENTION ORDER

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

ASHLAND FCI
Institution

Date/Time: 12-17-2023 17:25

TO: Special Housing Unit Officer

FROM: M. MARTIN, LIEUTENANT _____, (Name/Title)

SUBJECT : Placement of _____ JOHNSON, JOHN F _____, Reg. No. _____ 20257-509 _____, in Administrative Detention

_____(a)  Is pending an investigation for a violation of Bureau regulations;

_____(b)  Is pending an SIS investigation.

_____(c)  Is pending investigation or trial for a criminal act;

_____(d)  Is to be admitted to Administrative Detention

_____(1)  Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____(2)  Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded for an appropriate hearing by the SRO.

___✓___(e)  Is pending transfer or is in holdover status during transfer.

_____(f)  Is pending classification; or

_____(g)  Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this Correctional Supervisor's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*
NPO

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on

(date / time) _____

Staff Witness Signature/Printed Name_____   Date 12.17.23

Supervisor 24 hour review of placement: Signature/Printed name_____

* In the case of DHO action, reference to that order is sufficient. In other cases, the Correctional supervisor will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy – Psychology; Copy - Central File

PDF                              Prescribed by P5270                  (Replaces BP-A0308 of JAN 88.)

| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
|---|---|---|
| Date of Birth: | Sex: M Race: BLACK | Facility: ASH |
| Encounter Date: 01/29/2024 10:50 | Provider: Bloom, Barbara APRN | Unit: C01 |

Yes: Within Normal Limits, Appropriate Grooming

*EXHIBIT 58*

**ASSESSMENT:**

Heart disease, UNS, I519 - Resolved

Hypertensive heart disease without heart failure, I119 - Resolved

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Physical Therapy | 02/05/2024 | 02/05/2024 | Routine | No | |

Subtype:
    In-house consultation
Reason for Request:
    Inmate would benefit from telehealth PT for instructions on exercises for cardiac rehab.
Provisional Diagnosis:
    MVR replacement
Additional Records Required for Consultation:
    Complete Record, Consultation Report(s), Discharge Summary, History and Physical, Laboratory Report(s)

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Assessment | 01/31/2024 06:30 | MLP 02 |

    Assess stairs and evaluated cardiac

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/29/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |
| 01/29/2024 | Counseling | Diagnosis | Bloom, Barbara | Verbalizes Understanding |
| 01/29/2024 | Counseling | Exercise | Bloom, Barbara | Verbalizes Understanding |
| 01/29/2024 | Counseling | Plan of Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 01/29/2024 11:02

EXHIBIT 59

**King's Daughters Medical Center**

KDMC HOSPITAL
2201 Lexington Ave.
Ashland KY 41101

Johnson, John
MRN: 926590, DOB:

Sex: M

**02/20/2024 - Office Visit in KDMS CTSK ASHLAND (continued)**

## Physician Progress Notes (continued)

F/u cardiology yearly
Add antivert and if no improvement, see ENT

Patient was seen and evaluated with Dr. Bronstein

Electronically signed by Pitts, Larissa, NP at 02/20/24 0940

## Clinical Notes

### Addendum Note

**Pitts, Larissa, NP at 2/20/2024 0900**

Author: Pitts, Larissa, NP          Service: —                    Author Type: Nurse Practitioner
Filed: 02/20/2024 0941              Encounter Date: 2/20/2024      Status: Signed
Editor: Pitts, Larissa, NP (Nurse Practitioner)
Addended by: PITTS, LARISSA on: 2/20/2024 09:41 AM

  Modules accepted: Orders

Electronically signed by Pitts, Larissa, NP at 02/20/24 0941

## Flowsheets

### Custom Formula Data

| Row Name | 02/20/24 0903 |
| --- | --- |
| **Act Risk Score** | |
| Systolic BP | 0 |
| SpO2 | 0 |
| Total Score | 0 |

### Encounter Vitals

| Row Name | 02/20/24 0903 |
| --- | --- |
| **Enc Vitals** | |
| BP | 133/85 |
| Pulse | 86 |
| Resp | 16 |
| SpO2 | 100 % |

### Vital Signs

| Row Name | 02/20/24 0903 |
| --- | --- |
| **Vitals Reassessment** | |
| Automatic Restart | Yes |
| Vitals Timer | |

## SmartForms

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: JOHNSON, JOHN F | | Reg #: 20257-509 |
| Date of Birth: | Sex: M Race: BLACK | Facility: ASH |
| Encounter Date: 02/21/2024 07:22 | Provider: Bloom, Barbara APRN | Unit: C01 |

Cosign Note - Chart Review encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Bloom, Barbara APRN

Chief Complaint: CARDIAC

Subjective: Inmate returned from cardiology apt for MVR surgical follow-up. Will schedule follow-up apt. Seen by Dr. Rios on return trip

**Pain:** No

**OBJECTIVE:**

**ASSESSMENT:**

Nonrheumatic mitral valve disorder, I349 - Current

**PLAN:**

**Disposition:**

Discharged to Housing Unit with Convalescence

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/21/2024 | Counseling | Access to Care | Bloom, Barbara | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bloom, Barbara APRN on 02/21/2024 07:27

*EXHIBIT 60*

Federal Bureau of Prisons
Clinical Practice Guidance

Care Level Classification
May 2019

## APPENDIX 1. MEDICAL CONDITIONS DEFAULTING TO CARE LEVEL 3 OR 4

| CARE LEVEL 3 CONDITIONS AND INTERVENTIONS |
| --- |
| **AUTOIMMUNE/CHRONIC CONNECTIVE TISSUE/RHEUMATOLOGIC**<br>• Persistent or poorly controlled symptoms for greater than 3–6 months, despite optimal treatment, including chronic steroid and/or immunomodulator therapy *OR*<br>• IV immunomodulator infusion, e.g., infliximab, vedolizumab, etc., approved by NFR and for which there is no acceptable subcutaneous injection (e.g., adalimumab, anakinra, certolizumab, etanercept) |
| **CARDIOVASCULAR**<br>• Anticoagulation with warfarin for more than 6–12 months *OR*<br>• Heart failure, NYHA Class III |
| **DIABETES MELLITUS (DM)**<br>DM with one or more of the following:<br>• Type 1 DM *OR*<br>• Intensive insulin therapy required to achieve glycemic control in type 2 DM *(considered on a case-by-case basis in consultation with the Regional Medical Director; decisions will be based in-part on the use of a long acting insulin or the ability of the institution to provide a near-bedtime dose of NPH insulin, as well as pre-meal regular insulin three times daily) OR*<br>• More than 2 serious end-organ complications *OR*<br>• Poorly controlled (HbA1C greater than 9%) for at least 12 months, despite provider's adherence to clinical guidance *OR*<br>• Insulin pump or continuous glucose monitor |
| **ENDOCRINOLOGIC**<br>• Addison's disease *OR*<br>• Panhypopituitarism |
| **GASTROINTESTINAL**<br>Inflammatory bowel disease with:<br>• Persistent or poorly controlled symptoms for greater than 3–6 months, despite optimal treatment, including chronic steroid and/or immunomodulator therapy *OR*<br>• IV immunomodulator infusion, e.g., infliximab, vedolizumab, etc., approved by NFR and for which there is no acceptable subcutaneous injection (e.g., adalimumab, anakinra, certolizumab, etanercept) |
| **HEMATOLOGIC**<br>• Sickle cell anemia with exacerbations (crisis) more frequently than every 2 years, despite optimal management *(see Appendix 2 for other qualifications)* |
| **HEPATIC**<br>• Decompensated cirrhosis/end-stage liver disease as evidenced by one or more of the following: Moderate ascites, encephalopathy, INR ≥ 1.7, platelet count < 50,000, a history of bleeding esophageal varices, or a CTP score of 7 or higher *(see Appendix 2 for other qualifications)* |
| **INFECTIOUS DISEASES**<br>HIV infection with one or more of the following:<br>• CD4 count > 50 and < 150, despite following at least 6 months of appropriate HAART therapy, regardless of compliance *OR*<br>• Failed therapy despite adequate treatment with 2 different antiretroviral regimens, confirmed with resistance patterns on genotype testing *OR*<br>• Co-infection with HBV and meeting criteria for treatment of HBV |
| *Appendix 1, page 1 of 3* |

*EXHIBIT 60*

| CARE LEVEL 3 CONDITIONS AND INTERVENTIONS (CONTINUED) |
|---|

**MALIGNANCIES**
- In partial remission *OR*
- Requires intensive monitoring, but is not being actively treated with chemotherapy or radiation *OR*
- Chronic Myelogenous Leukemia in chronic phase with complete hematologic and cytogenetic responses and at least a major molecular response after 12–18 months of treatment with a first- or second-line tyrosine kinase inhibitor

**MEDICATIONS DEFAULTING TO CARE LEVEL 3** (CHRONIC/LONG-TERM USE)
- IV infusions of immunomodulators *OR*
- Systemic steroids *OR*
- Warfarin anticoagulation

**MENTAL HEALTH**
Psychiatric conditions that do not meet criteria for inpatient admission, with one or more of the following:
- Two or more psychiatric hospitalizations in the past 3 years *OR*
- Psychotic illness treated with 3 or more anti-psychotic medications *OR*
- Multiple diagnoses treated with ≥ 5 psychotropic medications *OR*
- Requires outpatient contacts with a prescribing clinician more frequently than monthly over an extended period of time (at least 6 months), despite optimized medication regimens

**NEUROLOGIC**
Progressive neurologic conditions (dementia, Huntington's chorea, multiple sclerosis, myasthenia gravis, Parkinson's disease, etc.):
- For multiple sclerosis: Chronic therapy with interferon beta-1a and -1b *OR*
- Requires assistance from an inmate companion to perform ADLs in an outpatient setting and not yet meeting the algorithm criteria for **CARE LEVEL 4** (does not yet require 24-hour skilled nursing care or nursing assistance)

**PAIN MANAGEMENT**
- Chronic pain that requires clinical interventions more frequently than monthly on a chronic basis, other than for medication renewal *OR*
- Has an implanted device, such as a narcotic pump or spinal cord stimulator (does not include TENS)

**RENAL**
- Chronic kidney disease (CKD) with a GFR < 30, but not yet on dialysis (see *discussion of qualifications in Appendix 2*)

**RESPIRATORY**
Asthma/COPD with one or more of the following:
- History of intubation, status asthmaticus, or hospitalization for stabilization, within the past 5 years *OR*
- Requires clinical interventions more frequently than monthly to maintain outpatient status, despite optimized treatment (does not include nebulizer treatments) *OR*
- Severe persistent asthma severity or STEP 6 therapy for greater than 3–6 months, despite optimized treatment, e.g., high-dose inhaled corticosteroids plus a second controller and/or chronic systemic steroid therapy *OR*
- Frequent exacerbations despite optimized medical therapy

**WOUNDS**
- History of prior stage 3 or 4 pressure ulcer (now healed) *AND* ongoing risk factors, e.g., spinal cord injury/paraplegia *OR*
- High-risk diabetic foot—neuropathy with at least one of the following: Significant foot deformity, peripheral arterial disease not surgically correctable, or history of amputation

*Appendix 1, page 2 of 3*

1:55 AM          *EXHIBIT 60*          Mitral Regurgitation - StatPearls - NCBI Bookshelf

## Complications

Complications of mitral regurgitation include:

- Heart failure and related symptoms (i.e., shortness of breath)

- Atrial fibrillation

- Stroke due to arrhythmias

- Pulmonary artery hypertension

- Dilation of the heart and cardiomegaly

Complications of mitral valve surgery/replacement:

- Infections (including infective endocarditis)

- Bleeding

- Clotting and stenosis of new valve

- Valve dysfunction

- Arrhythmias

- Stroke

- Death

## Postoperative and Rehabilitation Care

If no complications (i.e., infection, bleeding, etc.) arise during the procedure or hospitalization, most patients can be discharged within one-week postoperatively.

Postoperative guidelines have undergone study, and the following are the recommendations[62] [63]:

- A postoperative echocardiogram should be performed soon after the procedure before discharge and is periodically necessary to assess left-ventricular function, especially if symptoms arise.

- Lifelong anticoagulation, particularly with warfarin, is indicated for mechanical or prosthetic valve replacements.

- Clinicians should initiate antibiotic prophylaxis for infective endocarditis with patients who have a mechanical or prosthetic valve prior to dental, oral, or upper respiratory tract procedures or in patients with a history of endocarditis.[27]

Exercise therapy (ET) and cardiac rehabilitation after heart valve surgery has been extensively studied and is a general recommendation. Some data supports improved exercise capacity, and ejection fraction, however further studies are needed to develop a definite correlation.[64][65] [66][67]

In a retrospective study of 105 patients undergoing heart valve surgery, the mean-time to return to work was about five months. Analysis of these patients also showed improved ejection